1  STACEY M. LEYTON, SBN 203827
   sleyton@altber.com
2  BARBARA J. CHISHOLM, SBN 224656
   bchisholm@altber.com
3  CONNIE K. CHAN, SBN 284230
   cchan@altber.com
4  AMANDA C. LYNCH, SBN 318022
   alynch@altber.com
5  JUHYUNG H. LEE, SBN 315738
   hlee@altber.com
6  SANDY PECHT, SBN 355877
   specht@altber.com
7  **ALTSHULER BERZON LLP**
   177 Post St., Suite 300
8  San Francisco, CA 94108
   Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,
UC-AFT, CNA/NNU, and UAW*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED THE PAGE LIMITATION APPLICABLE TO MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs American Association of University Professors; American Federation of Teachers; American Federation of State, County, and Municipal Employees, Local 3299; Berkeley Faculty Association; California Nurses Association/National Nurses United; Council of UC Faculty Associations; Davis Faculty Association; Irvine Faculty Association; Riverside Faculty Association; San Diego Faculty Association; Santa Cruz Faculty Association; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; Teamsters Local 2010; UAW Local 4811; UC Merced Faculty Association; UC Santa Barbara Faculty Association; UCSF Faculty Association; University of California Los Angeles Faculty Association; University Council–American Federation of Teachers; and University Professional and Technical Employees Communication Workers of America (collectively, "Plaintiffs") hereby respectfully submit this Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, to exceed the page limitation applicable to Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction that Plaintiffs anticipate will be filed on October 6, 2025. Plaintiffs seek an additional thirty (30) pages for their memorandum, so forty-five (45) pages total.

In support of their request, Plaintiffs provide the following showing of good cause:

1. Plaintiffs' suit is litigation of national importance that challenges the unlawful attempts by Defendants to coerce the University of California into violating the constitutional rights of Plaintiffs and their members, including their rights to free speech and academic freedom. Plaintiffs' Motion for Preliminary Injunction involves several constitutional and statutory claims, many of which are heavily fact intensive. To that end, this case requires presentation of extensive evidence regarding Defendants' policy of pretextually and unlawfully terminating federal funding to universities, and then using that leverage to impose wide-ranging control over the universities. Plaintiffs must also present evidence of the concrete and irreparable harms to Plaintiffs' members who have had grants suspended, research disrupted, and speech chilled, and who face imminent further such injuries absent the requested relief.

2. Plaintiffs are working to present their legal claims and voluminous evidence to the court concisely but anticipate requiring an additional thirty (30) pages to adequately present the relevant issues.

3. Plaintiffs have notified counsel for Defendants of this motion and attempted to meet and confer. Specifically, Plaintiffs proposed a stipulation to Defendants' counsel that Plaintiffs be granted thirty (30) additional pages for their memorandum, Defendants be granted thirty (30) additional pages for

their opposition brief, and Plaintiffs be granted fifteen (15) additional pages for their reply brief. Counsel for Defendants responded that in light of the ongoing government shutdown, "[a]bsent an appropriation, Department of Justice attorneys and employees of the Defendant Agencies are prohibited from working, even on a voluntary basis, except in very limited circumstances." *See* Declaration of Stacey Leyton in Support of Plaintiffs' Motion for Administrative Relief to Exceed Page Limitation at ¶5.

    4.    Based on the foregoing showing of good cause, Plaintiffs respectfully request this Court's leave to file their Memorandum in Support of Motion for Preliminary Injunction of forty-five (45) pages.

Dated: October 2, 2025

By: */s/ Stacey M. Leyton*
STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, and UAW*

SKYE L. PERRYMAN
*Pro hac vice application forthcoming*
sperryman@democracyforward.org
VICTORIA S. NUGENT
*Pro hac vice application forthcoming*
vnugent@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, CNA/NNU, UC-AFT, and UAW*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
*Pro hac vice application forthcoming*
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001

*Counsel for Plaintiff AAUP*

*/s/ Eleanor Morton*
ELEANOR MORTON
emorton@leonardcarder.com
KATE HALLWARD
khallward@leonardcarder.com
ARTHUR LIOU
Aliou@leonardcarder.com
HUGH SCHLESSINGER
Hschlessinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

*/s/ Margo A. Feinberg*
MARGO A. FEINBERG
margo@ssdslaw.com
DANIEL E. CURRY
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

- 3 -

ADMINISTRATIVE MOTION FOR PI
MEMORANDUM TO EXCEED PAGE LIMITS

Case No. 3:25-cv-07864-RFL

NICOLE J. DARO, SBN 276948
Ndaro@calnurses.org
California Nurses Association/National Nurses United
155 Grand Ave.
Oakland, CA 94612
(510) 207-8291

*Counsel for Plaintiff CNA/NNU*

*/s/ Susan K. Garea*
SUSAN K. GAREA
SGarea@beesontayer.com
BEESON, TAYER & BODINE
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Teamsters Local 2010*