STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,
UC-AFT, CNA/NNU, UAW, and CIR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF DREW MAMMEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Rita F. Lin<br>Ctrm: 15, 18th Floor<br>Date: December 16, 2025<br>Time: 10:00 a.m. |

# DECLARATION OF DREW MAMMEL

I, Drew Mammel, hereby declare as follows:

1. I am a litigation assistant at the law firm of Altshuler Berzon LLP, counsel for Plaintiffs American Association of University Professors ("AAUP"); American Federation of Teachers ("AFT"); California Nurses Association/National Nurses United ("CNA/NNU"); Committee of Interns and Residents, Service Employees International Union ("CIR"); University Council–American Federation of Teachers ("UC-AFT"); and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") in this action. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the July 29, 2025 letter from Assistant Attorney General Harmeet K. Dhillon at the U.S. Department of Justice to University of California ("UC") President Michael Drake, entitled "Re: U.S. Department of Justice Notice of Findings Regarding the University of California, Los Angeles," which is available at and has been downloaded from this link, https://www.justice.gov/crt/media/1409416/dl?inline.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the August 6, 2025 article entitled "UC says Trump's grant suspensions at UCLA total $584 million, a 'death knell' for research," written by Jaweed Kaleem and published by the Los Angeles Times, which is available at and has been downloaded from this link, https://www.latimes.com/california/story/2025-08-06/ucla-584-million-trump-federal-grant-cuts-negotiations.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the July 30, 2025 letter from Acting Division Director, Division of Grants and Agreements, U.S. National Science Foundation Lisa Scott-Morring to UCLA Chancellor Julio Frenk, entitled "Ref: Notice of Award Suspensions," filed as ECF 79-1 in *Thakur v. Trump,* No. 25-cv-04737-RFL (N.D. Cal.).

5. Attached hereto as **Exhibit 4** is a true and correct copy of the August 1, 2025 article entitled "NSF Grant Suspensions at UCLA total $90M lost in value," written by Molly Shan and published by Grant Witness, which is available at and has been downloaded from this link, https://grant-witness.us/posts/UCLA-new-terminations/.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the July 31, 2025 article entitled "UCLA research grants suspended after Trump administration faulted campus for antisemitism," written by Mikhail Zinshteyn and published by Cal Matters, which is available at and has been downloaded from this link, https://calmatters.org/education/higher-education/2025/07/ucla/.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the August 1, 2025 letter from Lisa Scott-Morring to Julio Frenk, entitled "Ref: Updated Notice of Award Suspensions," filed as ECF 79-2 in *Thakur v. Trump*.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the July 30, 2025 letter from Department of Energy Acting General Counsel Jeffrey Novak to Chancellor Julio Frenk, entitled "Ref: Notice of Award Suspensions."

9. Attached hereto as **Exhibit 8** is a true and correct copy of the July 31, 2025 letter from John R. Lorsch on behalf of the National Institutes of Health to Chancellor Julio Frenk, entitled "Ref: Notice of Award Suspensions," filed as ECF 118-1 in *Thakur v. Trump*.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the August 8, 2025 statement from UC President James Milliken, entitled "Statement from UC President James B. Milliken in response to the Department of Justice's proposed $1 billion settlement from UCLA," which is available at and has been downloaded from this link, https://www.universityofcalifornia.edu/press-room/statement-uc-president-james-b-milliken-response-department-justices-proposed-1-billion.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the September 15, 2025 article entitled "Here are the details of Trump's $1.2-billion call to remake UCLA in a conservative image," written by Jaweed Kaleem and published by the Los Angeles Times, which is available at and has been downloaded from this link, https://www.latimes.com/california/story/2025-09-15/trump-doj-proposed-settlement-demand-letter-ucla-university-of-california.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the February 3, 2025 U.S. Department of Education press release, entitled "U.S. Department of Education Probes Cases of Antisemitism at Five Universities," which is available at and has been downloaded from this link, https://www.ed.gov/about/news/press-release/us-department-of-education-probes-cases-of-antisemitism-five-universities.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the March 14, 2025 U.S. Department of Education press release, entitled "Office for Civil Rights Initiates Title VI Investigations into Institutions of Higher Education" which is available at and has been downloaded from this link, https://www.ed.gov/about/news/press-release/office-civil-rights-initiates-title-vi-investigations-institutions-of-higher-education.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the March 10, 2025 U.S. Department of Education press release, entitled "U.S. Department of Education's Office for Civil Rights Sends Letters to 60 Universities Under Investigation for Antisemitic Discrimination and Harassment", which is available at and has been downloaded from this link, https://www.ed.gov/about/news/press-release/us-department-of-educations-office-civil-rights-sends-letters-60-universities-under-investigation-antisemitic-discrimination-and-harassment.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the March 5, 2025 U.S. Department of Justice press release, entitled "U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Rights Act of 1964" which is available at and has been downloaded from this link, https://www.justice.gov/opa/pr/us-justice-department-launches-investigation-university-california-under-title-vii-civil.

16. Attached hereto as **Exhibit 15** is a March 27, 2025 U.S. Department of Justice press release, entitled "Attorney General Pamela Bondi Launches Compliance Review Investigation into Admissions Policies at Stanford University and Several University of California Schools, Advancing President Trump's Mandate to End Illegal DEI Policies," which is available at and has been downloaded from this link, https://www.justice.gov/opa/pr/attorney-general-pamela-bondi-launches-compliance-review-investigation-admissions-policies.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the June 26, 2025 letter from Assistant Attorney General Harmeet K. Dhillon to Michael Drake, entitled "Re: Investigation of the Employment Practices of the University of California, Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended," which is available at and has been downloaded from this link, https://www.justice.gov/opa/media/1404751/dl.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the September 3, 2025 letter

from UC President James Milliken to California state senator Scott D. Wiener, uploaded by Jaweed Kaleem of the Los Angeles Times, which is available at and has been downloaded from this link, https://www.documentcloud.org/documents/26083258-uc-response-to-lawmakers/.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the September 15, 2025 statement from James Milliken, entitled "A message from President James B. Milliken to the UC Community," published by the UC Office of the President, which is available at and has been downloaded from this link, https://www.universityofcalifornia.edu/press-room/letter-president-james-b-milliken-uc-community.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the webpage entitled "About UCLA: Fast Facts," which was last updated August 25, 2025 and is available at and has been downloaded from the UCLA Newsroom website at this link, https://newsroom.ucla.edu/ucla-fast-facts.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the August 15, 2025 statement from Julio Frenk, entitled "Chancellor Julio Frenk: Meeting the Challenges ahead as One UCLA," which is available at and has been downloaded from the UCLA Newsroom website at this link, https://newsroom.ucla.edu/stories/chancellor-julio-frenk-meeting-the-challenges-ahead-as-one-ucla.

22. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the document entitled "Budget for Current Operations: Context for the Budget Request, 2025-26," which is available at and has been downloaded from the UC Office of the President website at this link, https://www.ucop.edu/operating-budget/_files/rbudget/2025-26-budget-detail.pdf.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the document entitled "2010-11 Budget for Current Operations," which is available at and has been downloaded from the UC Office of the President website at this link, https://www.ucop.edu/operating-budget/_files/rbudget/2010-11BudgetforCurrentOperations-BudgetDetailrev.pdf.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the document entitled "UC and the Federal Government," published May 2025, which is available at and has been downloaded from the UC Office of the President website at this link, https://ucop.edu/communications/_files/uc-and-the-federal-government.pdf.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the November 14, 2024 article

1  entitled "UC faces half-billion-dollar budget shortfall and increases tuition for new nonresident
2  students," written by Mikhail Zinshteyn and published by Cal Matters, which is available at and has been
3  downloaded from this link, https://calmatters.org/education/higher-education/2024/11/uc-regents/.

4      26.    Attached hereto as **Exhibit 25** is a true and correct copy of the July 17, 2023 webpage
5  entitled "Agenda47: Protecting Students from the Radical Left and Marxist Maniacs Infecting
6  Educational Institutions," which is available at and has been downloaded from the Donald J. Trump
7  website at this link, https://www.donaldjtrump.com/agenda47/agenda47-protecting-students-from-the-
8  radical-left-and-marxist-maniacs-infecting-educational-institutions.

9      27.    Attached hereto as **Exhibit 26** is a true and correct copy of the November 1, 2023
10 webpage entitled "Agenda47: The American Academy," which is available at and has been downloaded
11 from the Donald J. Trump website at this link, https://www.donaldjtrump.com/agenda47/agenda47-the-
12 american-academy.

13     28.    Attached hereto as **Exhibit 27** is a true and correct copy of the January 30, 2025 document
14 entitled "Fact Sheet: President Donald J. Trump Takes Forceful and Unprecedented Steps to Combat
15 Anti-Semitism," which is available at and has been downloaded from the White House website at this
16 link, https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-takes-
17 forceful-and-unprecedented-steps-to-combat-anti-semitism/.

18     29.    Attached hereto as **Exhibit 28** is a transcript of JD Vance's October 3, 2021 Facebook
19 Live stream entitled "JD Vance: Cut Funding to Universities Indoctrinating Our Children," published by
20 Forbes Breaking News, which is available at and has been downloaded from YouTube at this link,
21 https://www.youtube.com/watch?v=MZistOc5g0A. This and the following video transcripts were
22 generated by the following transcription generation service, https://riverside.com/transcription. I then
23 reviewed the transcript for accuracy.

24     30.    Attached hereto as **Exhibit 29** is a true and correct copy of the December 14, 2021 news
25 article entitled "The Professors Are the Enemy," written by Henry Reichman and published by the
26 Chronicle of Higher Education, which is available at and has been downloaded from the following link,
27 https://www.chronicle.com/article/the-professors-are-the-enemy.

28     31.    Attached hereto as **Exhibit 30** is an excerpted transcript of JD Vance's keynote address

1  to the Second National Conservatism Conference on November 2, 2021, titled "The Universities are the
2  Enemy," which was recorded and uploaded to the following link,
3  https://www.youtube.com/watch?v=0FR65Cifnhw. After generating the transcript and reviewing it for
4  accuracy, I excerpted the relevant cited portion.

5      32.  Attached hereto as **Exhibit 31** is an excerpted transcript of JD Vance's interview on the
6  Jack Murphy Live podcast, streamed on September 17, 2021, which is available at the following link,
7  https://www.youtube.com/watch?v=PMq1ZEcyztY. After generating the transcript and reviewing it for
8  accuracy, I excerpted the relevant cited portion.

9      33.  Attached hereto as **Exhibit 32** is a true and correct copy of JD Vance's June 12, 2024
10 9:55 AM ET post to X, which is available at this link,
11 https://x.com/JDVance/status/1800889737718505697. This and the following X posts were
12 screenshotted using the Windows Screenshot function to create a PNG file which was then converted to
13 a PDF file.

14     34.  Attached hereto as **Exhibit 33** is a true and correct copy of the February 22, 2024 news
15 article entitled "'I would like to see European elites actually listen to their people for a change': An
16 Interview with J.D. Vance," written by Rob Dreher and published by The European Conservative,
17 available at and downloaded from the following link,https://europeanconservative.com/articles/dreher/i-
18 would-like-to-see-european-elites-actually-listen-to-their-people-for-a-change-an-interview-with-j-d-
19 vance/.

20     35.  Attached hereto as **Exhibit 34** is a true and correct copy of the February 26, 2025 article
21 entitled "Head of DOJ Antisemitism Task Force: We'll Put Hamas Supporters in Jail 'for Years'" written
22 by and published by Jewish News Syndicate, which is available and has been downloaded from this link,
23 https://www.jns.org/head-of-doj-antisemitism-task-force-well-put-hamas-supporters-in-jail-for-years/.

24     36.  Attached hereto as **Exhibit 35** is a transcript of Leo Terrell's interview on Fox News,
25 which Terrell posted to X on February 28, 2025, 11:48 AM ET, which is available at this link,
26 https://x.com/TheLeoTerrell/status/1895516455392985171. I generated the transcript and reviewed it
27 for accuracy.

28     37.  Attached hereto as **Exhibit 36** is an excerpted transcript of the video entitled "Leo Terrell

- 6 -

DECL. OF DREW MAMMEL ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION            Case No. 3:25-cv-07864-RFL

with Mark Levin- How we'll defeat antisemitism in the USA," uploaded to YouTube on March 9, 2025 by Mark McMillan, which is available at this link, https://www.youtube.com/watch?v=NOFIKRr2Sco. After generating the transcript and reviewing it for accuracy, I excerpted the relevant portion.

38. Attached hereto as **Exhibit 37** is a true and correct copy of Linda McMahon's May 23, 2025, 9:01 AM ET post to X, which is available at and has been downloaded from this link, https://x.com/EDSecMcMahon/status/1925899998337675670.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the January 20, 2025 Executive Order No. 14151, entitled "Ending Radical and Wasteful Government DEI Programs and Preferencing," which is available at and has been downloaded from the official U.S. government website for the Federal Register at this link, https://www.federalregister.gov/documents/2025/01/29/2025-01953/ending-radical-and-wasteful-government-dei-programs-and-preferencing.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the January 21, 2025 Executive Order No. 14173, entitled "Ending Illegal Discrimination and Restoring Merit-Based Opportunity," which is available at and has been downloaded from the official U.S. government website for the Federal Register at this link, https://www.federalregister.gov/documents/2025/01/31/2025-02097/ending-illegal-discrimination-and-restoring-merit-based-opportunity.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the January 20, 2025 Executive Order No. 14168, entitled "Defending Women from Gener Ideology Extremeism and Restoring Biological Truth to the Federal Government," which is available at and has been downloaded from the official U.S. government website for the Federal Register at this link, https://www.govinfo.gov/content/pkg/FR-2025-01-30/pdf/2025-02090.pdf.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the January 27, 2025 memorandum entitled "SUBJECT: Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs," from Acting Director of the Office of Management and Budget Matthew J. Vaeth, which is available at and has been downloaded from the White House website at this link, https://www.whitehouse.gov/wp-content/uploads/2025/03/M-25-13-Temporary-Pause-to-Review-Agency-Grant-Loan-and-Other-Financial-Assistance-Programs.pdf.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a February 14, 2025 "Dear

Colleague" letter from Craig Trainor, Acting Assistant Secretary for Civil Rights, U.S Department of Education, which is available at and has been downloaded from the following link, https://www.ed.gov/media/document/dear-colleague-letter-sffa-v-harvard-109506.pdf.

44. Attached hereto as **Exhibit 43** is a true and correct copy of the Department of Education Office for Civil Rights' "Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act," which is available at and has been downloaded from the following link, https://www.ed.gov/media/document/frequently-asked-questions-about-racial-preferences-and-stereotypes-under-title-vi-of-civil-rights-act-109530.pdf.

45. Attached hereto as **Exhibit 44** is a true and correct copy of the Department of Education's February 27, 2025 press release titled, "U.S. Department of Education Launches 'End DEI' Portal, which is available at and was downloaded from the following link, https://www.ed.gov/about/news/press-release/us-department-of-education-launches-end-dei-portal.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a May 6, 2025 "Dear Colleague" letter from Anthony F. Archeval, Acting Director, Health and Human Services Office for Civil Rights, which is available at and has been downloaded from the following link, https://www.hhs.gov/sites/default/files/guidance-med-schools-dear-colleague-letter.pdf

47. Attached hereto as **Exhibit 46** is a true and correct copy of the January 29, 2025 Executive Order No. 14188, entitled "Additional Measures to Combat Antisemitism," which is available at and has been downloaded from the official U.S. government website for the Federal Register at this link, https://www.govinfo.gov/content/pkg/FR-2025-02-03/pdf/2025-02230.pdf

48. Attached hereto as **Exhibit 47** is a true and correct copy of the February 3, 2025 press release entitled "Justice Department Announces Formation of Task Force to Combat Anti-Semitism," published by the U.S. Department of Justice, which is available at and was downloaded from the following link, https://www.justice.gov/opa/pr/justice-department-announces-formation-task-force-combat-anti-semitism.

49. Attached hereto as **Exhibit 48** is a true and correct copy of Mario Nawfal's September 17, 2025, 6:00 PM post to X featuring Vice President J.D. Vance's interview with Fox News, which is available at and has been downloaded from this link,

https://x.com/MarioNawfal/status/1968480099516199258, and a transcript of the embedded video. I generated the transcript and reviewed it for accuracy.

50. Attached hereto as **Exhibit 49** is a true and correct copy of the September 22, 2025 article entitled "Education chief urges colleges to punish faculty who cheered Charlie Kirk's death," written by Diana Stacey and published by Fox News, which is available at and has been downloaded from this link, https://www.foxnews.com/politics/education-chief-urges-colleges-punish-faculty-who-cheered-charlie-kirks-death.

51. Attached hereto as **Exhibit 50** is a true and correct copy of Laura Loomer's September 14, 2025 5:56 PM ET post to X, which is available at and has been downloaded from this link, https://x.com/LauraLoomer/status/1967346851440701469.

52. Attached hereto as **Exhibit 51** is a true and correct copy of Harmeet Dhillon's September 14, 2025 7:15 PM ET post to X, which is available at and has been downloaded from this link, https://x.com/HarmeetKDhillon/status/1967366576065438147.

53. Attached hereto as **Exhibit 52** is a true and correct copy of the October 2, 2025 article entitled "Trump Administration Asks Colleges to Sign 'Compact' to Get Funding Preference," written by Michael C. Bender and published by the New York Times, which is available at and has been downloaded from this link, https://www.nytimes.com/2025/10/02/us/politics/trump-college-funding.html.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a document entitled "Compact for Academic Excellence," which is available at and has been downloaded from the Washington Examiner website at this link, https://www.washingtonexaminer.com/wp-content/uploads/2025/10/Compact-for-Academic-Excellence-in-Higher-Education-10.1.pdf.

55. Attached hereto as **Exhibit 54** is a true and correct copy of the September 19, 2025 news article, entitled "Jimmy Kimmel's suspension shows power of FCC's Brendan Carr," written by David Folkenflik and published by NPR, available at and downloaded from this link, https://www.npr.org/2025/09/19/nx-s1-5546764/fcc-brendan-carr-kimmel-trump-free-speech.

56. Attached hereto as **Exhibit 55** is true and correct copy of Kristi Noem's July 9, 2025 9:35 AM ET post to X, which is available and downloaded from this link,

https://x.com/KristiNoem/status/1942940672069140695?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1942940672069140695%7Ctwgr%5E5d27ef86de4936871fbbeae05d96ea6918a738b9%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Fwww.washingtonpost.com%2Feducation%2Finteractive%2F2025%2Ftimeline-trump-harvard%2F.

57. Attached hereto as **Exhibit 56** is a true and correct copy of the March 3, 2025 press release entitled "HHS, ED, and GSA announce additional measures to end anti-Semitic harassment on college campuses," which is available at and has been downloaded from this link, https://www.gsa.gov/about-us/newsroom/news-releases/hhs-ed-and-gsa-announce-additional-measures-to-end-antisemitic-harassment-03032025.

58. Attached hereto as **Exhibit 57** is a true and correct copy of Donald Trump's March 4, 2025 post to Truth Social, which is available at and has been downloaded from this link, https://truthsocial.com/@realDonaldTrump/posts/114104167452161158.

59. Attached hereto as **Exhibit 58** is a true and correct copy of the March 7, 2025 press release, entitled "DOJ, HHS, ED, and GSA Announce Initial Cancelation of Grants and Contracts to Columbia University Worth $400 Million," which is available at and has been downloaded from this link, https://www.justice.gov/opa/pr/doj-hhs-ed-and-gsa-announce-initial-cancelation-grants-and-contracts-columbia-university.

60. Attached hereto as **Exhibit 59** is a true and correct copy of the March 13, 2025 letter from Josh Gruenbaum, Sean R. Keveney, and Thomas Wheeler to Columbia University interim president Katrina Armstrong, which is available at and has been downloaded from the New York Times website at this link, https://static01.nyt.com/newsgraphics/documenttools/6d3c124d8e20212d/85dec154-full.pdf.

61. Attached hereto as **Exhibit 60** is a true and correct copy of the webpage entitled "Leo Terrell, Senior Counsel to the Attorney General for Civil Rights, On Crushing Anti-Semitism on Campus," a transcript of an interview between Leo Terrell and Hugh Hewitt, published by Hughniverse Podcast on March 19, 2025, available at and downloaded from this link, https://hughhewitt.com/leo-terrell-senior-counsel-to-the-attorney-general-for-civil-rights-on-crushing-anti-semitism-on-campus.

62. Attached hereto as **Exhibit 61** is a true and correct copy of a document entitled

1  "Advancing Our Work to Combat Discrimination, Harassment, and Antisemitism at Columbia" and
2  dated March 21, 2025, which is available at and has been downloaded from the Columbia University
3  Office of the President website at this link,
4  https://president.columbia.edu/sites/president.columbia.edu/files/content/03.21.2025%20Columbia%20
5  -%20FINAL.pdf.

6      63. Attached hereto as **Exhibit 62** is a true and correct copy of the July 23, 2025 article
7  entitled "Columbia Agrees to $200 Million Fine to Settle Fight with Trump," written by Sharon Otterman
8  and published by the New York Times, which is available at and has been downloaded from this link,
9  https://www.nytimes.com/2025/07/23/nyregion/columbia-trump-funding-deal.html.

10      64. Attached hereto as **Exhibit 63** is a true and correct copy of a document entitled
11  "Resolution Agreement Between the United States of America and Columbia University," dated July
12  23, 2025, which is available at and has been downloaded from the Columbia University Office of the
13  President website at this link,
14  https://president.columbia.edu/sites/president.columbia.edu/files/content/July%202025%20Announce
15  ment/Columbia%20University%20Resolution%20Agreement.pdf.

16      65. Attached hereto as **Exhibit 64** is a true and correct copy of Secretary Linda McMahon's
17  July 23 8:46 PM ET post to X, available at and downloaded from this link,
18  https://x.com/EDSecMcMahon/status/1948182909703127540.

19      66. Attached hereto as **Exhibit 65** is a true and correct copy of Secretary Linda McMahon's
20  July 26 8:03 AM ET post to X, available at and downloaded from this link:
21  https://x.com/EDSecMcMahon/status/1949078041403035844.

22      67. Attached hereto as **Exhibit 66** is a true and correct copy of Linda McMahon's July 25,
23  2025 post to X, which is available at and has been downloaded from this link,
24  https://x.com/EDSecMcMahon/status/1948758537468792992, and a transcript of the embedded video.
25  I generated the transcript and reviewed it for accuracy.

26      68. Attached hereto as **Exhibit 67** is a true and correct copy of the April 3, 2025 article
27  entitled "Trump Administration Set to Pause $510 Million for Brown University," written by Anemona
28  Hartocollis and published by the New York Times, which is available at and has been downloaded from

1 this link, https://www.nytimes.com/2025/04/03/us/trump-administration-brown-university-funding-pause.html.

69. Attached hereto as **Exhibit 68** is a true and correct copy of the April 10, 2025 article entitled "Department of Health and Human Services places Brown under federal Title VI investigation," written by Elise Haulund and Sophia Wotman and published by the Brown Daily Herald, which is available at and has been downloaded from this link, https://www.browndailyherald.com/article/2025/04/brown-university-officially-under-title-vi-federal-investigation.

70. Attached hereto as **Exhibit 69** is a true and correct copy of the statement from Brown University President Christina Paxson, entitled "Brown and U.S. government reach agreement" and dated July 30, 2025, which is available at and has been downloaded from this link, https://president.brown.edu/president/brown-and-us-government-reach-agreement.

71. Attached hereto as **Exhibit 70** is a true and correct copy of the document entitled "Resolution Agreement" and dated July 30, 2025, which is available at and has been downloaded from the Brown University website at this link, https://www.brown.edu/sites/default/files/brown-and-united-states-resolution-agreement_July-30-2025.pdf.

72. Attached hereto as **Exhibit 71** is a true and correct copy of Linda McMahon's July 30, 2025 post to X, which is available at and has been downloaded from this link, https://x.com/EDSecMcMahon/status/1950660487055552617.

73. Attached hereto as **Exhibit 72** is a true and correct copy of Donald Trump's July 31, 2025 post to Truth Social, which is available at and has been downloaded from this link, https://truthsocial.com/@realDonaldTrump/posts/114947973077448174.

74. Attached hereto as **Exhibit 73** is a true and correct copy of the July 1, 2025 press release entitled "U.S. Department of Education Announces the University of Pennsylvania Has Entered into a Resolution Agreement to Resolve its Title IX Violations," which is available at and has been downloaded from this link, https://www.ed.gov/about/news/press-release/us-department-of-education-announces-university-of-pennsylvania-has-entered-resolution-agreement-resolve-its-title-ix-violations.

75. Attached hereto as **Exhibit 74** is a true and correct copy of the March 20, 2025 article

entitled "Trump suspends $175 million in funding to University of Pennsylvania over trans athletes," written by Alana Wise and published by NPR, which is available at and has been downloaded from this link, https://www.npr.org/2025/03/20/nx-s1-5333675/university-pennsylvania-upenn-trump-suspends-funding-trans-student-athletes.

76. Attached hereto as **Exhibit 75** is a true and correct copy of the March 25, 2025 press release entitled "An update to the Penn community on federal funding," published by the University of Pennsylvania Office of the President available at and downloaded from this link, https://president.upenn.edu/announcements/update-penn-community-federal-funding.

77. Attached hereto as **Exhibit 76** is a true and correct copy of Linda McMahon's July 31, 2025 post to X, which is available at and has been downloaded from this link, https://x.com/EDSecMcMahon/status/1950957895954149493.

78. Attached hereto as **Exhibit 77** is a true and correct copy of the March 31, 2025 U.S. Department of Health and Human Services press release, entitled "HHS, ED, and GSA Initiate Federal Contract and Grant Review of Harvard University," which is available at and has been downloaded from this link, https://www.hhs.gov/press-room/task-force-antisemitism-harvard-contracts-grants.html.

79. Attached hereto as **Exhibit 78** is a true and correct copy of the April 3, 2025 letter from Josh Gruenbaum, Sean R. Keveney, and Thomas Wheeler to Alan Garber, which is available at and has been downloaded from the Harvard University website at this link, https://www.harvard.edu/federal-lawsuits/wp-content/uploads/sites/17/2025/05/3.5.25-Harvard-Preconditions-Letter.pdf.

80. Attached hereto as **Exhibit 79** is a true and correct copy of the April 11, 2025 letter from Josh Gruenbaum, Sean R. Keveney, and Thomas Wheeler to Alan Garber, which is available at and has been downloaded from the Harvard University website at this link, https://www.harvard.edu/research-funding/wp-content/uploads/sites/16/2025/04/Letter-Sent-to-Harvard-2025-04-11.pdf.

81. Attached hereto as **Exhibit 80** is a true and correct copy of the April 14, 2025 article entitled "Trump Administration Will Freeze $2 Billion After Harvard Refuses Demands," written by Vimal Patel and published by the New York Times, which is available at and has been downloaded from this link, https://www.nytimes.com/2025/04/14/us/harvard-trump-reject-demands.html.

82. Attached hereto as **Exhibit 81** is a true and correct copy of Donald Trump's April 15,

2025 post to Truth Social, which is available at and has been downloaded from this link, https://truthsocial.com/@realDonaldTrump/posts/114342374504628520.

83. Attached hereto as **Exhibit 82** is a true and correct copy of Donald Trump's April 16, 2025 post to Truth Social, which is available at and has been downloaded from this link, https://truthsocial.com/@realDonaldTrump/posts/114347313852363347.

84. Attached hereto as **Exhibit 83** is a true and correct copy of Donald Trump's April 24, 2025 post to Truth Social, which is available at and has been downloaded from this link, https://truthsocial.com/@realDonaldTrump/posts/114393194962253226.

85. Attached hereto as **Exhibit 84** is a true and correct copy of the May 5, 2025 letter from Linda McMahon to Alan Garber, which is available at and has been downloaded from the Harvard University website at this link, https://www.harvard.edu/research-funding/wp-content/uploads/sites/16/2025/05/5.5.25-Harvard-Letter-from-EdSec-FINAL.pdf.

86. Attached hereto as **Exhibit 85** is a true and correct copy of the May 13, 2025 press release entitled "Joint Task Force to Combat Anti-Semitism Statement on Additional Harvard Actions," which is available at and has been downloaded from this link, https://www.hhs.gov/press-room/anti-semitism-task-force-statement-on-additional-harvard-grants.html.

87. Attached hereto as **Exhibit 86** is a true and correct copy of the May 28, 2025 article entitled "Trump escalates war with Harvard: 'They're getting in deeper and deeper,'" written by Ivan Pereira and published by ABC News, which is available at and has been downloaded from this link, https://abcnews.go.com/Politics/trump-escalates-war-harvard-theyre-deeper-deeper/story?id=122275995.

88. Attached hereto as **Exhibit 87** is a true and correct copy of the webpage entitled "Our Campuses and Locations," published by the UC, which is available at and has been downloaded from the UC website at this link, https://www.universityofcalifornia.edu/campuses-locations

89. Attached hereto as **Exhibit 88** is a true and correct copy of the document entitled "The University of California at a Glance" and dated February 2025, which is available at and has been downloaded from the UC Office of the President website at this link, https://ucop.edu/institutional-research-academic-planning/_files/uc-facts-at-a-glance.pdf.

90. Attached hereto as **Exhibit 89** is a true and correct copy of the document entitled "Federal Investment in UC Research" and dated April 2025, which is available at and has been downloaded from the UC website at this link, https://ucop.edu/communications/_files/federal-investment-in-uc-research-2025.pdf

91. Attached hereto as **Exhibit 90** is a true and correct copy of the April 28, 2021 article entitled "UCLA: Birthplace of the Internet," published by US Tech News, which is available at and has been downloaded from this link, https://uctechnews.ucop.edu/ucla-birthplace-of-the-internet

92. Attached hereto as **Exhibit 91** is a true and correct copy of the webpage entitled "4 Unexpected Discoveries from UC," published by UCPath Center, which is available at and has been downloaded from this link, https://ucpathjobs.org/lifestyle/4-unexpected-discoveries-uc/.

93. Attached hereto as **Exhibit 92** is a true and correct copy of the August 6, 2019 article entitled "Jerome R. Singer, pioneer of magnetic resonance imaging, dies at 97," written by Kara Manke and published by UC Berkeley News, which is available at and has been downloaded from this link, https://news.berkeley.edu/2019/08/06/jerome-r-singer-pioneer-of-magnetic-resonance-imaging-dies-at-97/.

94. Attached hereto as **Exhibit 93** is a true and correct copy of the January 8, 2015 article entitled "Neuroscientist Wins Prize for Cochlear Implant Contributions," written by Pete Farley and published by the UC, which is available at and has been downloaded from this link, https://www.universityofcalifornia.edu/news/neuroscientist-wins-prize-cochlear-implant-contributions.

95. Attached hereto as **Exhibit 94** is a true and correct copy of the April 15, 2024 article entitled "Vaccine Breakthrough Means No More Chasing Strains," written by Jules Bernstein and published by the University of California, Riverside, which is available at and has been downloaded from this link, https://news.ucr.edu/articles/2024/04/15/vaccine-breakthrough-means-no-more-chasing-strains.

96. Attached hereto as **Exhibit 95** is a true and correct copy of the August 19, 2024 article entitled "New Parkinson's Treatment Helps Former Pro Keep Skateboarding," written by Robin Marks and published by the University of California, San Francisco, which is available at and has been downloaded from this link, https://www.ucsf.edu/news/2024/04/427391/new-parkinsons-treatment-

helps-former-pro-keep-skateboarding.

97. Attached hereto as **Exhibit 96** is a true and correct copy of the April 1, 2021 article entitled "FDA Approves First Test of CRISPR to Correct Genetic Defect Causing Sickle Cell Disease," written by Robert Sanders and published by the UC, which is available at and has been downloaded from this link, https://www.universityofcalifornia.edu/news/fda-approves-first-test-crispr-correct-genetic-defect-causing-sickle-cell-disease.

98. Attached here to as **Exhibit 97** is an excerpt of the Statement of Senator Pastore, as recorded in 88 Cong. Rec. 7059 (1964), which is available and was downloaded from the following link, https://www.congress.gov/88/crecb/1964/04/07/GPO-CRECB-1964-pt6-1-1.pdf.

99. Attached hereto as **Exhibit 98** is a true and correct copy of the September 19, 2025 message from UCLA Administrative Vice Chancellor Michael J. Beck, UCLA Vice Chancellor for Student Affairs Monroe Gorden Jr., and UCLA Associate Vice Chancellor for Campus & Community Safety Steve Lurie, entitled "Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect," which is available at and has been downloaded from the UCLA website at this link, https://tpm.ucla.edu/news/bruin-post-finalized-time-place-and-manner-tpm-policies-now-effect.

100. Attached hereto as **Exhibit 99** is a true and correct copy of the September 15, 2025 message from Julio Frenk, entitled "Chancellor Julio Frenk: Sharing an update on federal research funding," which is available at and has been downloaded from the UCLA Newsroom website at this link, https://newsroom.ucla.edu/stories/chancellor-julio-frenk-update-on-federal-research-funding.

101. Attached hereto as **Exhibit 100** is a true and correct copy of the December 20, 2024 resolution agreement between the University of California and the U.S. Department of Education Office of Civil Rights, which is available at and has been downloaded from the U.S. Department of Education website at this link, https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/09222257-b.pdf.

102. Attached hereto as **Exhibit 101** is a true and correct copy of the Complaint (ECF 1) docketed in *Frankel v. Regents of the University of California*, No. 2:24-cv-04702 (C.D. Cal. Jun. 5, 2024).

103. Attached hereto as **Exhibit 102** is a true and correct copy of the Consent Judgement and Permanent Injunction (ECF 210) docketed in *Frankel v. Regents of the University of California*, No.

2:24-cv-04702 (C.D. Cal. July 29, 2025).

104. Attached hereto as **Exhibit 103** is a true and correct copy of the document entitled "Frankel Settlement Fact Sheet," published by the University of California and dated July 29, 2025, which is available at and downloaded from the following link, https://www.universityofcalifornia.edu/sites/default/files/2025-07/frankel-settlement-fact-sheet.pdf.

105. Attached hereto as **Exhibit 104** is a true and correct copy of the March 10, 2025 message from Julio Fraenk entitled "Initiative to Combat Antisemitism," published by the University of California Los Angeles, available at and downloaded from the following link, https://chancellor.ucla.edu/messages/initiative-to-combat-antisemitism.

106. Attached hereto as **Exhibit 105** is a true and correct copy of a document entitled "Gender-Inclusive Restroom Map," published by the University of California, Los Angeles and dated July 2019, cited by the National Institute of Health's termination letter (Ex. 6), available at and downloaded from the following link, https://lgbtq.ucla.edu/file/1500b7f1-7c6b-4c1b-9bbe-12674dd23f67.

107. Attached hereto as **Exhibit 106** is a true and correct copy of the July 14, 2025 press release entitled "New data show University of California degrees lead to jobs, economic prosperity," published by the UC Office of the President, available at and downloaded from the following link, https://www.universityofcalifornia.edu/press-room/new-datashow-university-california-degrees-lead-jobs-economic-prosperity.

108. Attached hereto as **Exhibit 107** is a true and correct copy of the document entitled "UC helps level the playing field and promotes economic mobility, particularly for low income students," which is available at and was downloaded from the following link, https://www.ucop.edu/institutional-research-academic-planning/_files/CLIMB-amobility-analysis.pdf.

109. Attached hereto as **Exhibit 108** is an excerpted transcript of Leo Terrell's interview on Fox News, which Fox News uploaded to YouTube on May 27, 2025, which is available at this link, https://www.youtube.com/watch?v=PeLo4HeoL68. After generating the transcript and reviewing it for accuracy, I excerpted the relevant portion.

110. Attached hereto as **Exhibit 109** is a true and correct copy of the August 25, 2025 news article, entitled "UC marks red lines as it moves to negotiate with Trump administration over $1-billion

1  fine," written by Jaweed Kaleem and published by the LA Times, available at and downloaded from the following link, https://www.latimes.com/california/story/2025-08-25/uc-ucla-trump-newsom-regents-research-grant-cuts-suspensions.

111. Attached hereto as **Exhibit 110** is a true and correct copy of the document entitled "UC Health: Protecting and improving the health of all Californians," published by the UC and dated December 2024, available at and downloaded from the following link, https://health.universityofcalifornia.edu/sites/default/files/2025-02/uc-health-fact-sheet-web.pdf.

112. Attached hereto as **Exhibit 111** is true and correct copy of excerpts of the document entitled "Antisemitism on College Campuses Exposed," published by the Committee on Education & the Workforce, U.S. House of Representatives, dated October 31, 2024, available at and downloaded from the following link, https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_antisemitism_on_college_campuses_exposed.pdf.

I declare under penalty of perjury that that the foregoing is true and correct.

Executed this 9th day of October, 2025 in San Francsico, California

                          ___/s/ Drew Mammel_____
                              Drew Mammel