# EXHIBIT 7



# Department of Energy
Washington, DC 20585

July 30, 2025

Dr. Julio Frenk
Chancellor
University of California – Los Angeles
2147 Murphy Hall
Los Angeles, CA 90095

**Ref: Notice of Award Suspensions**

Dr. Frenk:

The U.S. Department of Energy (DOE) has undertaken a review of its financial assistance award portfolio. The agency has determined that suspension of certain awards is necessary because they are not consistent with Federal law, this Administration's policies and priorities, and program goals and priorities.

DOE understands that the University of California – Los Angeles continues to engage in race discrimination including in its admissions process, and in other areas of student life, as well as failing to promote a research environment free of antisemitism and bias. In particular, DOE has identified the following specific examples of noncompliance:

- UCLA engages in racism, in the form of illegal affirmative action;
- UCLA fails to promote a research environment free of antisemitism and bias;
- UCLA discriminates against and endangers women by allowing men in women's sports and private women-only spaces.

With respect to admissions, UCLA's process, which considers factors such as an applicant's neighborhood/zip code, family income, and school profile—and invites the disclosure of an applicant's race via personal statements—is a transparent attempt to engage in race-based admissions in all but name.[1] This surreptitious—and unlawful—prioritization of race over merit has significantly disadvantaged white, Jewish, and Asian applicants.[2]

---

[1] UCLA, Newsroom, FAQ: Supreme Court ruling on race-conscious college admissions, June 29, 2023, https://newsroom.ucla.edu/stories/faq-supreme-court-ruling-on-affirmative-action (last accessed July 28, 2025); UCLA, Newsroom, UCLA Experts: The Supreme Court's affirmative action decisions, June 2, 2023, https://newsroom.ucla.edu/advisories/ucla-experts-supreme-court-affirmative-action-decisions (last accessed July 28, 2025); UCLA, Newsroom, How UCLA has responded to Proposition 209, June 29, 2023, https://newsroom.ucla.edu/releases/how-ucla-has-responded-to-proposition-209 (last accessed July 28, 2025); *see generally* UCLA, Application Review Process for First-Years, https://admission.ucla.edu/apply/first-year/first-year-requirements/application-review-process (last accessed July 25, 2025).

[2] *See Students Against Racial Discrimination v. Regents of the University of California et al.*, No. 8:25-cv-00192 (C.D. Cal.), Am. Compl., Dkt. No. 26, ¶¶ 8-36 (describing changes to UC admissions policies and results thereof); *see also* Richard Sander, UCLA School of Law, The Consideration of Race in UCLA Undergraduate Admissions, Oct. 20, 2012, at 1 /https://scvtv.com/pdf/ucla022513sander.pdf (last accessed July 25, 2025) ("Holistic admissions by itself did not add anything to African-American admissions at UCLA; rather, it provided a cover for illegal discrimination by UCLA's admissions office. The only significant, tangible effect of holistic admissions at UCLA

With respect to antisemitism, UCLA's own Task Force to Combat Antisemitism and Anti-Israeli Bias revealed that Jewish students, faculty and staff were subjected to threats, assaults, swastika graffiti, and hostile slogans during the 2024 pro-Palestinian encampment.[3] This includes "100 reports of individuals experiencing a physical attack or physical threat."[4] The report criticized UCLA's administration for tolerating such behavior under the guise of free speech, and determined that "cited events appear to (1) violate law, (2) violate University of campus rules or policies, or (3) likely contribute to a hostile campus climate for Jews and Israelis."[5] These findings were reinforced by the Republican Staff Report on the U.S. House Committee on Education and the Workforce's year-long investigation into antisemitism on 11 university campuses, including University of California schools.[6] Regarding UCLA, the report provided extensive details regarding antisemitic and anti-Israeli demonstrations, disruptions, and violence on UCLA's campus in late April to early May 2024, ultimately finding that "UCLA officials stood by and failed to act as the illegal encampment violated Jewish students' civil rights and placed [the] campus at risk."[7] The university's failure to act to stop these dangerous escalations have demonstrated that UCLA is unable to maintain the safe and welcoming environment necessary for effective research, for which UCLA receives millions of dollars in taxpayer funds through DOE financial assistance awards.

Finally, UCLA's policy of allowing males to compete in women's sports and utilize women-only facilities has created an unsafe environment for women that further threatens the integrity of the research environment on its campuses.[8]

Accordingly, pursuant to 2 CFR § 200.339 the following awards are suspended – effective immediately -- until further notice:

- Clean Energy Manufacturing Innovation Institute for Smart Manufacturing: Advanced Sensors, Controls, Platforms, and Modeling for Manufacturing, and
- CFA-23-29323 Extending PRA and HRA legacy methods and tools with a cause-based model for comprehensive treatment of human error dependency.

This is the final agency decision and not subject to appeal. DOE has considered reliance interests and determined that they are outweighed by DOE's policy concerns.

---

was a reduction in the proportion of academically gifted students – of all races – admitted by the university."); *id.* at 5 (summarizing conclusions of Sander's analysis).

[3] Antisemitism and Anti-Israeli Bias at UCLA, Oct. 16, 2024, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.antisemitismreport.org/ (last accessed July 25, 2025).
[4] *Id.* at 1.
[5] *Id.* at 44.
[6] Republican Staff Report, Committee on Education and the Workforce, U.S. House of Representatives, Antisemitism on College Campuses Exposed, Oct. 31, 2024, at 24-30, available at chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposed.pdf (last accessed July 25, 2025) (Detailing antisemitic activities at UCLA from late April to early May 2024).
[7] *Id.* at 24.
[8] *See generally* UCLA Gender Recognition Taskforce: Recommendations Report, 2020, available at https://ucla.app.box.com/s/21hdsdcnopsixi66x5fhcfcjblki243y (last accessed July 25, 2025).

3

Costs incurred as a result of this suspension may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the suspension date to furnish an itemized accounting of allowable costs incurred prior to the suspension date.

                                  Sincerely,

                                  Jeffrey Novak
                                  Acting General Counsel