# Statement from UC President James B. Milliken in response to the Department of Justice's proposed $1 billion settlement from UCLA

UC Office of the President August 8, 2025

*Statement from President Milliken, Friday, August 8, 2025:*

"The University of California just received a document from the Department of Justice and is reviewing it. Earlier this week, we offered to engage in good faith dialogue with the Department to protect the University and its critical research mission. As a public university, we are stewards of taxpayer resources and a payment of this scale would completely devastate our country's greatest public university system as well as inflict great harm on our students and all Californians. Americans across this great nation rely on the vital work of UCLA and the UC system for technologies and medical therapies that save lives, grow the U.S. economy, and protect our national security."