# EXHIBIT 11

9/22/25, 10:55 AM
U.S. Department of Education Probes Cases of Antisemitism at Five Universities | U.S. Department of Education
Case 3:25-cv-07864-RFL    Document 27-11    Filed 10/09/25    Page 2 of 5

🇺🇸 An official website of the United States government  Here's how you know

## U.S. Department of Education

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# U.S. Department of Education Probes Cases of Antisemitism at Five Universities

U.S. Department Investigating Five Universities Where Widespread Antisemitic Harassment has Been Reported

FEBRUARY 3, 2025

WASHINGTON – Pursuant to President Trump's Executive Order, Additional Measures to Combat Anti-Semitism, the U.S. Department of Education today announced investigations into five institutions of higher education where widespread antisemitic harassment has been reported. The investigations are in response to the explosion of antisemitism on American campuses following the Hamas massacre of Israeli civilians on Oct. 7, 2023.

The Department's Office for Civil Rights (OCR) is opening the investigations under Title VI of the Civil Rights Act (1964), which protects students from discrimination and harassment based on national origin, including shared ancestry. The schools are:

- Columbia University
- Northwestern University
- Portland State University
- The University of California, Berkeley
- The University of Minnesota, Twin Cities

Help improve ED.gov

"Too many universities have tolerated widespread antisemitic harassment and the illegal encampments that paralyzed campus life last year, driving Jewish life and religious expression underground. The Biden Administration's toothless resolution agreements did shamefully little to hold those institutions accountable," **said Craig Trainor, Acting Assistant Secretary for Civil Rights.** "Today, the Department is putting universities, colleges, and K-12 schools on notice: this administration will not tolerate continued institutional indifference to the wellbeing of Jewish students on American campuses, nor will it stand by idly if universities fail to combat Jew hatred and the unlawful harassment and violence it animates."

These investigations build upon the foundational work of the House Committee on Education and the Workforce under then-Chairwoman Virginia Foxx, which [found](#) that university administrations "overwhelmingly failed" to protect or support their Jewish students, even making "astounding concessions" to illegal, anti-American encampments.

The Department of Education looks forward to working with the Department of Justice and the Department of Health and Human Services as a part of today's announced [task force](#) to combat antisemitism.

---

**CONTACT**

Press Office  |  (202) 401-1576  |  press@ed.gov

---

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: August 25, 2025

## Pay for College

Fill out the FAFSA

529 Plans

Repay Your Loans

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

9/22/25, 10:55 AM U.S. Department of Education Probes Cases of Antisemitism at Five Universities | U.S. Department of Education

Case 3:25-cv-07864-RFL   Document 27-11   Filed 10/09/25   Page 5 of 5

Press Releases

Homeroom Blog

Subscriptions

## Research

Data

Education Research

What Works Clearinghouse

## Site Notices and Privacy Policies

Accessibility Support

## ED Archive

# U.S. Department of Education

     



**www.ed.gov**

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**