# EXHIBIT 14

9/22/25, 11:02 AM   Office of Public Affairs | U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Right…

Case 3:25-cv-07864-RFL    Document 27-14    Filed 10/09/25    Page 2 of 5



PRESS RELEASE

# U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Rights Act of 1964

Wednesday, March 5, 2025

For Immediate Release

Office of Public Affairs

The Federal Task Force to Combat Anti-Semitism announced that the Justice Department has opened a civil pattern or practice investigation into the University of California (UC) under Title VII of the Civil Rights Act of 1964. The investigation will assess whether UC has engaged in a pattern or practice of discrimination based on race, religion and national origin against its professors, staff and other employees by allowing an Antisemitic hostile work environment to exist on its campuses.

"This Department of Justice will always defend Jewish Americans, protect civil rights, and leverage our resources to eradicate institutional Antisemitism in our nation's universities," said Attorney General Pamela Bondi.

"Our country has witnessed a disturbing rise of Antisemitism at educational institutions in California and nationwide," said Acting Associate Attorney General and Department of Justice Chief of Staff Chad Mizelle. "The Department of Justice is committed to upholding Title VII of the Civil Rights Act and protecting Jewish Americans as we investigate this potential pattern of discrimination."

9/22/25, 11:02 AM                    Office of Public Affairs | U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Right…

Case 3:25-cv-07864-RFL    Document 27-14    Filed 10/09/25    Page 3 of 5

Leading Task Force member and Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell said, "Following the October 7, 2023 Hamas terror attacks in Israel, there has been an outbreak of antisemitic incidents at leading institutions of higher education in America, including at my own *alma mater* at the UCLA campus of UC. The impact upon UC's students has been the subject of considerable media attention and multiple federal investigations. But these campuses are also workplaces, and the Jewish faculty and staff employed there deserve a working environment free of antisemitic hostility and hate. The President, the Attorney General and this Task Force are committed to combatting antisemitism for all Jewish Americans."

The employment discrimination investigation will be conducted pursuant to Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination on the basis of race, color, national origin, sex, and religion. Under Title VII, the Justice Department has the authority to initiate investigations against state and local government employers where it has reason to believe that a "pattern or practice" of employment discrimination exists.

Collaboration between the Justice Department and other federal agencies plays an important role in combating antisemitism in schools and college campuses. The Department coordinates with other federal agencies as part of the multi-agency Task Force to Combat Anti-Semitism, as well as when sharing enforcement jurisdiction with other agencies. For state and local governments and related entities like public universities, the Department of Justice shares enforcement authority under Title VII with the Equal Employment Opportunity Commission (EEOC). The EEOC receives, investigates, and conciliates EEOC charges against state- and local-government employers, before referring those charges to the Civil Rights Division of the Department of Justice for potential litigation.

"The EEOC is committed to partnering with the Department of Justice to stamp out the scourge of anti-Semitism on campus workplaces," said EEOC Acting Chair Andrea Lucas.

If you have been discriminated against, you can file a complaint with the Civil Rights Division, at [Contact the Civil Rights Division | Department of Justice](https://civilrights.justice.gov) (https://civilrights.justice.gov). If you work for an university or college and have experienced anti-Semitic harassment at work, you can file a charge with the EEOC, at [How to File a Charge of Employment Discrimination | U.S. Equal Employment Opportunity Commission](https://www.eeoc.gov/how-file-charge-employment-discrimination) (https://www.eeoc.gov/how-file-charge-employment-discrimination). Learn more about addressing anti-Semitism at work here: [What To Do If You Face Antisemitism at Work](.).

President Trump's Executive Order can be found here: [Additional Measures to Combat Anti-Semitism – The White House](.).

*Updated March 5, 2025*

9/22/25, 11:02 AM    Office of Public Affairs | U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Right…

Case 3:25-cv-07864-RFL    Document 27-14    Filed 10/09/25    Page 4 of 5

**Topic**

> **CIVIL RIGHTS**

**Components**

Office of the Attorney General | Civil Rights Division | Office of the Associate Attorney General

Press Release Number: 25-219

# Related Content

**PRESS RELEASE**

### Justice Department Announces Settlement with Kansas City Kansas Community College to Enforce the Employment Rights of Servicemember

The Justice Department announced it has reached a settlement with the Kansas City Kansas Community College (KCKCC) to enforce the rights guaranteed to Kansas Army National Guard Major Stephen W...

September 22, 2025

**PRESS RELEASE**

### Justice Department Investigates Austin, Texas for Racially Discriminatory Employment Practices

Today, the Justice Department's Civil Rights Division launched an investigation into the City of Austin, Texas, to determine whether it engages in employment practices that discriminate based on race, sex...

9/22/25, 11:02 AM
Office of Public Affairs | U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Right…

Case 3:25-cv-07864-RFL    Document 27-14    Filed 10/09/25    Page 5 of 5

September 18, 2025

**PRESS RELEASE**

### Mississippi Man Convicted of Federal Civil Rights and Arson Charges for Setting Fire to Church of Jesus Christ of Latter-Day Saints

Yesterday, a federal jury in Gulfport, Mississippi, convicted Stefan Day Rowold on six counts of federal arson and civil rights charges for vandalizing and setting fire to a house of...

September 18, 2025



### Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

**Department of Justice Main Switchboard**
202-514-2000