# EXHIBIT 15

10/6/25, 8:52 PM  Office of Public Affairs | Attorney General Pamela Bondi Launches Compliance Review Investigation into Admissions Policies at Sta…

Case 3:25-cv-07864-RFL    Document 27-15    Filed 10/09/25    Page 2 of 5



**PRESS RELEASE**

# Attorney General Pamela Bondi Launches Compliance Review Investigation into Admissions Policies at Stanford University and Several University of California Schools, Advancing President Trump's Mandate to End Illegal DEI Policies

Thursday, March 27, 2025

**For Immediate Release**

Office of Public Affairs

Today, Attorney General Pamela Bondi directed the Department of Justice's Civil Rights Division to begin compliance review investigations into admissions policies at Stanford University, University of California, Berkeley, University of California, Los Angeles, and University of California, Irvine. Following the U.S. Supreme Court's decision in *Students for Fair Admissions Inc. v. President & Fellow of Harvard Coll.*, 600 U.S. 181 (2023), colleges and universities are prohibited from using DEI discrimination in selecting students for admission, and the Department of Justice is demanding compliance.

"President Trump and I are dedicated to ending illegal discrimination and restoring merit-based opportunity across the country," said Attorney General Pamela Bondi. "Every student in America

10/6/25, 8:52 PM       Office of Public Affairs | Attorney General Pamela Bondi Launches Compliance Review Investigation into Admissions Policies at Sta…

Case 3:25-cv-07864-RFL    Document 27-15    Filed 10/09/25    Page 3 of 5

deserves to be judged solely based on their hard work, intellect, and character, not the color of their skin."

For decades, elite colleges and universities have prioritized racial quotas over equality of opportunity, dividing Americans and discriminating against entire groups of applicants, all in the name of DEI. The prior administration advanced the ideology behind this illegal practice and did nothing to protect the civil rights of American students.

"The Department of Justice will put an end to a shameful system in which someone's race matters more than their ability," said Acting Associate Attorney General Chad Mizelle. "Every college and university should know that illegal discrimination in admissions will be investigated and eliminated."

The compliance investigations into these universities are just the beginning of the Department's work in eradicating illegal DEI and protecting equality under the law.

Updated March 27, 2025

**Topic**

**CIVIL RIGHTS**

**Component**

Office of the Attorney General

Press Release Number: 25-315

# Related Content

**PRESS RELEASE**

10/6/25, 8:52 PM  Office of Public Affairs | Attorney General Pamela Bondi Launches Compliance Review Investigation into Admissions Policies at Sta…

Case 3:25-cv-07864-RFL    Document 27-15    Filed 10/09/25    Page 4 of 5

### Civil Rights Division Files the First Department of Justice Affirmative Lawsuit in Support of Gun Owners

The Civil Rights Division today filed a lawsuit against the Los Angeles County Sheriff's Department due to their pattern or practice of infringing the Second Amendment rights of law-abiding citizens...

September 30, 2025

**PRESS RELEASE**

### Religious Liberty Commission Hosts Third Hearing on Religious Liberty in Public Education

WASHINGTON – Yesterday, the Religious Liberty Commission held its third hearing to discuss religious liberty issues in education from the perspectives of teachers and coaches, as well as religious liberty...

September 30, 2025

**PRESS RELEASE**

### Justice Department Files Lawsuit Under the FACE Act Against Violent Protestors at Synagogue in West Orange, New Jersey

Today, the Justice Department filed a civil complaint under the Freedom of Access to Clinic Entrances (FACE) Act against entities and individuals who targeted a synagogue in West Orange, New...

September 29, 2025

# Archived Press Releases



[Archived News](#)

## Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

**Department of Justice Main Switchboard**
202-514-2000