# EXHIBIT 16



**U.S. Department of Justice**

Civil Rights Division

*Employment Litigation Section – 4CON*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*
*www.justice.gov/crt/emp*

June 26, 2025

<u>**Via Electronic Mail**</u>

Dr. Michael Drake
President
University of California
Office of the President
1111 Franklin Street, 12th Floor
Oakland, California 94607

c/o Kelly S. Wood, Esquire
O'Melveny & Myers LLP
610 Newport Center Drive
Newport Beach, California 92260-6429
kwood@omm.com

Re:  <u>Investigation of the Employment Practices of the University of California, Pursuant to Section 707 of Title VII of the Civil Rights Act of 1964, as Amended</u>

Dear President Drake:

    We are writing to inform you that the Department of Justice is opening an investigation to determine whether the University of California, including the individual University of California campuses, is engaged in a pattern or practice of discrimination based on race and sex in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"). It is the responsibility of the Attorney General of the United States to enforce the provisions of Title VII with respect to state and local government employers. The Attorney General has delegated the authority to investigate compliance with these provisions to the Assistant Attorney General of the Civil Rights Division.

    Title VII prohibits an employer from discriminating against an individual on the basis of race, color, religion, sex, or national origin. *See* 42 U.S.C. § 2000e-2. When the Attorney General has reasonable cause to believe that a state or local government employer is engaged in a pattern or practice of discrimination in violation of Title VII, it is the Attorney General's responsibility to take appropriate action to eliminate that violation, including presenting the matter to the appropriate court for civil proceedings. *See* 42 U.S.C. § 2000e-6(a).

    Our investigation is based on information suggesting that the University of California may be engaged in certain employment practices that discriminate against employees, job applicants, and training program participants based on race and sex in violation of Title VII. Specifically, we have reason to believe the University of California's "UC 2030 Capacity Plan" precipitated unlawful action by the University of California and some or all its constituent campuses.

Accordingly, I have authorized a full investigation to determine whether the University of California is engaged in a pattern or practice of discrimination as set forth above.

It is important to note that we have not reached any conclusions about the subject matter of the investigation. We intend to consider all relevant information, and we welcome your assistance in helping to identify what that might be. We would appreciate your cooperation in our investigation.

I have assigned Acting Deputy Assistant Attorney General Eric Sell to this investigation. Mr. Sell will be in contact with you shortly to set up a mutually agreeable date and time to discuss the parameters of this investigation, including the scope of information that we will be seeking from you. He may be reached by email at Eric.Sell@usdoj.gov.

Thank you for your cooperation.

Sincerely,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

cc:  Eric A. Sell – Acting Deputy Assistant Attorney General
U.S. Attorneys' Offices (California)
Civil Chiefs:
Pamela Johann (Northern District)
David M. Harris (Central District)
Edward A. Olsen (Eastern District)
Katherine Parker (Southern District)

2