# **EXHIBIT 17**



UNIVERSITY
OF
CALIGORNIA

---

President James B. Milliken

Office of the President
1111 Franklin Street, 12th Floor
Oakland, Ca 94607

universityofcalifornia.edu

---

Campuses

Berkeley
Davis
Irvine
UCLA
Merced
Riverside
San Diego
San Francisco
Santa Barbara
Santa Cruz

Medical Centers

Davis
Irvine
UCLA
San Diego
San Francisco

National Laboratories

Lawrence Berkeley
Lawrence Livermore
Los Almos

Division of Agriculture and
Natural Resources

September 3, 2025

The Honorable Scott D. Wiener
Chair, Joint Legislative Budget Committee
1020 N. Street, Room 553
Sacramento, California 94814

Dear Senator Wiener:

Thank you for your letter. We are deeply grateful for your commitment to the University of California—especially at this moment, as we face one of the gravest threats in UC's 157-year history. Recent actions by the federal government, with the distinct possibility of more to come, place the entire University of California system at risk, and by extension the many Californians and communities we serve.

As you point out, the UC system is not only one of the world's leading academic institutions, but also a key driver in California's economic success story that contributes to thriving communities throughout the state. We are the second largest employer in the state—nearly 275,000 people work at our campuses and medical centers—and we indirectly support over 500,000 jobs. We are present in every county in this state, providing health care, supporting farmers, and fostering innovation and entrepreneurship that leads to new inventions and companies. We are heartened that our state's leaders recognize what the University of California contributes to the state, the country, and the world.

Last week in Sacramento, I met with more than 30 legislators. I hope my message to all was clear: the stakes are high, and the risks are very real. The University of California receives over $17 billion per year from the federal government—$9.9 billion in Medicare and Medicaid funding, $5.7 billion in research funding, and $1.9 billion in student financial aid per year.

 A substantial loss of federal funding would devastate our university and cause enormous harm to our students, our patients, and all Californians. Classes and student services would be reduced, patients would be turned away, tens of thousands of jobs would be lost, and we would see UC's world-renowned researchers leaving our state for other more seemingly stable opportunities in the US or abroad.  It is hard to conceive of a more damaging consequence for our state.

The University faces an extraordinary challenge, and we will need the resolve and partnership of our state's leaders if we are to ensure that UC can continue to serve the people of California as it has for generations. We are extraordinarily grateful for the offer of assistance in your letter. If the University loses the federal funding I mentioned earlier, we would need at least $4-5 billion per year to minimize the damage of that loss. That is what fighting for the people of California will take, and I look forward to further discussions regarding how the State can support UC as we strive to protect the greatest public university in the world.

Sincerely,

James B. Milliken
President

cc:

| | |
|---|---|
| Senator Benjamin Allen | Assemblymember Rick Chavez Zbur |
| Assemblymember Cecilia Aguiar-Curry | Assemblymember David Alvarez |
| Assemblymember Steve Bennett | Assemblymember Marc Berman |
| Senator Catherine Blakespear | Assemblymember Isaac Bryan |
| Senator Anna Caballero | Senator Sabrina Cervantes |
| Assemblymember Sade Elhawary | Assemblymember Robert Garcia |
| Senator Lena Gonzalez | Assemblymember Mark Gonzàlez |
| Assemblymember John Harabedian | Assemblymember Gregg Hart |
| Assemblymember Corey Jackson | Assemblymember Maggie Krell |
| Senator Caroline Menjivar | Assemblymember Al Muratsuchi |
| Assemblymember Liz Ortega | Senator Steve Padilla |
| Senator Sasha Renée Pérez | Assemblymember Cottie Petrie-Norris |
| Assemblymember Sharon Quirk-Silva | Assemblymember Celeste Rodriguez |
| Senator Susan Rubio | Assemblymember Nick Schultz |
| Assemblymember Jose Luis Solache | Senator Henry Stern |
| Senator Thomas Umberg | Assemblymember Christopher Ward |
| Assemblymember Buffy Wicks | |