# EXHIBIT 18

# A message from President James B. Milliken to the UC community

UC Office of the President September 15, 2025

Dear UC community,

I know that many of you are closely following the federal administration's actions against UCLA — including the suspension of critical research funding this summer and a demand that the university pay the federal government over $1 billion. Today, the LA Times published a story summarizing some of the administration's demands.

As we consider the unprecedented action against UCLA, it is important to keep in mind that the federal government is also pursuing investigations and actions in various stages against all 10 UC campuses. So, while we are first focused on the direct action involving UCLA, we must also consider the implications of expanded federal action.

This represents one of the gravest threats to the University of California in our 157-year history. Losses of significant research and other federal funding would devastate UC and inflict real, long-term harm on our students, our faculty and staff, our patients, and all Californians. It would also end life-saving research from which all Americans benefit.

Let me provide a little more context about what's at stake. The University of California receives more than $17 billion each year in federal support. That includes $9.9 billion in Medicare and Medicaid funding, $5.7 billion for research and program support, and $1.7 billion in student financial aid.

The funds at risk support the doctors and nurses who care for millions of Californians each year, the researchers working to find new cures and make important technological discoveries, and the financial aid that keeps UC accessible for students of all backgrounds. A substantial loss of this federal funding would be devastating for our mission and for the people who depend on us most. It will mean fewer classes and student services, reduced access to health care, tens of thousands of lost jobs across the state, and an exodus of world-class faculty and researchers to other states or countries.

Many of our campuses have already experienced layoffs and other negative impacts in recent months because of cuts to federal research funding and other financial pressures.  But this is minor in comparison to the threat that looms. As the state's second-largest employer, with a presence in every county in California, these reductions would have a detrimental ripple effect across the entire state economy.

The work happening across UC saves lives, drives economic growth and creates opportunity for families in every community. Far too many people depend on us for the University to retreat from its mission. We must do all we can to avoid the harmful possibilities I've outlined. That's why we are working with elected officials in Sacramento and Washington, D.C., to evaluate every option to

resolve this conflict to continue serving communities across the state.

The University of California has weathered many challenges since its founding. We will do so again — but it will undoubtedly be a difficult process for our community. The fact is that we are in uncharted waters. Our top priority now is protecting this institution — its resources, its mission and its values — for the sake of everyone we serve.

I ask all of you to come together as a community — in support of our students, our patients and one another — as we navigate what lies ahead. It will take all of us working together to protect UC, the greatest public university in the nation.

With deep gratitude,

James B. Milliken
President