# EXHIBIT 19

## About UCLA: Fast facts

UCLA is known worldwide for the breadth and quality of its academic, research, health care, cultural, continuing education and athletics programs

**Last Updated August 25, 2025**

# Campus overview

### UCLA campus
UCLA's main campus is located on 419 acres in the Westwood community of Los Angeles. UCLA is one of 10 campuses of the University of California system.

► Directions    | Interactive map

University of California, Los Angeles
405 Hilgard Avenue
Los Angeles, CA 90095
310-825-4321

### Chancellor
Julio Frenk became UCLA's seventh chancellor on Jan. 1, 2025.

Chancellor's website    | Past chancellors

### History
UCLA was founded in 1919 as the Southern Branch of the University of California. The Westwood campus officially opened in 1929.
Read more

### Rankings
The most prominent rankings organizations consistently place UCLA among the top universities in the world for academics, research and community impact. UCLA has been ranked the nation's No. 1 public university for eight years in a row by U.S. News & World Report.
Read more

### Budget
UCLA's annual budget is approximately $11 billion.
Annual financial report

### Enrollment
UCLA has the largest enrollment among the University of Californa's 10 campuses. In 2024–25, UCLA had 48,651 students, including 33,471 undergraduates, 13,855 graduate students and 1,325 interns and residents in medicine and dentistry.
Enrollment data

### Degrees
UCLA conferred 13,794 degrees during the 2024–25 academic year.
Degree data

### Health care
UCLA Health operates five hospitals in Los Angeles:

- Ronald Reagan UCLA Medical Center    (Westwood)
- UCLA Mattel Children's Hospital    (Westwood)
- UCLA Resnick Neuropsychiatric Hospital    (Westwood)

- UCLA Santa Monica Medical Center    (Santa Monica)

- UCLA West Valley Medical Center    (West Hills)

UCLA Health hospitals have been ranked No. 1 in Los Angeles and California in the 2025–26 "Best Hospitals" assessment by U.S. News & World Report. UCLA Health operates more than 280 clinics across Central California and the Central Coast and includes the David Geffen School of Medicine at UCLA.

UCLA Health

## Arts and culture

UCLA is the leading arts and cultural center in the western United States, hosting more than 1,000 visual and performing arts events each year and attracting more than 500,000 patrons.

Read more

## Continuing education

UCLA Extension, a pioneer in distance learning, offers a vast array of courses, programs and conferences to professionals and others around the world.

UCLA Extension

## Athletics

UCLA has won 124 NCAA team championships. Formerly a member of the Pac-12 Conference, UCLA joined the Big Ten Conference in August 2024.

UCLA Athletics

# Students and academics

## Fields of study

The UCLA College and 12 professional schools offer more than 5,000 courses in a wide range of undergraduate majors, master's programs, doctoral and professional programs, and minors.

General Catalog

## Admissions

UCLA is the most applied-to university in the country. For fall 2024, UCLA received 173,400 applications for undergraduate admission — 146,250 from prospective freshmen and 27,150 students hoping to transfer in for their junior year.

Admissions data

## Demographics and Diversity

UCLA takes pride in the extraordinary diversity of its student body and in providing the opportunity all students — regardless of their race, gender or socioeconomic background or status — to succeed. Nearly a third of undergraduates earning a degree are the first in their families to graduate from a four-year college or university.

Read more    | Undergraduate profile (PDF)

## Tuition

Tuition and student services fees for the 2024–25 academic year are $15,150 for California-resident undergraduates and $49,350 for out-of-state undergraduates.

Tuition and fees

## Financial support

Ample financial aid means most families pay less than full price. In fact, nearly half of undergraduates pay no tuition at all. Close to a third of undergraduates receive Pell Grants, federal aid for students from low-income families.

Financial aid and scholarships

### Graduation rate

Nearly 85% of students entering as freshmen graduate within four years, more approximately 93% within six years.

[Graduation data](#)

## Faculty and research

### Faculty

UCLA has approximately 5,400 faculty members, including recipients of the Nobel Prize, the Pulitzer Prize, the National Medal of Science, and Guggenheim, MacArthur and other prestigious fellowships, grants and awards.

[Faculty awards and honors](#)

### Research

With more than $1.6 billion received each year in competitively awarded grants and contracts and over 6,000 funded research projects underway at any given time, UCLA creates real-world advances that enhance quality of life around the globe.

[Research funding data](#)

### Intellectual property

UCLA holds more than 1,200 active U.S. patents and over 1,800 foreign patents in its portfolio based on discoveries by UCLA researchers.

[Read more (PDF)](#)     | [UCLA Technology Development Group](#)

## Making a difference

### Community engagement

Through academic, service and other programs, UCLA faculty, students and staff are deeply involved in improving lives throughout Los Angeles neighborhoods.

[UCLA Center for Community Engagement](#)

### Volunteering

More than half of UCLA's undergraduates participate in some form of community service.

[UCLA Volunteer Center](#)

### Alumni

UCLA has more than 670,000 living alumni, and its graduates have been pioneers in almost every field imaginable.

[UCLA Alumni Association](#)

## | Stay Connected

 

[UCLA on Twitter](#)     [UCLA on Facebook](#)     [UCLA on LinkedIn](#)     [@UCLA on Instagram](#)

[UCLA on YouTube](#)

**SIGN UP FOR A DAILY BRIEFING**

Get top research & news headlines four days a week.

(Check your inbox or spam filter for confirmation.)

Email address

Subscribe

 Subscribe to a UCLA Newsroom RSS feed and our story headlines will be automatically delivered to your news reader.

All RSS Feeds →

## | Top UCLA News



SCIENCE + TECHNOLOGY

### Supporting future faculty and scientific research: The importance of postdoc experience



SCIENCE + TECHNOLOGY

### UCLA research helped pave the way to these 8 major cancer-fighting drugs



HEALTH + BEHAVIOR

### Bruin legend Kareem Abdul-Jabbar speaks from the heart about UCLA's impact on his life, career and health



SCIENCE + TECHNOLOGY

### Government funding made the birth of the internet possible at UCLA