# EXHIBIT 20

10/3/25, 1:50 PM
UCLA Chancellor Julio Frenk: Meeting the challenges ahead as One UCLA
Case 3:25-cv-07864-RFL   Document 27-20   Filed 10/09/25   Page 2 of 4

UNIVERSITY NEWS

# Chancellor Julio Frenk: Meeting the challenges ahead as One UCLA

Please join us in speaking up on behalf of our university



*David Esquivel/UCLA*

Dr. Julio Frenk

**UCLA Newsroom**
August 15, 2025

 Listen     Share

*Today, Chancellor Frenk shared the following message with the campus community.*

Dear Bruin Community:

By now, you are all familiar with the challenges facing UCLA: the suspension of federal research funding, as well as the U.S. government's demand of $1 billion from our university.

I want to be clear: The costs associated with this demand, if left to stand, would have far-reaching consequences. The impacts to *society* are very real, as it could threaten our ability to conduct life-saving and life-changing research. But the impacts to *our university* are just as real, damaging our ability to carry out our public mission, harming the work and careers of our scholars and staff, and putting great strain on the budgets of departments and units across our institution.

Unfortunately, the challenges we now face come on top of a difficult few years for our university's finances. Even before the suspension of our research funding, we were undertaking efforts to reduce operational costs — instituting a hiring review process, limiting travel expenditures, and putting in place a 10 percent budget reduction for administrative units.

We will need to take additional steps — and make difficult choices — to balance our budgets, particularly if the university must operate without a significant portion of its research funding for a longer period. We are evaluating our options, and I have asked Executive Vice Chancellor and Provost Darnell Hunt and Vice Chancellor and Chief Financial Officer Steve Agostini to communicate updates to the Bruin community.

We are doing everything we can to meet this moment head on and restore UCLA's federal funding. I am routinely meeting with UC President Milliken, members of the UC Board of Regents, and the chancellors of the UC campuses to take a clear-eyed, strategic look at our options and find the best path forward for our community. We will keep our values and principles front and center in any decision

we make. I know uncertainty about the future brings anxiety and fear for many in our Bruin family, and I commit to being in constant communication with you throughout this challenging period.

I also want you to know that this is a moment when *your* voice carries weight. The pride Bruins feel for UCLA is a force of its own, and we need our community to stand up for our institution and all the good it does in the world. I hope you will join me in advocating for UCLA by:

- Calling or writing your legislators to explain the value of UCLA's research so they can help us defend it

- Sharing [stories about our world-changing research](#) on social media using the #ResearchPowersProgress hashtag

- [Sharing with us short testimonials](#) about how UCLA research has affected your life

- Making a commitment to [Stand Up for UCLA](#)

In difficult times, we find strength in staying connected. UCLA's excellence comes from the collective dedication of its students, faculty, staff, alumni and friends — Bruins around the world united by a belief in the transformative power of education, research and service. By standing together, speaking with one voice and lifting one another up, we can protect our mission and ensure our university thrives for generations to come.

We are One UCLA.

**Julio Frenk**
Chancellor

Tags: [university news](#) | [UCLA leadership](#) | [Chancellor Julio Frenk](#) | [faculty news](#) | [staff news](#) | [students](#) | [research](#) | [University of California](#)

## Related Links

[Federal updates for the UCLA community](#)

[Vice Chancellor for Research and Creative Activities Roger Wakimoto: National Science Foundation grants reinstated (Aug. 13)](#)

[Chancellor Frenk: Update on protecting our research mission (Aug. 6)](#)

[Vice Chancellor for Research and Creative Activities Roger Wakimoto: Federal research grant suspensions — resources and next steps (Aug. 4)](#)

[Video message from Chancellor Frenk on the suspension of federal research funding (Aug. 1)](#)

[Chancellor Frenk: The loss of federal funding is a loss for America (July 31)](#)

## Top UCLA News



SCIENCE + TECHNOLOGY

[Supporting future faculty and scientific research: The importance of postdoc experience](#)



SCIENCE + TECHNOLOGY

**UCLA research helped pave the way to these 8 major cancer-fighting drugs**



HEALTH + BEHAVIOR

**Bruin legend Kareem Abdul-Jabbar speaks from the heart about UCLA's impact on his life, career and health**



SCIENCE + TECHNOLOGY

**Government funding made the birth of the internet possible at UCLA**

# Stay Connected

SIGN UP FOR A DAILY BRIEFING

Get top research & news headlines four days a week.

(Check your inbox or spam filter for confirmation.)

| Email address | Subscribe |

 Subscribe to a UCLA Newsroom RSS feed and our story headlines will be automatically delivered to your news reader.

**All RSS Feeds  →**

 **UCLA on Twitter**    **UCLA on Facebook**    **UCLA on LinkedIn**    **@UCLA on Instagram**

 **UCLA on YouTube**