# EXHIBIT 21



UNIVERSITY OF CALIFORNIA

# Budget for Current Operations

Context for the Budget Request

2025–26

Programs are dependent upon user demand. Campuses also charge fees for a variety of student-related expenses not supported by mandatory systemwide tuition and fees, such as student health insurance fees and course materials fees. Revenue from University Extension, other self-supporting instructional programs, and other campus fees is projected to be $1.3 billion in 2024-25.

### Educational and Support Activities

Revenue from sales and services of educational and support activities is projected to total $8.7 billion in 2024-25. This includes revenue from the health sciences faculty compensation plans, and a number of other sources, such as neuropsychiatric hospitals, the veterinary medical teaching hospital, dental and optometry clinics, fine arts productions, museum ticket sales, publication sales, and athletic facilities users. Similar to auxiliary enterprises and academic medical centers, revenues in this case are generally dedicated to support the underlying activity.

## GOVERNMENT CONTRACTS, GRANTS, AND AGENCY APPROPRIATIONS

Contract and grant activity generates $5.4 billion annually in revenue for the University and plays a key role in the University's position as a major driver of the California economy. Government sources, including the Department of Energy (DOE) and other federal agencies, state agencies, and local governments are significant providers of contract and grant funding. Contract and grant activity that is codified in legislation or based on long-standing agency agreements is permanently budgeted. In addition, non-permanent extramural funds are provided for specified purposes. The majority of this funding supports research, including salaries, benefits, equipment, subcontracts, and student financial aid.

### Federal Funds

Federal funds provide support for UC in three primary areas: research contracts and grants, student financial aid, and health care programs.

In 2023-24, federal funds were the University's single most important source of support for research, generating $3.0 billion and accounting for 52% of all University research expenditures in 2023-24. While UC researchers receive support from virtually all federal agencies, the National

---

**FEDERAL INDIRECT COST REIMBURSEMENT**

All federal contract and grant activity generates costs which are divided into two basic categories: direct costs charged to a specific contract or grant; and indirect costs, including facilities or administrative expenses, which are shared across multiple contracts or grants. The *Research* chapter discusses indirect cost recovery and federal research funds in greater detail.

The University has an agreement with the State regarding the disbursement of federal reimbursement. Pursuant to this agreement, the first 19.9% of the reimbursement accrues directly to the University for costs of contract and grant administration in campus sponsored project offices, academic departments, and research units.

The remaining 80% of the federal reimbursement is split into two funds. The first 55% is budgeted as UC General Funds, which help to support the University's core funds budget. The remaining 45%, the University Opportunity Fund, is used for strategic investments in faculty recruitment packages (laboratory alterations, equipment purchases), support for graduate student researchers, instructional programs, and additional funding for capital.

---

Display II-6: 2023-24 Federal Support for UC and UC Students (Dollars in Millions)

| | |
|---|---:|
| Program Support | |
| Research Grants and Contracts | $3,056.1 |
| Indirect Cost Recovery | $1,114.4 |
| DOE National Laboratory Operations | $1,144.9 |
| DOE Laboratory Management Fees | $36.1 |
| Other Contracts and Grants | $349.2 |
| Student Financial Aid | |
| Pell Grants | $493.9 |
| Other Undergraduate Grants and Scholarships | $25.5 |
| Graduate Fellowships and Scholarships | $85.8 |
| Student Loans | $1,062.9 |
| Work-Study | $21.5 |
| Patient Care | |
| Medicare | $5,282.6 |
| Medicaid | $4,582.4 |
| Estimated Total Federal Support | $17,255.4 |

Institutes of Health and the National Science Foundation are the two largest sponsors, accounting for nearly 78% of UC's federal research contract and grant awards in 2023-24. Although federal funds for UC research have grown significantly over the past several decades, constraints on federal spending have resulted in declines or stagnation of federal research funding available to the University. UC