# EXHIBIT 22

# UC is not just an institution of higher learning. Here, research aims higher. Service reaches higher.

## A higher level of excellence calls for a higher commitment.

2010-11 BUDGET FOR CURRENT OPERATIONS
BUDGET DETAIL
AS PRESENTED TO THE REGENTS FOR APPROVAL

UNIVERSITY of CALIFORNIA

**DISPLAY VII-1: 2008-09 DIRECT RESEARCH EXPENDITURES BY FUND SOURCE**

Nearly 75% of research funding is derived from federal agencies and private sources.



Federal Contracts & Grants 48%
Private Contrats & Grants 26%
Other Sources 11%
State & UC General Funds 9%
State Special Funds & Agency Agreements 6%

**DISPLAY VII-2: TRENDS IN RESEARCH AWARDS BY SOURCE**
(DOLLARS IN BILLIONS)

UC federal direct research expenditures increased rapidly with the doubling of the NIH research budget between 1998-99 and 2002-03, but slowed recently. Private support for research has doubled over the last 10 years.



accounting for approximately 48% of all University research expenditures in 2008-09. About 64% of the University's federal research awards in 2008-09 came from Health and Human Services, primarily through the National Institutes of Health (NIH). Other agencies that figure prominently in the University's awards are the National Science Foundation (NSF), the Department of Defense, the National Aeronautics and Space Administration, and the Department of Energy (DOE). The distribution of research funds by agency is shown in Display VII-3. In 2008, UC successfully competed for over 6% of the NIH appropriation, and over 7% of the NSF budget, together representing over $2.24 billion in new federal research dollars for California.

The University remains highly competitive in terms of attracting federal research dollars, with fluctuations in the University's funding closely paralleling trends in the budgets of federal research granting agencies. The outcomes of the annual federal budget process have important ramifications for the University's research budget. Display VII-4 provides a breakdown of Federal funding trends since 1982.

Although federal government funding for university research decreased between 2006 and 2008, it is expected that UC's federal research funding will increase in 2010-11 due to the American Recovery and Reinvestment Act of 2009 (ARRA). As of October 2009, UC researchers have already been awarded $671 million in ARRA grant funding for research and research infrastructure. The largest amounts of ARRA funding awarded to UC have come from three agencies: NIH ($285 million), NSF ($185 million) and DOE ($195 million). Because many awards are multi-year, these research funds will have an impact on UC beyond the 18-month term of ARRA.

**Private Funds.** In recent years, private sources have become an increasingly important source of research funding. Between 1998-99 and 2008-09, private support for research through gifts, grants, and contracts doubled, as shown in Display VII-2.

**DISPLAY VII-3: 2007-08 FEDERAL RESEARCH AWARDS BY SPONSOR**

NIH provides nearly two-thirds of federal research awards.



Health & Human Services 64%
National Science Foundation 16%
Department of Defense 7%
National Aeronautics & Space Administration 4%
Department of Energy 3%
Other 6%