# EXHIBIT 23

# UC and the Federal Government



The federal government is an essential partner to the University of California, helping ensure that UC is an economic and innovation engine for California and the nation. The federal government provides support for UC in three crucial areas: student financial aid, research, and health care delivery and training. These funds help UC educate our nation's workforce, advance scientific and technological breakthroughs, and provide world-class medical training and patient care.

Together, UC, the federal government and the state of California open doors of opportunity for the next generation.

## Federal support for UC

- PATIENT CARE — $9.9B
- RESEARCH PROGRAM AND SUPPORT — $5.7B
- STUDENT FINANCIAL AID — $1.7B

UC FY 2023-24 federal support for UC and UC students (expenditures; dollars in millions).

**Research Program and Support**
| | |
|---|---:|
| Research Grants and Contracts | $3,056.1 |
| Indirect Cost Recovery | $1,114.4 |
| DOE National Lab Management and Operations | $1,181.0 |
| Other Contracts and Grants | $349.2 |

**Student Financial Aid**
| | |
|---|---:|
| Pell Grants | $493.9 |
| Other Undergraduate Grants and Scholarships | $25.5 |
| Graduate Fellowships and Scholarships | $85.8 |
| Student Loans | $1,062.9 |
| Work-Study | $21.5 |

**Patient Care**
| | |
|---|---:|
| Medicare | $5,282.6 |
| Medicaid | $4,582.4 |

**Total** — **$17,255.3**

## Federal financial aid at UC

UC combines federal, state and university aid — along with contributions from students and their families — into a comprehensive package that helps ensure that cost is not a barrier to enrollment and graduation for our 236,000 undergraduate students.

**36%** OF UNDERGRADS ARE FIRST-GENERATION COLLEGE STUDENTS

**54%** OF CALIFORNIA UNDERGRADS HAVE THEIR TUITION FULLY COVERED

**35%** ARE PELL GRANT RECIPIENTS

**64%** OF CALIFORNIA UNDERGRADS GRADUATE WITHOUT STUDENT LOAN DEBT

**26%** TRANSFERRED FROM A COMMUNITY COLLEGE

**$17,200** UC STUDENT DEBT AT GRADUATION (AVERAGE)

## A UC diploma is a ticket to economic mobility

ACROSS DISCIPLINES, INCOMES OF UC BACHELOR'S DEGREE RECIPIENTS DOUBLE BETWEEN TWO AND TEN YEARS AFTER GRADUATION.

**93%** OF UC'S LOWEST INCOME STUDENTS GO ON TO EARN MORE THAN THEIR PARENTS

**5 years** AFTER GRADUATING, MOST OF UC'S PELL GRANT RECIPIENTS EARN MORE THAN THEIR PARENTS

# UC and the Federal Government



## Federal investment in UC research

Federal funds are the university's single most important source of support for research, accounting for more than half of UC's total research awards.

**8.2%**
OF ALL ACADEMIC RESEARCH IN THE U.S. IS CONDUCTED BY UC RESEARCHERS

**$4.06B**
IN FEDERAL AGENCY RESEARCH FUNDING AWARDED IN FY 2024

Many of California's leading industries grew from UC research, including biotechnology, computing, semiconductors, telecommunications and agriculture.

**4**
NUMBER OF NEW INVENTIONS (ON AVERAGE) PER DAY

**78**
STARTUPS FROM UC INTELLECTUAL PROPERTY/TECHNOLOGY (UC FY 2023)

**1,440**
INVENTIONS DISCLOSED (UC FY 2023)

**13,810**
ACTIVE US AND FOREIGN PATENTS (THROUGH UC FY 2023)

## Three affiliated national laboratories

The Department of Energy national labs embody UC's mission of public service, research and education.

LABORATORY OPERATING BUDGETS (FY 2024)
| | |
|---|---|
| LOS ALAMOS NATIONAL LABORATORY | $5.20B |
| LAWRENCE LIVERMORE NATIONAL LABORATORY | $3.25B |
| LAWRENCE BERKELEY NATIONAL LABORATORY | $1.50B |

**For more information, please contact UC's Office of Federal Governmental Relations at (202) 974-6300.**

## Providing health care at UC

University of California Health (UC Health) is one of the nation's largest public academic health systems, serving as a critical part of the California safety net.

**10.8M**
OUTPATIENT VISITS

**1.32M**
INPATIENT DAYS

**474,000**
EMERGENCY ROOM VISITS

**$2B**
NET COMMUNITY BENEFIT



### One of California's largest Medicaid providers

UC's academic health centers are the second largest provider of inpatient days to Medicaid members, despite representing just 7% of the state's hospital beds.

**39%**
MEDICARE INPATIENT DAYS

**35%**
MEDICAID INPATIENT DAYS

### UC trains approximately 36% of the medical residents in California

**5,829**
NUMBER OF TRAINEES ENROLLED EACH YEAR IN ACCREDITED UC MEDICAL RESIDENCY AND FELLOWSHIP PROGRAMS. THE AVERAGE COST TO SUPPORT A SINGLE RESIDENT IS $210,000 ANNUALLY

**1,160**
NUMBER OF UC MEDICAL RESIDENTS AND FELLOWS FUNDED WITHOUT FEDERAL SUPPORT, AT A TOTAL COST OF APPROXIMATELY $142 MILLION ANNUALLY

Data is drawn from most recent available; published May 2025