# EXHIBIT 28

Forbes Breaking News

# JD Vance: Cut Funding to Universities Indoctrinating Our Children

YouTube (Oct. 3, 2021)

Transcript

00:00

**JD Vance:** I know, got a question from Kevin here, I'll read it off. Kevin is curious, how do we stop indoctrination? Look, it's a big problem, but I think that the way that we should understand this is that the left-wing indoctrination in our society; it starts somewhere. It's like a cancer.

00:18

**JD Vance:** And, you know, if you know how cancer works. I'm not a scientist, but my understanding is that basically you get a tumor in one place, and you try to cut out that tumor before it spreads all over the body. And what has happened is that this left-wing radical ideology, you see it with critical race theory, you see it with gender ideology, you know the idea that there's no real difference between men and women, there are 20 or 30 or 40 different genders out there. You know, where does this stuff come from, right? It's kind of crazy.

00:48

**JD Vance:** uh No normal person really looks at their, you know, looks at the world and says, you know, I think there are 40 genders instead of two, but that's what they're teaching in our schools. They're teaching it now in our corporate boardrooms. They're teaching it, you know, God forbid, even in our military, which is one of the few institutions that really works. Like, where does it come from? I think we have to locate where the cancer comes from. And unfortunately, I think the answer is our universities. The universities are the place where the tumor is located and it's spreading all over our society.

01:18

**JD Vance:** Because, you know, think about it, you hire people. A lot of the people you hire work at a university. If you're a schoolteacher, you've got to have a four-year college degree. You get that at a university. Our corporate human resources departments are mainly run by people who went to college. So, the colleges filter all this crazy indoctrination out into our entire society. And I think you've got to cut it out at the universities. And the good thing is we've got a tool here. You know, cancer is pretty complicated. Unfortunately, cancer is very complicated.

01:48

**JD Vance:** Fortunately for us, this indoctrination is not that complicated. We know where it's coming from, and we know that the fuel that it runs on is money. No one is going to pay to have their children indoctrinated. No one wants to have their children indoctrinated. The money comes from taxpayers who are sending it to these universities not knowing that the indoctrination is taking place or maybe afraid to actually cut it off because they don't want to be called bad names. But at the end of the day, whatever names are going to get called, we have got

02:18

**JD Vance:** to cut off the flow of funding to the universities that are indoctrinating our children. A lot of countries in different parts of the world have basically said if you want to take federal money or you want to take government money, you need to teach stuff that's in the public interest, and you need to stop teaching American children that their country is evil and racist and they should hate it. That's basic common sense. If we're going to spend money on these universities, they should have to teach things that are consistent with our values and with our worldview. Americans are terrified.

02:47

**JD Vance:** to actually take that step and cut off the money unless the universities stop teaching crazy stuff. It's time for us to do exactly that. We go to the universities, we use the hundreds of billions of dollars that we send to them as leverage and we say, unless you stop indoctrinating our children, unless you stop indoctrinating our entire society, you don't get another dime of our money. That will stop it very quickly, but we've got to have the willpower to go and actually do it. This is all about courage at the end of the day. We can't continue to give money to institutions that

03:17

**JD Vance:** hate us and expect good results out of it. We got to stop sending money to those institutions or we have to force them to stop being so crazy to get another dollar of our cash.