# EXHIBIT 30

National Conservatism

**J.D. Vance, The Universities are the Enemy,**

**National Conservatism Conference**

YouTube (Nov. 2, 2021)

Excerpted Transcript

00:02

**JD Vance:** So much of what we want to accomplish, so much of what we want to do in this movement and in this country, I think are fundamentally dependent on going through a set of very hostile institutions, specifically the universities which control the knowledge in our society, which control what we call truth and what we call falsity, that provides research, that gives credibility to some of the most ridiculous ideas that exist in our country. And so, I'm excited to close this conference with this particular set of remarks because I think if any of us want to do the things that we want to do for our country and for the people who live in it, we have to honestly and aggressively attack the universities in this country.