# EXHIBIT 31

Jack Murphy Live Podcast

**J.D. Vance**

YouTube (Sept. 17, 2021)

Excerpted Transcript

00:00

**Jack Murphy:** So these institutions are corrupted and rotted to the core. This elite ideology is everywhere and in all the things.  What other options do we have besides voting them out, which we're seeing is ineffectual?

**JD Vance:** Yeah. So again, this is like a tough question, but this is maybe the question that confronts us right now, right? So.

**Jack Murphy:** Yes.

**JD Vance:** Ok, so one model is.

00:22

**JD Vance:** you know, what happened to Germany after the Nazis lost or what happened to the Iraqis after Saddam Hussein, after we threw Saddam Hussein out.  And, you know, denazification, de-Baathification, there was this massive recognition that you couldn't just put, you know, replace the bad people, replace the bad Nazis with the good Germans. There was this entire effort to deinstitutionalize that ideology. And by the way,

00:47

**JD Vance:** I think that a lot of the lessons learned in the 40s are being applied to the United States. There's this weird way where you're kind of like completely de-Americanizing American culture.  That's really what's going on. So, I mean, I think that there are two different ideas here, right? So, one is like, you know, there's this guy, Curtis Yarvin,  who's written about some of these things. So, one is to basically accept that this entire thing is going to fall in on itself, right?

01:15

**JD Vance:** And so the task of conservatives right now is to preserve as much as can be preserved. And then when the inevitable collapse of the country comes, ensure that conservatives are able to sort of uh build back the country in a way that's actually better, not Joe Biden's build back better, but actually some sort of reconstruction of the country. I think that's too pessimistic and too defeatist.

01:36

**JD Vance:** I tend to think that we should seize the institutions of the left and turn them against the left, right? We need like a de-Baathification program, but like a de-wokeification program in the United States, right? So, like, let me give you a couple of examples. So, one of the things I've always been very sympathetic to is this idea that we don't have a real constitutional Republic anymore. What we have is an administrative state, right? The administrative state controls everything, right?

02:02

**JD Vance:** So, to the point that like when Donald Trump wins, he can't even sometimes get his people in core positions of authority in the administrative state. It's like, well, do we have a constitutional republic? The founding fathers actually created a very powerful chief executive, a very powerful president. But if he can't even fire the people in his own administration, like is this really a successful republic? Um, so, a lot of concerns that said we should deconstruct the administrative state, we should basically eliminate the administrative state.

02:29

**JD Vance:** And I'm sympathetic to that project, but another option is that we should just seize the administrative state for our own purposes. We should fire all of the people. You know, like, I think Trump is going to run again in 2024. I think he'll probably win again in 2024 and win by a margin such that he will be the president of United States in January of 2025. I think that what Trump should do, like if I was giving him one piece of advice,

02:53

**JD Vance:** fire every single mid-level bureaucrat, every civil servant in the administrative state, replace them with our people. And when the courts, because you will get taken to court, and then when the courts stop you, stand before the country like Andrew Jackson did and say the chief justice has made his ruling, now let him enforce it. Because this is, I think, a constitutional level crisis. If we continue to let bureaucrats control the entire country, even when Republicans win elections,

03:21

**JD Vance:** then we've lost, we've just permanently lost, we've permanently given up. And so that's sort of how I think about this is that, you know, okay, so you do that. And then what do you do at the Department of Education? Well, you do what Victor Orban has done in Hungary, which is basically say, you're not allowed to teach critical race theory anymore. You're not allowed to teach critical gender theory anymore. You're not allowed to teach your doctors that they should experiment on 10-year-old children with hormonal therapy. You're not allowed to do those things and get a dollar of federal money or a dollar of state money.

03:50

**JD Vance:** And that funding will dry up very quickly.  And then, you, you actually just, I think, go down American institutions and make it possible for conservatives to actually govern and succeed in these institutions in a way where they're currently cut out. That's basically my strategy is like deinstitutionalize the left, reinstitutionalize the right. It is very hard. It will require men of incredible men and women of incredible courage. But I don't see another way out. I mean,

04:19

**JD Vance:** I really can't get over how crazy things have gotten. And if you're not recognizing in this moment how crazy things have gotten and how outside the box we need to think, then I think you're ultimately not really serious about taking back the country.