# EXHIBIT 35

# Interview between Stu Varney and Leo Terrell

## Leo Terrell X post (Feb. 28, 2025)

## Transcript



00:00

**[Stu Varney]**

You sent letters to 10 universities about this. What did the letters say? What are you telling the universities to do?

**[Leo Terrell]**

Well, first of all, I want to thank President Trump, Stu, for giving me this opportunity. And I am working with the best attorney general this country has had in last 50 years, Pam Bondi. She's given us marching orders to stop the anti-Semitism that is going on. So I targeted 10 schools, Columbia, Harvard, Michigan, UCLA, USC. Let me tell you what we're going to do. We're going to take away your funding. We're going to sue you under Title VII. We're going to sue you under Title VI. Why aren't Jewish Americans being protected at school? It didn't happen under Biden and Garland. I guarantee Jewish American students and parents, you will be protected under President Trump and Pam Bondi.