# EXHIBIT 36

Mark McMillan

# Leo Terrell with Mark Levin- How we'll defeat antisemitism in the USA

YouTube (Mar. 9, 2025)

Transcript

00:00

**Mark Levin:** General for Civil Rights, Federal Task Force to Combat Anti-Semitism, the leading member, our man Leo Terrell. I can't think of anybody better. You're just a great guy. You've been a civil libertarian your entire life. You're a brilliant lawyer and litigator. So Leo, you see what's happening again at Barnard, Columbia, at all over these universities. What's the plan?

**Leo Terrell:** I'll tell you what the plan is, but let me just take 20 seconds to say to your viewers.

00:28

Before I took this job as senior counsel, I reached out to you for advice. And the only person I reached out to, you gave me great advice. I owe you a tremendous amount of thanks because of your advice and leadership. Let me address the question. President Trump has made it a commitment to the Jewish Americans, to all Americans. We're going to eliminate anti-Semitism. It's rampant, Mark. It is horrendous.

00:58

Under President Trump's leadership and Pam Bondi's leadership, we are working on this 24 seven. We have marching orders to eradicate this. And I'll tell you what makes it sickening. The Biden, Garland administration did absolutely nothing. They did nothing to address anti-Semitism and it's rampant across the country. So what are we doing?  We are working on this, the entire federal government.

01:27

What my role is as leader in the DOJ under Pam Bondi's administration, we are suing every one of these universities guilty of antisemitism. Under Title VI, we're taking away their money, Mark. We're going to bankrupt these universities. We're going to take away every single federal dollar. That is why we are targeting these universities and we filed a notice of investigation to investigate the entire

01:56

UC system in California. Why? Not only are the students being harassed because of anti-Semitism, employees, Mark, we have filed an investigation on Title VII. What is Title VII? To investigate the employer employee working condition, which is anti-Semitic and going throughout these universities. And that is what the EEOC has done, given us a charge.

02:25

where we are investigating the UC system. I'm embarrassed to tell you, I went to UCLA. Every person in this country saw what happened in UCLA. I graduated there from law school.  That's not the UCLA I went to, Mark. The academic system in this country has been hijacked by the left, has been hijacked by the Marxists.  They have controlled the mindset of our young people and they haven't stopped there. They're going to the schools, the public school, K to 12,

02:55

and we have to put an end to it. We have to seek injunctive relief. We have to stop these practices. What's happening on the East Coast, at Columbia and Barnard, outright embarrassing. Mark, where is local officials? Where's the mayor?  Where's the district attorney? Where's Letitia J? Where are the hate crime charges? They're absent. I want this to be clear to your Fox viewers.

03:23

These local blue cities that turn their backs on Jewish Americans, not the federal government. Not only have I targeted 13 schools, I'm sending letters to the mayors and the DAs of LA, Boston, New York, Chicago, do your job or we'll do it for you. And we are gonna file hate crimes. We're all gonna use every federal criminal statute to go after these anti-Semites, these people who hate Jews.

03:52

We are going to stop it and we're going to stop it immediately. Not just taking away their money, but we have pushed out a strategy to remove these professional agitators. If you are here at the graces of the United States attending these schools, you're gone. And we

are going to make sure these students, hey, you're going to take off those masks. We know who you are and you're going to be expelled. If these universities do not play ball, lawyer up

04:22

because the federal government is coming after you.

**Mark Levin:** You know, Leo, to hear you, it is very comforting and very important, because I never heard a single person from the Biden administration speak the way you are. When we come back, as you can point out, the president said to every department and agency, this is an all-government effort, and you have 60 days to report back on what you're going to do. The funding stream that's coming into this country...

04:48

from countries like Qatar, Hamas front groups that are in this country and so forth and so on. Will your office be working with the Treasury Department, with DHS, with the Department of Education and so forth and so on? I want to explore that when we return. We'll be right back.

05:41

Welcome back America. We're here with Leo Turrell, senior counsel, the assistant attorney general for civil rights in the Pam Bondi Department of Justice in the Donald Trump administration. You're a civil rights leader. You've always been a civil rights attorney. And I think this position you're in was really, it's sort of a pinnacle of your life, a pinnacle of your career. You're a national spokesman, you're a national lawyer to fight this.

06:09

And so given President Trump's directive, will these funding sources, these front groups that are backing these terrorist organizations, these terrorist countries that are pouring billions of dollars into these universities and colleges, is this something that justice or these other departments like Treasury and education are going to take a very close look at?

**Leo Terrell:** I can honestly tell your viewers and tell you and tell America and especially these universities.

06:36

President Trump is going after you in every aspect. You asked me about the Ed Department. The answer is yes. This task force, Mark, every agency's involved.  Every agency, Homeland Security's involved. The FBI's involved. HHS, the Ed Department,  and the Treasury Department. Because we're gonna go after their 501(c)(3) status. Some of these people are getting tax-exempt status for this type of conduct.

07:05

We're going to follow the money, not only inside this country, not only the billions of dollars of American taxpayers, but the money that's coming from the outside. And we're going to identify these countries. We're going to identify the source. And we're going to demand that these universities tell us who's involved. I am telling you, Mark, and I'm telling your viewers, President Trump demands a 24/7 commitment.  And Pam Bondi

07:33

and the entire DOJ's office said, how many attorneys do you need? You can have any amount of attorneys and resources. And we are using every resource, every tool to stop it. We're going to make sure, Mark, this goes beyond Trump's administration. We're going to deter this type of hatred towards Jews forever. We're gonna eradicate it. And this is my number one commitment. I want people watching, I am sincere, I am committed.

08:01

This is job that I love to do to make sure that anti-Semitism does not exist in the greatest country under the greatest president we have ever had.

**Mark Levin:** I think it's so important that you're saying what you're saying and that people understand the commitment of Donald Trump here. I really do, because he gets such a bum rap from the media and the Democrats. Let me ask you this, Leo Terrell. How many Democrat leaders in Congress have reached out to you and said...

08:29

We want to help you. there anything we can do to help support your effort? Has Letitia James reached out to you? Has Hakeem Jeffries reached out to you? Has Chuck Schumer reached out to you? Have any of these Democrat Party bigwigs, have they reached out to you?

**Leo Terrell:** Let me give you the names of every Democrat who has helped me. Here we go.

08:49

That's the list. That's the list. That's the complete list.

**Mark Levin:** And they're not going, are they?

**Leo Terrell:** Mark, they're not going to, because the Democrat Party adopted a Michigan strategy during the election. They lost.  The Democrat Party has turned its back on the Jewish American community. The Jewish American community has a friend in Donald Trump and Pam Bondi and this administration.

**Mark Levin:** You see that here. You see it with Israel. You see it with the president meeting with the hostages.

09:18

You see him wanting to get the hostages out. You see his firm and strong backing of Benjamin Netanyahu and that government and what they're trying to do. And I think this is a very, very important period in history for the nation, for the American citizen, and for Jewish Americans.  Leo Terrell, I think you'll be written in the books about you and the things you've been doing and the things you're going to do for hundreds of years. And I want to thank you, my friend, and keep at it.

**Leo Terrell:** Thank you. God bless you, Mark. God bless America.