# EXHIBIT 44

## Notice: Lapse of Appropriations

Due to a lapse of appropriations, information on this website may not be monitored or maintained. Inquiries may not receive a response until appropriations are enacted.

🇺🇸 An official website of the United States government  Here's how you know

**U.S. Department of Education**

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

**PRESS RELEASE**

# U.S. Department of Education Launches "End DEI" Portal

U.S. Department of Education Launches "End DEI" Portal

FEBRUARY 27, 2025

WASHINGTON – Today, the U.S. Department of Education launched EndDEI.Ed.Gov, a public portal for parents, students, teachers, and the broader community to submit reports of discrimination based on race or sex in publicly-funded K-12 schools.

The secure portal allows parents to provide an email address, the name of the student's school or school district, and details of the concerning practices. The Department of Education will use submissions as a guide to identify potential areas for investigation.

"For years, parents have been begging schools to focus on teaching their kids practical skills like reading, writing, and math, instead of pushing critical theory, rogue sex education and divisive ideologies—but their concerns have been brushed off, mocked, or shut down entirely," said **Tiffany Ju**

Help improve ED.gov

10/7/25, 12:56 PM
U.S. Department of Education Launches "End DEI" Portal | U.S. Department of Education
Case 3:25-cv-07864-RFL    Document 27-44    Filed 10/09/25    Page 3 of 5

**of Moms for Liberty.** "Parents, now is the time that you share the receipts of the betrayal that has happened in our public schools. This webpage demonstrates that President Trump's Department of Education is putting power back in the hands of parents."



### CONTACT

Press Office  |  (202) 401-1576  |  press@ed.gov

### TAGS

ELIMINATING DEI INITIATIVES

**Office of Communications and Outreach (OCO)**

10/7/25, 12:56 PM
U.S. Department of Education Launches "End DEI" Portal | U.S. Department of Education
Case 3:25-cv-07864-RFL    Document 27-44    Filed 10/09/25    Page 4 of 5

Page Last Reviewed: September 19, 2025

## Pay for College

Fill out the FAFSA

529 Plans

Repay Your Loans

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

News

Press Releases

Homeroom Blog

Subscriptions

Research

Data

Education Research

What Works Clearinghouse

Site Notices and Privacy Policies

ED Archive

# U.S. Department of Education

     



www.ed.gov

**An official website of the Department of Education**

About Dept of Education          Accessibility Support          No FEAR Act data

Office of the Inspector General          Performance reports          FOIA          Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**

https://www.ed.gov/about/news/press-release/us-department-of-education-launches-end-dei-portal                                                                                                                           4/4