

**PRESS RELEASE**

# Justice Department Announces Formation of Task Force to Combat Anti-Semitism

Monday, February 3, 2025

**For Immediate Release**

Office of Public Affairs

Pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Justice Department announced today the formation of a multi-agency Task Force to Combat Anti-Semitism. The Task Force's first priority will be to root out anti-Semitic harassment in schools and on college campuses.

In addition to the Department of Justice, the Task Force will include representatives from the U.S. Department of Education, U.S. Department of Health and Human Services, and other agencies as it develops. The Task Force will be coordinated through the Department's Civil Rights Division.

"Anti-Semitism in any environment is repugnant to this Nation's ideals," said Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell, who will be heading the Task Force. "The Department takes seriously our responsibility to eradicate this hatred wherever it is found. The Task Force to Combat Anti-Semitism is the first step in giving life to President Trump's renewed commitment to ending anti-Semitism in our schools."

If you have been discriminated against, you can file a complaint with the Civil Rights Division, at [Contact the Civil Rights Division | Department of Justice](https://civilrights.justice.gov) ([https://civilrights.justice.gov](https://civilrights.justice.gov)).

President Trump's Executive Order can be found here: Additional Measures to Combat Anti-Semitism – The White House.

*Updated February 3, 2025*

**Topic**

**CIVIL RIGHTS**

**Component**

Civil Rights Division

Press Release Number: 25-132

# Related Content

**PRESS RELEASE**

**Justice Department Sues Missouri Housing Authority for Sexual Harassment of Public Housing Applicant by Former Executive Director**

The Justice Department announced today that it filed a lawsuit against Eddie Joe Hankins and the Housing Authority of the City of Bloomfield, Missouri, for sexually harassing a female housing…

September 30, 2025

**PRESS RELEASE**

## Justice Department Opens Investigation into Des Moines Public Schools for Race-Based Employment Practices

Today, the Justice Department's Civil Rights Division launched an investigation into Des Moines Public Schools (DMPS) to determine whether it engages in employment practices that discriminate based on race, color...

September 30, 2025

---

PRESS RELEASE

## Civil Rights Division Files the First Department of Justice Affirmative Lawsuit in Support of Gun Owners

The Civil Rights Division today filed a lawsuit against the Los Angeles County Sheriff's Department due to their pattern or practice of infringing the Second Amendment rights of law-abiding citizens...

September 30, 2025

---

✉ **Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

📞 Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000