# EXHIBIT 48

Mario Nawfal

# J.D. Vance Interview with Fox News

X post and transcript of video (Sept. 17, 2025)

← Post

 Mario Nawfal 
@MarioNawfal

 Subscribe

🚨🇺🇸 **VP VANCE: PROFESSORS WHO CELEBRATE CHARLIE KIRK'S DEATH SHOULD LOSE THEIR JOBS**

*"I think for the people who are celebrating Charlie Kirk, look, we have a First Amendment in this country.*

*The First Amendment protects a lot of very ugly speech, but if you celebrate Charlie Kirk's death, you should not be protected from being fired for being a disgusting person.*

*If you're a university professor who benefits from American tax dollars, you should not be celebrating Charlie Kirk's death.*

*And if you are, maybe you should lose your job or your university should face a loss of funding."*

Source: Fox



VP 'DISGUSTED' BY DEATH CELEBRATIONS

00:00

**[Vance]**

Justice exists for both the people who repent and ask forgiveness. Justice also exists for people who don't repent and don't ask for forgiveness.  I really do hope that the person who murdered Charlie Kirk eventually accepts that what he did was evil and terrible, but we still got to have justice anyway. And I think for the people who are celebrating Charlie Kirk, look, we have a First Amendment in this country. The First Amendment protects a lot of very ugly speech. But if you celebrate Charlie's Kirk, Charlie Kirk's death, you should not be protected from being fired, for being a disgusting person.

00:33

If you're a university professor who benefits from American tax dollars, you should not be celebrating Charlie Kirk's death. And if you are, maybe you should lose your job or your university should face a loss of funding. If you are the kind of person who thinks that Charlie Kirk was justifiably murdered, sometimes the government can't do anything about that. But you know what can is civil society.

00:55

And I've actually been gratified to see all these people standing up and saying, yes, we have free speech and yes, we have free debate. But if you're celebrating the death of a young father, you ought to pay some consequences for it. And the American people are rising up against that evil. It's a great thing to see.