# EXHIBIT 49




# Education chief urges colleges to punish faculty who cheered Charlie Kirk's death

By Diana Stancy

Published September 22, 2025

Fox News

**EXCLUSIVE:** More faculty members on college campuses who have celebrated the death of conservative activist Charlie Kirk should be penalized, according to Secretary of Education Linda McMahon.

McMahon's comments come as tributes to Kirk on campuses have been defaced, and as higher education institutions have dropped employees for controversial statements regarding Kirk's death.

"I've seen some of those college presidents who have fired or suspended teachers or other faculty members that have spoken out really incredibly poorly and celebrated Charlie's death — I would like to see more of that, quite frankly," McMahon told Fox News Digital Thursday in Washington at the Reagan Institute Summit on Education.

**58 HOUSE DEMS VOTE AGAINST RESOLUTION HONORING 'LIFE AND LEGACY' OF CHARLIE KIRK**



Secretary of Education Linda McMahon speaks at the Reagan Institute Summit on Education in Washington Sept. 18, 2025. (Connor McLaren/The Reagan Institute)

For example, Fox News Digital first reported that an administrator at George Washington University is no longer employed by the school after posting on social media "no thoughts, no prayers" following Kirk's death.

Likewise, Fox News Digital reported that students at the University of North Carolina Wilmington painted over a rock Tuesday that Kirk supporters had crafted to honor his memory. The rock on campus is typically painted to promote various movements or causes on campus, Reagan Faulkner, president of UNCW's chapter of College Republicans, told Fox News Digital.

"That is really, in and of itself, is a crime of personal integrity, when those kinds of things happen," McMahon said about ruined tributes to Kirk on campuses.

Kirk, 31, was killed after suffering a gunshot wound in the neck during his "American Comeback Tour" at Utah Valley University Sept. 10. The shooting suspect, Tyler Robinson, was charged Monday with aggravated murder, along with other charges.

**SCHOOL ADMINISTRATOR WHO CALLED KIRK'S ASSASSINATION 'FAIR' NO LONGER EMPLOYED**



Charlie Kirk speaks at Utah Valley University Sept. 10, 2025, in Orem, Utah, prior to his assassination. (Trent Nelson/The Salt Lake

Tribune/Getty Images)

The assassination comes a year after two attempts to take the president's life.

Meanwhile, McMahon said that Kirk's death will prompt greater appreciation around the country for civil discourse — even among those with differing opinions.

"Charlie's legacy is going to be more and more people are going to understand how important civil dialogue is, and freedom of speech on campuses around the country," McMahon said. "Charlie was a very forthright speaker about his faith, about his beliefs, about his principles. He didn't shy away from challenging people who had different beliefs, but not in a way to to be an affront to them, but a way to ask them to share why they believe what they believed, and he would share why he believed what he believed."

**CELEBRATORY, DISMISSIVE REACTIONS TO CHARLIE KIRK'S DEATH PUTTING EDUCATORS UNDER SCRUTINY**



Secretary of Education Linda McMahon attends the executive order signing ceremony to reduce the size and scope of the Education Department in the East Room of the White House March 20, 2025, in Washington. (Chip Somodevilla/Getty Images)

"And I think that that's going to be a great part of his legacy that will live on," McMahon said. "And I think we've opened many more doors and many more opportunities for that civil discourse with the incredibly unfortunate and sad tragedy of his assassination."

Meanwhile, the Trump administration has vowed to take action against those who have cheered for Kirk's death on social media, and cast blame on the "radical left" for recent political violence.

"The radical left has done tremendous damage to the country," Trump told reporters Tuesday. "But we're fixing it."

*Fox News' Andrew Mark Miller contributed to this report.*

Diana Stancy is a politics reporter with Fox News Digital covering the White House.



**URL**

https://www.foxnews.com/politics/education-chief-urges-colleges-punish-faculty-who-cheered-charlie-kirks-death

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ