# EXHIBIT 55

