# **EXHIBIT 57**



← **Truth Details**
7460 replies



**Donald J. Trump**
@realDonaldTrump

All Federal Funding will STOP for any College, School, or University that allows illegal protests. Agitators will be imprisoned/or permanently sent back to the country from which they came. American students will be permanently expelled or, depending on on the crime, arrested. NO MASKS! Thank you for your attention to this matter.

**17.3k** ReTruths  **78.4k** Likes                        Mar 04, 2025, 4:30 AM

