# EXHIBIT 64

← **Post**

 **Secretary Linda McMahon** 
@EDSecMcMahon

The Trump Administration's deal with Columbia University is a seismic shift in our nation's fight to hold institutions that accept American taxpayer dollars accountable for antisemitic discrimination and harassment. For decades, the American public has watched in horror as our elite campuses have been overrun by anti-western teachings and a leftist groupthink that restricts speech and debate to push a one-sided view of our nation and the world. These dangerous trends fueled the outbreak of violent antisemitism that paralyzed campuses after the October 7th massacre and was previously unthinkable in the United States of America.

Conservatives have been fighting for commonsense reforms in higher education for decades. Thanks to President Trump's firm leadership, Columbia University has agreed to pay $200 million, discipline student offenders for severe disruptions of campus operations, make structural changes to their Faculty Senate, bring viewpoint diversity to their Middle Eastern studies programs, eliminate race preferences from their hiring and admissions practices, and end DEI programs that distribute benefits and advantages based on race.

Columbia's reforms are a roadmap for elite universities that wish to regain the confidence of the American public by renewing their commitment to truth-seeking, merit, and civil debate. I believe they will ripple across the higher education sector and change the course of campus culture for years to come.

A sincere thank you to President Trump, members of the federal Task Force to Combat Antisemitism, and those at Columbia who negotiated over the last several months and made this deal a reality.

5:46 PM · Jul 23, 2025 · **636.5K** Views

💬 256    🔁 645    ♡ 2.7K    🔖 92    ↑