# EXHIBIT 66

Secretary Linda McMahon

**Interview with Fox News**

Posted to X (Jul. 25, 2025)

← **Post**                                    Reply

**Secretary Linda McMahon** ✓
@EDSecMcMahon

The deal with Columbia should serve as a roadmap for institutions across the country for how to address the illegal discrimination on their campuses.



7:53 AM · Jul 25, 2025 · **44K** Views

💬 33          🔁 140          ♡ 694          🔖 8

00:00

**[Sean Hannity]**

Here with more, Secretary of Education Linda McMahon. Ah, I'm glad they paid this. Can we now end the practice of funding these Ivy League institutions that, you know, are woke and full of DEI and abusively biased and politically radically left?

00:19

**[Linda McMahon]**

Well, good evening, Sean. Thanks so much for having me on the show tonight. I'm really pleased that we were able to come to this agreement with Columbia because Columbia had said they did recognize that they had an anti-Semitism problem. Donald Trump campaigned on that, that he was not going to stand for it. He wouldn't stand for it. And universities that receive federal dollars are going to have to comply with federal law.

00:47

So, we have spent the last few months negotiating with Columbia. They did pay or are going to pay the $200 million fine for the rights that were broken. Also then they are putting into a fund over $20 million that is part of an EEOC settlement. So, this is pretty hefty. And I'm hoping that this negotiation that we were able to get to with Columbia will become a template for the other universities around the country that have these same kind of practices because this is where we need to be, this is where higher education needs to be, and even Larry Summers said this morning that he thought that this deal would serve as a good template for other universities.