# EXHIBIT 71

9/22/25, 11:40 AM  Secretary Linda McMahon on X: "The Trump Administration is successfully reversing the decades-long woke-capture of our nat…

Case 3:25-cv-07064-RFL    Document 27-71    Filed 10/09/25    Page 2 of 2

