# EXHIBIT 72



### ← Truth Details
**2716 replies**



**Donald J. Trump**
@realDonaldTrump

Congratulations to Brown University on the settlement made with the United States Government. There will be no more Anti-Semitism, or Anti-Christian, or Anti-Anything Else! Woke is officially DEAD at Brown. Thank you for your attention to this matter!

**8.81k** ReTruths   **47k** Likes                               Jul 31, 2025, 6:01 AM