# EXHIBIT 73

9/22/25, 11:42 AM U.S. Department of Education Announces the University of Pennsylvania Has Entered into a Resolution Agreement to Resolve its …

Case 3:25-cv-07864-RFL    Document 27-73    Filed 10/09/25    Page 2 of 6

🇺🇸 An official website of the United States government  Here's how you know

U.S. Department of Education

HOME  /  ABOUT US  /  NEWSROOM  /  PRESS RELEASES

PRESS RELEASE

# U.S. Department of Education Announces the University of Pennsylvania Has Entered into a Resolution Agreement to Resolve its Title IX Violations

JULY 1, 2025

Today, the U.S. Department of Education (the Department) announced the University of Pennsylvania (UPenn) has entered into a Resolution Agreement to comply with Title IX of the Education Amendments of 1972 (Title IX). This action follows the Department's Office for Civil Rights' (OCR's) investigation that found UPenn violated Title IX by allowing a male to compete in female athletic programs and occupy female-only intimate facilities.

"Today's resolution agreement with UPenn is yet another example of the Trump effect in action. Thanks to the leadership of President Trump, UPenn has agreed both to apologize for its past Title IX violations and to ensure that women's sports are protected at the University for future generations of female athletes," **said U.S. Secretary of Education Linda McMahon.** "Today is a great victory for women and girls not only at the University of Pennsylvania, but all across our nation. The Department commends UPenn for rectifying its past harms against women and girls, and we will continue to fight relentlessly to restore Title IX's proper application and enforce it to the fullest extent of the law."

"As a former UPenn swimmer who had to compete against and share a locker room with a male athlete, I am deeply grateful to the Trump Administration for refusing to back down on protecting women and girls and restoring our rightful

accolades. I am also pleased that my alma mater has finally agreed to take not only the lawful path, but the honorable one," **said Paula Scanlan, former University of Pennsylvania swimmer.** "Today marks a momentous step in repairing the past mistreatment of female athletes, and forging a future where sex discrimination plays no role in limiting girls' potential."

"From day one, President Trump and Secretary McMahon vowed to protect women and girls, and today's agreement with UPenn is a historic display of that promise being fulfilled. This Administration does not just pay lip service to women's equality: it vigorously insists on that equality being upheld," **said Riley Gaines, former University of Kentucky swimmer**. "It is my hope that today demonstrates to educational institutions that they will no longer be allowed to trample upon women's civil rights, and renews hope in every female athlete that their country's highest leadership will not relent until they have the dignity, safety, and fairness they deserve."

UPenn has signed OCR's Resolution Agreement to resolve its Title IX violations, which requires UPenn to undertake the following action items:

- UPenn will restore to female athletes all individual UPenn Division I swimming records, titles, or similar recognitions which were misappropriated by male athletes allowed to compete in female categories;
- UPenn will issue a public statement to the University community stating that it will comply with Title IX, specifying that UPenn will not allow males to compete in female athletic programs or occupy Penn Athletics female intimate facilities;
- The statement will specify that UPenn will adopt biology-based definitions for the words 'male' and 'female' pursuant to Title IX and consistent with President Trump's Executive Orders "Defending Women from Gender Ideology Extremism" and "Keeping Men Out of Women's Sports";
- UPenn will post the statement in a prominent location on its main website and on each of its websites for women's athletics;
- UPenn will rescind any guidance which violated Title IX, remove or revise any internal and public-facing statements or documents that are inconsistent with Title IX, and notify all staff and women's athletics of all such rescissions; and

9/22/25, 11:42 AM    U.S. Department of Education Announces the University of Pennsylvania has Entered into a Resolution Agreement to Resolve its …

Case 3:25-cv-07864-RFL    Document 27-73    Filed 10/09/25    Page 4 of 6

- UPenn will send a personalized letter of apology to each impacted female swimmer.

## Background:

On February 6, the Trump Administration's OCR opened a Title IX investigation into UPenn after the University awarded Lia Thomas, a male swimmer, a roster spot on the Women's Swimming and Diving Team. One of Thomas' former teammates, Paula Scanlan, testified before Congress that she and her teammates were "offered psychological services to attempt to re-educate us to become comfortable with the idea of undressing in front of a male."

On April 28, OCR concluded in its investigation that UPenn violated Title IX. OCR issued a proposed Resolution Agreement to voluntarily resolve its Title IX violations or risk referral to the U.S. Department of Justice (DOJ) for enforcement proceedings, which UPenn signed today.

Title IX of the Education Amendments of 1972 prohibits discrimination on the basis of sex in any education program or activity receiving federal financial assistance.

**CONTACT**

Press Office | (202) 401-1576 | press@ed.gov

**Office of Communications and Outreach (OCO)**

Page Last Reviewed: July 1, 2025

Pay for College

9/22/25, 11:42 AM                   U.S. Department of Education Announces the University of Pennsylvania has Entered into a Resolution Agreement to Resolve its …

Case 3:25-cv-07864-RFL    Document 27-73    Filed 10/09/25    Page 5 of 6

Fill out the FAFSA

529 Plans

Repay Your Loans

1098 Tax Forms

## Educational Resources

504 Plans

FERPA

IEPs (Individualized Education Program)

## Teaching Resources

Professional Resources

School Safety and Security

Teaching Abroad

## File a Report

Report Fraud, Waste, or Abuse

Report a Civil Rights Violation

Student Privacy Complaint Forms

## About Us

Contact Us

ED Offices

Overview of ED

Frequently Asked Questions (FAQs)

Jobs at ED

## News

Press Releases

Homeroom Blog

Subscriptions

9/22/25, 11:42 AM U.S. Department of Education Announces the University of Pennsylvania has Entered into a Resolution Agreement to Resolve its …

Case 3:25-cv-07864-RFL    Document 27-73    Filed 10/09/25    Page 6 of 6

Research

Data

Education Research

What Works Clearinghouse

Site Notices and Privacy Policies

Accessibility Support

ED Archive

# U.S. Department of Education

     



www.ed.gov

**An official website of the Department of Education**

About Dept of Education        Accessibility Support        No FEAR Act data

Office of the Inspector General        Performance reports        FOIA        Privacy Policy

ED Archive

Looking for U.S. government information and services? **Visit USA.gov**