# EXHIBIT 74

HOURLY NEWS
LISTEN LIVE
MY PLAYLIST

Play Live Radio



DONATE

NATIONAL

# Trump suspends $175 million in funding to University of Pennsylvania over trans athletes

MARCH 20, 2025 · 3:26 PM ET

By Alana Wise



President Trump speaks before signing executive orders in the Oval Office on March 6.
*Alex Wong/Getty Images*

The White House said it was freezing $175 million of federal funding to President Trump's alma mater, the University of Pennsylvania, citing the school's policies on transgender athletes.

The White House announced its decision by posting a Fox Business clip on X Wednesday that was sourced to an unnamed White House official.

"President Trump has promised to protect female athletes," the clip says. "He has threatened to rip federal funding away from any university that defies his executive order banning biological males from infiltrating women's sports. And he is doing it."



**POLITICS**

**Trump's executive actions curbing transgender rights focus on 'gender ideology'**

The decision comes after Trump last month signed an executive order called "Keeping Men Out of Women's Sports," which would cut federal funding from educational institutions that allow transgender women and girls to compete in female sports.

Penn received more than $1 billion in federal funds in fiscal year 2024, according to *The Daily Pennsylvanian*. A $175 million freeze would account for about 17.5% of that money.

The Department of Education responded to an NPR inquiry about the funding freeze by referring inquiries to the departments of Defense and Health and Human

Services. Neither of the two departments, nor the White House, responded to requests for comment.

The move this week follows a campaign promise and years of rallying against transgender people who compete in sports and serve in the military.

The University of Pennsylvania became a major focal point in the debate in 2022 when a transgender student, Lia Thomas, won three individual swimming events in the women's Ivy League championships.

Thomas had competed in the men's league for her first few seasons, during which time she had begun to medically transition.



**SPORTS**

**NCAA bars transgender athletes from women's sports after Trump order**

After the White House's social media announcement, Penn's office of communications said in a statement that the university had not been notified of the funding freeze.

"We are aware of media reports suggesting a suspension of $175 million in federal funding to Penn, but have not yet received any official notification or any details," the statement said.

"It is important to note, however, that Penn has always followed NCAA and Ivy League policies regarding student participation on athletic teams," it said. "We have been in the past, and remain today, in full compliance with the regulations that apply not only to Penn, but all of our NCAA and Ivy League peer institutions."

upenn    university of pennsylvania    transgender

**READ & LISTEN**

Home

News

**CONNECT**

Newsletters

Facebook

Culture

Music

Podcasts & Shows

Instagram

Press

Public Editor

Corrections

Transcripts

Contact & Help

ABOUT NPR

Overview

Diversity

NPR Network

Accessibility

Ethics

Finances

GET INVOLVED

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Events

NPR Extra

terms of use

privacy

your privacy choices

text only

© 2025 npr