# EXHIBIT 75

  

# An update to the Penn community on federal funding

March 25, 2025

Last week, we learned through various news outlets that the Trump Administration was expected to suspend $175M in federal contracts awarded to Penn, citing the participation of a transgender athlete on the women's swimming team in 2022. Previously, on February 6, 2025, the Office of Civil Rights (OCR) notified Penn that it had initiated a directed investigation under Title IX of the Education Amendments of 1972, the federal statute prohibiting sex discrimination, into the University's intercollegiate athletics participation policies.

I write today to provide an update on these two important and related matters.

For NCAA Division I sports, eligibility is governed by NCAA rules. Beginning in 2010, the NCAA required that transgender student-athletes be permitted to participate on college teams. Penn has never had a transgender student-athlete policy of its own. During the 2021-22 season, a student-athlete who had transitioned while on leave from Penn the previous year competed in women's swimming, in full compliance with NCAA rules and Title IX policies in place at the time.

On February 5, 2025, the current administration released an executive order, "Keeping Men Out of Women's Sports." The following day, the NCAA revised its policy in compliance with the executive order, as did our conference. On February 13, 2025, OCR sought information from Penn in connection with its investigation in response to the "Keeping Men Out of Women's Sports" executive order. In our response, we affirmed that during the 2021-2022 season, we followed NCAA rules and applicable law as they existed then, and that we now comply with the NCAA policy and the law as they exist today. We expect to continue to engage with OCR, vigorously defending our position.

Despite this, faculty across seven different schools received stop work orders last week on federally contracted research, amounting to approximately $175M. These contracts include research on preventing hospital-acquired infections, drug screening against deadly viruses, quantum computing, protections against chemical warfare, and student loan programs. These stop work orders are in addition to several federal grants that have been cancelled recently, and the slowing down of the award of grants going forward. We are actively pursuing multiple avenues to understand and address these funding terminations, freezes, and slowdowns.

Federal funding freezes and cancellations jeopardize lifesaving and life-improving research, the loss of which will be felt by society and individuals far beyond our campus for years to come. Understandably, we are hearing concerns not only from scientists affected directly, but more broadly from students and young faculty embarking on careers in research.

We value the long-standing partnership with the federal government to carry out research that makes America stronger and healthier. Robust federal research support for more than 75 years has made America's higher education system the envy of the world. I hope we can restore trust and refocus on creativity, innovation, and training.

I encourage the Penn community to visit our Federal Government Updates webpage for additional information and resources on a range of issues. Stay informed, support one another, and continue all the excellent work you are doing in support of Penn's missions.

J. Larry Jameson, MD, Ph.D., President