# EXHIBIT 76

9/22/25, 11:19 AM                    Secretary Linda McMahon on X: "The Trump Administration is dismantling decades of woke control over America's universities....

Case 3:25-cv-07064-RFL    Document 27-76    Filed 10/09/25    Page 2 of 2

