# EXHIBIT 81



### ← Truth Details
3636 replies



**Donald J. Trump**
@realDonaldTrump

Perhaps Harvard should lose its Tax Exempt Status and be Taxed as a Political Entity if it keeps pushing political, ideological, and terrorist inspired/supporting "Sickness?" Remember, Tax Exempt Status is totally contingent on acting in the PUBLIC INTEREST!

**8.04k** ReTruths    **34.5k** Likes                              Apr 15, 2025, 7:09 AM

