# EXHIBIT 85

🇺🇸 An official website of the United States government

Mission-critical activities of HHS will continue during the Democrat-led government shutdown. Please use this site as a resource as the Trump Administration works to reopen the government for the American people.



Home </>     Press Room </press-room/index.html>     Joint Task Force to Combat Anti-…

Navigate to:

**FOR IMMEDIATE RELEASE**
May 13, 2025

**Contact: HHS Press Office**
202-690-6343
Submit a Request for Comment

10/3/25, 2:10 PM
Joint Task Force to Combat Anti-Semitism Statement on Additional Harvard Actions | HHS.gov
Case 3:25-cv-07864-RFL    Document 27-85    Filed 10/09/25    Page 3 of 6

# Joint Task Force to Combat Anti-Semitism Statement on Additional Harvard Actions

  

Today, the Task Force to Combat Anti-Semitism released the following statement:

Harvard University has repeatedly failed to confront the pervasive race discrimination and anti-Semitic harassment plaguing its campus. This is just the latest chapter in Harvard's long-standing policy and practice of discriminating on the basis of race as recognized by the Supreme Court in *Students for Fair Admissions v. Harvard*, where the Court rebuked Harvard for its unlawful race discrimination in admissions. That shameful legacy has continued on as recognized by Harvard's own Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias, which lays bare an appalling reality: Jewish students were subjected to pervasive insults, physical assault, and intimidation, with no meaningful response from Harvard's leadership. Recent reporting has exposed the Harvard Law Review's (HLR) pattern of endemic race discrimination when evaluating articles for inclusion in its journal. Even more troubling, the HLR awarded a $65,000 fellowship–meant to "serve the public interest"--to a protester who faced criminal charges for assaulting a Jewish student on campus. The decision was reviewed and approved by a faculty committee, demonstrating just how radical Harvard has become.

Harvard's campus, once a symbol of academic prestige, has become a breeding ground for virtue signaling and discrimination. This is not leadership; it is cowardice. And it's not academic freedom; it's institutional disenfranchisement. There is a dark

problem on Harvard's campus, and by prioritizing appeasement over accountability, institutional leaders have forfeited the school's claim to taxpayer support. As a result, eight federal agencies across the government are announcing the termination of approximately $450 million in grants to Harvard, which is in addition to the $2.2 billion that was terminated last week.

The Task Force fully supports the Trump Administration's multi-agency move to cut funding to Harvard, demonstrating the entire Administration's commitment to eradicating discrimination on Harvard's campus. As we have made clear time and again, this Task Force will not waver in its mission to root out discrimination, hate and bigotry at institutions entrusted with public funds. Harvard, and its leadership group who are tainted by the egregious infractions under its watch, faces a steep, uphill battle to reclaim its legacy as a lawful institution and center of academic excellence.

Josh Gruenbaum
Comm'r of the Fed. Acquisition Serv.
General Services Administration

Sean R. Keveney
Acting General Counsel
U.S. Dept. Health & Human Servs.

Thomas E. Wheeler
Acting General Counsel
U.S. Dept. of Education

###

Note: All HHS press releases, fact sheets and other news materials are available in our Press Room </press-room/index.html>.

Like HHS on Facebook, follow HHS on X @HHSgov <https://x.com/hhsgov>, @SecKennedy <https://x.com/seckennedy>, and sign up for HHS Email Updates <https://cloud.connect.hhs.gov/subscriptioncenter>.

Last revised: May 13, 2025

## Submit a request for comment

For media inquiries, please submit a request for comment.

## Sign up to receive our press releases

**Sign Up** <https://cloud.connect.hhs.gov/news-sign-up>

# Related Press Releases

### CDC's Advisory Committee on Immunization Practices to Meet September 18-19

</press-room/cdc-acip-meeting-september-18-19-2025.html>

SEPTEMBER 12, 2025 | PRESS RELEASE

### HHS, CBP Seize $86.5 Million Worth of Illegal E-Cigarettes in Largest-Ever Operation </press-room/hhs-fda-cbp-seize-record-4-7-million-illegal-e-cigarettes-chicago-operation.html>

SEPTEMBER 10, 2025 | PRESS RELEASE

**HHS, FDA to Require Full Safety Disclosures in Drug Ads** </press-room/hhs-fda-drug-ad-transparency.html>

SEPTEMBER 9, 2025 │ PRESS RELEASE

---

Content created by ASPA Press Office

Content last reviewed May 13, 2025