# EXHIBIT 86

**Breaking**  Sean 'Diddy' Combs sentenced to more than 4 years on prostitution-related charges

# Trump escalates war with Harvard: 'They're getting in deeper and deeper'

"Every time they fight, they lose another $250 million," the president said.

By **Ivan Pereira**
May 28, 2025, 11:20 AM



**Trump escalates war with Harvard: 'They're getting in deeper and deeper'**   President Donald Trump again lashed out at Harvard University on Wednesday, accusing it of treating the country with disrespect.

President Donald Trump escalated his war with Harvard University on Wednesday, accusing it of "treating the country with great disrespect" and suggesting that it should stop fighting his policies.

"But Harvard wants to fight. They want to show how smart they are, and they're getting their a-- kicked, Trump told reporters in the Oval Office.

"All they're doing is getting in deeper and deeper and deeper," Trump said. "They've got to behave themselves."

The president has accused Harvard of being antisemitic and taking in billions of federal dollars.



President Donald Trump takes questions from the press during a swearing-in ceremony for the interim U.S. Attorney for the District of Columbia, Jeanine Pirro, at the White House in Washington, May 28, 2025.

Jim Watson/AFP via Getty Images

"I think they're dealing very badly. Every time they fight, they lose another $250 million," Trump said. "Yesterday, we found another $100 million."

---

**MORE: Timeline: Trump administration's actions against Harvard University** →

---

The president also doubled down on his claims that the school has enrolled too many foreign students and not done enough to ensure they aren't "troublemakers."

10/3/25, 2:11 PM
Trump escalates war with Harvard: 'They're getting in deeper and deeper' - ABC News
Case 3:25-cv-07864-RFL    Document 27-86    Filed 10/09/25    Page 4 of 8

"They're taking people from areas of the world that are very radicalized, we don't want them making trouble in our country," Trump said, adding that Harvard should cap its foreign students at 15%.



Harvard's Eliot House tower on the Harvard University campus in Cambridge, Massachusetts, May 27, 2025.
Cj Gunther/EPA-EFE/Shutterstock

"We have people who want to go to Harvard and other schools. They can't get in because we have foreign students there. But I want to make sure that the foreign students are people that can love our country," he said.

---

MORE: Trump to push for end to all federal agencies' Harvard contracts→

---

Last month, Homeland Security Secretary Kristi Noem sent a letter to Harvard demanding information on every international student with an F-1 visa that allows nonimmigrants to study in the U.S., warning that failing to comply with the request would result in the withdrawal of the school's Student and Exchange Visitor Program certification.

## Popular Reads



**Government shutdown updates: Leavitt says Trump exploring cutting aid to Portland**

1 hour ago



**Jane Goodall, famed primatologist and conservationist, dies at 91**

Oct 1, 2:23 PM



**Sniper opens fire on Dallas ICE facility, killing 1 detainee, wounding 2: DHS**

Sep 24, 3:39 PM

Harvard, which has sued the administration over its funding and grant cuts, said in a statement that it provided the federal government with "thousands of data points concerning its entire F-1 visa student population." However, last week, Noem announced that she revoked the school's SEVP certification and prevented it from accepting foreign students.

Harvard filed a lawsuit the next day and a judge granted a temporary order blocking the move.



President Donald Trump speaks during a swearing in ceremony for interim U.S. Attorney for Washington, D.C. Jeanine Pirro in the Oval Office of the White House, May 28, 2025 in Washington.

Andrew Harnik/Getty Images

Asked about a group of Jewish students at Harvard who protested on Tuesday against the federal government's threats and cuts over perceived antisemitism, Trump dismissed their criticism and reiterated his claims of antisemitism at Harvard and other elite institutions.

"They're hurting themselves. They're fighting," Trump said. "You know, Columbia has been, really, and they were very, very bad. What they've done that very antisemitic and lots of other things. But they're working with us on finding a solution. And, you know, they take it off that hot seat. But Harvard wants to fight."

## Related Topics

10/3/25, 2:11 PM
Case 3:25-cv-07864-RFL    Document 27-86    Filed 10/09/25    Page 7 of 8
Trump escalates war with Harvard: 'They're getting in deeper and deeper' - ABC News

[President Trump](#)



## Sponsored Content by Taboola

**Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)**
Sponsored / FootRenew

**San Francisco: Here's The Average Price of a 6-Hour Gutter Upgrade**
Sponsored / Homebuddy.com

**Affordable Signage Device**
Sponsored / Amazon signage

**Tirzepatide Wins For Weight Loss - Only $119/Month**
Sponsored / FuturHealth

**Lara Is Retiring - Her Final Jewelry Pieces Are 80% Off**
Sponsored / Artisan Weekly

**Liberty in Your Hands**
Sponsored / Money Metals

**Sam Altman Lists 5 Books That Will Give You an Unfair Advantage**
Sponsored / Blinkist: Sam Altman's Reading List

**Warren Buffett, Elon Musk and other moguls all use the 5-hour rule. Here's what I learned from…**
Sponsored / Blinkist Magazine

**Sharpen your chainsaw in 10 seconds without removing the chain.**
Sponsored / Sherum            Learn More

ABC News Network   Privacy Policy   Your US State Privacy Rights   Children's Online Privacy Policy   Interest-Based Ads
About Nielsen Measurement   Terms of Use   Do Not Sell or Share My Personal Information   Contact Us

© 2025 ABC News