# EXHIBIT 87

10/9/25, 9:48 AM
Case 3:25-cv-07864-RFL    Document 27-87 | Filed 10/09/25    Page 2 of 11
Campuses & locations | University of California

[Home](Home) > Campuses & locations



# Campuses & locations

There's a lot to see and do here — where your journey begins is up to you.



# 170 academic disciplines. 870 degree programs.

10/9/25, 9:48 AM
Case 3:25-cv-07864-RFL     Document 27-87 | Filed 10/09/25     Page 4 of 11
Campuses & locations | University of California

Where do I begin?

# Our campuses & locations

World-class classrooms. Next-generation research labs. And breathtaking botanical gardens. This is where we transform the world around us.

## 10 campuses

You've likely heard of our campuses before — each one of them ranks among the best in the world.

From UC Davis to UC San Diego, nine of our campuses house undergraduate and graduate education. UC San Francisco focuses on health education and it only offers graduate degrees.

## 6 academic health centers

Our six academic health centers have made some of California's biggest breakthroughs in health.

With top-ranked specialized care, support for clinical teaching programs, this is the home for spectacular innovation.

We help oversee three national labs for
the US Department of Energy.

It's where cutting-edge sciences meet
the curiosity and vibrancy of UC life.
Since 1943, we've had 13 Nobel
laureates pass through these doors.

# Campuses

⌃

All UC campuses offering undergraduate education use the same application for undergrads.

### UC Berkeley

### UC Davis

### UC Irvine

### UCLA

### UC Merced

### UC Riverside

### UC San Diego

### UC San Francisco

### UC Santa Barbara

### UC Santa Cruz

---

# Academic health centers ⌃

**UC Davis Health**

**UC San Diego Health**

**UCI Health**

**UCLA Health**

**UCR Health**

**UCSF Health**

# National laboratories



UC has been involved in managing three national labs for the U.S. Department of Energy since 1943.

**Lawrence Berkeley National Laboratory**

**Lawrence Livermore National Laboratory**

**Los Alamos National Laboratory**

# Agriculture and Natural Resources

UC's statewide network of researchers and educators delivers science-based solutions to California's most pressing problems in agriculture, natural resources, economic growth, nutrition and youth development. Their mission is to improve the lives of all Californians.

**Cooperative Extension Offices**

**Research and Extension Centers**

**Statewide Program Focus Areas**

**UC Natural Reserve System**

---

# Education outreach 

UC partners closely with California's K-12 schools and community colleges to help prepare students and high-quality teachers.

**Fact:** MESA and Puente participants pass the California High School Exit Exam at much higher rates than other students.

**COSMOS**

**MESA**

---

# Academic publishing and broadcasting 

**California Digital Library**

**Calisphere**

**Open access publications from the University of California**

**UC Libraries**

**UC Press**

**UCTV**

# Other locations    ⌃

**UC Center Sacramento**

**UC Education Abroad Program**

**UC Law San Francisco**

**UC Office of the President**

**UC Washington Center**

staff, with 2.0 million alumni living and working around the world.

Subscribe to our newsletter

Email address

Your email address

Subscribe

UC quick links

Campuses & locations

Student success

About us

Get involved

Press releases

Contact us

External resources

Apply or transfer

Office of the President

Academic Senate

Board of Regents

UCnet: Employee resources

Accessibility    |   Terms of Use    |   Privacy Statement

Copyright © The Regents of the University of California