# EXHIBIT 88

**THE UNIVERSITY OF CALIFORNIA** AT A GLANCE                                                                 FEBRUARY 2025

The University of California improves the lives of people in California and around the world through world-class educational opportunities, groundbreaking research, top-rated health care and agricultural expertise. We are driven by values of public service in all we do.



10 Campuses
6 Academic health centers
3 National laboratories
> LAWRENCE BERKELEY NATIONAL LABORATORY
> LAWRENCE LIVERMORE NATIONAL LABORATORY
> LOS ALAMOS NATIONAL LABORATORY

+ UC DAVIS
UC BERKELEY
+ UCSF
UC SANTA CRUZ
UC MERCED
+ UCLA
+ UC RIVERSIDE
UC SANTA BARBARA
+ UC IRVINE
+ UC SAN DIEGO
+ ACADEMIC HEALTH CENTERS

| UNDERGRADUATE SNAPSHOT | | | |
|---|---|---|---|
| California resident | | | 84.2% |
| Nonresident | | | 15.8% |
| Community college transfer | | | 26% |
| First-generation students | | | 36% |
| African American | | | 5% |
| Hispanic/Latino(a) | | | 27% |
| White | | | 20% |
| Asian | | | 37% |
| Graduation rate | 4-YEAR | 5-YEAR | 6-YEAR |
| ALL STUDENTS | 73% | 84% | 86% |
| PELL STUDENTS | 67% | 81% | 83% |

| STUDENT FINANCIAL AID | |
|---|---|
| Total financial aid | $5.3 B |
| Federal aid | $1.73 B |
| > Federal Pell Grants | $495 M |
| > Undergrads who qualify for Pell Grants | 35% |
| > CA undergrads who qualify for Pell Grants | 41% |
| University aid | $2.11 B |
| State aid | $1.28 B |
| Private aid | $221 M |
| CA undergrads with tuition fully covered | 54% |
| CA undergrads who pay full tuition | 33% |
| CA undergrads without loans at graduation | 64% |
| UC student debt at graduation (avg.) | $17,200 |

| EDUCATION | |
|---|---|
| Total enrollment | 299,407 |
| Undergraduate students | 236,070 |
| Graduate students | 63,337 |
| Alumni | 2.5 M |
| More than 170 academic disciplines | |
| 880 degree programs | |

**UC HAS SET A GOAL OF PRODUCING 1.2M GRADUATES BY 2030.**

| FACULTY AND STAFF | |
|---|---|
| Faculty | 26,100 |
| Other academic (postdocs, etc.) | 47,700 |
| Staff | 192,400 |

**UC IS THE STATE'S SECOND-LARGEST EMPLOYER.**

| HONORS AND AWARDS | |
|---|---|
| Nobel Prize winners | 70 |
| MacArthur "Genius" grants | 101 |
| National Medal of Science winners | 66 |
| Breakthrough Prize winners | 14 |
| Pulitzer Prize winners | 42 |

**EIGHT OF UC'S 10 CAMPUSES ARE MEMBERS OF THE PRESTIGIOUS 71-MEMBER ASSOCIATION OF AMERICAN UNIVERSITIES (AAU), REPRESENTATION NO OTHER STATE SYSTEM CAN MATCH.**

STATISTICS DRAWN FROM MOST RECENT DATA AVAILABLE

# THE UNIVERSITY OF CALIFORNIA AT A GLANCE

FEBRUARY 2025

## RESEARCH IMPACT

| | |
|---|---|
| Inventions per day (avg.) | 4 |
| Inventions disclosed (FY2023) | 1,440 |
| Startups from UC intellectual property/technology (FY2023) | 78 |
| Active US and foreign patents (THRU FY2023) | 13,810 |

MANY OF CALIFORNIA'S LEADING INDUSTRIES GREW FROM UC RESEARCH, INCLUDING BIOTECHNOLOGY, COMPUTING, SEMICONDUCTORS, TELECOMMUNICATIONS AND AGRICULTURE.

## RESEARCH FUNDING

| | |
|---|---|
| Research awards | $7.49 B |
| Federal research awards | $3.85 B |
| Federal research contracts/grants | 6,682 |

UC IS AWARDED MORE NIH AND NSF FUNDING THAN ANY OTHER INSTITUTION IN THE COUNTRY.

## K-12 EDUCATIONAL OUTREACH

| | |
|---|---|
| Schools and Departments of Education | 9 |
| K-12 school partnerships | 2,257 |
| Students reached by UC programs | 256,277 |
| Participants who go on to college | 62% |

UC PLAYS A ROLE IN THE EDUCATION OF MILLIONS OF CALIFORNIA K-12 STUDENTS, WHETHER OR NOT THEY ARE UC-BOUND.

## AGRICULTURE AND NATURAL RESOURCES DIVISION

| | |
|---|---|
| Counties with UC ANR projects | 58 |
| Cooperative Extension advisors and specialists | 295 |
| Agricultural experiment station researchers | 513 |
| Community volunteers | 16,647 |
| Volunteer hours | 1,256,263 |
| Educational exchanges with adults and youth | 1,255,994 |

UC HAS HELPED CALIFORNIA BECOME THE NATION'S TOP AGRICULTURAL STATE WITH FARM REVENUES OF $59.4 BILLION.

## ACADEMIC HEALTH CENTERS AND CLINICS

| | |
|---|---|
| Outpatient visits | 10.8 M |
| Emergency visits | 474,000 |
| Inpatient days | 1.32 M |
| Medicare inpatient days | 39% |
| Medi-Cal inpatient days | 35% |

*UNAUDITED FINANCIALS AS OF 1Q FY2025

UC ACADEMIC HEALTH CENTERS CONDUCT NEARLY 4,900 CLINICAL TRIALS EACH YEAR, SUPPORTING DEVELOPMENT OF NEW DRUGS AND DISEASE TREATMENTS.

## HEALTH PROFESSIONAL INSTRUCTIONAL PROGRAMS

| | |
|---|---|
| Health professional schools | 21 |
| Health professional students and residents | 16,100 |

69 PERCENT OF UC MEDICAL SCHOOL GRADUATES PRACTICE IN CALIFORNIA — THE HIGHEST IN THE NATION.

## ECONOMIC IMPACT

| | |
|---|---|
| CA jobs supported by UC operations | 529,000 (1 in 45) |
| Economic impact of UC activities | $82.0 B |
| Contributions to gross state product | $55.8 B |

UC RESEARCH IN NANOTECHNOLOGY, CLEAN ENERGY, NEUROSCIENCE, GENOMICS AND MEDICINE IS HELPING DRIVE THE NEXT WAVE OF CALIFORNIA ECONOMIC GROWTH.

## UC REVENUE SOURCES

| | |
|---|---|
| 2024–25 Operating Budget | $53.6 B |



- $4.2 B Tuition & fees 7.8%
- $1.7 B UC General funds 3.2%
- $6.2 B Government contracts & grants 11.6%
- $4.9 B State general funds 9.1%
- $12.4 B Sales & services 23.1%
- $19.7 B Medical centers 36.8%
- $4.0 B Private support 7.5%
- $0.6 B Other Sources 1.1%

UNIVERSITY OF CALIFORNIA

STATISTICS DRAWN FROM MOST RECENT DATA AVAILABLE