# EXHIBIT 89



## FEDERAL INVESTMENT IN UC RESEARCH

University of California research stimulates the economy through the development of new technologies, leads to the creation of jobs, companies and industries, and advances scientific breakthroughs that benefit the entire world. This is possible because of the tremendous research expertise at UC and the partnership with the federal government. Robust and sustained investments in our research agencies are critical to ensuring that our nation's research enterprise can continue to lead the way for the next generation.

### BREADTH OF UC RESEARCH



UC tackles some of the most urgent problems facing California and the world and creates knowledge that improves lives.

- 10 campuses, 6 academic health centers and 21 health professional schools
- Dozens of institutes, centers, bureaus and research laboratories throughout the state
- 41-site Natural Reserve System
- A Division of Agricultural and Natural Resources serving all of California's 58 counties
- 3 affiliate national laboratories – Lawrence Berkeley, Lawrence Livermore and Los Alamos

### FEDERAL INVESTMENT IN UC RESEARCH



Federal funds are the University's single most important source of support for research, accounting for more than half of UC's total research awards.

- $7.719B: Total amount of research awards in FY 2024
- $4.069B: Total amount of federal research awards in FY 2024
- 10,256: Number of distinct federal research awards in FY 2024
- 8.2% of all U.S. academic research is conducted by UC researchers
- UC is awarded more National Institutes of Health and National Science Foundation funding than any other institution

**UC Federal Agency Research Funding Awarded**   (Federal FY 2024 in millions of dollars)

| Agency | Amount | Agency | Amount | Agency | Amount | Agency | Amount |
|---|---|---|---|---|---|---|---|
| NIH | $2,540.00 | Energy | $159.51 | USDA | $85.62 | Education | $27.04 |
| NSF | $524.79 | Other HHS | $122.00 | Commerce | $68.05 | State | $20.07 |
| Defense | $326.46 | NASA | $103.50 | Interior | $38.57 | Other agencies | $46.98 |



## FEDERAL INVESTMENT IN UC RESEARCH

### TRAINING THE NEXT GENERATION



Much of UC's breakthrough research depends upon an unsung legion: graduate students. They crunch the data, conduct research, challenge the accepted and probe the possible.

- Graduate education and research at UC have long fueled California's innovation and development, helping establish California as the fifth-largest economy in the world
- Approximately 63,000 UC graduate students teach and mentor more than 236,000 undergrads
- UC graduate student work has led to inventions such as a smarter stethoscope and an app that provides early warning on earthquakes
- 20.9% of Berkeley Lab employees are student assistants, graduate research assistants or postdoctoral scholars

### INNOVATION TO COMMERCIALIZATION



Many of California's leading industries grew from UC research, including biotechnology, computing, semiconductors, telecommunications and agriculture.

- 4: New inventions per day (average)
- 78: Startups from UC intellectual property/technology (UC FY 2023)
- 1,440: Inventions disclosed (UC FY 2023)
- 13,810: Active US and foreign patents (thru UC FY 2023)
- Since 2013: UC has topped the National Academy of Inventors' list of universities worldwide with the most US utility patents