# EXHIBIT 98

10/3/25, 2:49 PM                    Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect | Time, Place and Manner (TPM) Policies

Case 3:25-cv-07864-RFL    Document 27-08    Filed 10/09/25    Page 2 of 7

(https://www.ucla.edu/)

# Time, Place and Manner (TPM) Policies (/)

‹ **Home (/)**

# Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect

**September 19, 2025**

At UCLA, we value and support the ability of all people to exercise their First Amendment rights. Since 2018, a committee representing the interests of staff, faculty and students has been working on finalizing policies that govern when, where and how Bruins and visitors may engage in public expression activities and host on-campus events. These policies, known collectively as **UCLA's Time, Place and Manner (TPM) policies** (https://tpm.ucla.edu/), were announced on an interim basis in 2024, along with a public review period for feedback. Over the course of the last year, the committee has engaged in a comprehensive process to review comments that were submitted, conduct extensive discussions with key campus stakeholders, incorporate mandates from the UC Office of the President and finalize these important policies.

As fall quarter approaches, we want to ensure all students, staff, faculty and campus visitors are aware of these now-finalized TPM policies, which **are in effect as of today, Friday, September 19, 2025**.

To align with the university's mission of teaching, research and service — and together with UCLA's Principles of Community and True Bruin Values — the TPM policies help us uphold UCLA's commitment to freedom of expression while prioritizing the safety, respect and well-being of our community and the continuity of university operations. Consistent with UCLA's First Amendment obligations, these policies apply regardless of the viewpoints expressed.

# Finalized TPM Policies

## UCLA Policy 850: General Use of UCLA Property

Outlines how university property may be used in general and for events, public expression, and other activities. Defines "Designated Areas for Public Expression" for activities like literature distribution and prohibits interfering with campus traffic or functions.

## UCLA Policy 852: Public Expression Activities

Identifies specific campus areas where free expression activities, including protests and demonstrations, may take place with and without prior approval, and sets viewpoint-neutral standards on time, place, and manner to help ensure safety and operational continuity.

## UCLA Policy 860: Organized Events

Provides for how individuals and groups can use university facilities for pre-scheduled events and establishes a framework for the planning and approval process for events, including financial responsibilities, safety, coordination, and adherence to other related policies.

## UCLA Policy 862: Major Events

Explains how university property may be used for significant extracurricular events, including those expected to have an impactful effect on campus safety or services, or have a high likelihood of interfering with other campus activities.

Throughout the review and approval process, we received and carefully considered public comments from members of the UCLA community, which played a meaningful role in shaping these final policies. We recognize that not everyone will agree with every element of all of the policies; our efforts focused on balancing the collective interest of the entire campus community. We sincerely appreciate the thoughtfulness, attention and engagement demonstrated by all who took the time to share their perspectives and participate in this important dialogue. Your input helped ensure that the updated TPM policies reflect the values and needs of our broad campus community.

Following the input period, representatives from the Offices of the Administrative Vice Chancellor; Student Affairs; Campus Safety; Employee & Labor Relations; Inclusive Excellence; Legal Affairs; Administrative Policies and Compliance and Academic Senate considered and integrated community input as part of a comprehensive review, revision and approval of these longstanding policies, in accordance with UCLA Policy 100.

We encourage everyone to become familiar with these policies. Key updates to the interim policies are noted below. The full policies and other resources are available on the **TPM website** (https://tpm.ucla.edu/), including a **Summary of Important Reminders for Public Expression Activities**    that can be viewed and printed as a quick reference.

These policies apply to all community members, including faculty, staff, students, student groups and labor unions, as well as to non-affiliates. Everyone is expected to follow these policies. Not doing so may carry serious consequences: legal penalties, university disciplinary action for students and employees, and application of relevant collective bargaining agreements. Some of these policies overlap with local and state laws, so certain violations may lead to detention or arrest.

Any individual or group planning a public expression activity or campus event should review these policies in advance to understand their responsibilities and help ensure a safe, respectful campus environment for all.

For questions about these policies or the policy process, please contact Anna Joyce, director of administrative policies and strategic initiatives, at AJoyce@compliance.ucla.edu (mailto:AJoyce@compliance.ucla.edu?subject=). For all other inquiries, please contact AdminVC@ucla.edu (mailto:AdminVC@ucla.edu?subject=). To report a violation of TPM policies, please go to the TPM website (https://tpm.ucla.edu).

Thank you for your continued commitment to fostering a vibrant and respectful campus community. Together, we can ensure that UCLA remains a place where diverse voices are both valued and protected.

Sincerely,

**Michael J. Beck**
Administrative Vice Chancellor

**Monroe Gorden Jr.**
Vice Chancellor for Student Affairs

**Steve Lurie**
Associate Vice Chancellor for Campus & Community Safety

---

# Key Updates from the Interim Policies

Below are key updates made between the interim policies (public review Sept. 4–Nov. 4, 2024) and the final policies (effective Sept. 19, 2025).

10/3/25, 2:49 PM          Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect | Time, Place and Manner (TPM) Policies

Case 3:25-cv-07864-RFL    Document 27-08    Filed 10/09/25    Page 5 of 7

# Policy 850: General Use of UCLA Property

- **Union Employees** : Explicitly noted that the policy applies to all union employees except to the extent applicable labor agreements or Higher Education Employer-Employee Relations Act (HEERA) require otherwise.

- **Conceal Identity** : Clarified that concealing one's identity to evade identification when violating policies or laws is prohibited.

- **Restricted Areas** : Added infant and grade school facilities.

- **Posting Rules** : Outdated restrictions removed; added language clarifying that employees may post non-commercial items in their own workspaces if consistent with UCLA rules and laws.

- **Transporting Signs/banners** : Are permitted where they comply with the material and handle restrictions of municipal code and do not block access or pose a safety concern.

- **Distribution Rules** : Added language to clarify that nothing in the section related to distribution of non-commercial literature is intended to restrict instructors from distributing course materials or hinder academic freedom within their assigned courses.

- **Moved Section** : Marching guidance moved to Policy 852: Public Expression Activities.

- **Enforcement** : New section outlines where one can report TPM policy violations.

- **Attachment A, Definition Updates** : "Areas for Public Expression" renamed to "Designated Areas for Public Expression"; added definition for "Disrupt"; updated definition of "Major Events".

# Policy 852: Public Expression Activities

- **Union Employees**: Explicitly noted that the policy applies to all union employees except to the extent applicable labor agreements or Higher Education Employer-Employee Relations Act (HEERA) require otherwise.

- **Areas for Public Expression Activities**: Clarifies that the majority of outdoor areas of UCLA Property may be used for Public Expression Activities in accordance with TPM policies, with most areas requiring prior approval, some areas not requiring prior approval (i.e., "Designated Areas for Public Expression"), and limited areas not available for such uses.

- **Revised Designated Areas**: Added northwest corner of Le Conte and Westwood, modified portions of Bruin Walk and tangential areas to avoid fire lanes, current construction or areas

10/3/25, 2:49 PM                Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect | Time, Place and Manner (TPM) Policies

Case 3:25-cv-07864-RFL    Document 27-08    Filed 10/09/25    Page 6 of 7

- that could restrict building access.

- **Conflict with Events**: If an activity disrupts, conflicts with a scheduled event or other operations, participants may be asked to move. Refusal could lead to discipline or legal consequences.

- **Marching**: May use amplified sound without prior permission while marching as long as sound stays under 85 decibels and does not disrupt classes and other campus operations.

- **Amplified Sound in Designated Areas**: Allowed without prior approval, but also limited to 85 decibels and may not disrupt classes or other campus operations. Outside designated areas, prior approval is required.

- **Structures**: Any tables, booths, tents or displays are prohibited without prior approval, regardless of location.

- **Enforcement**: New section outlines where one can report TPM policy violations.

## Policy 860: Organized Events

- **Purpose and Scope**: Clarifies that procedures for organized events are not new — they formalize what has always been done through the Events Office. Policy covers planning steps such as registration, venue booking, permitting, marketing and safety.

- **EOL Registration**: Updates the categories of events requiring registration.

- **Cancellations**: Clarifies language around safety and security cancellation of events.

- **Enforcement**: New section outlines where one can report TPM policy violations.

## Policy 862: Major Events

- **Purpose and Scope**: Clarifies that procedures for major events are not new and typically not related to public expression activities. Like organized events, they cover planning steps such as registration, venue booking, permitting, and safety coordination.

- **Security Cost Caps**: Removed previous cap on university-covered costs for public expression activities.

- **Security/Interference Assessment**: In determining the appropriate security needs for a Major Event, UCLAPD, Events Office, and/or SOLE will consider the Safety and Security

10/3/25, 2:49 PM    Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect | Time, Place and Manner (TPM) Policies

Case 3:25-cv-07864-RFL    Document 27-08    Filed 10/09/25    Page 7 of 7

Criteria and Interference Criteria, as defined in UCLA Policy 850. A written explanation of why certain security measures are being taken will be provided to the Event Organizer of the Major Event.

- **Enforcement**: New section outlines where one can report TPM policy violations.

_(/)_

© 2025 Regents of the **University of California (http://www.universityofcalifornia.edu/)**

Emergency (https://www.bso.ucla.edu/)    Accessibility (https://www.ucla.edu/accessibility)
Report Misconduct (https://equity.ucla.edu/report-an-incident/)
Privacy & Terms of Use (https://www.ucla.edu/terms-of-use/)

(https://www.facebook.com/UCLA) (https://x.com/ucla?lang=en) (https://www.instagram.com/ucla/) (https://www.youtube.com/user/UCLA) (https://www.linkedin.com/school/ucla)