# EXHIBIT 99

Case 3:25-cv-07864-RFL     Document 27-99     Filed 10/09/25     Page 2 of 6

UNIVERSITY NEWS

# Chancellor Julio Frenk: Sharing an update on federal research funding

We will continue to defend our core values and principles



*David Esquivel/UCLA*

Dr. Julio Frenk

**UCLA Newsroom**
September 15, 2025

 Share

*Chancellor Frenk today shared the following message with the UCLA community.*

Dear Bruin Community:

UC President James B. Milliken shared a statement with the University of California community this morning regarding the suspension of federal research funding, and I want to share it with you here.

This is a critical moment for the UC system and for our community. At UCLA, the suspension of federal research funding threatens our ability to pursue life-saving and life-changing research, undermines our capacity to fulfill our academic mission, and disrupts the work and careers of our scholars and staff.

The consequences extend well beyond our campus. They represent a direct threat to scientific progress and innovation that benefits not only California but people around the world. Whether it is pioneering medical treatments, protecting national security or confronting global public health challenges, UCLA research plays a vital role in improving lives.

As President Milliken writes, this is one of the most significant threats UC has faced in its history. It is critical that we stand together and stay connected — and continue to defend our core values, including academic freedom.

We are working around the clock with our partners across the UC system and with leaders at the state and federal levels to resolve this situation, and I will continue to keep you updated. Thank you for your dedication to our mission.

We are One UCLA.

**Julio Frenk**
Chancellor

*A message from President James Milliken to the UC community:*

Dear UC community,

I know that many of you are closely following the federal administration's actions against UCLA — including the suspension of critical research funding this summer and a demand that the university pay the federal government over $1 billion. Today, the LA Times published a story summarizing some of the administration's demands.

As we consider the unprecedented action against UCLA, it is important to keep in mind that the federal government is also pursuing investigations and actions in various stages against all 10 UC campuses. So, while we are first focused on the direct action involving UCLA, we must also consider the implications of expanded federal action.

This represents one of the gravest threats to the University of California in our 157-year history. Losses of significant research and other federal funding would devastate UC and inflict real, long-term harm on our students, our faculty and staff, our patients, and all Californians. It would also end life-saving research from which all Americans benefit.

Let me provide a little more context about what's at stake. The University of California receives more than $17 billion each year in federal support. That includes $9.9 billion in Medicare and Medicaid funding, $5.7 billion for research and program support, and $1.7 billion in student financial aid.

The funds at risk support the doctors and nurses who care for millions of Californians each year, the researchers working to find new cures and make important technological discoveries, and the financial aid that keeps UC accessible for students of all backgrounds. A substantial loss of this federal funding would be devastating for our mission and for the people who depend on us most. It will mean fewer classes and student services, reduced access to health care, tens of thousands of lost jobs across the state, and an exodus of world-class faculty and researchers to other states or countries.

Many of our campuses have already experienced layoffs and other negative impacts in recent months because of cuts to federal research funding and other financial pressures. But this is minor in comparison to the threat that looms. As the state's second-largest employer, with a presence in every county in California, these reductions would have a detrimental ripple effect across the entire state economy.

The work happening across UC saves lives, drives economic growth and creates opportunity for families in every community. Far too many people depend on us for the University to retreat from its mission. We must do all we can to avoid the harmful possibilities I've outlined. That's why we are working with elected officials in Sacramento and Washington, D.C., to evaluate every option to resolve this conflict to continue serving communities across the state.

The University of California has weathered many challenges since its founding. We will do so again — but it will undoubtedly be a difficult process for our community. The fact is that we are in uncharted waters. Our top priority now is protecting this institution — its resources, its mission and its values — for the sake of everyone we serve.

I ask all of you to come together as a community — in support of our students, our patients and one another — as we navigate what lies ahead. It will take all of us working together to protect UC, the greatest public university in the nation.

With deep gratitude,

**James B. Milliken**
UC President

**Tags:** [university news](#) | [University of California](#) | [UCLA leadership](#) | [Chancellor Julio Frenk](#) | [faculty news](#) | [staff news](#) | [students](#) | [research](#)

## Related Links

[Federal updates for the UCLA community](#)

[Chancellor Julio Frenk: Life-saving and life-changing research (Aug. 22)](#)

[Chancellor Julio Frenk: Meeting the challenges ahead as One UCLA (Aug. 15)](#)

Vice Chancellor for Research and Creative Activities Roger Wakimoto: National Science Foundation grants reinstated (Aug. 13)

Chancellor Julio Frenk: Sharing an update on federal research funding (Aug. 8)

Chancellor Julio Frenk: Update on protecting our research mission (Aug. 6)

Vice Chancellor for Research and Creative Activities Roger Wakimoto: Federal research grant suspensions — resources and next steps (Aug. 4)

Chancellor Julio Frenk: Video message on the suspension of federal research funding (Aug. 1)

Chancellor Julio Frenk: The loss of federal funding is a loss for America (July 31)

## Top UCLA News



SCIENCE + TECHNOLOGY

**Supporting future faculty and scientific research: The importance of postdoc experience**



SCIENCE + TECHNOLOGY

**UCLA research helped pave the way to these 8 major cancer-fighting drugs**



HEALTH + BEHAVIOR

**Bruin legend Kareem Abdul-Jabbar speaks from the heart about UCLA's impact on his life, career and health**



SCIENCE + TECHNOLOGY

**Government funding made the birth of the internet possible at UCLA**

## Stay Connected

**SIGN UP FOR A DAILY BRIEFING**

Get top research & news headlines four days a week.

(Check your inbox or spam filter for confirmation.)

[Email address]    **Subscribe**



Subscribe to a UCLA Newsroom RSS feed and our story headlines will be automatically delivered to your news reader.

**All RSS Feeds →**

Case 3:25-cv-07864-RFL    Document 27-99    Filed 10/09/25    Page 6 of 6

UCLA on Twitter    UCLA on Facebook    UCLA on LinkedIn    @UCLA on Instagram

UCLA on YouTube