# EXHIBIT 103



# FRANKEL SETTLEMENT FACT SHEET

## OVERVIEW

The University of California abhors antisemitism and is diligently working to address and counter it in all its forms across the UC system. Antisemitism has been on the rise across the globe, including on college campuses, and UC is no exception. The University has taken additional steps to ensure that everyone feels safe on campus. UC leaders recognize there is more work to be done and are committed to using what they have learned to drive real, lasting improvements.

As part of resolving litigation related to antisemitism on campus, UCLA will continue to implement policies that make its campuses safer for Jewish students, faculty, and staff, as well as contribute a total of $2.33 million to eight organizations that combat antisemitism in the University of California community. This reflects the University's deep commitment to fostering a safe, secure, and inclusive environment for all members of our community and ensuring that there is no room for antisemitism anywhere on UC's campuses.

## OUR STEPS TO SUPPORT THE JEWISH COMMUNITY

The University of California will donate a total of $2.65 million to combating antisemitism and cultivating a safe environment for all:

- $320,000 to UCLA's Initiative to Combat Antisemitism — an effort announced in March by UCLA Chancellor Julio Frenk to mobilize resources and leaders across the University to combat antisemitism wherever it arises.

- Additionally, the University will contribute $2.33 million to eight organizations that combat antisemitism and support the UCLA Jewish community:
    - Hillel at UCLA
    - Academic Engagement Network
    - Anti-Defamation League
    - Jewish Federation Los Angeles – Campus Impact Network
    - Chabad of UCLA
    - The Film Collaborative, Inc.
    - Jewish Graduate Organization
    - Orthodox Union – Jewish Learning Initiative on Campus.

## PAST UC ACTIONS TO COMBAT ANTISEMITISM

The University of California has taken several important and proactive steps to combat antisemitism, including:

- Communicated campus prohibitions against encampments, unauthorized structures, restrictions



- on free movement, identity concealment, and refusals to reveal one's identity when asked to do so by University personnel.
- Conducted trainings to inform the whole UC community about policies and procedures related to campus safety and expressive activities.
- Opposed calls for boycotts against and divestment from Israel.
- Outgoing UC President Michael Drake reiterated in a letter to chancellors that all UC entities are banned from boycotting any country, including Israel.
- Reaffirmed system policies, including the Regents Policy 4403: Statement of Principles Against Intolerance from March 2016, which states, "Anti-Semitism and other forms of discrimination have no place in the University. The Regents call on University leaders actively to challenge anti-Semitism and other forms of discrimination when and wherever they emerge within the University community."
- Published a single, systemwide Anti-Discrimination Policy managed by the new Systemwide Office of Civil Rights (SOCR) that applies to all staff, faculty, students, and third parties.
- Participated in Hillel International's Campus Climate Initiative to foster a positive, inclusive, and welcoming campus climate for all students throughout the UC system.
- Teams from the Systemwide Office of Civil Rights and two campuses attended the Brandeis University Summer Institute on Antisemitism in Higher Education, which aims to raise awareness and provide senior administrators in academic and student affairs with a toolbox of practices and actions to effectively confront antisemitism on their campuses.