# EXHIBIT 105



| BUILDING | ROOM NUMBER | | |
|---|---|---|---|
| 1. Ackerman Union | A264 | | |
| 2. Ashe Center | 100A | 413 | RR421 |
| | 160 | 415 | |
| 3. Biomedical Sciences Research Building | 175 | 375 | |
| | 275 | 475 | |
| 4. Boelter Hall | 9268A | | |
| 5. Tom Bradley International Hall | 108 | 109 | |
| 6. Brain Research Institute | 13396 | 48110 | A3394 |
| | 18110 | 53396 | A3396 |
| | 23396 | 58110 | B3394 |
| | 28110 | 63396 | B3396 |
| | 33396 | 68110 | C8108 |
| | 38110 | 73396 | C8110 |
| | 43396 | 78110 | |
| 7. Broad Art Center | C8110 | | |
| 8. Bunche Hall | 1252 | 4251 | |
| | 2268 | 4350 | |
| | 3253 | 8253 | |
| | 3257 | | |
| 9. Campbell Hall | 1108 | 1114 | 3112 |
| 10. California NanoSystems Institute | 3151 | | |
| 11. *Collins Center for Excecutive Education | A401 | A402 | |
| 12. UCLA School of Dentistry | A0119A | B0161 | |
| | A0119B | B0163 | |
| | A3022 | B3015 | |
| | A3024 | B3017 | |
| 13. Dodd Hall | 387 | | |
| 14. Drake Stadium | 100 | | |
| 15. Factor Building | 1963 | 8666A | |
| | 1963A | 14640 | |
| 16. Geology Building | 1670 | | |
| 17. Wendy and Leonard Goldberg Medical Building | B120 | B149 | |
| | B122 | B151 | |

| BUILDING | ROOM NUMBER | | |
|---|---|---|---|
| 18. Gonda Neuroscience and Genetic Research Center | 1314 | 3314 | 5350 |
| | 2314 | 3350 | 6314 |
| | 2350 | 3549 | 6350 |
| | 2515 | 4549 | 6513 |
| | 2549 | 5350 | 6549 |
| 19. UCLA Guest House | 156 | 158 | |
| 20. Center for the Health Sciences | A4206 | A4208 | B3144 |
| 21. Kerckhoff Hall | 413A | 416A | |
| 22. Kinross South | S166 | S168 | |
| 23. Kinross Recreation Replacement Facility | S168 | | |
| 24. UCLA School of Law | 2487 | 2489 | |
| 25. Life Sciences Building | 4341A | 5341A | |
| 26. UCLA Luskin Conference Center | R1420C | | |
| 27. MacDonald Research Laboratories | B758 | | |
| 28. MacGowan Hall | 2324 | 3318A | |
| 29. Murphy Hall | 3124 | | |
| 30. Orthopaedic Hospital Research Center | 223 | 523 | |
| | 323 | 275 | |
| | 423 | 375 | |
| | 523 | 475 | |
| 31. Evelyn & Mo Ostin Music Center | 133 | 235 | |
| | 139 | 239 | |
| 32. *Pauley Pavillion | 2324 | 3318A | |
| 33. Reed Neurological Research Center | 4220 | C163 | |
| | 4220 | C165 | |
| 34. UCLA Rehabilitation Center | 1119 | 3204 | 3279 |
| | 1555 | 3233 | A764 |
| | 2245 | 3235 | A764 |
| | 2285 | 3268A | |
| | 2513 | 3275 | |
| 35. Rosenfeld Library | ER115 | ER116 | |
| 36. Schoenberg Music Building | 1128 | 1134 | |
| 37. Semel Institute for Neuroscience and Human Behavior | 17377A | 48-110 | |
| | 17377C | 43-396 | |
| | 38162 | C7411A | |
| | 48269 | C8207A | |
| 38. Slichter Hall | 2838 | 3844A | 5838A |
| 39. *Student Activities Center | B08 | | |
| 40. Sycamore Tennis Courts | 100 | 101 | |
| 41. Terasaki Life Sciences Building | 1110 | 3034 | 5034 |
| | 2034 | 4034 | |
| 42. Warren Hall | 11167 | | |
| 43. *Wasserman Football Center | 103 | | |
| 44. John Wooden Center | 1282E | | |
| 45. Young Research Library | 11368B | 11938 | 11940 |
| 46. La Kretz Garden Pavillion | 300J | 300K | |

*Restrooms with an asterisk have limited accessibility
For the most updated list, please visit: https://map.ucla.edu

Do you know of a gender-inclusive bathroom not on this list?
Please email the building and room number to lgbt@lgbt.ucla.edu

MORE RESOURCES:
UCLA Police Department | 310.825.1491/24 hr | police.ucla.edu
UCPD Anonymous Message/Tip Line | 310.794.5824/24 hr
UCLA Counceling and Psychological Services | 310.825.0768/24 hr | counseling.ucla.edu
UCLA Office of the Dean of Students | 310.825.3871 | deanofstudents.ucla.edu
UCLA Consultation & Response Team | 310.825.0628 | studentincrisis.ucla.edu
True Bruin Respect - Report Hostile Climate Incidents | reportincidents.uca.edu
UCLA Staff and Faculty Counseling Center | 310.794.0245
UCLA Office of Equity, Diversity and Inclusion | equity.ucla.edu
UCLA Title IX Office | 310.206.3417 | sexualharassment.ucla.edu/
LGBT Campus Resource Center at Student Activities Center, Room B36 | 310.206.3628 | lgbt.ucla.edu

*Updated July 2019*