# EXHIBIT 106

# New data show University of California degrees lead to jobs, economic prosperity

According to a new data analysis, University of California graduates are more likely to find good-paying jobs and increase their earnings over the course of their careers thanks to their UC degrees. Today, the University, in collaboration with leading workforce data firm Lightcast, released a dashboard highlighting 25 years of career outcomes for UC alumni. This new tool shows the strong connection between a UC education and a high-growth career.

This new career pathways dashboard shows UC degrees fuel high-growth, good-paying careers and illustrates that UC graduates are making an impact every day on our state's economy and local communities. From the doctors developing breakthrough medical treatments to the software engineers building the newest smartphones and the high school teachers educating the next generation of community leaders, our alumni are setting the course for economic prosperity.

"From the first day a student arrives on a UC campus, they are being prepared by our faculty and staff to be educated citizens and California's workforce of tomorrow," **said UC Provost Katherine S. Newman**. "This new data is further evidence of UC's commitment to connecting academic excellence with workforce development. Our graduates climb the economic ladder because they leave our campuses with rigorous and experiential learning experiences to lead in their fields."

This dashboard offers users the ability to filter and search across a variety of disciplines to see where UC alumni have or are currently working in business, health care, tech, and over a dozen other industries that contribute to the world's fourth-largest economy in California.

## Economic mobility

UC is a leader in economic mobility for students, with 67 percent of graduates carrying no student debt. A majority of UC Pell Grant and first-generation students earn more than their families within four years of graduation. And one out of every three UC students who enter college in the bottom 20 percent of income move up to the top 20 percent of income as adults, a rate that is higher than colleges and universities across the state and nation.

In UC's most recent reporting, bachelor's degree recipients earned an average salary of $79,000 annually six years after graduating. That number exceeds the median income for all California bachelor's degree recipients. By their 12th year post-degree, UC bachelor's recipients average $112,000 annually, which exceeds all California graduate degree-holders.

## Degrees to careers

The new data show that UC is a talent pipeline for California, and that UC degrees lead to well-paid jobs at top companies across technology, entertainment, biotechnology, finance, and consulting sectors like Apple, Disney, Genentech, Google, Deloitte, and many more.

Google is a major contributor to California's economy with UC alums who hold degrees from 10 broad academic disciplines holding over 17,000 different positions for the company over the past 25 years. Similarly, UC alumni report holding 8,850 positions at Apple over the past 25 years. Graduates of all 10 UC campuses have been employed by Google and Apple, working in roles from software engineers to financial analysts to data analysts and more across California. Eight percent of UC alumni work in the tech sector.

In addition to Apple and Google, UC graduates have been employed in over 5,700 positions at Disney over the past 25 years. The list includes graduates from arts programs holding jobs as writers, producers and designers, as well as hundreds of software engineers, financial analysts and more for the entertainment giant.

Biotechnology company Genentech has employed UC graduates in more than 7,400 positions. These alumni hold positions across the company, from bioprocess technicians to scientific researchers to quality control analysts.

## The 50 companies that hire the most UC alumni

The 50 companies that hire the most UC alumni

| | | | | |
|---|---|---|---|---|
| Google | Salesforce | Bank of America | Abbott Laboratories | Adobe |
| Amazon | Deloitte | Raytheon Technologies | JPMorgan Chase | Workday |
| Kaiser Permanente | Wells Fargo | Target | Accenture | Intuit |
| Meta | Boeing | Illumina | KPMG | Sutter Health |
| Apple | LinkedIn | Tesla | NBC | Edwards Lifesciences |
| Genentech | Gilead Sciences | Qualcomm | AbbVie | CVS Health |
| Northrop Grumman | Oracle | PG&E | Ernst & Young | Medtronic |
| Microsoft | Amgen | Thermo Fisher Scientific | IBM | Walgreens Boots Alliance |
| Disney | Cisco | Uber | Walmart | Yahoo |
| Intel | Pricewaterhouse Coopers | Cedars-Sinai | Lockheed Martin | Netflix |

Many of UC's graduates become entrepreneurs and executive leaders, holding titles ranging from founder and CEO to financial analysts and consultants. The data show that the majority of UC alumni who have founded a company hold a bachelor's degree, while the majority of CEOs also hold a master's degree in business administration from UC. Six percent of UC alumni work in the finance sector.

UC graduates are also making an impact in public service. Eight percent of UC graduates work in K-12 public education, and 13 percent work in the health care industry. And UC graduates hold positions at NASA, U.S. military branches, and city governments across the state.

## What UC graduates are saying

**Miguel Lopez, President of the UC Merced Alumni Association and Senior Consultant at IBM:** "The greatest value I gained from earning my degree at UC Merced wasn't the diploma itself, but the experiences that led to it. Through rigorous coursework and meaningful extracurricular involvement, I developed essential skills in negotiation, coalition building, and interpersonal communication—all having been instrumental in driving my professional success and shaping the trajectory of my career."

**Veronica Sandoval, Director, Cross-Portfolio Philanthropy, Genentech**: "Being a UC Berkeley alum means being part of a legacy of curiosity, innovation and impact. My education in Molecular & Cell Biology, along with early research and a Howard Hughes grant, laid the groundwork for pursuing a Ph.D. in neuropharmacology and a career focused on improving patient outcomes. Now at Genentech, I lead cross-portfolio philanthropy to support programs that address health care disparities and expand access to equitable care."

**Elizabeth Cieszko, SVP Portfolio Growth & Partnerships, NBCUniversal**: "My Communications degree from the UC San Diego set the trajectory for my entire professional career. The coursework sparked my passion for storytelling and gave me a sharp understanding of how media shapes culture and drives impact – a perspective that led me straight into the television industry and to NBCUniversal. Today, as SVP Portfolio Growth & Partnerships, I lead Corporate Symphony — a strategic marketing function that activates high-impact business initiatives across the Comcast NBCUniversal portfolio — from blockbuster films and hit streaming launches to theme park debuts and global tentpole events."

**Jesse Mendoza, Engineer at JPL/NASA: "**Being a UC alum means that I am forever part of an institution that fosters excellent education, innovation and stewardship for the wider public, of which I am proud of and do my best to emulate. My education from UC Riverside provided the access and skills that led to an extremely meaningful career to me. I work at the NASA/Caltech Jet Propulsion Laboratory conducting mission operations for a variety of space missions, including the Mars 2020 Perseverance Rover."

### *Methodology

*Employment outcome data (companies, job titles, and alumni skills) were sourced from Lightcast Alumni Pathways data) and matching UC alumni from the graduating classes of 1999-2000 through 2023-24. All figures represent self-reported employment (employers, job titles) from UC alumni on public platforms such as LinkedIn. The self-reported employment data represents roughly 35 percent of all UC alumni graduating in the past 25 years and should be interpreted as illustrative examples of UC alumni employment rather than a comprehensive account of it.*