# EXHIBIT 107

**UNIVERSITY OF CALIFORNIA**

Economic Mobility at UC

## UC helps level the playing field and promotes economic mobility, particularly for low-income students

UC's collaboration with the [Equality of Opportunity Project](#) and the [CLIMB Initiative](#) reveals new insights into UC's role in enabling low-income students to achieve intergenerational economic mobility. Through matching UC students to their IRS tax records, and linking them to their parents' tax records when they first enrolled at UC, researchers have been able to determine how many UC students achieve economic mobility - beginning at the bottom 20 percent of the national income distribution as teenagers and making it to the top 20 percent as adults after attending UC. This brief provides initial findings from the collaboration, with more data to follow as the work progresses.

UC provides unprecedented access to low-income students when compared to other four-year colleges.



**UC enrolls a higher share of the lowest income students (1st quintile - bottom 20 percent) than other 4-year universities, and comparable shares of middle and high-income students.**

Note: Threshold earnings for parental income are:

| Parent Income Quintile | 1980 Birth Cohort | 1991 Birth Cohort |
| --- | --- | --- |
| 1st quintile (low-income) | Below $25,300 | Below $19,800 |
| 2nd quintile | Below $44,300 | Below $37,300 |
| 3rd quintile | Below $74,000 | Below $65,300 |
| 4th quintile | Below $105,800 | Below $110,200 |
| 5th quintile (high-income) | Above $105,800 | Above $110,200 |

Once enrolled at UC, low-income and first-generation students have similar earnings compared to their counterparts. UC is an equalizer for students who come from the bottom 20 percent of income - they go on to earn as much as students who came from middle-income families. Those earnings double within 10 years of graduation. A first generation UC graduate typically earns about $50,000, at five years after graduation, which is about the same as a UC graduate who had a parent that graduated from college.



UC students from all income quintiles succeed in achieving incomes that surpass their parents, with over 90 percent of the lowest income students, and 50 to 70 percent of middle income students doing so. In addition, 36 percent of UC's lowest income students achieve even greater leaps in economic mobility - the percent of UC Alumni from the bottom 20 percent of income who move into the top 20 percent of income as adults is higher than other 4-year universities in California and the nation.

