# EXHIBIT 108

Fox News

# Leo Terrell: President Trump isn't tolerating this anymore

YouTube (May 27, 2025)

Excerpted Transcript

03:43

**[Harris Faulkner]**

Are you worried about the justice system rather having too many liberal judges or reputations of being liberal?

**[Leo Terrell]**

Well, it's not a reputation, it's a fact. There are too many judges who are impeding progress, who are stopping, eliminating anti-Semitism. For example, that judge who stopped President Trump's demand for information from Harvard is ridiculous. It's going to be overturned, it's going to go to the Supreme Court, but it delays the process. But Trump is not going to be deterred.

04:12

**[Harris Faulkner]**

So set up the legal fight now going forward because it won't just be Harvard.

**[Leo Terrell]**

Yeah, I'm glad you asked that question. Let me tell you right now, I everyone to understand this. Unlike the previous administration, expect massive lawsuits against UC systems who still practice - on the East Coast, on the West Coast, in the Midwest. Expect hate crime charges filed by the federal government.

04:34

Expect Title VII lawsuits against those individuals who are not being protected simply because they're Jewish. This is going to stop. We're going to a full front of activity in the courtroom. We're going to meet them in court. And one other fact that I cannot disclose. We are going to go after them where it hurts them financially. And there's numerous ways. I hope you can read between the lines. There's numerous ways to hurt them financially.