# EXHIBIT 110

UNIVERSITY
OF
CALIFORNIA
**HEALTH**

# Protecting and improving the health of all Californians

University of California's health system is committed to protecting and improving the health of all people across California, serving as a model for the nation and the world. Work towards this vision happens across the state by delivering high-quality care, training the next generation of health care professionals and discovering new treatments and cures through research – all in support of UC's tripartite mission: teaching, research and public service.

## UC Health At A Glance

UC Health is one of the largest public academic health systems in the nation. It comprises six academic health centers, 21 health professional schools, a Global Health Institute and systemwide health care services for UC employees and students.



**UC Berkeley**
Herbert Wertheim School of Optometry & Vision Science
School of Public Health
UCSF School of Medicine Regional Campus
– Joint Medical Program
– PRIME-US (Urban Underserved)

**UC Davis**
UC Davis Health
UC Davis Children's Hospital
UC Davis Comprehensive Cancer Center
School of Medicine
– Rural PRIME
– Tribal Health PRIME
Betty Irene Moore School of Nursing
School of Veterinary Medicine

**UC Irvine**
UCI Health
UCI Chao Family Comprehensive Cancer Center
School of Medicine
– PRIME-LC (Latino Community)
– PRIME LEAD-ABC (Leadership Education to Advance Diversity-African, Black, and Caribbean)
Sue & Bill Gross School of Nursing
School of Pharmacy & Pharmaceutical Sciences
Joe C. Wen School of Population & Public Health

**UCLA**
UCLA Health
UCLA Mattel Children's Hospital
UCLA Jonsson Comprehensive Cancer Center
School of Dentistry
David Geffen School of Medicine
– PRIME-LA (Leadership and Advocacy)
School of Nursing
Fielding School of Public Health

**UC Merced**
UCSF School of Medicine Regional Campus
– San Joaquin Valley (SJV) PRIME
– San Joaquin Valley (SJV) PRIME+

**UC Riverside**
UCR Health
School of Medicine
– PRIME LEAD-ABC (Leadership Education to Advance Diversity-African, Black, and Caribbean)

**UC San Diego**
UC San Diego Health
Moores Cancer Center at UC San Diego Health
School of Medicine
– PRIME-HEq (Health Equity)
– PRIME- TIDE (Transforming Indigenous Doctor Education)
Skaggs School of Pharmacy and Pharmaceutical Sciences
Herbert Wertheim School of Public Health and Human Longevity Science

**UCSF**
UCSF Health
UCSF Benioff Children's Hospitals
UCSF Helen Diller Family Comprehensive Cancer
School of Medicine
– PRIME-US (Urban Underserved)
– San Joaquin Valley (SJV) PRIME
– San Joaquin Valley (SJV) PRIME+
School of Nursing
School of Pharmacy

**UCSF Fresno**
UCSF School of Medicine Regional Campus
– San Joaquin Valley (SJV) PRIME
– San Joaquin Valley (SJV) PRIME+

## Training California's health care workforce

UC Health has one of the largest health professional instructional programs in the nation. *Data as of fall term 2024.*

**16,000+**
health professional students and residents

**7**
health professions, including dentistry, medicine, nursing, optometry, pharmacy, public health, and veterinary medicine

**69%**
of UC-trained physicians practice in California – the highest in the nation

**21**
health professional schools

## UC Programs in Medical Education (PRIME)

UC PRIME is an innovative training curriculum, focusing on meeting the needs of underserved communities and addressing California's workforce shortages. Approximately 84 percent of UC PRIME students across the 10 programs are from groups underrepresented in medicine, and many are first-generation college students.

## Providing high-quality care to all Californians

UC academic health centers care for patient's every day health needs, as well as those with the most complex cases. UC Health locations provide health care services and capabilities that cannot be found at other health care providers in the state or are very limited in availability, like cancer, burn, transplant and trauma care. UC Davis Health, UCI Health, UCLA Health, UC San Diego Health and UCSF Health own and operate hospitals. UCR Health provides clinical care through community facilities, along with owned and operated clinics.

**Together, UC Health locations are the second largest provider of inpatient services to Medi-Cal enrollees in the state, despite having only 6 percent of the hospital beds in California.**

**UC's academic health centers contract with Medi-Cal managed care plans in every California county to deliver hospital inpatient and specialty care.**

**10.8 million**
Outpatient visits

**1.32 million**
Inpatient days

**474,000**
Emergency visits

**5,296**
Licensed beds*

**15**
Licensed acute, psychiatric and childrens hospitals*

**5 of 8**
National Cancer Institute-designated comprehensive cancer centers in California

*FY2023-2024*

*As of FY Q1 FY2024-25, these unaudited totals are 5,840 licensed beds at 17 hospitals*

**UC Health professionals see patients in a range of settings:**



UC hospitals and outpatient and ambulatory clinics



Community and county hospitals



Federally Qualified Health Centers (FQHCs)
UC owns and operates FQHCs at UCI Health and UCSF Benioff Children's Hospital and provides services at other FQHCs throughout the state.

## A self-supporting health care system

UC Health's not-for-profit academic health centers must generate their revenues through reimbursement for care delivered. These funds cover the costs of clinical operations, provide financial support to UC academic programs and subsidize care for vulnerable and underinsured Californians. In total, 74% of inpatient days in first quarter of FY2024-25 were for Medi-Cal and Medicare members. **In FY2022-23, UC Health delivered $2 billion in net community benefits across the state, including $1.3 billion in uncompensated hospital care for Medi-Cal enrollees, plus an additional $2.4 billion for Medicare enrollees.**



**Inpatient days by insurance type**
35% / 25% / 39%

**Academic health center net patient revenue by source**
20% / 54% / 25%

Medi-Cal   Medicare   Commercial

Unaudited financials as of 1Q FY2025

## Innovating for the future

UC's research discoveries prevent and cure diseases, create new technologies for diagnosing and treating illnesses, and provide new strategies for staying healthy. This work happens through data-driven investigations powered by the UC Health Data Warehouse and 4,900 clinical trials for more than 2,400 conditions in areas such as lung cancer, diabetes, melanoma, COVID-19, and more. UC received $2.6 billion in grant funding from the National Institutes of Health last year – more funding than any other institution in the country.

