# EXHIBIT 111

Republican Staff Report

# ANTISEMITISM ON COLLEGE CAMPUSES EXPOSED

Committee on Education & the Workforce, U.S. House of Representatives

October 31, 2024



**Executive Summary**

On October 7, 2023, a terrorist attack orchestrated by Hamas resulted in the murder of nearly 1,200 people in Israel, including more than 40 American citizens. In the aftermath of that horrific event, American institutions of higher education were upended by an epidemic of hate, violence, and harassment targeting Jewish students.

For nearly a year, the House Committee on Education and the Workforce (Committee), led by Chairwoman Virginia Foxx, has conducted a wide-reaching and intensive investigation into this explosion of campus antisemitism. In December 2023, the Committee's hearing on campus antisemitism revealed stunning failures of leadership and character at Harvard University, the University of Pennsylvania, and the Massachusetts Institute of Technology, and prompted a national reckoning when the three school presidents shockingly refused to unequivocally state that calling for the genocide of Jews would violate their institutions' codes of conduct. In subsequent hearings, the Committee called leaders from Columbia University, Rutgers University, Northwestern University, and the University of California, Los Angeles to account for their dramatic failures in confronting antisemitism on their campuses.

The Committee's investigation has been unprecedented in its depth and scope. For the first time in its 157-year history, the Committee issued subpoenas to postsecondary institutions for obstructionist, dilatory responses to document requests made in furtherance of the Committee's consideration of potential legislative solutions to address campus antisemitism. The Committee has collected more than 400,000 pages of documents over the course of its investigation. Now, the Committee is releasing key findings in this report.

Information obtained by the Committee reveals a stunning lack of accountability by university leaders for students engaging in antisemitic harassment, assault, trespass, and destruction of school property. At every school investigated by the Committee, the overwhelming majority of students facing disciplinary action for antisemitic harassment or other violations of policy received only minimal discipline. At some schools, such as Columbia and Harvard, radical faculty members worked to prevent disciplinary action from being taken against students who violated official policies and even the law.

Around the country, extremist antisemitic encampments were allowed to form in direct contravention of institutional policy and the law. At Columbia, students who engaged in the criminal takeover of a university building were allowed to evade accountability. At Northwestern, radical faculty members were put in charge of negotiating with their own ideological allies in that campus' encampment, leading to a stunning capitulation to the encampment leaders' demands. At Rutgers, protesters faced no consequences for an encampment that disrupted exams for more than 1,000 students. UCLA's leadership was unwilling to directly confront a violent, antisemitic encampment, even when antisemitic checkpoints denied Jewish students access to areas of campus.

These individual incidents and others that this report highlights are evidence of a broader environment on these campuses that is hostile to Jewish students. Under Title VI of the *Civil Rights Act of 1964* (Title VI), universities that receive federal funds have an obligation to prevent and

address hostile environments based on race, color, or national origin (including a hostile environment against religious groups based on shared ancestry or ethnic characteristics). Instead of fulfilling these legal obligations, in numerous cases, university leaders turned their backs on their campuses' Jewish communities, intentionally withholding support in a time of need. And while university leaders publicly projected a commitment toward combating antisemitism and respect for congressional efforts on the subject, in their private communications they viewed antisemitism as a PR issue rather than a campus problem.

The findings in this report are based on documents produced to the Committee, as well as hearing testimony and transcribed interviews of university leaders and advisors.

**KEY FINDINGS**

- **Key Finding**: Students who established unlawful antisemitic encampments—which violated university polices and created unsafe and hostile learning environments—were given shocking concessions. Universities' dereliction of leadership and failure to enforce their rules put students and personnel at risk.
    - **Finding**: Northwestern put radical anti-Israel faculty in charge of negotiations with the encampment.
    - **Finding**: Northwestern's provost shockingly approved of a proposal to boycott Sabra hummus.
    - **Finding**: Northwestern entertained demands to hire an "anti-Zionist" rabbi and Northwestern President Michael Schill may have misled Congress in testimony regarding the matter.
    - **Finding**: Columbia's leaders offered greater concessions to encampment organizers than they publicly acknowledged.
    - **Finding**: UCLA officials stood by and failed to act as the illegal encampment violated Jewish students' civil rights and placed campus at risk.

- **Key Finding**: So-called university leaders intentionally declined to express support for campus Jewish communities. Instead of explicitly condemning antisemitic harassment, universities equivocated out of concern of offending antisemitic students and faculty who rallied in support of foreign terrorist organizations.
    - **Finding**: Harvard leaders' failure to condemn Hamas' attack in their widely criticized October 9 statement was an intentional decision.
    - **Finding**: Harvard President Claudine Gay and then-Provost Alan Garber asked Harvard Corporation Senior Fellow Penny Pritzker not to label the slogan "from the river to the sea" antisemitic, with Gay fearing doing so would create expectations Harvard would have to impose discipline.
    - **Finding**: The Columbia administration failed to correct false narratives of a "chemical attack" that were used to vilify Jewish students, but imposed disproportionate discipline on the Jewish students involved.

2

- **Key Finding**: Universities utterly failed to impose meaningful discipline for antisemitic behavior that violated school rules and the law. In some cases, radical faculty successfully thwarted meaningful discipline.
    - **Finding**: Universities failed to enforce their rules and hold students accountable for antisemitic conduct violations.
    - **Finding**: Columbia's University Senate obstructed plans to discipline students involved in the takeover of Hamilton Hall.
    - **Finding**: Harvard's faculty intervened to prevent meaningful discipline toward antisemitic conduct violations on numerous occasions.
    - **Finding**: Harvard Corporation Senior Fellow Penny Pritzker acknowledged that the university's disciplinary boards' enforcement of the rules is "uneven" and called this "unacceptable."

- **Key Finding**: So-called university leaders expressed hostility to congressional oversight and criticism of their record. The antisemitism engulfing campuses was treated as a public-relations issue and not a serious problem demanding action.
    - **Finding**: Harvard president Claudine Gay disparaged Rep. Elise Stefanik's character to the university's Board of Overseers.
    - **Finding**: Columbia's leaders expressed contempt for congressional oversight of campus antisemitism.
    - **Finding**: Penn's leaders suggested politicians calling for President Magill's resignation were "easily purchased" and sought to orchestrate negative media coverage of Members of Congress who scrutinized the University.

of the proposals Columbia put on the table, and wrote, "We were unable to come to agreement but this cannot be the end of the dialogue."[84]

**FINDING: UCLA OFFICIALS STOOD BY AND FAILED TO ACT AS THE ILLEGAL ENCAMPMENT VIOLATED JEWISH STUDENTS' CIVIL RIGHTS AND PLACED CAMPUS AT RISK**

*UCLA allowed the creation of a hostile environment for Jewish students, in violation of Title VI.*

Documents obtained by the Committee have revealed a stunning failure by UCLA administrators to enforce existing policies, creating the conditions for a violent end to the unlawful, antisemitic encampment that plagued campus for more than a week. The melee that occurred on the night of April 30, 2024, was the direct result of UCLA's failure to hold rule-breaking students and their trespassing allies in the encampment accountable for days of civil rights violations and violence targeted at Jewish students and supporters of the existence of the state of Israel. While UCLA leadership attempted to downplay the effect of the encampment, making public statements calling the encampment "mostly peaceful,"[85] the reality on the ground was far different. On October 16, 2024, the Task Force to Combat Antisemitism and Anti-Israeli Bias at UCLA released a report detailing protestors and encampment members engaging in violence and intimidation as early as April 25, 2024.[86] School buildings were repeatedly vandalized with antisemitic graffiti, including swastikas, in violation of UCLA policy and California law, Jewish students were blocked from attending classes and assaulted by members of the encampment, and campus life ground to a halt.[87]

In August 2024, the United States District Court for the Central District of California found that "Jewish students were excluded from portions of the UCLA campus because they refused to denounce their faith."[88] UCLA has never disputed this reality; in litigation, it merely disclaimed responsibility, instead arguing that it had no responsibility to protect its Jewish students because the encampment was not controlled by the school.

Though the encampment was unlawful and in violation of UCLA policy from the second it was formed in the early hours of April 25, 2024, UCLA chose to ignore its own rules and "monitor" the encampment, prioritizing "de-escalation" rather than taking decisive action.[89] The weakness shown by UCLA leaders over the entirety of the encampment period encouraged further disruptions in the days following the night of violence, forcing the campus to remain closed and classes to stay online.

---

[84] Minouche Shafik, *Minouche Shafik: universities must engage in serious soul searching on protests*, FINANCIAL TIMES (May 9, 2024), https://www.ft.com/content/18432ba2-d1f7-4661-99c8-6fd9d064b7ea.
[85] Email from UCLA Bruin Alert (Apr. 27, 2024, 10:30 PM) ("Bruin Alert: Campus Activity Updates (Saturday April, 27th)").
[86] The Task Force to Combat Antisemitism and Anti-Israel Bias at UCLA, *Antisemitism and Anti-Israeli Bias at UCLA*, 57-58 (Oct. 16, 2024), https://antisemitismreport.org.
[87] Amanda Starrantino, *Pro-Palestinian Encampment Blocks UCLA Students from Entering Library During Midterms*, KCAL NEWS (Apr. 30, 2024), https://www.cbsnews.com/losangeles/news/pro-palestinian-encampment-blocks-ucla-students-from-entering-library-during-midterms/.
[88] Order for Preliminary Injunction, *Frankel v. Regents*, No. 2:24-cv-04702-MCS-PD (C.D. Cal., Aug. 13, 2024).
[89] April 27 Bruin Alert, *supra* note 85.

***UCLA leadership could have ended the encampment within minutes of its formation but chose to "hold off" instead.***

On April 25, 2024, at 4:25 AM, a lieutenant in the UCLA Police Department (UCPD) informed Chief John Thomas that over 50 unidentified individuals were unloading the contents of a truck at Royce Quad.[90] Unbeknownst to UCPD, these protestors were unloading tents, wooden pallets, and logs to occupy Royce Quad with a walled-off tent encampment.[91] While UCPD officers quickly closed a nearby street to prevent additional vehicles from entering campus, by then it was already too late. Soon after, protestors further violated the UCLA Group Conduct Code and likely violated California law by stealing metal bicycle racks from University property and using them to reinforce the walls of the encampment.[92] In the intervening minutes, an alliance of student radicals and unaffiliated extremists had erected fortifications in the center of campus, in front of Powell Library.[93]

When a patrol officer suggested that UCPD attempt to identify the individuals and remove anyone who was not a member of the faculty, staff, or student body, officers were informed that UCLA had opted to "hold off."[94] As minutes went by, the crowd swelled to over 150 participants, and a small tent city surrounded by a wall of wooden pallets had been erected.[95] The encampment, comprised of affiliates and nonaffiliates of the university, violated a wide set of university policies.[96] These violations included UC Office of the President (UCOP) regulations prohibiting camping by non-affiliates, UCOP policies prohibiting students and campus organizations from using university property in violation of time, place, and manner restrictions, and UCLA Group Code of Conduct Policies prohibiting unauthorized temporary structures on university facilities.[97] The UCLA fire marshal warned that the wood construction was unacceptable, but no action was taken to disperse the encampment or prevent further fortification.[98] Less than an hour after their arrival, protestors had secured and occupied UCLA's Royce Quad.

Over the course of the next day, it became apparent to UCPD and campus administrators that the university was underequipped to manage this rapidly escalating situation. Campus administrators moved to close Royce Hall, Powell Library, and Murphy Hall.[99] However, UCPD informed administrators that there were not have enough officers to secure the buildings.[100] UCLA leaders worried that they would be unable to restrict access to the area or prevent further expansion of the encampment without a significant surge in manpower, with one senior administrator warning that "no temporary fence is going to keep these people out."[101] Vice Chancellor Michael Beck informed his team that their immediate goal was to quarantine the encampment as quickly and effectively as possible, to prevent further growth.[102] At the same time, however, administrators acted to make

---

[90] UCLA Staff Message Thread (initiated Apr. 25, 2024, 4:25 AM) (on file with Comm.).
[91] UCLA Staff Message Thread (Apr. 25, 2024, 8:12 PM) (on file with Comm.).
[92] UCLA Antisemitism Task Force Report, *supra* note 86 at 52.
[93] UCLA Police Message Thread (Apr. 25, 2024, 4:25 AM) (on file with Comm.).
[94] *Id.*
[95] UCPD Staff Message Thread (initiated Apr. 25, 2024, 4:25 AM) (on file with Comm.).
[96] UCLA Antisemitism Task Force Report, *supra* note 86 at 52
[97] *Id.*
[98] UCLA Staff Message Thread, *supra* note 90.
[99] UCLA Staff Message Thread (initiated Apr. 25, 2024, 6:46 AM) (on file with Comm.).
[100] *Id.*
[101] *Id.*
[102] *Id.*

it easier for the encampment to remain in place: the sprinklers on Royce Quad were turned off, and University leadership was informed by facilities staff that they would stay off for the duration of the encampment.[103]

That morning, UCLA leadership held an emergency meeting to discuss the encampment.[104] Following the meeting, the administration pushed out a BruinALERT update to all members of the UCLA community, characterizing the entrenched takeover of the center of campus as "mostly peaceful," and reiterating UCLA's commitment to "monitoring" the situation while minimizing disruption of UCLA's academic mission.[105] From the beginning, however, it was obvious to many campus leaders that the encampment on Royce Quad violated a long list of University policies and presented a clear and present danger to Jewish students. As early as April 25, violence was documented within and around the encampment.[106] A notable incident outlined in the UCLA Task Force on Antisemitism and Anti-Israel Bias report involved a Native American Jewish woman who was assaulted by a protestor with a stick.[107] That afternoon, the Executive Director of the UCLA Hillel emailed Chancellor Block urging him to end the encampment, stating that "no exception for the rules should be made at the expense of Jewish students.[108]

### *UCLA failed to act before the encampment reached critical mass, and so could only react to new developments*

The morning of April 27, the administration sent another BruinALERT update, informing University affiliates that UCLA had deployed uniformed Student Affairs Mitigators (SAMs) and Public Safety Aides (PSAs) around the encampment site.[109] These employees were in place to engage in "de-escalation," with traditional law enforcement units, UCPD, and private "crowd management" services on standby.[110] Privately, however, UCLA leadership recognized the encampment as a threat to student and campus safety. Documents obtained by the Committee reveal that UCPD had requested a drone operator, at least 100 security contractors, and an LAPD mobile field force (MFF).[111] At the same time, UCLA SJP was leading "self-defense" and security training inside the encampment, promoting slogans like "WE KEEP US SAFE" to denote opposition to the presence of University police.[112]

In a "dear colleague" letter, Vice Chancellor Beck informed faculty that a large counter-protest was expected the next day.[113] In preparation, Beck informed UCLA administrators he had requested a surge in police officers and a large number of crowd management personnel.[114] The Task Force on Antisemitism and Anti-Israeli Bias at UCLA noted that at the April 28th counter-protest, violent clashes broke out between members of the encampment and counter-protesters.

---

[103] *Id.*
[104] Email to UCLA Leadership (Apr. 25, 2024) (providing information for a Zoom meeting).
[105] Email from UCLA Bruin Alert (Apr. 26, 2024, 12:26 PM) (on file with Comm.).
[106] Antisemitism Task Force Report, *supra* note 86 at 57.)
[107] *Id*.
[108] Email from Dan Gold, Exec. Dir., Hillel at UCLA to Gene Block, Chancellor, UCLA (Apr. 26, 2024)(on file with Comm.).
[109] Email from UCLA Bruin Alert (Apr. 27, 2024, 10:30 PM) (on file with Comm.).
[110] CSC LOS ANGELES, https://losangeles.csc-usa.com/home (one of the firms hired by UCLA to provide crowd control staffing).
[111] UCPD Text Exchange (Apr. 27, 2024) (on file with Comm.).
[112] Antisemitism Task Force Report, *supra* note 86 at 58.
[113] UCPD Text Exchange, *supra* note 111.
[114] *Id.*

26

The report details how the child of a Holocaust survivor was pepper sprayed by encampment participants and a Jewish student was thrown to the ground by members of the encampment and repeatedly kicked in the head. The student was knocked unconscious and was taken to the hospital with an open head wound.[115]

In a BruinALERT sent on the morning of April 28, UCLA claimed that regular campus activities had continued without interruption and reiterated that the University was following UC System policy in not requesting law enforcement preemptively unless necessary.[116] But the same administrators who approved the message could not ignore that these principles were in conflict. That afternoon, the administration was informed that instructors were moving their classes (many of which were the final review sessions before midterm exams) into the encampment.[117]

On the morning of April 29, documents obtained by the Committee reveal that UCPD staff discussed its urgent staffing issues.[118] It was obvious to UCPD that a serious situation had come into existence.

### *UCLA was aware of the formation of antisemitic checkpoints but failed to remove them or protect Jewish students in violation of the University's Title VI obligations.*

The next day, April 30, UCLA leadership approached the encampment organizers and attempted to negotiate a peaceful resolution of the unlawful encampment, which the encampment organizers rejected unconditionally. In response, the University informed them that the encampment was in violation of school policy and needed to be disbanded immediately.[119] At this point, UCPD observed an estimated 250-300 tents inside the heavily fortified encampment, which had expanded to include antisemitic checkpoints that "required passerby to wear a specific wristband to cross them."[120] Those wristbands were given only to encampment participants, and "people who supported the existence of the state of Israel were kept out."[121] Masked encampment members denied Jewish students and the media access to areas of campus, as uniformed Student Affairs Mitigators and Public Safety Aides stood idly by.[122] According to a federal judge, there is no dispute that the checkpoints excluded Jewish students, but UCLA claimed that it had no

---

[115] Antisemitism Task Force Report, *supra* note 86 at 58.)
[116]  Email from UCLA Bruin Alert (Apr. 28, 2024, 8:45 AM) (on file with Comm.).
[117] Email from Affiliate to Gene D. Block, Chancellor, UCLA, et al. (Apr. 28, 2024) (on file with Comm.).
[118] UCPD Leadership Message Thread (Apr. 29, 2024) (on file with Comm.).
[119] UCLA Staff Message Thread (initiated Apr. 30, 2024, 12:10 AM) (on file with Comm.).
[120] Order for Preliminary Injunction, *supra* note 88 at 4.
[121] *Id*. The International Holocaust Remembrance Alliance (IHRA) working definition identifies "holding Jews collectively responsible for the actions of the state of Israel" and "denying the Jewish people their right to self-determination" as contemporary examples of antisemitism. Executive Order 13899 requires the Department of Education to consider the IHRA working definition when enforcing Title VI of the Civil Rights Act of 1964 (Title VI). By forcing Jewish students to disavow Israel, UCLA's antisemitic checkpoints discriminated against and created a hostile environment for Jewish students under Title VI, and are a clear example of antisemitism under the IHRA definition. By forcing Jewish students to disavow their connection to Israel, and the state of Israel itself, to gain access to areas of campus, the unlawful encampment engaged in antisemitic discrimination.

[122] Jenny Jarvie, *'Are You a Zionist?' Checkpoints at UCLA Encampment Provoked Fear, Debate Among Jews*, L.A. TIMES  (May 9, 2024), https://www.latimes.com/california/story/2024-05-09/are-you-a-zionist-checkpoints-at-ucla-encampment-provoked-debate-among-jewish-students; Open Source Intel (@Osint613) X (Apr. 30, 2024), https://x.com/Osint613/status/1785376397403275486.

responsibility to ensure that Jewish students could access campus.[123] In doing so, UCLA allowed the creation of an environment hostile to Jewish students in direct violation of their Title VI rights.[124]

*UCLA was insufficiently prepared to react to the violence of April 30*

By the night of April 30, UCLA had lost control of the situation on campus. Chief Thomas ordered an overnight police presence at Royce Hall, in an attempt to maintain order.[125] When campus administrators attempted to close Royce Hall and Powell Library that evening, a UCPD lieutenant reported that encampment members were "controlling" the east entrance, allowing encampment members unrestricted access to the building and its bathrooms.[126] UCPD received reports of counter-protestors flashing lights and playing sirens around the encampment.[127] Vice Chancellor Michael Beck requested additional lighting around the encampment as the University expected "additional provocation" that night.[128]

That "provocation" would come soon after. Late that night, UCLA's campus erupted into hours of violence, with encampment participants sallying forth to engage in a melee with counter-protesters who attempted to dismantle the encampment by force. Custodians on campus were ordered to shelter in place for their own safety.[129] UCPD, LAPD, and other local law enforcement agencies responded to the University's call for mutual aid.

By the early hours of May 1, there were over 150 police officers on campus monitoring the aftermath of the encampment clash.[130] In a private email to Regents, UC System President Drake confirmed that one person was hospitalized and 15 were injured.[131] University administrators began drafting statements and holding meetings about the incident, debating what information they wanted to communicate to the UCLA community. At a private meeting of UCLA deans, University leadership heard from an impassioned alumnus, who argued that the chaos of the preceding night had been inevitable because UCLA's distorted interpretation of the right to free expression allowed protestors to impede the day-to-day educational mission of the university and impose an environment of fear and general disorder.[132] This chaotic environment allowed protestors, without consequence, to entrench themselves in the middle of campus.[133] The anarchy that ensued created

---

[123] Katherine Mangan, *Federal Judge Blasts UCLA for Allowing Encampment Protesters to Block Jewish Students*, THE CHRONICLE OF HIGHER ED. (Aug. 14, 2024) https://www.chronicle.com/article/federal-judge-blasts-ucla-for-allowing-encampment-protesters-to-block-jewish-students.
[124] Letter from Assemb. Rick Chavez Zbur to Hon. Catherine E. Lhamon, Asst. Sec. U.S. Dept. of Ed. (Apr. 30, 2024), https://a51.asmdc.org/press-releases/20240430-assemblymember-zbur-requests-investigation-potential-violations-title-vi.
[125] UCLA Staff Message Thread (initiated Apr. 30, 2024, 12:10 AM) (on file with Comm.).
[126] *Id.*; Email from UCLA Bruin Alert (Apr. 30, 2024, 4:25 PM) (on file with Comm.).
[127] UCLA Staff Message Thread, *supra* note 226.
[128] Email from Michael Beck, Admin. Vice Chancellor, UCLA, to UCLA admin. (Apr. 30, 2024) (on file with Comm.).
[129] Email from Lizett Martinez, Dir. Facilities Mgmt. Custodial & Grounds, to UCLA admin. (May 1, 2024) (on file with Comm.).
[130] UCPD Leadership Text Messages (May 1, 2024) (on file with Comm.).
[131] E-mail from Tricia Lyall, Sec'y and Chief of Staff, Regents of the Univ. of Cal., to Univ. of Cal. Regents (May 1, 2024 11:20 AM) (on file with Comm.).
[132] Letter from Alumnus to Gene D. Block, Chancellor, UCLA, et al. (May 1, 2024) (on file with Comm.).
[133] *Id.*

the conditions for rampant antisemitism and for the intimidation and assault of students, particularly visibly Jewish students, in the UCLA community.[134]

***UCLA's external messaging did not reflect the facts on the ground, and focused on appeasing remaining members of the unlawful, antisemitic encampment.***

In a statement that day, UCLA Chancellor Gene Block "acknowledge[d] the trauma" experienced by members of the antisemitic encampment, which he claimed had been established "to advocate for Palestinian rights." Block's statement ignored the many well-documented acts of violence and discrimination against Jewish students unaffiliated with the Israel-Hamas conflict, instead focusing on coddling the extreme antisemitic encampment members.[135]

While UCLA publicly maintained that a group of instigators came to Royce Quad to attack the encampment, the University showed through its response that it implicitly agreed with the alumnus' assessment of the encampment.[136] In a private email to Regents, President Drake stated that Chancellor Block had declared the encampment unlawful the day prior and committed to dismantling it.[137] The administration was also receiving input from community members that the environment at UCLA had gotten out of hand. Students and their parents recounted having experienced studying for midterms as violence erupted on campus, fearful that outside agitators would come into the dorms.[138] As UCLA began preparations to dismantle the encampment, all on-campus classes were cancelled and UCPD requested help from LAPD, LASD, and LAFD.[139]

***UCLA's failure to enforce policy and the law led to the conditions of April 30 and required hundreds of law enforcement officers to disband the violent encampment.***

On May 2, from approximately 3:00 – 6:00 AM, law enforcement officers entered the Royce Quad. While hundreds of protestors left voluntarily, more than 130 trespassing protestors resisted arrest and were detained by police.[140] Others were arrested for refusing to vacate the encampment.[141] In a community-wide email later that day, Chancellor Block offered a detailed account of the previous day's violence and the clearing of the illegal encampment. The Chancellor reiterated UCLA's commitment to balancing the principles of safety, free expression, and fulfilling UCLA's academic mission. Block conceded that, while many in the illegal encampment were peaceful, the encampment had become a focal point for violence and disruption that impeded UCLA's ability to maintain student safety and a safe learning environment – necessitating its removal.[142] Violent demonstrators had interfered with UCLA's academic mission by blocking and antagonizing students, even after several warnings and offers to negotiate.[143] Even after days of open antisemitic

---

[134] *Id.*
[135] Email from Gene D. Block, Chancellor, UCLA to All Campus & Parents (May 1, 2024) (on file with Comm.).
[136] *Id.*
[137] Email from Michael V. Drake, President, Univ. of Cal., to Univ. of Cal. Regents (May 1, 2024) (on file with Comm.).
[138] *Id.*
[139] UCLA OFF. OF EMERGENCY MGMT. SITUATION STATUS REP. MAY 1, 2024.; UCLA OFF. OF EMERGENCY MGMT. SITUATION STATUS REP. #3 MAY 2, 2024. (on file with Comm.).
[140] Email from Gene D. Block, Chancellor, UCLA to All Campus (May 2, 2024) (on file with Comm.).
[141] UCLA OFF. OF EMERGENCY MGMT. SITUATION STATUS REP. #3 MAY 1, 2024 (on file with Comm.).
[142] Email from Gene D. Block, *supra* note 241.
[143] *Id.*

discrimination and violence, UCLA's leaders encouraged the protestors to rethink their tactics and demonstrate in a way that did not violate the law or UCLA policies.[144]

Documents obtained by the Committee over the course of its investigation make clear that not only was UCLA unprepared for an encampment but it also failed to adequately respond once it had formed, instead simply "monitoring" as conditions deteriorated, and only acting once the campus erupted into open violence. Members of the radical, antisemitic, and illegal encampment, whitewashed by UCLA's public statements as a demonstration "for Palestinian rights," escaped accountability for exclusion of Jewish students from campus. Even the students and affiliates arrested for acts of violence and resisting arrest avoided suspension or even probation. Despite the overwhelming evidence of shared ancestry-based discrimination against Jewish students with deeply held religious beliefs, including the undisputed factual basis for the Central District of California's preliminary injunction, the Department of Education Office of Civil Rights has failed to meaningfully pursue action against UCLA.

*Conclusion*

Northwestern's and Columbia's efforts to appease their respective encampments were replicated at numerous other universities throughout the country. Several of the most troubling examples include:

- **Evergreen State College**: Evergreen State College agreed to establish a task force to advance divestment from companies deemed to profit from "the occupation of Palestinian territories," to end study abroad programs in Israel, and that its President John Carmichael would issue a statement using language proposed by the encampment leaders calling for a ceasefire and giving unwarranted credence to specious efforts charging Israel with genocide at the International Court of Justice.[145]

- **Rutgers University:** Rutgers agreed for its university president and the chairman of its Joint Committee on Investments to meet with student representatives to discuss divestment; to provide financial support for 10 Palestinian students to finish their education at Rutgers; to create an Arab cultural center at Rutgers-New Brunswick; and to expand the University's relationship with the Palestinian university Birzeit (known for its ties to Hamas).[146]

- **Brown University:** Brown agreed to have its governing board schedule a vote on divestment from Israel.[147] Brown Trustee Joseph Edelman resigned in protest of the decision, stating, "I consider the willingness to hold this vote a stunning failure of moral

---

[144] *Id.*

[145] *Memorandum of Understanding Between The Evergreen State College and the Evergreen Gaza Solidarity Encampment* (April 30, 2024), https://www.evergreen.edu/student-life/student-activities/student-governance/gazasolidarity.

[146] *Agreement between Rutgers University and the Voorhees Mall Encampment* (May 7, 2024), https://newbrunswick.rutgers.edu/sites/default/files/2024-05/AGREEMENT_05072024.pdf; *'Daily Wire': Harvard defends partnership with Birzeit, long tied to Hamas*, JEWISH NEWS SYNDICATE (Jan. 11 2024), https://www.jns.org/daily-wire-harvard-defends-partnership-with-birzeit-long-tied-to-hamas/.

[147] *Agreement between Brown University and the Brown Divest Coalition College Green Encampment* (Apr. 30, 2024), https://www.brown.edu/sites/default/files/encampment-agreement-04-30-24.pdf.