STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,*
*UC-AFT, CNA/NNU, UAW, and CIR*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **PLAINTIFFS' COMPENDIUM OF PLAINTIFF AND MEMBER DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **FILED UNDER SEAL** <br><br> Judge: Hon. Rita F. Lin <br> Ctrm: 15, 18th Floor <br> Date: December 16, 2025 <br> Time: 10:00 a.m. |

**Compendium of Plaintiff and Member Declarations in Support of Plaintiffs' Motion
for Preliminary Injunction**

| Declaration | Protection Sought |
| --- | --- |
| Declaration of Hannah Appel | |
| Declaration of Carrie Bearden | |
| Declaration of Mallory Blackwood | |
| Declaration of Graeme Blair | |
| Declaration of Sydney Campbell | |
| Declaration of Michael Chemers | |
| Declaration of Amander Clark | |
| Declaration of Christopher Dann | |
| Declaration of CIR J. Doe | Pseudonym |
| Declaration of Local 4811 John Doe | Pseudonym |
| Declaration of UCLA-FA John Doe | Pseudonym |
| Declaration of UPTE J. Doe | Pseudonym |
| Declaration of Ben Elliott | |
| Declaration of Stacy Fahrenthold | |
| Declaration of Rebecca Fielding-Miller | |
| Declaration of David Gonzalez | |
| Declaration of Deborah Gould | |
| Declaration of Yogita Goyal | |
| Declaration of Kaley Grooms | |
| Declaration of Zoe Hamstead | |
| Declaration of Christoph Hanssmann | |
| Declaration of Kristina Hill | |
| Declaration of Alex Huk | |
| Declaration of Rafael Jaime | |
| Declaration of Leigh Kimberg | |
| Declaration of Christopher Kutz | |
| Declaration of Darlene Lee | |
| Declaration of Anna Markowitz | |
| Declaration of Monica Martinez | |
| Declaration of Annie McClanahan | |
| Declaration of Flagg Miller | |
| Declaration of Sal Nicolazzo | |
| Declaration of Casey Orozco-Poore | |
| Declaration of Donald Palmer | |
| Declaration of Daniel Paredes | |
| Declaration of Maxwell Parks | |
| Declaration of Seth Patel | |
| Declaration of Cole Peters | |
| Declaration of Ivy Quicho-Cheng | |

- 1 -

| | |
|---|---|
| Declaration of Jason Rabinowitz | |
| Declaration of Katie Rodger | |
| Declaration of Dan Russell | |
| Declaration of Julie Schmid | |
| Declaration of Joseph Shemuel | |
| Declaration of Sanghyuk Shin | |
| Declaration of Chelsea Shover-Darling | |
| Declaration of Neal Sweeney | |
| Declaration of Ameeth Vijay | |
| Declaration of Maya Weissman | |
| Declaration of Todd Wolfson | |
| Declaration of Maria Young | |
| Declaration of Witness A: █████████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness B: █████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness C: ████████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness D: ██████████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness E: █████████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness F: ██████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness G: ████████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness H: █████████ | Sealing Attys'-Eyes-Only Requested |
| Declaration of Witness I: ████████ | Sealing Attys'-Eyes-Only Requested |