UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-07864-RFL<br><br><br>**DECLARATION OF DR. MALLORY BLACKWOOD** |

## DECLARATION OF MALLORY BLACKWOOD

I, Dr. Mallory Blackwood, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Mallory Blackwood, M.D., and I currently reside in the State of California. I am currently employed as a resident physician in Neurology at the University of California, Los Angeles ("UCLA"). I have personal knowledge of the facts contained in this declaration. If called as a witness, I am competent to testify to these facts.

2. I am submitting this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am submitting this declaration in my individual capacity and not on behalf of my employer.

3. I am a physician by training. I received my M.D. from the Virginia Tech Carilion School of Medicine in 2022.

4. I am a member in good standing of the Committee of Interns and Residents, SEIU ("CIR"). I have previously been a CIR delegate, elected by my peers. I am currently a member of the UCLA chapter bargaining team, which supports the system-wide CIR bargaining team in our current negotiations with UC management.

5. I am aware that the Trump administration has threatened the UC with significant funding cuts and fines unless it acquiesces to a host of oppressive demands that will limit free speech and harm transgender, immigrant, and other members of the UC community.

6. As part of these threats, I am aware that the Trump administration is demanding UCLA to cooperate with law enforcement, which includes immigration enforcement agents such as ICE.

7. If the UC were to agree to the Trump administration's demands, I would be irreparably harmed because my ability to provide competent care to my patients would be compromised.

8. At UCLA's Ronald Reagan Medical Center, we have already been impacted by the presence of ICE agents. I previously advised a colleague, via text message, while he attempted to provide a neurological consult to a patient brought into the emergency department by ICE. I was, in part, advising my colleague on matters of patient–provider confidentiality.

9. It was my and my colleague's understanding that seeking admission of the patient for care would lead to the continued presence of ICE on the entire floor of the hospital, which would

immediately negatively impact the sense of safety on the floor for all other patients as well as hospital staff, particularly those who are not citizens. In my experience, many patients and staff at UCLA's Ronald Reagan Medical Center are noncitizens.

10. In my experience, ICE's presence at the hospital interferes with our ability as physicians to have confidential communications with our patients, and if UC acquiesces to the Trump administration's demands by publicly committing to cooperating with law enforcement, it would irreparably harm my ability to practice my profession. Patients are unable to speak candidly about their history and needs in front of federal agents and, if UC commits to cooperating with federal law enforcement, it will further erode the trust necessary to the patient-provider relationship. ICE's presence and a commitment by the UC to cooperate with law enforcement would also interfere with our ability to collect thorough history from a patient's family members in situations in which a patient may not be able to speak on their own behalf. Family members may not feel safe sharing information, or even coming to the hospital to be present with their loved one, if they know ICE may be present.

11. Without the ability to collect accurate history or confidential information, I fear that my medical judgment would be negatively impacted. ICE's presence and a commitment to cooperate with law enforcement would also harm my ability to meet the professional and ethical standards of my profession.

12. I am aware that the Trump administration is demanding the UC change its policies affecting transgender individuals, including by forcing the UC to withdraw its recognition of gender-diverse identities, bar gender-inclusivity in UC facilities, and stop providing gender-affirming care to transgender minors.

13. I currently have transgender patients. If the UC is forced by the Trump administration to become hostile to transgender and non-binary patients and employees, I would be irreparably harmed. My ability to provide competent and effective care would be undermined because any restriction on my ability to be gender affirming would damage my therapeutic relationship with my patients.

14. I am aware that the Trump administration has already initiated funding cuts to UCLA. My understanding is that, in response to those cuts, UCLA is no longer funding certain activities for me and my colleagues. For example, UCLA used to cover the costs of my attendance at medical

conferences where I could present research and network with colleagues. This year, UCLA announced it was no longer covering those costs. I must now pay out of pocket to attend conferences.

15. I have previously spoken more publicly about my opposition to various current events, including the ongoing genocide in Gaza.

16. I understand that my viewpoint is disfavored by the Trump administration.

17. Because the Trump administration's threats to the UC and allegations of antisemitism have made me fear that my viewpoint will put me and/or my employer at risk, I have spoken out less frequently.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4th, 2025 in Los Angeles, California.

Signed: _____

Dr. Mallory Blackwood, M.D.

Resident Physician