# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF GRAEME BLAIR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Graeme Blair, declare as follows:

1. I am a Professor in the Political Science Department at the University of California, Los Angeles ("UCLA"). I have been a member of UCLA's faculty since 2016.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am over the age of 18 and competent to testify as to the matters set forth in this declaration based on my own personal knowledge.

4. I have a B.A. in Political Science from Reed College, a Masters in Politics from Princeton University, and a Ph.D. in Politics from Princeton University.

5. I am a member of the UCLA Faculty Association ("UCLA-FA") and the American Association of University Professors. I also serve as Chair of the UCLA-FA Unfair Labor Practice and Legal Affairs Committee.

6. UCLA-FA is a nonprofit membership association of UCLA Senate faculty with members in a wide variety of departments and schools across UCLA. UCLA-FA represents UCLA faculty collective interests on employment and academic freedom and advocates for a vibrant and well-funded public higher education system in California. UCLA-FA is independent from UCLA and distinguishable from the Academic Senate, though its activities frequently involve advocating to the UCLA administration and Academic Senate.

7. I have been directly involved in much of UCLA-FA's organizing and efforts to respond to the Trump administration's actions, including efforts to: identify UCLA-FA members whose grants were included in the July 30 grant cancellations and collect information about the impact of those cancellations; identify options to respond to those cancellations; update UCLA-FA members about the Trump administration's actions; coordinate with other UC faculty associations; secure a copy of the August 8 demand letter; and communicate with UCLA students about harms they have experienced due to the Trump administration's actions.

//

//

**Awareness of the Trump Administration's Actions**

8. I am aware that President Trump has pledged "to reclaim our once great educational institutions from the radical Left and Marxist maniacs," and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, such as "woke gender ideology" and "the green new deal," among others.

9. I am aware that on or around July 30-August 1, 2025, the Trump administration suspended more than $500 million in federal funding for UCLA. It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

10. I understand that the Trump administration made a series of demands to UCLA on August 8th ("August 8th Demands"). UC has not shared the exact contents of the August 8th Demands from the Trump administration, which contributes to the atmosphere of fear and uncertainty for faculty. I understand that the reason UC has provided for not sharing the demand letter is that the Trump administration designated it a confidential settlement communication.

11. Based on reporting on the August 8 Demands, I understand that they include payment of approximately $1.2 billion and a series of harmful policy changes. I understand those policy changes to include:
- Greater cooperation between UCLA and federal law enforcement, which I understand to include Immigration and Customs Enforcement ("ICE");
- Granting the government access to all UCLA documents, records, and data not protected by attorney-client privilege;
- Stricter restrictions on protests on UCLA's campus;
- Rescinding UCLA's recognition of transgender identities and restrictions on transgender individuals' access to bathrooms and other campus facilities;
- Prohibiting the provision of gender-affirming care for minors by UCLA Health;
- Appointing a senior administrator to review all of UCLA's 'diversity, equity, and

- inclusion' policies in admissions and employment;
- Ending all race- and ethnicity-based UCLA scholarships and prohibiting UCLA from using criteria that serve as a proxy for race-conscious hiring, promotion, tenure, or other employment policies or practices;
- Ensuring that international students who are 'anti-Western' or harbor such ideologies will not be admitted; and
- Appointing an outside monitor to report on UCLA compliance with the demands.

12. I understand that the August 8 Demands do not provide any clear definition of either "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands.

13. I am also aware of the University of California, Berkeley's ("UC Berkeley") disclosure of 160 faculty and staff who had been named in complaints about anti-Semitism. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations.

14. I also understand that the Trump administration has threatened to cut more federal funds from UC if it does not comply with the administration's demands.

15. I understand that the Trump administration is engaging in other investigations targeting the UC system, and it has indicated that if UC does not agree to implement the administration's demands throughout the UC system as a whole, all of UC's federal funding will be at risk.

16. I am aware that the Trump administration has previously targeted other universities with similar threats and demands. I understand that the administration cut hundreds of millions, and in some cases billions, of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations.

17. I am aware that the administration's demands to targeted universities have

included significant financial payouts to the federal government, as well as various restrictions on academic freedom and other forms of campus speech. For example, I am aware that the Trump administration demanded that Columbia place the Department of Middle Eastern, South Asian, and African Studies (MESAAS) under receivership. I am also aware that the Trump administration demanded that Harvard provide for "viewpoint diversity" among its faculty members, take away "power" from faculty members who may be perceived as "activists," and discontinue any practices that the Trump administration perceives to be connected to DEI principles.

18. The demands Defendants have made of the Regents with respect to UCLA and other universities strike at the very core of academic freedom and free-speech principles. In my view, a fundamental purpose of a university is to allow for debate over a variety of viewpoints and serve as a forum for the development of ideas, even if the current administration may disfavor those ideas. University faculty, researchers, and other academic staff cannot serve this function if they believe that they, their colleagues, or their institutions will be targeted because they express views or research topics that the current administration may deem unfavorable.

19. I understand that Columbia, Brown, and the University of Pennsylvania have nevertheless acceded to the Trump administration's demands. For example, I am aware that Columbia agreed to pay $200 million to the federal government, conduct a review of the MESAAS Department, hire faculty in certain subject areas that the Trump administration deems favorable, and place certain restrictions on campus speech.

20. From my perspective, it appears the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities. The actions taken against other universities have made me aware that the Trump administration's threats against UC are credible and likely to be acted upon.

**Impacts of the Trump Administration's Actions on UCLA-FA members**

21. Defendants' actions cancelling UCLA research grant funding on July 30 and

5

DECL. OF GRAEME BLAIR ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION                                Case No. 3:25-cv-07864-RFL

issuing the August 8 Demands to UC have harmed UCLA-FA members both individually and collectively and threaten further imminent harm to UCLA-FA members.

22. The Trump administration's actions have chilled UCLA-FA members' speech. Many UCLA-FA members have expressed their concerns to me about whether including disfavored topics or subject areas like the Israel-Palestine conflict, colonialism and imperialism, Zionism, ethnic studies, and the study of race in their curriculum may lead them to be targeted by the Trump administration or retaliated against by UC, should UC capitulate to the Trump administration's demands. Defendants' opening of new investigations in Spring 2025 raised these fears, and since Defendants' July 30 and August 8 actions, UCLA-FA members' fear has been heightened by Defendants' demand that UC appoint an administrator to review all of UCLA's 'diversity, equity, and inclusion' policies and grant the federal government access to UCLA records. Multiple members have informed me that they are considering removing material related to disfavored topics or subjects from their curriculum to avoid retaliation.

23. UCLA-FA members have also expressed their concern about additional restrictions on protest and speech on social media since the Trump administration issued its August 8 demand letter. For instance, while UCLA has not made an official announcement, it is known among faculty that a staff member in the Diversity, Equity, and Inclusion office was placed on leave in mid-September due to a social media post they made about Charlie Kirk's assassination. At least five UCLA-FA members have discussed this incident with me and raised their concerns about UC policing faculty and staff speech to satisfy the Trump administration's demands preemptively and about potentially being punished for their own speech on social media. Many UCLA-FA members fear that this suspension signals the University's willingness to suppress staff and faculty speech and believe that if UC capitulates to Defendants' August 8 Demands, their free speech will be further restricted.

24. UCLA-FA members have also expressed to me their concern for the safety of their immigrant and undocumented students if the University capitulates to Defendants' demand that provide the federal government access to UCLA's records and coordinates more closely with

DECL. OF GRAEME BLAIR ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION                             Case No. 3:25-cv-07864-RFL

1  federal law enforcement, which I and other members understand to entail allowing expanded ICE presence on campus. This fear is exceptionally acute for members who teach classes that touch on the Israel-Palestine conflict, critical race theory, diversity, equity, and inclusion topics, or other subjects disfavored by the Defendants. The members fear that, should UC capitulate to the August 8 Demands, their courses may place international students in situations where their responses to written assignments or comments during class discussions come under the scrutiny of ICE or other federal law enforcement agencies and potentially jeopardize their immigration status. Some of these members have told me that they are trying to determine if there are hybrid options available to allow them to conduct class in a manner accessible to students who want to avoid contact with ICE personnel. Others have stated that they are considering removing disfavored topics from their curriculum and policing class discussions to ensure they do not address such topics so that international students who take their class are not put at risk by the subject matter covered.

25.  Non-citizen faculty have also expressed their fear of being personally targeted by ICE personnel or of losing their immigration status to me, especially if the University capitulates to the August 8 Demands and data sharing with the federal government about non-citizens or ICE presence on campus increases. Faculty of color have expressed their fear that if federal law enforcement agencies or senior government officials are granted access to UCLA records, they will personally target those faculty for doxxing, violence, or arrest.

26.  UCLA-FA is concerned that its members will suffer irreparable harm to their freedom of speech and academic freedom if UC leadership accedes to the Trump Administration's demands.

27.  UCLA-FA fears that acquiescence to the Trump administration's demands will subject members to federal investigations and punishment by government officials merely for exercising their rights to protest and to speak freely. The Trump administration is demanding that the UC increase its control of speech on its campuses, partly by increasing the monitoring and punishment of speech that the Trump Administration considers offensive. There is also reporting

DECL. OF GRAEME BLAIR ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION                                            Case No. 3:25-cv-07864-RFL

suggesting that the Trump Administration is demanding that the UC essentially delegate the monitoring and punishment of campus speech that the Trump Administration considers offensive to the Department of Education. UCLA-FA fears that this could expose alleged offenders to federal prosecution. Thus, we expect that UCLA-FA members will have to limit their public speech or protest activity, because we expect Defendants' demands will subject speakers and organizers to disciplinary action on our campus and perhaps by the federal government, which could ultimately result in job loss.

28. UCLA-FA is concerned that acquiescence to the demands will result in less freedom of expression for its members, inside and outside of the classroom. The organization is also concerned that it will limit members' ability to conduct research on topics of their choosing, conduct research in a manner they see fit, conduct research of any type in any way, and teach on any topic with perspectives of their choosing. UCLA-FA is also concerned that the Trump administration's threatened fine and resulting future budget cuts would result in fewer teaching assistants and staff support, which will then increase teaching workloads and class sizes. In the case of medical school faculty, acquiescing to the Trump administration's demands would result in less freedom to serve all populations in need of health care following evidence-based best practices (including gender affirming care).

### Impacts of the Trump Administration's Actions on UCLA-FA

29. UCLA-FA has dedicated significant time and energy to responding to the Trump administration's actions, diverting those resources from other campaigns and organizational priorities.

30. Since the Trump administration began its attacks on UC, UCLA-FA has made significant efforts to respond and protect its members' interests, focusing on four key areas of concern stemming from the August 8 Demand letter:
- Potential elimination of race and ethnicity-based fellowships;
- Threats to gender affirming care and access to campus facilities for transgender individuals;
- Increased restrictions on protest and other forms of speech; and

DECL. OF GRAEME BLAIR ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION                                    Case No. 3:25-cv-07864-RFL

- Threats to continuing research funding.

31. These areas of concern all go to UCLA-FA's core mission of advocating for faculty interests and a vibrant and well-funded public higher education system in California. Race- and ethnicity-based fellowships are important for improving the diversity of UCLA's student body and academic community. The Trump administration's demand that such fellowships be cancelled threatens funding for many UCLA-FA members' programs, jeopardizing their ability to use graduate student workers to assist with their research. Not only will cancelling such fellowships harm the ongoing work of UCLA-FA members, but it will also undermine UCLA's ability to recruit undergraduate and graduate students to perform the work necessary for UCLA to remain a preeminent research institution.

32. Access to gender affirming care for minors is an important employment benefit for UCLA-FA members who have dependent minors who receive such care through their UC provided healthcare. Similarly, there are many transgender UCLA-FA members who will be harmed if they are denied access to UCLA facilities based on their gender. These issues go to UCLA-FA's interest in preserving our members' current terms and conditions of employment and ensuring that they are not forced to endure either degradation of the quality of their employer provided healthcare coverage or reductions in the facilities they have access to at the workplace.

33. Threats to members' research funding negatively impact UCLA-FA members' career prospects and threaten UCLA-FA's core mission to protect academic freedom and fight for a vibrant and well-funded UC system.

34. Threats to free speech and limitations on the time, place, and manner of protests are harmful to UCLA-FA's core mission to protect academic freedom and undermine the Faculty Association's ability to engage in advocacy on-campus in an organizational capacity.

35. UCLA-FA has been forced to divert resources from other organizational priorities to respond to the Trump administration's threats in these areas. Since Defendants July 30 and August 8 actions, UCLA-FA has dedicated significant time and energy to:

- Identifying legal options to address funding shortfalls caused by grant cancellations;

9

- Lobbying the UC Administration and California State lawmakers for increased funding to make up for shortfalls caused by the July 30 grant cancellations;
- Identifying faculty who have lost funding due to the July 30 cancellations or who face imminent harm should UC capitulate to Defendants' August 8 Demands to understand the impact those actions have had on them and how UCLA-FA can prevent harms to research and academic freedom;
- Coordinating with other UC unions and faculty associations; and
- Conducting media outreach to publicize the threat Defendants' actions pose.

36. In order to respond to the Trump administration's actions, UCLA-FA has been forced to divert time and resources away from other organizational priorities including campaigns to:

- Win increased immigration protections for faculty and students;
- Oppose IT centralization, UC budget centralization, and recent revisions to the Faculty Code of Conduct that restrict faculty members' right to protest; and
- Advocate for increased state spending to address UC funding issues that predate Defendants' actions.

37. UCLA-FA is also concerned that any settlement with the Trump administration will involve a further restriction of faculty speech and protest rights both on and off campus. The Trump administration's demands that UC tighten time, place, and manner restrictions for on-campus demonstrations and more strictly police faculty speech both on- and off-campus pose significant threats to academic freedom and faculty members' rights to advocate for their workplace interests.

38. UCLA-FA also fears that any acquiescence to the Trump administration's demands will undermine the systems of co-governance that regulate academic affairs at UCLA and across the UC system. The UC Regents bylaws dictate that UC is managed through a system of shared governance where administrators and faculty through the Academic Senate jointly govern the university. But in the current moment, UC leadership has largely circumvented the Academic Senate. For example, while the administration is in possession of the Trump Administration demand letter sent in August, it has not shared that letter with the Academic Senate. The Academic Senate has also been left out of any discussions on funding cuts or the sharing of faculty names with federal officials, topics that may impact the job security of UCLA-

FA members.

39. UCLA-FA's concerns about the risk of imminent, irreparable harm posed by these demands are based on the material harms that the organization and its members have already experienced due to the Trump administration's actions. Our Association is a labor-intensive organization whose efforts are carried out by volunteer officers with full teaching and research loads. UCLA-FA board members are attending more meetings, writing more statements, petitions, and letters, and working with attorneys to protect UCLA-FA's interests from the Trump administration's threats. It is personally exhausting and diverts resources from UCLA-FA's other advocacy efforts to improve workplace conditions at UCLA.

**Impacts of the Administration's Demands on Work UC is Willing to Support**

40. I have been personally impacted by the effects of the Trump administration's pressure campaign against the UC.

41. In November 2024, UCLA submitted to a private funder a grant proposal that I and other members of an interdisciplinary team of UCLA faculty had prepared. The proposal sought support for a project concerning academic freedom, including specifically in the context of pro-Palestinian speech. UCLA selected this proposal for presentation following a competitive internal review process, and senior administrators at the University committed more than $140,000 in University matching funds to support the initiative that was the subject of the grant.

42. When the private funder later requested that the team demonstrate the support of senior administrators at the University, however, the University—having just had $584 million in funding summarily canceled and having received Defendants' August 8 Demand Letter—balked. On August 20, 2025, senior UCLA administrators informed the team that they would no longer be endorsing the project, despite the significant support they had previously demonstrated.

43. The private funder informed us that the lack of senior administrator support was disqualifying. Despite months of work to prepare a highly competitive grant application, the team and I no longer intend to pursue this project because we have no realistic prospect of obtaining sufficient funding for it without the support of the university. I am also concerned

about my ability to seek support from the private funder in the future because UCLA withdrew its support from this project.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____4th____ day of October, 2025

*/s/ Graeme Blair*

Graeme Blair
Member, UCLA-FA and AAUP
Unfair Labor Practice and Legal Affairs Committee, Chair