1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF SYDNEY CAMPBELL** |

I, Sydney Campbell, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am currently employed as a postdoctoral scholar in the Department of Biological Chemistry at the University of California Los Angeles (UCLA). I was appointed in July 2021. I am a member of United Auto Workers (UAW) Local 4811.

4. I hold two B.A. degrees from Cornell University and a Ph.D. from the University of Pennsylvania School of Medicine.

5. I work in the Christofk Lab, which is run by my principal investigator (PI), Dr. Heather Christofk. Our lab studies how dietary nutrients can support or hinder cancer growth. I joined the lab in 2021 due to my strong interest in pursuing a research career in this area of study.

## NCI Grants (UH2CA286583; R01CA215185)

6. In September 2024, Dr. Christofk was awarded a UH2 Grant by the National Cancer Institute (NCI), which is part of the National Institutes of Health (NIH) (Award Number UH2CA286583). The grant is part of the NCI's Diet, Lipid Metabolism, and Tumor Growth and Progression (DLT) Program. The purpose of the DLT program is to improve understanding of the mechanistic links between diet, lipid metabolism, and tumor growth and progression. The term of the grant was September 5, 2024 to August 31, 2026. The total amount of direct and indirect funding awarded over the two years was $404,972. The funding allocation for fiscal year 2025 was $147,263. The DLT Grant is a collaborative grant, and was awarded to two other principal investigators, along with Dr. Christofk.

7. In early 2024, I worked closely with Dr. Christofk to prepare the application for the UH2 Grant, because I was to perform a substantial amount of the work under the grant if it were approved. I was included as personnel on the grant application, and the grant partially funded my salary. I was very excited when the grant application was approved. I hoped that the research I would perform under the grant would help launch my career as an independent cancer researcher.

8. The purpose of the grant was to study the impact of dietary lipids on the initiation and progression of pancreatic cancer. Pancreatic cancer has a five-year survival rate of only about 13%, in part because we have a limited understanding of how it develops. By the time it is diagnosed, the cancer has often already metastasized, making it very difficult to treat. While obesity and type two diabetes are known to be major risk factors for cancer, the reasons for this are poorly understood.

9. My work on the UH2 Grant involved studying the molecular mechanisms underlying why mice fed a high fat diet develop pancreatic cancer more readily and more quickly. By studying these mechanisms, we may be able to be better understand the causes of pancreatic cancer, and consequently how to prevent it and detect it sooner. Additionally, this research may help us to better understand how dietary manipulation might help existing cancer treatments work better by making cancer cells more susceptible to existing drugs.

10. A significant portion of the lab's funding comes from an NCI R01 Grant (Award Number R01CA215185). The Grant began on December 6, 2017 and was scheduled to terminate on January 31, 2028. Funds from this grant are used to support of variety of projects in the lab, including some of my own work. In total, $3,664,237 have been awarded, including $617,432 in fiscal year 2025.

11. The R01 Grant supports aspects of my project studying how dietary nutrients can affect liver tissue repair mechanisms, including progression of diseases like metabolic dysfunction-associated steatohepatitis, which is a progressive liver disease that is on the rise globally and can ultimately lead to liver failure or cancer. The funds from the R01 grant also supported other projects in the Christofk lab, which together aim to improve our understanding of how diet contributes to cancer development, what drives some cells to become cancerous while others do not transform, and how dietary manipulation might help existing cancer treatments.

12. Much of the funding from both the R01 Grant and the UH2 Grant were used to cover research costs. For example, funds were used for our live mouse experiments, to purchase reagents, and for costs associated with specialized research methods like single-cell sequencing.

//

**Suspension of the Grants**

13. On August 1, 2025, Dr. Christofk informed all members of the lab that the R01 Grant and UH2 Grant were suspended on the previous day, as part of a larger suspension of many federally funded grants at UCLA. Shortly after, I reviewed a list of the suspended grants that was distributed by UCLA and saw that our lab's R01 Grant and UH2 Grant were included on the list.

14. As part of the UH2 Grant, our lab attends regular collaborative meetings with other labs around the country that participate in the NCI's DLT Program. These labs all perform similar work, and the meetings allow us to share ideas and research results. Following the announcement that the UH2 Grant was suspended, our lab stopped attending these meetings to ensure we were in compliance with the terms of the grant suspension. Our inability to participate in the meetings prevented us from learning information from our colleagues that could further our own research. Our work has also been harmed by the suspensions because significant time had to be devoted to seeking alternative funding sources, rather than performing research.

15. Using other available funds, we were able to continue performing research in the lab. However, without the funds from the two suspended grants, it is unlikely that our lab will be able to continue performing our work. These grants support both personnel and research costs that are necessary for the lab to function. After the grants were suspended, our lab applied for "bridge funding" from the University of California. I was informed by my PI on September 25, 2025 that the application was rejected.

16. The suspended grant funds were recently ordered to be restored, following a court decision on September 22, 2025. I understand that this may only be temporary and that the grants remain at risk of being suspended or terminated again in the future. If we lose federal funding again, our lab will have to reduce costs, which may involve terminating experiments or laying off staff, and may have to shut down, unless we can somehow obtain substantial funding from an alternative funding source.

17. Even though the suspensions are currently enjoined by a court, I remain subject to ongoing harm caused by the uncertainty surrounding these federal grants. Funding uncertainty makes it very difficult to perform our work, because many of our experiments are long term. For example, my

mouse experiments generally take six months. Before they can commence, the mice have to be bred, which can take months. If we lose funding mid-way through a mouse experiment, and it must be halted, the experiment has to be restarted from scratch at the breeding phase. Months of research would be wasted. Our ability to conduct and plan research experiments is therefore hindered by the continued uncertainty surrounding our grants.

18. Absent funding from federal grants, it is unlikely that there will be funding available to support my salary over the coming years. The grant suspensions have caused me to doubt whether I will be able to pursue a career as an academic cancer researcher. I hoped that my work under the UH2 Grant would serve as the foundation for me to launch my own research career, but I will likely be unable to complete the project if this grant does not remain available. The early years of an aspiring researcher's career are very important. For example, the NIH offers grant opportunities that are exclusively available to "early stage investigators," who have received their Ph.D. within the past ten years. I am concerned that my research progress may stall during these crucial years of my career, and that I am at risk of losing important opportunities as a result.

19. I understand that the Trump administration has threatened to withhold additional federal funding from the UC system. I am concerned that the loss of future federal grant funding will prevent my colleagues and I from producing research that can help prevent and more effectively treat cancer. In my area of study, federal funding cannot be replaced. The project I am working on under the UH2 Grant fundamentally seeks to understand why people get cancer at all. This goal is consistent with the NCI's mission "to advance scientific knowledge and help all people live longer, healthier lives." Fundamental research like the project funded by the UH2 Grant is crucial to improving cancer treatment approaches. However, the project will not likely produce any outcomes that can be easily monetized in a short period of time, such as a new cancer drug. For this reason, the kind of cancer biology research that I work on is not likely to be funded by private industry. The potentially life-saving research that my colleagues and I are pursing is therefore in jeopardy if federal grants are unavailable in the future.

20. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 3rd day of October, 2025.

*Sydney Campbell*
Sydney Campbell