1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., | Case No. 3:25-cv-07864-RFL |
|---|---|
| Plaintiffs, | **DECLARATION OF MICHAEL MARK CHEMERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

I, MICHAEL MARK CHEMERS, declare as follows:

1. I am a Full Professor of Dramatic Literature and Chair of the Department of Performance, Play & Design at UC Santa Cruz (hereinafter UCSC). I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am an educator by training and have been a professor at UC Santa Cruz since 2012. My research focuses on how performance enables (and subverts) dehumanization practices. I hold a PhD from the University of Washington Seattle and an MFA from Indiana University Bloomington.

4. In addition to my research, I teach four courses per year on theatre history and theory, Chair my Department, and serve as a UCSC representative on the UC National Committee for Free Speech and Civic Engagement.

5. I am a member of the Council of UC Faculty Associations (hereinafter CUCFA) and the UC Santa Cruz Faculty Association (hereinafter SCFA).

**Awareness of Government Actions**

6. I am aware that President Trump has pledged to exert control over educational institutions and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, such as "indoctrination" into "radical gender ideology and critical race theory" and "the green new scam," among others.

7. I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for the University of California, Los Angeles (UCLA). It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

8. It is also my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands affecting the rights of those on campus,

1

1  including measures that would limit free speech, academic freedom, and efforts to improve diversity,
2  equity, and inclusion on campus, as well as harm transgender, immigrant, and international members of
3  the UC community. Specifically, I am aware that the Trump administration issued a demand letter to the
4  UC that reportedly includes these and other demands, although a copy of the demand letter has not been
5  publicly shared.

6       9.     I also understand that the Trump administration has threatened to cut more federal funds
7  from the UC if it does not comply with the administration's demands.

8       10.     I understand the Trump administration is engaging in other investigations targeting the
9  UC system, and has indicated that if the UC does not agree to implement the administration's demands
10 throughout the UC system as a whole, all of the UC's federal funding will be at risk.

11      11.     I am aware that the Trump administration has previously targeted other universities with
12 similar threats and demands. I understand the administration cut hundreds of millions and in some cases
13 billions of dollars in federal funding at other universities, including Harvard University, Columbia
14 University, Brown University, and the University of Pennsylvania, based on alleged violations of Title
15 VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the
16 universities' capitulation to the Trump administration's monetary and ideological demands that extend
17 far beyond correcting any alleged civil rights violations.

18      12.     I am aware that the administration's demands to targeted universities have included
19 significant financial payouts to the federal government, as well as various restrictions on academic
20 freedom and other forms of campus speech.  For example, I am aware that the Trump administration
21 demanded that Columbia place the Department of Middle Eastern, South Asian, and African Studies
22 (MESAAS) under receivership.  I am also aware that the Trump administration demanded that Harvard
23 provide for "viewpoint diversity" among its faculty members, take away "power" from faculty members
24 who may be perceived as "activists," and discontinue any practices that the Trump administration
25 perceives to be connected to DEI principles.

26      13.     The demands the administration has made to the Regents with respect to UCLA and other
27 universities strike at the very core of academic freedom and free-speech principles.  In my view, a
28 fundamental purpose of a university is to provide a haven for all manner of ideas and methods for

2

DECLARATION OF MICHAEL MARK CHEMERS IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

approaching research; to serve as a forum for the development of ideas, even if the current administration may disfavor those ideas; allow for the free expression of a variety of viewpoints, which are then subjected to learned critique; support research into the critical problems facing society; and support basic and advanced scientific research to further our understanding of the universe. University faculty, researchers, and other academic staff cannot serve this function if they believe that they, their colleagues, or their institutions will be targeted because they express views or research topics that the current administration may deem unfavorable.

14. I understand that Columbia, Brown, and the University of Pennsylvania have nevertheless entered into agreements with the Trump administration to resolve the administration's investigations against them, and that these agreements contain some of the terms that the Trump administration demanded. For example, I am informed that Columbia agreed to pay $200 million to the federal government, conduct a review of the MESAAS Department, hire faculty in certain subject areas that the Trump administration deems favorable, and place certain restrictions on campus speech,.

15. From my perspective, it appears the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities. These demands imposed on other universities lend credibility to the administration's demands to UC, and cause me to believe the administration will carry them out on UC campuses, unless they are enjoined.

### Chilling Effects of the Trump Administration's Threats to the UC

16. I teach, research, and study critical race theory, social justice, anti-Semitism, gender and sexuality studies, and Marxist cultural theory. I have taught these subjects at UCSC since 2012. My research and coursework focus on the way hateful and prejudicial ideas move through a culture via its arts. I have published extensively on this subject, with more than 100 relevant publications, and coursework stretching back 20 years.

17. I understand that the Trump administration disapproves of critical race theory, gender and sexuality studies, and Marxist cultural theory because they have incorrectly, speciously, and cynically associated these legitimate fields of scholarly inquiry with behavior that is seditious or even provoking of violence.

3

DECLARATION OF MICHAEL MARK CHEMERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

18. I am also aware that members of the Trump administration have called upon private citizens to report on faculty, students, and coworkers expressing disfavored views.

19. As a result of the Trump administration's demands and credible threats against the UC, I am now worried about speaking, teaching, and engaging in public discourse about these critical ideas. Although I have so far not altered my syllabi, published research, or public scholarship, I live with a great deal of anxiety that my teaching or public work will be "reported" to a hostile government agency or that I will be "doxed" and exposed to the threat of violence against myself or my family.

20. As a direct result of the administration's sustained assaults on institutes of higher education, I was strongly counseled by my superiors in August, 2025 to significantly alter the text of a job posting to eliminate any mention of any topic of scholarly inquiry which the administration deems unsuitable; this included the mere mention of the word "justice" and all references to the art of storytelling to advance prosocial discourses in our society, discourses that would combat racism, antisemitism, homophobia, transphobia, sexism, and ableism.

21. Because of the administration's attacks on institutes of higher education across the country, funding for a variety of research projects has vanished. As a result, I am finding it far more difficult to procure grants to support my research and to sustain an international conference on the scholarship of dehumanization which I have organized every year since 2022. Although I wish to continue writing my syllabi according to my own judgement of what is critical for my students to learn, because of the recent credible threats targeting the UC, I am afraid to do so for fear of being reported to the government and targeted as a terrorist or subversive. I am also afraid that if I exercise my constitutional right to speak freely on matters that concern my research and teaching, the UC may take adverse action against me, including discipline or refusal to promote, either at the federal government's direct instruction or because UC itself fears governmental retaliation if it does not punish me for my speech. I am further afraid that if I speak up, the government may seek to retaliate against all my colleagues in my Department, just as the government has already targeted specific academic departments at other universities by cutting federal funding, imposing further draconian controls over speech on campus, and interfering with faculty hiring, promotion, and governance. I am also afraid that if I am targeted by the federal government, the University will not protect me because of fear of additional

4

DECLARATION OF MICHAEL MARK CHEMERS IN SUPPORT OF        Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

retaliation by the federal government.

22. I am not alone in having these fears. In the months since the current federal administration began targeting the UC, I have noticed a distinct change of atmosphere on campus. Colleagues are self-censoring to avoid government retaliation, which they fear could include cancellation of funding or even deporting foreign colleagues who are in the country legally.

23. These impacts have been even worse for my colleagues without tenure, as well as my graduate and undergraduate students. They have told me that they are terrified to speak freely for fear of being targeted for harassment or deportation.

24. A court order preventing the government from imposing conditions on UC funding that would restrain and chill campus speech would enable me to speak more freely.

**Additional Harms Resulting from Defendants' Actions**

25. As noted above, I understand that the Trump administration has threatened to terminate more federal funding to the UC system unless the UC pays the government more than $1 billion and acquiesces to a host of oppressive demands. Specifically, I understand that the administration demanded that UCLA implement:

    a. Changes to protest rights, including prohibiting demonstrations in certain areas at UCLA; prohibiting overnight demonstrations; and prohibiting demonstrators from wearing masks

    b. Changes regarding international students, including sharing disciplinary records of international students; implementing policies to ensure UCLA does not recruit or admit international students who are "likely to engage in anti-Western, anti-American, or antisemitic disruptions or harassment" and trainings to "socialize" international students

    c. Cooperation with local and federal law enforcement, which includes immigration authorities

    d. Appointment of a monitor with significant authority over campus affairs

    e. Review of policies and programs relating to DEI, including faculty hiring, retention and promotion, curricular changes, and recommendations for restructuring

5

DECLARATION OF MICHAEL MARK CHEMERS IN SUPPORT OF                                Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

  f. Provide the federal government access to and ability to review a wide variety of records

  g. Changes to admissions, including elimination of race- or ethnicity-based scholarships, use of any "proxies" for race, and a bar on references to race in admissions materials

  h. Changes to policies affecting transgender individuals, including public statements refusing to recognize transgender people's gender identities, rescinding any guidance allowing equal participation in UCLA sports, rescinding previous awards to transgender athletes, barring gender-inclusive and gender-appropriate use of campus facilities, and limiting access to care for transgender minors who receive medical care through UC

26. I understand that there are other pending investigations against the UC system as a whole and against specific campuses under Title VI, Title VII, and Title IX, and that the Trump administration has threatened to impose these same demands UC-wide.

27. I understand that the UC is negotiating with the federal government to try to settle pending charges and investigations.

I understand that, in what seems to me like an effort to appease the Trump administration, the UC has already taken steps that are inconsistent with its past practices, and those actions are harming me and my colleagues. As an example, I refer to UC Berkeley's disclosure of 160 names of professors and students ostensibly accused of "antisemitism" by an unknown accuser(s) to the administration without shared governance or due process for those accused, which has a deeply chilling effect on all UC faculty and students who wish to exercise their First Amendment rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _third_ day of October, 2025 in Santa Cruz, California.

Signed: *Michael Mark Chemers*
Michael Mark Chemers
Professor and Chair, Department of Performance, Play & Design