1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF AMANDER CLARK** |

I, Amander Clark, declare as follows:

1. I am a Professor of Molecular, Cell, and Developmental Biology at the University of California, Los Angeles ("UCLA"), as well as the Director of the UCLA Center for Reproductive Science, Health, and Education. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am a biologist by training and have been a professor at UCLA since 2006. My research focuses on using stem cells to study the cellular, molecular, and biochemical basis of germline and ovarian development. This work seeks to advance our understanding of human reproductive health and to develop stem cell-based approaches to restore or manage fertility.

4. I hold a PhD in Cell and Developmental Biology from the University of Melbourne. I completed a postdoctoral fellowship in genetics at Baylor College of Medicine and a postdoctoral fellowship in stem cell biology at the University of California, San Francisco.

5. In addition to my research, I have taught courses in molecular biology and reproductive science for undergraduates, and I supervise graduate student research.

6. I am a member of the UCLA Faculty Association.

7. I am aware that President Trump has attempted to exert control over universities and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, such as "woke gender ideology."

8. I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for UCLA. This suspension affected a National Institutes of Health ("NIH") grant that funds my work. It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of civil rights laws, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

9. It is also my understanding that the Trump administration is demanding, as a condition

1  of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal
2  government and agree to a host of programmatic demands affecting the rights of those on campus.
3      10.    I also understand that the Trump administration has threatened to cut more federal funds
4  from the UC if it does not comply with the administration's demands.
5      11.    I understand the Trump administration is engaging in other investigations targeting the
6  UC system, and has indicated that if the UC does not agree to implement the administration's demands
7  throughout the UC system as a whole, all of the UC's federal funding will be at risk.
8      12.    My research involves using stem cells to build models that help the scientific
9  community understand reproductive science and infertility. I teach a reproductive science course and
10 have historically taught about topics from infertility to the effects of hormones on bodies, including
11 hormone use during gender transitions for transgender people. In the ways I publicly communicate
12 about my research, I have historically talked about how my research could benefit not only men's or
13 women's health but also the LGBTQ community. I helped create the UCLA Center for Reproductive
14 Science, Health, and Education (the "Center") in part to create visibility for reproductive science and
15 engage in related advocacy. The Center is a part of a reproductive network at UCLA that connects with
16 other centers from other parts of the school, such as the law school and the school of public health, to
17 improve reproductive health care.
18     13.    I understand that the Trump administration disapproves of research and advocacy
19 related to LGBTQ people and reproductive health care because of negative public comments the
20 President has made about the LGBTQ community and abortion, and because of actions the
21 administration has taken targeting LGBTQ people and "woke gender ideology."
22     14.    As a result of the Trump administration's demands and credible threats against the UC,
23 I have modified my research, my teaching, and the way I talk about my research and teaching in order
24 to avoid being targeted for further funding cuts or other retaliation by the administration.  In my
25 undergraduate reproductive science class, I have stopped talking about the molecular science behind
26 care for transgender people. When writing about my research in grant applications, I have stopped
27 discussing the ways that it could help the LGBTQ community and stopped using gender inclusive
28 language. When I give talks at other institutions on my research, which I typically do at least once a

month, I am now always hesitant to discuss its implications for LGBTQ people or use gender inclusive language, and sometimes I completely remove this content from my talk. Since the Trump administration began targeting UCLA, I have also been hesitant to accept invitations to speak at other universities in the United States in a way that I never was before, though I often still accept the invitations despite my new reticence.

15. Although I wish to continue researching, teaching, and speaking freely about the implications of my work for all relevant communities, I am afraid that—because UC is in the spotlight—20 years of work could be dismantled at the stroke of a pen. I am worried that if I speak freely, I will be targeted by the federal government for further grant cancellations and I will no longer be able to receive future grants from the NIH or other federal agencies. I am also afraid that if I am targeted by the federal government, the University will not protect me because of fear of additional retaliation by the federal government.

16. I intend to continue self-censoring because I am afraid that, if I do not, the Trump administration will be more likely to follow through on its threats to terminate millions or potentially billions in federal funding to the UC, and that the UC will accede to the administration's demands and impose oppressive policy changes that will harm me and other members of the UC community.

17. In addition to self-censorship, I have also suffered and will continue to suffer irreparable harm as a result of the Trump administration's funding cuts targeting UCLA.

18. Specifically, I previously applied to the NIH for and received a grant that provided approximately $1.5 million over a five-year period. I first received this grant in 2014, and it was last renewed in 2020, due to a one-year extension. This is an investigator-initiated granted for which I am required to go through a competitive renewal process every five to six years.

19. This grant funding supports not only my own research, but also the work of one to two graduate students and one to two postdoctoral fellows per year, as well as part of the salary of a research technician. It funds a basic science research project which is the first step in the development of a technology called in-vitro gametogenesis, which will allow for the production of gametes outside of the body using stem cells.

20. More generally, progress in cell and molecular biology depends in large part on federal

funding. Federal funds have supported the research that has led to numerous breakthroughs in biological research at UCLA, such as the creation of Gleevac, an innovative cancer drug. Without access to federal funding, I will be significantly limited in my ability to make meaningful contributions to my field.

21. On August 1st, I received an email from the UCLA administration informing members of the UCLA community that a number of NIH grants had been suspended by the federal government. Later that afternoon the university released a list of suspended grants, and I saw that my name was on the list.

22. When I first learned that my NIH grant had been paused, I was struck by a feeling of absolute disbelief and horror. I had to scramble to figure out how my lab would continue operating and to reassure my staff, postdoctoral fellows, and graduate students that I would do everything I could to make sure no one lost their jobs or positions in the lab. Losing positions would be catastrophic for graduate students who have often spent years building up their research projects and for postdoctoral fellows who, if unable to complete their projects, will not be competitive in the academic job market.

23. My funding was paused for approximately six weeks. Even this short pause irreparably harmed the progress of science in my lab and fundamentally altered how we approach research. I came to the United States because funding for science was plentiful enough that the only barrier to participating in amazing discoveries would be my imagination for the future of my research. I stayed because I was surrounded by so many incredible researchers with amazing ideas who improved my own science. When the funding was suspended I had to reevaluate all these conclusions, and the way I practiced science was undermined. Rather than make choices about experiments based on what was best for the progress of the research, I was now forced to make choices based on which experiments were cheapest in order to protect jobs. I was making decisions of that kind almost every day. I have also been less likely to accept invitations to give presentations on my research internationally, because the paused funding paid for parts of the travel. This undermines my ability to engage in the sort of creative collaboration with other scientists that is so important to the success of my research.

24. Even though my NIH funding has currently been restored as a result of a court order, the pause in funding and continuing uncertainty is causing irreparable harm. I am not taking on new

graduate students because I am worried I will not be able to fund them. I am also planning not to take on new postdoctoral fellows for the same reason. This harms not only my lab, which cannot benefit from the contributions of these graduate students and fellows, but also their careers, because they will not have the opportunity to work on issues relevant to their professional development.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2025 in Los Angeles, California.

Signed: _____
Amander Clark