UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>　　　　　Defendants. | Case No. 3:25-cv-07864-RFL <br><br>**DECLARATION OF CHRISTOPHER DANN** |

I, Christopher Dann, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I have been enrolled in the Medical Scientist Training Program (MSTP) at the University of California Los Angeles (UCLA) since July 2022. I am also a member of UAW Local 4811.

3. MSTP is a dual degree program, in which students pursue both an M.D. and Ph.D. Typically, MTSP students spend the first two years of the program completing medical school curriculum at UCLA's David Geffen School of Medicine ("DGSOM"). The student then moves to the Ph.D. phase of the program, in which they complete their Ph.D. graduate training with a UCLA academic department. Each year, an average of two students in the program pursue their Ph.D. at the California Institute of Technology, rather than UCLA. Following the Ph.D. phase, the program concludes with a final year of medical school. On average, MSTP students complete the program in eight years. About 110 students are currently enrolled in the program.

4. I joined the MSTP because I believe that the physician-scientists trained by the program are uniquely positioned to produce impactful medical research. The interdisciplinary training offered by the program prepares researchers to bridge two key settings for biomedical inquiry: the lab bench and the clinic. My colleagues in the program focus on a variety of research projects related to human disease, including studies of cancer and Alzheimer's disease. My goal is to become a surgeon-scientist. That is, I plan to pursue a career as both an academic surgeon and a researcher.

5. As the MSTP website states, the program has received NIH funding for 42 consecutive years. In 2024, the MSTP was awarded a renewed T32 Training Grant by the National Institutes of Health (NIH) (Award Number T32GM152342). The T32 grant is renewed on a five-year basis, although renewal is not guaranteed and is subject to an application process, which includes reported metrics from previous years that the grant was received. The current award started on July 1, 2024 and is scheduled to end on June 30, 2029. $1,750,351 in funding was awarded for fiscal year 2025.

6. During the M.D. portion of the program, students are typically funded by a combination of funds from the T32 grant and from the DGSOM Office of the Dean. During my first two years in the program, my tuition and stipend was largely covered by funding from this T32 grant. During the Ph.D. portion of the program, students may obtain paid employment through UCLA or obtain funding through fellowships. The fellowships are commonly funded by the NIH.

7. I have completed the first two years of the M.D. portion of the program and recently started my second year of the Ph.D. phase of the program. I am pursing a Ph.D. in Biochemistry. My work involves studying a hereditary form of kidney cancer that currently has no targeted treatment available to patients. We aim to change that. Based on successful discoveries from our research group regarding the metabolism of the tumors, my collaborators and I are developing a first-of-its-kind targeted treatment. We are also currently working towards a Phase 1 clinical trial to re-purpose existing pharmaceuticals to treat this cancer, thereby attempting to directly translate our bench research into new treatment options for patients. My work regularly draws on both my research and medical training. For example, my lab work involves regularly performing surgical operations on mice and collaborating closely with practicing clinicians.

8. The first year of my Ph.D. training was mostly funded through discretionary funds of the Dean's Office of the DGSOM. For the second year of my Ph.D. training, I was expected to obtain alternative funding sources. During July 2025, I was employed by UC as a graduate student researcher, and my salary was funded by my principal investigator (PI). On July 30, 2025, I received an award letter notifying me that I had been awarded a T32 grant (Award Number T32CA009056). T32 grants are institutional grants, which means that an institution like UC is awarded the funds, then distributes the funds to individuals. The T32 grant funds were awarded through an internal application process, which is highly competitive. I applied for the grant, which involved submitting my curriculum vitae, letters of recommendation, and a research proposal, along with other application materials. The July 30, 2025 award letter informed me that I would begin receiving the grant funds on August 1, 2025.

//

**Suspension of the Grants**

9. On August 1, 2025, my fellow MSTP students and I were at our annual research conference together when news broke that the Trump administration had suspended hundreds of federal grants for UCLA. Around noon, people began to receive notifications on their phones, as a spreadsheet was disseminated around the room that UCLA had released containing a list of the suspended grants. I discovered that both the T32 grant that I was recently awarded (T32CA009056) and the MSTP T32 grant (T32GM152342) had both been suspended. In addition, multiple grants awarded to my PI, which help fund the work I perform in her lab, had also been suspended. I was immediately concerned about the fate of my work, my lab, and the MSTP as a whole.

10. The MSTP depends on funding from the NIH T32 Grant. Many MSTP trainees rely on the T32 grant, as well as other NIH-funded fellowships during their time in the program. Following the suspensions, there was widespread concern within the program about the future of the MSTP. Without the T32 grant, the MSTP does not itself have the funds to support operations and trainees at the current level. If the T32 funds are not available, we first expect the program to reduce or eliminate new admissions to the program for this next academic year. If the MSTP cannot bring in new students, the health and prestige of the program could be permanently damaged. If there are continued shortfalls, I fear that the MSTP may ultimately be forced to cut students from the program. Because the program takes an average of eight years to complete, it is a significant investment of time and resources. The career of any student who cannot complete the program would be irreparably harmed.

11. Following the loss of the T32 grant that I was awarded on July 30, 2025, my PI was able to keep paying my salary in the short term to make up for the lost funds, but she cannot necessarily do this for myself and other similar trainees in perpetuity. As previously mentioned, our lab had other NIH grants suspended on July 31, 2025, which resulted in a funding crisis. All members of the lab, including our PI, have had to divert significant working hours away from active lab research to seek out and apply for alternative sources of funding, in an effort to keep all personnel salaries and research programs afloat.

12. The loss of funds to our lab caused immediate harm to my research. When the suspensions were announced, we had to anticipatorily re-evaluate and in some instances postpone crucial animal experiments, as we pay for the care of animals on a per diem basis. While a cornerstone for advancing our research, these experiments are costly and lengthy, so they necessarily require funding certainty as a pre-requisite. The suspension of the NIH grants has, therefore, delayed research progress from our research group and countless others at UCLA. As a result, we have been unable to advance as planned toward successful clinical applications of our work, nor toward the publications that will help further my career.

13. Through notices distributed by UCLA, I am aware that a court recently enjoined the suspension of NIH funds to UCLA. I also understand the restoration of funding may only be temporary. Even though the suspensions have been enjoined, our research will continue to be harmed by the ongoing funding uncertainty. The lack of certainty limits our ability to plan long term experiments and make other investments in the research, which hinders our progress.

14. I also understand that the Trump administration has threatened to withhold additional federal funds from the UC system unless it agrees to certain demands. I depend on federal funds to support my work, as does my lab and the MSTP. In particular, the NIH is one of the primary sources of funding in my field. Prior to the suspensions, I applied for an NIH F30 Grant, which I hoped would support me throughout the duration of my program. However, I now fear that these funds will also be withheld even if my application is deemed meritorious enough through the peer review process to otherwise be awarded funding.

15. Cancer research at UCLA, and UCLA's research apparatus more broadly, heavily relies on federal funds. Without these funds, we will be unable to contribute meaningfully to our research fields. Unless NIH funds are available, I may be unable to complete my degree programs and continue my research. My career prospects would be significantly diminished as a result. Further, the fate of the promising cancer treatment we are developing would be at risk.

16. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 1st day of October, 2025.

_____
Christopher Dann

5

DECLARATION OF CHRISTOPHER DANN                                       Case No. 3:25-cv-07864-RFL