UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF UAW LOCAL 4811 JOHN DOE** |

I, John Doe, declare as follows:

1. I am over the age of 18 and competent to testify as to the matters set forth in this declaration based on my own personal knowledge.

2. I am a Graduate Student Researcher in the Department of Medicine at the University of California Los Angeles (UCLA). I am also a member of UAW Local 4811.

3. My research focuses on sex differences in lung cancer prevention, with an emphasis on how metabolism and epigenetics shape tumor progression. I study how dietary supplementation with a certain metabolite reprograms tumors and the surrounding immune microenvironment in a sex-dependent manner. I lead the project under the supervision of my principal investigator (PI) and have received assistance on the project from five undergraduate researchers and one project scientist.

4. This research is important because it demonstrates that the same dietary metabolite can have opposite effects in males and females. The metabolite I study delays tumor progression in females but accelerates it in males. By uncovering the metabolic and epigenetic mechanisms underlying these differences, the project highlights the critical need to incorporate sex as a biological variable in cancer research and therapy design. These insights could guide the development of more precise, sex-specific cancer prevention and treatment strategies.

5. My lab is largely funded by an NIH R01 grant. The R01 grant funds research costs for my own project, as well as other projects in my lab. I was also personally awarded funding through an NIH T32 grant in July 2024. This T32 grant paid for my stipend, tuition, fee remission, and training-related expenses, as well as a travel allowance for me to attend scientific meetings.

6. T32 grants are institutional grants. That is, the grant is awarded to an institution, like UCLA, which then disperses the award to individual recipients. This T32 grant was awarded to UCLA to support research training in tumor immunology. I applied for the T32 grant through a highly competitive internal nomination and review process. The application required faculty sponsorship and included my curriculum vitae, transcripts, project proposal, and recommendation letters. The applications were reviewed by a committee, and awards were contingent upon the completion of required ethical and safety certifications. My application was approved in July 2024.

7. In my understanding, the purpose of the T32 grant is to train scientists in understanding how the immune system interacts with cancer. My project directly supports this purpose by revealing how a central metabolite influences tumor-immune interactions differently in males and females. By integrating metabolism, epigenetics, and immunology, this work not only advances the scientific goals for which the T32 grant was awarded, but also trains me in interdisciplinary approaches that are essential for developing future sex-specific immunotherapies.

8. I am aware that, on or about July 31 and August 1, 2025, the Trump administration suspended more than $500 million in research funding to UCLA. Both the NIH R01 grant that supports my lab and the T32 grant that I was awarded were among the grants that were frozen. On or about August 1, 2025, my PI informed me that the NIH R01 grant had been frozen. Around the same time, the UCLA administrative staff who oversee the T32 grant notified me that the T32 grant had been frozen.

9. I was irreparably harmed by suspensions because I was unable to continue my research due to the loss of funding. Following the suspension of the T32 grant, I lost access to the funds that support my tuition and stipend, as well as my training and research expenses. Fortunately, I was able to find alternative funding sources to cover my tuition and stipend. However, the suspension of the NIH R01 grant had a catastrophic impact on our lab and my research. As a result of the suspension, my colleague who is a project scientist was terminated, and four of the five undergraduate researchers also had to stop working in the lab. In addition, as a result of the suspensions, funding was not available to continue my experiments.

10. The loss of funding forced us to halt *in vivo* experiments that are essential for studying sex-dependent mechanisms in lung cancer. These experiments were the backbone of my project. Consequently, I could not generate the necessary data to complete this line of research. The loss of funding forced my project to remain at a higher level, rather than going deeper into the mechanistic studies that were originally planned. Since we had no funding available, I completed the project in a more limited form, and I made arrangements to conclude my Ph.D. training and graduate from the program.

11. The grant suspensions prevented me from pursuing important mechanistic follow-up experiments that would have strengthened the work and my training. As a result, the scope of my research is narrower than intended, and opportunities to develop expertise in advanced tumor immunology and metabolism approaches have been lost. This has implications for my career development, since the missing data and training experiences would have strengthened my future career prospects.

12. Importantly, knowledge that could improve human health has been lost. My research is one of the first projects to show that the same nutrient can delay lung cancer progression in females but accelerate it in males. These findings highlight the importance of sex as a biological variable in cancer prevention and treatment. Because of the interruption of my research, additional insights that could help inform approaches to treating and preventing cancer were lost. Although I am aware that NIH grants at UCLA have been restored following a recent court decision, the opportunity to complete the full scope of my research as planned has been lost. Experiments have already been terminated, and I have already arranged to leave the program.

13. I am aware that the Trump administration has threatened to withhold additional federal funds from the University of California if it does not agree to certain demands. While I have plans to graduate, I continue to perform research at UCLA which is funded by the now-restored NIH grants. If these funds are again suspended or terminated, my research would be further disrupted. In addition to my own work, I am concerned about the progress of research in my field more broadly. Researchers in my field are heavily reliant on NIH grants and other sources of federal funding. Without federal funding, cancer research would not be able to advance, and the public will lose critical insights into cancer therapies that could directly improve patient outcomes and save lives.

14. John Doe is not my real name. I am submitting this declaration pseudonymously because I am concerned about public hostility to my involvement in litigation against the Trump administration. I am afraid that I could be blacklisted from future career opportunities because of my participation in this litigation. I am also concerned about retaliation against my institution, my future employers, and other researchers associated with me, who may be prevented from obtaining funding.

15. I am aware that the Trump administration has previously suspended or terminated grants because they are related to topics that are disfavored by the administration. It is my understanding that research related to sex and gender is one of these disfavored topics. Although I am a cancer researcher, the role of sex is central to my research, and I understand that the Trump administration has previously targeted grants for cancellation because they merely mention disfavored topics. If my identity were made public, I fear that the Trump administration would target my research and seek to prevent the funding of research that is associated with my name in the future.

16. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 1st day of October, 2025.

_____*John Doe*_____
John Doe