1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10  AMERICAN ASSOCIATION OF          Case No. 3:25-cv-07864-RFL
    UNIVERSITY PROFESSORS, et al.,
11                                   **DECLARATION OF UCLA-FA JOHN
12          Plaintiffs,              DOE 1 IN SUPPORT OF PLAINTIFFS'
                                     MOTION FOR PRELIMINARY
13      v.                           INJUNCTION**

14  DONALD J. TRUMP, in his official capacity
    as President of the United States, et al.,
15
16          Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

I, UCLA-FA John Doe 1, hereby declare and state as follows:

1.      I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2.      I have been employed at the University of California Los Angeles as a professor for over a decade. I am a member of the UCLA Faculty Association ("UCLA-FA") and the American Association of University Professors ("AAUP").

3.      My 14-year-old daughter is a transgender girl.

4.      When my daughter was young, she would exhibit signs of distress in a number of ways, including sucking on her shirt, picking at her lips until they bled, and weeping all night. She would say things such as, "I wish I was dead" or "I wish I could kill myself." She would state that she hated her penis and wanted to cut it off.

5.      Her mother and I were extremely worried about her. We did research on our own, got involved with the organization Transforming Family (a Los Angeles-based family support group for families of transgender kids), and found a therapist who specializes in working with transgender girls for our daughter. Her therapist told us that our daughter's symptoms of distress lined up with a diagnosis of gender dysphoria.

6.      My daughter began to identify as a girl around the age of 5. There was a period of about two years where she was figuring out her gender identity. Among other things, this involved working with her therapist and starting to dress in girls' clothing at school.

7.      My daughter began living fully as a girl when she was 8 years old. She began fourth grade at a new school, where only the principal and her teachers knew she is transgender. The school has had no issues with my daughter being transgender and fully accepts her as a girl. Some of her close friends from school know that she is transgender and have no problems with that.

8.      My daughter has been much happier since she socially transitioned and began living in her gender. She has stopped sucking on her shirt and stopped picking at her lips. She has a sense of glee and freedom about her, which she did not have prior to her social transition. She has a close group of friends from school who are all girls.

1

9.      Our extended family has also commented on how much happier our daughter seems. My mother and sister have told me that our daughter seems happier and like she's coming out of her shell. My wife's family has also embraced our daughter and are happy and excited for her.

10.      For almost four years now, my daughter has been seeing a pediatrician within the UCLA Health system who specializes in treating transgender girls. My daughter's pediatrician is her primary care physician, as well as the provider handing her medical transition. My daughter has a strong relationship with her pediatrician. Her pediatrician is great about listening to her and making her feel supported. Her pediatrician is also great about communicating with me and my wife, which is reassuring and means that we are in agreement about my daughter's medical care.

11.      My daughter very recently began receiving estrogen and she has an appointment on October 21, 2025 to receive an implant with puberty blockers. She is extremely excited about beginning medical transition. She says things such as, "finally my body will be what I've always wanted it to be." She has expressed excitement about developing breasts.

12.      If UCLA capitulates to the Trump administration's demand that UCLA stop providing gender affirming medical care for minors, the impact on my daughter would be devastating. As a parent, I would also be irreparably harmed by UC – my employer and my daughter's healthcare provider – refusing to provide the care that my daughter's doctor has determined is appropriate for her.

13.      Without puberty blockers, my daughter will start growing facial hair and other male secondary sex characteristics. This will worsen her gender dysphoria, and I am worried that as a result, she will again become severely depressed and suicidal.

14.      My daughter lives as a girl. Everyone at her current school knows her as a girl. If she could not receive puberty blockers, she would be forcibly outed as transgender to her peers. This opens her up to potential violence and potential loss of friends. I am concerned about her privacy and safety.

15.      My daughter plays volleyball at school. If she were forcibly outed as transgender and unable to continue medical transition, there's a good chance she would not be able to participate in competitions. This would single her out and would mean that she is unable to participate fully in sports activities.

16.      In response to the news that the Trump administration has demanded that UC stop

DECLARATION OF UCLA-FA JOHN DOE 1 IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

2525B3BD-1588-49DB-9DE0-F21A6DF7001E

1    providing the care she currently receives, my daughter has expressed fear and distress at the possibility

2    that she will not be able to receive her puberty blocker from her pediatrician next month. The threat of

3    UC capitulating to the Trump administration's demands has already harmed my family.

4        17.    I have been a faculty member at UCLA for over a decade and was planning to retire soon.

5    If UC limits my ability to access gender affirming medical treatment for my daughter through my UC-

6    provided health insurance, I will also be irreparably harmed. To be able to afford the care my daughter

7    needs, I will not be able to retire and will need to find a second job, or I will need to leave the academic

8    position to which I have dedicated my career to find work outside the UC system with health insurance

9    that does not exclude coverage for my daughter's needed care.

10        18.    If the Trump administration succeeds in banning gender affirming medical care for

11    minors at UC-facilities, I will need to find a new pediatrician for my daughter. We may have to uproot

12    our family and move to a new place entirely in order to access appropriate care. From my research on

13    this topic, I know that there are very few doctors who specialize in transgender health care for youth.

14    My family was lucky that my daughter's current pediatrician just happened to have an opening for a new

15    patient when we were looking for a provider. Adding to the challenge of finding a new pediatrician is

16    the fact that Children's Hospital Los Angeles ended its transgender youth medical program this summer

17    due to pressure from the Trump administration. This means that there are fewer providers in the area

18    who provide this care and there are many patients looking for new care.

19        19.    I am worried that if my identity as a declarant in this matter is publicly known, my

20    daughter's identity will revealed to the public and to the Trump administration, and her safety/privacy

21    will be compromised. I am worried that she will be targeted for harassment by the public or the Trump

22    administration.

23        I declare under penalty of perjury that the foregoing is true and correct.

24

25    Executed this __7th__ day of October, 2025.

26

27    _UCLA-FA John Doe 1_
      _____
      UCLA-FA John Doe 1

28

DECLARATION OF UCLA-FA JOHN DOE 1 IN SUPPORT OF          Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION