1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10   | AMERICAN ASSOCIATION OF | Case No. 3:25-cv-07864-RFL |

11   UNIVERSITY PROFESSORS, et al.,

12              Plaintiffs,                **DECLARATION OF UPTE J. DOE 1 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

13        v.

14   DONALD J. TRUMP, in his official capacity
     as President of the United States, et al.,
15
16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

I, UPTE J. Doe 1, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2. I have been employed at the University of California, Los Angeles ("UCLA") for approximately two and a half years. I am a member of the labor union University Professional and Technical Employees-Communication Workers of America ("UPTE").

3. I am aware that the Trump administration has threatened the University of California ("UC") system by terminating $584 million in federal funding to UCLA and threatening to terminate more federal funding to the UC System unless UC pays at least a $1.2 billion fine and acquiesces to a host of oppressive demands that will limit free speech, academic freedom, and lawful DEI initiatives, and will harm transgender, immigrant, and international members of the UC community ("August 8th Demands"). I understand that the August 8th Demands include, but are not limited to:

    a. Changes to protest rights, including prohibiting demonstrations in certain areas at UCLA; prohibiting overnight demonstrations; and prohibiting demonstrators from wearing masks.

    b. Cooperation with local and federal law enforcement, including immigration authorities.

    c. Review of policies and programs related to diversity, equity, and inclusion ("DEI").

    d. Providing the federal government with access to a wide variety of staff and student records.

    e. Changes to policies affecting transgender individuals, including public statements refusing to recognize transgender people's gender identities, rescinding any guidance allowing equal participation in UCLA sports, rescinding previous awards to transgender athletes, barring gender-inclusive and gender-appropriate use of campus facilities, and limiting access to care for transgender minors who receive medical care through UC.

4. I am aware that the Trump administration has called upon private citizens to "report" on faculty, students, and staff who express disfavored views.

5. I am aware that there are pending investigations against the UC system and that UC is negotiating with the government to try and settle the investigations.

6. I am also aware that, in what seems to me like an effort to appease the Trump administration, UC has already taken steps that are inconsistent with past practices, and those actions are harming me and my colleagues. For example, I am aware that, in September 2025, the University of California, Berkeley ("UC Berkeley") disclosed the names of 160 faculty and staff who had been named in complaints about anti-Semitism to the government. Their names were in response to a U.S. Department of Education request for documents relating to alleged Title VI violations and investigations.

7. I will face additional, irreparable harms if UC capitulates to the August 8th Demands.

8. If UC accedes to restrictions on protest rights included in the August 8th Demands, my ability to exercise my First Amendment rights will be significantly disrupted. I believe in standing up for my beliefs. I sometimes participate in campus protests/demonstrations and intend to do so in the future. I am worried that if UC capitulates, I will not be able to exercise my right to free speech. Specifically, I wear a mask both to protect my identity and to protect the health of my friends who are particularly vulnerable to illnesses like COVID-19. If, at the government's demand, UC requires protesters to take their masks off, I will not attend protests at all. This is to protect my health, the health of my loved ones, and myself from retaliation from either the government or UC.

9. Additionally, although I wish to continue speaking with colleagues about Palestine and attending protests against the genocide in Gaza, because of the recent credible threats targeting the UC and UC Berkeley's recent capitulation to such threats, I have refrained from such activities. I am afraid that if I engage in those activities, I will be targeted by the federal government for investigation. I am also afraid that if I exercise my constitutional right to speak, UC may take adverse action against me, including discipline and termination, either at the federal government's direct instruction or because UC itself fears governmental retaliation if it does not punish me for my speech. I am also afraid that if I am targeted by the federal government, the University will not protect me because of fear of additional retaliation by the federal government.

10. I am nonbinary and transmasculine. I use they/them and he/him pronouns. I have been out as nonbinary since 2015, when I was an undergraduate student at a different UC campus, and I have lived my life as a nonbinary person since then. My co-workers at UC and supervisors all know me as a nonbinary person and have been supportive of me. There are multiple ways in which I will be personally irreparably harmed if UC accedes to the Trump administration's demands. For example, a statement from my employer UC that it will no longer recognize transgender identity and will consider "sex" and "gender" to mean exclusively those assigned at birth would mean that UC no longer recognized my identity. My identity as a nonbinary person does not fit neatly into a binary label assigned at birth. A statement like this from my employer would leave me without the protections or safety that I have valued from UC. One of the great things about UC is that UC has historically offered robust non-discrimination policies that explicitly address gender identity and gender presentation. I am concerned that such non-discrimination policies will end and I will no longer be protected.

11. I would also be irreparably harmed if UC restricted access to gendered spaces based on sex assigned at birth. I do not fit into conventional ideas of what "men" or "women" look like. I bind my chest and have short hair. I use gender neutral restrooms both for my comfort and the comfort of others. Using the women's restroom is distressing because I am misgendering myself when I do so and because people often look at me suspiciously. Fortunately, there are gender neutral restrooms on the floor where I work. If the gender neutral restroom on my floor is unavailable, I find a gender neutral restroom on a different floor to use. I am concerned that if UC accedes to the Trump administration's demand to limit restroom access based on sex assigned at birth, I will be required to use women's restrooms and, worse, subjected to scrutiny about my perceived sex assigned at birth by my employer.

12. A public statement from UC refusing to recognize transgender identity would result in an immediate and serious decline of my mental health. I moved across the country to live in a place where I would be accepted and treated fairly. To lose that acceptance and fair treatment at work would be devastating. If UC imposes womanhood on me by denying my existence as a nonbinary trans person, I will experience symptoms of acute mental health distress. I would not be able to focus on my job and I would likely need to leave UC. Leaving UC employment would disrupt my career trajectory.

13. I am also scared about losing access to necessary medical treatment through my UC-

provided health insurance. I currently have health insurance coverage through my employment with UC. My doctor is a trans health specialist within the UCLA Health system. I am currently receiving gender affirming medical care and I have a surgery scheduled for next month. If I cannot access gender affirming medical care because UC, under pressure from the Trump administration, refuses to recognize transgender identity, my gender dysphoria will go untreated. I will experience symptoms of acute mental health distress.

14. If UC agrees to cooperate with immigration authorities, review policies and programs relating to DEI, provide the federal government with access to a wide variety of records, change admission policies, and refuse to recognize transgender identity, there will be a chilling effect on UCLA campus life. The valuable and varied intellectual community at UCLA will be stifled, which would directly and irreparably impact my research and my career.

15. I am scared that, if my identity as a declarant in this case is public, UC will turn over my name to the Trump administration in connection with investigations into individuals whose beliefs are disfavored by the government. I am also concerned that, if my identity is known to the Defendants in this case, I could be targeted for harassment by the Trump administration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October, 2025.

_J. Doe_
UPTE J. Doe 1