1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

Case No. 3:25-cv-07864-RFL

11

**DECLARATION OF BENJAMIN ELLIOTT**

12

Plaintiffs,

13

v.

14

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

15
16

Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

I, Benjamin Elliott, declare as follows:

1.      I am currently employed by the California Nurses Association ("CNA").  I have worked for CNA for approximately 23 years.  I have personal knowledge of the facts stated in this declaration, except as those matters which are therein stated upon my information and belief, and as to those matters, I believe them to be true.  I could and I would competently testify thereto.

2.      This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3.      CNA is a labor organization founded in 1903 and headquartered in Oakland, California. CNA represents over 150,000 Registered Nurses ("RNs") in hospitals, clinics, and home health agencies in California and other states across the United States.  CNA's mission is to improve professional standards for RNs, to promote the welfare of RNs, and to ensure safe health care for all.

4.      I currently hold the position of Chief Negotiator.  In this role, I am responsible for bargaining the Memorandum of Understanding ("MOU") with the University of California ("University" or "UC").

5.      The California Public Employment Relations Board certified CNA as the exclusive representative of all employees in "Unit #15 – Registered Nurses" at the University of California effective as of July 11, 1983.

6.      For over forty years, CNA has been the recognized exclusive representative of all registered nurses ("RN") systemwide by the Board of Regents of the University of California.  This bargaining unit is now commonly referred to as the NX Unit.

7.      There are currently approximately 23,500 RNs in the NX unit across the University's campuses and student health centers, including UC San Francisco ("UCSF"), UC Davis, UC Los Angeles ("UCLA"), UC Irvine ("UCI"), UC Berkeley, UC Merced, UC Santa Barbara, UC Santa Cruz, UC Riverside, and UC San Diego Health Sciences ("UCSD").

8.      CNA and the University are parties to a collectively bargained MOU with a term of July 9, 2022 through October 31, 2025, which covers the NX Unit.  I bargained this contract on behalf of CNA.  Attached as Exhibit 1 is a true and correct copy of relevant excerpts of the parties' MOU.

DECLARATION OF BENJAMIN ELLIOTT                                    Case No. 3:25-cv-07864-RFL

**Impacts of August 8, 2025 Demand Letter on CNA's Role as Collective Bargaining Representative**

9.      CNA and the University are currently engaged in negotiations for a successor MOU which I am leading on behalf of CNA.

10.      The requirements the Department of Justice outlined in its August 8, 2025 Demand Letter to UCLA for having its federal funding restored have had a damaging impact on the willingness of the University to bargain initiatives CNA is proposing such as protections for staff and patients concerning immigration status, gender identity and expression, and racial justice. The University's reluctance to bargain around these issues due to stated concerns about federal government oversight are frustrating CNA's bargaining efforts and impairing the interests of CNA's members.

11.      On August 20, 2025, during bargaining, CNA reaffirmed to UC a prior proposal for "Prioritization of Patients" contract language to be added to Article 1 of the MOU. The proposal provided in part that:

> all patients must receive the highest quality of care, based on patient need, regardless of race, color, religion, marital status, national origin, immigration status, ancestry, sex, sexual orientation, gender identity, gender expression, pregnancy, physical or mental disability, medical condition, genetic information, HIV status, service in the uniformed services, political affiliation, age, citizenship, housing status, criminal record, or ability to pay. The parties further agree that there is a direct and material relationship between the treatment of members of historically marginalized communities and the working conditions for nurses covered by this Agreement.

12.      The reason that CNA and the bargaining team RN members wanted to reaffirm this proposal is that central to an RN's duty to provide care is the duty to provide culturally competent care that takes into account the entire background of a patient which includes factors such as the health effects that systemic discrimination has had on communities of color and implicit biases in providing care to patients of color.

13.      On September 3, 2025, in a bargaining session with UC, UC rejected this Prioritization of Patients contract language. UC's Chief Negotiator David G. Guzman explained UC's position with words to the effect of "[w]e appreciate what CNA is trying to do. We can't agree to this language. There is increased scrutiny from the Federal Government . . . ."

14.      Additionally, on August 6, 2025, the CNA bargaining team proposed adding "immigration status" to the list of protected employment categories included in Article 5 of the MOU.

2

1   See Exhibit 1, Article 5.

2          15.    On September 4, 2025, UC rejected CNA's proposal to add immigration status to the

3   list.

4          16.    Furthermore, in 2022, CNA and the University negotiated a Joint Labor-Management

5   Committee on diversity, equity and inclusion.  One of the roles of the committee is to carry out

6   education, training, and other steps toward addressing racial and ethnic disparities in health outcomes

7   and to promote and improve the delivery of culturally sensitive healthcare.  If the University accedes to

8   the DOJ's demands and is no longer able to offer these programs, a bargained-for benefit that is central

9   to CNA's purpose in supporting safe health care for all and ensuring high professional standards would

10  be undermined.  A true and correct copy of the contract language establishing this committee is

11  included in Exhibit 1 as Side Letter 20.

12  **Implementing the Trump Administration's Demands Would Cause CNA Members Other**
    **Irreparable Harm**

13

14         17.    CNA's members employed by the UC also fear that their ability to provide medical care

15  to their patients will be irremediably harmed if the UC capitulates to the Trump administration's

16  demand to cooperate with law enforcement, which would include immigration enforcement.  RNs'

17  ability to have candid, confidential conversations with their patients, which is essential to their ability

18  to provide care, would be undermined if patients know that information they share could be disclosed

19  to immigration authorities.

20         18.    CNA's members participate in the medical care of the UC system's diverse patient

21  population.  If the University were to accede to the Trump administration's demands and prohibit

22  providing gender-affirming care to minor patients, even when the medical team determines such care is

23  in the best interest of the child, CNA's members would be irreparably harmed. They would be

24  forbidden from providing appropriate medical care, which would be contrary to RNs' professional

25  standards and place RNs in a difficult ethical position.

26

27

28

DECLARATION OF BENJAMIN ELLIOTT                                    Case No. 3:25-cv-07864-RFL

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 2, 2025, in San Francisco, California.

Signed: _____
BENJAMIN ELLIOTT
CHIEF NEGOTIATOR

DECLARATION OF BENJAMIN ELLIOTT                                    Case No. 3:25-cv-07864-RFL

# EXHIBIT A

# UNIVERSITY OF CALIFORNIA AND CALIFORNIA NURSES ASSOCIATION AGREEMENT

# REGISTERED NURSE UNIT

JULY 9, 2022 through
OCTOBER 31, 2025

# TABLE OF CONTENTS

ARTICLE 1 - RECOGNITION ...................................................................................................1

ARTICLE 2 - BARGAINING UNIT CLASSIFICATIONS ....................................................4

ARTICLE 3 - POSITIONS .....................................................................................................10

ARTICLE 4 - PER DIEM NURSE ........................................................................................13

ARTICLE 5 - NONDISCRIMINATION IN EMPLOYMENT ............................................17

ARTICLE 6 - EDUCATIONAL/PROFESSIONAL DEVELOPMENT ...............................18

ARTICLE 7 - PROFESSIONAL PRACTICE COMMITTEE .............................................21

ARTICLE 8 - STAFFING ......................................................................................................24

ARTICLE 9 - PROBATIONARY PERIOD ..........................................................................27

ARTICLE 10 - ACTING APPOINTMENTS .......................................................................28

ARTICLE 11 - WORK RULES .............................................................................................29

ARTICLE 12 - PERFORMANCE EVALUATION ..............................................................30

ARTICLE 13 - JOB POSTING .............................................................................................32

ARTICLE 14 - HOURS OF WORK .....................................................................................33

ARTICLE 15 - BENEFITS ....................................................................................................43

ARTICLE 16 - HEALTH AND SAFETY .............................................................................45

ARTICLE 17 - VACATION ...................................................................................................49

ARTICLE 18 - HOLIDAYS ..................................................................................................52

ARTICLE 19 - SICK LEAVE ...............................................................................................56

ARTICLE 20 - LEAVES OF ABSENCE .............................................................................59

ARTICLE 21 - MILITARY LEAVE .....................................................................................87

ARTICLE 22 - WORK-INCURRED INJURY OR ILLNESS..............................................90

ARTICLE 23 - LAYOFF & REDUCTION IN TIME...........................................................93

ARTICLE 24 - MEDICAL SEPARATION ........................................................................103

ARTICLE 25 - RESIGNATION ..........................................................................................105

ARTICLE 26 - CORRECTIVE ACTION, DISCIPLINE AND DISCHARGE ..................106

ARTICLE 27 - GRIEVANCE PROCEDURE.....................................................................109

ARTICLE 28 - ARBITRATION...........................................................................................115

ARTICLE 29 - ASSOCIATION RIGHTS ..........................................................................119

ARTICLE 30 - ASSOCIATION PAYROLL DEDUCTION ...............................................125

ARTICLE 31 - NURSE LISTS AND DISTRIBUTION OF CONTRACTS .......................128

ARTICLE 32 - LEAVE OF ABSENCE FOR UNION BUSINESS ...........................................130

ARTICLE 33 - MANAGEMENT RIGHTS ..................................................................................132

ARTICLE 34 - INDEMNITY .......................................................................................................134

ARTICLE 35 - NO STRIKES........................................................................................................135

ARTICLE 36 - SEVERABILITY ..................................................................................................136

ARTICLE 37 - WAIVER...............................................................................................................137

ARTICLE 38 - DURATION...........................................................................................................138

ARTICLE 39 - RELEASE TIME FOR BARGAINING ...............................................................139

ARTICLE 40 - COMPENSATION ...............................................................................................141

ARTICLE 41 - PARKING.............................................................................................................145

ARTICLE 42 - NEW TECHNOLOGY .........................................................................................146

ARTICLE 43 - DISCLOSURE OF PERSONAL INFORMATION ............................................147

APPENDIX A - WAGE TABLES .................................................................................................148

APPENDIX B-1 - ENUMERATION OF UNIVERSITY BENEFITS.........................................255

APPENDIX B-2 - RETIREE HEALTH ELIGIBILITY  GRADUATED ELIGIBILITY BASED ON AGE AND SERVICE AGE AT RETIREMENT ....................................................................258

APPENDIX C - VACATION CREDIT TABLES..........................................................................259

APPENDIX D - HOLIDAY PAY FOR PART-TIME EMPLOYEES HOURS ON PAY STATUS ......................................................................................................................................................261

APPENDIX E - PARKING............................................................................................................262

APPENDIX F - MEETING ROOMS AND BULLETIN BOARDS..............................................267

APPENDIX G - MEDICAL CENTER/CAMPUS/LABORATORY DESIGNATED GRIEVANCE OFFICE .........................................................................................................................................280

APPENDIX H - SICK LEAVE CREDIT TABLE ACCRUAL SYSTEM ...................................284

INDEX ...........................................................................................................................................285

SIDE LETTER - 2018 UCRP ......................................................................................................288

SIDE LETTER - CONCERNING ADHERENCE TO ARTICLE 16...........................................289

SIDE LETTER - FACT-FINDING SETTLEMENT ...................................................................290

SIDE LETTER - MANAGEMENT RIGHTS - DELETION OF MERIT PAY SECTION .........291

SIDE LETTER - SYMPATHY STRIKE PARTICIPATION .......................................................292

SIDE LETTER - TRANSPORT TEAMS AT UC SAN DIEGO HEALTH LOCATIONS .........293

SIDE LETTER - UCDHS TRANSPLANT COORDINATORS ..................................................294

SIDE LETTER - NP CAREER LADDER of INTERNAL STAFF...............................................296

SIDE LETTER - UCSF CRNAS ..................................................................................................297

SIDE LETTER - EXEMPT NURSE ANESTHETIST ............................................................298

SIDE LETTER - STUDENT HEALTH NURSE REPRESENTATIVE MONTHLY ASSOCIATION MEETINGS ....................................................................................................301

SIDE LETTER AGREEMENT - CESAR CHAVEZ DAY HOLIDAY ......................................302

SIDE LETTER - JOINT LABOR MANAGEMENT COMMITTEE HEALTH, SAFETY, AND EMERGING INFECTIOUS DISEASES...................................................................................303

SIDE LETTER - ADDITIONAL ROLLOVER TERMS ............................................................305

SIDE LETTER - CONCERNING ADHERENCE TO ARTICLE 7 AND ARTICLE 29............306

SIDE LETTER - LABOR MANAGEMENT MEETINGS ..........................................................307

SIDE LETTER  -  ARBITRABILITY MEDIATION – "PILOT PROGRAM" ...........................308

SIDE LETTER - ADHERENCE TO ARTICLE 8 - STAFFING ..................................................309

SIDE LETTER -  BETWEEN UCSF/CNA REGARDING STAFFING ......................................310

JOINT LABOR MANAGEMENT COMMITTEE DIVERSITY, EQUITY, AND INCLUSION ....................................................................................................................................................311

SIDE LETTER - SUBCONTRACTING.......................................................................................313

MEMORANDUM OF THE NEGOTIATORS ..........................................................................315

EXECUTION OF AGREEMENT ................................................................................................316

**ARTICLE 1**
**RECOGNITION**

**A.     GENERAL CONDITIONS**

    1.      The University hereby recognizes the Association as the sole and exclusive representative for the purpose of collective bargaining for all Nurses in the classifications listed below, excluding those classifications and/or Nurses designated as managerial, supervisory, or confidential as defined in the Higher Education Employer Employee Relations Act and all UC student Nurses whose employment is contingent upon their status as students.

    2.      The term "Nurse", "employee", or "employees" as used in this Agreement shall refer to Nurses mentioned above who are within the bargaining unit covered by this Agreement.

**B.     NEW CLASSIFICATIONS**

    1.      When the University creates a new Registered Nurse classification and title, the University shall mail a notice to the Association of the bargaining unit assignment, if any, of such classification.  The Association shall have thirty (30) calendar days after mailing of such notice to contest the University's assignment of the newly created classification/title to a bargaining unit, or to an employee grouping which has not been assigned to a bargaining unit.  Nurses shall not be assigned to the newly established classification until the bargaining unit assignment is either agreed to or resolved by PERB.

          a.      If the Association contests the bargaining unit assignment of the newly created classification/title within thirty (30) calendar day notice period, the University and the Association shall meet and confer in an effort to reach agreement on the bargaining unit assignment for the classification.  If the parties are unable to reach agreement regarding the bargaining unit assignment of the title/classification, the dispute shall be submitted to PERB for resolution.

          b.      If the Association does not contest the bargaining unit assignment of the newly created position within the thirty (30) calendar day notice period, the unit assignment of the new classification shall be deemed agreeable to the parties and Nurses shall be assigned to the newly created classification

    2.      If the new classification is in the bargaining unit in accordance with the provisions of §B.1., above, the University and the Association shall meet and confer regarding the salary range and ancillary pay practices for that new classification.

**C.     RECLASSIFICATION FROM UNIT TO NON-UNIT POSITIONS**

    1.      In the event the University believes that a Registered Nurse position should be reclassified or designated for exclusion with the result that the position would be removed from the unit, it shall notify the Association in writing.

2.  If the Association disagrees with the University's proposed removal of positions from the bargaining unit, the University may submit the dispute to PERB for resolution.  If the Association does not contest the reclassification or designation for exclusion within the thirty (30) calendar day notification period, the unit assignment of the position shall be deemed agreeable to the parties.  Nurses shall not be reclassified or excluded from the bargaining unit until agreement is reached by the Association and the University or resolved by PERB.

**D.    CLASSIFICATIONS COVERED BY THIS AGREEMENT**

The classifications covered by this Agreement are listed below.

| Title Code | Title |
|---|---|
| 600.1 | Occupational Health Nurse I |
| 600.2 | Occupational Health Nurse II |
| 742.1 | Nurse |
| 9110 | Transplant Coordinator I |
| 9111 | Transplant Coordinator II |
| 9119 | Per Diem Nurse |
| 9121 | Per Diem Senior Nurse Anesthetist |
| 9122 | Per Diem Nurse Anesthetist |
| 9123 | Resource Per Diem Nurse |
| 9134 | Administrative Nurse I |
| 9137 | Clinical Nurse IV |
| 9138 | Clinical Nurse III |
| 9139 | Clinical Nurse II |
| 9140 | Clinical Nurse I |
| 9141 | Coordinator Nurse |
| 9143 | Senior Nurse Anesthetist |
| 9144 | Nurse Anesthetist |
| 9146 | Nurse Practitioner III |
| 9147 | Nurse Practitioner II |
| 9148 | Nurse Practitioner I |
| 9160 | Per Diem Nurse Practitioner |
| 9114 | Per Diem Home Health Nurse |
| 9116 | Home Health Nurse III |
| 9117 | Home Health Nurse II |
| 9118 | Home Health Nurse I |

**ARTICLE 5**
**NONDISCRIMINATION IN EMPLOYMENT**

**A.      GENERAL PROVISIONS**

As required by law and University regulations, the University will not discriminate against employees in the Unit on the basis of race, color, religion, marital status, national origin, ancestry, sex, sexual orientation, gender identity, gender expression, pregnancy, physical or mental disability, medical condition, genetic information, HIV status, service in the uniformed services, political affiliation, age, citizenship, or Union activity. For the purposes of this Article only, medical condition means any health impairment related to or associated with a diagnosis of cancer, or health impairments related to genetic characteristics. Neither the University nor CNA shall discriminate in the application of the provisions of this Agreement based on Union or non-Union affiliation.

**B.      GRIEVABILITY/ARBITRABILITY**

If the Union appeals a grievance to arbitration that contains allegations of a violation of this Article but does not allege violation of another Article that is arbitrable, the Union's notice must include an Acknowledgement and Waiver Form signed by the affected employee. The Acknowledgement and Waiver Form will reflect that the employee has elected to pursue arbitration as the exclusive forum for the claim and that the employee understands the procedural and substantive differences between arbitration and the other remedial forum or forums in which the dispute might have been resolved, including the differences in the scope of remedies available in arbitration as compared to other forums. The timeline to appeal to arbitration set forth in Article 27 - Grievance Procedure will be extended by thirty (30) days for such grievances to enable the employee to make an informed choice.

**C.      SEXUAL HARASSMENT COMPLAINT RESOLUTION PROCEDURE**

The Association agrees that a Nurse within the unit covered by this Agreement may elect to substitute the University Sexual Harassment Complaint Resolution Procedure for the Informal Review described in Article 27, Grievance Procedure, §C.

**Joint Labor Management Committee**

**Diversity, Equity, and Inclusion**

The University of California (hereinafter the "University") and the California Nurses Association (hereinafter "CNA" or the "Association") agree to form a systemwide Joint Labor Management Committee (hereinafter "JLMC") to discuss the following topics including but not limited to:

- Strategies to encourage a diverse and representative RN workforce;
- Bargaining unit demographics;
- Educational programs or training programs designed to assist career opportunities and advancement for historically underrepresented groups in the nursing profession;
- Education by RNs regarding key issues in healthcare equity and social justice;
- Addressing key issues related to public and social health and ensuring equitable and quality healthcare services for all parts of the UC community;
- Steps taken to address racial and ethnic injustices and disparities in health outcomes and to promote and improve the delivery of culturally sensitive care in the communities we serve.

1. The JLMC shall meet at least twice per calendar year, with additional meetings scheduled by mutually agreement.

2. **Composition of the JLMC:**

   a. The University shall appoint two representatives from each of the five major health systems and the UC Office of the President shall have an additional three representatives.

   b. CNA shall appoint two nurse representatives from each of the five major health systems and the Association shall have an additional three representatives.

   c. Upon advanced notice, either party may invite additional participants to attend JLMC meetings provided their attendance is relevant to the agreed upon agenda items.

3. **Pay Status:**  Upon advanced notification, designated nurse members of JLMC shall be granted leave with pay to attend scheduled JLMC meetings, if such meetings occur during their regularly scheduled hours of work.  Such leave with pay will be considered time worked.

4. **<u>Meetings:</u>**

   a. The parties shall mutually exchange agenda items at least one week in advance of the scheduled meetings.

   b. The parties shall mutually exchange meeting participants at least one week in advance of the scheduled meetings.

   c. Unless the parties agree to meet remotely over an electronic platform, meetings will take place at a mutually agreed upon time and location.

5. **<u>Expiration:</u>** This Side Letter Agreement shall sunset with the expiration of the Collective Bargaining Agreement on October 31, 2025, unless otherwise mutually agreed to by the parties.

FOR THE UNIVERSITY                          FOR THE UNION

_____                     _____
NADINE B. FISHEL                                      July 20, 2022

8-16-2022                                   Benjamin Elliott, CNA/ NNU