UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF STACY FAHRENTHOLD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Stacy Fahrenthold, declare as follows:

1. I am a Professor of History and Middle East/South Asia Studies at the University of California, Davis ("UC Davis"). I have been a member of the faculty at UC Davis since 2018, and I have been in California since 2015.

2. I received my Bachelor of Arts in History from Georgia State University, and both my Master of Arts in History and my Doctor of Philosophy in History from Northeastern University.

3. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

4. My research specializes in labor migration, displacement, refugees, border studies, and diasporas within and from the Middle East. My new book, *Unmentionables: Textiles, Garment Work, and the Syrian American Working Class*, examines how Syrian, Lebanese, and Palestinian immigrant workers navigated processes of racialization, immigration restriction, and labor contestation in the textile industries of the Atlantic world. My first book, *Between the Ottomans and the Entente: The First World War in the Syrian and Lebanese Diaspora*, received the Arab American National Museum's 2020 Evelyn Shakir Award, the 2019 Khayrallah Prize in Migration Studies, the 2019 Syrian Studies Association's Book Award, and received Honorable Mention by the Lebanese Studies Association in 2020. I also serve as Associate Editor of *Mashriq & Mahjar: Journal of Middle Eastern and North African Migration Studies*, and I am a series editor of Refugees and Migrants within the Middle East (American University of Cairo Press).

5. I have taught Modern Middle East History and Arab studies since 2010. I have taught these courses at public and private universities across the country. In California, I have taught Modern Middle East History at multiple California State University campuses and at UC Davis.

6. At UC Davis, I am jointly appointed with the Middle East/South Asia Studies Program, and I serve as Principal Investigator for "The Middle East in Historical Context," a public scholarship project run in partnership with the California History-Social Science Project. I am also a 2024-27 College of Letters & Sciences Dean's Faculty Fellow.

7. I serve as the faculty advisor for the Students for Justice for Palestine ("SJP") chapter at UC Davis.

1

DECLARATION OF STACY FAHRENTHOLD IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

8. I am a member of the Davis Faculty Association, an independent organization that represents faculty members at UC Davis and that belongs to the Council of UC Faculty Associations ("CUCFA"). I am also a member of the American Association of University Professors ("AAUP"), a membership association and labor union of faculty and academic professionals with chapters nationwide. Furthermore, I am a member of the University Council-American Federation of Teachers ("UC-AFT"), a labor union that represents teaching faculty and librarians across the University of California system ("UC system").

9. I was specifically recruited by UC Davis to teach courses pertaining to my research in Middle East history, including my teaching on Palestine. My research and teaching examines migration, partition, ethnic cleansing, and refugee histories, including Palestine. UC Davis did not have History courses on Palestine and Israel, so in 2022, I was asked to develop one. By the luck of the draw, I ended up teaching this course in the spring of 2024.

10. I am aware that the current Administration has taken a series of actions targeting the UC system and its member institutions. These include (1) an investigation into alleged antisemitism across the UC system and that the investigation opened this spring, (2) $584 million worth of arbitrary funding cuts at the University of California, Los Angeles ("UCLA"), and (3) a demand letter issued on August 8th seeking $1.2 billion and a series of harmful policy changes.

11. I am aware that the demands made of the UC system are vaguely defined but include mandates that could result in the silencing of pro-Palestinian political speech or political speech that is critical of Israel. I understand that the demands stem from a months-long probe into allegations of antisemitism at multiple campuses across the UC system. Furthermore, the demands include restrictions on forums for protesting, the prohibition of overnight demonstrations, and the enforcement of a vaguely defined mask ban against protestors. The demands also include measures that would require international students to confirm that they are not "anti-Western" prior to admission. I understand that the letter also stated that UC would have to pay for an outside monitor to ensure that the entire system has implemented the demands. While I am aware that some of the demands focused on UCLA, I understand that any changes to the freedom of expression policies must be implemented across the entire UC system.

12. I am aware that the Trump Administration has similarly threatened other universities and

2

has followed through on its threats by pulling federal funds from Harvard, Columbia, Brown, and the University of Pennsylvania and demanding suppression of disfavored views on those campuses.

13. I am aware that members of Trump Administration have called upon private citizens to "report" on faculty, students, and co-workers expressing disfavored views. Based on my own experience, I am aware that private actors have been emboldened by the current Administration, and some have interfered with my academic work. If the UC system gives in to the Trump Administration's recent demands, particularly the demands relating to the monitor, I am concerned that I will have no protection from UC Davis and that my research and teaching will no longer be welcome in the UC Davis community.

14. I am also aware of the University of California, Berkeley's ("UC Berkeley") disclosure of 160 faculty and staff mentioned in documents concerning complaints of antisemitism. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals, and I am nervous that other campuses will disclose faculty and staff who have participated in protests and political speech in support of Palestinian rights. As the faculty advisor of SJP at UC Davis and someone who has attended student-led protests as a faculty supporter, I am concerned that my name will be shared with the federal government and that I will face reprisal for my political speech.

15. I am aware that I work in a field that is under scrutiny and is disfavored by the current Administration and their supporters. I hope to continue researching and teaching in these fields, despite the government's lack of support because this has been my life's work. I have dedicated over 15 years to studying, researching, and teaching about the Middle East in a disciplined and rigorous manner so that Californians from all backgrounds better understand the world around them.

16. I am concerned about the future of my teaching at UC Davis if UC leadership concedes to the Trump Administration's demands. As discussed below, I am on sabbatical because of UC Davis's acquiescence to the Trump Administration's pressure to marginalize any study or speech that could conceivably be perceived as antisemitic. What keeps me up at night is the fear that when I come back from my sabbatical, UC Davis administrators will tell me that I cannot teach my courses on Palestine in the way my discipline requires me to do so. I fear that I will come back to campus and that, unless the

1  Administration's coercion campaign is stopped, I will be disciplined for doing my job. I teach Palestine
2  and Israel, and there is no way to teach this topic without upsetting people. But what I fear is that the
3  pressure placed on UC by the pending investigation, funding cuts, August 8th letter, and threats of
4  additional funding cuts will work and that it will convince them to discipline me for my viewpoint and
5  expertise. This may result in sanctions for doing the work that I was recruited by UC Davis to do and the
6  crucial teaching that I must continue doing at UC Davis.

7  17. The Trump Administration's demands pose an imminent risk of irreparable harm to my
8  teaching and academic career. I hope that when I come back from my leave, UC Davis will have made
9  a strong, affirmative stance to protect faculty from the Trump Administration's threats. But I am
10 genuinely fearful of teaching my topic while UC remains in the crosshairs of the Administration, which
11 will only continue to embolden private actors with animus against Middle East Studies.

12 18. I am concerned that my academic freedom will be further infringed by the appointment
13 of an academic monitor if UC accedes to these demands. The empowerment of an outside official, who
14 lacks disciplinary expertise, to make declarations about what is allowed based on the Trump
15 Administration's viewpoints is extremely dangerous in my field and other fields. UC Davis is a leader
16 in a lot of fields, from climate science to social sciences. A monitor representing the federal government
17 and its political ideology is dangerous and would harm my department and other programs. If UC
18 concedes to that demand, it will make teaching and research in controversial disciplines impossible.

19 19. The demands also pose an imminent risk of harm to my freedom to protest and engage in
20 political speech without self-censorship. I participate in protests in many capacities. Sometimes, I attend
21 protests as a speaker or an organizer. At UC Davis, I generally attend protests as a faculty support for
22 students who are protesting and who want a faculty member to be present for them to feel safe while
23 engaging in protected speech. This includes protests organized by SJP, the student group I advise. The
24 Trump Administration's actions have chilled people's willingness to participate in protests and the
25 demands will lead UC to implement harmful, systemwide policies that interfere with protests.

26 20. I also fear that acceding the Trump Administration's demands will result in the
27 dissolution of the Palestine Life Advisory Committee (PLC). This Committee was created in 2024 after
28 the encampment protest. It was established to hear Palestinian, Arab, and Muslim student concerns and

to plan academic and community events. The Committee is composed of undergraduate students, graduate students, faculty, and administrators connected to the Student Affairs and the Chancellor's Office. There is also a representative from the Arab community in Davis. This committee mirrors the structure of other committees that support indigenous students, Jewish students, and other affinity groups on campus. Because of the scrutiny from the federal government, I am nervous about the future of PLC. Since the group directly supports speech on Palestine, I fear that UC Davis will shut down PLC in response to the Administration's threats, which will result in cancelled events and cancelled academic programming.

21. Because of the censorship that the Trump Administration is encouraging in its August 8th letter, combined with its other actions targeting the UC system and other universities, I am staying away from campus while I am on leave. Since the Trump Administration began pressuring UC, the Davis October 7th Coalition (now called Davis Antisemitism) and other third parties are more emboldened to report me and other faculty to federal officials. In addition to complaining directly about my work to the Trump Administration, they can make threats against UC Davis that the University will lose funding if they protect me. So, I do not believe that UC will protect my right to teach and research on Palestine given this pressure. And without that protection, I do not feel safe on campus, and I do not feel safe teaching in a classroom.

22. I also fear that I will no longer be able to recruit students to attend UC Davis if the Trump Administration succeeds in pressuring UC to concede to its demands. I have taught within public and private institutions. As someone who believes in social and economic mobility through public universities, I am nervous that I will be deterred from recruiting students to UC Davis. In particular, I am concerned that UC capitulation would affect my ability to recruit students from the 22-campus California State University ("CSU") to study at UC Davis. My colleagues have told me that they will advise students against choosing UC for further study if the system capitulates to the Trump Administration, as it would signal that UC does not promote academic freedom and that potential students would not be able to engage in intellectual debate or collaborative learning on controversial topics. If my colleagues in the CSU system do not have faith in sending students to UC Davis due to UC's collaboration with the Trump Administration, then I would be heartbroken. And this change would

1  be a loss for UC, since UC will struggle to keep young, talented California students at its schools. Both
2  the UC and CSU systems exist to serve the people of California.

3      23.    My assessment of the harm posed by the demands is supported by the actions that UC
4  Davis has taken due to the Trump Administration's pressure on the UC system and other universities. In
5  response to Mahmoud Khalil's abduction on March 8 and other concerns, students marched and did a
6  teach-in on March 11, 2025. It was part of a national series of protests, and the march was co-sponsored
7  by more than a dozen student groups, including SJP. After the event—and shortly after the
8  Administration announced on March 10, 2025, that it was launching investigations into 60 universities,
9  including four UC campuses—the Chancellor sent an email on March 21 that mentioned complaints
10 against SJP, and only SJP, and stated that the allegations were being reviewed at the highest level. The
11 complaints followed an effort by counter-protestors to dox SJP members and to file civil rights
12 complaints with the Administration, claiming that the students called for violence against Zionists. In
13 that email to the entire campus, the Chancellor singled out SJP in the context of concerns about federal
14 funding cuts and baselessly attacked SJP with inflammatory terms like "hatred," "calls for violence,"
15 and "antisemitism." His email criticized SJP for engaging in activity that could threaten federal funding
16 due to the Trump Administration's position on the issue. A true and correct copy of the Chancellor's
17 March 21, 2025, email is attached as **Exhibit A.**

18     24.    This email has chilled both my and SJP's speech. In the following month, there were
19 increased episodes of doxxing and social media threats. I was chased out of a City Council meeting
20 alongside a graduate student on April 2 by a member of October 7th Coalition (Davis Antisemitism).
21 There was also an incident of violence involving a member of this group in April 2025. These events
22 have chilled my students' ability to speak out and hold events on campus. Since the demands on the
23 August 8th letter build upon the pressure that the Administration has already placed on UC, as displayed
24 by the Chancellor's email to our entire campus, I expect that the censorship will get significantly worse.

25     25.    On March 26th, the students were then informed that UC's Office of Civil Rights would
26 place them under investigation.

27     26.    This is an ongoing issue and investigation, and as it proceeds, it has chilled my ability to
28 speak out. My ability to convince faculty colleagues to co-sponsor events has been negatively affected

because they are nervous about offering educational programming on Palestine or affiliating with me. Acceding to the demands in the Trump Administration's letter will further hurt my ability to co-sponsor events at UC Davis and will likely deter me from hosting future programming.

27. The Administration's attack on academic freedom and free speech at the UC has impeded my ability to plan events and fulfill a key part of my job as a professor. In April 2025, I tried to invite an award-winning Palestinian scholar to campus. She graciously offered to do a book talk at UC Davis. But I could not find a host for her. The UC Davis Department of Sociology declined my request, and my own department ignored me.

28. Because of my field of research, I predominantly hire and work with international graduate students. If UC capitulates and agrees to share disciplinary records of international students with the federal government and to implement policies that ensure it does not admit international students who have "anti-Western" or "anti-American" views, my work will be directly affected because I will lose the opportunity to engage with international students with diverse beliefs.

29. Due to the Trump Administration's actions, its targeting of UC, and the prospect of my university's apparent acquiescence to the new series of demands, I cannot effectively teach at this time. In March or April 2025, I considered that if I taught this upcoming year, then pre-existing forms of classroom misconduct could have serious immigration consequences and deportation consequences for my students. My history courses require students to read primary source material and discuss it honestly. Students are graded on their participation in discussions of difficult topics, contested materials, and conflicting interpretations, and they need a classroom where they can do that openly without fear that the student next to them will report them to the UC, which will not stand up for those on campus because it fears the loss of federal funding and could provide students' names to the Administration based merely on student complaints, as occurred at UC Berkeley. Given these circumstances, how can I have students read historical, primary source documents from political groups without having people accuse them of endorsing those groups?

30. Because of these concerns, I decided to request sabbatical for the entire 2025-26 academic year. I am not teaching either "History 113: Histories of Palestine-Israel," or my course on comparative partition. My sabbatical is partial pay, so I have lost income due to my self-censorship. I am frustrated

that I had to consider self-censorship. But at the same time, all the abuse directed at my campus and SJP-affiliated faculty made teaching undergraduates, in the way my discipline demands it, a legally risky endeavor for me, my students, and my university.

31. As stated above, I am afraid to come back from my sabbatical if the Trump Administration's demands are accepted. I fear that I will not be able to teach my courses in the ways that my discipline requires, and I will not be able to safely protest and exercise my free speech rights. My current self-censorship will only be lengthened and worsened by accession to these demands.

32. The Trump Administration's efforts to target the UC system have negatively impacted the educational environment at UC Davis. I feel like I am participating in cowing to the circumstances by refraining from speech on campus. The University of California has a public mission, and we must serve the public. Evading these conversations is a disservice to young people. The Trump Administration's campaign against the UC system has also emboldened private actors to levy physical threats against me that have deterred me from coming to campus. And when we do not have space to work through these issues in the classroom, the only people who feel safe enough to speak are the ideologues.

33. An injunction preventing the government from imposing unlawful conditions on UC funding would enable me to return to campus, perform my job as a professor, and speak more freely. It would allow me to be a faculty advisor for a student group, and it would allow me to teach with a reasonable expectation that my academic credentials will be respected by the university and my government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  2nd   day of October, 2025.

*STACY FAHRENTHOLD*
Stacy Fahrenthold
Professor of History and Middle East/South Asia Studies
University of California, Davis ("UC Davis")

# EXHIBIT A

# Checking In With Chancellor May: Standing Up For Federal Research Funding



*At UC Davis, one of our defining goals is to enable research that transforms lives and communities.*

**To the UC Davis community:**

We are navigating a number of issues that are changing rapidly, often by the day or hour. On Wednesday, I shared some information with faculty and staff after University of California President Michael V. Drake announced a systemwide hiring freeze designed to manage costs in the face of budget uncertainties.

One concern is the proposed 2025-26 California state budget, which calls for a reduction of funding for the University of California.

We are also facing the prospect of significant cuts in federal research funding. On that end, I am working closely with the University of California Office of the President, fellow UC chancellors and organizations like the Association of American Universities to explore and implement legal actions and other responses to these challenges.

Collectively, we are exploring better ways to reach audiences about how the research conducted by higher education connects to a thriving economy, healthier communities and a better understanding of the world. I encourage everyone to find the latest information about how we are managing these issues at the UC Federal Updates website.

At UC Davis, one of our defining goals is to enable research that transforms lives and communities.

Federal funding from the National Institutes of Health, or NIH; the National Science Foundation, or NSF; and other agencies plays a critical role in strategic preparations for the next generation of leaders, innovators and scientists. However, given the ongoing uncertainty with federal support, much of this funding is in jeopardy.

Our researchers are experts like Dr. Stuart Cohen, chief of the UC Davis Health Division of Infectious Diseases, who depends on federal funding for research to help prevent limb loss due to surgical infections. He shares concerns

about the state of federal research funding in our newly launched "From Labs to Lives" website and video series: "Projects like this, which don't have a great commercial impact, can really only be funded by federal agencies," he says in one of the videos.

## A research powerhouse

UC Davis is classified as an R1 research university, which marks those with the highest level of research activity. Out of nearly 6,000 colleges and universities in the nation, UC Davis is one of 187 institutions with R1 designation.

In September, we announced that UC Davis received over $1 billion in research awards for the third consecutive year, surpassing the previous year by $33 million. Fewer than 20 public universities in the United States can make a similar claim.

These numbers reflect how UC Davis is shaping a healthier and brighter tomorrow while supporting $2 billion in California economic activity and nearly 10,000 jobs.

## The potential impact of federal funding cuts

A proposed 15% cap on NIH reimbursement for facilities and administration costs, or F&A, would be devastating, equating to a loss of $70 million in research funding at UC Davis if the rule were applied to this year. And the impact would stretch beyond UC Davis to the research community at large.

I like to use a simple analogy about milk and a refrigerator to explain the relationship between research and F&A. Imagine you visit the grocery store to purchase some milk. The milk itself constitutes your direct cost. However, you also incur indirect costs, such as the refrigerator and the expenses needed to keep the milk cold. These costs include the need for a storage space for the milk, the utilities required to maintain its freshness and someone to monitor and replenish when the product has expired, as well as clean up any milk that spills.

We charge direct costs for the research and indirect costs for research infrastructure expenses, such as buildings, compliance and regulatory staff, computing and utilities. These indirect costs also cover essential staff to ensure safety measures and protections for human and animal research are in place. The university and the federal government both contribute to the indirect costs of doing research.

## From Labs to Lives

"From Labs to Lives" spotlights a wide range of UC Davis researchers who share their work and address why federal funding is crucial for making discoveries.

Dr. Joseph Tuscano, an oncologist from our School of Medicine, is focused on finding breakthroughs for safer and more effective cancer treatments. He says federal funding cuts will "reduce our ability to develop new drugs for these devastating diseases. Potentially, the costs will continue to rise, and more people will potentially succumb to cancer without the development of new drugs."

Rebecca Calisi Rodríguez, an associate professor of neurobiology, physiology and behavior, leads NSF-funded research to understand how chronic stress affects the brain health of parents. By studying the biological mechanisms behind chronic stress, she hopes to find better ways to support positive child development and the well-being of families.

"Government agencies like NIH and NSF, they are the backbone of research in the United States," she says. "If funding is cut, it won't just affect scientists. It will slow down the discoveries that save lives."

Nicholas Pinter, professor of Earth and planetary sciences, focuses on natural hazards and disaster risk reduction at the UC Davis Center for Watershed Sciences. He studies how waterways evolve over time, which can lead to better strategies for floodplain management and protecting vulnerable communities.

"That (NSF) research has been an engine for innovation and economic growth," he says. "And until now, we never thought that things could unwind so quickly … We're looking at the threat of a sudden turning off of that engine."

Stay tuned for more videos featuring our world-class researchers in the coming weeks. If you are a researcher or graduate student interested in being interviewed for this series, please fill out this form.

## Moving forward

We will continue monitoring the federal landscape and stay committed to unlocking advancements for the greater good of our communities and the planet.

Research across the UC Davis campus produces innovations that become the foundation for tomorrow's products, services and businesses. Last fiscal year, researchers generated 140 records of invention, submitted 208 patent applications and secured 109 patents and plant certificates.

Our research will remain at the forefront, contributing to the nation's global leadership in technology and innovation.

We remain committed to collaborating with UC campuses through the UC Office of the President to present a united front against the proposed F&A cuts by NIH and other reductions in federal research funding. Our goal is to ensure that we operate and respond consistently across the entire UC system, providing a unified and coherent approach to these challenges.

Our teams are working tirelessly to share the impact of our teaching and the power of our research with policymakers and other leaders. They are investigating every approach to protect our work and promote the economic and societal good that emanates from our university every day.

For those who would like to be ambassadors for the impacts of federally funded research, the Office of the President has posted an advocacy toolkit related to proposed cuts to NIH funding. The toolkit includes a letter to Congress that you can submit through the UC Advocacy Network, suggested messaging for social media and ways to share the impact of NIH-funded research.

I will continue to provide updates on these many issues as we learn more in the weeks ahead about the proposed state budget and federal research funding. In the meantime, I encourage you all to remain active, continue to ask questions and support one another.

## Condemning hatred

The federal government has recently tied federal funding to expressions of antisemitism on college campuses. Considering this very serious situation, I want to address the campus even more directly on this topic.

In February, we launched celebrations for the 35th anniversary of the UC Davis Principles of Community. Since we adopted those principles in 1990, every year we have reaffirmed the basic tenet: *We affirm the dignity that is inherent in each of us.*

We've received complaints from concerned community members about recent student activities, including the Students for Justice in Palestine demonstration on March 11, and those allegations are being reviewed at the highest level of the university. I want to state as strongly as possible that we will not tolerate hatred against any individual or group, or any activities directed at any individual or group in ways that violate UC policy.

We absolutely condemn any and all forms of violence or calls for violence against individuals or groups. Any individual or group that violates policy will be referred to the Office of Student Support and Judicial Affairs, and individuals will be held accountable for actions found to be in violation of university policy.

In compliance with state and federal laws, UC Davis is committed to providing an environment that is free of discrimination and harassment and where members of the campus community may peacefully exercise their

constitutional right of free expression. Freedom of expression remains a pillar of our democracy, but disregarding policy will not be condoned.

As we welcome spring, we ask each of you to join us in reaffirming and upholding the Principles of Community. Throughout the year, the campus will offer many opportunities to reflect, learn and share in events that encourage reviewing approaches to combating anti-discrimination, upholding free speech and adhering to the laws and policies.

We must honor one another's humanity, even when we don't agree. We must give people the freedom and opportunity to be who they are, authentically. No one should ever fear coming to campus to learn or work. No student, faculty or staff member should make any other Aggie feel unwelcome.

The Principles of Community remind us always to strive to build a community based on mutual understanding and respect, and I encourage you all to stay active in your commitment to those ideals.

**Sincerely,**

**Gary S. May**
Chancellor