1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  AMERICAN ASSOCIATION OF<br>11  UNIVERSITY PROFESSORS, et al., | Case No. 3:25-cv-07864-RFL |
| 12              Plaintiffs, | **DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 13        v. | |
| 14  DONALD J. TRUMP, in his official capacity<br>15  as President of the United States, et al., | |
| 16              Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

I, Rebecca Fielding-Miller, declare as follows:

1. I am an Associate Professor of Public Health and Director of the Health Equity and Global Health Justice Research Group at the University of California, San Diego. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am a social epidemiologist by training and have been at UC San Diego since 2015. My research examines and seeks to address the intersection of race, gender, and economics as structural drivers of health disparities, with a focus on infectious disease and gender-based violence in the United States and southern Africa. I hold a Masters of Science in Public Health in International Health, Social and Behavioral Interventions from the Johns Hopkins Bloomberg School of Public Health, and a PhD in Behavioral Sciences and Health Education from the Rollins School of Public Health at Emory University.

4. In addition to my research, I teach qualitative research methods and an upcoming study abroad seminar on social movements and public health in South Africa. I mentor numerous trainees at the undergraduate, graduate, and postdoctoral level, and conduct K-12 outreach through participatory research with high school students to address environmental health disparities in southern San Diego county.

5. I am a member of the UC San Diego Faculty Association (hereinafter SDFA)

**Awareness of Government Actions**

6. I am aware that President Trump has pledged "to reclaim our once great educational institutions from the radical Left and Marxist maniacs," and that he is being advised by unelected appointees and influencers whose mission is to "dismantle the cathedral" of higher education across the board. I am aware that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, including healthcare for transgender children, research that seeks to understand and address racial health disparities, masking to reduce the spread of COVID-19 in public spaces, and climate change.

7. I am aware that on or around July 30-August 1, the Trump administration suspended more

1

DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

than $500 million in federal funding for the University of California, Los Angeles (UCLA). It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

8. It is also my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands affecting the rights of those on campus, including making it known to the broader community that transgender students, staff, and faculty are "not welcome", providing personal information about faculty, staff, and students, attempting to screen international students for "anti-Western bias", and targeting diversity, equity, and inclusion efforts. Specifically, I am aware that the Trump administration issued a demand letter to the UC that reportedly includes these and other demands, although a copy of the demand letter has not been publicly shared.

9. I also understand that the Trump administration has threatened to cut more federal funds from the UC if it does not comply with the administration's demands.

10. I understand the Trump administration is engaging in other investigations targeting the UC system, and has indicated that if the UC does not agree to implement the administration's demands throughout the UC system as a whole, all of the UC's federal funding will be at risk.

11. I am aware that the Trump administration has previously targeted other universities with similar threats and demands. I understand the administration cut hundreds of millions and in some cases billions of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations.

12. I am aware that the administration's demands to targeted universities have included significant financial payouts to the federal government, as well as various restrictions on academic freedom and other forms of campus speech. For example, I am aware that the Trump administration has

2

DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF         Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  targeted international students for harassment and deportation, demanded that Columbia place the Department of Middle Eastern, South Asian, and African Studies under receivership, pushed for mask bans, demanded that Harvard provide for "viewpoint diversity" among its faculty members and discontinue any practices that the Trump administration perceives to be connected to DEI principles.

13.  The actions that the administration has taken against other universities gives credibility to the administration's threats against UC, and causes me to expect that those threats will be carried out against UC campuses, systemwide, unless enjoined.

14.  The demands the administration has made to the Regents with respect to UCLA and other universities strike at the very core of academic freedom and free-speech principles.  In my view, a fundamental purpose of my job as a researcher, a scientist, and educator is to learn about the world around us and describe it accurately, to teach my students to do the same using correct language, and to foster critical thinking and discovery that will improve the health and wellbeing of people around the world. Universities exist to explore ideas, even when those in power in any given moment find those ideas uncomfortable or frightening.  University faculty, researchers, and other academic staff cannot serve this function if they believe that they, their colleagues, or their institutions will be targeted because they seek to understand topics that the administration disfavors.

15.  I understand that Columbia, Brown, and the University of Pennsylvania have nevertheless entered into agreements with the Trump administration to resolve the administration's investigations against them, and that these agreements contain some of the terms that the Trump administration has demanded of UCLA, and apparently intends to demand of other UC campuses as well.  For example, I am aware that Columbia agreed to pay $200 million to the federal government, conduct a review of the MESAAS Department, hire faculty in certain subject areas that the Trump administration deems favorable, and restricted public masking.

16.  From my perspective, it appears the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities.

### Chilling Effects of the Trump Administration's Threats to the UC

17.  I study racial and gender health disparities, including gender based violence, COVID-19

3

DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF   Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

vaccination behaviors, and refugee health. My qualitative research methods course uses an explicitly anti-racist, feminist pedagogy, and I have received an anti-racist pedagogy fellowship and awards celebrating my mentoring approach that explicitly centers diversity, equity, and inclusion of first generation and historically minoritized trainees. In March of 2025, my research grant REMAP – "Restoring Equity to Measuring and Preventing Perinatal Intimate Partner Violence" – was terminated due to its purported focus on "amorphous equity objectives." In November, 2024 I submitted a grant titled "Students Advocating for Social Equity in Analysis" to develop vaccine communication materials with young people and reduce Hispanic health disparities in the San Diego border region. While it received a fundable score, I have not received a final decision. I am not hopeful about its prospects, in light of the funding cuts and demands the Trump administration has made to UCLA, which I fear will be applied to other UC campuses as well. Unless those actions are enjoined, I will be severely restricted in my ability to continue my published research, which includes studies of masking to reduce COVID-19 health disparities in low-income elementary schools, critical consciousness in gender-based violence interventions, gender justice and empowerment in violence research.

18. I am also aware that members of the Trump administration have called upon private citizens to report on faculty, students, and coworkers expressing disfavored views.

19. As a result of the Trump administration's demands and credible threats against the UC, I have significantly modified my online presence to protect my students and trainees. I have engaged in several media interviews in which I described how research related to disfavored topics is being terminated, defunded, or removed from consideration. These interviews include my frank assessment of the negative impact this will have on the health of racial and gender minorities. In the wake of these interviews, I have advised students who are not US citizens, or who have families that are not citizens, that they may want to remove any connection to me from their online profiles, including LinkedIn or university descriptions. I have also deleted the "about our team" page of my personal website to minimize the potential risks of being associated with me.

20. I believe it is possible that if I use language that accurately describes my work I will be targeted by the federal government for grant terminations, and I will no longer be able to receive future grants from the NIH or other federal agencies. I have also significantly revised my language in grant

applications and publications. After completing a recent grant application, I then went back through the document to check for and change any 'disfavored' language. For example, on my CV, an "anti-racist pedagogy fellowship" was changed to read "universal design fellowship". My job title was amended from "Director, Health Equity and Global Health Justice Research Group" to "Director, Global Health Research Group." In one particularly annoying example, the phrase "health disparities" – a specific term with a robust field of scholarship - was modified to read "community health differences" – a made-up-in-the-moment term meant to signal the accurate language without falling afoul of automated censorship screening. A colleague's expertise in intersectional drivers of gender-based violence risk among men who have sex with men (all specific technical phrases with specific technical meaning) was rephrased as "people who simultaneously experience many different structural obstacles to pursuing good health" and "forms of violence associated with sexuality".

21. I have received communications from University administrators requesting faculty to refrain from speaking to media without direct oversight, and I am concerned that if I exercise my constitutional right to speak frankly in commentaries or media interviews, the UC may choose to share my personal information with the federal government, resulting in risks of harm to myself. I am further concerned that if I speak up, the government may seek to retaliate against my colleagues in the school of public health, just as the government has already targeted specific academic departments, often singling out women and people of color in academic leadership. I also think it is very likely that if I am targeted by the federal government, the University will not protect me because of fear of additional retaliation by the federal government.

22. I intend to continue censoring my speech because if I do not, the Trump administration will follow through on its threats terminate, refuse to fund, or remove from review the grant research that I rely on to fund my own salary and the salaries of the staff and students who rely on these funds for their livelihoods. I am also extremely concerned about the potential impact of my speech on trainees, staff, and colleagues whose immigration status, race, and/or gender put them at increased risk of government retaliation and public doxxing and harassment.

23. I am not alone in having these fears. In the months since the current federal administration began targeting the UC, I have noticed a distinct change of atmosphere on campus.

1. Faculty speak openly of "scrubbing", "cleaning", or "sanitizing" their work – and I find this language particularly chilling in public health and medical research, given its echoes of our field's history of providing pseudo-scientific rationales for eugenic policies in the not very distant past. Colleagues have widely circulated tools to automatically censor scientific products and have been warned to ensure that scientific papers have 'bland' titles that will not trigger additional review at the federal level.

24. These impacts have been even worse for my colleagues without tenure, as well as my graduate and undergraduate students. I have spent significant time with trainees who are not US citizens making safety plans for themselves and their dependents if the administration decides to arbitrarily terminate their student visas. Early career researcher trainees now must not only learn to write their first federal research application – an incredible challenge at the best of times – but how to write it twice: Once for clear ideas and scientific rigour, and a second time, reviewing to ensure it will make it past government censorship. This work of creating protocols and shadow protocols is a significant burden, creating twice the level of effort.

25. A court order preventing the government from imposing conditions on UC funding that would restrain and chill campus speech would enable me to speak more freely.

**Impacts of Recent Funding Cuts at UCLA**

26. I fear that the federal government's targeting of the UC will immediately and severely impact my ability to attract talented graduate students to support my work, and my Department's ability to attract talented faculty to join our Department. I cannot in good conscience recruit graduate or postdoctoral trainees to our university while the threat of grant freezes or terminations is a real possibility. I have had multiple conversations with prospective graduate students warning them that the uncertain funding climate presents a very real threat to their financial security, and to consider remaining in their current place of employment until the uncertainty has resolved. This causes tremendous harms to me in my work, as I cannot successfully pursue my research without skilled graduate students and knowledgeable colleagues. Moreover, the reputational damage of capitulation would likely impact my ability to recruit high quality trainees for years after the event itself.

**Impacts of Threatened Federal Funding Cuts**

27. I rely on federal funding to perform research that is central to my career. The prospect

that I will lose my federal funding is of enormous concern to me.

28. Specifically, as a "soft-money" faculty member, I must raise approximately 70% of my salary through external funding, most typically federal grants from the National Institutes of Health. Since August 8 I have submitted two NIH grants, in addition to the currently pending grant discussed in paragraph 17. The first grant, submitted on September 7, is a training grant (R25 mechanism) focused on scientific writing training for postdoctoral trainees who seek to address HIV risk and treatment through community engaged science for 5 years. The second, also submitted on September 7, is an exploratory research grant (R21) to study the associations between cardiometabolic disease and HIV medication adherence and disease progression. The latter R21 grant would provide a doctoral student with two years of financial support while she conducts and defends her dissertation research. Each of these grants represents hundreds of hours of effort and is the culmination of years of cultivating collaborations, pilot projects, and developed expertise and explicitly addresses the mission of the National Institute of Mental Health (R25 submitted on September 7), National Institute of Diabetes and Digestive and Kidney Diseases (R21 submitted on September 7), and the National Institute on Minority Health and Health Disparities (R21 still under review with priority score as of July 31).

29. More generally, progress in public health depends in large part on federal funding. The National Institutes of Health (NIH) funds $47 billion in scientific research annually – 25 times the investment of the world's next largest biomedical and health research funder. The large majority of University faculty working in the health sciences are also "soft money" and depend on successfully securing NIH grants for large parts of their livelihood.

**Additional Harms Resulting from Defendants' Actions**

30. As noted above, I understand that the Trump administration has threatened to terminate more federal funding to the UC system unless the UC pays the government more than $1 billion and acquiesces to a host of oppressive demands. Specifically, I understand that the administration has demanded that UCLA implement:

    a. Changes to protest rights, including prohibiting demonstrations in certain areas at UCLA; prohibiting overnight demonstrations; and prohibiting demonstrators from wearing masks

7

DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

      b. Changes regarding international students, including sharing disciplinary records of international students; implementing policies to ensure UCLA does not recruit or admit international students who are "likely to engage in anti-Western, anti-American, or antisemitic disruptions or harassment" and trainings to "socialize" international students

      c. Cooperation with local and federal law enforcement, which includes immigration authorities

      d. Review of policies and programs relating to DEI, including faculty hiring, retention and promotion, curricular changes, and recommendations for restructuring

      e. Provide the federal government access to and ability to review a wide variety of records

      f. Changes to admissions, including elimination of race- or ethnicity-based scholarships, use of any "proxies" for race, and a bar on references to race in admissions materials

      g. Changes to policies affecting transgender individuals, including public statements refusing to recognize transgender people's gender identities, rescinding any guidance allowing equal participation in UCLA sports, rescinding previous awards to transgender athletes, barring gender-inclusive and gender-appropriate use of campus facilities, and limiting access to care for transgender minors who receive medical care through UC

31. I understand that there are other pending investigations against the UC system as a whole and against specific campuses related to the administration's allegations of antisemitism, their ongoing goal to eliminate so-called "woke" and "DEI" policies and their (scientifically inaccurate) executive order attempting to erase the existence of my transgender students, colleagues, and friends. I understand that the Trump administration has threatened to impose these same actions UC-wide.

32. I understand that the UC is negotiating with the federal government to try to settle pending charges and investigations.

33. I understand that, in what seems to me like an effort to appease the Trump administration, the UC has already taken steps that are inconsistent with its past practices, and those actions have the potential for direct harm to my students and myself. Most concerning is Berkeley's disclosure of 160 faculty names, and my understanding that my own University, and I understand that UC San Diego has

8

DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF     Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

also provided the administration with the names of faculty, staff, or students, without notifying those individuals that this has occurred. Specifically, I am concerned that providing these names and personal details to the federal government carries ask of retaliation, particularly for my trainees and colleagues who are not US citizens. I am also concerned how sharing these details may impact my own ability to secure federal funding in the future, given that there seem to be new layers of 'administrative' review of scientific grants post peer review that primarily focus on compliance with Trump administration's policies and preferences.

34. If the UC capitulates to the Trump administration's demands, I will suffer additional irreparable harm. As a researcher who focuses on HIV, gender-based violence, and health equity, the appointment of outside academic monitors would significantly inhibit my ability to freely speak about and research the root causes of these issues, such as racism, transphobia, colonialism, and misogyny. My ability to continue my international collaborations will also be significantly hindered, particularly my ability to recruit trainees and collaborators from southern Africa. I do not feel it is ethical to require any international student or trainee to participate in "trainings to socialize international students to campus norms" as a requirement of working with me at UC San Diego. The transphobic and racist environment that appeasement would create would also significantly hinder my ability to recruit graduate students or postdoctoral fellows who are people of color, gender nonconforming or both. I strive to conduct research with communities who experience health disparities in collaboration, not on them as guinea pigs. I am always mindful as a professor at a public university who conducts research with federal grants that I have a responsibility to do my job to the best of my ability as a steward of public tax dollars. If my university becomes inhospitable to the communities which I have built a career trying to serve, I will not be able to do my job well in a way that meets my obligation as a scholar at a public university.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of October, 2025 in San Diego, California.

Signed: *Rebecca K. Fielding-Miller*
Rebecca Fielding-Miller
Associate Professor, UC San Diego
Director, Health Equity and Global Health Justice Research Group

9

DECLARATION OF REBECCA FIELDING-MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL