# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>Defendants. | Case No. 3:25-cv-07864-RFL <br><br>**DECLARATION OF DAVID GONZALEZ** |

I, David Gonzalez, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am employed as an assistant project scientist at the University of California, Los Angeles (UCLA) in the Division of Cardiology at the David Geffen School of Medicine. I was appointed as an assistant project scientist in July 2025. I was previously employed as a postdoctoral scholar in the Division of Cardiology since July 2019.

4. I hold a B.S. in chemistry as well as a M.S. and Ph.D. in atmospheric and oceanic sciences from UCLA. My work focuses on understanding the health impacts caused by wildfires. Very few researchers have expertise in both atmospheric science and biomedical research, which makes me uniquely positioned to conduct this interdisciplinary research.

5. I am a member of UAW Local 4811.

6. In 2022, I applied for a K99/R00 Maximizing Opportunities for Scientific and Academic Independent Careers (MOSAIC) grant ("MOSAIC Grant"). The MOSAIC Grant was awarded by the National Institute of Environmental Health Sciences (NIEHS), a division of the National Institutes of Health (NIH). The MOSAIC program is intended to help promising scientists from a wide range of backgrounds, including from disadvantaged and underrepresented backgrounds, to establish their independent research careers.

7. The MOSAIC grant is highly competitive and involves a rigorous application process. I completed the grant application according to instructions provided by the NIH and submitted the application through the UCLA Office of Contract and Grant Administration, with approval from a sponsoring mentor and my academic department. My application was approved on August 11, 2023 (Award Number 5K99ES034819-02). In connection with the award, I received career development support from the American Association of Medical Colleges (AAMC) MOSAIC Program.

8. The project title for my grant is "Impact of Biomass Burning Aerosol and Humic-like Substances on Iron Homeostasis and Atherosclerosis." The purpose of the project was to study if and

how inhalation of biomass burning aerosol found in wildfires impacts iron metabolism and cardiovascular disease. The ultimate goal of this research is to inform strategies, interventions and policies to protect human health against wildfires, which have occurred with rising frequency and intensity in California and elsewhere.

9. The MOSAIC Grant is multi-phase grant. The first phase of the grant, called the "K99 phase" is for two years. I was awarded a budget of $195,092 for the period of August 14, 2023 to July 31, 2025. From this amount, $75,000 per year funded my salary, while the remaining funds covered my fringe benefits, research supplies, and other costs to support my work. During the duration of the grant, at least three-quarters of my salary was funded by the MOSAIC Grant.

10. The initial two-year phase of the grant, the K99 phase, is intended for mentored postdoctoral research. While the K99 phase has a two-year duration, it is eligible for an additional one year "no-cost extension," which is non-competitive. Following the K99 phase, the recipient may transition to the "R00 phase," which provides an additional three years of funding. The transition to the R00 phase is contingent upon securing a faculty position. This funding structure is designed to help researchers launch an independent career.

11. On April 3, 2025, I received an email from AAMC notifying me that the NIH was terminating the MOSAIC Grant program. The email stated that there was no other information available about the details or timing of the termination, but that we could for now continue with our activities under the grant. Around the same time, I read in the news that the Trump administration had terminated the program because it was considered a "DEI-related" program. I was devastated, as I depended on the MOSAIC Grant to perform my research, and my future career prospects were also closely tied to the grant.

12. Before the termination was announced, I had planned to apply for the no cost one-year extension of the K99 phase. I was unable to submit the application because the program had been eliminated. On June 23, 2025, a Massachusetts District Court ruled that many NIH grant terminations, such as those considered to be "DEI-related," were unlawful. The court decision specifically listed my grant (5K99ES034819-02), as one of the grants that was unlawfully terminated. I was hopeful that my

DECLARATION OF DAVID GONZALEZ    Case No. 3:25-cv-07864-RFL

grant and my career plans had been restored. However, my inability to apply for an extension of the grant resulted in a gap in funding.

13. Postdoctoral scholar appointments are strictly limited to a maximum of six years. On July 1, 2025, I transitioned from a postdoctoral scholar to an assistant project scientist position, because I reached my six-year limit. Although I remained employed in the same department, my eligibility for the MOSAIC Grant was tied to my status as a postdoctoral scholar. I therefore stopped receiving the grant funds on July 1, 2025 and stopped work on the project. The two undergraduate research assistants who were previously working with me were also forced to leave the project.

14. It is my understanding that I remained eligible for a one-year extension under my new job title. Although this gap in funding was difficult, I was hopeful that I would be able to continue with my project as planned for an additional year as an associate project scientist and seek a faculty position with the three years of funding I was still eligible for in the R00 phase.

15. On August 1, 2025, I received an email from the Senior Director of the UCLA Office of Contract & Grant Administration informing me that UCLA had received a suspension notice from NIH-NIEHS for my MOSAIC Grant. The email instructed me to "immediately stop incurring costs/expenditures on the grant(s) referenced above effective July 31, 2025." I am aware that in addition to my own grant, the Trump administration froze more than $500 million in federal funds to UCLA around the same time, which affected many of my colleagues. The August 1 email confirmed that the suspension of my grant was part of this mass suspension of funding to UCLA by the Trump administration. The email stated: "We are saddened that this has happened and echo the sentiments expressed in the recent communications from Chanceller Frenkand Vice Chancellor for Research Wakimoto. Campus leadership is actively engaged in working to resolve these issues." With the suspension of my MOSAIC Grant, I again lost the ability to seek the additional year of K99 phase funding, as well as the opportunity to seek three years of funding in the R00 phase.

16. Following a recent court decision, I am aware that NIH grants to UCLA have been restored, at least for now. However, I continue to be harmed by the ongoing uncertainty surrounding the grant. After experiencing the threatened cancellation of the MOSAIC program and the suspension of my grant, I fear that I will not be able to obtain an extension. I also fear that I will lose the

opportunity to activate the three-year R00 phase, which greatly diminishes my prospects of obtaining a faculty position. Researchers who have already secured guaranteed funding, such as an R00 grant, are much more likely to be hired as faculty.

17. Since July 1, 2025, my appointment has been reduced from 100 percent to 50 percent, effectively halving my salary. I am a co-principal investigator on another grant that is funded by the State of California. My co-principal investigators on that grant have graciously used some of their own funds from the grant to sustain my 50 percent appointment. However, this significant reduction in compensation has resulted in financial hardship and forced me to seek alternative employment.

18. The premature end of my project has also prevented me from completing my research. Much of the work I have already performed may go to waste. For example, we spent significant time performing petri dish cell culture work, which we planned to move into animal subjects. The project was suspended before the animal phase could begin, so we were not able to obtain the research results that the experiment was designed to produce. If I am not able to receive funds from the MOSAIC Grant in the future, more work will be lost. Without complete research results from my project, my career prospects are further irreparably harmed, because I will be unable to generate the publications or the demonstrated research output necessary to advance my career. If I am unable to continue this work, and if additional federal funds are withheld from myself and my colleagues, I am also concerned that the public will be deprived of potentially life-saving research.

19. I now doubt that I will be able to pursue my dream of having an independent research career. Following the suspension of the grant, I was forced to spend significant additional time inquiring about the status of my funding, searching for alternative funding sources, and trying to figure out how to pay my bills. As a result, I have been unable to focus on my research or on other tasks that would help prepare me to eventually obtain a faculty position. Further, in order to transition to the R00 phase, the recipient has to obtain a faculty position within one year after completing the R00 phase. I have been unable to fully invest in preparing for a R00-funded faculty position, because I do not know that the funding will even be available in the future. By the time there is more certainty, it may be too late. Following the suspension of my grant, I feel that my career has been derailed.

20. Furthermore, I am aware that the Trump administration has taken a series of actions to try to remove diversity, equity, and inclusion ("DEI") programs from university campuses. I am also aware that the Trump administration is reportedly demanding, as a condition of restoring suspended federal funds to UCLA, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands, including the elimination efforts to improve diversity, equity, and inclusion on campus. The MOSAIC Grant that I received was deemed by the Trump administration to be "DEI-related," and the MOSAIC program was to be terminated for that reason. I now fear that my receipt of that grant will be a black mark on my career. If the UC gives in to the administration's demands related to DEI, I am concerned that the UC may not want to hire me for a faculty position. Despite my significant research accomplishments and expertise, the Trump administration has already linked my career to "DEI" and my potential candidacy may be disfavored on that basis.

21. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 2nd day of October, 2025.

*/s/ David Gonzalez*
David Gonzalez