UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF DEBORAH GOULD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Deborah B. Gould, declare as follows:

1. I am a Professor of Sociology at the University of California, Santa Cruz (hereinafter "UCSC"). I am Co-Chair of the Santa Cruz Faculty Association (hereinafter "SCFA"). I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. SCFA is an independent union consisting of approximately 275 dues-paying members and is the exclusive bargaining representative of all UCSC Academic Senate faculty. SCFA is separate from, but partners with the UCSC Academic Senate and strengthens the promise of shared governance by backing it with the power of collective bargaining. SCFA advocates for faculty rights and welfare and believes that higher education is a social good that deserves robust public funding.

4. SCFA is certified as a labor union under California law with the exclusive legal right to bargain with the UC on behalf of its members over UCSC Academic Senate faculty's terms and conditions of employment. This includes the right to bargain with UC over access to and movement within the UCSC campus to communicate with UCSC faculty the union represents, distribute literature, investigate workplace conditions, assess contractual and statutory compliance, and voice the union's and its members' concerns about working conditions, among other issues.

5. Core missions of SCFA include protecting and enhancing the academic freedom, independence and security, professional development, rights of free speech and association, and the terms and conditions of employment of its members through good-faith bargaining with UC. Likewise, SCFA works to inform its members of their rights and to protect their opportunities for career advancement, access to research opportunities, and freedom from discrimination.

6. Faculty at UCSC, myself included, are well aware of actions that the Trump administration has taken against UC, including announcing on March 10, 2025 investigations into alleged anti-Semitic activities at UC Davis, UC San Diego, UC Santa Barbara, and UC Berkeley (and other universities), in which the administration threatened enforcement actions if these campuses did not fulfill their obligations under Title VI of the Civil Rights Act to protect Jewish students. The administration's actions of which we are well aware also include the grant cuts, extortionate demands,

1

1  and threats that the Trump administration made to UCLA in July and August, 2025. We are also well aware that the administration has asserted its intent to extend those actions against the other campuses in the UC system, including UCSC.

7. SCFA is aware that the demands made of the UC system are vaguely defined but include mandates restricting certain protest activities, sharing personal data with the federal government, denying access to gender-affirming care, implementing regulations that discriminate against transgender and non-binary people, requiring review of programs that promote "Diversity, Equity, and Inclusion" ("DEI"), and appointing a monitor to ensure that these demands are met.

8. SCFA is aware that the Trump administration has similarly threatened other universities and has followed through on its threats by pulling federal funds from Harvard, Columbia, Brown, the University of Pennsylvania, and elsewhere, and demanding suppression of disfavored views on those campuses. These actions against other universities have made SCFA aware that the Trump administration's threats against UC are credible and likely to be acted upon.

9. SCFA is aware that members of the Trump administration have called upon private citizens to "report" on faculty, students, co-workers expressing disfavored views. Private citizens and organized groups have already been emboldened by the Trump administration's demands, threats, and actions and have accordingly harassed UCSC faculty for teaching certain topics, such as Israel/Palestine.

10. SCFA is also aware of University of California, Berkeley's ("UC Berkeley") recent disclosure to the U.S. Department of Education of the personally identifying information ("PII") of 160 faculty, staff, and students who have "a potential connection to reports of alleged antisemitism." SCFA members have asked SCFA leadership if UCSC similarly has shared PII with the U.S. Department of Education and have expressed concern that UCSC will do the same, even though disclosures of PII in a Title VI investigation—designed to determine whether the university itself is in compliance with Title VI's nondiscrimination mandate—are, in my view, unnecessary and threatening to the work of our members and the university. SCFA members are also concerned that they will be monitored and punished by the federal government, or UC or UCSC in an effort to appease the federal government, for engaging in politically protected sensitive speech.

11. The Trump administration's threats to take similar actions against other UC's—which

2

1  includes UCSC—has caused palpable and irreparable harm not only to SCFA members, but to SCFA itself.

2  12.   Anticipating and/or responding to the threats and demands of the Trump administration directed against UC campuses has exacerbated and intensified SCFA's concerns arising from the administration's earlier actions against other universities, and has forced SCFA to divert attention and resources away from its core mission and activities articulated above, including SCFA's ability to protect and enhance its members' terms and conditions of employment.

13.   For example, SCFA has been forced to disrupt, delay, and reduce its essential advocacy work regarding the campus's budget cuts and their effects on members' workload, and instead intensify devoting scarce resources to advocating for the academic freedom of its members, including opportunities to seek or continue unrestricted research, teaching, and publishing consistent with scientific and academic norms; advocating for UC to enter into mutual academic defense compacts in defense of academic freedom, free expression, institutional integrity, and the research enterprise; supporting and advocating for its international members and international students who fear arbitrary detention and deportation; holding workshops for and informing its members about faculty rights if Immigration and Customs Enforcement ("ICE") were to come to their classroom or office; investigating the effects on members facing federal grant terminations; and investigating and advocating to protect the privacy and due process rights of our members who have "a potential connection to reports of alleged antisemitism" and are thus at risk of UC producing and delivering their PII to the U.S. Department of Education.

14.   SCFA is concerned that its members will suffer irreparable harms to their freedom of speech and academic freedom if the UC leadership accedes to the Trump administration's demands. The demand letter to UC has not been publicly disclosed. Although the content of some of the included demands has been publicly reported, the full scope of the demands is not clear, and there is much discussion and speculation about the extent of those demands. The very fact of unknown demands has created an atmosphere of fear on the campus, causing SCFA members to be concerned that some students will feel emboldened to report them merely for comments that they say in class, resulting in surveillance or punishment from government officials and/or UCSC administrators.

15.   SCFA also fears that UC acquiescence will subject its members to federal investigations

3

DECLARATION OF DEBORAH GOULD IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

and punishment by government officials merely for exercising their rights to protest and to speak freely. The Trump administration is demanding that the UC increase its control of speech on its campuses, partly by increasing the monitoring of speech that the Trump administration considers offensive. SCFA fears that this could expose alleged "offenders"—including UCSC students and faculty engaged in non-violent free speech—to federal prosecution. Thus, SCFA expects and intends that we will have to become extremely careful and circumspect when planning public speech and protests, which efforts will reduce the time and resources we have to spend on what we should be doing—advocating for our members' normal terms and conditions of employment, without regard to federal threats and demands.

16. SCFA is concerned that any settlement that UC enters into with the Trump administration would violate the long-established Academic Personnel Manual (APM), Campus Academic Personnel Manual (CAPM), and the Faculty Code of Conduct, where proper procedures for investigating allegations of discrimination and other wrong-doing are delineated. The UC system has developed fair procedures for resolving problems between individuals on campuses, but those procedures are at risk of being ignored and replaced by federal government diktats.

17. SCFA is concerned that UC acquiescence to the Trump administration's demands would result in less freedom of expression for its members, inside and outside of the classroom. SCFA is also concerned that it would result in less freedom to conduct research on topics of one's choosing, less freedom to determine how to conduct research, and less financial support to conduct research of any type that might run afoul of the Trump administration's ideologies and prejudices.

18. SCFA is concerned that any settlement with the Trump administration will undermine the bargaining relationship between SCFA and UC, as well as the decades-long relationship between UC and SCFA's sister faculty associations on the other nine campuses. Agreeing to the demands would require UC to unilaterally adopt policies in violation of their duty to bargain with SCFA.

19. SCFA also fears that any acquiescence to the Trump administration's demands will undermine the systems of co-governance that regulate academic affairs at UCSC and across the UC system. UC is supposed to operate through a system of shared governance where administrators and faculty through the Academic Senate jointly govern the university. But in the current moment, UC leadership has largely circumvented the Academic Senate, for fear of incurring the wrath of the Trump

4

administration. For example, while the administration is in possession of the Trump administration demand letter sent in August, it has not shared that letter with the Academic Senate. The Academic Senate has also been left out of any discussions on funding cuts or the sharing of faculty names with federal officials. This unilateral decision-making threatens shared governance, a vital institution that has served UC faculty and the UC system as a whole for decades.

20. The fears and concerns noted above pose great harm not only to UCSC students and faculty, but to the SCFA itself, as they diminish SCFA's credibility and authority to successfully represent and advocate for its members. SCFA's concerns about imminent, irreparable harm posed by the Trump administration's threats and demands are based on the material harms that the organization and its members have already experienced due to the Trump administration's actions. Operating SCFA is a labor-intensive effort carried on by volunteer officers with full teaching and research loads. The Trump administration's notice of investigating four UC campuses and its actions against UCLA have required SCFA board members to attend many exhaustive meetings in an effort to support our members in the face of those very threats.

21. In the wake of the Trump administration's attacks on the UC system, SCFA has had to reduce its attention to key issues it had been working on, including addressing UCSC's budget crisis and consequent budget cuts, the reduction in the size of UCSC graduate programs, faculty workload increases, skyrocketing healthcare premiums, and the housing crisis that many of our members (and students) face.

22. Indeed, SCFA's efforts in response to the Trump administration's funding restrictions, demands, and threats have prevented SCFA from being able to devote its full resources to serving its core mission of advocating with UC for improvements in the working conditions of its members, as articulated above.

23. Subsequent to the Trump administration's targeting of UCLA, SCFA leadership has experienced hesitancy, even self-censorship, in statements it has issued, to protect its members and the campus. For example, SCFA leadership has been reluctant to raise politically sensitive issues for fear that such discussion could draw unwanted attention to UCSC from the Trump administration.

24. One of the Trump administration's demands imposed on UCLA, which SCFA fears could

5

be directed at UCSC as well, is restrictions on protest activity on campus. But SCFA has the exclusive legal right to bargain with the UC regarding the local implementation of time, place, and manner speech restrictions, and the location of union protests. These rights are not the University's to give away. Yet the Trump administration's threatened demands that UC unilaterally impose new restrictions on access and protest activity would deny SCFA's right to negotiate such matters directly with UC, free of federal interference.

25. An additional harm to SCFA from the Trump administration's actions taken against UCLA—and threatened against all UC campuses including UCSC—is that the UC administration has suggested that reduced funding from the federal government could affect UC's financial well-being and accordingly result in any number of adverse actions to SCFA members, including hiring and salary freezes as well as other budget reductions, and in the worst-case scenario, shuttering the UCSC campus. This harms not only SCFA members, but SCFA itself, because SCFA's standing and reputation with its members depends on its ability to defend and enhance members' terms and conditions of employment.

26. SCFA would also be irreparably harmed if, in response to the Trump administration's demands and threats, the University imposes policies defining "sex" or "gender" in ways that deny transgender/non-binary members' identities and make them unwelcome in the workplace, as would the imposition of new restrictions on transgender/non-binary employees, such as restrictions on restroom access. These policies are contrary to SCFA's mission to protect and improve the working conditions of its members, and losing those protections harms not only faculty and students but diminishes SCFA as well.

27. In my capacity as a faculty member and as SCFA co-chair, I have heard UCSC colleagues express fears about teaching, doing research, speaking out, and engaging in protest in this environment where the UC system is being threatened by the Trump administration. I have also heard from members that some departments at UCSC have been told by UCSC administrators to alter the language of their job ads—removing words like "justice," "equity," "diversity," "feminist," "LGBTQ," "Black," "anti-racist," "oppressed," and "underrepresented"—so as not to draw negative attention from the Trump administration, an example of censorship being imposed on SCFA's members as a result of the Trump administration's threats against UC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  4th   day of October, 2025 in Santa Cruz, California.

Signed: *Deborah B. Gould*

Deborah B. Gould
Professor and Chair, Sociology Department, UCSC
Co-Chair, UC Santa Cruz Faculty Association