UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF YOGITA GOYAL** |

I, Yogita Goyal, declare as follows:

1. I am a Professor in the department of English and the department of African American Studies at the University of California, Los Angeles ("UCLA"). I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I have been a professor at UCLA since 2003. My research focuses on race and postcolonialism, with a special emphasis on African American and African literature from the nineteenth century to the present. I hold a PhD in English and American literature from Brown University.

4. In addition to my research, I teach courses on slavery and migration, refugee literature, African diaspora literature, and postcolonial theory, serve as a member of the legislative assembly of the academic senate, and am a representative for the faculty executive committee of UCLA college.

5. I am a member of AAUP, the UCLA Faculty Association, and CUCFA.

6. I am aware that President Trump has pledged to exert control over universities in the United States and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, such as "woke gender ideology" and "the green new deal," among others.

7. I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for UCLA. It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

8. It is also my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands affecting the rights of those on campus,

including that UCLA end the use of scholarships based on race and ethnicity and review policies and programs related to diversity, equity, and inclusion efforts. Specifically, I am aware that the Trump administration issued a demand letter to the UC that reportedly includes these and other demands, although a copy of the demand letter has not been publicly shared.

9. I also understand that the Trump administration has threatened to cut more federal funds from the UC if it does not comply with the administration's demands.

10. I understand the Trump administration is engaging in other investigations targeting the UC system, and has indicated that if the UC does not agree to implement the administration's demands throughout the UC system as a whole, all of the UC's federal funding will be at risk.

11. The demands the administration has made to the Regents with respect to UCLA and other universities strike at the very core of academic freedom and free-speech principles. In my view, the fundamental purposes of a university include allowing researchers to pursue ideas even if they are unpopular, supporting students of all backgrounds, and enabling social mobility. It is also crucial to the educational mission of the university that the university make space for students to express their ideas without fear of official sanction. This is particularly true for departments like the department of African American Studies, which I am a part of, that teach about the history of protest movements and were founded because of such movements. University faculty, researchers, and other academic staff cannot serve these functions if they believe that they, their colleagues, or their institutions will be targeted because they express views or research topics that the current administration may deem unfavorable.

12. I study race and postcolonialism, with a special emphasis on African American and African literature from the nineteenth century to the present.

13. I teach courses on African American and postcolonial literature such as "Anticolonialism as Theory," "Black Revolutionary Drama," "Slavery and Black Women Writers," and "Exiles, Migrants, and Refugees," which cover topics such as Black Nationalism, the afterlives of slavery and colonialism, American literature on the border, Palestine literature, and the revolutionary movements of the 1960's.

14. I understand that the Trump administration disapproves of my areas of teaching and scholarship because of public comments by administration officials opposing vague concepts such as

"woke," "anti-western," or "anti-American" teaching. I further understand that funding cuts targeting my areas of study and many others have followed from these statements.

15. I am also aware that members of the Trump administration have called upon private citizens to report on faculty, students, and coworkers expressing disfavored views.

16. As a result of the Trump administration's demands and credible threats against the UC, I have refrained from publicizing information about the content of the courses I teach. Alongside other faculty on campus, I have refrained from advertising events relevant to my scholarship and teaching because of these threats. I am considering no longer allowing my class to be recorded because I fear that such recordings could be used to target my classes and my areas of study for repression.

17. As a further result of the Trump administration's demands and credible threats against the UC, I have changed how I approach organizing academic conferences. For an upcoming conference on UCLA's campus, I decided not to invite a certain scholar that I otherwise would have invited and not to include certain scholarship that I otherwise would have included. Additionally, I am considering not holding the annual Association of Postcolonial Thought conference, which I organize, and which was scheduled to be held at UCLA in 2026.

18. I am afraid that if I am targeted by the federal government or third parties emboldened by the administration's rhetoric, the University will not protect me because of fear of additional retaliation by the federal government.

19. I intend to continue these acts of self-censorship because I am afraid that, if I do not, the Trump administration will be more likely to follow through on its threats to terminate millions or potentially billions in federal funding to the UC in an effort to impose oppressive policy changes that will harm me and other members of the UC community, or that the UC will take adverse action against me in an effort to appease the Trump administration.

20. As noted above, I understand that the Trump administration has threatened to terminate more federal funding to the UC system unless the UC pays the government more than $1 billion and acquiesces to a host of oppressive demands. Specifically, I understand that the administration demanded that UCLA cease the use of race-based admissions (which UCLA already has done in compliance with Proposition 209), as well as any "proxy" for race in admissions. I also understand that

the administration demanded that UCLA cease providing financial support in the form of scholarships or fellowships with criteria that the administration deems to be discriminatory, including race- and ethnicity-based scholarships, and that this could affect opportunities that are earmarked for students from racially and economically disadvantaged backgrounds as well as students that have transferred from community colleges.

21. I also understand that the Trump administration has demanded that international students who are "Anti-Western" or "Anti-American" not be admitted. I worry that, if UC capitulates to the administration's vague demands and agrees to limit its admissions in this way, it will irreparably harm me and my colleagues in my field of study, postcolonial and African diaspora literature. Many people in this field come to the university on international student visas, and the study of postcolonial and African diaspora literature is enriched by international students with diverse viewpoints and critical perspectives on colonialism, nationalism, and other topics. I worry that attempts to screen out students based on the Trump administration's vague criteria will deprive my departments at UCLA of the contributions of these scholars and that, without the support of our university, their contributions could be lost altogether.

22. Similarly, I fear that restrictions on scholarships with any eligibility criteria the administration deems "discriminatory" could affect scholarships for students from racially and economically disadvantaged backgrounds. Historically, many students from these backgrounds have contributed to my departments. If the UC accedes to the Trump administration's demands, I and my departments, and the larger fields of study in which I participate, would not be able to benefit from the valuable perspectives of these students.

23. I fear that, if UC agrees to the Trump administration's demand to conduct a review of policies and programs related to diversity, equity, and inclusion efforts, including recommendations for restructuring, that review could lead to ethnic studies departments, including the department of African American studies, being sidelined or eliminated. Similarly, I am concerned about the appointment of a monitor as provided by the Trump administration's demands. Based on prior comments by members of the Trump administration, I expect that ethnic studies would be under particular scrutiny, especially because I am not aware of any requirement that the monitor be an

```
```

academic, and I am not sure what purpose they would serve beyond UCLA's existing civil rights enforcement framework. Scrutiny from a monitor with connections to the federal government would constrain my free speech and academic freedom.

24. I would also be irreparably harmed by UC's capitulation to the Trump administration's demand to further restrict protest rights on campus. I have protested in the past and currently intend to engage in future protests, and imposing the administration's demands would affect my willingness to protest and how I could do so.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10/1/2025 [date] in Los Angeles [location].

Signed: _____
Yogita Goyal
Professor of English and African American Studies, University of California Los Angeles