# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF DR. KALEY GROOMS** |

**DECLARATION OF KALEY GROOMS**

I, Dr. Kaley Grooms, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Kaley Grooms, M.D., and I currently reside in the State of California. I am currently employed as a resident physician in Pediatrics at the University of San Diego ("UCSD"). I have personal knowledge of the facts contained in this declaration. If called as a witness, I am competent to testify to these facts.

2. I am submitting this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I am submitting this declaration in my individual capacity and not on behalf of my employer.

3. I am a physician by training. I received my M.D. from the University at Buffalo in 2025.

4. I am a member in good standing of the Committee of Interns and Residents, SEIU ("CIR") and the San Diego Housestaff Association.

5. I am aware that the Trump administration has threatened the UC with significant funding cuts and fines unless it acquiesces to a host of oppressive demands that will limit free speech and harm transgender and other members of the UC community.

6. As part of these threats, I am aware that the Trump administration is demanding the UC change its policies affecting transgender individuals, including by forcing the UC to withdraw its recognition of gender-diverse identities, bar gender-inclusivity in UC facilities, and stop providing gender-affirming care to transgender minors.

7. If the UC were to agree to the Trump administration's demands, I would be irreparably harmed because my ability to provide competent care to my patients would be undermined.

8. As a pediatrician, a good number of my patients are gender-diverse minors, some of whom are transgender. I currently provide gender-affirming care in that I use gender-affirming language and create a supportive clinical environment in which my patients are affirmed in their gender identities.

9. Next year, I will complete rotations in pediatric endocrinology, a subspecialty focusing on care for children and adolescents with hormone disorders or needs, including thyroid, adrenal, and

development issues. Given the patient population, pediatric endocrinology can also include the treatment of transgender or gender-diverse minors. In that rotation, I will likely provide care to transgender patients in the form of gender-affirming hormone therapy. I also plan, as part of my current residency, to provide gender-affirming care through UCSD's Division of Adolescent and Young Adult Medicine.

10. If the UC is forced by the Trump administration to become hostile to transgender and non-binary patients and employees—including by precluding me from providing gender-affirming care to minors when in my medical judgment it is the best treatment for the patient—I would be immediately concerned about my ability to provide competent and effective care to my patients. Not being able to provide the full spectrum of appropriate care to my patients, as required by my medical judgment and ethical obligations, would cause both me and my patients irreparable harm.

11. I have spoken to UCSD peers and colleagues who are similarly seriously concerned about being restricted from providing necessary gender-affirming care to patients if the Trump administration succeeds in coercing the UC into agreeing to cease providing such care as a condition of receiving critical federal funds.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2025 in San Diego, California.

Signed: _____
Dr. Kaley Grooms, M.D.
Resident Physician