UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>      Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF ZOÉ HAMSTEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Zoé Hamstead, hereby declare as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2. I am an Associate Professor of City and Regional Planning at the University of California, Berkeley ("UC Berkeley") and co-chair of the Berkeley Faculty Association ("BFA"). I have been a member of the UC Berkeley faculty since November 15, 2022. I have held the position of BFA co-chair since July 1, 2024.

3. The University of California ("UC") Faculty Associations ("FAs") are dues-supported associations of UC faculty on each UC campus that function independent of the UC Academic Senate and University administration. The BFA is an independent representative of the Berkeley faculty that is legally empowered to advocate for faculty regarding economic, employment, and academic interests before the University or state legislature, or within the Academic Senate. The BFA's core mission is to further the economic status and general welfare of Berkeley faculty, promote the faculty's professional and scholarly values, and protect the faculty's rights, privileges, and responsibilities as they relate to the goal of maintaining the high quality of academia and research on the UC Berkeley campus.

4. I am aware that President Trump has pledged "to reclaim our once great educational institutions from the radical Left and Marxist maniacs," and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, such as "woke gender ideology" and "the green new deal," among others.

5. I am aware that on or around July 30 or August 1, 2025, the Trump administration suspended more than $500 million in federal funding for the University of California, Los Angeles ("UCLA"). It is my understanding that the Trump administration is investigating the University of California ("UC" or "University") for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

6. I understand that the Trump administration made a series of demands to UCLA on August 8, 2025 ("August 8th Demands"). UC has not shared the exact contents of the August 8th Demands from the Trump administration, which contributes to the atmosphere of fear and uncertainty for BFA and its members. Based on reporting on the August 8th Demands, I understand that they include approximately $1.2 billion in fines and other financial penalties. I am also aware that the Demands include a series of harmful policy changes, which I understand to include:

  a. Greater cooperation between UCLA and federal law enforcement, which I understand to include expanded collaboration with Immigration and Customs Enforcement ("ICE");

  b. Granting the government access to all UCLA documents, records, and data not protected by attorney-client privilege

  c. Stricter restrictions on protests on UCLA's campus;

  d. Rescinding UCLA's recognition of transgender identities and restrictions on transgender individuals' access to bathrooms and other campus facilities;

  e. Prohibiting the provision of gender-affirming care for minors by UCLA Health;

  f. Appointing a senior administrator to review all of UCLA's 'diversity, equity, and inclusion' related policies in admissions and employment;

  g. Ending all race- and ethnicity-based UCLA scholarships and prohibiting UCLA from using criteria that serve as a proxy for race-conscious hiring, promotion, tenure, or other employment policies or practices;

  h. Ensuring that international students who are 'anti-Western' or harbor such ideologies will not be admitted. I am not aware of the August 8 Demand providing any clear definition of either "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands; and

  i. Appointing an outside monitor to report on UCLA's compliance with the demands.

7. I understand that the Trump administration has threatened to cut more federal funds from UC if it does not comply with the administration's demands. I am aware that the Trump

2

DECLARATION OF ZOÉ HAMSTEAD IN SUPPORT OF    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

administration has previously targeted other universities with similar threats and demands. I understand the administration cut hundreds of millions and in some cases billions of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations. The Trump administration's actions against other institutions and against UCLA on or around July 30 or August 1, 2025, when it suspended more than $500 million in federal funding, gives credibility to the administration's threat to cut more federal funds from the UC if it does not capitulate to the administration's demands and causes me to expect that those threats will be carried out against UC campuses, systemwide, unless enjoined.

8. As a result of the Trump administration's actions and credible threats against the UC, including the July 30 grant suspensions and August 8 Demands, there is a pervasive sense of fear among BFA members that their research may be defunded next, which has had a chilling effect on some members' exercise of their First Amendment rights. For example, BFA members whose academic work touches on the effects of climate change are concerned that their research will be defunded given the Trump administration's targeting of academic programs and projects that concern viewpoints it disfavors. One principal investigator expressed concern that the Trump administration had previously cut their funding because they indicated that their research suggested climate change would exacerbate asthma symptoms in people with asthma. BFA members have expressed that they are modifying and restricting their speech when it comes to discussing their research, especially when that research concerns subjects disfavored by the Trump administration, and are hesitant to begin spending grant money for research concerning subjects disfavored by the Trump administration for fear that funding could be cut at any moment. BFA members have expressed a fear that exercising their constitutional free speech rights might result in the UC taking adverse action against them, either at the federal government's direct instruction or because UC itself fears governmental retaliation if it does not punish members for their speech.

9. The chilling effects extend to BFA faculty members' decisions around curriculum and teaching practices. For example, Chris Kutz, a BFA member and professor at UC Berkeley Law and faculty director of the UC Berkeley undergraduate minor in philosophy, politics, and law, has engaged in significant self-censoring, made changes to his research and publishing, and has removed several topics from his curriculum based on the Trump administration's attacks on and threats against UC. It is my understanding that the Trump administration disapproves of many of Professor Kutz's research and teaching focuses, which include affirmative action, trans-rights, climate change, the Israel-Palestine conflict, and immigration. His research also includes work on torture and law of war, just war theory, democratic norms, climate change and corporate social responsibility, and reparations—subjects that the Trump administration also disapproves of.

10. In response to Defendants' threats and in order to protect international and non-US citizen students should UC capitulate to the August 8 Demands, Professor Kutz has removed several topics, including the Israel-Palestine conflict, from his syllabus and curtailed class discussions to steer away from topics related to the conflict, fascism, authoritarianism, and the rule of law. This has limited his ability to teach effectively by relying on current events and has had a chilling effect on his students, who are less willing to engage in in-class discussions. Professor Kutz is also considering whether it is safe to address the Israel-Palestine conflict in his book project on national self-determination in order to avoid becoming a future target for the Trump administration.

11. Since early 2025, BFA has been diverting time, energy, and resources away from its core mission of advocating for economic gains and better employment conditions for faculty and toward preparing a response in anticipation of the Trump administration's targeting of UC and its institutions, in particular, UC Berkeley. BFA is a fully volunteer-led organization. BFA has limited monetary resources and relies on volunteer labor to effectively mobilize around issues important to UC Berkeley faculty and organize faculty members. In anticipation of exactly the sort of action that the Trump administration is now taking against UC with its August 8th Demands, BFA has been surveying its members and collecting information to better anticipate the demands the Trump administration is likely to make and understand the impacts such demands would have on UC Berkeley and our faculty members. It takes significant groundwork—both money and boots on the ground—to identify and

4

DECLARATION OF ZOÉ HAMSTEAD IN SUPPORT OF   Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  reach out to individuals at UC Berkeley and at other campuses, gather information, and brainstorm how best to address emergent faculty concerns.

12. For example, BFA spent significant time, labor, and effort preparing and presenting a resolution to the UC Academic Senate that would protect academic and political freedom in anticipation of Trump's impending attacks against UC that have culminated in the August 8th Demands. This resolution, titled Berkeley Resolution to Protect Academic and Political Freedom and passed by the Berkeley Division of the UC Academic Senate on April 22, 2025, acknowledged that "the Federal Government is engaged in a series of unprecedented attacks on higher education in the United States, and has indicated that the University of California is one of its primary targets." It demanded that UC "be prepared to challenge in court all illegal demands presented by the Federal Government, including termination of research grants not in accord with contractual terms," and "reject demands by the federal government, of the type present in the demands made to Columbia and Harvard Universities, that require an abandonment of its academic freedom and violation of its members' legal rights." A true and correct copy of the resolution is attached here as Exhibit A.

13. BFA will need to continue diverting resources toward addressing the potential for future cuts to federal funding unless the Trump administration is enjoined from continuing to threaten UC. Many BFA faculty members' research is funded in full or in part by grants from the federal government. The Trump administration's previous actions have already stripped some BFA members of research funding, forcing many of them to abandon or significantly scale back important research projects and layoff or furlough members of their research teams. The credible fears of further funding cuts have led several BFA members to stall on hiring students and postdoctoral research candidates based on concerns that they will have to downsize their labs should further federal funding be cut. As a result, starting earlier in 2025, BFA began coordinating a systemwide campaign across UC faculty associations to address cuts to federal funding for faculty members. BFA has been diverting time and labor toward surveying principal investigators, advocating on their behalf to campus administration, and addressing the needs of members whose funding was already cut or who fear future funding cuts.

14. This diversion of resources has meant BFA has been unable to pursue other actions and advocacy central to its mission that it otherwise would have pursued. For example, in February 2024,

then-UC President Michael V. Drake mandated that all campuses develop plans to install and implement Trellix monitoring software on University devices. Not only was the deadline to implement this plan difficult to meet, but the software itself had a history of vulnerability to data breaches and hacks. This has been a major source of concern among BFA members: namely, that it would jeopardize sensitive data such as private student information and that it would cull academic freedom and chill speech. For STEM faculty who perform high-computing tasks on University devices, there was a concern that installing this software on certain dated machines would result in significant hits to processing power, slowing down their work. Since early this year, BFA has found it difficult to continue advocating around this issue, which is of huge importance to our faculty members. If the Trump administration is not enjoined from continuing to threaten UC and its institutions, BFA will be forced to continue putting this important advocacy on the backburner.

15.   As another example, in or around late Spring or early Summer 2025, the Regents of the University of California ("the Regents") proposed a change to the academic personnel manual that would impose limitations on faculty speech, risking BFA members' academic freedom. With BFA's limited resources being diverted toward advocating against impending Trump administration actions, BFA has not been able to effectively mobilize around this proposed manual change or keep up with the administrative developments related to its implementation. Similarly, over Summer 2025, some members were informed about changes to their health benefits and consequent losses in coverage—matters that BFA regularly advocates around on behalf of our members. As a result of its resources being spread thin, BFA has been unable to follow up on these changes.

16.   In addition to the harm to BFA from having to continue diverting its limited resources, BFA members will suffer irreparable harm should the UC capitulate to the Trump administration's August 8th Demands. I believe that if the University capitulates to the August 8 Demands, it will apply some or all of those demands systemwide. This belief is based on the Trump administration's and the University's recent actions and the nature of the August 8th Demands. If implemented, several of these demands would harm individual faculty at UC Berkeley who are members of BFA.

17.   I understand that, in what seems to me like an effort to appease the Trump administration, the UC has already taken steps that are harming BFA members. For example, I am

aware of UC Berkeley's disclosure of 160 faculty, staff, and students who had been named in complaints about anti-Semitism. Their names were shared with the U.S. Department of Education after the department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals that their names had been shared with the federal government. BFA members have expressed feelings of dread because of this chilling decision. Our members are nervous that UC Berkeley will continue disclosing faculty, staff, and students who have participated in protests and political speech in support of Palestinian rights and other causes disfavored by the current administration. BFA members are also concerned that they will be monitored and punished by either the University or the federal government for engaging in these kinds of speech. A court order preventing the government from imposing conditions on UC funding that would restrain and chill campus speech would enable BFA members to speak more freely.

18. BFA would be substantially harmed if the UC capitulates to or acts in anticipatory appeasement of the Trump administration's August 8th Demands around restricting international students' access to education at UC. BFA's concern stems from harms that BFA members have already witnessed and experienced. For example, UC Berkeley's master's program in city planning accepts a high proportion of international students. While international students normally comprise up to 20 percent of the cohort, this year, the program cohort has only one international student. The impact of having fewer international students is significant. Our faculty members seek to teach and learn practices and perspectives that are globally relevant. In the City and Regional Planning Department, for example, international students' perspectives are crucial to understanding how the migration of labor forces impacts American cities. Loss of international students translates to a loss of knowledge and perspective valuable to domestic students and the BFA members who teach them.

19. BFA would be substantially harmed if the UC capitulates to or acts in anticipatory appeasement of the Trump administration's August 8th Demands for cooperation with federal law enforcement, including immigration officers, and access to student and faculty documents, records, and data. BFA's credible fear stems from the harms that BFA has experienced due to the Trump administration's prior actions targeting students who are vulnerable to immigration consequences and manipulating their data and records. For example, around March 2025, the administration began

terminating international students' Student and Exchange Visitor Information System ("SEVIS") records, which contain important personal, academic, and immigration information. UC's response was unclear and lacked tangible ways to connect impacted students with resources. BFA began filling the gap in information and understanding around the impacts of this Trump administration action, offering to talk to students and connect them to external resources. Several students depended on BFA to connect them to legal counsel and advocate for ways the University could make the campus more supportive for these students Without a court order preventing the government from imposing conditions on UC funding that place immigrant students at risk, BFA will continue to expend time and resources supporting students and faculty impacted by the administration's demands.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2025, in Berkeley, California.

Zoé Hamstead, Ph.D.
Associate Professor, Department of City & Regional Planning
University of California, Berkeley

# EXHIBIT A

ACADEMIC SENATE BERKELEY

320 STEPHENS HALL
UNIVERSITY OF CALIFORNIA

**A Berkeley Resolution to Protect Academic and Political Freedom**

Whereas the Federal Government is engaged in a series of unprecedented attacks on higher education in the United States, and has indicated that the University of California is one of its primary targets;

Whereas these attacks at other institutions have, often directly contrary to federal and constitutional law, included the termination of research grants and contracts without notice or process, demands for changes to academic leadership of research centers, demands for policies restricting the rights of assembly and political speech, and demands for changes to admissions and employment policies;

Whereas the Federal Government has, through its policy of abrupt visa terminations, deportations, and border harassment, deprived foreign and undocumented students and scholars on our own campus of their freedom to speak, teach, research, and learn, and put them in grave and crippling fear;

Whereas the University of California has itself welcomed these students and scholars, along with their talents, energies, and resources, and thereby has incurred a moral obligation to protect them from becoming collateral casualties in these attacks on us as an institution;

Whereas federal demands for information about the activities, identities, speech and status of our faculty and staff may violate our privacy rights under state, federal, and constitutional law;

And whereas recents events at other institutions have shown that attempts to appease or negotiate away universities' and scholars' academic and political freedom lead only to more severe unconstitutional demands and extortion;

1) *The University and the several campuses must be prepared to challenge in court all illegal demands presented by the Federal Government, including termination of research grants not in accord with contractual terms and required administrative processes, in consultation with the affected researchers.*

2) *The University must fund legal aid for students and scholars subjected to arbitrary visa revocation and/or SEVIS termination. The University must ensure that on each of its campuses affected students and scholars have swift access to effective legal counsel.*

3) *The University must affirmatively defend free expression for the entire university community, including by:*

- *Protecting the right to learn by devoting resources when necessary to prevent classroom and event disruptions*
- *Protecting students and faculty from retaliatory claims of harassment based on discussion of controversial topics*

4) *The University must recommit to its Statement of Privacy Values, which recognizes that academic freedom and autonomy require freedom from surveillance and interference. The University should commit to minimum-necessary approaches in policies that affect personal information and that could reveal academic and expressive activities.*

5) *The University must commit to not sharing the personal data of its students, staff and faculty on a voluntary basis, and must challenge in court any demands not supported by incontrovertible legal authority, given the risk that such demands abridge the legal rights of the concerned individuals. Should a court order it to comply with such demands, the University should pursue all available legal mechanisms for appeal of this order. As soon as possible, the University should also notify all individuals whose data are sought by the government.*

6) *The University must reject demands by the federal government, of the type present in the demands made to Columbia and Harvard Universities, that require an abandonment of its academic freedom and violation of its members' legal rights. In particular, it must refuse such demands as:*
   - *A prohibition on wearing masks intended to conceal identity at rallies. Such a prohibition, without requiring a further intent to commit illegal acts, exceeds current UC policy and chills legitimate protest.*
   - *The "shuttering" of programs aimed at enhancing diversity and access to our institution.*
   - *Adopting the IHRA definition of antisemitism, which can be used in ways inconsistent with both academic freedom and freedom of speech and assembly.*

7) *Finally, the University should collaborate as broadly as possible with other institutions and organizations involved in higher education to counter these threats to democracy and science, including through legal action.*

*Approved by the Berkeley Division of the University of California Academic Senate, April 22, 2025*