UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF KRISTINA HILL** |

**DECLARATION OF KRISTINA HILL**

I, Kristina Hill, declare as follows:

1. I am an Associate Professor at the University of California ("UC"), Berkeley, in the Department of Landscape Architecture & Environmental Planning and Urban Design. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I have been a professor at Berkeley since 2012. My work focuses on adapting urban

districts and shorezones to the new challenges associated with climate change, with an eye towards the relationship between physical design and social justice issues. I hold a B.S. in Geology from Tufts University, an M.L.A. from Harvard University, and a PhD from Harvard University. Before coming to Berkeley, I was a member of the faculty at the Massachusetts Institute of Technology, the University of Washington, Seattle, and the University of Virginia.

4. I am a member of the UC Berkeley Faculty Association.

5. In addition to my research, I teach "Processes in Environmental Planning," among other courses, that instructs on the intersection between landscape science (hydrology, geology, etc.) and the necessities and mechanisms of the human environment (urban design, transportation, economics, etc.). Through this course, I teach extensively on climate change, environmental justice, and the way class and race is related to exposure to pollution because of discriminatory practices by urban planners. I hope to train the next generation of urban planners to not repeat these mistakes and to prepare for imminent ecological disaster.

6. I am aware that the Trump Administration has sent the University of California Board of Regents a demand letter, requiring them to choose between losing billions in funding or ceding a substantial amount of control to the federal government. My understanding is that they are looking for ways to stop people from talking about the benefits of diversity, equity, and inclusion ("DEI") for excellence and to police the curriculum of our courses. To me, this is an affront to everything Berkeley stands for. We have a long history of free speech and the staff, students, and community will not stand for this.

7. I also understand that Columbia, Brown, and the University of Pennsylvania have already entered into agreements with the Trump administration to resolve the administration's investigations against them, and that these agreements contain some of the terms that the Trump administration demanded. I have heard that Columbia and Brown have agreed to some kind of

oversight in their internal affairs, and that Harvard has ceased several programs related to DEI.

**Chilling Effects of the Trump Administration's Threats to the UC**

8. I teach about social and environmental justice. I have to talk about the history of racism and how that has affected urban planning. I teach the history of racially restrictive covenants and the way planners have been complicit in the displacement of racial and ethnic groups of people and have left people of color at greater risk of pollution.

9. Speaking on issues of race and class are central to my classroom discussions. I often engage in "role playing" with my students, where they assume the role of either consultants, a staff person at a government agency, or a manager in an agency. I give them hypothetical problems where they are responsible with assessing the options they have in each role. In these scenarios, students are empowered to discuss complicated issues surrounding race and class, thereby training them to have these difficult conversations in the real world. Many of my students come from purely scientific backgrounds, and have never uttered the words "African American" or thought about what it means for a community to be environmentally impacted.

10. These classroom discussions, I believe, are pivotal to undoing the harms of discriminatory urban planning. My hope with my class is that my students will be empowered to fight against pollution in the years to come, and the only way to do that is to have difficult conversations about race.

11. Unfortunately, I fear that the Trump administration will crack down on the speech that is so central to my pedagogy if it were to take control over UC by imposing a monitor to oversee campus affairs and initiate a review of DEI-related policies. The Trump administration has made clear that it disfavors any speech having to do with "DEI," which has been extended to mean any conversation having to do with race, period. As it applies to my field, the Trump administration does not want the public to understand that environmental racism is a systemic issue produced

through multiple generations of laws and the behavior of institutions. The Trump administration, in my view, wants people to believe that "inferior people" end up in inferior situations, not because of systematic discrimination.

12. I am very concerned about the Trump administration's control over curriculum. At Berkeley, and other campuses across UC, we have a shared governance model where faculty themselves review and approve the courses based on academic rigor. I have never, not once, heard of a class being denied because of its *content* as opposed to its *rigor*. I never expected that the federal government would meddle in this decision-making. Our curriculum has always been based on peer-reviewed standards, not the political valence of the federal government.

13. I have begun to feel pressure to censor myself. I have to think twice now about what I say and what protests I engage in. I fear being targeted and reprimanded for continuing to teach on topics I care about if the Trump administration succeeds in coercing UC. Moreover, I fear that if I continue to engage in protected speech, I could jeopardize funding for the department and for my colleagues.

14. I see the same chilling effect with my students. In my classes, I am seeing greater and greater division and fear of adverse consequences for speaking your mind. Students are more anxious than ever, and I am not seeing the same quality of work as I had before. International students are especially nervous about anything that they say. They are especially careful about what they say on their social media accounts.

**Impacts of Recent Funding Cuts**

15. For the 2024-2025 academic year, I served as research director for the College of Environmental Design. In my role, I was tasked with conducting a risk assessment and analyzing how much our college is being supported by grants. The elimination of several NIH, NSF, and DOE grants across other UC campuses put us on high alert, and I identified several grants that, if

1  similarly cancelled, would put the college in dire financial straits.

2  16. The College of Environmental Design receives up to ten million dollars from the Department of Education over a period of five years. In general for all research grants, when we hire graduate research assistants we would need to pay them even if the grant is cancelled because of the labor agreement with the grad students' union. This would put the college in a deep financial hole.

17. My colleagues have already made the decision to not frame grant applications in terms of equity. We suspect that the federal government has been using Artificial Intelligence ("AI") to screen out, for example, the word "diversity." This has been applied so rigidly that "diversity" can be flagged even in a sentence in a grant application that reads, "the diversity of urban estuary systems." In other words, we understand that we can only pursue projects that the Trump administration favors, and take extra care to not even mention a word that it disfavors.

18. If more research grants were to be cancelled, several important projects would be prejudiced. The work that we do helps inform decisions by many government agencies. For example, I was once invited to a meeting about remedies for the Superfund site at Hunters Point Naval Shipyard, with EPA staff and the Navy in attendance. I got into an extended discussion with the Superfund director that afterwards continued over email. He thought that the site was closed off to groundwater by underground walls. I stepped in to correct this misunderstanding: I explained that it was not completely closed off because one of the walls was a "hanging" wall, meaning it does not reach the Bay mud to seal off groundwater from mobilizing toxic chemicals and bringing them into the Bay as sea level rises.

19. We consult with several city and local governments in this manner, and inform them of the possible pollutant risks of developing housing in certain areas. Without our work, more people will be exposed to cancer causing chemicals, more pollution will permeate our neighborhoods, and

communities will be less prepared for the effects of climate change.

20. The professors in our department have long been guided by evidence and peer-reviewed standards—until now. So long as the Trump administration has the power to coerce universities into falling in line with the president's opinions and messages, our freedom to follow the evidence will be precluded. That threat of coercion will loom over us until and unless a court order is made putting a stop to the Trump administration's actions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2025, in Berkeley, California.

Signed: _____

Kristina Hill

Associate Professor