UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF ALEXANDER HUK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Alexander Huk, hereby declare as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2. I am a neuroscientist and faculty member in the Department of Psychiatry and Biobehavioral Sciences and the Department of Ophthalmology at the David Geffen School of Medicine at the University of California, Los Angeles ("UCLA"), and the Director of the UCLA Fuster Laboratory for Cognitive Neuroscience. I am also a member of the UCLA Faculty Association ("UCLA FA") and the Council of UC Faculty Associations ("CUCFA").

3. I have been at UCLA for about three years. I graduated from Swarthmore College in 1996 with a bachelor's degree in psychology and earned a Ph.D. from Stanford in 2001. I did my postdoctoral studies at the University of Washington. In 2004, I joined the faculty of The University of Texas at Austin, and eventually became director of the Center for Perceptual Systems.

4. At UCLA, I am the principal investigator of a research laboratory where we study the building blocks of cognition in the brain, with a particular focus on understanding working memory. The model organisms we use for our research are marmosets, which are small, non-human primates native to South America. We train these marmosets to perform certain memory-related tasks and record their neural activity to better understand how working memory functions in the brain. Consistent with the lab's commitment to treating our animals with the utmost ethical care and to the integrity of our experiments, we spend significant time, labor, and resources on maintaining the marmosets in our lab. We do not use marmosets in our experiments until they are at least eighteen months old, invest months in training and preparing each animal for experiments, and typically stop using them in our experiments when they are about five or six years of age. We allow our marmosets to breed naturally in our lab, ensuring we do not bring more marmosets into the lab than strictly necessary.

5. I am aware that the current federal administration has taken a series of actions targeting the University of California ("UC") system and its member institutions. I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for UCLA.

1

1  6. I have already suffered and will continue to suffer irreparable harm as a result of the Trump administration's funding cuts targeting UCLA. Specifically, I am the recipient of a Research Project Grant ("R01") funded by the National Institutes of Health's National Eye Institute. The total amount awarded under this grant is approximately $390,000 direct costs per year, out of which my lab received a total of about $240,000 direct costs per year over the span of five years. The money from this grant accounts for over 50 percent of the grant funding for my lab. The Trump administration's actions on or about July 31, 2025, resulted in my R01 NIH grant being suspended.

7. I did not receive any information from any government agency or individual about the suspension of my grant until after the fact and long after I had the opportunity to plan for the loss of funds. I never received any explanation for why my grant was chosen to be suspended by the Trump administration. I was not given any right to appeal the revocation, or to petition for access to funds related to animal husbandry and welfare. Different people in different departments were provided with vastly different guidance on how to respond to the funding cuts. I was not given clear guidance from UCLA on how I should proceed after my R01 grant was suspended.

8. The grant suspension significantly impacted me and the functioning of my lab. My time and labor was diverted away from doing science and toward administrative paperwork, personnel management, and internal budgeting to try and figure out how much money the lab needed to stay afloat. Additionally, we employ at least one person whose primary responsibility is to regularly check in on the marmosets, interface with the veterinarian, dispense medications and treatment, and generally ensure the animals' welfare. This is especially critical work in my lab, where the U.S. Department of Agriculture ("USDA") has direct oversight over the welfare of our animals and performs semiannual in-person inspections of the facilities. As a result of a UCLA hiring freeze implemented in advance of the grant suspensions, as well as uncertainty about my own lab's funding as a result of the grant suspensions, I was unable to hire a replacement for that person. Instead, I was forced to pull the scientists in my lab away from their research projects to cover portions of these duties. I was also advised to scale down the scope of my research projects and reduce use of lab equipment and model organisms necessary for all ongoing projects. Because of the interacting nature of laboratory infrastructure and scientific projects, suspension of even a single grant has broader impacts across the laboratory.

9. I am aware that Judge Rita Lin ordered the Trump administration to restore the NIH grants it suspended at UCLA in July 2025 in connection with a different lawsuit. I received a reward reinstatement notice on September 24, and my R01 grant was restored. However, I will continue to suffer irreparable harm from the long-lasting repercussions of the temporary suspension of funding, and restoration of the funds does not immediately restore my lab to full functionality.

10. Even a temporary suspension of funding has irreversible impacts on the functioning of our lab and the collection of research data. For labs like ours that work with expensive, scarce model organisms, a high risk in maintaining existing colony size means we had no option but to scale down our colony. Optimizing the marmoset colony size in our lab is not quick or easy, but rather, the result of a careful, paced breeding process within existing lab colonies. The marmosets live for about 10 years, and we typically use them for our experiments for a short window of time between the ages of one and a half and five or six. Colonies cannot be (humanely) shrunk down to accommodate immediate requests to halt work (or spending on their care), and similarly cannot be scaled back up without significant cost and time. Having to build back the colony therefore slows down research by a magnitude of years.

11. As a result of the Trump administration's funding cuts to UCLA, my lab was forced to try and scale down our marmoset colonies, significantly slowing down our ability to collect necessary data for our research projects. The ability to secure competitive funding in the future depends in large part on our ability to show progress and propose future experiments within the timeframe of our current funding. In my case, because my R01 grant was awarded for a period of five years, it is crucial that we be able to obtain significant experimental results within that timeframe. A conventional deadline for applying for a competitive renewal of this R01 grant would be in early 2026, after which it takes about six months for the renewal application to be reviewed, and often involves multiple rounds of resubmission to secure funding. The setback that even the temporary disruption of funding caused means I am concerned I will not be able to show the necessary results to secure future funding, putting my lab at a competitive disadvantage.

12. I understand that the Trump administration made a series of demands to UCLA on August 8th ("August 8th Demands"). UC has not shared the exact contents of the August 8th Demands from the Trump administration. Based on reporting on the August 8 Demands, I understand that they include

1. approximately $1.2 billion in fines and other financial penalties and include a series of harmful policy changes, including measures that would limit free speech, academic freedom, and efforts to improve diversity, equity, and inclusion on campus, as well as harm transgender, immigrant, and international members of the UC community.

13. I also understand that the Trump administration has threatened to cut more federal funds from the UC if it does not comply with the administration's August 8th Demands. I understand the administration cut hundreds of millions and in some cases billions of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations. The actions that the administration has taken against other universities give further credibility to Defendants' threats against UC, and reinforce my belief that those threats will be acted upon.

14. I am deeply concerned about the Trump administration's August 8 Demands that include threats to pull federal research funding and the imminent harm to me should the Trump administration follow through on these threats. My concerns are supported by the actual harms I experienced due to the Trump administration's actions on or around July 31. A future loss of funding would have severe, long-lasting consequences for my lab. As discussed earlier, given the nature of the model organisms my lab works with, I would face significant setbacks in the research timeline, and these delays would affect my ability to secure future funding for the lab.

15. I would also be further forced to divert my time and energy away from substantive research and toward finding alternate sources of funding necessary to keep the lab functional, ensure the welfare of our lab animals, and salvage the integrity of our experiments as much as possible. It is difficult to secure funding on the timescale of even a threatened action, much less an unanticipated funding cut. Without funding from a major source like the NIH, my alternatives are to try and cultivate industry connections and private donors or turn to international grants. In any case, securing funding through these channels takes significant time and long-term effort. For example, the due dates for certain European grants of relevance to my research are in Fall 2026, and even if funded on the first submission,

the money would not be expected to be awarded until 2027. The R01 NIH grant that has funded my lab is set to end around spring 2027. Without a guaranteed overlap in the two awards or alternative source of funding, I would have little choice but to scale down the lab, slowing down the progress of research.

16. I also fear that the federal government's targeting of the UC will immediately and severely impact my career trajectory, my ability to attract talented graduate students to support my work, and my Department's ability to attract talented faculty to join our Department. The federal funds I receive through NIH grants pay for mine and my lab members' salaries. If these federal funds are suspended or discontinued, my staff would be forced to find jobs elsewhere. I would be losing essential personnel, both scientists and lab technicians, who have developed specialized knowledge in the work my lab is doing, are highly trained in detailed, esoteric skills, and are difficult to replace. This would cause tremendous harm to me in my work, as I cannot successfully pursue my research without skilled graduate students and knowledgeable colleagues. The government's targeting of the UC will also affect the careers of others in my lab. The postdoctoral students and senior trainees in my lab, who comprise the next generation of principal investigators, will be hamstrung and at a competitive disadvantage if the lab were to be scaled down or shut down entirely from lack of funding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2025, in Los Angeles, California.

Alexander Huk, Ph.D.
Director, Fuster Laboratory for Cognitive Neuroscience
Professor-in-residence, Departments of Psychiatry and Biobehavioral Sciences & Ophthalmology
David Geffen School of Medicine
University of California, Los Angeles