1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF RAFAEL JAIME** |

I, Rafael Jaime, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. I am President of United Automobile, Aerospace and Agricultural Implement Workers of America, Local 4811 ("UAW 4811"). UAW 4811 represents 48,000 academic workers at the University of California ("UC"), including at all 10 UC campuses, 5 medical centers, and Lawrence Berkeley National Lab. UAW 4811 represents 16,000 Graduate Student Researchers, 7,000 Postdoctoral Scholars, and 5,000 Academic Researchers (including Specialists and Independent Researchers).

3. Since its inception, UAW 4811 has been a leader in the struggle to secure economic and social justice for employees of the UC and for all people. UAW 4811 has a strong history of supporting and bargaining for contract provisions that ensure nondiscrimination, safe and respectful work environments, and protections for international scholars in the higher education sector. In addition, UAW 4811 has long advocated for increased federal funding for scientific research, recognizing its central importance for innovation, economic growth, and public health.

4. Thousands of UAW 4811 members rely on funding awarded by federal agencies, including but not limited to, the following agencies:

- National Science Foundation (NSF)
- Department of Energy (DOE)
- Department of Health and Human Services (HHS) and subagencies thereof, including the National Institutes of Health (NIH), the Centers for Disease Control (CDC), and the Food and Drug Administration (FDA)
- Department of Defense (DOD)
- National Aeronautics and Space Administration (NASA)
- Department of Agriculture (USDA)
- Department of Education
- National Oceanic and Atmospheric Administration (NOAA), a bureau of the Department of Commerce

- Department of Justice (DOJ)
- Department of State
- Department of the Interior
- Environmental Protection Agency (EPA)

Employees in UAW 4811 bargaining units directly receive funding through fellowships or grants from, or work on projects that are directly funded by all the above-listed agencies. The loss of funding to the UC from any of these agencies would irreparably harm UAW 4811 and its members.

5. I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for the University of California, Los Angeles ("UCLA"). It is my understanding that the Trump administration is investigating the University of California for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

6. The Trump administration's suspension of federal funds to UCLA has had a devastating impact on UAW 4811 and its members. UAW 4811 members have been laid off, had their working hours reduced, and experienced other adverse employment actions as a direct result of the suspension of federal funding to UCLA. For example, on September 19, 2025, UAW 4811 was notified by the UC that two of its members had their appointments, and salaries, reduced by more than half. The notices sent to each member specifically cited the recent suspension of Department of Energy grants as the reason their appointments were reduced.

7. It is my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands affecting the rights of those on campus. I also understand that the Trump administration has threatened to cut more federal funds from the UC if it does not comply with the administration's demands. Specifically, I am aware that the Trump administration issued a demand letter to the UC on August 8, 2025, although a copy of the demand letter has not been publicly shared. If the Trump administration follows through on these threats to cut additional funding, or the UC agrees to pay the administration $1 billion, UAW 4811 members would

immediately suffer irreparable harm. UAW 4811 members would lose their jobs, the ability to pursue their research, and the ability to advance their careers. To my knowledge, there are no available means by which the UC or the affected researchers could cover losses of the magnitude the Trump administration has threatened against the UC and exacted at other universities.

8. The Trump administration's campaign against the UC has already chilled the free speech rights of our members. Following the issuance of the August 8 demand letter, in an apparent effort to suppress conduct that could draw the further ire of the Trump administration, the UC has taken actions to limit the rights of UAW 4811 members to engage in political speech and expressive activity. For example, on September 22, 2025, a University official sent an email to hundreds of UAW 4811 members asserting various prohibitions against political speech. The email instructed employees that they may not "endorse, engage with, or conduct political activities" at work sites, during work hours, or using work resources. The email further asserted that the receipt of public funds was the reason for the purported requirement to remain neutral on political issues. Because the message explicitly linked the purported obligation of political neutrality to the receipt of public funds, I believe it was sent in response to the Trump administration's threats.

9. In response to this email, multiple members have contacted UAW 4811 for guidance about their rights to continue engaging in protected speech at work or using their work email. These members' speech has been chilled as a direct result of the actions the UC has already taken to appease the Trump administration.

10. The suspension of grants to UCLA and threats of further cuts to federal funding have directly impacted UAW 4811's central activities. UAW 4811 has been forced to spend significant time and resources responding to the repercussions of the administration's actions on its members. UAW 4811 has counseled members who have lost funding, experienced layoffs or reductions in time, anticipate losing their jobs, and been unable to complete their experiments or thesis research, impacting their academic process and putting them at risk of leaving academic science entirely. The expenditure of time and diversion of resources to respond to the fallout of the administration's actions has affected UAW 4811's ability to do the representational, organizing, and advocacy work that is its core mission.

11. The threats to and termination of the UC's federal funding and related demands by the Trump administration that the UC make changes to retain its funding have also had a chilling effect on UAW 4811 member's actions and impacted UAW 4811.

12. The administration's actions have created a pervasive sense of fear and intimidation among UAW 4811 members. Defendants' actions have led some members to no longer feel comfortable asserting their academic freedom and First Amendment rights.

13. UAW 4811 members are at the front lines of American research, including scientific research on critical public health issues, yet their careers are being destabilized by the Trump administration's attempts to exert control over the UC system.

14. UAW 4811 seeks to protect UAW 4811-represented workers' terms and conditions of employment insofar as federal funds support the jobs of UAW 4811 members, and the threatened and actual termination of funding jeopardizes UAW 4811 members' employment. UAW 4811 likewise seeks to protect its members' academic freedom, freedom of speech, and other rights which have been harmed by the Trump administration's threats and would be further harmed by the imposition of the administration's demands to the UC.

15. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 6th day of October, 2025.

*Rafael Jaime*