1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## NORTHERN DISTRICT OF CALIFORNIA

7

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

8

9

Plaintiffs,

10

v.

11

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

12

13

Defendants.

Case No. 3:25-cv-07864-RFL

**DECLARATION OF ANNA
MARKOWITZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Anna Markowitz, declare as follows:

1.      I am an Associate Professor of Education in the School of Education and Information Studies' Department of Education at the University of California, Los Angeles ("UCLA"). I have been a member of UCLA's faculty since 2019.

2.      This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3.      I am over the age of 18 and competent to testify as to the matters set forth in this declaration based on my own personal knowledge.

4.      I have a B.A. in Psychology from Gettysburg College, a Masters in Applied Developmental and Educational Psychology from Boston College, and a Masters in Public Policy and Ph.D. in Psychology from Georgetown University.

5.      I am a member of the UCLA Faculty Association ("UCLA-FA") and the American Association of University Professors. I am also the President of the UCLA-FA Executive Board.

6.      UCLA-FA is a nonprofit membership association of UCLA Senate faculty with members in a wide variety of departments and schools across UCLA. UCLA-FA represents UCLA faculty collective interests on employment and academic freedom and advocates for a vibrant and well-funded public higher education system in California. UCLA-FA is independent from UCLA and distinguishable from the Academic Senate, though its activities frequently involve advocating to the UCLA administration and Academic Senate.

7.      Through my role as Executive Board President, I been directly involved in much of UCLA-FA's organizing and efforts to respond to the Trump administration's actions, including: fielding initial contacts from UCLA-FA members and other faculty who were impacted by the July 30 grant cancellations and connecting them to support resources; developing training for international faculty members and for faculty members who support international or immigrant students; interviewing faculty whose grant funding was cancelled; compiling and distributing weekly newsletters about UC issues and the Trump administrations attacks on UC; organizing support for immigrant and non-citizen students and faculty; and coordinating UCLA-FA's various responses.

**Awareness of the Trump Administration's Actions**

8.      I am aware from reporting and the public statements and announcements of Trump

administration officials and agencies that President Trump has pledged to exert control over universities and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, like critical race theory, gender studies, climate justice, and the occupation of Palestine.

9.      I am aware that on or around July 30-August 1, 2025, the Trump administration suspended more than $500 million in federal funding for UCLA. It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

10.      I understand that the Trump administration made a series of demands to UCLA on August 8th ("August 8th Demands"). UC has not shared the exact contents of the August 8th Demands from the Trump administration, which contributes to the atmosphere of fear and uncertainty for faculty. I understand that one of the reasons UC has provided for not sharing the demand letter is that the Trump administration designated it a confidential settlement communication.

11.      Based on reporting on the August 8 Demands, I understand that they include payment of approximately $1.2 billion and a series of harmful policy changes. I understand those policy changes to include:

-    Greater cooperation between UCLA and federal law enforcement, which I understand to include Immigration and Customs Enforcement ("ICE");

-    Granting the government access to all UCLA documents, records, and data not protected by attorney-client privilege;

-    Stricter restrictions on protests on UCLA's campus;

-    Rescinding UCLA's recognition of transgender identities and restrictions on transgender individuals' access to bathrooms and other campus facilities;

-    Prohibiting the provision of gender-affirming care for minors by UCLA Health;

-    Appointing a senior administrator to review all of UCLA's 'diversity, equity, and

2

DECLARATION OF ANNA MARKOWITZ IN SUPPORT OF          Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

inclusion' policies in admissions and employment;

- Ending all race- and ethnicity-based UCLA scholarships and prohibiting UCLA from using criteria that serve as a proxy for race-conscious hiring, promotion, tenure, or other employment policies or practices;

- Ensuring that international students who are 'anti-Western' or harbor such ideologies will not be admitted; and

- Appointing an outside monitor to report on UCLA compliance with the demands.

12. I understand that the August 8 Demands do not provide any clear definition of either "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands.

13. I am also aware of the University of California, Berkeley's ("UC Berkeley") disclosure of 160 faculty and staff who had been named in complaints about anti-Semitism. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigation.

14. I also understand that the Trump administration has threatened to cut more federal funds from UC if it does not comply with the administration's demands.

15. I understand that the Trump administration is engaging in other investigations targeting the UC system, and it has indicated that if UC does not agree to implement the administration's demands throughout the UC system as a whole, all of UC's federal funding will be at risk.

16. I am aware that the Trump administration has previously targeted other universities with similar threats and demands. I understand that the administration cut hundreds of millions, and in some cases billions, of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations.

17. I am aware that the administration's demands to targeted universities have included significant financial payouts to the federal government, as well as various restrictions on academic freedom and other forms of campus speech. For example, I am aware that the Trump administration

3

demanded that Columbia place the Department of Middle Eastern, South Asian, and African Studies (MESAAS) under receivership. I am also aware that the Trump administration demanded that Harvard provide for "viewpoint diversity" among its faculty members, take away "power" from faculty members who may be perceived as "activists," and discontinue any practices that the Trump administration perceives to be connected to DEI principles.

18.    The demands Defendants have made of the Regents with respect to UCLA and other universities strike at the very core of academic freedom and free-speech principles that form the backbone of professors' ability to provide their students an excellent education. In my view, a fundamental purpose of a university is to allow for the ventilation of a variety of viewpoints and serve as a forum for the development and refinement of ideas through critical thinking and use of evidence, even if the current administration may disfavor those ideas. University faculty, researchers, and other academic staff cannot serve this function if they believe that they, their colleagues, or their institutions will be targeted because they express views, provide information to students, or research topics that the current administration may deem unfavorable.

19.    I understand that Columbia, Brown, and the University of Pennsylvania have nevertheless acceded to the Trump administration's demands. For example, I am aware that Columbia agreed to pay $200 million to the federal government, conduct a review of the MESAAS Department, hire faculty in certain subject areas that the Trump administration deems favorable, and place certain restrictions on campus speech.

20.    From my perspective, which is informed by Defendants' public statements and reporting on Defendants' attacks on UCLA and other universities, it appears the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities. The actions taken against other universities have made me aware that the Trump administration's threats against UC are credible and likely to be acted upon.

### Impacts of the Trump Administration's Actions on UCLA-FA members

21.    Defendant's actions cancelling UCLA research grant funding on July 30 and issuing the August 8 Demands to UC have harmed UCLA-FA members both individually and collectively and threaten further imminent harm to UCLA-FA members.

22.    Defendants' actions have chilled UCLA-FA members' speech and may cause members to self-censor their curriculum. I have spoken with many UCLA-FA members who teach subjects like critical race theory, Middle Eastern studies, or gender studies that are disfavored by the Trump administration ("Disfavored Subjects") about their fear about how the Trump administration's actions will impact their teaching. These members believe that either Defendants or UC may retaliate against them for teaching this material if UC is forced to capitulate to the August 8 Demands. This belief is based on their concern that the Trump administration's demands include access to UCLA records and the appointment of a senior administrator to review DEI related policies and an outside monitor to oversee any settlement. Many UCLA-FA members see further support for this belief in UCLA's recent actions—like canceling certain race- and ethnicity-based fellowships and revoking the student organization status of Students for Justice in Palestine—which they believe indicates the University's willingness to accede to Defendants' ideological dictates.

23.    Many of the UCLA-FA members I have spoken with whose courses cover Disfavored Subjects have also indicated that, in order to avoid retaliation if UC does capitulate to the August 8 Demands, they are considering removing material related to disfavored subjects from their curriculum, no longer posting their syllabi publicly, or policing in-class discussion to avoid those subjects. At the time I had these conversations, these professors were still developing their curriculum for the Fall 2025 quarter and had not made their final decisions whether to exclude material or Disfavored Subjects to avoid potential retaliation.

24.    I have similarly spoken with many UCLA-FA members who are seriously considering self-censoring their research due to Defendants' actions and threats. These members' research covers or relates to Disfavored Subjects. Like the members I discussed above, Defendants' demand for access to UCLA records and the appointment of a senior administrator to review DEI related policies and outside monitor and the University's apparent willingness to acquiesces to Defendants' ideological dictates has lad them to believe that they may be retaliated against if UC capitulates to the August 8 Demands. Many of these members are now considering changing either the wording or terminology they use to describe their research or changing the actual focus of their research to protect themselves against retaliation should the University capitulate.

DECLARATION OF ANNA MARKOWITZ IN SUPPORT OF          Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

25. For these same reasons, UCLA-FA members believe they may face punishment for their academic and non-academic speech if UC capitulates to the August 8 Demands. Many members have discussed their fear that they may be retaliated against for their speech on social media and I am aware of multiple members who have deleted social media posts or changed their public speech activities to avoid retaliation for those posts should UC capitulate to Defendants' demands. Other members have expressed concern about risks associated with their past academic or professional writing. For example, I have spoken with one member who is considering withdrawing from consideration a piece that was under review on education and colonialism so that it was less likely to serve as a basis for retaliation by Defendants or UC.

26. I have also spoken with non-citizen UCLA-FA members who fear that, if UC capitulates to the August 8 Demands, Defendants' increased focus on and collaboration with UC and UCLA will make it more difficult for them to reenter the country from abroad due to the fact that their research covers Disfavored Subjects. Other UCLA-FA members have expressed concerns that their international and undocumented students may be put at risk of deportation or other harmful immigration status changes if UCLA begins to collaborate more closely with ICE and Defendants are granted access to UCLA's records.

27. Many UCLA-FA members have also expressed concern for their international students' safety and academic freedom should UC grant the federal government access to all UCLA records and begin screening out 'anti-Western' international students, as Defendants' demand.

28. UCLA-FA members have also been harmed by the Trump administration's July 30 grant cancellations. Through our outreach to UCLA-FA members about the impacts of Defendants' actions, we have identified at least 23 members who were directly impacted by the grant cancellations. Many of those members had to find alternative funding to continue to pay for their graduate student workers' and staff researchers' salaries. Others had to rewrite or draft new grant applications to apply for non-federal research funding. Members also suffered disruption in their data collection due to the grant cancellations, which in many cases harmed or set back their research projects. While the cancelled grants have now been reinstated by court order, members believe that their research will be irreparably harmed if Defendants are ultimately allowed to go forward with their across the board grant cancellations.

DECLARATION OF ANNA MARKOWITZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

29.     UCLA-FA also has transgender members who will be harmed if the University capitulates to the August 8 Demands and restricts their access to bathrooms and other campus facilities based on their gender identity.

30.     UCLA-FA is concerned that its members will suffer irreparable harm to their freedom of speech and academic freedom if UC leadership accedes to the Trump Administration's demands.

31.     UCLA-FA fears that acquiescence to the Trump administration's will subject members to federal investigations and punishment by government officials merely for exercising their rights to protest and to speak freely. The Trump administration is demanding that the UC increase its control of speech on its campuses, partly by increasing the monitoring and punishment of speech that the Trump Administration considers offensive. There is also reporting suggesting that the Trump Administration is demanding that the UC delegate the monitoring of campus speech that Defendants consider offensive to the Department of Education. UCLA-FA fears that this could expose alleged offenders to federal prosecution. Thus, we expect that UCLA-FA members will have to limit their public speech or protest activity, because we expect Defendants' demands will subject speakers and organizers to disciplinary action on our campus and perhaps by the federal government, which could ultimately result in job loss.

32.     UCLA-FA is concerned that acquiescence to the demands will result in less freedom of expression for its members, inside and outside of the classroom. The organization is also concerned that it will limit members' ability to conduct research on topics of their choosing, conduct research in a manner they believe is appropriate and in line with the standards of their field, and reduce financial support to conduct research of any type in any way. UCLA-FA is also concerned that the Trump administration's threatened fine and resulting future budget cuts would result in fewer teaching assistants and staff support, which will then increase teaching workloads and class sizes. In the case of medical school faculty, acquiescing to the Trump administration's demands would result in less freedom to serve all populations in need of health care (including gender affirming care).

**Impacts of the Trump Administration's Actions on UCLA-FA**

33.     UCLA-FA has dedicated significant time and energy to responding to the Trump administration's actions, diverting those resources from other campaigns and organizational priorities.

34.     Since the Trump administration began its attacks on UC, UCLA-FA has dedicated

7

significant resources to respond and protect its members' interests. UCLA-FA has dedicated immense time and energy to:

- Identifying legal options to address funding shortfalls caused by grant cancellations and lobbying the UC Administration and California State for increased funding to make up for those shortfalls;

- Identifying faculty who have lost funding due to the July 30 grant cancellations or who face immanent harm should UC capitulate to the August 8 Demands and gathering information from those faculty members about the impact the Trump administration's actions have had on them;

- Collecting and disseminating information about Defendants' attacks and demands for UCLA-FA members and other faculty through weekly newsletters, direct communication, hosting meetings and town halls, and other means;

- Coordinating the Faculty Association's response with other campus faculty associations and UC unions; and

- Conducting media outreach to publicize the threat the Trump administration's actions pose to UC.

35.     As well as time and energy, UCLA-FA has spent a nontrivial portion of its limited financial resources to print posters and other printed materials with information for faculty about protecting themselves and their students if ICE is on campus, safe travel practices for non-citizen faculty, and how to join working groups on academic freedom, immigration, and higher education funding.

36.     In order to respond to the Trump administration's actions, UCLA-FA has diverted time, energy, and resources away from other organizational priorities that it would have pursued otherwise. These include campaigns to address challenges in access to on-campus child care for faculty, to address issues related to faculty salaries and UC's changes to the of the Mortgage Origination Program, to address proposed changes to faculty discipline policies, to oppose UC spending on military grade weapons on our campuses, and to oppose campus IT centralization, installation of software that could be used to surveille faculty, and other proposed centralization plans.

37.     Given the time and energy that we have dedicated to responding Defendants' actions,

DECLARATION OF ANNA MARKOWITZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

UCLA-FA has also been unable to support members' initiatives to address and organize around new issues impacting faculty as those issues emerge.

38.     UCLA-FA is concerned that any settlement with the Trump administration will involve a further restriction of faculty speech and protest rights both on- and off- campus. The Trump administration's demands that UC tighten UCLA's time, place, and manner restrictions for on-campus demonstrations and more strictly police faculty speech both on- and off-campus pose significant threats to academic freedom and faculty members' rights to advocate for their workplace interests and undermine important aspects of UCLA-FA's core mission.

39.     UCLA-FA also fears that any acquiescence to the Trump administration's demands will undermine the systems of co-governance that regulate academic affairs at UCLA and across the UC system. The UC Regents bylaws dictate that UC is managed through a system of shared governance where administrators and faculty through the Academic Senate jointly govern the university. But in the current moment, UC leadership has largely circumvented the Academic Senate. For example, while the administration is in possession of the Trump Administration demand letter sent in August, it has not shared that letter with the Academic Senate. The Academic Senate has also been left out of any discussions on funding cuts or the sharing of faculty names with federal officials, topics that may impact the job security of UCLA-FA members.

40.     UCLA-FA's concerns about the risk of imminent, irreparable harm posed by these demands is based on the material harms that the organization and its members have already experienced due to the Trump administration's actions. Our Association is a volunteer-run, labor-intensive organization whose efforts are carried out by officers and members with full teaching and research loads. UCLA-FA board members are attending more meetings, writing more statements, petitions, and letters, contacting more members individually and in groups, and working with attorneys. It is personally exhausting and has diverted resources from UCLA-FA's other advocacy efforts to improve workplace conditions at UCLA.

//

//

//

DECLARATION OF ANNA MARKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION                    Case No. 3:25-cv-07864-RFL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4__ day of October, 2025.

Anna Markowitz
Member, UCLA-FA
Executive Board President, UCLA-FA

DECLARATION OF ANNA MARKOWITZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL