1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., | Case No. 3:25-cv-07864-RFL |
| Plaintiffs, | **DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**<u>Declaration of Annie McClanahan on behalf of the Council of UC Faculty Associations (CUCFA)</u>**
**<u>and Irvine Faculty Association (IFA)</u>**

I, Annie McClanahan, declare as follows:

1.    I am an Associate Professor of English and Co-Director of the Black Studies Cluster at the University of California, Irvine ("UCI").

2.    I am Co-President of the Council of UC Faculty Associations ("CUCFA") and Chair of the Irvine Faculty Association ("IFA").

3.    I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

**Background on CUCFA**

4.    CUCFA is an umbrella organization for the ten Faculty Associations ("FAs") at each University of California ("UC") campus. The FAs are associations that represent all ranks of UC Senate faculty.

5.    CUCFA is governed by the Executive Board. The chair of each campus FA serves on the Board, which votes on and approves communications, agreements to sign on to political statements and petitions, and participation in national higher education associations like the Higher Education Labor United and the American Association of University Professors ("AAUP"). The Board also approves political advocacy campaigns targeting the economic interests of faculty, increased state funding for higher education, concerns around academic freedom, and other political questions. The core work of CUCFA and its member FAs is to promote better employment terms and working conditions for faculty in areas such as salaries, medical, fringe, and retirement benefits, and teaching load.

6.    The UC Office of the President sends notices to CUCFA about any proposed changes to the wages, benefits, hours, and working conditions of UC faculty. If CUCFA has questions or feels that those changes are not in the best interests of the faculty, the CUCFA can ask for a consulting session with representative of the UC Office of the President at the UC's administrative offices in Oakland.

7.    As the umbrella organization for all the FAs, the officers of CUCFA oversee supervising and employing staff to serve the administrative needs of all the FAs. This includes collecting membership dues and maintaining member and email lists.

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF                    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

8.      CUCFA also spearheads systemwide and statewide lobbying efforts on behalf of UC faculty, including monitoring legislative developments on the state level and organizing faculty when legislation impacts their academic freedom and financial wellbeing.

9.      CUCFA organizes and defends UC faculty members' academic freedom, independence, and rights to freedom of speech.   CUCFA has organized surveys, memoranda, protests, and other advocacy campaigns targeting UC around faculty workloads, ability to do research, and the relationship between faculty and graduate student researchers. For example, CUCFA issued a memorandum in 2022 clarifying the legal status of faculty in their non-managerial role with respect to graduate student workers and outlining faculty members' rights. The purpose of this memorandum was to combat disinformation about faculty members' rights to honor graduate student workers' picket line. CUCFA has also become an advocate for faculty facing harm due to federal funding cuts.

10.      In the last six months, CUCFA has increasingly become more active in defending faculty members' anti-discrimination rights. This spring, the organization collected signatures on a letter sent to UC's Office of the President condemning the University's failure to protect graduate students and faculty, including CUCFA's own members, from the threat of visa revocations. CUCFA also has transgender members and members with transgender children. Accordingly, CUCFA has advocated for these members and other transgender faculty, organizing a rally in Sacramento and an open-signature letter encouraging UC and the California legislature to protect their access to healthcare, their medical autonomy, and the recognition of their gender identity by UC.

**Harms to CUCFA and its Members**

11.      CUCFA is aware that on March 10, 2025, the Trump Administration sent a letter to sixty universities, including four UC campuses, that it would investigate them for allegations of antisemitism.

12.      CUCFA is aware that at the end of July 2025, the Trump Administration suspended more than $500 million in federal funding for the University of California, Los Angeles (UCLA). It is CUCFA's understanding that the Trump Administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds for UCLA.

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF          Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

13.     CUCFA understands that the Trump Administration made a series of demands targeting UCLA and the UC system via a demand letter sent on or about August 8, 2025. UC has not shared the exact contents of the August 8th demand letter from the Trump Administration, which contributes to the atmosphere of fear and uncertainty for CUCFA and its members.

14.     Based on reporting on the demand letter, CUCFA understands that they include approximately $1.2 billion in fines and other financial penalties. CUCFA is also aware that the demands include a series of harmful policy changes, which the organization understands to include:

  a.  Greater cooperation between UCLA and federal law enforcement, including expanded collaboration with Immigration and Customs Enforcement ("ICE");

  b.  Granting the government access to all UCLA documents, records, and data not protected by attorney-client privilege;

  c.  Stricter restrictions on protests on UCLA's campus, which CUCFA understands to require changes to UC's systemwide policies on free expression;

  d.  Rescinding UCLA's recognition of transgender identities and restrictions on transgender individuals' access to bathrooms and other campus facilities;

  e.  Prohibiting the provision of gender-affirming care for minors by UCLA Health;

  f.  Appointing a senior administrator to review all of UCLA's policies relating to "diversity, equity, and inclusion" ("DEI") in admissions and employment;

  g.  Ending the consideration of "personal statements, diversity narratives, or an applicant's reference to racial identity" as a means "to justify discriminatory practices" in employment;

  h.  Ending all race- and ethnicity-based UCLA scholarships and prohibiting UCLA from using criteria that serve as a proxy for race-conscious hiring, promotion, tenure, or other employment policies or practices;

  i.  Prohibiting the admission of international students "likely to engage in anti-Western, anti-American" conduct and providing "materials" to "socialize" international students to campus "norms;" and

  j.  Appointing an outside monitor with significant authority over campus affairs to oversee

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF                    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1    UCLA's compliance with the demands.

2    15.    CUCFA understands that the demands do not provide any clear definition of either

3    "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands.

4    16.    CUCFA understands that the UC is negotiating with the federal government to try to settle

5    pending charges and investigations.

6    17.    CUCFA is also aware that, in what seems to be an effort to appease the Trump

7    Administration, the University of California, Berkeley ("UC Berkeley") disclosed the names of 160

8    faculty and staff who had been named in complaints about antisemitism to Defendants in September

9    2025. Their names were shared with the U.S. Department of Education after the Department made a

10    documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the

11    affected individuals that it shared the names with the federal government. CUCFA is urgently trying to

12    figure out where else this disclosure has happened at UC, as the organization fears that this is a

13    systemwide problem. In my capacity as CUCFA Co-President, I have personally heard from five

14    members of the UC Berkeley faculty whose names were released and from at least a dozen faculty

15    members on other campuses who are afraid of disclosure. Faculty members are nervous that other

16    campuses will disclose faculty and staff who have participated in protests and political speech in support

17    of Palestinian rights and other causes disfavored by the current Administration. CUCFA members are

18    also concerned that they will be monitored and punished for engaging in these kinds of speech. They are

19    afraid that campuses have already submitted their names without notification or that they are about to

20    have their names disclosed.

21    18.    CUCFA also understands that the Trump Administration has threatened to cut more

22    federal funds from UC if University leadership does not comply with the Administration's demands.

23    19.    CUCFA is aware that the Trump Administration has previously targeted other universities

24    with similar threats and demands. The organization understands that the Administration cut hundreds of

25    millions and in some cases billions of dollars in federal funding at other universities, including Harvard,

26    Columbia, Brown, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII,

27    and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities'

28    capitulation to monetary and ideological demands that extend far beyond correcting any alleged civil

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF               Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

rights violations. CUCFA is aware that the Administration's demands to targeted universities have resulted in these institutions acceding to the Trump Administration's demands leading to new restrictions on academic freedom and other forms of campus speech.

20.     Because of the Trump Administration's pressure on UC, the funding cuts at UCLA, and the request for faculty names in relation to antisemitism allegations, CUCFA has had to divert resources that would otherwise go towards improving workplace conditions. CUCFA has five officers, and 90% of our time over the last two months has been dedicated to addressing the Trump threats, collecting data on impacted faculty, and engaging in legal efforts to stop the Trump Administration from threatening UC. CUCFA only has one paid staffer who is now spending most of his time responding to calls from faculty concerned about the demands, amassing information on the Trump Administration's attacks to disseminate to faculty, helping to write and disseminate statements about the demands, and helping to organize a rally at the Board of Regents' meeting to protest the demands. He has also helped out with filing the Public Records Act request for the August 8th demand letter, which UC should have already provided to faculty in line with the shared system of governance. Because of the time spent addressing the Administration's demand letter and recent actions, he cannot spend time on CUCFA's core work of promoting better employment terms and working conditions for faculty.

21.     The Trump Administration's efforts to coerce UC have frustrated CUCFA's purpose of working to improve faculty compensation and UC policies for faculty. Because of the Trump Administration's actions, especially the funding cuts at UCLA, CUCFA has had no time to engage in its other advocacy efforts. And since faculty are afraid to speak out due to the threats against them and their campuses, CUCFA's ability to engage faculty members in advocacy campaigns has been frustrated.

22.     Beyond these organizational challenges, the Trump Administration's targeting of UC has chilled CUCFA members' speech. I have personally talked with non-tenured faculty and members who are not citizens about the investigation targeting antisemitism, and the threats of funding cuts based on alleged antisemitism and they have told me that these actions have chilled their speech. I have talked with other faculty members who would have hosted events on Palestine/Israel or taught classes addressing the topic this quarter but are now hesitant to do so because of the Trump Administration's pressure on UC.

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF          Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

23.     From direct conversations with faculty members at UCI and other UC campus, I personally know that FA members are less willing to participate in protests and to speak out on topics that are disfavored by the Trump Administration because of its threats against UC. These faculty members are afraid that the Trump Administration will retaliate against UC for their speech, pressure UC to punish them through campus disciplinary proceedings, or directly punish them for their own speech.

24.     CUCFA is aware of UC campuses implementing budget cuts in anticipation of UC's settlement with the Administration or further defunding by the federal government, which is further impacting CUCFA's members. From direct conversations with faculty members, I know that faculty-student ratios are increasing while faculty research support is decreasing, resulting in greater workloads.

25.     And as mentioned above, the threat of further funding cuts is further deterring members from speaking out on controversial topics that they would otherwise discuss inside and outside of the classroom. I know this because members have told me that they are worried about being blamed for a disastrous funding cut because of their speech.  The threats have also deterred faculty members from researching any topic that could run afoul of the Trump Administration's viewpoints. Faculty members have expressed less willingness to research even some topics that are seemingly nonpolitical. For example, I have spoken with a faculty member who researches and teaches on the health impacts of climate change. They are now reluctant to publish and teach on this topic because of the Trump Administration's recent funding threats and demands against UC. Regardless of the research's actual content, multiple faculty members have told me that they are afraid that they will endanger their department and campus because the federal government will defund UC. As a result, the threats to funding are already causing faculty to limit their speech and research.

26.     The threat of the fine, combined with other demands, is also pressuring UC to act unilaterally and to destroy the shared system of governance that UC bylaws require. The UC Regents' bylaws have established a system of shared governance where administrators and faculty through the Academic Senate jointly govern the University. But at the current moment, UC leadership has circumvented the Academic Senate. For example, while the Administration is in possession of the Trump Administration demand letter sent in August, it has not shared that letter with the Academic Senate. The

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF                    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Academic Senate has also been left out of any discussions on funding cuts or the sharing of faculty names with federal officials, topics that may impact the job security of CUCFA's members.

27.    The threats of further funding cuts if the demands are not met, combined with the demand that UC pays a fine, also undermine CUCFA and the FAs by inhibiting UC's ability to recruit, hire, and retain high-quality faculty and graduate students to work at UC. And from direct conversations with UCI faculty members, I know that the cuts to UCLA's funding has caused UCI to freeze bridge funding that would have accounted for losses from prior federal funding cuts, as the UCI official feared that the UCLA cuts and the following demand letter would result in further cuts to UCI's grant budget.

28.    CUCFA is also concerned that the demands pertaining to international students pose a risk of imminent harm to the research and speech that faculty members engage in. Approximately twenty percent of UC students are international students. There is no way that UC can recruit international students if UC capitulates to the demands targeting those students. Faculty members depend on international students to produce globally innovative research. Reductions in the number of international students would foreseeably result if the demands were implemented would also impact the University's finances due to tuition decreases, and it would reduce the political and national diversity of the University. If certain viewpoints are barred by admissions criteria, faculty members would not be able to host and foster diverse political debate.

29.    CUCFA is also concerned that the time, place, and manner restrictions on protesting in the demands, which would have to be implemented systemwide, would deter faculty from attending protests and speaking out in favor of causes disfavored by the Trump Administration. From direct conversations with faculty members, I know that faculty members are interpreting the reported language from the demands as chilling broader forms of speech. These restrictions will foreseeably chill faculty members' freedom-of-speech rights beyond the specific situations that are being regulated.

30.    CUCFA is also concerned that the appointment of a senior administrator to review all of UCLA's DEI policies in admissions and employment will directly harm faculty who benefit from programs that support and retain faculty who are from historically underrepresented communities and/or who are first-generation college students. It would also harm faculty whose research and pedagogical missions focus on these communities. Based on personal conversations, I know that faculty members

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF                                    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1    who tend to work with affinity groups—groups that connect students based on shared identities, such as

2    race and gender, and celebrate those identities—have had intense increases in their workloads because

3    of threats and harassment against students for being from underrepresented communities who benefit

4    from DEI policies.

5          31.    In addition to its concern about the potential appointment of an administrator to review

6    UCLA's DEI policies, CUCFA is concerned about the demand that UCLA end any consideration of

7    "personal statements, diversity narratives, or an applicant's reference to racial identity" when making

8    employment decisions. Consideration of these statements is important for attracting and retaining a

9    politically and socioeconomically diverse faculty. CUCFA also believes that this demand will harm the

10   advancement of faculty who work with affinity groups based on shared racial identities. Furthermore,

11   CUCFA believes that the risk of imminent harm is high because UC has already attempted to appease

12   the Trump Administration by banning the consideration of applicants' "diversity statements" when they

13   are being considered for faculty positions. Before March 2025, many UC departments and programs

14   required applicants for faculty positions to submit "diversity statements" detailing how they will improve

15   UC's diversity, including its racial diversity. In mid-March 2025, the UC Board of Regents directed UC

16   President Michael Drake to end this practice. At a UC Academic Council meeting in March, Drake

17   explained that UC eliminated this requirement because UC "needed to show signs it was listening to the

18   Trump administration." I know about this decision and Drake's statement because EdSource published

19   a news article covering the issue on March 20, 2025. So, CUCFA's fears of imminent harm are

20   warranted. A true and correct copy of this news article is attached to this declaration as Exhibit A.

21         32.    The actions that the Trump Administration has taken against other universities give

22   credibility to the Administration's threats against UC and cause CUCFA to expect that those threats will

23   be carried out against UC campuses systemwide unless enjoined.

24                           **Background on IFA**

25         33.    Irvine Faculty Association (IFA) is an independent dues-paying association designated

26   with the responsibility to represent all tenure-track faculty at UCI. IFA's mission is to keep its members

27   informed of matters of concern to UC faculty and to represent UC Irvine faculty to UCOP and the state

28   legislature through the Council of UC Faculty Associations (CUCFA).

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF             Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

34.    IFA is particularly concerned with faculty employment interests, as well as issues around academic freedom and maintenance of shared governance. Historically, IFA has advocated for improvements in compensation and benefits to account for increases in the cost of living, imposing limitations on salaries and executive compensation for high-level administrators, and employer contributions to cover healthcare insurance costs.

35.    IFA has frequently intervened with campus leadership and UCI Academic Senate committees to protect faculty members' academic freedom and their freedom of expression. For example, IFA sent a letter in November 2023 to UCI's Chancellor demanding a correction when he sent out an email defining antisemitism in a manner that violated UC's own policies. In the wake of pro-Palestine protests and UCI's decision to call in police in 2024, IFA called for the Chancellor's resignation. IFA's members have been outspoken about the imposition of cybersecurity software, which IFA perceives as a violation of privacy and academic freedom.

36.    Since the Trump Administration has taken office, IFA has talked with faculty who have had grants cancelled and has advocated on behalf of them, including lobbying efforts in the state legislature to secure state-level funding for researchers to substitute for cancelled grants and other efforts to obtain campus-level bridge funding for impacted faculty. I anticipate that IFA will continue that work in the future if additional funding cuts to the UC occur.

37.    IFA's work on academic freedom and faculty speech has overlapped with anti-discrimination work. IFA is defending faculty members' rights to criticize Israel without being accused of antisemitism. And IFA is defending international students from visa revocations while determining how UCI can become a sanctuary campus.

**Harms to IFA and its Members**

38.    Like CUCFA, IFA is aware that on March 10, 2025, the Trump Administration sent a letter to sixty universities, including four UC campuses, that it would investigate them for allegations of antisemitism.

39.    IFA is aware that at the end of July 2025, the Trump Administration suspended more than $500 million in federal funding for the University of California, Los Angeles (UCLA). It is IFA's understanding that the Trump Administration is investigating the University of California ("UC") for

alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds for UCLA.

40.    IFA understands that the Trump Administration made a series of demands targeting UCLA and the UC system via a demand letter sent on August 8th. UC has not shared the exact contents of the August 8th demand letter from the Trump Administration, which contributes to the atmosphere of fear and uncertainty for IFA and its members.

41.    Based on reporting on the demand letter, IFA understands that they include approximately $1.2 billion in fines and other financial penalties. IFA is also aware that the demands include a series of harmful policy changes including all those that I described above in discussing CUCFA's awareness.

42.    IFA understands that the demands do not provide any clear definition of either "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands.

43.    IFA understands that the UC is negotiating with the federal government to try to settle pending charges and investigations.

44.    IFA is also aware of the same disclosure of 160 names by UC Berkeley. IFA members have told me that they are worried about finding themselves on such a list in the future if they have participated in protests and political speech in support of Palestinian rights or other causes disfavored by the Trump Administration, or that they will be monitored and punished by either UCI or the federal government for engaging in speech about now disfavored topics.

45.    IFA also understands that the Trump Administration has threatened to cut more federal funds from UC if the entire system does not comply with the Administration's demands.

46.    IFA is aware that the Trump Administration has previously targeted other universities with similar threats and demands. The organization understands that the Administration cut hundreds of millions and in some cases billions of dollars in federal funding at other universities, including Harvard, Columbia, Brown, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to monetary and ideological demands that extend far beyond correcting any alleged civil rights violations. IFA is aware that the Administration's demands to targeted universities

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

have resulted in significant settlements with the federal government, leading to new restrictions on academic freedom and other forms of campus speech.

47.    IFA has suffered organizational harms due to the resource diversion that has been required to address faculty's concerns, as well as the chilling of IFA's speech. The Association has diverted nearly all its resources, including its officers' time, to support impacted members. Every aspect of the leadership's time is committed to organizing faculty against the UCLA funding cuts and demands against UC. It has been impossible to do anything else but deal with Trump's threats against UC. For example, IFA has sacrificed our project on cybersecurity because of the demands.

48.    As discussed above in the harms suffered by CUCFA, IFA has similarly suffered due to the pressure on UC to bypass the shared system of governance between faculty and UCI. UC has kept faculty out of these conversations despite this shared system. So, IFA and its members have lost the authority that the shared system is supposed to provide to UC's faculty.

49.    IFA's speech as an organization has been chilled because of the pressure that the Trump Administration has placed on UC. For example, the UCLA cuts at the end of July and the August 8th letter has dissuaded the organization from coming out for divestment from companies involved in genocide in Palestine and from weapons manufacturers more broadly. The Administration's actions have made it more difficult to advocate for HB-1 visas and international students' visas without fear of reprisal or harms to UC.

50.    The threats and demands targeting UC have also harmed IFA's ability to recruit new members. As I described above, IFA has been outspoken on controversial issues in national and international politics and in matters of UCI Administration. Personally, I have spoken with faculty who wanted to join IFA but have since refused to join the group because they do not want to associate with an organization that could be targeted by the Trump Administration. The frequency of these conversations has increased since the funding cuts at UCLA and the demand letter.

51.    Acquiescence to the Trump Administration's demands concerning UC's freedom of expression policies would foreseeably result in systemwide changes that will chill IFA's ability to organize protests. At the time of Trump's threats against UCLA and the UC system, UC implemented new time, place, and manner restrictions. These make it more difficult for political groups to engage in

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF                    Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

protest without running afoul of UC. IFA believes that these changes, which are largely consistent with the demands in the August 8th letter, reflect UC's willingness to acquiesce. And if UC further acquiesces, these policies will likely expand and further curtail IFA's ability to protest without rule violations.

52.    The Trump Administration's pressure on the UC system has also resulted in the chilling of members' speech. IFA is aware that pre-tenure and noncitizen faculty feel like their speech has been curtailed. Since Trump's targeting of UC over the last couple of months, they feel like they cannot speak out on social media or engage in public speaking.

53.    For example, one of our faculty members who studies critical race theory and environmental justice reported to me that they have stopped using social media or publishing discussions of their research topics in academic journals because their ideas and viewpoints are disfavored by the Trump Administration. This member is no longer attending protests, writing articles for a general audience, or joining advocacy and political organizations, like the IFA.  They are not a U.S. citizen, and they have told me that they are afraid of being surveilled or punished by the federal government. They have intensified their censorship after the demand letter because they fear that a settlement with the federal government would expose them to monitoring and record access. Beyond these acute concerns, they said that the demand letter contributed to a climate of fear that was not present before the demands were issued.

54.    IFA has also heard from a professor with expertise in law. This faculty member has told me that they are wary of doing any collaborative research with graduate students or young colleagues because the faculty member fears that this research will endanger their access to federal funding and their job security. In the spring of 2025, after the Trump Administration announced its investigation into four UC campuses for alleged antisemitism, the faculty member wanted to teach a course on campus politics. UCI Administration told the faculty member that teaching such a course was risky and would make UCI a target.  UCI told the faculty member to remove supposedly controversial topics from the course. As a result, the faculty member is now refusing to teach undergraduate courses because the way that they have previously taught the course involved systematic analysis of controversial policy questions. Now, they believe that anything they or a student says in that class could jeopardize their safety and expose them to doxxing and harassment by third parties who are emboldened by the Trump

Administration. This faculty member is routinely contacted by national journalists seeking an academic source of input on stories. Now the faculty member refers journalists to other colleagues in order to avoid any public attention. And since the Trump Administration's recent actions against UC, this member has been wary of speaking out on public policy issues on which they are an expert because they fear either experiencing direct retaliation or causing harm to UC.

55.    IFA is concerned that the demand to pay a billion-dollar fine poses a grave risk of imminent harm to its members and their research. No one thinks that the billion-dollar fine will only impact UCLA. IFA and its members think that it will impact internal research funding access at UCI because it will have to be spread across the UC system. The University-wide budget is impacted by overhead funding that is provided by the federal government. As a result, the fine will take away from the resources that are available to UCI faculty to research and teach.

56.    IFA's members will also be harmed if UC accedes to the Trump Administration's demands to ban gender-affirming care for minors and to not recognize transgender identities. UCI employs transgender faculty and staff who would be irreparably harmed if UC were to announce that it will no longer recognize transgender identities.

57.    Furthermore, the demand that UCLA will turn over names, personnel records, and other identifying information to the federal government poses a risk of imminent harm to UCI faculty, as it is foreseeable that acquiescence to this demand will result in access to names, personnel records, and other identifying information at other UC campuses. IFA members especially fear that their tenure and immigration statuses will be exposed to the federal government. UC Berkeley's release of faculty names in relation to antisemitism investigations substantiates IFA's fears that private details about our faculty could also be provided to the federal government.

58.    IFA fears that any settlement would close more programs designed to represent under-represented minorities and historically excluded faculty and students. These programs are important to IFA and UCI because they help the University attract and retain politically and socioeconomically diverse faculty and students. These programs also provide support to faculty and students from underrepresented communities. They also safeguard an environment where vibrant, diverse discussions can take place. The organization is also concerned that the demands pose a high risk of irreparable harm

DECLARATION OF ANNIE MCCLANAHAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION          Case No. 3:25-cv-07864-RFL

1  for UCI especially as related to our international faculty, as the demands targeting international students

2  and faculty will make it more difficult for UC to recruit and retain those faculty.

3       59.    The actions that the Administration has taken against other universities gives credibility

4  to the Administration's threats against UC and causes IFA to expect that those threats will be carried out

5  against UC campuses systemwide unless enjoined.

6       I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.

8

9       Executed this __4th__ day of October, 2025.

10

11                                        Annie McClanahan
                                          Associate Professor
12                                        University of California, Irvine
                                          Co-President, Council of UC Faculty
13                                        Associations (CUCFA)
                                          Chair, Irvine Faculty Association (IFA)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

Case 3:25-cv-07864-RFL    Document 29-29    Filed 10/09/25    Page 17 of 23

# EdSource

**UNIVERSITY OF CALIFORNIA**

# University of California to no longer require diversity statements in faculty hiring

The change comes as the Trump administration has threatened to withhold funding from colleges promoting diversity



**MICHAEL BURKE**

PUBLISHED  MARCH 20, 2025

5 COMMENTS



The campus of UCLA.

Michael Burke/EdSource

*This story was updated at 3:15 p.m. with additional reactions.*

The University of California will no longer require diversity statements for faculty applicants, university leaders announced. The change comes as the Trump administration has threatened to withhold funding from universities that have programs or initiatives related to diversity, equity and inclusion.

Many UC academic departments and programs for years have required applicants seeking faculty positions to describe how they have or would contribute to campus diversity, such as racial diversity. But the system's board of regents has directed UC President Michael Drake to "ensure that diversity statements are no longer required" for new applicants, Provost Katherine Newman wrote in a letter Wednesday to campus provosts.

"The requirement to submit a diversity statement may lead applicants to focus on an aspect of their candidacy that is outside their expertise or prior experience," Newman said. She added that UC "can continue to effectively serve communities from a variety of life experiences, backgrounds, and points of view without requiring diversity statements."

The letter did not explicitly mention the Trump administration. But at an emergency meeting earlier this week of the university's systemwide Academic Council, Drake told faculty the change was being made and said UC "needed to show signs it was listening to the Trump administration," according to Sean Malloy, an associate professor of history at UC Merced who sits on the council and was present for Drake's presentation.

Malloy, in an interview, called the decision cowardly and naive. "It is a catastrophic misreading of the current political dynamic," he said. "We are dealing with people who want to punish political enemies. And the University of California is a political enemy. Offering concessions, particularly unasked-for concessions, only invites further repression."

Case 3:25-cv-07864-RFL    Document 29-29    Filed 10/09/25    Page 20 of 23

Proposition 209, a 1996 ballot measure, bans California's public colleges from giving preferential treatment based on race, sex or ethnicity, including in employment decisions. But the diversity statements, which have existed for years, were not believed to violate that law.

The statements are typically up to two pages and allow an applicant to describe their track record of advancing various types of diversity — such as race, gender or sexual orientation — or how they expect their work would promote diversity. UC was considered a leader in the practice, with supporters saying the statements were helpful in understanding how prospective faculty would contribute to campuses and diverse student bodies.

The use of diversity statements also faced criticism, with opponents often arguing that they served as an unfair political test of applicants. Other prominent universities, including Harvard and the University of Michigan, have also recently stopped requiring the statements.

**RELATED READING**



Hiring freeze at UC sparks fears of far-reaching impacts
MARCH 19, 2025

The Trump administration last week opened investigations into more than 50 colleges nationwide, including UC Berkeley, and accused them of running programs that discriminate against white and Asian students. Trump has separately threatened to withhold funding from Berkeley and three other UC campuses — Davis, San Diego and Santa Barbara — if his administration deems they aren't doing enough to protect Jewish students.

Citing the threats of federal funding cuts, UC earlier on Wednesday announced it is implementing a hiring freeze across its campuses, hospitals and health professional schools.

In a separate statement Wednesday, the chair of UC's board of regents, Janet Reilly, maintained that UC's "values and commitment to our mission have not changed" despite no longer requiring diversity statements. She said UC would "continue to embrace and celebrate Californians from a variety of life experiences, backgrounds, and points of view."

Even though standalone diversity statements won't be permitted, faculty applicants can choose to refer to accomplishments related to diversity "in other parts of an application or during interviews and discussions," Newman said in her letter. Hiring committees can then "consider these contributions alongside the applicants' other qualifications," she added.

The move to no longer require those statements "was the wrong decision at the wrong time and sends the wrong message to students and families," said Jessie Ryan, the president of the Campaign for College Opportunity, a nonprofit organization that has advocated for more diversity among faculty and students.

The campaign has previously published studies highlighting the disparities in the racial demographics of students at California's public universities compared with the racial makeup of faculty. The 2024 report found that 60% of UC's tenure-track faculty are white, but only 19% of UC's undergraduates are white.

Having a diverse faculty encourages more students to stay in school and succeed, Ryan said.

"When you take away a statement that centers diversity and offer nothing as a replacement, it sends a message to students that we are walking away from this work," she said.

## Get daily updates on California education news

We are committed to keeping you informed with the latest — always free, always independent. Sign up for our daily newsletter today to stay on top of education news.

Email Address *

[ Subscribe ]

* indicates required

436 14th St. Suite 310
Oakland, CA 94612

Phone 510-433-0421
Fax 510-433-0422

2025 EDSOURCE. ALL RIGHTS RESERVED.