1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., | Case No. 3:25-cv-07864-RFL |
| Plaintiffs, | **DECLARATION OF FLAGG MILLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

I, Flagg Miller, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2. I have been employed at UC Davis ("UCD") as a professor since 2007. I am a member of the UC Davis Faculty Association ("UCD-FA").

3. I am a professor of Religious Studies and of Middle East/South Asia Studies. The courses I teach include but are not limited to, courses on modern Islam, contemporary Muslim societies around the world, religious fundamentalism, Israel-Palestine, extremism, and cultural anthropology. My courses touch on Israel-Palestine, climate, gender identity, critical race theory, and Diversity, Equity, and Inclusion ("DEI"). I teach, publish, and present on all of these topics.

4. I am the Director of the Human Rights program at UCD. UCD has a Human Rights minor and graduate track. We teach courses, arrange events, and provide education about human rights at UCD. I am also the faculty advisor to the Yemeni club at UCD.

5. I am aware that Israel-Palestine, DEI, climate, gender, and critical race theory are all topics disfavored by the Trump administration.

6. I am aware that that the Trump administration has threatened UC by terminating $584 million to UCLA and threatening to terminate more federal funding to the UC System unless UC pays at least a $1.2 billion fine and acquiesces to a host of oppressive demands that will limit free speech, academic freedom, and lawful DEI initiatives, and will harm transgender, immigrant, and international members of the UC community ("August 8th Demands").

7. I am aware that the Trump administration has called upon private citizens to "report" on faculty, students, and staff who express disfavored views.

8. I am aware that the Trump administration has required UC to provide the names of students, faculty, and staff in connection with allegations of anti-Semitism and that UC Berkeley has turned over 160 names.

9. I am aware that there are pending investigations against the UC system and that UC is negotiating with the government to try and settle the investigations.

1

DECLARATION OF FLAGG MILLER IN SUPPORT OF                     Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

10. Because I feared drawing attention to my work and the work of my department following the August 8th Demands and accompanying threats to pull UC's federal funding, I have self-censored in ways that harm my academic pursuits. Because of these fears, I made changes to a Fulbright Application that I submitted last month. My Fulbright application was for a project studying Islam, postcolonial literature, enslavement histories, and coffee in South Africa. Due to the administration's coercive threats to UC, I struck a series of words disfavored by the Trump administration. These words include, but are not limited to: Black, discrimination, diverse, inequity, ethnicity, gender, immigrants, marginalize, oppression, racial, social justice, women. The result is watered-down, arbitrary verbiage with regards to my research goals. My edits rob the application of its scientific and comparative virtues, and the inability to speak freely in pursuing my research goals is causing irreparable harm.

11. I will face additional, irreparable harms if UC capitulates to the August 8th Demands.

12. I am worried that if UC capitulates to the demand of imposing additional restrictions on campus protests, I will not be able to exercise my right to free speech. Many of my students care about topics that I teach on, and I attend protests organized by my students to support them. I want to continue supporting my students' civic engagement and exercise of free speech. If, due to pressure from the federal government, UCD imposes new restrictions on campus protests, students will be constrained in their ability to hold demonstrations or face disciplinary action for holding demonstrations.

13. If UC capitulates to the demand that UC not recruit or admit international students who are "likely to engage in anti-Western, anti-American, or antisemitic disruptions or harassment," the academic programs I run will suffer. A large portion of the students in my programs are international students who think critically about religious extremism around the world. I fear this vaguely defined, speculative prohibition will deprive my programs of qualified students with diverse viewpoints who would enrich the research and classroom environments on campus. A reduction in the number of students in the program would directly impact my research, my ability to teach the next generation of religious studies scholars, and the funding my department receives. I have already had to change the way I teach because, as a result of the Trump administration's campaign against the UC system, students are afraid of being targeted by the government for what they write and speak about, The production of scholarship from my department and student engagement with material has already been adversely impacted due to

1  the Trump administration's threats against academic freedom.

2     14.    I currently do not need to obtain pre-approval of my classes or syllabi. If UC agrees to
3  appoint an outside monitor with broad and unspecified discretion over campus affairs, there will be new
4  constraints on my ability to set my courses and teach the material I think is valuable. Given the Trump
5  administration's demonstrated disapproval of many of the topics relevant to my work, I am concerned
6  about my ability to pursue my research and other intellectual inquiries if an outside monitor is reviewing
7  my academic projects.

8     15.    If UC agrees to cooperate with immigration authorities, review policies and programs
9  relating to DEI, provide the federal government with access to a wide variety of records, change
10 admission policies, and refuse to recognize transgender identity, there will be a chilling effect on UCD
11 campus life. The valuable and varied intellectual community at UCD will be stifled, which would
12 directly and irreparably impact my teaching, my research, and my career.

13    I declare under penalty of perjury that the foregoing is true and correct.

15    Executed this  30th   day of September, 2025.

_____
Flagg Miller