Docusign Envelope ID: FF8ECC12-59F8-4660-A3B7-6A814E13C470

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>       Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF SAL NICOLAZZO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1      I, Sal Nicolazzo, hereby declare and state as follows:

2      1.     I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

3      2.     I have been employed at the University of California Davis ("UCD") as an Associate Professor in the English department since 2023. Prior to this, I was a professor at the University of California San Diego for nine years. I am the co-chair of the UC Davis Faculty Association ("UCD-FA"). I am a member of the American Association of University Professors ("AAUP").

4      3.     I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for the University of California, Los Angeles (UCLA). It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

5      4.     I am aware that the Trump administration made a series of demands to the University of California ("UC") on August 8th ("August 8th Demands").

6      5.     I understand that the August 8th Demands include payment of $1.2 billion and a series of harmful policy changes. I am aware that the August 8th Demands are vaguely defined but include mandates restricting certain protest activities, requiring the UC to share data with the federal government, denying access to gender-affirming care for minors, implementing policies that deny the existence and violate the rights of transgender individuals, potentially eliminating programs that promote "Diversity, Equity, and Inclusion" ("DEI"), and appointing an outside monitor to ensure that these demands are met.

7      6.     I am also aware that, in what seems to me like an effort to appease the Trump administration, UC has already taken steps that are inconsistent with past practices, and those actions are harming me and my colleagues. For example, I am aware that, in September 2025, the University of California, Berkeley ("UC Berkeley") disclosed the names of 160 faculty and staff who had been named in complaints about anti-Semitism to Defendants. Their names were in response to a U.S. Department of Education request for documents relating to alleged Title VI violations and investigations.

1

DECLARATION OF SAL NICOLAZZO IN SUPPORT OF                              Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

7. I understand that the Trump administration has threatened to cut more federal funds from UC if it does not comply with the administration's demands.

8. I understand the Trump administration is engaging in other investigations targeting the UC system, and has indicated that if UC does not agree to implement the administration's demands throughout the UC system as a whole, all of UC's federal funding will be at risk.

9. I understand that UC is negotiating with the Trump administration to try and settle these investigations.

10. I have spoken to colleagues who are nervous other UC campuses will similarly disclose faculty and staff who have participated in protests and political speech in support of Palestinian rights and other causes disfavored by the current administration. My colleagues have expressed concern that, as a consequence of that disclosure, they will be monitored and punished for engaging in these kinds of speech, either by the federal government or by UCD in an effort to appease the administration.

11. If UC accedes to restrictions on protest rights included in the August 8th Demands, my ability to exercise my First Amendment rights will be significantly disrupted. I believe in standing up for my beliefs. I sometimes participate in campus protests/demonstrations and intend to do so in the future. I am worried that if UC capitulates, I will not be able to exercise my right to free speech.

12. As a nonbinary professor, I will be personally harmed if the Trump administration's coercive conduct is not stopped.

13. I am aware that DEI, gender identity, and critical race theory are topics disfavored by the Trump administration.

14. I am an English professor and my area of expertise is literature from the 18th century British empire, with a focus on race, gender, sexuality, and the history of slavery. I teach, publish, and present on these topics and wish to continue to do so.

15. I do not know how I will teach, publish, or present on my research and academic expertise if the Trump administration imposes the demand on anti-DEI, anti-transgender policies at UC.

16. Many of the classes I teach and the classes that my department offers fulfill the UC Davis Domestic Diversity general education requirement. If UC limits or ends all programs related to DEI to appease the Trump administration as part of the demanded review of policies and programs related to

DECLARATION OF SAL NICOLAZZO IN SUPPORT OF       Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DEI, then it is likely that enrollment in my department will drop and our funding will be impacted. This is a financial threat to my job and my working conditions.

17. The Trump administration's demands have already adversely impacted my colleagues. I am aware of a colleague who postponed a class they were going to teach until they were done with the process of obtaining citizenship, due to fear of retaliation from the federal government for teaching a class on literature from the Middle East.

18. If UC agrees to the Trump administration's demands and makes a statement refusing to recognize transgender identity and restricting access to gendered spaces based on sex assigned at birth, I will be adversely impacted.

19. I am nonbinary and use they/them pronouns. My social and medical transition happened during my time at UC. One of the great things about UC is that UC has historically offered robust non-discrimination policies that explicitly address gender identity and gender presentation. I am concerned that such non-discrimination policies will end and I will no longer be protected.

20. I use gender neutral restrooms when available. I am concerned that if I am forced to use the women's restroom because UC accedes to the Trump administration's demand to limit restroom access based sex assigned at birth – which will result in intensified scrutiny based on perceived sex assigned at birth – I will be harassed or face physical violence. I do not fit into conventional ideas of what "men" or "women" look like. When I am in public, strangers refer to me as both "ma'am" and "sir."

21. If UC refuses to recognize transgender identity, that would be an enormous betrayal and incredibly hypocritical due to years of UC's messaging that transgender and gender diverse individuals are welcomed at UC. I am concerned that transgender faculty members will leave UC, which diminishes the vibrant intellectual community that is so crucial to my work. I am also concerned that transgender students who take my classes will not be able to engage fully with the material due to the stress of being in an institution that does not see them as full humans.

22. The chilling effect of anti-transgender sentiment stoked by the Trump administration's targeting of UC is already being felt at UCD. For example, I recently learned that an event on Trans Studies being held next month is restricted to UC faculty and staff, with ID checks at the door. This

restriction is not something I have seen before. The organizers of the event chose to impose these restrictions due to fear of harassment, doxxing, or physical violence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2 day of October, 2025.

*Sal Nicolazzo*
Sal Nicolazzo