1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

11

12

Plaintiffs,

13

v.

14

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

15

16

Defendants.

Case No. 3:25-cv-07864-RFL

**DECLARATION OF DR. CASEY OROZCO-POORE**

17

18

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF CASEY OROZCO-POORE**

I, Dr. Casey Orozco-Poore, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      My name is Casey Orozco-Poore, M.D., and I currently reside in the State of California.  I am currently employed as a resident physician in Child Neurology at the University of California, Los Angeles.  I have personal knowledge of the facts contained in this declaration. If called as a witness, I am competent to testify to these facts.

2.      I am submitting this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.  I am submitting this declaration in my individual capacity and not on behalf of my employer.

3.      I am a physician by training.  I received my medical degree from Harvard Medical School in 2023.

4.      I am a member in good standing of the Committee of Interns and Residents, SEIU ("CIR").

5.      I am aware that President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, including what the administration has described as "woke gender ideology," but which I understand to include the provision of gender-inclusive care and a gender-inclusive environment at UC locations, including its hospitals and clinics.

6.      I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for the University of California, Los Angeles ("UCLA"). It is my understanding that the Trump administration is investigating the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA. It is also my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands that would harm transgender and other members of the UC community.  Specifically, I am aware that the Trump administration issued a demand letter to the UC that reportedly includes demands that the

DECL. OF CASEY OROZCO-POORE                                      Case No. 3:25-cv-07864-RFL

1    UC stop providing gender-affirming care to transgender minors and refuse to recognize gender

2    diversity among employees and visitors, although a copy of the demand letter has not been publicly

3    shared.

4          7.     I am also aware that the Trump administration's demands to UCLA include that UCLA

5    make a public statement, and post that statement on UCLA's websites, that UCLA does not recognize

6    transgender people's gender identities and, on information and belief, that it agrees with the

7    administration's definitions of "male," "female," and "sex," as set forth in Executive Order 14168.  My

8    understanding is that Section 2 of that executive order includes the following definitions:

9         (a) "Sex" shall refer to an individual's immutable biological classification as either male

10        or female. "Sex" is not a synonym for and does not include the concept of "gender identity."

11        ...

12        (d) "Female" means a person belonging, at conception, to the sex that produces the large

13        reproductive cell.

14        (e) "Male" means a person belonging, at conception, to the sex that produces the small

15        reproductive cell.

16         8.     I understand that the Trump administration has threatened to cut more federal funds

17   from the UC if it does not comply with the administration's demands.  I am also aware that the Trump

18   administration has previously targeted other universities with similar threats and demands.

19         9.     I am non-binary (they/them).  I am a recipient of healthcare within the UC system.  My

20   experience as a patient makes me a more informed practitioner.  As a patient, I am personally familiar

21   with the life-saving nature of gender-affirming healthcare.  My providers need to recognize my gender

22   identity to understand my overall health needs.

23        10.     If the UC, and UCLA specifically, were forced to make the changes set out by the

24   Trump administration in its demand letter, including by publicly affirming that it no longer abides by

25   gender-affirming policies and agrees with the administration's definitions of "male," "female," and

26   "sex,"  I would fear for myself, my healthcare, and the care I would be able to provide for my

27   patients.  Although sex and gender identity are two different things, an environment inclusive of

28   nothing but outdated binary understandings of either would cause me, my colleagues, and my patients

1    irreparable harm.

2        11.    As a patient and employee of UCLA, it is vital to my sense of safety and belonging that

3    my gender identity be recognized.  If the UC system became hostile to transgender and non-binary

4    patients and employees, as the demand letter contemplates, I would suffer irreparable dignitary harms

5    in that my employer would have repudiated the existence of my identity.  I would also be immediately

6    concerned that I could be harassed or discriminated against because of my gender identity without

7    sufficient infrastructure to protect me.

8        12.    I currently practice in pediatric neurology, meaning that provide care – both in the form

9    of direct care and in the form of specialty consults – for patients under the age of 18.  I have had

10   transgender minors as patients of mine at UCLA and UCLA-Olive View, under the supervision and

11   review of UCLA-employer attending physicians.  In my role, I provide a gender-affirming

12   environment to my patients, and provide referrals to gender-affirming care specialists as

13   needed.  Given the Trump administration's attacks on gender-affirming care, I have already witnessed a

14   significant decrease in the availability of life-saving gender-affirming care for transgender minors in

15   Los Angeles.  With the closure of the Center for Transyouth Health and Development in July 2025, in

16   response to pressure from the Trump administration, UCLA is now a last resort to many of my patients

17   in the area.  I have serious concerns about the health of my patients seeking gender-affirming care in

18   Los Angeles as it currently stands because wait lists for care are already long, and growing.  Often,

19   care is needed urgently as some transgender minors can experience psychiatric distress when their

20   gender identity does not align with their publicly-perceived gender and/or the sex they were assigned

21   at birth.  Such distress can and does cause suicidality.  Therefore, there is a risk of death for patients

22   unable to access gender-affirming care.

23       13.    If, because of changes to UC or UCLA policies in the face of demands from the Trump

24   administration, I was no longer able to provide gender-inclusive care to minors at UCLA or to refer my

25   patients to physicians providing gender-affirming care at UCLA, I would be immediately concerned

26   about my ability to provide competent and effective care to my patients.  Not being able to provide the

27   full spectrum of appropriate care to my patients, as required by my medical judgment and ethical

28   obligations, would cause both me and my patients irreparable harm.

DECL. OF CASEY OROZCO-POORE                                          Case No. 3:25-cv-07864-RFL

14.     I have previously conducted global health research in Lima, Peru.  That research focused on community-based methods of HIV prevention among young transgender people.  I have also spoken publicly, including in written op-eds and published, peer-reviewed medical articles, about best practices for providing care to transgender and intersex patients, including youth and more generally on ensuring that global public health and our country's healthcare system become

15.     I understand that gender-inclusive topics and viewpoints, as well as global public health efforts, are disfavored by the Trump administration.

16.     Because the Trump administration's threats to the UC and UCLA have made me fear that my speech will put me and/or my employer at risk, I have become unsure as to whether I can continue to speak at the same level without significant risks to my career.  In this environment, I already fear that any explicit alliance with transgender patients could harm my career.  If the UC system became hostile to transgender and non-binary patients and employees, as the demand letter contemplates, my ability to speak freely in support of my patients and communities I care deeply about would be irreparably harmed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 08 , 2025 in Los Angeles , California.

Signed: Casey Orozco-Poore (Oct 8, 2025 09:32:13 PDT)

Dr. Casey Orozco-Poore, M.D.

Resident Physician

DECL. OF CASEY OROZCO-POORE                                   Case No. 3:25-cv-07864-RFL