UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF DONALD PALMER ON BEHALF OF THE DAVIS FACULTY ASSOCIATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Donald Palmer, declare as follows:

1. I am a Professor Emeritus at the University of California, Davis (UCD) Graduate School of Management.

2. I am a member of the Davis Faculty Association (DFA). I serve on DFA's governing board and I am a former DFA chair. I currently chair DFA's subcommittee on research funding cuts.

3. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

4. DFA is a faculty association dedicated to protecting and advancing the interests of all ladder track faculty at the University of California, Davis (UCD).

5. DFA was launched in May of 1979 when Political Science Professor Ed Costantini invited Academic Senate members to form a committee to make bylaws, elect officers and lay the groundwork for a faculty association. They acted in response both to the recently enacted Berman bill which allowed faculty for the first time ever to meet and confer over working conditions, and the report from the Faculty Welfare Committee of the Academic Senate, which found no reason for the faculty not to organize.

6. DFA belongs to the Council of UC Faculty Associations (CUCFA). By far the largest independent dues-supported organization representing the faculty at the campuses of the University of California, CUCFA coordinates activities of the Faculty Associations on a statewide level, acts as collective bargaining agent for faculty at UC Santa Cruz, and maintains a lobbyist in Sacramento.

7. DFA is independent from UCD and is distinguishable from the Academic Senate. The Academic Senate is a body represented by an unelected President and is largely consultative. It is not allowed to lobby state or federal legislators, whereas DFA is allowed to advocate for faculty. DFA fully supports the role of the Academic Senate in governance of the University as expressed in the present delegation of authority by the Board of Regents.

8. DFA's activities include keeping track of important faculty events on the UCD campus, at the UC system-wide level, in state government, and the federal government. DFA informs and explains the significance of these events to UCD faculty. DFA also responds to these events when they negatively affect faculty interests, such as developments that restrict free speech and negatively alter working

1 conditions and benefits. Organizational responses include writing letters to administration officials,
2 circulating petitions, organizing demonstrations, and issuing statements. DFA also provides advice to
3 individual faculty who believe their employment and civil rights have been violated.

4     9. DFA plays a role in preserving academic freedom on campus, including the freedom to
5 speak freely, to engage in scholarship on topics of one's choosing, and to employ theories and methods
6 of one's discipline. DFA has advanced this interest by helping CUCFA file an unfair labor practice
7 complaint against UCLA and the UC system when faculty members at UCLA were targeted for their
8 participation in pro-Palestinian demonstrations. DFA also contributed financially to support this
9 proceeding. DFA has also written a letter to UCD's Chancellor asking him to show restraint in response
10 to pro-Palestinian encampments on our campus.

11     10. DFA also avers to protect its members by ensuring fairness in the personnel process and
12 support for both research and teaching. The Association often provides guidance and assistance to faculty
13 members who believe that they have been treated unfairly in the personnel process, the assignment of
14 teaching responsibilities, and the allocation of research resources.

15     11. Although DFA is not a bargaining unit with a collective bargaining agreement, the
16 Association weighs in when our members' economic interests are adversely affected. DFA is part of
17 CUCFA, an organization that has labor rights by virtue of its role as agent for the Santa Cruz Faculty
18 Association, the legal bargaining agent for the faculty at UCSC. The UC Office of the President (UCOP)
19 must notify CUCFA, and thus DFA, about any proposed changes to the wages, benefits, hours, and
20 working conditions of UC faculty. In this way, we monitor activity within the UC system on matters
21 which affect faculty, such as domestic partners benefits, merit pay delays, faculty contributions to
22 healthcare plan cost, and other issues. Most of the time we serve merely as a watchdog, but, when
23 necessary, DFA and/or CUCFA advocate strongly within the UC system for the faculty's interests in
24 these matters. DFA has also organized around faculty members who have been denied tenure.

25     12. DFA also effectuates its mission by speaking whenever campus policy discriminates, or
26 threatens to discriminate, against faculty members based on their identity or citizenship status. The
27 Association responds by writing letters to administration officials, circulating petitions, organizing
28 demonstrations, and issuing statements. When individual faculty believe that they have been

2

DECLARATION OF DONALD PALMER ON BEHALF OF DFA      Case No. 3:25-cv-07864-RFL
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

discriminated against, DFA intervenes by providing guidance.

13. DFA has expanded its programming to respond to the harms that DFA members experience due to the Trump Administration's actions. The Association has recently organized a "know your rights" seminar to inform faculty on how to respond if ICE agents enter their classroom, following changes in immigration policy effected by the Trump Administration. Our organization has also conducted a survey inviting faculty to report ways in which their research, teaching, and service has been affected by changes in immigration policy under the Trump Administration. We have contributed to a lawsuit against Marco Rubio and the changes he has implemented in the domain of immigration policies. And the current lawsuit is in response to what we believe are threats to UCLA's ability to provide gender-affirming health care for minors, threats to faculty members' freedom to express themselves without fear of discipline or retaliation, and other oppressive policies that will affect all UC campuses.

14. DFA is aware that the current federal administration has taken a series of actions targeting the UC system and its member institutions. These include (1) an investigation, initiated this spring, into alleged antisemitism across the UC system, (2) $584 million worth of arbitrary funding cuts at the University of California, Los Angeles ("UCLA"), and (3) a demand letter issued on August 8th seeking $1.2 billion in fines and a series of harmful policy changes. UC has not shared this demand letter with DFA or other faculty associations, and DFA has pledged to help cover the cost of the public records request to obtain a copy of the letter.

15. DFA is aware that the demands made of the UC system are vaguely defined but include mandates restricting certain protest activities, sharing personal data with the federal government, denying access to gender affirming care, implementing policies that discriminate against transgender students, potentially eliminating programs that promote "Diversity, Equity, and Inclusion" ("DEI"), and appointing an outside monitor to ensure that these demands are met.

16. DFA is aware that the Trump administration has similarly threatened other universities and has followed through on its threats by pulling federal funds from Harvard, Columbia, Brown, and the University of Pennsylvania and demanding suppression of disfavored views on those campuses.

17. DFA is aware that members of Trump administration have called upon private citizens to "report" on faculty, students, and co-workers expressing disfavored views. Private citizens have

3

DECLARATION OF DONALD PALMER ON BEHALF OF DFA
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

already been emboldened by the Trump administration and have harassed UCD faculty for teaching certain topics, such as Middle East studies.

18. DFA is also aware of the University of California, Berkeley's ("UC Berkeley") disclosure of 160 faculty and staff who had been named in complaints about anti-Semitism. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals that it shared the names with the federal government. DFA members have expressed feelings of dread because of this chilling decision. Our members are nervous that other campuses will disclose faculty and staff who have participated in protests and political speech in support of Palestinian rights and other causes disfavored by the current administration. DFA members are also concerned that they will be monitored and punished by either UCD or the federal government for engaging in these kinds of speech. One of our members asked DFA leadership if UCD has announced whether it had shared names with the federal Department of Education. She was concerned that UCD had referred its own faculty to the administration without any notice to faculty, DFA, or Academic Senate.

19. DFA's speech and organizational operations have already shifted because of the August 8th demand letter, funding cuts at UCLA, threats of further funding cuts, and UC Berkeley's release of faculty names. Before these events, DFA had almost exclusively used university email addresses for association business. After these developments, DFA committees have moved communications to encrypted platforms and forums. The need for all DFA members, even those who only participate on subcommittees, to use platforms outside of their UCD emails to enable members to speak freely did not arise until the Trump administration's recent actions.

20. DFA is concerned that its members will suffer irreparable harms to their freedom of speech and academic freedom if the UC leadership accedes to the Trump Administration's demands.

21. DFA fears that acquiescence will subject members to federal investigations and punishment by government officials merely for exercising their rights to protest and to speak freely. The Trump Administration is demanding that the UC increase its control of speech on its campuses, partly by increasing the monitoring and punishment of speech that the Trump Administration considers offensive. There are also news reports suggesting that the Trump Administration is demanding UC to

4

Docusign Envelope ID: E11678G0-D531-4DFF-BDCB-CFE7AB79DC6D
Case 3:25-cv-07864-RFL  Document 29-33  Filed 10/09/25  Page 6 of 10

1    permit an outside monitor to review UC's programs and curricula to ensure compliance with the
2    demands. And DFA fears that other UC campuses, in addition to UC Berkeley, have reported faculty
3    and staff to the federal government because they have been named in complaints alleging antisemitism.
4    These developments have occurred without disclosure by UC or transparency with regards to either the
5    demand letter or the cooperation with the Department of Education.

6        22.    If the monitor-related demand is fully implemented in conjunction with name-sharing,
7    DFA fears that this could expose alleged offenders to federal prosecution. Thus, we expect that we will
8    have to become extremely careful when planning public speech and protests, because we expect that
9    restrictions on speech and protest will subject speakers and organizers to disciplinary action on our
10   campus and perhaps by the federal government, which could ultimately result in job loss.

11       23.    DFA is concerned that acquiescence to the demands will result in less freedom of
12   expression for its members, inside and outside of the classroom. The organization is also concerned that
13   it would result in less freedom to conduct research on topics of one's choosing, less freedom to determine
14   how to conduct research, and less financial support to conduct research of any type in any way. DFA is
15   also concerned that the threatened fine and resulting future budget cuts would result in fewer teaching
16   assistants and staff support, which will then increase teaching workloads and class sizes. In the case of
17   medical school faculty, accepting the demands would result in less freedom to serve all populations in
18   need of health care (including gender affirming care).

19       24.    DFA is concerned any settlement with the Trump administration will undermine the
20   bargaining relationship between CUCFA and UC, as well as the decades-long relationship between UC
21   and the faculty associations. Agreeing to the demands would require UC to unilaterally adopt policies in
22   violation of their duty to bargain with CUCFA. Since DFA is part of CUCFA, this would affect our
23   ability to advocate for systemwide policies through the established bargaining relationship between our
24   parent organization and UC.

25       25.    DFA also fears that any acquiescence to the Trump administration's demands will
26   undermine the systems of co-governance that regulate academic affairs at UCD and across the UC
27   system. The UC Regents bylaws dictate that UC is managed through a system of shared governance
28   where administrators and faculty through the Academic Senate jointly govern the university. But in the

5
DECLARATION OF DONALD PALMER ON BEHALF OF DFA                Case No. 3:25-cv-07864-RFL
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

current moment, UC leadership has largely circumvented the Academic Senate. For example, while the administration is in possession of the Trump Administration demand letter sent in August, it has not shared that letter with the Academic Senate. The Academic Senate has also been left out of any discussions on funding cuts or the sharing of faculty names with federal officials, topics that may impact the job security of DFA members.

26. DFA's concerns about the risk of imminent, irreparable harm posed by these demands is based on the material harms that the organization and its members have already experienced due to the Trump administration's actions. Our Association is a labor-intensive organization. DFA board members are attending more meetings, writing more statements, petitions, and letters, and working with attorneys. It is personally exhausting. DFA also has contributed money to several CUCFA legal actions, such as public records requests, complaints (ULPs), and lawsuits. This diverts resources from DFA's other advocacy efforts to improve workplace conditions at UCD.

27. DFA has had to divert its attention away from protecting the full range of faculty interests to focus on protecting the subset of faculty interests threatened by the current Trump Administration's assault on higher education and the UC. For example, we have less time to keep track of the ways in which the campus is restructuring the allocation of teaching assistants after the successful graduate student strike two years ago. This promises to strain departmental budgets and increase faculty workload. We also have less time to provide guidance to faculty who believe they have been unfairly disciplined or unfairly denied tenure or been treated unfairly in other ways.

28. If the Trump administration were not targeting UC, DFA would be lobbying on healthcare costs. Last year, we focused our protests and lobbying on improving healthcare benefits for faculty members. But even though we know that costs are going up again, we cannot lobby on that issue because we must prioritize the threats facing UC.

29. Another issue that we would be addressing if the Trump administration was not pressuring UC is the faculty-student ratio at UCD. The ratio is worsening because we are adding students and administrators to campus, but not faculty members. We want to dig into this issue and track budget allocations, but we cannot focus on this issue because of the threats.

30. Other issues that we cannot address due to the federal government's demands include the

1  escalating costs of starting up new laboratories at UCD and improving campus infrastructure. In the
2  sciences, there is a huge start-up cost when new faculty are hired because elaborate, expensive
3  laboratories must be constructed for them. Some departments cannot hire new faculty because of tight
4  budgets.  Furthermore, UCD's physical plant is deteriorating. Lots of buildings have to be upgraded and
5  remodeled. But we cannot focus on that issue due to the emergency foisted upon DFA.

6        31.    We have also foregone broader advocacy efforts to improve access to higher education
7  because of the Trump administration's assault on UC. In 1960, California legislators passed the Master
8  Plan of Higher Education, which guaranteed the top eighth (12.5%) of graduating high school seniors
9  would be guaranteed a place at a UC campus tuition-free. A while ago, we launched an initiative to
10 restore the full promise of the Master Plan, but it never made its way through the State Senate. That
11 would be another initiative we would push if we were not addressing the crisis created by the Trump
12 administration.

13       32.    DFA's members have also suffered censorship due to the Trump administration's actions.
14 One of the DFA's board members conducts research, teaches courses, and speaks publicly about the
15 Middle East. She has taken a sabbatical because of the harassment she has received and the pressure
16 placed on her by UCD after the Trump administration began its investigations into alleged antisemitism.
17 UCD faculty members have told DFA that they are increasingly cautious about speaking their mind in
18 the classroom and publicly, out of fear that they might experience reprisals. This was not a problem
19 before the Trump administration began pressuring UCD and other UC institutions.

20       33.    DFA members have also suffered significant harms to their research and career
21 advancements due to prior funding cuts and grant revocations by the Trump administration. These
22 revocations have already resulted in cancelled research projects, lost salary, adverse career consequences
23 due to foregone publication opportunities, and the severance of collegial relationships and partnerships
24 with community entities. Further funding cuts would only exacerbate these harms.

25       34.    Beyond these financial consequences, survey respondents also expressed dread about the
26 continued challenges that they will face if the Trump administration is permitted to interfere with
27 research that does not enforce their ideological viewpoints. This dread is justified given the demonstrated
28 arbitrariness of the administration's decision-making. For example, DFA learned that there was a

7

1 restored National Institutes of Health grant in the medical school, concerning MRIs in a cognitively
2 diverse population. Although no rationale was provided by the government, the restoration followed a
3 notice of revocation that stated that the project did not align with the Trump's administration's policies.
4 DFA members fear that, if UC does not capitulate to the Trump administration's demands, their projects
5 may be upended by officials who make further arbitrary cuts to punish UC.

6    35.    Because they fear retaliation by the Trump administration, DFA is aware that some UCD
7 faculty plan to adjust how they describe their research in fellowship and grant applications to remove
8 any indication that their work contradicts the right-wing wishes of the Trump Administration.

9    36.    DFA is aware that—after the Trump administration began targeting UC— UCD faculty
10 have been given advice by campus officials to alter both the content and presentation of grants and
11 reimbursement requests. A DFA board member has recently experienced micromanagement by
12 administrators to avoid certain phrases that are disfavored by the Trump administration. This summer, a
13 professor sought reimbursement from UCD for a lunch offered to the families of high school students at
14 the closing ceremony for a summer internship program that he runs. In the justification, he used the
15 phrase "under-represented students." He was asked by the University official who reviewed his request
16 to remove the term.

17    37.    The Trump administration's threats to UC's financial wellbeing have also resulted in a
18 hiring freeze at UCD and, given faculty attrition due to funding cuts and normal retirement processes,
19 an increased workload for existing faculty.

20    38.    UCD's fears of irreparable harm due to the Trump administration's demands is further
21 informed by UC's efforts to appease the Trump administration. At UCD, the administration has changed
22 the name of its Diversity, Equity, and Inclusion office to "Inclusive Excellence."

23    39.    With an injunction, DFA will be able to dedicate resources towards the advocacy that it
24 was founded to support and not on measures to respond to the Trump administration's threats against
25 UC. The organization's members will be able to speak freely, teach students, proceed with the research
26 of their choosing. They will be able to exercise academic freedom and engage in their disciplines without
27 fear of surveillance or punishment by government officials. And it will ameliorate fears of an enormous
28 fine or further arbitrary funding cuts, which will improve job security for DFA's members.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.

4   Executed this <u>second</u> day of October, 2025.

*Donald Palmer*
Don Palmer
Former Chair of DFA
Member of DFA's Governing Board
Chair of DFA's subcommittee on research funding cuts

---

9

DECLARATION OF DONALD PALMER ON BEHALF OF DFA                                    Case No. 3:25-cv-07864-RFL
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION