1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF DANIEL PAREDES** |

I, Daniel Paredes, declare as follows:

1. I am employed at California Nurses Association ("CNA") as a Labor Representative. I have been employed in this position since 2021.

2. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

3. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

4. California Nurses Association represents a bargaining unit of approximately 23,500 Registered Nurses ("RNs") employed by the Regents of the University of California "UC") at medical centers and other healthcare facilities at each of its campuses. This bargaining unit is referred to as the NX unit. CNA and UC are parties to a collective bargaining agreement ("CBA") covering terms and conditions of work for the RNs in the NX unit.

5. As a Labor Representative, I am assigned to represent RNs who work at the University of California at Los Angeles at its Westwood facility. The Westwood facility includes Ronald Reagan Hospital, which is an acute-care hospital, as well as the student health center, medical clinics, outpatient facilities, and medical offices.

6. I am responsible for enforcement of the CBA, filing and resolving grievances, up to and including arbitration, representing RNs in investigatory meetings, conferring with the University over changes in practices, and organizing RNs for the union's overall mission.

7. Based on my experience representing RNs, I understand that many CNA members who work in the UC system perform nursing care within the context of clinical trials, including those funded by the National Institutes of Health ("NIH"). I have observed that participating in this research is a professional calling for RNs who work in the UC system.

8. The CBA for the NX unit sets forth the classifications for RNs, including eligibility requirements and procedures for advancing through the classifications. (Cite to Article 2). For example, the Clinical Nurse I classification is for less experienced RNs, while the Clinical Nurse IV classification is for more experienced RNs. The CBA also sets for the pay rates for each classification, with higher rates paid as RNs advance through the classifications.

9. RNs automatically advance from Clinical Nurse I to Clinical Nurse II upon completion of six months of satisfactory performance. In order to advance to higher classifications, the RNs must meet criteria set forth in a "Clinical Ladder" established at each medical center.

10. RNs working in the Clinical Nurse III and higher classifications are considered to be leaders in their units and are assigned complex cases requiring advanced specialized knowledge.

11. At UCLA, the current clinical ladder for advancing from Clinical Nurse II to Clinical Nurse III requires RNs to demonstrate clinical expertise in a variety of categories, including "The Registered Professional Nurse as Scientist." UCLA has provided notice to CNA that it intends to modify this clinical ladder effective June 2026. The proposed revised clinical ladder includes a requirement that RNs satisfy a "New Knowledge and Innovation" requirement in order to advance from Clinical Nurse II to Clinical Nurse III. The current Professional Nurse as Scientist category and proposed New Knowledge and Innovation requirements are fundamentally the same. A primary way for RNs to satisfy this requirement is by participating in a scientific research project in the course of their nursing duties at UCLA.

12. I am also familiar with how to attain and maintain Clinical Nurse levels at other facilities since all CNA labor representatives work together to compare notes at each other's facilities and share resources.

13. The requirements to participate in research to advance up the clinical ladder are very similar across the UC medical facilities. For example, at UC San Diego, a nurse maintains her status as a Clinical Nurse III or Clinical Nurse IV through earning points each year. A Clinical Nurse III is required to have 100 points and a Clinical Nurse IV is required to maintain 150 points. Points are awarded in different categories, but by far, the most points are awarded for research activities and publication in research journals. Publication in a peer-reviewed journal is worth 25-50 points depending upon whether the nurse is the lead author and conducting research is similarly worth 50 points. Other activities such as development of a class or educational materials are just worth two points. Thus, it is much more difficult (if not impossible for some nurses) to maintain the Clinical Nurse III or IV designation without being able to conduct research.

14. I understand that the federal National Institutes for Health ("NIH") is the largest funder

1  of medical research at UC facilities. If NIH funding were cut, many scientific research opportunities
2  for RNs employed at UC would no longer be available, and RNs would be deprived of this pathway for
3  progressing through their clinical ladder.
4     I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2,
5  2025, in Glendale, California.

Signed: _____
DANIEL PAREDES
CNA LABOR REPRESENTATIVE