1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

Case No. 3:25-cv-07864-RFL

11

**DECLARATION OF MAXWELL PARKS**

12

Plaintiffs,

13

v.

14

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

15
16

Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

I, Maxwell Parks, declare as follows:

1.      I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2.      This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3.       I am a Ph.D. candidate in the Department of Earth, Planetary, and Space Sciences at the University of California Los Angeles (UCLA). I have been enrolled in the program since fall 2020.  I am also a member of UAW Local 4811. Broadly, my work involves studying the climate on Mars.

4.      My lab is funded almost entirely by the National Aeronautics and Space Administration (NASA). For the majority of my time in the Ph.D. program, I have been employed by UCLA as a graduate student researcher (GSR). My salary as a GSR has been funded entirely by NASA. Specifically, the funds that support my work come from a NASA award related to the RIMFAX experiment. RIMFAX is a ground-penetrating radar instrument on the *Perseverance* rover, which is currently active on Mars. In addition to analyzing the data, my lab helps to remotely operate the instrument on the Mars rover. My lab is also engaged in another major project that studies the Moon, and which is also funded by NASA.

5.      Our research of Mars and the Moon is a collaboration with other institutions, including NASA and other universities. Our work is interdependent, as each collaborator is responsible for discrete components of the work. For example, in one of our projects, our lab operates an infrared camera and shares the data with other universities. If we no longer did this work, the other universities would be unable complete their own research, which relies on that data.

6.      Our federally funded work has contributed to significant scientific achievements. For example, in July 2024, the *Perseverance* rover found evidence of past microbial life on Mars. The RIMFAX data that our lab helps produce provided unique and irreplaceable context for the discovery, which is widely recognized as the most significant evidence of life on Mars in our history of exploring Mars' surface. I believe that the question of whether there is or ever was there ever life on other planets

DECLARATION OF MAXWELL PARKS

is one of the most important questions that we might be able to answer in the 21st century. Finding evidence of life on Mars is also one of the key objectives of NASA's *Perseverance* mission.

7.    I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for UCLA. National Science Foundation (NSF) grants received by multiple colleagues in my department were among those that were suspended. It is also my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the University of California (UC) pay at least $1 billion to the federal government and agree to a series of demands. I further understand that the Trump administration has threatened to cut more federal funds from the UC if it does not comply with the administration's demands. I am also aware that the Trump administration has previously targeted other universities with similar threats and demands, and that the administration has cut substantial amounts of federal funding at other universities

8.    I fear that, in an effort to coerce the UC to accede to its demands, the Trump administration will cut additional federal funding at the UC and that the NASA funding I depend on will be cut. If NASA funds were no longer available to our lab, the effects would be catastrophic. Our lab would almost immediately lose the ability to function. We have no alternative funding source to cover our research and personnel costs. There are twelve scientists and rover operators in my lab, and most would almost certainly be laid off. Moreover, our work revolves around NASA-controlled projects, and NASA funds our lab to perform work in support of these projects. If our lab was cut off from participating in NASA projects, our core work would effectively disappear.

9.    If our lab were no longer able to perform our work, many others would be seriously impacted. The effects on the research performed at our partner institutions would be severe, because our work is deeply intertwined. Even a temporary pause in funding or other disruption to our work would be potentially disastrous. The operation of the RIMFAX instrument is deeply integrated into the ability of the *Perseverance* rover to produce scientific results, and our lab has expertise in its operation and analysis that is irreplaceable. This project has been carefully choreographed by scientists across the world over many years. If we suddenly stopped participating, the entire project could be disrupted.

10.     More broadly, researchers in my field are entirely dependent on federal funds. NASA and NSF funds comprise nearly all available funding. I know the mission of NASA by heart: "NASA explores unknown in air and space, innovates for the benefit of humanity, and inspires the world through discovery." The work that my colleagues and I perform fulfills this mission. In my experience, private industry is not interested in funding work at universities that serves these goals. Without NASA funds and other federal funds, it would become impossible for my colleagues to continue their work and to continue making important discoveries for the benefit of humanity.

11.     The loss of federal funds would also be devastating for me personally. If NASA funds were lost, it would become impossible to continue my research, almost overnight. I would be unable to complete my research projects or my Ph.D. Much of the research I have already produced would go to waste. My career prospects would be significantly and irreparably diminished.

12.     I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 1st day of October, 2025.

Maxwell Parks

DECLARATION OF MAXWELL PARKS

Case No. 3:25-cv-07864-RFL