1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

Case No. 3:25-cv-07864-RFL

11

**DECLARATION OF COLE PETERS**

12

Plaintiffs,

13

v.

14

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

15

16

Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

I, Cole Peters, declare as follows:

1.    I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2.    This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3.    I am employed as an associate project scientist in the Department of Pediatrics of the David Geffen School of Medicine at the University of California, Los Angeles (UCLA). I am also a member of UAW Local 4811.

4    I hold a B.A. from the University of California, Berkely and a Ph.D. from Harvard University.

5.    My work involves researching T-cell-based cancer immunotherapy with a team of researchers, led by my Principal Investigator (PI), Dr. Theodore Nowicki. I have worked in Dr. Nowicki's lab since April 2021. I previously held positions as an assistant project scientist (2021-2023) and a postdoctoral scholar (2023-2025).

### NIH Funding Award (R37-CA289813)

6.    On March 11, 2025, Dr. Nowicki was awarded a Method to Extend Research in Time (MERIT) (R37) Award ("R37 MERIT Award") by the National Cancer Institute (NCI), which is part of the National Institutes of Health (NIH). The R37 MERIT Award included $647,632 of funding for fiscal year 2025. The scheduled end date for the grant was February 28, 2030.

7.    Unlike most grants that I am familiar with, a PI cannot apply for an R37 MERIT Award directly. Rather, the funding agency identifies awardees based on their superior research performance. Early-career researchers who submit top scoring applications for an NIH R01 Research Project Grant ("R01 Grant") are eligible for consideration. If selected by the funding agency, the R01 Grant is "upgraded" to an R37 MERIT Award, which provides additional years of funding, as well as prestige. The award is designed to provide long-term, stable funding for promising researchers who are expected to continue delivering a highly impactful research output. Dr. Nowicki was awarded the R37 MERIT Award for a research proposal related to cellular therapies for solid tumors.

DECLARATION OF COLE PETERS                                           Case No. 3:25-cv-07864-RFL

8.      Current approaches to treating solid tumors using a patient's own T cells tend to have an initial positive impact, but the effect is short-lived. T cells generally stop attacking the patient's tumor after about thirty days, at which time the tumor quickly begins to regrow. However, by "arming" the T cells with a molecule called TNF-alpha, our lab has observed that T cells are able to more persistently and effectively kill cancer cells. The purpose of the R37 MERIT Award was to fund our work studying this approach to T cell therapy. This research has the potential to improve treatment outcomes for the most difficult to treat cancers, such as childhood sarcoma, while avoiding the harmful side effects of chemotherapy.

9.      The budget for the R37 MERIT Award included salaries for myself and two of my colleagues. The budget included funding for 50 percent of my salary, beginning on August 1, 2025. I was not funded by the R37 MERIT Award prior to August 1 because my salary was previously funded by an NIH T32 Training Grant, which expired on that same day. The research team that was working on the project funded by the R37 MERIT Award also includes a postdoctoral scholar and a staff research associate. The R37 MERIT Award funded 100 percent of the postdoctoral scholar's salary and partially funded the salary of the staff research associate. As required by NIH policies, all three of our positions were identified on the original R01 Grant application for this project, which I have reviewed and helped prepare.

10.     In addition to funding our salaries, the R37 MERIT Award provided funding to conduct new experiments. Following receipt of the award, our lab began two major *in vivo* experiments to study additional tumor models in mice. We also initiated experiments to conduct an in-depth study of tumor models using a sequencing method called spatial transcriptomics. Lastly, we initiated myeloid-derived suppressor cell (MSDC) assay experiments. Each of these experiments was carefully designed to improve our understanding of how and why our approach to T cell therapies was improving on existing therapies. Each experiment was dependent upon the funds from the R37 MERIT Award.

### Suspension of the R37 MERIT Award

11.     On or about August 1, 2025, I learned that the R37 MERIT Award had been frozen by the NIH. UCLA posted a spreadsheet of grants that were frozen on its website. I reviewed the website and found that our R37 MERIT Award was among those listed as suspended. I am aware that the

DECLARATION OF COLE PETERS                                    Case No. 3:25-cv-07864-RFL

1   suspension of the R37 MERIT Award was part of the Trump administration's suspension of more than

2   $500 million dollars in federal funds for UCLA.

3          12.     The suspension of the R37 MERIT Award caused immediate harm to our lab and our

4   research. Following the news that the funds were frozen, we were forced to stop working on the

5   experiments I described in Paragraph 7. Those experiments have remained on hold since the grant

6   suspensions were announced. Since that time, we have continued analyzing data we have already

7   collected. However, because we have been unable to work on the experiments, we have been unable to

8   make forward progress in our research.

9          13.     Following the suspension of the R37 MERIT Award, my salary has been funded through

10  a grant awarded by a private nonprofit, as well as by another NIH grant. The federal grant is scheduled

11  to expire on January 31, 2026. After that date, I believe my lab will not have sufficient funds to

12  continue paying my salary or that of my colleagues unless the R37 MERIT Award funds are available.

13         14.     I understand that a court ruling on September 22, 2025 directed the NIH to restore

14  funding for the R37 MERIT Award, at least temporarily. The lab is now able to access funds from the

15  R37 MERIT Award again. At this time, I am unsure whether we will fully resume our experiments, due

16  to ongoing funding uncertainty. We also cannot recover the time we have already lost, while we were

17  unable to progress on our experimental work due to the suspensions. Although the R37 MERIT Award

18  funds have been restored for now, I understand that the same funds remain at risk of being suspended

19  or terminated in the future. If these funds are frozen again, I am uncertain that our lab will be able to

20  continue our research.

21         15.     In addition to the R37 MERIT Award, my lab is highly dependent on federal grants,

22  especially NIH grants. If federal funds are not available, I believe that my PI may be forced to seek

23  employment at another institution where he is able to secure funding. I anticipate that I would also be

24  forced to consider seeking new employment. However, the previous loss of funding, as well as the

25  funding uncertainty we are currently facing, harms my future career opportunities because it has

26  interrupted our research. While our experiments are on hold, I am unable to produce the new data

27  necessary to publish articles, and without publications, it is difficult for me to advance my career.

28

DECLARATION OF COLE PETERS                                              Case No. 3:25-cv-07864-RFL

16.    More broadly, other researchers in my field at UCLA and across the UC system rely heavily on federal funds. I am aware that the Trump administration has threatened to withhold additional federal funds from the UC system. Without federal funds, my colleagues and I will be unable to continue producing meaningful cancer research.

17.    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 3rd day of October, 2025.

Cole Peters

4

DECLARATION OF COLE PETERS                                    Case No. 3:25-cv-07864-RFL