UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-CV-07864-RFL <br><br> **DECLARATION OF JASON RABINOWITZ** |

I, Jason Rabinowitz, hereby declare as follows:

1. I am the Principal Officer and Secretary-Treasurer of Teamsters Local 2010 (hereinafter "Local 2010"). I am responsible for Teamsters Local 2010 and its operations, including overseeing the representation of Teamsters Local 2010's members.

2. Teamsters Local 2010 represents 25,000 workers in California including over 20,000 employees of the University of California ("UC"). The UC employees represented by Teamsters Local 2010 include administrative, skilled trades and healthcare workers.

3. Teamsters Local 2010 is a labor organization that exists for the purpose of protecting and promoting the interests of its members. This includes collective bargaining and taking other collective action for higher wages and benefits and improved conditions in the workplace. Crucial to the purpose of Teamsters Local 2010 is protecting the free speech rights of members particularly to advocate

collectively for workplace demands, protecting the economic interests of its members and protecting members' rights against non-discrimination.

4. Teamsters Local 2010 members work at UC's medical centers, clinics, labs and UC's National Defense Lab. Teamsters provide critical administrative support to research throughout the UC system on important work that benefits society.

5. Thousands of Teamsters Local 2010 members hold UC positions funded all or in part by federal grants. The Trump administration has threatened the UC by terminating $584 million to the University of California, Los Angeles (UCLA) and threatening to terminate more federal funding to the UC unless the UC pays at least $1.2 billion and acquiesces to a host of oppressive demands that will limit free speech and academic freedom.

6. UC has noticed layoffs of Teamsters Local 2010 members specifically citing the reduction of federal funding as the cause in the layoff notices. As an example, there have been layoffs of Teamsters in the Department of Chemistry at the David Geffen School of Medicine at UCLA that cite the federal funding cuts as the reason. Attached hereto as **Exhibit 1** is an example of such a layoff notice.

7. These noticed layoffs due to the loss of federal funding have sown fear in our membership. Teamsters Local 2010 has expended and will continue to expend significant resources in responding to these layoffs and representing members in response to the layoffs.

8. Members fear that there is a serious risk that additional cuts will be made.

9. Members are aware that the Trump administration has similarly threatened other universities and has followed through on its threats by cutting federal funding to Harvard, Columbia, Brown and the University of Pennsylvania and demanding suppression of certain speech on those campuses.

10. Members are aware that the Trump administration has required UC to provide the names of students, faculty and staff in connection with allegations of antisemitism and that the University of California, Berkeley handed over 160 such names. UC has warned that it may be subjected to additional production demands.

11. The Trump administration's targeting of the UC for federal funding cuts and other threats have chilled member speech. Members have expressed fear of participating in protests or posting on social media regarding their personal views or support for certain causes. Members have expressed fear about

2

participating in labor actions. They have expressed fear about becoming targets of the Trump administration and further cuts. They have expressed fear about UC further restricting speech, assembly and labor actions.

12. The Trump administration made demands on UC on August 8, 2025, including changes to protest rights at UCLA, prohibiting overnight demonstrations and prohibiting demonstrators from wearing masks, appointment of a monitor with significant authority over campus affairs, review of policies and programs relating to diversity, equity and inclusion, provision of access to the federal government of various records, and the limiting of medical care for transgender minors who receive medical care through UC. The Trump administration has instituted various investigations and has threatened to impose these restrictions on speech system-wide. UC is negotiating with the government and has already taken actions it would not have otherwise taken to appease the Trump administration. If UC capitulates to the Trump administration's demands, Teamsters Local 2010 and its members will face irreparable harm. Teamsters Local 2010 and its members have the right under the Constitution and California law to strike and picket to protest unfair labor practices and to support demands for better wages, benefits and working conditions. Restrictions on these rights to assemble and protest demanded by the Trump administration, including restricting overnight demonstrations and restricting demonstrations in specific areas of campus, will severely weaken the power of Teamsters Local 2010 and its members to win fair contracts, maintain wages that keep up with cost of living increases and allow UC to remain competitive in the marketplace to attract talent.

13. The Trump administration's threats and demands have chilled and will tend to continue to chill Teamsters members in the exercise of their right to strike and protest which will, in turn, negatively impact Teamsters Local 2010 in its ability to mount labor demonstrations and strikes to win better wages, benefits and working conditions.

14. Teamsters Local 2010 has just begun negotiations with UC for successor collective bargaining agreements on behalf of five bargaining units encompassing over 20,000 UC employees. The Trump Administration's cuts and threatened cuts will have significant impacts at the bargaining tables on UC's willingness to negotiate wage or benefits increases. It is likely the UC will utilize these cuts and threats of further cuts as a basis for offering less on wages or benefits. The Administration's demanded

3

restrictions on our right to protest, rally and picket, including where and when we can do so, will harm our ability to advocate for and reach our bargaining objectives and will weaken our position in collective bargaining. The Trump administration's cuts, threatened cuts and demands have a direct impact on Teamsters Local 2010's bargaining rights and interests.

15. Teamsters Local 2010 has had to divert significant resources away from its core mission to assist members impacted by the federal funding cuts and threats. This includes many hours of staff time dealing with layoffs and speaking to concerned members regarding their fear.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 2nd day of October, 2025 at Los Angeles, California.

_____
JASON RABINOWITZ

# Exhibit 1

# UNIVERSITY OF CALIFORNIA, LOS ANGELES  UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO     SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF BIOLOGICAL CHEMISTRY
DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA
BOX 951737, 310 BSRB
615 CHARLES E. YOUNG DRIVE SOUTH
LOS ANGELES, CALIFORNIA 90095-1737

September 16, 2025

Administrative Assistant 2/Biological Chemistry

**RE: Notice of Indefinite Layoff**

Dear

As you know, on August 15, 2025, you were advised that you would be temporarily laid off effective August 31, 2025. Despite our ongoing and steadfast advocacy for the University and the work that you do, the federal government has reduced crucial funding that impacts your position. At this time, we regret to inform you that at the end of your shift on October 16, 2025, you will be indefinitely laid off as an Administrative Assistant 2, title code 4723, $28.19/hour and 100% time in the Department of Biological Chemistry due to lack of funding.

You will be paid through October 16, 2025, but will not be required to report to work during this period.

You are the only Administrative Assistant 2 in the layoff unit, and this indefinite layoff is in accordance with Article 13 of the agreement between the University of California and Teamsters Local 2010.

**BENEFITS**
In addition to the information provided in Article 16, I refer you to the following website for additional information about layoffs:
http://ucnet.universityofcalifornia.edu/compensation-and-benefits/roadmaps/layoff.html.

For specific questions regarding your benefits, please contact UCPath at (855) 982-7284 to speak with a benefits associate. Customer service hours are Monday through Friday, 8:00 a.m. to 5 p.m. (PST).

If you have questions regarding COBRA continuation of benefits, contact:
WEX Health, COBRA Administrator, at (844) 561-1338.

If you have questions regarding a UCLA Health Retirement Pension account, contact:
Retirement Administration Service Center (RASC) 800-888-8267 M-F 8:30 a.m. – 4:30 p.m.
Or send a secured message via the UCRAYS portal
https://retirementatyourservice.ucop.edu/UCRAYS/Account/LoginE?ReturnUrl=%2fUCRAYS .

If you have questions regarding Retirement Savings Program Accounts including the below topics, contact:
Fidelity Retirement Services at 1-866-682-7787.
- UC Retirement Savings Plan accounts (including DC, 403(b) and 457(b) Plans)
- Savings Choice accounts
- Pension Choice supplemental accounts

**UNEMPLOYMENT COMPENSATION**

If you have not found another position at the time of your layoff, contact the California Employment Development Department [EDD] regarding application procedures and eligibility requirements for unemployment compensation benefits at 1-800-300-5616 or on the web at www.edd.ca.gov.

**RECALL**

As a career employee you have the right to recall for a period of three years, expiring October 16, 2026, to any active and vacant career position, provided:

1. the active, vacant career position is in the same class and department at the same or less percentage of time as the positions from which laid off.
2. you are qualified to perform the duties of the active, vacant career position.

**PREFERENTIAL REHIRE**

As a career employee with one year seniority, you also have preference for reemployment for a period of one year ending October 16, 2025, to any active and vacant career position at UCLA for which you are qualified when the position is:

1. in the same bargaining unit
2. at the same or lower salary range maximum as the class from which you were laid off; and
3. at the same or lesser percentage of time as the position held by you at the time of layoff

**SEVERANCE**

In accordance with Article 13 of the Teamsters agreement you have the option of severance pay in lieu of preferential rehire and recall rights. Please use the attached Severance Election form to advise me in writing of your decision within 14 calendar days from the date of this letter. Your election is irrevocable.

If you do not choose the severance option, to activate your preferential status for vacant positions, contact your Talent Acquisition Coordinator Anel Herrera at (310) 923-2715 to arrange an interview as early as possible. At that meeting you will be asked to specify the types of UCLA positions you are interested in pursuing and present a current description of your job skills and qualifications. You should make sure that the UCLA Health System Human Resources Talent Acquisition Office has your current mailing address.

If you have questions about the layoff process itself, you may contact Employee Relations Manager, Renaté Daves at rdaves@mednet.ucla.edu or (424) 371-0657.

**EMPLOYMENT OPPORTUNITIES**
A listing of current job opportunities at UCLA Health Careers is available online at:
https://www.uclahealthcareers.org/. -

We are truly sorry for the impact this has caused and will continue to advocate for the return of federal funding.

We wish you the very best in your future endeavors and thank you for your service to the University.

Sincerely,

*Siavash Kurdistani*

Siavash Kurdistani, M.D.
Professor and Chair