1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10
11

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

12

        Plaintiffs,

13

    v.

14
15

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

16

        Defendants.

Case No. 3:25-cv-07864-RFL

**DECLARATION OF KATIE RODGER IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION**

17
18
19
20
21
22
23
24
25
26
27
28

I, Katie Rodger, hereby declare and state as follows:

1.      I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2.      I have been employed at the University of California ("UC") Davis as a Lecturer since 2011, and my current position title is a Senior Continuing Lecturer. I am the President of the labor union University Council – American Federation of Teachers ("UC-AFT"), a position I have held for 3 years.

3.      UC-AFT is a labor organization founded in 1972 and the exclusive representative of approximately 7200 Lecturers, Instructors, Librarians, and other employees in two bargaining units across the UC system. Through its representation, UC-AFT promotes and defends the highest standards of education at UC by striving to ensure UC serves the needs of all people – not just the interests of the few. In Unit 18, our teaching faculty members provide many of the hours of instruction that UC's students receive, providing crucial mentorship and support to student populations; in Unit 17, our librarians steward the largest library system in the world, protecting vital records and cultural heritage. Our members are diverse, like the students and communities we serve, and since our founding in 1972, we have been committed to fighting for true equality of opportunity for all employees of the University.

4.      I am aware that in or around late July or early August 2025, the Trump Administration suspended approximately $584 million in federal funding for the University of California, Los Angeles ("UCLA"). It is my understanding that the Trump Administration suspended these funds claiming that it was doing so in connection with its investigation of UCLA and/or the University of California ("UC") for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

5.      I understand that in late July or early August, the Trump Administration made a series of demands to UCLA that were memorialized in a letter dated August 8th ("Demands"). UC has not shared the exact contents of the Demands from the Trump Administration, which contributes to an atmosphere of fear and uncertainty for both UC-AFT members and UC-AFT itself. I understand that the reason UC has provided for not sharing the demand letter is that the Trump Administration designated it a

DECLARATION OF KATIE RODGER IN SUPPORT OF                              Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

confidential settlement communication.

6.      Based on reporting in the press about the Demands, I understand that the Trump Administration is threatening to impose approximately $1.2 billion in fines and other financial penalties if UCLA does not accede to its Demands. I am also aware that the Demands include a series of harmful policy changes, which I understand to include:

       a.   Cooperation between UCLA and federal law enforcement, which I understand to include expanded collaboration with Immigration and Customs Enforcement ("ICE");

       b.   Granting the government access to UCLA documents, records, and data not protected by attorney-client privilege, including confidential personnel files for our members;

       c.   Rescinding UCLA's recognition of transgender identities and imposing restrictions on transgender individuals' access to campus facilities and ability to participate in collegiate sports consistent with their gender identity;

       d.   Prohibiting the provision of gender-affirming care for minors by UCLA Health; and

       e.   Appointing an outside monitor to report on UCLA compliance with the demands.

7.      UC-AFT is further aware that the Demands include mandates restricting certain protest activities, sharing personal data with the federal government, and potentially eliminating programs that promote "Diversity, Equity, and Inclusion" ("DEI").

8.      UC-AFT is also aware of the University of California, Berkeley's ("UC Berkeley") disclosure of 160 faculty and staff who had been named in complaints about antisemitism. These names, which included the names of UC-AFT members, were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals that it shared the names with the federal government, and UC-AFT members have expressed feelings of dread because of this chilling decision.

9.      UC-AFT is additionally aware that University President James B. Milliken sent an email to the UC Community on Friday, October 3, 2025, in which he indicated that the University system had turned over unredacted civil rights office case files and police incident reports to the U.S. Department of Education Office for Civil Rights at the insistence of the Trump Administration, citing "the risks of noncompliance." A true and correct copy of this email is attached as Exhibit A.

DECLARATION OF KATIE RODGER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION       Case No. 3:25-cv-07864-RFL

10. Based on conversations with UC-AFT members, I know that our members are nervous that other campuses will disclose faculty and staff who have participated in protests and political speech in support of Palestinian rights and other causes disfavored by the current administration. Our members are also nervous about the release of unredacted civil rights office case files. UC-AFT members are concerned that they will be monitored and punished by either UC or the federal government for engaging in these kinds of speech.

11. I am aware that the Trump administration has previously targeted other universities with similar threats and demands. I understand that the administration cut hundreds of millions, and in some cases billions, of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations.

12. I am aware that the administration's demands to targeted universities have included significant financial payouts to the federal government, as well as various restrictions on academic freedom and other forms of campus speech. For example, I am aware that the Trump administration demanded that Columbia place the Department of Middle Eastern, South Asian, and African Studies (MESAAS) under receivership. I am also aware that the Trump administration demanded that Harvard provide for "viewpoint diversity" among its faculty members, take away "power" from faculty members who may be perceived as "activists," and discontinue any practices that the Trump administration perceives to be connected to DEI principles.

13. The demands Defendants have made of the Regents with respect to UCLA and other universities strike at the very core of academic freedom and free-speech principles. In my view, a fundamental purpose of a university is to allow for the ventilation of a variety of viewpoints and serve as a forum for the development of ideas, even if the current administration may disfavor those ideas. University faculty, researchers, and other academic staff cannot serve this function if they believe that they, their colleagues, or their institutions will be targeted because they express views or research topics that the current administration may deem unfavorable.

3

DECLARATION OF KATIE RODGER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

14.    I understand that Columbia, Brown, and the University of Pennsylvania have nevertheless acceded to the Trump administration's demands. For example, I am aware that Columbia agreed to pay $200 million to the federal government, conduct a review of the MESAAS Department, hire faculty in certain subject areas that the Trump administration deems favorable, and place certain restrictions on campus speech.

15.    From my perspective, it appears the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities. The actions taken against other universities have made me aware that the Trump administration's threats against UC are credible and likely to be acted upon.

16.    UC-AFT and its members have been and will continue to be irreparably harmed by the Trump administration's pressure on UC.

a.    In September 2025, UC announced layoffs of 13 UC-AFT workers at UC Merced, citing a lack of funds. Since the Trump Administration began pressuring UC this spring, UC-AFT has seen nearly 250 layoffs and reductions in time from Unit 18 alone, plus several layoffs of librarians. Each round of layoffs has cited financial pressure in UC's budget. The most recent rounds of layoffs directly cited federal funding cuts from the Trump Administration as a justification for these layoffs.

b.    Based on conversations with members of UC-AFT, I know that our members teach every topic within every discipline at UC. I specifically know that our members teach courses on diversity, equity, and inclusion; Israel-Palestine relations; climate-related issues; gender- and sexuality-related issues; critical race theory; and more. Since this spring, UC-AFT-represented teaching faculty have been deleting curricula, editing syllabi, censoring lectures, and removing content from their courses related to these issues because of their fear of targeting by UC because of pressure from the Trump Administration. I also know that faculty members are nervous about the privacy of their syllabi and course materials and fear that the Trump Administration could pressure UC to turn over these materials. This censoring is happening despite the fact that UC guaranteed academic freedom in Article 2 of the CBA our members fought for and ratified.

c.  UC-AFT has members who identify as transgender. These members work at multiple UC locations, including at UCLA. UC-AFT and its membership have fought for and won protections for all members from discrimination based on gender, sexual orientation, gender identity and gender expression, among other categories. UC-AFT's transgender members would be substantially harmed if in response to the federal demands and threats, UC imposed new restrictions on transgender employees, such as restrictions on bathroom access, or if UC imposed policies defining "sex" or "gender" in ways that deny transgender members' identity. In addition to working for UC, UC-AFT's members and their families are consumers and patients of UC healthcare services. UC encourages UC-AFT members to participate in UC-affiliated healthcare benefit plans. Eliminating access to necessary medical care at UC medical centers such as access to gender-affirming care for minors would harm UC-AFT members who need or may need such care for their families and would substantially degrade the quality of their healthcare benefit.

d.  Prior to this spring, UC-AFT members regularly pursued certifications in various forms of student support as professional development. Successful completion of training courses offered by UC enabled UC-AFT members to receive recognition and demonstrate organizational commitment. Available certifications include programs in supporting LGBTQ+ students, understanding the experiences of undocumented students, and other student-focused trainings. Based on conversations with UC-AFT members, I am aware that because of the Trump Administration's pressure on UC and our members' fear of capitulation by the University, many of our members are no longer pursuing these certifications and have chosen to delete any reference to these qualifications from their social media profiles, resumes, and other documents.

e.  Although UC-AFT members in Unit 18 do not generally complete research as part of their job responsibilities, tenure and tenure-track faculty who do have been asked to take on greater teaching responsibilities as a result of the Trump Administration's withdrawal of research funding. When tenure and tenure-track faculty assume greater teaching responsibilities, our members lose classes and accordingly lose pay. Through

Docusign Envelope ID: C0AB5583-E81E-447E-A8BC-272BC19743C3

conversations with members, meetings with staff, and representational activities in grievances and arbitrations, I know many of our members have lost pay in this way since the funding cuts began and expect harm to continue if the administration imposes additional cuts.

f.  Based on conversations, emails, and other communications with UC-AFT members, I know that many of our members are not attending protests, marches, speeches, and other events that they would have otherwise attended out of fear that any participation in political activity could be reported to UC, disclosed to the Trump Administration, and interpreted as "anti-Western" or related to "diversity, equity, and inclusion."

g.  Based on my conversations, emails, and other communications with UC-AFT members who are not citizens, I know that the Trump Administration's actions including requests for faculty names and other personal information have particularly chilled these members' speech. They are afraid of being associated with a cause or organization that is disfavored by the Trump Administration.

17.  The Trump Administration's pressure on UC is also harming and threatening to irreparably harm UC-AFT itself as an organization.

a.  As a union, UC-AFT fought for and won protections for all our members to be free from discrimination in the workplace.  For example, in our collective bargaining agreements with UC, UC-AFT won contract terms prohibiting UC from discriminating against our bargaining unit members based on "gender ... gender identity, sexual orientation, and gender expression."  If UC were to succumb to the Demands by ceasing to recognize transgender employees and denying our members' access to facilities consistent with their gender identity, UC would be undermining the rights UC-AFT fought for and won in bargaining, in addition to undermining the rights of our members. Similarly, Article 2 of our CBA guarantees full academic freedom to Unit 18 faculty, extending to our members the same policy which applies to tenure and tenure-track faculty. If UC were to appease to the Demands by abridging that academic freedom, UC would again be undermining the rights of our members.

6

b. UC-AFT is a labor union under California law with the exclusive legal right to bargain with UC on behalf of its members over their terms and conditions of employment. This includes the right to bargain with UC over access to UC's property to communicate with UC employees the union represents, distribute literature, investigate workplace conditions, assess contractual and statutory compliance, and voice the union's and its members' concerns about working conditions. This also includes the right to bargain over time, place, and manner speech restrictions, and the location of union protests. These rights are not the University's to give away. The Trump Administration's demands that UC unilaterally impose new restrictions on access and protest activity would deny UC-AFT its right to negotiate such matters directly with UC. Indeed, on or about September 23, 2025, the University announced significant changes to its time place and manner regulations of speech and protest activity at UCLA, formalizing changes that largely align with the Trump Administration's Demands. The Demands' restrictions on demonstrations at UCLA could impede UC-AFT and our members from engaging in these activities and deny us our rights to free speech and association.

c. Because of the Trump Administration's recent actions and targeting of UC, UC-AFT has had to divert resources from other advocacy campaigns to address the threat posed to its members. We must investigate frequent and repeated issues raised by members regarding threats posed by new immigration policies and bathroom access policies promulgated by UC since August 8 that closely mirror those requested in the Demands. Illustratively, we also had to represent members who were accused of violating new UC policies by wearing insignia related to Palestine and LGBTQ+ identities and threatened with disciplinary action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th    day of October, 2025.

Katie Rodger

Katie Rodger
Senior Continuing Lecturer
University of California, Davis
President, University Council – American
Federation of Teachers (UC-AFT)

7

# EXHIBIT A



From: **University of California Office of the President** <ucop@bp.e.ucla.edu>
Date: Fri, Oct 3, 2025 at 5:06 PM
Subject: An Update from UC President James B. Milliken

**UNIVERSITY OF CALIFORNIA**  **Office of the President**

To the UC Community:

We begin the academic year with excitement and purpose, but also with recognition that this is a very challenging time for the University of California and higher education more broadly.

In August, I joined the University right as hundreds of millions of dollars in research funding for UCLA had been suspended by the federal government, which also sought a $1 billion fine and numerous policy changes at the campus. And while the greatest threat to date has been at UCLA, all 10 of our campuses are under investigation by the federal government for issues ranging from antisemitism, admissions practices, reporting of foreign gifts, and more. Given the federal government's actions against Harvard University in a similar situation, this may well represent the greatest threat to the University of California in its 157-year history.

Just within the last few days, the administration has announced a plan to impose a myriad of new requirements on universities seeking federal funding, which we will discuss soon with faculty leadership.

Against this unprecedented backdrop, the UC Regents, the Office of the President, and campus leadership are focused on ensuring that UC remains the leading research university in the world and an engine of social and economic mobility for our state and nation. This means doing everything we can to sustain the extraordinary work of our faculty, staff, and students, working to prevent massive funding cuts to our campuses and medical operations, and protecting the freedom to teach, learn, and research without outside interference.

UC is truly unique in its size, complexity, and impact in the communities we serve. We are the largest research enterprise in the world and the second-largest employer in the fourth-largest economy in the world. That scale, and the impact it enables, is possible in large part because of a partnership with the federal government, which provides over $17 billion in support each year.

As with all universities that receive federal funds, the University of California and its campuses are subject to oversight by federal agencies. These agencies have the legal authority to compel the University to respond to requests for information. Failure to comply with government oversight could result in a very significant loss of funding, potentially jeopardizing tens of thousands of jobs, the education of our students, the research careers of thousands of faculty, and the care afforded by our health enterprise to patients in need.

For civil rights investigations in particular, the regulations establishing the Department of Education's wide-ranging authority have been in place since the Civil Rights Act of 1964 was enacted. For decades, universities across the country, including the University of California,

have complied with oversight from federal agencies to fulfill their obligations under federal civil rights laws. Notably, these statutory and regulatory requirements are intended to ensure that universities fulfill their legal obligations to respond adequately to complaints of discrimination and harassment — not to investigate underlying individual employee or student conduct.

Currently, the U.S. Department of Education Office for Civil Rights (OCR) is investigating allegations that UC Berkeley failed to adequately respond to complaints of antisemitic discrimination. In the course of the investigation, OCR demanded, pursuant to statute and regulations, unredacted civil rights office case files and police incident reports. For months, the University sought to satisfy this demand by providing only redacted documents. OCR rejected this approach, and after consulting with legal counsel, the University ultimately reached an agreement with OCR in June 2025 to release the unredacted files. This was done as a last resort, taking into account the University's understanding of its legal obligations under the Civil Rights Act of 1964 and its implementing regulations, the risks of noncompliance, and the interests of the entire University community.

Such compliance with OCR investigative demands is not new and certainly not limited to UC. As recently as last year, the University entered into a settlement agreement with the Biden administration to voluntarily resolve OCR investigations of five campuses: UC Davis, UCLA, UC San Diego, UC Santa Barbara, and UC Santa Cruz. The full agreement was shared in a university-wide letter from former UC President Drake on December 20, 2024. As part of that agreement, the University committed to provide to OCR detailed information about civil rights complaints filed during the 2024-25 academic year. We are working to fulfill the University's obligations while protecting personal information to the extent possible.

I know that many people in our community have concerns with this longstanding practice in today's environment. While I understand those concerns, we also have an obligation to follow the law, and that means the University will continue to have to comply with lawful government oversight requests for information. When UC receives such requests, we will rigorously assess the underlying legal authority and the extent to which the request implicates countervailing privacy laws. UC's response will comply with legal requirements while also striving to protect the University, its mission, and its people.

These are challenging times. The University faces difficult decisions every day, and the stakes could not be higher. We are always concerned with protecting the University, its mission, and its people. We must also uphold the law, safeguard our community, advance UC's vital role in education, research, health care, and serve the nation. We take these obligations very seriously, and we will continue to do all we can to meet them to ensure UC's successful future.

Sincerely,

**James B. Milliken**
UC President

[Frequently asked questions on federal investigations and information sharing are available here](#) (PDF).

---

This email was sent to ██████████████ on behalf of UCOP.
Contact the sender at [President@ucop.edu](mailto:President@ucop.edu).
University of California
Office of the President
1111 Franklin Street
Oakland, CA 94607

© 2025 UC Regents | [Terms of Use](#) | [Accessibility](#)

[View this email as a web page](#).



