UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF DAN RUSSELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Dan Russell, hereby declare and state as follows:

1. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

2. I am the president of University Professional and Technical Employees-Communication Workers of America ("UPTE") and have held this position since 2021. I have been employed at University of California, Berkeley as a Business Technical Support Analyst since 2012.

3. UPTE is a labor union and the exclusive representative of over 20,000 healthcare professionals, research professionals, and technical employees across the University of California system ("UC"). UPTE represents workers at UC's ten campuses, five medical centers, and numerous clinics and research laboratories. UPTE-represented employees are responsible for providing life-saving medical treatment to millions of patients, providing life-changing higher education to hundreds of thousands of students, and conducting world-changing research that benefits humanity.

4. Under California law—specifically the Higher Education Employer-Employee Relations Act of 1979, California Government Code section 3560 et seq.—UPTE has the right to bargain with UC over wages, benefits, and other terms and conditions of employment. Before UC implements any changes to terms and conditions of employment, it must give UPTE notice and an opportunity to bargain over those changes.

5. Approximately 6,000 of UPTE's members are professional researchers, including staff research associates, clinical research coordinators, laboratory technicians and others, many of whose positions are funded directly or indirectly by federal grants. These members work on federal funded clinical trials and other research projects, doing tasks like planning and implementing research projects; collecting and analyzing research data; developing, building, or maintaining research equipment, software, or tools; applying for grant funding; working directly with research participants; caring for research specimens or animals; working under and assisting principal investigators; and administrative tasks in support of research conducted by UC.

6. UPTE exists to organize and unite UC employees to improve their wages and working conditions, and for the mutual welfare, protection, and advancement of our members. Protecting the rights and interests of members is core to the union's purpose. Among other things, we have advocated

1  for and won collective bargaining provisions that protect our members' individual rights to free speech, our right to access UC grounds and facilities to hold demonstrations and engage in other expressive activity, career advancement and research opportunities for our members, protections against discrimination for transgender and lesbian, gay, bisexual, and queer members, protections against discrimination based on race or nationality, and layoff and other job protections. We have also advocated for greater diversity and inclusion among the UC workforce, because many of our members are people of color, immigrants, LGBTQ, or have other diverse backgrounds. Our members have also exercised their rights to speak out on issues of concern and some have participated in protests relating to Israel and Palestine, including voicing support for pro-Palestinian student protestors and attending pro-Palestinian protests.

7. UPTE is aware that the current federal administration has taken a series of actions targeting the UC system and its member institutions. These include (1) an investigation, initiated this spring, into alleged antisemitism across the UC system, (2) $584 million worth of arbitrary funding cuts at the University of California, Los Angeles ("UCLA"), and (3) a demand letter issued on August 8th seeking $1.2 billion and a series of harmful policy changes. UC has not shared this demand letter with UPTE or other unions, which contributes to the atmosphere of fear and uncertainty for both UPTE members and UPTE itself.

8. UPTE is aware that the demands made of the UC system in the August 8th letter include mandates restricting certain protest activities, sharing personal data with the federal government, denying access to gender affirming care, implementing policies that discriminate against transgender individuals, potentially eliminating programs that promote "Diversity, Equity, and Inclusion" ("DEI"), and appointing an outside monitor to ensure that these demands are met.

9. At UPTE, we are aware that the Trump administration has similarly threatened other universities and has followed through on its threats by pulling federal funds from Harvard, Columbia, Brown, and the University of Pennsylvania and demanding suppression of disfavored views on those campuses. The actions that the administration has taken against other universities give credibility to the administration's threats against UC, and cause UPTE to expect that those threats will be carried out against UC campuses, systemwide, unless enjoined.

2

DECLARATION OF DAN RUSSELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

10. UPTE is aware that members of the Trump administration have called upon private citizens to "report" on faculty, students, and co-workers expressing disfavored views.

11. UPTE is also aware of the University of California, Berkeley's ("UC Berkeley") disclosure of 160 faculty and staff who had been named in complaints about anti-Semitism. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals that it shared the names with the federal government, and UPTE members have expressed feelings of dread because of this chilling decision. Our members are nervous that other campuses will disclose faculty and staff who have participated in protests and political speech in support of Palestinian rights and other causes disfavored by the current administration. UPTE members are also concerned that they will be monitored and punished by either UC or the federal government for engaging in these kinds of speech.

12. UPTE and its members have been and will continue to be irreparably harmed by the Trump administration's pressure on UC. Defendants' actions are adversely impacting UPTE members academic freedom, free speech rights, career advancement, research opportunities, economic interests, and non-discrimination rights, among others.

13. First, defendants' actions and threats have caused a pervasive sense of fear and intimidation among many of UPTE's members and have chilled UPTE members in the exercise of their First Amendment rights. For example, UPTE has many members whose jobs are funded by federal grants, including members who are personally named in those grants and who would be harmed if UC's grant funding were cut in the future. One such member works under a federal grant that funds a long-term study on children's health. She has already experienced the harms that follow from an abrupt funding termination, because her budget was previously reduced by the administration based on its reference to a study aim including the word "equity," leading to interrupted work and concerns about her continued employment. Those funds were restored pursuant to a federal court injunction in another case, but she continues to face uncertainty about the funding that provides her livelihood due to her association with UC, and she would suffer fresh irreparable harm if her funding were to be terminated again.

3

14. The risk of future cuts has led the UPTE member and her colleagues to self-censor in the hope that by doing so, their project will stay out of the federal agency's crosshairs. For example, the UPTE member now avoids talking to the press about the project's work despite the help that media coverage could provide the project in recruiting participants and despite public interest in the subject of the grant. The UPTE member and her colleagues have also removed from their public-facing documents words or expressions known to be disfavored by the Trump administration (e.g., "equity," "race," "justice," "diversity," "transgender") and citations to anything including those words and are censoring themselves from using such terms publicly for fear the funding will be cut.

15. Another UPTE member is a staff research associate whose career and future as a scientific researcher has been jeopardized. She has worked in research at UC for more than a decade and was recently offered a position in a new research lab once federal funding came through. However, the federal government froze the lab's primary source of funding as part of the targeted cuts against UCLA and the UPTE member does not know whether the position will still exist. Her professional future is uncertain and for the first time in over a decade, she is having to look outside of UC for work. Her job search has shown her that the job market is extremely competitive right now because numerous people are in similar situations to her. Despite her qualifications, she is facing the prospect of not being able to advance her career as she had hoped and potentially having to leave scientific research altogether.

16. Second, as a recognized labor union, UPTE also has the right to bargain with UC over access to UC's property to communicate with UC employees the union represents, distribute literature, investigate workplace conditions, assess contractual and statutory compliance, and voice the union's and its members concerns about working conditions. This also includes the right to bargain over time, place, and manner speech restrictions that apply to UPTE. For example, UPTE has held or participated in demonstrations at a variety of outdoor locations at UCLA, including at locations that defendants apparently want to limit protests at, and UPTE has the right to bargain with UC over where, when, and how it can conduct demonstrations at UCLA and other UC campuses. UPTE's rights to engage in these demonstrations are protected by California law, and these rights are not UC's to give away. Yet the administration's demands that UC unilaterally impose new restrictions on access and protest activity would deny UPTE its right to negotiate such matters directly with UC.

17. Third, defendants' demands relating to gender identity would directly affect UPTE members who identify as transgender. These members work at multiple UC locations, including at UCLA. UPTE and its membership have fought for and won binding contract language protecting all members from discrimination based on gender, sexual orientation, gender identity and gender expression, among other categories. Defendants' demand that UC stop recognizing transgender members' gender identity would undercut the non-discrimination protections that the Union bargained for and are codified in UPTE's collective bargaining agreement. This demand harms UPTE's ability to bargain on behalf of its members and achieve results that improve working conditions for UPTE members, and it interferes directly in UPTE's contractual relationship with UC by trying to force UC to repudiate or renege on these provisions.

18. Additionally, UPTE's transgender members would be substantially harmed if in response to the federal demands and threats, UC imposed new restrictions on transgender employees, such as restrictions on bathroom access, or if UC imposed policies defining "sex" or "gender" in ways that deny transgender members' identity. Currently, UPTE's members are able to use restroom facilities based on their gender identity, but defendants seem to be demanding that UC prohibit UPTE members from being able to do so. UPTE members' rights to use facilities based on their gender identity would be subject to bargaining with UC, yet defendants' demands would circumvent or interfere with UPTE's rights to bargain over those changes.

19. In addition to working for UC, UPTE's members and their families are consumers and patients of UC healthcare services. UC encourages UPTE members to participate in UC-affiliated healthcare benefit plans and thousands of UPTE's members have access to UC healthcare as part of their employee benefits. Eliminating access to necessary medical care at UC medical centers such as access to gender-affirming care for minors would harm UPTE members who need or may need such care for their families and would substantially degrade the quality of their healthcare benefit.

20. Fourth, UPTE is currently negotiating a successor collective bargaining agreement with UC. The collective bargaining agreements between UPTE and UC expired by their own terms on September 30, 2024 (for healthcare professionals) and on October 31, 2024 (for technical employees and research support employees). The parties have been in negotiations for more than a year. The cuts to

5

DECLARATION OF DAN RUSSELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

federal funding and threats of future cuts have contributed to a paralysis in negotiations, which has required UPTE's members to continue to work without a contract and required UPTE to continue to spend the majority of its staff time and considerable resources—hundreds of thousands of dollars—on its campaign to insist that the University bargain with UPTE in good faith and reach a fair agreement.

21. In negotiations, UC has cited federal funding cuts and federal demands for financial penalties as reasons to limit its wage offers and to demand concessions from UPTE and its members, including staffing cuts and reductions to health benefits. Withholding of federal funds by defendants directly affects UPTE's ability to bargain for favorable terms for its members, because of the uncertainty and financial pressure it puts on UC, and it leads to prolonged bargaining, where UPTE members must go longer without contract protections and the union must expend additional resources over bargaining.

22. On August 1, 2025, UCLA notified UPTE about the more than $500 million in federal funding cuts to UCLA. In an email forwarding the announcement to me, Associate Director of Systemwide Labor Relations, E. Kevin Young, stated, "[w]hile this solely applies to UCLA, I don't believe it will end with them." On August 8, 2025, the UC Office of the President announced that the Trump administration was demanding $1 billion from UCLA to settle alleged violations in relation to the Title VI investigation. In an email forwarding the announcement on August 11, 2025, Mr. Young told me that "[t]he impact of these actions will impact all of UC." UC understood and clearly was conveying that other campuses would face similar threats and the economic repercussions of defendants' demands would not be limited to UCLA but would affect UPTE's bargaining and bargaining unit members, because of significant financial pressure it put on UC. A true and correct copy of the email exchanges are attached here as Exhibits A and B.

23. Fifth, given that UC has already implemented layoffs at multiple locations, citing its financial circumstances—including diminished federal funds due to funding cuts that predate those at UCLA—it is likely UPTE members will be harmed by further job reductions if the Trump administration follows through on its threatened grant funding cuts or demands that UC pay the federal government $1.2 billion in fines. For example, in June 2025, UC announced mass layoffs at UCSF Health including workers who held critical roles that directly provided and supported patient care, such as rehab

//

specialists, clinical laboratory scientists, and physical therapists. UC pointed to "serious financial challenges" as its justification for the layoffs.

24. In June 2025, UC San Diego Health eliminated approximately 230 positions, including approximately 10 UPTE members in the Health Care Professionals Unit. The University cited "mounting financial pressures caused by federal impacts on health care" as a reason for the layoffs.

25. In July 2025, UC San Diego laid off UPTE members, including approximately sixteen career animal technicians who perform critical work for ongoing research studies aimed at battling serious diseases like cancer and Alzheimer's. The University cited "budgetary restrictions" as the reason for the layoffs.

26. Based on this recent track record of harm to UPTE members as a result of earlier federal funding cuts, UPTE believes that its members will be further harmed if the Trump administration follows through on its on its grant funding cuts or UC capitulates to the demand that it pay the federal government $1.2 billion in fines.

27. Finally, as a result of defendants' threats to UC, UPTE has had to divert resources away from its bargaining and ongoing representational activities. UPTE staff have been diverted to assist members whose grant funding was cut, but subsequently restored, to ensure that workers are rehired to the positions funded by these grants. If UC concedes to the Trump administration's demands, UPTE will be forced to divert additional resources to address the ongoing impacts and harm to its members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __03__ day of October, 2025.

Dan Russell
President
University Professional and Technical
Employees-Communication Workers of America

# EXHIBIT A

From: **E Kevin Young** <EKevin.Young@ucop.edu>
Date: Fri, Aug 1, 2025 at 11:10 AM
Subject: Re: The Loss of Federal Funding is a Loss for America
To: Dan Russell <dan@upte.org>, Paul Garza <Paul.Garza@ucop.edu>
Cc: E Kevin Young <EKevin.Young@ucop.edu>

Dan

I provide this to highlight some of the issues which are facing the UC system. While this solely applies to UCLA, I don't believe it will end with them.

Sincerely,

Kevin Young

---

**From:** Chancellor Julio Frenk <chancellor@bp.e.ucla.edu>
**Sent:** Thursday, July 31, 2025 8:09 PM
**To:**
**Subject:** The Loss of Federal Funding is a Loss for America



Dear Bruin Community:

UCLA received a notice that the federal government, through its control of the National Science Foundation (NSF), the National Institutes of Health (NIH) and other agencies, is suspending certain research funding to UCLA. This is not only a loss to the researchers who rely on critical grants. It is a loss for Americans across the nation whose work, health, and future depend on the groundbreaking work we do.

To explain what I mean, I'd like to share a story. Thirteen years ago, Dr. Abbas Ardehali — a UCLA professor who leads groundbreaking research at the Heart and Lung Transplant Program in our Division of Cardiothoracic Surgery — changed the future of transplant medicine. He performed the first-ever lung transplant using the Organ Care System, a technology that keeps lungs breathing outside the body while they wait to be transplanted.

Dr. Ardehali had a simple but radical belief: that we could save more lives if we stopped transporting organs on ice in drugstore coolers and instead kept them alive. He was right. Today, he and his team continue to push boundaries in transplant medicine research — not just preserving organs, but reviving and repairing them. That work is saving lives every day for ordinary Americans, veterans and our dedicated servicemembers.

And the first person to benefit from Dr. Ardehali's breakthrough? Not a well-connected diplomat or tycoon, but a local grandfather and carpenter — someone who helped build the very Ronald Reagan UCLA Medical Center where his life was saved.

This story captures so much of what UCLA stands for: life-changing research, driven by compassion and shared with the world. What we discover and create here — with the help and support of grants such as those from the NSF and NIH — doesn't just stay within the walls of our labs or lecture halls. It reaches real people and real lives across this nation, often in the most transformative ways.

Great universities are connective, forging links across disciplines and communities, bridging divides with empathy and insight. They are impactful, translating discoveries into action, and ideals into progress. UCLA is a *truly* great university, as evidenced by the connections we create and lives we improve — not just of those who study on our campus, but of [people everywhere](#).

You can see that in so many parts of our research:

- Our planetary scientists, supported by the NSF and NASA, are searching for asteroids and other objects in space that could threaten Earth.
- Our Valley Fever Center, funded by the NIH, is working to better understand and treat the deadly invasive disease for which it is named.
- UCLA researchers helped create the Internet with support from the Department of Defense, and are now building new technologies that could fuel entire industries and help safeguard our soldiers.

This progress comes from a uniquely American idea: that public research universities, backed by federal support, can move our nation and all of civilization forward.

That is why the news we received is so deeply disappointing. With this decision, hundreds of grants may be lost, adversely affecting the lives and life-changing work of UCLA researchers, faculty and staff. In its notice to us, the federal government claims antisemitism and bias as the reasons. This far-reaching penalty of defunding life-saving research does *nothing* to address any alleged discrimination.

We share the goal of eradicating antisemitism across society. Antisemitism has no place on our campus, nor does any form of discrimination. We recognize that we can improve, and I am committed to doing so. Confronting the scourge of antisemitism effectively calls for thoughtfulness, commitment, and sustained effort — and UCLA has taken robust actions to make our campus a safe and welcoming environment for all students.

Earlier this year, we took concrete action by creating a new Office of Campus and Community Safety, instituting new policies to manage protests on campus, and taking decisive action for conduct that violates our policies.

We also launched an [Initiative to Combat Antisemitism](#) that is mobilizing our broad community to extinguish antisemitism completely and definitively. This is a standing initiative reporting directly to me.

As part of this initiative, UCLA is implementing recommendations of the Task Force to Combat Antisemitism and Anti-Israeli Bias. These include enhancing relevant training and education, improving the complaint system, ensuring enforcement of current and new laws and policies and cooperating with stakeholders.

These initiatives are deeply personal to me. My paternal grandparents left Germany in the 1930s with my father, who was 6 years old, and my aunt, who was 4. They were driven out of their home by an intolerable climate of antisemitism and hate. Members of my family who did not make that decision perished. My wife is the daughter of a Holocaust survivor, whose family was murdered in the concentration camps.

That history is part of what drew me to UCLA. Our university was founded on the principle that everyone, no matter their background, deserves the freedom to learn and use that knowledge to make this world a better place. With the support of our government at all levels, UCLA's research, innovation and education does that every day, benefiting Americans across the nation.

Let me be clear: Federal research grants are not handouts. Our researchers compete fiercely for these grants, proposing work that the government itself deems vital to the country's health, safety and economic future. Grants lead to medical breakthroughs, economic advancement, improved national security and global competitiveness — these are national priorities.

UCLA has an obligation to ensure that the resources entrusted to us by society add maximum value back to society.

For the past several months, our leadership team has been preparing for this situation and have developed comprehensive contingency plans. We will do everything we can to protect the interests of faculty, students and staff — and to defend our values and principles. With the support of the UC Board of Regents and the UC Office of the President, we are actively evaluating our best course of action. We will be in constant communication as decisions move forward.

Our motto is *Fiat Lux*: Let there be light.

I see that light all around us: In the patient that Dr. Ardehali treated who got a second chance to hold his grandchildren, in the students who come from all walks of life with big dreams and bold ideas, in the quiet determination of researchers working late into the night on solutions that could change everything.

*Fiat Lux* isn't just a phrase on our seal. It is a promise — to keep shining light where it is needed most.

Much is at stake, but UCLA has faced defining moments before. And we have always met them with courage, resilience and resolve.

We are One UCLA.

**Julio Frenk**
Chancellor

UCLA

[view this email in a browser](#)

UCLA Strategic Communications
10889 Wilshire Blvd., Suite 1400
Los Angeles, CA  90024-6971

© 2025 UC Regents | [Terms of Use](#) | [Accessibility](#)

# EXHIBIT B

From: **E Kevin Young** <EKevin.Young@ucop.edu>
Date: Mon, Aug 11, 2025 at 8:10 AM
Subject: Re: A message to the UC community
To: Dan Russell <dan@upte.org>
Cc: E Kevin Young <EKevin.Young@ucop.edu>, Paul Garza <Paul.Garza@ucop.edu>

**Dan**

**I am sure you're aware of the events listed below. The impact from these actions will impact all UC. Thus, we ask that UPTE stand with the University and make their voice heard.**

**Sincerely,**

**Kevin Young**

---

**From:** UC OP Staff List <UCOP-L@LISTSERV.UCOP.EDU> on behalf of UCOP News <UCOPNEWS@UCOP.EDU>
**Sent:** Friday, August 8, 2025 3:54 PM
**To:** UCOP-L@LISTSERV.UCOP.EDU <UCOP-L@LISTSERV.UCOP.EDU>
**Subject:** A message to the UC community

To the UC Community,

Earlier today (Friday, Aug. 8, 2025) President Milliken issued the following statement in response to the Department of Justice's proposed $1 billion settlement payment from UCLA:

"The University of California just received a document from the Department of Justice and is reviewing it. Earlier this week, we offered to engage in good faith dialogue with the Department to protect the University and its critical research mission. As a public university, we are stewards of taxpayer resources and a payment of this scale would completely devastate our country's greatest public university system as well as inflict great harm on our students and all Californians. Americans across this great nation rely on the vital work of UCLA and the UC system for technologies and medical therapies that save lives, grow the U.S. economy, and protect our national security."

We will continue to share updates from President Milliken and other UC leaders as we have more information about the specific demands and how the University is responding.

Stand up for UC and join the campaign to make your voice heard.

**Meredith Vivian Turner**
Senior Vice President
External Relations & Communications