UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF JULIE SCHMID** |

I, Julie Schmid, hereby declare as follows:

      1.      I am over the age of 18 and have personal knowledge of the facts in this declaration.

      2.      I serve as the Director of Higher Education at the American Federation of Teachers ("AFT"), one of the plaintiffs in this lawsuit. In this capacity, I lead the Higher Education department, which oversees AFT's initiatives addressing issues that impact our members in higher education.

      3.      The AFT is a national labor organization headquartered in Washington, D.C., representing over 1.8 million members who are employed as higher education faculty and professional staff; pre-K through 12th-grade teachers, early childhood educators, paraprofessionals, and other school-related personnel; federal, state, and local government employees; and nurses and other healthcare professionals.

4. The AFT's mission statement is: The AFT is a union of professionals that champions fairness; democracy; economic opportunity; and high-quality public education, healthcare and public services for our students, their families and our communities. We are committed to advancing these principles through community engagement, organizing, collective bargaining and political activism, and especially through the work our members do.

5. The AFT represents more than 400,000 individuals who are academic workers, including full-time and part-time faculty, academic professionals, and graduate employees, at public and private colleges and universities across all 50 states. The AFT's members include faculty at all ten University of California ("UC") campuses. All individuals, including UC faculty members, who are members of the AFT's largest higher education affiliate, the American Association of University Professors ("AAUP"), are also members of the AFT. All members of the University Council–American Federation of Teachers ("UC-AFT"), which represents librarians and non-tenure-track teaching faculty across the UC campuses, are also members of the AFT.

## Harms to AFT's Members

6. I am aware of and can identify AFT members who are faculty at higher education institutions in the United States, including at all ten UC campuses.

7. I am also aware of and can identify AFT members who have been irreparably harmed by the Trump administration's efforts to coerce the UC into agreeing to a host of programmatic demands affecting the rights of those on campus.

8. Specifically, I am aware of and can identify AFT members who have been irreparably harmed by the Trump administration's abrupt suspension of $584 million in federal grants issued to UCLA by the National Institutes of Health ("NIH"), National Science Foundation ("NSF"), and Department of Energy ("DOE") on or around July 30, 2025, and who face ongoing irreparable harms to their research, work, reputation, and ability to pursue their careers and work as a result of the suspension of that funding. Although at least some of the July 30, 2025 suspensions have been lifted as a result of orders issued by a federal court on August 12, 2025 and September 22, 2025, I am aware that the ongoing effects of the pause in funding and the continuing uncertainty about the long-term viability of essential grant funding are continuing to irreparably harm many AFT members.

9. I am also aware of and can identify AFT members who are being irreparably harmed by the Trump administration's threat to terminate or suspend additional federal funding unless the UC agrees to its demands. Many of these AFT members are suffering irreparable harm as a direct result of the Trump administration's credible threats to cut additional federal funds, including because their ability to continue their work is now uncertain, making it difficult to plan, maintain professional relationships, and recruit potential staff to work on their projects. These AFT members will also suffer irreparable harm to their research, work, reputation, and ability to pursue their careers and work if the federal government cancels their federal grant funding.

10. I am aware of and can identify AFT members at the UC who are concerned about losing their jobs or ability to continue to support their livelihoods, either as a direct result of the Trump administration's sudden cancellation of grant funding to the UC, or because they fear they may be let go by the UC if they engage in speech the Trump administration disfavors as the UC seeks to placate the Trump administration to encourage it not to carry out its threats to cancel additional federal funding. Many AFT members now feel limited in what they can say in and outside the classroom for fear of the loss of additional funding to themselves or the University.

11. AFT has members who would be directly and irreparably harmed if the UC capitulates to the demands articulated by the Trump administration in its August 8, 2025 demand letter. AFT also has members who are noncitizens and who have noncitizen family members, many of whom could be harmed by a commitment by the UC to cooperate with federal law enforcement, which includes ICE. AFT also has members who wish to engage in demonstrations on campus and would be restricted by the changes to protest rights sought by the administration. Further, AFT has members whose teaching and research address topics from perspectives the Trump administration disfavors, including environmental justice, Israel-Palestine relations, and ethnic studies, and these members' free speech and academic freedom would be adversely impacted by the presence of a monitor imposed under a settlement with the Trump administration. Based on the subject matter of their scholarship, teaching, or other work, some of these AFT members would also likely be harmed by the demanded review of policies and programs related to diversity, equity, and inclusion efforts.

**Harms to AFT as an Organization**

12. The Trump administration's coercion campaign against the UC—including the abrupt cancellation of $584 million in NIH, NSF, and DOE funding to UCLA and the demand to pay $1.2 billion and implement a host of measures that would impact the rights of those employed by UC to forestall further federal funding cuts—has harmed and is continuing to harm AFT as an organization. This campaign is directly impairing the AFT's mission.

13. As part of the AFT's core activities, the AFT regularly consults, provides education to, works with, and represents local chapters and members regarding academic freedom (including in response to actions by university administrators and the government), faculty governance, and other issues involving the employment relationship between university employees and their employers, including but not limited to collective bargaining. Through the AFT's local chapters and affiliates, the AFT also provides for the representation of members regarding academic freedom (including in meetings with administrators and during disciplinary proceedings), shared governance, and due process issues in proceedings before their university employers. The AFT has performed these activities on behalf of members at UC and will continue to do so.

14. On November 9, 2023, the AFT Executive Council passed a resolution titled Condemning Hate and Affirming Freedom of Speech on Campus. The resolution includes the following commitments by the AFT:

> RESOLVED, that the American Federation of Teachers will continue to condemn hate in all its forms, affirm the dignity and humanity of all, and promote intellectual freedom and First Amendment freedoms as foundations of our democracy; and
>
> RESOLVED, that the AFT will continue to fight hatred, racism, antisemitism, Islamophobia and anti-LGBTQIA+ hate and will vigorously defend the free speech rights of higher education students, faculty and the community, including the rights to peacefully assemble and protest, as well as defend our members who face discipline or termination of employment as a result of their protected speech or their participation in lawful protests on campus; and
>
> RESOLVED, that the AFT will call on college and university administrations to respect academic freedom and debates on campus; to condemn hate and racially, politically and religiously motivated attacks; and to ensure the safety of all members—whether teaching, working or learning—of the campus community; and

   RESOLVED, that the AFT will provide sample resolutions, workshops and guidance to our locals and state federations to support this work at the campus level.

A copy of the resolution is available at https://www.aft.org/resolution/condemning-hate-and-affirming-freedom-speech-campus and is attached hereto as **Exhibit A**.

  15. I understand that Titles VI and IX and their implementing regulations require the government to provide notice and a hearing, followed by a finding on the record, before terminating federal funding to any program or part thereof based on a violation of Title VI or IX. I understand that the government did not provide adequate notice, or hold any hearing or provide any opportunity to be heard, before terminating $584 million in federal funding to the UC. If the government had provided adequate notice and held a hearing as required, both the AFT and individual AFT members would have sought to participate in that hearing directly or as amici curiae, as permitted by the applicable regulations, to protect the federal funding supporting the work of AFT members at the UC and to protect the principles of academic freedom, due process, and shared governance that are at the core of the AFT's mission.

  16. The AFT advocates for the rights and obligations of its members, stressing that academic freedom is essential for fostering new knowledge and strengthening our democracy. Protecting and advancing academic freedom is the core mission of AFT's largest higher education affiliate, the AAUP. Through the AFT Defense Fund, the AFT provides financial support to defend its members in proceedings before university administrations or the government when their academic freedom is at risk. In partnership with the AAUP, the AFT also hosts webinars and other educational sessions to offer support to members encountering challenges to academic freedom on campus.

  17. Since the Trump administration announced plans to cut federal funding from certain colleges and universities, including the UC, the AFT Higher Education Department has experienced an increase in inquiries from affiliate leaders and members seeking guidance on how to respond to federal funding cuts and threats of more cuts, how to protect themselves and their colleagues from retribution from the government, their universities, or the public as a direct result of the Trump administration's threats, and what steps to take to protect their and their colleague's academic freedom and livelihoods from these threats. In response, the AFT Higher Education Department has implemented weekly and

biweekly initiatives for its 420 higher education affiliates to tackle the concerns of its members. For instance, the Higher Education Department conducts weekly calls with its affiliate leaders and biweekly webinars that are accessible to all AFT Higher Education members, aimed at monitoring administrative and federal actions while addressing member concerns in real time. Additionally, the Higher Education Department releases a weekly newsletter for its affiliate leaders to provide ongoing updates and guidance on how to respond to the Trump Administration's actions against higher education.

18. In direct response to the Trump Administration's canceling of funding to universities and in furtherance of its mission to promote high-quality public education and healthcare, on September 18, 2025, the AFT launched "Higher Education: Saving Lives, Building Futures, Powering the Economy," a campaign to support its higher education chapters in defending colleges and universities from the federal government's funding cuts. The campaign will lobby for 1) an increase in fiscal 2026 funding for the National Institutes of Health and National Science Foundation, 2) strengthening oversight efforts to ensure federal grants are disbursed according to law, 3) opposing cuts to student aid, and 4) prohibiting the executive branch from unilaterally changing the formula for how grant funds are disbursed to higher education institutions. To support the campaign, AFT has made a six-figure investment in digital and TV advertising and lobbied with Congress urging members to fund scientific research at higher education institutions.

19. The Trump administration's actions withdrawing federal funding for the UC and other universities have undermined and eroded the longstanding principles of academic freedom, shared governance, and due process that the AFT helps and seeks to protect at the UC and other institutions where AFT members are employed. As a direct result of Defendants' actions, AFT is concerned that UC will no longer adhere to these principles.

20. Defendants' actions have made it more difficult and resource-intensive for the AFT to carry out its representation of members, in particular on issues of academic freedom. Because Defendants have placed tremendous financial pressure on the UC and interfered with guiding principles of academic freedom, shared governance, and due process, the AFT must now expend more time and money to ensure that the AFT's members' rights in these regards are adequately protected. In

particular, the AFT anticipates that it will have to make significantly more expenditures from the AFT Defense Fund to provide for the legal representation of members in university investigations, lawsuits, and other fora as a direct result of Defendant's actions.

21. The Trump Administration's funding cancellation and threats to cancel more funding at the UC and other universities and colleges also make it harder for the AFT to achieve its goals of promoting academic freedom, shared governance, and due process principles in part because of the steps the UC has already taken in response to the Trump Administration's actions to undermine those principles. The Trump Administration's demands to curtail speech and academic freedom on campus have therefore directly impaired the AFT's mission.

22. Defendants' actions have also made it more difficult and resource-intensive for the AFT to provide accurate and effective guidance to their chapters and members regarding these principles. The AFT has had to divert staff and financial resources to address the significant influx of inquiries from chapter leaders and members regarding the effect of such actions on members' academic freedom, shared governance, and due process rights, and to ensure that members are adequately represented before their university employers. This significant diversion of staff and financial resources has already begun. In addition to responding to such member requests, staff for the AFT have had to conduct nationwide calls and virtual meetings with chapter leaders regarding Defendants' actions and how to represent members in the face of such actions.

23. Defendants' actions have also caused a pervasive sense of fear and intimidation among the AFT's members. Because of Defendants' actions and the threats of further cuts to research funding, I am aware that some AFT members no longer feel comfortable participating in and publicly supporting the AFT's activities, or asserting their academic freedom, shared governance, and due process rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of Oct 2025.

_/s/ Julie Schmid_
Julie Schmid

7

DECLARATION OF JULIE SCHMID                                   Case No. 3:25-cv-07864-RFL

# EXHIBIT A





Home › About Us › Resolutions

## AFT Resolution

# Condemning Hate and Affirming Freedom of Speech on Campus

WHEREAS, intellectual freedom is foundational to a representative democracy and enshrined in the First Amendment freedoms of speech and expression, conscience and assembly; and

WHEREAS, people cannot truly exercise their rights without the open and robust debate of ideas, free from intimidation, violence and threat of violence; and

WHEREAS, U.S. colleges and universities, both two-year and four-year, are central to the development and promotion of intellectual freedom and should be sites of free and open debate, where difficult—sometimes painful—topics and opposing ideas should be discussed, challenged and debated in ways that respect diversity of thought and the dignity and humanity of all; and

WHEREAS, to secure this freedom of thought and expression, institutions of higher education have an obligation to ensure environments where students, staff and faculty are free to engage in these exchanges without facing intimidation or racially, politically or religiously motivated attacks and threats of violence; and

WHEREAS, faculty, staff and students have both rights and obligations in the exercise of intellectual freedom, including the responsibility to exercise their freedoms in ways that respect the rights of those with whom they disagree; and

WHEREAS, higher education as a site of free speech and protest is even more essential and necessary during times of unrest and

uncertainty; and

WHEREAS, misinformation campaigns and legislative attacks are used to stoke the culture wars on campus and continue a cycle of hate and bigotry that has resulted in an increase in racism, antisemitism, Islamophobia and anti-LGBTQIA+ hate on campus; and

WHEREAS, the violence, threats of violence and intimidation we recently have seen on campuses create an environment that puts students, faculty, staff and other members of the campus community at risk, making it an environment where freedoms are undermined, our country further divided, and our democracy further eroded; and

WHEREAS, students, faculty, staff and other members of campus communities have been subject to social media attacks, doxing campaigns and death threats; and

WHEREAS, faculty and staff have faced discipline, pressure to resign, and termination as a result of exercising their academic freedom in the classroom and their right to engage in protest and speak out:

**RESOLVED, that the American Federation of Teachers will continue to condemn hate in all its forms, affirm the dignity and humanity of all, and promote intellectual freedom and First Amendment freedoms as foundations of our democracy; and**

**RESOLVED, that the AFT will continue to fight hatred, racism, antisemitism, Islamophobia and anti-LGBTQIA+ hate and will vigorously defend the free speech rights of higher education students, faculty and the community, including the rights to peacefully assemble and protest, as well as defend our members who face discipline or termination of employment as a result of their protected speech or their participation in lawful protests on campus; and**

**RESOLVED, that the AFT will call on college and university**

administrations to respect academic freedom and debates on campus; to condemn hate and racially, politically and religiously motivated attacks; and to ensure the safety of all members—whether teaching, working or learning—of the campus community; and

RESOLVED, that the AFT will provide sample resolutions, workshops and guidance to our locals and state federations to support this work at the campus level.

**Approved by AFT Executive Council**

*November 9, 2023*

*(2023)*

*Please note that a newer resolution, or portion of a resolution, may have superseded an earlier resolution on the same subject. As a result, with the exception of resolutions adopted at our most recent AFT convention, resolutions do not necessarily reflect current AFT policies.*

## About Us

- Mission
- AFT Leadership
- Resolutions
- State of the Union
- AFT Constitution
- Financial Statements
- History
- Contact



     

  

**Randi Weingarten**
PRESIDENT

**Fedrick C. Ingram**
SECRETARY-TREASURER

**Evelyn DeJesus**
EXECUTIVE VICE PRESIDENT

## Our Mission

The AFT is a union of professionals that champions fairness; democracy; economic opportunity; and high-quality public education, healthcare and public services for our students, their families and our communities. We are committed to advancing these principles through community engagement, organizing, collective bargaining and political activism, and especially through the work our members do.

Contact | AFT Store | Careers at AFT | Privacy Policy

© American Federation of Teachers, AFL-CIO. All rights reserved.

Photographs and illustrations, as well as text, cannot be used without permission from the AFT.