1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF CHELSEA SHOVER-DARLING IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Chelsea Shover-Darling, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2. I am an Associate Professor at the University of California, Los Angeles ("UCLA"). I am a member of the UCLA Faculty Association ("UCLA-FA") and of the American Association of University Professors ("AAUP"). I hold a PhD from UCLA School of Public Health.

3. I am an epidemiologist by training and have been a professor at UCLA since 2021. My research focuses on substance use disorders and infectious diseases.

4. I am aware that that the Trump administration has threatened UC by terminating $584 million to UCLA and threatening to terminate more federal funding to the UC System unless UC pays at least a $1.2 billion fine and acquiesces to a host of oppressive demands that will limit free speech, academic freedom, and lawful DEI initiatives, and will harm transgender, immigrant, and international members of the UC community ("August 8th Demands").

5. I am aware that the Trump administration has called upon private citizens to "report" on faculty, students, and staff who express disfavored views.

6. I am aware that the Trump administration has required UC to provide the names of students, faculty, and staff in connection with allegations of anti-Semitism and that UC Berkeley has turned over 160 names.

7. I am aware that there are pending investigations against the UC system and that UC is negotiating with the government to try and settle the investigations.

8. I am aware that the Trump administration has threatened to cut more federal funds from UC if it does not comply with the administration's demands.

**Chilling Effects of the Trump Administration's Threats to UC**

9. I run a lab that researches substance abuse disorders and we use a community based participatory research approach. Community based participatory research is a patient-centered, community-driven approach to research. My lab collaborates with community organizations and local government for our research. My research involves working with marginalized populations, including

1

1. but not limited to, people who are undocumented, unhoused, immigrants, LGBTQ+, and non-white. I have written and published about the importance of gathering information from research participants about gender identity and race.

10. I am aware that gender identity, race relations, and critical race theory are all topics disfavored by the Trump administration.

11. I am working on a project now funded by the Centers for Disease Control and Prevention that seeks to establish a toxicological surveillance program. The CDC funding for this project comes through a subgrant from Los Angeles County. A major component of my field work for this project involves asking people to bring samples of their drugs to my team so that we can anonymously test the chemical composition of the drugs. This provides valuable data on what drugs are circulating in the community. In multiple instances, the information learned from this program has directly led to public health interventions and policy actions. Operating this program requires a high level of trust with community partners and participants.

12. Because I feared drawing attention to my work following the August 8th Demands and accompanying threats to pull UC's federal funding, I have self-censored in ways that harm my academic pursuits. For example, I have changed the email policy in my lab so that we do not put in writing any information that might expose research partners or community organizations to investigation or attention from the federal government. This stifles my lab's ability to communicate freely about our research and impedes my relationships with the community organizations I partner with.

**Imminent Harms from Defendant's Actions**

13. I will face additional, irreparable harms if UC capitulates to the August 8th Demands.

14. If UC capitulates to the demand that UC not recruit or admit international students who are "likely to engage in anti-Western, anti-American, or antisemitic disruptions or harassment," the research lab I run will suffer. I work with students of all different backgrounds, including international students. I fear this vaguely defined, speculative prohibition will deprive my department and my lab of qualified students with diverse viewpoints who would enrich the research and classroom environments on campus. My ability to recruit qualified students to my lab will be impacted because students will be afraid to come to UCLA. Additionally, it is important to me as a professor and a lab leader that I can

2

accurately discuss risks with my team and potential recruits. For example, I already speak with students interested in working on my research about the risks related to our field work. I do not know how to accurately advise international students about immigration risks related to the federal government's disfavor of the data we gather and populations we research.

15. If UC capitulates to the demand that UC increase cooperation with immigration authorities, my research will be impacted. I have had to curtail my field work already due to ICE operations in LA and have good reason to believe that UCLA cooperation with ICE will further curtail my field work. Increased UCLA cooperation with ICE means that anyone who participates in my research may be at risk of investigation from ICE because my project is run through UCLA. If anyone who is undocumented or related to people who are undocumented is afraid to participate in my research, the data I am collecting will be skewed and not representative of the LA population.

16. As discussed above, in response to the August 8th Demands, I have adjusted my team's internal communication procedures, which is an impediment to my research. Prior to the August 8th Demands, my team stopped collecting anonymous demographic data out of concern that increased federal oversight would put research participants at risk. I am certain that if UC capitulates to the August 8th Demands, I will have to make even more adjustments that significantly impedes my research.

17. If UC agrees to appoint an outside monitor with broad and unspecified discretion over campus affairs, there will be new constraints on my ability to pursue research I think is valuable. I have published and given presentations on the importance of collecting data on people's gender identity and sexual orientation, as well as how to collect that data in a sensitive way. Given the Trump administration's demonstrated disapproval of many of the topics relevant to my work, I am concerned about my ability to pursue and present my research if an outside monitor is reviewing my academic projects.

18. I am aware that the August 8th Demands include changes to policies affecting transgender individuals, including public statements refusing to recognize transgender people's gender identities, rescinding any guidance allowing equal participation in UCLA sports, rescinding previous awards to transgender athletes, barring gender-inclusive and gender-appropriate use of campus facilities, and limiting access to care for transgender minors who receive medical care through UC. My family and I

3

...

will be irreparably harmed if UC capitulates to the Trump administration's demands regarding transgender individuals.

19. My wife is a transgender woman who receives gender affirming medical care from UCLA Health facilities. If UCLA refuses to recognize transgender people's gender identities, then it is likely that UCLA Health will stop providing gender affirming medical care to patients, regardless of age. This will disrupt my wife's medical care.

20. It is important to me that I work somewhere that respects my family and is not anti-science. If UCLA makes a statement refusing to recognize trans people, that means my wife's existence will be called into question by my employer. If UCLA implements restrictive bathroom rules based on sex assigned at birth, then my wife will not be able to use the restroom if she visits me at work. I will stop participating as fully in my workplace if my workplace denies my wife her existence and imposes restrictions on her use of restrooms. I do not want to leave my job but I cannot morally abide working somewhere that does not recognize my wife as a full human.

**Impacts of Threatened Federal Funding Cuts**

21. I rely on federal funding to perform research that is central to my career. The prospect that I will lose my federal funding is of enormous concern to me.

22. I have two grants from the National Institute of Drug Abuse, a K01 grant and a R01 grant. The National Institute of Drug Abuse is a branch of the National Institutes of Health. These are separate from the LA County subgrant discussed above.

23. My K01 grant is a five-year grant. The grant is renewed annually upon submission of a progress report. The five-year period is almost up. My understanding is that this type of grant typically allows for a six-month extension for researchers, like me, who took maternity leave during the grant period. I do not know if I will receive the six-month extension.

24. My R01 grant is a five-year grant that began in September 2022. I received the first three years of funding upfront and received the fourth year of funding upon submission of a progress report in July 2025. The fourth year of funding was less than I was expecting. I will have to submit another report next year to receive the fifth year of funding.

25. I have seen my colleagues at UC and at other universities targeted by the Trump administration, such as Harvard and Columbia, suddenly have their federal funding cut off without warning or grant-specific explanation. Given the Trump administration's summary termination of $584 million in federal research grants at UCLA, its threats to terminate more or all of the UC's federal research funds if the UC does not agree to the administration's various demands, and the administration's similar actions at other universities, there is a very serious risk that the Trump administration will terminate my federal funding.

26. If my federal grant funding is cut or indefinitely suspended, I would have to shut my lab down and end my research projects.

27. My research team is currently two full-time staff members, two staff members whose time I support a portion of (75% and 50%) with the remaining portion funded by other faculty member's grants, and one graduate student. I already do not know if I can keep all of these positions funded past mid-2026. I used to be able to plan on a five-year timeline, but now I am not. This uncertainty makes it extremely difficult to recruit and retain people because I am unable to promise job stability.

28. The grant funding uncertainty severely complicates hiring. Typically, with five-year grants, I would be able to know which positions will be funded long enough to offer career employment, which is a promise of job stability that is valuable for recruitment and retention. Now, there is no way to know if my existing grants will be honored for the full period specified in the Notice of Award.

29. Moreover, if my funding is cut and my lab closes, this hurts the community organizations and local governments I partner with and have made a commitment to. Ending the project I am working on also ends valuable data collection in the area. Setting up the infrastructure for this type of project cannot be replicated overnight, which means that all the progress we've made and relationships we've built will be lost in the time it will take to resume the project if funding is reinstated or found elsewhere.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___6___ day of October, 2025.

_____
Chelsea Shover-Darling

5
DECLARATION OF CHELSEA SHOVER-DARLING IN SUPPORT OF          Case No. 3:25-cv-07864-RFL