UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>Defendants. | Case No. 3:25-cv-07864-RFL <br><br>**DECLARATION OF NEAL SWEENEY** |

I, Neal Sweeney, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. My job title is International Representative, Higher Education Department for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW). My job duties include working closely with UAW local unions and UAW regions to develop strategic organizing goals and bargaining priorities to build power within the higher education sector; increasing membership engagement and mobilization through democratic, worker-led programs; supporting broad, diverse leadership development; and identifying and developing political and community action plans.

3. The UAW is one of the largest and most diverse unions in North America, with members in the United States, Canada, and Puerto Rico and in virtually every sector of the economy including approximately 120,000 workers in higher education—graduate students, postdoctoral scholars, researchers, university staff, and faculty—at institutions across the country. From UAW's earliest days, it has been a leader in the struggle to secure economic and social justice for all people. UAW has a strong history of supporting and bargaining for contract provisions that ensure nondiscrimination, safe and respectful work environments, academic freedom, and protections for immigrant workers in the higher education sector and in all workplaces. UAW has been actively involved in every workers' rights and civil rights legislative battle since the 1930s, including the campaigns to pass the Civil Rights Act of 1964, the Voting Rights Act of 1965, the Fair Housing Act, the Civil Rights Restoration Act of 1988, and legislation to prohibit discrimination against women, the elderly, and people with disabilities. In addition, UAW has long advocated for increased federal funding for scientific research, recognizing its central importance for innovation, economic growth, and public health.

4. The UAW International Executive Board (which includes the President, Secretary-Treasurer, three Vice Presidents and nine Regional Directors) is responsible for carrying out the programs and policies approved by the Constitutional Convention delegates and running the day-to-day operations of the International Union. The UAW President's Office includes a number of

1  departments that support UAW members, including the Higher Education Department. UAW members
2  belong to more than 600 local unions across the U.S., Canada, and Puerto Rico. Local unions get
3  support in organizing new members, bargaining contracts, handling problems with employers, member
4  education, political action, community activities and more from both the national UAW offices and
5  centers and each of the nine regional offices.

6.  UAW represents more than 60,000 workers at the University of California ("UC"), including at all 10 UC campuses, 5 medical centers, and Lawrence Berkeley National Lab. UAW and its local union, UAW Local 4811, represent 48,000 academic workers, including Graduate Student Researchers, Academic Student Employees, Postdoctoral Scholars, and Academic Researchers. In addition, UAW represents Research and Public Service Professionals ("RPSPs") and Students Services and Advising Professionals ("SSAPs"). The RPSP and SSAP bargaining units were certified this year and have not yet been assigned to a local union.

7.  I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for the University of California, Los Angeles ("UCLA"). It is my understanding that the Trump administration is investigating the UC for alleged antisemitism and other alleged violations of Title VI, Title VII, and Title IX, and has cited these pending investigations and/or the UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

8.  It is also my understanding that the Trump administration is demanding, as a condition of restoring the suspended federal funds, that the UC Regents pay at least $1 billion to the federal government and agree to a host of programmatic demands affecting the rights of those on campus. I also understand that the Trump administration has threatened to cut more federal funds from the UC if it does not comply with the administration's demands. Specifically, I am aware that the Trump administration issued a demand letter to the UC on August 8, 2025, although a copy of the demand letter has not been publicly shared.

9.  I am aware that the Trump administration has previously targeted other universities with similar threats and demands. I understand the administration cut hundreds of millions and in some cases billions of dollars in federal funding at other universities based on alleged violations of Title VI,

Title VII, and/or Title IX, and then similarly conditioned restoration of those terminated funds on the universities' capitulation to the Trump administration's monetary and ideological demands that extend far beyond correcting any alleged civil rights violations. UAW represents employees at some of these universities, including Harvard University and Columbia University. Through my role in the UAW Higher Education Department, I have become aware of the harm suffered by our members both as a result of funding cuts and as a result of the ideological demands that those universities acceded to. I believe the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities.

10. UAW members at the UC have already been irreparably harmed by the Trump administration's funding cuts targeting UCLA. Throughout this year, employees in the SSAP and RPSP bargaining units have been laid off in response to federal funding cuts. These layoffs have only increased following the funding cuts targeting UCLA and the associated August 8, 2025 demand letter. For example, on September 2, 2025, twelve RPSP employees received layoff notices from the UC. All of the layoff notices referenced the cancellation of research grants and stated that the layoffs were due to a lack of funding. In addition, two RPSP employees on probationary appointments were released on the same day. Based on these notices and other events, I believe the UC is already seeking to reduce costs in preparation for the potential loss of additional federal funding.

11. If additional federal funding were lost, UAW members would immediately suffer additional irreparable harm. In addition to employees in UAW 4811-represented bargaining units, many RPSP employees are directly supported by federally funded research grants. If additional federal funds are withheld, many RPSP employees will be unable to continue with their research and will lose their jobs. The loss of federal funds would also put significant budgetary pressure on the UC system, which will likely result in additional layoffs, reductions in time, and other adverse employment actions affecting both RPSP and SSAP employees.

12. The grant suspensions and threats of further cuts to federal funding have directly impacted UAW's central activities. UAW has been forced to spend significant time and resources responding to the repercussions of the administration's actions on its members. UAW has counseled members who have been laid off, had their hours reduced, lost funding, anticipate losing their jobs, and

been unable to complete their experiments or research. The expenditure of time and diversion of resources to respond to the fallout of the administration's actions has affected UAW's ability to do the representational, organizing, and advocacy work that it would otherwise engage in.

13. The threats to and termination of the UC's federal funding and related demands by the Trump administration that the UC make changes to retain its funding have also had a chilling effect on UAW members' actions and impacted UAW as an organization.

14. The administration's actions have created a pervasive sense of fear and intimidation among UAW members. Defendants' actions have led some members to no longer feel comfortable asserting their academic freedom and First Amendment rights, because they fear that doing so will result in the administration withdrawing additional federal funding or otherwise retaliating against them, their departments, or the UC.

15. UAW members are at the front lines of American research, including scientific research on critical public health issues, yet their careers are being destabilized by the Trump administration's attempts to exert control over the UC system.

16. UAW seeks to protect UAW-represented workers' terms and conditions of employment insofar as federal funds support the jobs of UAW members, and the threatened and actual termination of funding jeopardizes UAW members' employment. UAW likewise seeks to protect its members' academic freedom, freedom of speech, and other rights which have been harmed by the Trump administration's threats and would be further harmed by the imposition of the administration's demands to the UC.

17. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 1st day of October, 2025.

*/s/ Neal Sweeney*
Neal Sweeney