1
2
3
4
5
6
7

8                            UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., | Case No. 3:25-cv-07864-RFL |
| Plaintiffs, | **DECLARATION OF AMEETH VIJAY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

**Declaration of Ameeth Vijay on behalf of the UC San Diego Faculty Association (SDFA)**

I, Ameeth Vijay, declare as follows:

1. I am an Associate Professor of Literature at the University of California, San Diego ("UCSD").

2. I am Chair of the UC San Diego Faculty Association ("SDFA").

3. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

4. SDFA is an independent, voluntary membership organization that represents Senate faculty at UCSD and, as a member of the Council of University of California Faculty Associations ("CUCFA"), participates in consultations with the University of California's ("UC") Office of the President over proposed changes to systemwide UC policies that affect Senate faculty and their workplace conditions. Recent subjects of consultation have included the UC Retirement Plan, Health Insurance benefits, and new policies on Intellectual Property and Copyright issues. Another example of SDFA's advocacy has included the organization of town halls to inform faculty members and the public on cost-of-living adjustments, healthcare plan contributions, and the termination of housing assistance programs at UCSD.

5. Since SDFA does not receive state funding, it participates in lobbying on campus-level and state-level policies that affect faculty members' economic interests.

6. Beyond its advocacy on economic issues, SDFA has organized petitions, protests, rallies, and other events to advocate for faculty members' academic freedom. SDFA also consults with individual faculty members whenever a member has concerns about their ability to speak freely, such as pressure from their department, or if that member is experiencing discrimination at UCSD. These consultations focus on informing members of their legal rights.

7. SDFA is aware that on March 10, 2025, the Trump Administration sent a letter to sixty universities, including UCSD and three other UC campuses, that it would investigate them for allegations of antisemitism.

8. SDFA is aware that at the end of July 2025, the Trump Administration suspended more than $500 million in federal funding for the University of California, Los Angeles (UCLA). It is SDFA's

1

DECLARATION OF AMEETH VIJAY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

1  understanding that the Trump Administration is investigating UCLA, UCSD, and other UC campuses
2  for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these
3  pending investigations and/or UC's alleged policies regarding race and transgender people, as the basis
4  for the suspension of federal funds for UCLA.

5     9.     SDFA understands that the Trump Administration made a series of demands targeting
6  UCLA and the UC system via a demand letter sent on or about August 8, 2025. UC has not shared the
7  exact contents of the August 8th demand letter from the Trump Administration, which contributes to the
8  atmosphere of fear and uncertainty for SDFA and its members.

9     10.    Based on reporting on the Trump Administration's demand letter, SDFA understands that
10 they include approximately $1.2 billion in fines and other financial penalties. SDFA is also aware that
11 the demands include a series of harmful policy changes, which the organization understands to include:

    a. Greater cooperation between UCLA and federal law enforcement, including expanded collaboration with Immigration and Customs Enforcement ("ICE");

    b. Granting the government access to all UCLA documents, records, and data not protected by attorney-client privilege;

    c. Stricter restrictions on protests on UCLA's campus, which SDFA understands requires changes to UC's systemwide policies on free expression;

    d. Rescinding UCLA's recognition of transgender identities and restrictions on transgender individuals' access to bathrooms and other campus facilities;

    e. Prohibiting the provision of gender-affirming care for minors by UCLA Health;

    f. Appointing a senior administrator to review all of UCLA's policies relating to "diversity, equity, and inclusion" ("DEI") in admissions and employment;

    g. Ending all race- and ethnicity-based UCLA scholarships and prohibiting UCLA from using criteria that serve as a proxy for race-conscious hiring, promotion, tenure, or other employment policies or practices;

    h. Prohibiting the admission of international students "likely to engage in anti-Western, anti-American" conduct and instituting "trainings to 'socialize' international students to campus norms"; and

1      i.   Appointing an outside monitor with significant authority over campus affairs to oversee UCLA's compliance with the demands.

11. SDFA understands that the demands do not provide any clear definition of either "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands.

12. SDFA understands that UC is negotiating with the federal government to try to settle pending charges and investigations.

13. SDFA is aware that the Trump Administration has similarly threatened other universities and has followed through on its threats by pulling federal funds from Harvard, Columbia, Brown, the University of Pennsylvania, and elsewhere, and demanding suppression of disfavored views on those campuses. These actions against other universities have made SDFA aware that the Trump Administration's threats against UC are credible and likely to be acted upon.

14. SDFA is also aware that, in what seems to be an effort to appease the Trump Administration, the University of California, Berkeley ("UC Berkeley") disclosed the names of 160 faculty and staff who had been named in complaints about antisemitism to Defendants in September 2025. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals that it shared their names with the federal government.

15. On September 16, SDFA sent a letter to the UCSD Chancellor and Campus Counsel requesting disclosure of whether UCSD administrators complied with a request from the Department of Education's Office of Civil Rights for faculty members' personal information. SDFA's letter also requested "immediate notification" of faculty and staff whose names have been disclosed, as well as the disclosure of any additional requests for personnel information from the federal government. The Association also urged UCSD leadership to "protect the UC San Diego community from government threats and investigations that are wielded as tools to force us into compliance with a political agenda." A true and correct copy of the September 16, 2025, letter is attached to this declaration as **Exhibit A.**

16. On September 22, 2025, UCSD Campus Counsel informed an Academic Senate Council, an executive subcommittee of Academic Senate members, that the University disclosed the names of faculty and staff who had been named in complaints about antisemitism. UCSD shared this personnel

3

DECLARATION OF AMEETH VIJAY IN SUPPORT OF                                     Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

information after the U.S. Department of Education requested faculty and staff names from the University, in compliance with a request by the Department of Education.

17. Based on my conversations with UCSD faculty members who are not citizens, I know that the potential that UC could be required to disclose their personal information to the federal government has chilled these members' speech. They are afraid of being associated with a cause or organization that is disfavored by the Trump Administration. I also know from conversations with faculty who are not SDFA members that some are not joining SDFA because the dues are deducted from paychecks, and since this record could be disclosed to the federal government, they do not want to be associated with SDFA at a time when the federal government is successfully obtaining personnel data. Based on conversations with junior members of SDFA, I have learned that members are declining opportunities to assume leadership roles within SDFA because they are afraid that a leadership position would increase the likelihood that the federal government requests and obtains their information. The fear among junior members is compounded by the fact that non-tenured faculty have fewer job protections than tenured faculty, so these members are concerned that it is easier for them to be targeted by the federal government than tenured faculty who are SDFA members.

18. Based on my conversations with SDFA members and prospective members, I know that the Trump Administration's targeting of UCSD and other UC campuses have also chilled members' willingness to write to their state legislators or to UC officials as part of SDFA's lobbying campaign against acquiescence to the Administration's demands. These members and potential members have told me that they are not participating in SDFA's lobbying campaign because they are afraid of being targeted by the federal government.

19. The Trump Administration's pressure on UC has harmed SDFA by requiring the Association to divert resources that it would otherwise dedicate to its advocacy campaigns on improving workplace conditions. SDFA's officers have devoted significant time to communicating with members regarding the impacts of the Trump Administration's demands and funding cuts. SDFA officers have also spent significant time drafting letters and petitions to lobby UC to protect its faculty from the federal government.

20. SDFA has suffered due to the pressure on UC to bypass the shared system of governance

4

DECLARATION OF AMEETH VIJAY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

between faculty and UCSD. UC has kept faculty out of conversations concerning the Trump Administration's demands despite this shared system. So, SDFA and its members have lost the authority that the shared system is supposed to provide to UC's faculty.

21. The Administration's actions have also chilled the speech of SDFA's members. Based on conversations with SDFA members, I know that faculty members are revising their course syllabi to avoid terms and topics that could trigger an investigation by the federal government. From these conversations, I also know that faculty members are nervous about the privacy of their syllabi and fear that the Trump Administration could pressure UC to turn over their course materials. Furthermore, faculty members have told me that they are not signing onto letters that they would have signed before the Trump Administration's actions against UC. I have also heard from faculty members that UCSD departments and programs are not co-sponsoring events because they relate to Palestine and other topics disfavored by the Administration. Because of both the demand letter and the fallout of similar actions taken against Columbia, faculty members are now hesitant to approve any program that could be interpreted by the Trump Administration as a "DEI" initiative.

22. SDFA's concerns about the chilling effect on members' speech, and the risk of imminent harm to members' academic and political speech, are also based on survey data collected by SDFA in September 2025. In this survey, SDFA learned from multiple members that they are self-censoring after the Trump Administration's actions against UC. For example, one respondent who runs a clinical trial enrolling transgender woman with HIV in gender affirming care told SDFA that she has deleted faculty's pronouns and all diversity-related language from the trial's webpage.

23. The Trump Administration's demand that UC unilaterally impose new restrictions on protest activity poses a risk of imminent harm to SDFA members' free speech rights. Any demand targeting UCLA's protest policies will result in systemwide changes, as the freedom of expression policies cover all UC campuses. Based on conversations with SDFA members, I know that if UC is forced to accede to the Administration's demand, SDFA members will be less likely to participate in protests that they would otherwise engage in.

24. The threats of further funding cuts and the demand to pay a billion-dollar fine also poses a risk of imminent harm to SDFA's members because these actions will result in budget cuts that will

5

DECLARATION OF AMEETH VIJAY IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL

1  impede members' ability to research and teach. Prior federal actions targeting UC have resulted in budget
2  cuts that have forced faculty to teach large online courses with no teaching assistants. Cuts have also
3  limited library services that faculty and students rely on for their research. These cuts will only worsen
4  if UC is forced to pay a billion-dollar fine or if the Trump Administration is allowed to cut federal
5  funding to punish UC for not meeting its demands.

6        I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct.

9        Executed this  4   day of October, 2025.

*Ameeth Vijay*
Ameeth Vijay
Associate Professor
University of California, San Diego
Chair, UC San Diego Faculty Association
(SDFA)

---

6

DECLARATION OF AMEETH VIJAY IN SUPPORT OF                Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT A

# UC San Diego Faculty Association

A voluntary membership organization of UCSD Senate faculty.

Home | About | Board | FAQ | Join Us! | Contact | Funding Requests

# Request for transparency over release of personal information to federal agencies

Posted on September 17, 2025 | By admin

Search …

Search

## Useful Links:

- The Council of UC Faculty Associations
- Newfield & Meranze: Remaking the University
- Dan Mitchell: UCLA FA
- Berkeley Faculty Association
- AAUP's Academe Blog

See below our letter to UC San Diego leadership, also copied to UC leadership systemwide:

September 16, 2025

Office of the Chancellor
University of California San Diego
9500 Gilman Dr  #0005
La Jolla, CA 92093

Dear Chancellor Khosla and Campus Counsel Park,

Recently, it was reported that the University of California Office of the President (UCOP) provided the Department of Education's Office of Civil Rights (OCR) with documents containing the personally identifiable information (PII) of 160 UC Berkeley faculty, students, and staff and that the UC Berkeley Chancellor elected to notify those individuals. While unconfirmed by UCOP, several sources also indicated that PII of faculty, students, and staff from other UC campuses, including UC San Diego, were also transmitted to UCOP and OCR and that these individuals have not been notified of these disclosures.

The release of UCSD faculty, student, or staff names to OCR directly contravenes the UCSD Academic Senate resolution appended below that was passed on April 15, 2025.  The

"Resolution to refrain from sharing the personal information of UC San Diego students, faculty and staff unless compelled by warrant or subpoena," specifically requested that our Chancellor:

1. i) "refuse to comply with any demand from the federal government, that is not a federal warrant or subpoena, to provide student, faculty or staff identifying information or physical location, that is motivated by their visa or immigration status or on-campus activities" AND
2. ii) "inform the campus community in a timely manner if UC San Diego receives a demand from the federal government for student, faculty or staff identifying information or physical location, that is motivated by their visa or immigration status or on-campus activities, and to consult with the Academic Senate before responding."

An OCR investigation is not intended to determine whether individual students, faculty, or staff have violated any civil rights laws, but whether the university itself is in compliance with Title VI's nondiscrimination mandate. Release of PII about individuals associated with discrimination complaints is irrelevant to a legitimate investigation into an institution's management of such complaints and creates substantial risk of harm to those individuals. Such a disclosure is likely to cause UC San Diego faculty, students, and staff significant harm, including the infringement of first amendment rights to free speech and assembly, the violation of faculty rights to academic freedom and, among non-citizens, potential visa termination, detention, and deportation.

On behalf of the UC San Diego community, we respectfully request the following actions from your office:

1. Disclosure of whether the UCSD administration complied with any request to provide OCR with the PII of any UCSD faculty, students, or staff (including through release of names to UCOP)
2. Immediate notification of any UCSD faculty, student, or staff whose PII has been released to UCOP and/or OCR including information concerning the allegations against them
3. Disclosure of any additional federal requests for faculty, staff, or student PII, as well as an indication of whether any PII has been provided in response to the request and, if so, whether those individuals whose PII was shared were notified

In addition, we request the following commitments from your office:

10/1/25, 1:43 PM
Case 3:25-cv-07864-RFL    Document 29-47    Filed 10/09/25    Page 11 of 12
Request for transparency over release of personal information to federal agencies – UC San Diego Faculty Association

1. That any future decisions about sharing PII will be made in consultation with faculty, students, and staff (or the unions/associations that represent them) under principles of shared governance (as detailed in the appended Divisional Senate resolution),
2. That the campus administration will make it clear to UCOP that UC San Diego will not comply with any more requests from the federal government for PII of faculty, students and staff unless compelled by a court order,
3. That the campus administration will resist and reject federal government interference into any and all personnel decisions (including discipline and termination of faculty, students and staff) that may arise as a result of PII release, and
4. That the campus administration will protect faculty, students, and staff who face retaliatory immigration detention as a result of PII release by designating "safe" or "private" spaces on campus that would require a judicial warrant to enter and by providing free immigration counsel, as needed.
5. That the campus administration will protect faculty, students, and staff who face other forms of retaliation by providing campus resources in consultation with those negatively impacted by this release of information.

We urge your administration to protect the UC San Diego community from government threats and investigations that are wielded as tools to force us into compliance with a political agenda. To maintain our excellence as a top-tier public university, we must follow long-standing laws and principles that are protective of the rights of all the members of our community.

Sincerely,

The San Diego Faculty Association


cc:
Chair Rebecca Jo Plant, San Diego Division Academic Senate
Vice-Chair Akos Rona-Tas, San Diego Division Academic Senate
Chair Ahmet Palazoglu, UC Systemwide Academic Senate
UC Board of Regents
President James B. Milliken
Chancellor Richard Lyons, UC Berkeley
Chancellor Gary S. May, UC Davis
Chancellor Howard Gillman, UC Irvine
Chancellor Julio Frenk, UCLA
Chancellor Juan Sánchez Muñoz, UC Merced
Chancellor S. Jack Hu, UC Riverside

Chancellor Sam Hawgood, UCSF

Chancellor Dennis Assanis, UC Santa Barbara

Chancellor Cynthia Larive, UC Santa Cruz

UCSD Senate resolution ("Resolution to refrain from sharing the personal information of UC San Diego students, faculty and staff unless compelled by warrant or subpoena")

Category: freedom of speech, letter to administration, UC policy, university governance | Tag: PII

Copyright 2025 UC San Diego Faculty Association