UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF MAYA WEISSMAN** |

I, Maya Weissman, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am employed as a postdoctoral scholar at the University of California, Los Angeles (UCLA). I was awarded a Ph.D. in evolutionary biology from Brown University in 2024 and was appointed as a postdoctoral scholar this year. I am a member of UAW Local 4811.

4. I work in a lab that researches evolution in the gut biome. The gut biome is closely intertwined with human health, and changes in microbiome composition have been associated with cardiovascular diseases, mental illness, neurodegenerative diseases like Alzheimer's, and many other medical conditions. By understanding how our microbiomes change over time and identifying variants associated with health outcomes, my colleagues and I believe we have the opportunity to revolutionize healthcare.

5. My research focuses on studying the genetic signatures of adaptation in the microbiome. For example, if a beneficial mutation occurs in one microbe and proliferates across the microbiome, it may leave genetic signatures that can reveal when the adaptation occurred and the context in which it occurred.

6. Until on or about August 1, 2025, I was funded as a postdoctoral scholar entirely through an NSF CAREER grant (Award Number 2240098). Our lab is also funded by an NIH R35 grant (Award Number R35GM151023). Together, these grants largely fund our lab, including our personnel costs and research expenses. The combined intended award amount of the two grants exceeds $2 million. Both grants are extremely competitive and prestigious. The project narrative for the NIH R35 grant, which is publicly available on the NIH website, states that the project is relevant to the NIH's public health mission because the project "will make contributions relevant both to the basic science of microbiome evolutionary dynamics as well as clinical treatment of microbiome–associated diseases." The award abstract for the NSF CAREER grant, which is available on the NSF website,

states that the "award reflects NSF's statutory mission and has been deemed worthy of support through evaluation using the Foundation's intellectual merit and broader impacts review criteria."

7. On or about August 1, 2025, I learned that the Trump administration suspended more than $500 million dollars in federal funds for UCLA. I reviewed a list of the suspended grants that was distributed by UCLA and found that both the NSF CAREER grant and the NIH R35 grant were among the grants that were suspended. The following day, my principal investigator (PI) confirmed to me that the grants were frozen and explained that no specific reason for the suspensions had been provided.

8. Following the suspensions, my PI directed my colleagues and me to wrap up our ongoing research as quickly as possible. I stopped working on important subprojects and focused on finishing the component of my project that was nearest to completion.

9. My PI also directed us to immediately start applying for alternative sources of funding. Following the suspensions, I have spent a significant amount of time applying for funding, at the expense of my scientific work. I have also had to devote a significant amount of my working hours to mentoring the five graduate student researchers in our lab. My PI has been forced to devote much of her time to seeking out funding and has been unable to spend time on her typical research and mentoring duties. As a senior member of the lab, I have had to take on the mentoring work she is unable to perform. As a result of these disruptions, I have devoted substantially less time to my research.

10. Following a recent court decision, the suspended NIH and NSF grants were restored. Even though the suspensions have been enjoined by a court, I have nonetheless been irreparably harmed by the suspensions. Because I was forced to devote less time to my research and to shift my project priorities, the progress of my research has been delayed. While I fortunately have been able to continue my work, this lost progress cannot be recovered. The loss of funding was also highly distressing, as I understood that my research and my future career were in jeopardy. This took a serious emotional toll on my colleagues and me, which further hindered our research.

11. Although the funds have been restored, at least temporarily, I continue to be harmed by the ongoing uncertainty surrounding our funding. Because of the need to conserve funds, my

2

DECLARATION OF MAYA WEISSMAN

Case No. 3:25-cv-07864-RFL

colleagues and I are no longer permitted to attend conferences to share our research, unless we can find a way to pay for it ourselves. Conferences are very important for career development, so the loss of this opportunity harms my future career prospects.

12. There is a persistent aura of fear in my lab. We have been advised not to say anything that could draw the ire of the current administration. My colleagues and I fear that we will indeed lose funding again in the future. I am aware that the Trump administration has threatened to withhold additional funding from the University of California, and I believe the administration may follow through on this threat. If we lose federal funding, the effects would be disastrous.

13. My lab is almost entirely dependent on federal funds from the NIH and NSF. If the Trump administration again indefinitely suspends or terminates these federal funds, I expect that my colleagues and I will lose our jobs. Our research would also be halted, and the consequences would be irreparable. We conduct multi-year experiments, and if they are halted, all our progress would go to waste. We also use sensitive materials, like reagents, that would have to be thrown away. Many people outside our lab would also be harmed. We conduct experiments in collaboration with other labs at UCLA. For example, another lab conducts mouse experiments in connection with our research. If we halted our research, these expensive, long-term experiments would have to be scrapped. Lastly, but importantly, the public would be deprived of cutting-edge research related to the gut microbiome and will be unable to benefit from the potential clinical applications of our work, which ultimately aims to improve human health.

14. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 1st day of October, 2025.

*Maya Weissman*
Maya Weissman