UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF MARIA-ELENA YOUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Maria-Elena Young, declare as follows:

1. I am an Associate Professor in the Public Health Department at the University of California, Merced ("UC Merced"). I am also the Graduate Group Chair for the Public Health Department. As the Graduate Group Chair, I am responsible for overseeing and advising on the recruiting and admission of graduate students and training and degree progression. I am also a member of the UC Merced Academic Senate's Committee on Academic Freedom. I have been a member of UC Merced's faculty since 2019.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I am over the age of 18 and competent to testify as to the matters set forth in this declaration based on my own personal knowledge.

4. I have a B.A. in Spanish from Swarthmore College, a Masters in Public Health from the University of California, Berkeley ("UC Berkeley"), and a Ph.D. in Public Health from the University of California, Los Angeles ("UCLA").

5. I am a member of the UC Merced Faculty Association ("UCMFA"). I also serve on the UCMFA Executive Board.

6. UCMFA is a faculty association dedicated to promoting fair policies at UC Merced, advocating for equitable faculty terms and conditions of employment, and ensuring inclusive representation for all faculty. UCMFA's core mission is to represent and advocate for UC Merced faculty regarding issues of employment and academic freedom. UCMFA is independent from UC Merced and distinguishable from the Academic Senate, though its activities frequently involve advocating to the UC Merced administration or Academic Senate.

7. In my role as member of the UCMFA Executive Board, I am knowledgeable of and have been involved in UCMFA's efforts to respond to the Trump administration's attacks on and threats against the University of California system ("UC" or the "University").

//

//

**Awareness of the Trump Administration's Actions**

8. I am aware that President Trump has pledged "to reclaim our once great educational institutions from the radical Left and Marxist maniacs," and that since taking office, President Trump and his administration have taken a series of actions to try to remove from university campuses diversity, equity, and inclusion ("DEI") programs and other topics and viewpoints they disfavor, such as "woke gender ideology" and "the green new deal," among others.

9. I am aware that on or around July 30-August 1, the Trump administration suspended more than $500 million in federal funding for UCLA. It is my understanding that the Trump administration is investigating UC for alleged antisemitism and other alleged violations of Title VI, Title VII, Title IX, and has cited these pending investigations and/or UC's alleged policies regarding race and transgender people, as the basis for the suspension of federal funds from UCLA.

10. I understand that the Trump administration made a series of demands to UCLA on August 8th ("August 8th Demands"). UC has not shared the exact contents of the August 8th Demands from the Trump administration, which contributes to the atmosphere of fear and uncertainty for faculty.

11. Based on reporting on the August 8 Demands, I understand that they include approximately $1.2 billion in fines and other financial penalties. I am also aware that the Demands include a series of harmful policy changes, which I understand to include:

- Greater cooperation between UCLA and federal law enforcement, which I understand to include expanded collaboration with Immigration and Customs Enforcement ("ICE");
- Granting the government access to all UCLA documents, records, and data not protected by attorney-client privilege;
- Stricter restrictions on protests on UCLA's campus;
- Rescinding UCLA's recognition of transgender identities and restrictions on transgender individuals' access to bathrooms and other campus facilities;
- Prohibiting the provision of gender-affirming care for minors by UCLA Health;
- Appointing a senior administrator to review all of UCLA's 'diversity, equity, and inclusion' related policies in admissions and employment;

- Ending all race- and ethnicity-based UCLA scholarships and prohibiting UCLA from using criteria that serve as a proxy for race-conscious hiring, promotion, tenure, or other employment policies or practices;
- Prohibiting the admission of international students "likely to engage in anti-Western, anti-American" conduct and instituting "trainings to 'socialize' international students to campus norms"; and
- Appointing an outside monitor with significant authority over campus affairs to oversee UCLA's compliance with the demands.

12. I understand that the August 8 Demands do not provide any clear definition of either "diversity, equity, and inclusion" or "anti-Western" for the purposes of implementing those demands.

13. I understand that the UC is negotiating with the federal government to try to settle pending charges and investigations.

14. I am also aware that, in what seems to me like an effort to appease the Trump administration, UC has already taken steps that are inconsistent with past practices, and those actions are harming me and my colleagues. For example, I am aware that, in September 2025, UC Berkeley disclosed the names of 160 faculty and staff who had been named in complaints about anti-Semitism to Defendants. Their names were in response to a U.S. Department of Education request for documents relating to alleged Title VI violations and investigations.

15. I also understand that the Trump administration has threatened to cut more federal funds from UC if it does not comply with the administration's demands.

16. I understand the Trump administration is engaging in other investigations targeting the UC system and has indicated that if UC does not agree to implement the administration's demands throughout the UC system as a whole, all of UC's federal funding will be at risk.

17. I am aware that the Trump administration has previously targeted other universities with similar threats and demands. I understand the administration cut hundreds of millions and in some cases billions of dollars in federal funding at other universities, including Harvard University, Columbia University, Brown University, and the University of Pennsylvania, based on alleged violations of Title VI, Title VII, and/or Title IX, and then similarly conditioned restoration

4

of those terminated funds on the universities' capitulation to monetary and ideological demands that extend far beyond correcting any alleged civil rights violations.

18.     I am aware that the administration's demands to targeted universities have included significant financial payouts to the federal government, as well as various restrictions on academic freedom and other forms of campus speech. For example, I am aware that the Trump administration demanded that Columbia place the Department of Middle Eastern, South Asian, and African Studies (MESAAS) under receivership. I am also aware that the Trump administration demanded that Harvard provide for "viewpoint diversity" among its faculty members, take away "power" from faculty members who may be perceived as "activists," and discontinue any practices that the Trump administration perceives to be connected to DEI principles.

19.     I am aware the Trump administration has announced that it will tie federal funding for colleges and universities to its perception of recipient institutions' responses to alleged antisemitism. I am not aware of the administration providing any comprehensive definition of what views or actions it classifies as antisemitic. Nonetheless, I understand that the administration considers support for or solidarity with the Palestinian people or of opposition to the State of Israel, the Israeli occupation of Palestinian territories, or the War in Gaza to be antisemitic views. This understanding is based on actions and public statements of Trump administration officials, especially those of the Department of Education's Task Force to Combat Anti-Semitism, which has characterized such expressions as antisemitic on numerous occasions.

20.     The demands the administration has made to the Regents with respect to UCLA and other universities strike at the very core of academic freedom and free-speech principles. In my view, a fundamental purpose of a university is to allow for the ventilation of a variety of viewpoints and serve as a forum for the development of ideas, even if the current administration may disfavor those ideas. University faculty, researchers, and other academic staff cannot engage in teaching, research, or service to the University if they believe that they, their colleagues, or their institutions will be targeted because they express views or research topics that the current administration may deem unfavorable.

5

21. I understand that Columbia, Brown, and the University of Pennsylvania have nevertheless entered into agreements with the Trump administration to resolve the administration's investigations against them, and that these agreements contain some of the terms that the Trump administration demanded. For example, I am aware that Columbia agreed to pay $200 million to the federal government, conduct a review of the MESAAS Department, hire faculty in certain subject areas that the Trump administration deems favorable, and place certain restrictions on campus speech.

22. From my perspective, it appears that the Trump administration's recent funding cuts and demands targeting the UC system are taken from the same playbook as its efforts to exert control over these other universities.

**Impacts of the Trump Administration's Actions UCMFA Members**

23. Defendant's actions cancelling UCLA research grant funding on July 30 and issuing the August 8 Demands to UC have harmed UCMFA members individually and collectively and threaten further imminent harm to UCMFA members.

24. I and other UCMFA members are aware that the Trump administration has stated its intention to investigate allegations of antisemitism and potentially pursue enforcement action against at least four other UC campuses: UC Berkeley; University of California, Davis; University of California, San Diego; and University of California, Santa Barbara. I and other UCMFA members are also aware that in September 2025 UC Berkeley has provided the Trump administration with the names of at least 160 faculty and staff named in complaints of antisemitism.

25. Further, many of the August 8 Demands conflict with systemwide UC policy and compliance with those demands would require the University to either change or ignore those systemwide policies. For instance, the Presidential Policy on Gender Recognition and Lived Name requires campuses to recognize the gender with which an individual identifies and use individuals' self-chosen names. This policy directly conflicts with the Trump administration's demand that UCLA cease to recognize transgender identities. In order to comply with this demand, the

6

DECL. OF MARIA-ELENA YOUNG ISO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION                                    Case No. 3:25-cv-07864-RFL

University would either have to ignore the fact that its largest campus was out of compliance with a systemwide Presidential Policy or revise that policy to accommodate the administration's demand, which would impact all other UC campuses. In fact, since the Trump administration began its attacks on UC, the University has already revised its systemwide policy on financial aid to prohibit financial aid, scholarships, fellowships, grants, loans, and other awards that take into account a student's race, sex, color, ethnicity, or national origin, thus partially complying with the August 8 Demands as a matter of systemwide policy.

26. These factors lead me and other UCMFA members to believe that Defendants intend to impose terms similar to the August 8 Demands on other UC campuses and that the University is willing to capitulate to such terms systemwide.

27. Loss of or disruption to research funding can cause serious harm to a researcher's research projects and career trajectory. Researchers who lose grant funding are forced to either secure alternative funding for their research or, if no such funding is available, abandon or suspend the impacted research projects. Where researchers are unable to find alternative funding, they are often forced to lay off research staff and may be unable to support their graduate student workers' salary and research. Loss of grant funding can also negatively impact a researcher's own income. All UC Merced Senate faculty work under nine-month contracts and many faculty members supplement their income using grant funding for research during the summer months when they do not receive a salary form UC.

28. Loss of or disruption to research funding can also significantly set back faculty research. For example, one UCMFA member's research program was set back approximately a year when their federal grant was cut during a round of grant cuts early in 2025 and then reinstated too late for the member to conduct data collection over the summer. Another member's research was similarly set back when an earlier round of federal grant cuts forced them to suspend planned coordination with research collaborators, which damaged relationships and trust they had spent years developing and now must rebuild before their project can proceed.

29. Loss of or disruption to research funding can also negatively impact faculty

1   members' career trajectories and ability to secure tenure. Among other factors, faculty are
2   assessed for promotion and tenure based on their ability to secure independent grant funding and
3   to conduct and publish on research using that funding. Loss of or disruption to grant funding
4   harms faculty members' career trajectory and progress towards tenure both by diminishing the
5   research resources they bring to UC Merced and stymying their ability to conduct research and
6   publish. This issue is particularly acute for UCMFA members because UC Merced is a relatively
7   new institution and, as such, has a disproportionately high number of junior faculty who are
8   attempting to secure tenure.

9        30.     As stated above, I and many other UCMFA members believe that if the
10  University capitulates to the August 8 Demands, those demands will be applied systemwide. If
11  this occurs, I and other UCMFA members believe that grant funding for research that involved
12  DEI topics or other topics that are disfavored by the Defendants will be at increased risk of
13  cancellation or termination. This belief is based both on Defendants' prior actions and the content
14  of the August 8 Demands. In its prior cancellation of grants to UC Merced researchers,
15  Defendants appear to have targeted grants that funded research that they perceived as involving
16  DEI or other disfavored topics. Similarly, Defendants' August 8 Demands includes a demand
17  that UC appoint a senior administrator to conduct an extensive review of UCLA's DEI-related
18  admission and employment policies. The Trump administration has also taken actions to try to
19  remove DEI related programs, curriculum, and research from other university campuses. These
20  factors lead me and other UCMFA members to believe the Defendants intend to eliminate DEI
21  related programs, curriculum, and research at UC, as well. Given this intention, I and other
22  UCMFA members believe that funding for research involving DEI related topics will be at
23  significant risk of cancellation if UC capitulates to the August 8 Demands and applies those
24  demands systemwide.

25       31.     Given this risk to continued research fundings and the significant harm that loss
26  of or disruption to research funding can cause researchers, many UCMFA members have altered
27  their research agenda in an attempt to ensure future research funding should UC capitulate to the

8

August 8 Demands. Some members have altered descriptions of their research to avoid use of terms like "diverse," "equity," "inclusion," and "justice" they understand to be disfavored by the Trump administration. Other members have changed the focus of their research to avoid DEI related topics or other topics disfavored by Defendants. Yet other members, including myself, have accepted the potentiality that they will lose some portion of their research funding if UC capitulates to Defendants' demands and begun to adjust their research and personal finances to account for the likelihood of not being able to secure summer grant funding in the future.

32. Some UCMFA members have told me that their fear of grant funding loss is compounded by concern for the impact that such losses could have on the graduate student workers whose research is supported by their grants. In many cases, this concern has made those members more reticent to risk grant cancellations or disruptions and more likely to alter their research agenda to avoid such disruption or cancellation.

33. Defendants' actions and demands have also caused many UCMFA members to self-censor their curriculum or change their teaching practices. Given Defendants' demand for access to UCLA documents and records, many members believe that Defendants may have access to their course materials and use those materials as a basis for retaliation against them or their students. Some non-citizen members have informed me that they have dropped topics related to DEI or other disfavored subjects from their curriculum because they believe including them may draw Defendants' attention and lead to negative immigration consequences. Other members told me they have renamed their classes to remove terms disfavored by the Trump administration. Further, many members have expressed concerns about holding classes online or allowing individuals not registered for their courses to sit in on them out of concern that this could allow for surveillance which, in turn, may lead to retaliation from the Trump administration or UC.

34. I have also spoken with non-citizen UCMFA members who have expressed that Defendants' actions and demands have also had a chilling effect on UCMFA's non-citizen members' willingness to travel for research or other professional or personal reasons. Given

9

Defendants' focus on eliminating research related to DEI topics and other disfavored subjects, non-citizen members whose research involves those subjects are hesitant to travel abroad because they fear that Customs and Boarder Protection officers may bar them from reentering based on their research. If UC capitulates to the August 8 Demands and Defendants are granted access to UC Merced's documents and records, this hesitancy is likely to increase and non-citizen members are likely to forgo international travel to avoid potential issues reentering the country.

35. Defendants' August 8 Demands are likely to increase UCMFA members' workloads and degrade their working conditions if UC capitulates to them.

36. UC Merced already faces a hiring freeze and significant financial pressures and has been slow to fill vacancies caused by faculty retirements or departures. This has resulted in increased teaching responsibilities and workloads for many UCMFA members in departments that have been left short-staffed by the hiring freeze. In fact, in some departments faculty are precluded from taking sabbatical for the foreseeable future because the department is unable to cover their teaching responsibilities in their absence. Should UC capitulate to the Trump administration's demands and pay the federal government more than $1 billion, this will almost certainly lead to cutbacks across the UC system and aggravate UC Merced's financial difficulties and lead the UC Merced administration to extend, and possibly intensify, the campus hiring freeze, which will, in turn, further increase UCMFA members' workloads and limit their opportunity to take sabbatical for research and career advancement purposes.

**Impacts of the Trump Administration's Actions on UCMFA**

37. UCMFA has dedicated significant time and energy to responding to the Trump administration's actions since President Trumps inauguration, diverting those resources from other campaigns and organizational priorities. Consistent with this past practice, UCMFA anticipates it will divert additional resources away from other projects in the future if the administration imposes further funding cuts on UC or if UC accedes to the administration's demands.

38. Since March 2025, UCMFA has made significant efforts to respond and protect members' interests. UCMFA has conducted member surveys and held multiple group and individual meetings to gather information and discuss members' concerns about the impact of nationwide grant suspensions and cancellations that occurred early in 2025. UCMFA has used this information to advocate for the UC Merced administration to take greater steps to protect faculty from the impacts of Defendants' actions.

39. UCMFA representatives have held meetings with the Vice Provost for Faculty and the Leader of the Academic Senate to raise faculty concerns about the impact of the Trump administration's actions and advocate for measures to address and mitigate the threats to faculty career progression, academic freedom, and research independence and to non-citizen faculty members.

40. UCMFA has also organized members to turnout to a town hall about the Trump administration's actions organized by the UC Merced administration for faculty and to express their concerns directly at the town hall. Before the town hall, UCMFA surveyed members to collect their questions and drafted a question document that it sent to the administration prior to the town hall.

41. Together, these efforts to respond to the Trump administration's actions have required hundreds of hours of work from UCMFA members. UCMFA intends to dedicate comparable resources if Defendants follow through on their threats to cut additional funds or if UC capitulates to Defendants' demands.

42. UCMFA has been forced to divert time and energy from other organizational priorities in order to respond to the Trump administration's attacks. Budgetary transparency and austerity and its impact on faculty workload is a major issue for UCMFA and its members. In fact, one of the key issues that motivated the formation? of UCMFA was the significant increase in faculty workload caused by UC Merced's reduction of funding for teaching assistants. Nevertheless, in order to respond to the Trump administration's actions, UCMFA has been forced to deprioritize this issue and has been unable to dedicate meaningful resources towards

organizing to address funding and workload concerns.

43. Similarly, the quality of healthcare is a major concern for UCMFA members. UC Merced faculty pay the same healthcare premiums as faculty at other UC campuses but have less access to high quality healthcare due to the insufficient healthcare resources in the San Joaquin Valley region. UCMFA members frequently raise this concern in meetings and other UCMFA events and UCMFA would like to develop and conduct a campaign to pressure UC and the UC Merced administration to address this issue. UCMFA has been unable to do so, though, because all available resources and organizational capacity have been dedicated to responding to the Trump administration's attacks.

44. UCMFA and its members will also suffer irreparable harms to their freedom of speech and academic freedom if the UC leadership accedes to the August 8 Demands and applies them systemwide. The August 8 Demands include a demand that UCLA place stricter restrictions on on-campus protests and demonstrations. If this demand is applied to UC Merced, it will limit UCMFA members' ability to engage in political speech and expression on campus, impinging on their First Amendment rights and academic freedom. It will also restrict UCMFA;s use of a crucial advocacy method—public demonstration and protests—undermining the Faculty Association's ability to pursue its core mission.

45. UCMFA fears that if UC capitulates to the August 8 Demands, its members may be subject to federal investigations and punishment merely for exercising their rights to protest and to speak freely. There is also reporting suggesting that the Trump Administration is demanding that the UC delegate the monitoring campus speech to the Department of Education. UCMFA fears that this could expose members who engage in speech or protest that Defendants disfavor to federal prosecution. In this scenario, UCMFA will have to become extremely careful when planning public speech and protests and will likely have to limit its on-campus speech, protest, and advocacy, to the detriment of its core mission.

//

//

46. UCMFA also fears that any acquiescence to the Trump administration's demands will undermine the systems of co-governance that regulate academic affairs at UC Merced and across the UC system. The UC Regents bylaws dictate that UC is managed through a system of shared governance where administrators and faculty through the Academic Senate jointly govern the university. But in the current moment, UC leadership has largely circumvented the Academic Senate. For example, while the administration is in possession of the Trump Administration demand letter sent in August, it has not shared that letter with the Academic Senate. The Academic Senate has also been left out of discussions on hiring freezes or the sharing of faculty names with federal officials, topics that may impact the job security of UCMFA members.

47. UCMFA's concerns about the risk of imminent, irreparable harm posed by these demands is based on the material harms that the organization and its members have already experienced due to the Trump administration's actions. Our Association is a labor-intensive organization. UCMFA board members are attending more meetings, writing more statements, petitions, and letters, and working with attorneys. It is personally exhausting and diverts resources from UCMFA's other advocacy efforts to improve workplace conditions at UC Merced.

I declare under penalty of perjury under the Laws of the United States that the foregoing is true and correct.

Executed this 4 day of October, 2025.

Maria-Elena Young
Member, UCMFA
Executive Board member, UCMFA

13

DECL. OF MARIA-ELENA YOUNG ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL