1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF CHRISTOPH HANSSMANN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Christoph Hanssmann, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so.

2. I have been employed at UC Davis ("UCD") as an Associate Professor in the Gender, Sexuality, & Women's Studies Department since 2022. I am a member of the UC Davis Faculty Association ("UCD-FA") and a member of the American Association of University Professors ("AAUP").

3. I teach a variety of classes and topics in Gender, Sexuality, & Women's Studies, including critical gender studies, trans studies, climate and health justice, feminist theory, transgender health science and medicine, Israel-Palestine, and critical race theory. I teach, publish, and present on these topics and wish to continue doing so.

4. I chair the Designated Emphasis in Feminist Theory and Research committee, which is a formal program of specialization run through Graduate Studies and my department.

5. I am on the UCD College of Letters and Science Community and Inclusive Excellence Committee. Until this year, the committee was called the Diversity, Equity, and Inclusion ("DEI") Committee.

6. I am aware that Israel-Palestine, climate change, DEI, gender identity, and critical race theory are topics disfavored by the Trump administration.

7. I am aware that the Trump administration has threatened the University of California ("UC") system by terminating $584 million in federal funding to the University of California, Los Angeles ("UCLA") and is threatening to terminate more federal funding to the entire UC system if UCLA does not acquiesce to a host of oppressive demands that will limit free speech, academic freedom, and lawful DEI initiatives, and will harm transgender, immigrant, and international members of the UC community ("August 8th Demands").

8. I am aware that the August 8th Demands include payment of $1.2 billion and a series of harmful policy changes. I am aware that the August 8th Demands made of the UC system are vaguely defined but include mandates restricting certain protest activities, sharing personal data with the federal

1

DECLARATION OF CHRISTOPH HANSSMANN IN SUPPORT OF        Case No. 3:25-cv-07864-RFL
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

government, denying access to gender affirming care, implementing policies that discriminate against transgender individuals, potentially eliminating programs that promote DEI, and appointing an outside monitor to ensure that these demands are met.

9. I am aware that there are other pending investigations against the UC system as a whole and against specific UC campuses under Title VI, Title VII, and Title IX. I am aware that the Trump administration has threatened to impose the demands made to UCLA against the entire UC system.

10. I am aware that UC is negotiating with the government to try and settle the various charges and investigations.

11. I am aware that in an effort to appease the Trump administration, UC has already taken actions it would not have otherwise, such as UC Berkeley's disclosure of 160 names to the administration in connection with allegations of antisemitism. Their names were shared with the U.S. Department of Education after the Department made a documents request relating to alleged Title VI violations and investigations. UC Berkeley notified the affected individuals that it shared the names with the federal government.

12. Because of the Trump administration's credible threats, my speech has already been chilled in the following ways:

    a. I am currently designing my classes for January 2026 and am considering modifications to the material.

    b. I am more circumspect in what I post on social media with respect to current events.

    c. An event this month on trans studies that I am co-organizing is requiring ID checks at the door due to recent threats of disruption and targeted harassment against events on trans identity and other topics disfavored by the federal government.

13. Because of the Trump administration's credible threats, my research and academic pursuits have been harmed in the following ways:

    a. My colleagues and I applied for an NSF grant two grant cycles ago. We did not get the grant but our application received a high score--including marks of "Very Good" from three reviewers and "Good/Very Good" from one—and we were encouraged to reapply. We incorporated the feedback and were planning to resubmit the application.

    However, given the federal funding cuts, we decided not to reapply. This means two years of work was wasted. The research project we pitched was on the concept of justice and inequity in scientific and medical research. We were planning to study how health and scientific researchers understand concepts of justice, which is a key principle in bioethics, and what the responsibility of health/scientific researchers was to apply it to broader forms of inequity. Health science's engagement with the question of justice is an area of inquiry that would have benefited public health and equity in medical advancement.

  b. I was also in the process of assembling a team of mentors and collaborators to apply for an NIH grant. As an early career academic, an NIH grant would be invaluable and has been a goal I have pursued since I earned my Ph.D. The type of grant I wanted to apply for is a 3-to-5-year grant that supports early career academics. I was interested in researching the impacts of intensifying restrictions on providers of trans and reproductive health care and the parallels between these restrictions. I am no longer planning to apply for the NIH grant.

  c. My current funding is private and runs out in two years. Because of the threats from the Trump administration and the threat to end all federal research funding to UC, I am unable to make longer-term plans for my academic funding and research. I am unsure how I will continue to fund my research after my current grant ends.

14. I face imminent risk of harm if UC capitulates and the August 8th Demands are implemented.

15. I am worried that if UC capitulates to the Trump administration's demands, my ability to exercise my First Amendment rights will be significantly disrupted. I believe in standing up for my beliefs and I sometimes participate in campus protests/demonstrations. I am worried that if UC capitulates, I will not be able to exercise my right to free speech.

16. I teach about social movements and one of my most valuable teaching tools is inviting students to observe demonstrations on campus so they can experience and analyze the exercise of free speech in action. Campus demonstrations are a useful way for students to analyze and understand the

use of language, political action, and rhetoric.

17. If UC capitulates to the demand to place restrictions on recruitment and admission of international students, the number of students who I can hire for research or teaching assistant positions will diminish. My work in gender studies and critical studies is already disfavored by the government. I am concerned that students will no longer be able to work with me out of fear of being labeled "anti-Western" or "anti-American" by the government and possibly having travel or residency restrictions placed upon them.

18. Currently I have broad discretion to decide what materials I teach in class. My curriculum presupposes that gender/sex identity is expansive and that systemic racism exists. My curriculum covers a wide range of topics disfavored by the government. I am certain that if UC allows the federal government oversight over curriculum, I will be constrained in my freedom to set my own syllabi.

19. I am a member of Jewish Voice for Peace and a member of UCD's Faculty for Justice in Palestine. I am nervous that other campuses will disclose faculty and staff who have participated in protests and political speech in support of Palestinian rights and other causes disfavored by the current administration. I am concerned that I will be monitored and punished by either UCD or the federal government for engaging in these kinds of speech.

20. I am aware that the August 8th Demands include changes to policies affecting transgender individuals, including public statements refusing to recognize transgender people's gender identities, rescinding any guidance allowing equal participation in UCLA sports, rescinding previous awards to transgender athletes, barring gender-inclusive and gender-appropriate use of campus facilities, and limiting access to care for transgender minors who receive medical care through UC.

21. I will be irreparably harmed if UC capitulates to the Trump administration's demands regarding transgender individuals.

22. I am a trans man. I legally changed my name and medically transitioned in 2005, nearly twenty years before I started teaching at UCD.

23. Many buildings at UCD do not have gender neutral bathrooms. If UC forces me to use restrooms based on my sex assigned at birth, I will have to use the women's restroom or not use the restroom at all during the workday. Because I am a man and physically present the way society expects

4

men to look, my use of the women's restroom will certainly cause issues or could result in forcible removal. I have facial hair and a flat chest. When I am in public, strangers address me as "sir."

24. If UC forces me to use locker rooms based on my sex assigned at birth, I will not be able to use the gym on campus. My use of the women's locker room would be even more likely to cause issues than my use of a women's restroom.

25. If UC puts out a public statement that transgender identity is not recognized, I will additionally be harmed because such a statement calls my area of academic expertise into question. I would be concerned about my employment stability. I am not sure that I will be able to hold events or invite scholars to speak on trans studies. My existence would be called into question by my employer, and I may need to find other employment. This would disrupt my career trajectory irreparably.

26. I currently receive UC health insurance through my employment. If UC ends coverage of gender affirming medical care, then I will be irreparably harmed because I will not be able to access the medication I require.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of October, 2025.

_____
Christoph Hanssmann