# Witness A Declaration

# Exhibit Filed Under Seal