# Witness B Declaration

# Exhibit Filed Under Seal