# Witness C Declaration

# Exhibit Filed Under Seal