# Witness D Declaration

# Exhibit Filed Under Seal