# Witness E Declaration

# Exhibit Filed Under Seal