# Witness F Declaration

# Exhibit Filed Under Seal