# Witness G Declaration

# Exhibit Filed Under Seal