# Witness H Declaration

# Exhibit Filed Under Seal