# Witness I Declaration

Exhibit Filed Under Seal