1  STACEY M. LEYTON, SBN 203827
   sleyton@altber.com
2  BARBARA J. CHISHOLM, SBN 224656
   bchisholm@altber.com
3  CONNIE K. CHAN, SBN 284230
   cchan@altber.com
4  AMANDA C. LYNCH, SBN 318022
   alynch@altber.com
5  JUHYUNG H. LEE, SBN 315738
   hlee@altber.com
6  SANDY PECHT, SBN 355877
   specht@altber.com
7  **ALTSHULER BERZON LLP**
   177 Post St., Suite 300
8  San Francisco, CA 94108
   Tel: (415) 421-7151
9
10 *Counsel for Plaintiffs AAUP, AFT,*
   *UC-AFT, CNA/NNU, UAW, and CIR*
11
12 [Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF STACEY LEYTON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CERTAIN DECLARATIONS UNDER SEAL AND PSEUDONYMOUSLY** |

I, Stacey Leyton, declare as follows:

1. I am counsel for Plaintiffs in this case. I submit this declaration in support of Plaintiffs' Administrative Motion for Leave to File Certain Declarations Under Seal and Pseudonymously. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. On September 29, 2025, I emailed Heidy Gonzalez, counsel for Defendants, to alert her that Plaintiffs "intend[ed] to move to file a few of the declarations by UC professors or employees under seal and subject to an attorneys'-eyes-only protective order." I asked whether she would agree to keep the declarations filed provisionally under seal confidential and subject to an attorneys'-eyes-only restriction, pending disposition of the motion to seal.

3. Later the same day, Ms. Gonzalez confirmed that she agreed to "confidentiality and subject to attorneys'-eyes-only restriction."

4. Plaintiffs intend to serve Ms. Gonzalez with unredacted copies of all supporting declarations and Plaintiffs' memorandum in support of their motion for a preliminary injunction upon filing. The documents Plaintiffs seek to file under seal were prepared to support this motion and, due to the time-sensitive nature of the motion and need to review the declarations in the context of the motion, Plaintiffs did not have a reasonable opportunity in advance of filing to present the government with the declarations at issue and seek a stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 9, 2025 in Baltimore, Maryland.

                                                            */s/Stacey M. Leyton*
                                                            Stacey M. Leyton