STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**PLAINTIFFS' INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Rita F. Lin<br>Ctrm: 15, 18th Floor<br>Date: December 16, 2025<br>Time: 10:00 a.m. |

# INDEX OF EVIDENCE
# IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| **Declaration of Drew Mammel (ECF No. 27)** | | |
|---|---|---|
| Ex. | Document | ECF No. |
| 1 | Letter from Harmeet K. Dhillon, Assistant Attorney General, to Michael Drake, President, University of California (Jul. 29, 2025), https://www.justice.gov/crt/media/1409416/dl?inline | 27-1 |
| 2 | Jaweed Kaleem, *UC says Trump's grant suspensions at UCLA total $584 million, a 'death knell' for research.*, L.A. Times (August 6, 2025, https://www.latimes.com/california/story/2025-08-06/ucla-584-million-trump-federal-grant-cuts-negotiations | 27-2 |
| 3 | Letter from Lisa Scott-Morring, Acting Division Director, Division of Grants and Agreements, to Julio Frenk, UCLA Chancellor (Jul. 30, 2025) (*Thakur*, Dkt. 79-1) | 27-3 |
| 4 | Molly Shan, *NSF Grant Suspensions at UCLA total $90M lost in value*, Grant Witness (Aug. 1, 2025), https://grant-witness.us/posts/UCLA-new-terminations/ | 27-4 |
| 5 | Mikhail Zinshteyn, *UCLA research grants suspended after Trump administration faulted campus for antisemitism*, Cal Matters (Jul. 31, 2025), https://calmatters.org/education/higher-education/2025/07/ucla/ | 27-5 |
| 6 | Letter from Lisa Scott-Morring, Acting Division Director, Division of Grants and Agreements, to Julio Frenk, UCLA Chancellor (Aug. 1, 2025) (*Thakur*, Dkt. 79-2) | 27-6 |
| 7 | Letter from Jeffrey Novak, Department of Energy Acting General Counsel to Julio Frenk, UCLA Chancellor (Jul. 30, 2025) | 27-7 |
| 8 | Letter from John R. Lorsch on behalf of the NIH to Julio Frenk, UCLA Chancellor (Jul. 31, 2025) (*Thakur*, Dkt. 118-1) | 27-8 |
| 9 | *Statement from UC President James B. Milliken in response to the Department of Justice's proposed $1 billion settlement from UCLA*, Univ. of Cal. (Aug. 8, 2025), https://www.universityofcalifornia.edu/press-room/statement-uc-president-james-b-milliken-response-department-justices-proposed-1-billion; | 27-9 |
| 10 | Jaweed Kaleem, *Here are the details of Trump's $1.2-billion call to remake UCLA in a conservative image*, L.A. Times (Sept. 15, 2025), https://www.latimes.com/california/story/2025-09-15/trump-doj-proposed-settlement-demand-letter-ucla-university-of-california | 27-10 |
| 11 | *U.S. Department of Education Probes Cases of Antisemitism at Five Universities*, U.S. Dep't of Educ. (Feb. 3, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-probes-cases-of-antisemitism-five-universities | 27-11 |

| | | |
|---|---|---|
| 12 | *Office for Civil Rights Initiates Title VI Investigations into Institutions of Higher Education*, U.S. Dep't of Educ. (Mar. 14, 2025), https://www.ed.gov/about/news/press-release/office-civil-rights-initiates-title-vi-investigations-institutions-of-higher-education-0 | 27-12 |
| 13 | *U.S. Department of Education's Office for Civil Rights Sends Letters to 60 Universities Under Investigation for Antisemitic Discrimination and Harassment*, U.S. Dep't of Educ., (Mar. 10, 2025), https://www.ed.gov/about/news/press-release/us-department-of-educations-office-civil-rights-sends-letters-60-universities-under-investigation-antisemitic-discrimination-and-harassment, https://perma.cc/6CPX-SBL7 | 27-13 |
| 14 | *U.S. Justice Department Launches Investigation of University of California Under Title VII of the Civil Rights Act of 1964*, Off. of Pub. Aff., U.S. Dep't of Just. (Mar. 5, 2025), https://www.justice.gov/opa/pr/us-justice-department-launches-investigation-university-california-under-title-vii-civil | 27-14 |
| 15 | *Attorney General Pamela Bondi Launches Compliance Review Investigation into Admissions Policies at Stanford University and Several University of California Schools*, Off. of Pub. Aff., U.S. Dep't of Just. (Mar. 27, 2025), https://www.justice.gov/opa/pr/attorney-general-pamela-bondi-launches-compliance-review-investigation-admissions-policies | 27-15 |
| 16 | Letter from Harmeet K. Dhillon, Assistant Attorney General, to Michael Drake, President, University of California (June 26, 2025), https://www.justice.gov/opa/media/1404751/dl | 27-16 |
| 17 | Letter from James B. Milliken, President, Univ. of Cal., to Scott D. Wiener, Cal. State Sen. (Sept. 3, 2025), https://ucop.edu/communications/_files/sen-wiener-response-letter-090325.pdf | 27-17 |
| 18 | James Milliken, *A message from President James B. Milliken to the UC Community*, Univ. of Cal. Press Room (Sept. 15, 2025), https://www.universityofcalifornia.edu/press-room/letter-president-james-b-milliken-uc-community | 27-18 |
| 19 | *About UCLA: Fast Facts*, Univ. of Cal., https://newsroom.ucla.edu/ucla-fast-facts. | 27-19 |
| 20 | *Chancellor Julio Frank: Meeting the Challenges ahead as One UCLA*, Univ. of Cal. (Aug. 15, 2025), https://newsroom.ucla.edu/stories/chancellor-julio-frenk-meeting-the-challenges-ahead-as-one-ucla. | 27-20 |
| 21 | *Budget for Current Operations: Context for the Budget Request, 2025-26*, Univ. of Cal., https://www.ucop.edu/operating-budget/_files/rbudget/2025-26-budget-detail.pdf | 27-21 |
| 22 | *2010-11 Budget for Current Operations*, Univ. of Cal., https://www.ucop.edu/operating-budget/_files/rbudget/2010-11BudgetforCurrentOperations-BudgetDetailrev.pdf. | 27-22 |

| # | Reference | Ex. |
|---|---|---|
| 23 | Univ. of Cal., *UC and the Federal Government* (May 2025), https://ucop.edu/communications/_files/uc-and-the-federal-government.pdf | 27-23 |
| 24 | Mikhail Zinshteyn, *UC faces half-billion-dollar budget shortfall and increases tuition for new nonresident students*, Cal Matters (Nov. 14, 2024), https://calmatters.org/education/higher-education/2024/11/uc-regents/ | 27-24 |
| 25 | *Agenda47: Protecting Students from the Radical Left and Marxist Maniacs Infecting Educational Institutions*, DonaldJTrump.com (July 17, 2023), https://www.donaldjtrump.com/agenda47/agenda47-protecting-students-from-the-radical-left-and-marxist-maniacs-infecting-educational-institutions, https://perma.cc/7HZN-5MW8. | 27-25 |
| 26 | *Agenda47: The American Academy*, DonaldJTrump.com (Nov. 1, 2023), https://www.donaldjtrump.com/agenda47/agenda47-the-american-academy, https://perma.cc/B66V-ZXMT | 27-26 |
| 27 | *Fact Sheet: President Donald J. Trump Takes Forceful and Unprecedented Steps to Combat Anti-Semitism*, White House (Jan. 30, 2025), https://www.whitehouse.gov/fact-sheets/2025/01/fact-sheet-president-donald-j-trump-takes-forceful-and-unprecedented-steps-to-combat-anti-semitism/. | 27-27 |
| 28 | Forbes Breaking News, *JD Vance: Cut Funding to Universities Indoctrinating Our Children*, YouTube (Oct. 3, 2021), https://www.youtube.com/watch?v=MZistOc5g0A | 27-28 |
| 29 | Henry Reichman, *"The Professors Are the Enemy,"* The Chron. of Higher Educ. (Dec. 14, 2021), https://www.chronicle.com/article/the-professors-are-the-enemy | 27-29 |
| 30 | National Conservatism, *J.D. Vance | The Universities are the Enemy | National Conservatism Conference II*, YouTube (Nov. 10, 2021), https://www.youtube.com/watch?v=0FR65Cifnhw, https://perma.cc/WQF6-QU6V | 27-30 |
| 31 | Jack Murphy Live, *J.D. Vance - JML #070*, YouTube (Sept. 17, 2021), https://www.youtube.com/watch?v=PMq1ZEcyztY | 27-31 |
| 32 | JD Vance (@JDVance), X.com (Jun. 12, 2024, 9:55 AM ET), https://x.com/JDVance/status/1800889737718505697, https://perma.cc/C2PE-JH2Q | 27-32 |
| 33 | Rob Dreher, *"I would like to see European elites actually listen to their people for a change": An Interview with J.D. Vance*, The European Conservative (Feb. 22, 2024), https://europeanconservative.com/articles/dreher/i-would-like-to-see-european-elites-actually-listen-to-their-people-for-a-change-an-interview-with-j-d-vance/, https://perma.cc/5WJK-KC8P | 27-33 |
| 34 | Akiva Van Koningsveld, *Head of DOJ Antisemitism Task Force: We'll Put Hamas Supporters in Jail 'for Years,'* Jewish News Syndicate (Feb. 26, 2025), https://www.jns.org/head-of-doj-antisemitism-task-force-well-put-hamas-supporters-in-jail-for-years/, https://perma.cc/5327-BU4R | 27-34 |

| | | |
|---|---|---|
| 35 | Leo Terrell (@TheLeoTerrell), X.com (Feb. 28, 2025, 11:48 AM ET), https://perma.cc/5NBW-B6P5 | 27-35 |
| 36 | Mark McMillan, *Leo Terrell with Mark Levin- How we'll defeat antisemitism in the USA*, YouTube (Mar. 9, 2025), https://www.youtube.com/watch?v=NOFIKRr2Sco, https://perma.cc/5V4R-M692 | 27-36 |
| 37 | Secretary Linda McMahon (@EDSecMcMahon), X.com (May 23, 2025, 9:01 AM ET), https://x.com/EDSecMcMahon/status/1925899998337675670, https://perma.cc/RD56-DGQ3. | 27-37 |
| 38 | Exec. Order No. 14151, 90 Fed. Reg. 8339 (Jan. 20, 2025) | 27-38 |
| 39 | Exec. Order No. 14173, 90 Fed. Reg. 8633 (Jan. 21, 2025) | 27-39 |
| 40 | Exec. Order No. 14168, 90 Fed. Reg. 8615 (Jan. 20, 2025) | 27-40 |
| 41 | Temporary Pause of Agency Grant, Loan, and Other Financial Assistance Programs, Office of Management and Budget (Jan. 27, 2025), https://www.whitehouse.gov/wp-content/uploads/2025/03/M-25-13-Temporary-Pause-to-Review-Agency-Grant-Loan-and-Other-Financial-Assistance-Programs.pdf. | 27-41 |
| 42 | Dear Colleague Letter from Craig Trainor, Acting Assistant Secretary for Civil Rights, U.S. Dep't of Educ. (Feb. 14, 2025), https://www.ed.gov/media/document/dear-colleague-letter-sffa-v-harvard-109506.pdf, https://perma.cc/Y62G-MZJG | 27-42 |
| 43 | *Frequently Asked Questions About Racial Preferences and Stereotypes Under Title VI of the Civil Rights Act*, https://www.ed.gov/media/document/frequently-asked-questions-about-racial-preferences-and-stereotypes-under-title-vi-of-civil-rights-act-109530.pdf. | 27-43 |
| 44 | *U.S. Department of Education Launches "End DEI' Portal*, U.S. Dep't of Educ. (Feb. 27, 2025) https://www.ed.gov/about/news/press-release/us-department-of-education-launches-end-dei-portal, https://perma.cc/5MXV-ZFB2 | 27-44 |
| 45 | "Dear Colleague" Letter from Anthony F. Archeval, Acting Director, Health and Human Services Office for Civil Rights (May 6, 2025), https://www.hhs.gov/sites/default/files/guidance-med-schools-dear-colleague-letter.pdf | 27-45 |
| 46 | Exec. Order No. 14188, 90 Fed. Reg. 8847 (Feb. 3, 2025). | 27-46 |
| 47 | Off. of Pub. Aff., *Justice Department Announces Formation of Task Force to Combat Anti-Semitism*, U.S. Dep't of Just. (Feb. 3, 2025), https://www.justice.gov/opa/pr/justice-department-announces-formation-task-force-combat-anti-semitism, https://perma.cc/KCF4-LB52 | 27-47 |
| 48 | Mario Nawfal (@MarioNawfal), X.com (Sept. 17, 2025 6:00 PM ET), https://x.com/MarioNawfal/status/1968480099516199258, https://perma.cc/GC3E-WVB6 | 27-48 |
| 49 | Diana Stacey, *Education chief urges colleges to punish faculty who cheered Charlie Kirk's death*, Fox News (Sept. 22, 2025), | 27-49 |

| | | |
|---|---|---|
| | https://www.foxnews.com/politics/education-chief-urges-colleges-punish-faculty-who-cheered-charlie-kirks-death. | |
| 50 | Laura Loomer (@LauraLoomer), X.com (Sept. 14, 2025 5:56 PM ET) https://x.com/LauraLoomer/status/1967346851440701469, https://perma.cc/ST33-B6AK | 27-50 |
| 51 | Harmeet Dhillon (@HarmeetKDhillon), X.com (Sept. 14, 2025 7:15 PM ET) https://x.com/HarmeetKDhillon/status/1967366576065438147, https://perma.cc/AEB4-KTVR | 27-51 |
| 52 | Michael C. Bender, *Trump Administration Asks Colleges to Sign 'Compact' to Get Funding Preference*, N.Y. Times (Oct. 2, 2025), https://www.nytimes.com/2025/10/02/us/politics/trump-college-funding.html?smid=nytcore-ios-share&referringSource=articleShare | 27-52 |
| 53 | *Compact for Academic Excellence in Higher Education,* https://www.washingtonexaminer.com/wp-content/uploads/2025/10/Compact-for-Academic-Excellence-in-Higher-Education-10.1.pdf. | 27-53 |
| 54 | David Folkenflik, *FCC chair Brendan Carr leads Trump's charge against the media*, NPR (Sept. 19, 2025), https://www.npr.org/2025/09/19/nx-s1-5546764/fcc-brendan-carr-kimmel-trump-free-speech 1/1 | 27-54 |
| 55 | Secretary Kristi Noem (@Sec_Noem), X.com (Jul. 9, 2025, 6:00 AM ET), https://x.com/Sec_Noem/status/1942931824889548904, https://perma.cc/RD56-DGQ3. | 27-55 |
| 56 | *HHS, ED, and GSA announce additional measures to end anti-Semitic harassment on college campuses*, U.S. Gen. Servs. Admin. (Mar. 3, 2025), https://www.gsa.gov/about-us/newsroom/news-releases/hhs-ed-and-gsa-announce-additional-measures-to-end-antisemitic-harassment-03032025, https://perma.cc/7QHZ-E4KU | 27-56 |
| 57 | Donald Trump (@realDonaldTrump), Truth Social (Mar. 4, 2025, 7:30AM ET), https://truthsocial.com/@realDonaldTrump/posts/114104167452161158 | 27-57 |
| 58 | *DOJ, HHS, ED, and GSA announce initial cancellation of grants and contracts to Columbia University worth $400 million*, U.S. Gen. Servs. Admin. (Mar. 7, 2025), https://www.gsa.gov/about-us/newsroom/news-releases/doj-hhs-ed-and-gsa-announce-initial-cancellation-of-grants-and-contracts-03072025, https://perma.cc/6GA5-JSB5 | 27-58 |
| 59 | Letter from J. Gruenbaum to K. Armstrong (Mar. 13, 2025), https://static01.nyt.com/newsgraphics/documenttools/6d3c1 24d8e20212d/85dec154-full.pdf | 27-59 |
| 60 | *On Crushing Anti-Semitism on Campus*, Hughniverse Podcast (Mar. 19, 2025), https://hughhewitt.com/leo-terrell-senior-counsel-to-the-attorney-general-for-civil-rights-on-crushing-anti-semitism-on-campus, https://perma.cc/6YHF-VZKG | 27-60 |
| 61 | Columbia Off. of the President, *Advancing Our Work to Combat Discrimination, Harassment, and Antisemitism at Columbia* (Mar. 21, 2025), | 27-61 |

| | | | |
|---|---|---|---|
| | | https://president.columbia.edu/sites/default/files/content/03.21.2025%20Columbia%20-%20FINAL.pdf | |
| | 62 | Sharon Otterman, *Columbia Agrees to $200 Million Fine to Settle Fight With Trump*, N.Y. Times (Jul. 23, 2025), https://www.nytimes.com/2025/07/23/nyregion/columbia-trump-funding-deal.html | 27-62 |
| | 63 | *Columbia University Resolution Agreement* (Jul. 23, 2025), https://president.columbia.edu/sites/default/files/content/July%202025%20Announcement/Columbia%20University%20Resolution%20Agreement.pdf | 27-63 |
| | 64 | Secretary Linda McMaMahon (@EDSecMcMahon), X.com (Jul. 23, 2025 8:46 PM ET), https://x.com/EDSecMcMahon/status/1948182909703127540, https://perma.cc/A5JD-HT2R | 27-64 |
| | 65 | Secretary Linda McMaMahon (@EDSecMcMahon), X.com (Jul. 26, 2025 8:03 AM ET), https://x.com/EDSecMcMahon/status/1949078041403035844, https://perma.cc/TK5K-KGZR | 27-65 |
| | 66 | Secretary Linda McMahon (@EDSecMcMahon), X.com (Jul. 25, 2025, 10:53 AM ET), https://x.com/EDSecMcMahon/status/1948758537468792992, https://perma.cc/ZS3M-MEH8 | 27-66 |
| | 67 | Anemona Hartocollis et al., *Trump Administration Set to Pause $510 Million for Brown University*, N.Y. Times (Apr. 3, 2025), https://www.nytimes.com/2025/04/03/us/trump-administration-brown-university-funding-pause.html | 27-67 |
| | 68 | Elise Haulund and Sophia Wotman, *Department of Health and Human Services places Brown under federal Title VI investigation,* The Brown Daily Herald (Apr. 10, 2025), https://www.browndailyherald.com/article/2025/04/brown-university-officially-under-title-vi-federal-investigation | 27-68 |
| | 69 | Christina H. Paxson, President of Brown University, *Brown and U.S. government reach agreement*, Brown University Office of the President (July 30, 2025), https://president.brown.edu/president/brown-and-us-government-reach-agreement | 27-69 |
| | 70 | *Brown and United States Resolution* Agreement, (July 30, 2025), https://www.brown.edu/sites/default/files/brown-and-united-states-resolution-agreement_July-30-2025.pdf | 27-70 |
| | 71 | Secretary Linda McMahon (@EDSecMcMahon), X.com (July 30, 2025, 4:51 PM ET), https://x.com/EDSecMcMahon/status/1950660487055552617, https://perma.cc/L97J-7A6R | 27-71 |
| | 72 | Donald J. Trump (@realDonaldTrump), Truth Social (July 31, 2025, 9:01 AM ET), https://truthsocial.com/@realDonaldTrump/posts/114947973077448174 | 27-72 |

| | | |
|---|---|---|
| 73 | *U.S. Department of Education Announces the University of Pennsylvania Has Entered into a Resolution Agreement to Resolve its Title IX Violations*, U.S. Dep't of Ed. (Jul. 1, 2025), https://www.ed.gov/about/news/press-release/us-department-of-education-announces-university-of-pennsylvania-has-entered-resolution-agreement-resolve-its-title-ix-violations. | 27-73 |
| 74 | Alana Wise, *Trump suspends $175 million in funding to University of Pennsylvania over trans athletes*, NPR (Mar. 20, 2025), https://www.npr.org/2025/03/20/nx-s1-5333675/university-pennsylvania-upenn-trump-suspends-funding-trans-student-athletes | 27-74 |
| 75 | An update to the Penn community on federal funding, University of Pennsylvania Office of the President (Mar. 25, 2025), https://president.upenn.edu/announcements/update-penn-community-federal-funding | 27-75 |
| 76 | Secretary Linda McMahon (@EDSecMcMahon), X.com (July 31, 2025, 12:33 PM ET), https://x.com/EDSecMcMahon/status/1950957895954149493, https://perma.cc/FJX4-HXG2 | 27-76 |
| 77 | *HHS, ED, and GSA Initiate Federal Contract and Grant Review of Harvard University*, Dep't of Health and Hum. Servs. (Mar. 31, 2025), https://www.hhs.gov/press-room/task-force-antisemitism-harvard-contracts-grants.html | 27-77 |
| 78 | Letter from Josh Gruenbaum to Alan M. Garber (Apr. 3, 2025), https://s3.documentcloud.org/documents/25879226/april-3-harvard-preconditions-letter.pdf | 27-78 |
| 79 | Letter from Josh Gruenbaum to Alan M. Garber (Apr. 11, 2025), https://www.harvard.edu/research-funding/wp-content/uploads/sites/16/2025/04/Letter-Sent-to-Harvard-2025-04-11.pdf | 27-79 |
| 80 | Vimal Patel, *Trump Administration Will Freeze $2 Billion After Harvard Refuses Demands*, N.Y. Times (Apr. 14, 2025), https://www.nytimes.com/2025/04/14/us/harvard-trump-reject-demands.html | 27-80 |
| 81 | Donald Trump (@realDonaldTrump), Truth Social (Apr. 15, 2025, 10:09 AM) https://truthsocial.com/@realDonaldTrump/posts/114342374504628520. | 27-81 |
| 82 | Donald Trump (@realDonaldTrump) (Apr. 16, 2025 7:05 AM) https://truthsocial.com/@realDonaldTrump/posts/114347313852363347. | 27-82 |
| 83 | Donald Trump (@realDonaldTrump), Truth Social (Apr. 24, 2025, 6:33 AM) https://truthsocial.com/@realDonaldTrump/posts/114393194962253226 | 27-83 |
| 84 | Letter from Linda McMahon to Alan Garber (May 5, 2025), https://www.harvard.edu/research-funding/wp-content/uploads/sites/16/2025/05/5.5.25-Harvard-Letter-from-EdSec-FINAL.pdf | 27-84 |
| 85 | *Joint Task Force to Combat Anti-Semitism Statement on Additional Harvard Actions*, Dep't of Health and Hum. Servs. (May. 13, 2025), https://www.hhs.gov/press-room/anti-semitism-task-force-statement-on-additional-harvard-grants.html. | 27-85 |

- 7 -

PLAINTIFFS' INDEX OF EVIDENCE    Case No. 3:25-cv-07864-RFL

| | | |
|---|---|---|
| 86 | Ivan Pereira, *Trump escalates war with Harvard: 'They're getting in deeper and deeper,* ABC News (May 28, 2025), https://abcnews.go.com/Politics/trump-escalates-war-harvard-theyre-deeper-deeper/story?id=122275995. | 27-86 |
| 87 | *Our Campuses and Locations*, Univ. of Cal., https://www.universityofcalifornia.edu/campuses-locations. | 27-87 |
| 88 | Univ. of Cal., *The University of California at a Glance* (Feb. 25, 2025), https://ucop.edu/institutional-research-academic-planning/_files/uc-facts-at-a-glance.pdf | 27-88 |
| 89 | Univ. of Cal., *Federal Investment in UC Research* (Apr. 2025), https://ucop.edu/communications/_files/federal-investment-in-uc-research-2025.pdf | 27-89 |
| 90 | Pranay Bhattacharyya, *UCLA: Birthplace of the Internet*, US Tech News (Apr. 28, 2021), https://uctechnews.ucop.edu/ucla-birthplace-of-the-internet | 27-90 |
| 91 | UCPath Center, *4 Unexpected Discoveries from UC*, UCPath Jobs, https://ucpathjobs.org/lifestyle/4-unexpected-discoveries-uc/ (last visited May 27, 2025) | 27-91 |
| 92 | Kara Manke, *Jerome R. Singer, pioneer of magnetic resonance imaging, dies at 97*, US Berkeley News (Aug. 6, 2019), https://news.berkeley.edu/2019/08/06/jerome-r-singer-pioneer-of-magnetic-resonance-imaging-dies-at-97/ | 27-92 |
| 93 | Pete Farley, *Neuroscientist Wins Prize for Cochlear Implant Contributions*, Univ. of Cal. (Jan. 8, 2015), https://www.universityofcalifornia.edu/news/neuroscientist-wins-prize-cochlear-implant-contributions | 27-93 |
| 94 | Jules Bernstein, *Vaccine Breakthrough Means No More Chasing Strains*, Univ. of Cal., Riverside (Apr. 15, 2024), https://news.ucr.edu/articles/2024/04/15/vaccine-breakthrough-means-no-more-chasing-strains | 27-94 |
| 95 | Robin Marks, *New Parkinson's Treatment Helps Former Pro Keep Skateboarding*, Univ. of Cal. S.F. (Apr. 19, 2024), https://www.ucsf.edu/news/2024/04/427391/new-parkinsons-treatment-helps-former-pro-keep-skateboarding | 27-95 |
| 96 | Robert Sanders, *FDA Approves First Test of CRISPR to Correct Genetic Defect Causing Sickle Cell Disease*, Univ. of Cal. (Apr. 1, 2021), https://www.universityofcalifornia.edu/news/fda-approves-first-test-crispr-correct-genetic-defect-causing-sickle-cell-disease | 27-96 |
| 97 | 88 Cong. Rec. 7063 (1964) (statement of Senator Pastore), https://www.congress.gov/88/crecb/1964/04/07/GPO-CRECB-1964-pt6-1-1.pdf, https://perma.cc/95VE-5QL8 | 27-97 |
| 98 | *Bruin Post: Finalized Time, Place and Manner (TPM) Policies Now in Effect,* Univ. of Cal. (Sept. 19, 2025), https://tpm.ucla.edu/news/bruin-post-finalized-time-place-and-manner-tpm-policies-now-effect. | 27-98 |
| 99 | *Chancellor Julio Frenk: Sharing an update on federal research funding*, Univ. of Cal. (Sept. 15, 2025), https://newsroom.ucla.edu/stories/chancellor-julio-frenk-update-on-federal-research-funding. | 27-99 |

| | | |
|---|---|---|
| 100 | Resolution Agreement between U.S. Department of Education Office for Civil Rights and the University of California (Dec. 18, 2024), https://ocrcas.ed.gov/sites/default/files/ocr-letters-and-agreements/09222257-b.pdf | 27-100 |
| 101 | Compl., *Frankel v. Regents of the Univ. of Cal.*, 24-cv-04702 (C.D. Cal. June 5, 2024), ECF No. 1 | 27-101 |
| 102 | Consent Judgment and Permanent Injunction, *Frankel v. Regents of the Univ. of Cal.*, 24-cv-04702 (C.D. Cal. July 29, 2025), ECF No. 210 | 27-102 |
| 103 | *Frankel Settlement Fact Sheet*, Univ. of Cal. (Jul. 29, 2025), https://www.universityofcalifornia.edu/sites/default/files/2025-07/frankel-settlement-fact-sheet.pdf | 27-103 |
| 104 | Julio Frenk, Chancellor, *Initiative to Combat Antisemitism*, Univ. of Cal. L.A. (Mar. 10, 2025), https://chancellor.ucla.edu/messages/initiative-to-combat-antisemitism | 27-104 |
| 105 | *Gender-Inclusive Restroom Map*, Univ. of Cal. (July 2019), https://lgbtq.ucla.edu/file/1500b7f1-7c6b-4c1b-9bbe-12674dd23f67. | 27-105 |
| 106 | *New data shows University of California degrees lead to jobs, economic prosperity*, Univ. of Cal. Off. of the President (July 14, 2025), https://www.universityofcalifornia.edu press-room/new-data-show-university-california-degrees-lead-jobs-economic-prosperity | 27-106 |
| 107 | Univ. of Cal., *UC helps level the playing field and promotes economic mobility, particularly for low-income students*, https://www.ucop.edu/institutional-research-academic-planning/_files/CLIMB-a-mobility-analysis.pdf | 27-107 |
| 108 | Fox News Clips, *Leo Terrell: President Trump isn't tolerating this anymore*, YouTube (May 27, 2025), https://www.youtube.com/watch?v=PeLo4HeoL68, https://perma.cc/77VT-XPJQ | 27-108 |
| 109 | Jaweed Kaleem, *UC marks red lines as it moves to negotiate with Trump administration over $1-billion fine.*, L.A. Times (August 25, 2025, https://www.latimes.com/california/story/2025-08-25/uc-ucla-trump-newsom-regents-research-grant-cuts-suspensions | 27-109 |
| 110 | *UC Health: Protecting and improving the health of all Californians*, Univ. of Cal. (Dec. 2024), https://health.universityofcalifornia.edu/sites/default/files/2025-02/uc-health-fact-sheet-web.pdf. | 27-110 |
| 111 | *Antisemitism on College Campuses Exposed, Committee on Education and the Workforce (Oct. 31, 2024), https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposed.pdf | 27-111 |

| Declaration of Catherine Lhamon (ECF No. 28) | | |
|---|---|---|
| **Compendium of Plaintiff and Member Declarations (ECF No. 29)** | | |
| **Declaration of** | **Sealing Sought** | **ECF No.** |
| Hannah Appel | | 29-1 |
| Carrie Bearden | | 29-2 |
| Mallory Blackwood | | 29-3 |
| Graeme Blair | | 29-4 |
| Sydney Campbell | | 29-5 |
| Michael Chemers | | 29-6 |
| Amander Clark | | 29-7 |
| Christopher Dann | | 29-8 |
| CIR J. Doe Pseudonym | | 29-9 |
| Local 4811 John Doe Pseudonym | | 29-10 |
| UCLA-FA John Doe Pseudonym | | 29-11 |
| UPTE J. Doe Pseudonym | | 29-12 |
| Ben Elliott | | 29-13 |
| Stacy Fahrenthold | | 29-14 |
| Rebecca Fielding-Miller | | 29-15 |
| David Gonzalez | | 29-16 |
| Deborah Gould | | 29-17 |
| Yogita Goyal | | 29-18 |
| Kaley Grooms | | 29-19 |
| Zoe Hamstead | | 29-20 |
| Kristina Hill | | 29-21 |
| Alex Huk | | 29-22 |
| Rafael Jaime | | 29-23 |
| Leigh Kimberg | | 29-24 |
| Christopher Kutz | | 29-25 |
| Darlene Lee | | 29-26 |
| Anna Markowitz | | 29-27 |
| Monica Martinez | | 29-28 |
| Annie McClanahan | | 29-29 |
| Flagg Miller | | 29-30 |
| Sal Nicolazzo | | 29-31 |
| Casey Orozco-Poore | | 29-32 |
| Donald Palmer | | 29-33 |
| Daniel Paredes | | 29-34 |
| Maxwell Parks | | 29-35 |
| Seth Patel | | 29-36 |
| Cole Peters | | 29-37 |
| Ivy Quicho-Cheng | | 29-38 |

| | | |
|---|---|---|
| Jason Rabinowitz | | 29-39 |
| Katie Rodger | | 29-40 |
| Dan Russell | | 29-41 |
| Julie Schmid | | 29-42 |
| Joseph Shemuel | | 29-43 |
| Sanghyuk Shin | | 29-44 |
| Chelsea Shover-Darling | | 29-45 |
| Neal Sweeney | | 29-46 |
| Ameeth Vijay | | 29-47 |
| Maya Weissman | | 29-48 |
| Todd Wolfson | | 29-49 |
| Maria Young | | 29-50 |
| Christoph Hanssmann | | 29-51 |
| Witness A | Under Seal – Attorneys' Eyes Only Requested | 29-52 [public]; 30-5 [provisionally under seal] |
| Witness B | Under Seal – Attorneys' Eyes Only Requested | 29-53 [public]; 30-6 [provisionally under seal] |
| Witness C | Under Seal – Attorneys' Eyes Only Requested | 29-54 [public]; 30-7 [provisionally under seal] |
| Witness D | Under Seal – Attorneys' Eyes Only Requested | 29-55 [public]; 30-8 [provisionally under seal] |
| Witness E | Under Seal – Attorneys' Eyes Only Requested | 29-56 [public]; 30-9 [provisionally under seal] |
| Witness F | Under Seal – Attorneys' Eyes Only Requested | 29-57 [public]; 30-10 [provisionally under seal] |
| Witness G | Under Seal – Attorneys' Eyes Only Requested | 29-58 [public]; 30-11 [provisionally under seal] |
| Witness H | Under Seal – Attorneys' Eyes Only Requested | 29-59 [public]; 30-12 [provisionally under seal] |
| Witness I | Under Seal – Attorneys' Eyes Only Requested | 29-60 [public]; 30-13 [provisionally under seal] |