STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UWA, and CIR*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>　　　　　　Defendants. | Case No. 3:25-cv-07864-RFL <br><br>**DECLARATION OF STACEY LEYTON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO SPECIALLY SET HEARING DATE (CIV. L.R. 6-3(a), 7-11)** <br><br>Judge:　Hon. Rita F. Lin <br> Ctrm:　15, 18th Floor |

DECLARATION OF STACEY LEYTON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO
SPECIALLY SET HEARING DATE                                                                     Case No. 3:25-cv-07864-RFL

## DECLARATION OF STACEY LEYTON

I, Stacey Leyton, hereby declare as follows:

1. I am a partner at the law firm of Altshuler Berzon LLP and counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Administrative Relief to Specially Set Hearing Date. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts

2. Plaintiffs' motion seeks a preliminary injunction that, among other things, would enjoin Defendants from terminating, suspending, or conditioning federal funding, or threatening to do so, as a means to coerce the University of California ("UC") into adopting the Trump administration's preferred ideological policies, and without following required procedures. Plaintiffs' motion is based on claims under the First Amendment, Tenth Amendment, constitutional separation of powers, unconstitutional conditions doctrine, and the Administrative Procedure Act.

3. Civil Local Rule 7-2(a) requires Plaintiffs to set their preliminary injunction motion for hearing no less than 35 days after the date of filing of the motion. The earliest available date for motion settings before the Court is December 16, 2025, because the Court has posted notices of unavailability for November 10-13 and 24-28, and has closed the hearing dates of November 18, December 2, and December 9.

4. However, the UC Regents, which hold regular meetings every two months, have a scheduled meeting on November 18 through 20 at UCLA, the initial target of the Trump administration's coercive actions.

5. The media has reported that negotiations are ongoing between members of the UC Regents and the Trump administration over the administration's threats and demands. *See, e.g.*, Jaweed Kaleem, *Here are the details of Trump's $1.2-billion call to remake UCLA in a conservative image*, L.A. Times (Sept. 15, 2025), https://www.latimes.com/california/story/2025-09-15/trump-doj-proposed-settlement-demand-letter-ucla-university-of-california. Those negotiations may be affected by whether a preliminary injunction issues in this case. *See generally* Jaweed Kaleem, *UCLA chancellor ready to stand firm against Trump demands, unless they're 'valid,'* L.A. Times (Sept. 26, 2025),

- 1 -
DECLARATION OF STACEY LEYTON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO
SPECIALLY SET HEARING DATE                                                Case No. 3:25-cv-07864-RFL

https://www.latimes.com/california/story/2025-09-26/ucla-chancellor-julio-frenk-trump.

6. Because the lawfulness of the Trump administration's threats and demands may inform any action the Regents are considering or may take, and because any preliminary injunctive relief ordered would address that issue, Plaintiffs respectfully request that the hearing be held before the Regents meeting begins.

7. On September 29, 2025, I emailed Heidy Gonzalez, counsel for Defendants, to inform her that Plaintiffs anticipated filing a preliminary injunction motion. Later that day, I spoke with Ms. Gonzalez about a potential briefing schedule for Plaintiffs' planned preliminary injunction motion. I informed Ms. Gonzalez that Plaintiffs would not be in a position to agree to an extended briefing schedule absent assurances that Defendants would not further suspend funds to UC before the Court's ruling on the preliminary injunction motion.

8. On October 1, I emailed Ms. Gonzalez to invite further discussion about a briefing schedule and again reiterated that Plaintiffs could agree to an extended briefing schedule only with such assurances.

9. After further e-mail exchanges, Ms. Gonzalez responded that "Defendants are not in a position to agree to the terms you previously posed" because "Defendants believe the proposal constitutes an overly-broad" request for injunctive relief.

10. On October 7, I notified Ms. Gonzalez that Plaintiffs now anticipated filing the preliminary injunction motion on Thursday, October 9. I asked Ms. Gonzalez to confirm whether Defendants opposed specially setting a hearing for November 14. On October 8, Ms. Gonzalez confirmed Defendants were opposed.

11. No party has previously requested a time modification in this action.

12. Because Plaintiffs' request is to shorten the time for a hearing, not enlarge any time, the requested time modification would not delay the schedule for the case.

Dated: October 9, 2025      By: /s/Stacey M. Leyton
                                Stacey M. Leyton

- 2 -
DECLARATION OF STACEY LEYTON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO SPECIALLY SET HEARING DATE                                      Case No. 3:25-cv-07864-RFL