1
2
3
4
5
6
7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11  | AMERICAN ASSOCIATION OF | Case No. 3:25-cv-07864-RFL
12  | UNIVERSITY PROFESSORS, et al.,
    |            Plaintiffs, | **[PROPOSED] ORDER GRANTING**
13  |                        | **PLAINTIFFS' MOTION FOR**
    |      v.                | **ADMINISTRATIVE RELIEF TO**
14  |                        | **SPECIALLY SET HEARING ON**
    | DONALD J. TRUMP, in his official capacity | **MOTION FOR PRELIMINARY**
15  | as President of the United States, et al., | **INJUNCTION**
16  |
    |            Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' motion for administrative relief to specially set a hearing. The Court hereby specially sets a hearing on Plaintiffs' motion for preliminary injunction for November 14, 2025, at _____ in Courtroom 15, 18th floor.

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Rita F. Lin
United States District Court Judge