BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity As President of the United States, *et al.*,<br><br>　　　Defendants. | CASE NO. 3:25-cv-07864<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

I, Heidy L. Gonzalez, declare as follows:

1. I am a Trial Attorney at the Federal Programs Branch in the United States Department of Justice, Civil Division. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the Defendant's Administrative Motion for A Stay in Light of Lapse of Appropriations, filed concurrently herewith.

2. I have been furloughed for the duration of the lapse in appropriations. I am not permitted to work on the instant case during the lapse in appropriations, with the exception of being exempted for the sole and limited purpose of preparing this stay motion and other activities incident to its filing.

3. On October 3, 2025, I contacted Plaintiff's counsel regarding this motion. Plaintiff's counsel opposes the motion

//

//

//

DECL. ISO STAY MOTION
25-CV-07864

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on October 10, 2025.

                                                           _____
                                                           HEIDY L. GONZALEZ
                                                           Trial Attorney, Department of Justice

DECL. ISO STAY MOTION
25-CV-07864