BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity As President of the United States, *et al.*,<br><br>    Defendants. | CASE NO. 3:25-cv-07864-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

## [PROPOSED] ORDER

In light of the lapse of federal appropriations to the Department of Justice, Federal Defendant moved this Court for an order staying the deadline to respond to Plaintiffs' motion for a preliminary injunction and the deadlines for the Joint Case Management Statement and Initial Case Management Conference and extending all such deadlines for a period of time commensurate with the duration of the lapse in appropriations. Good cause appearing, Defendant's motion is hereby GRANTED.

The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED:

_____
HON. RITA F. LIN
United States District Judge

[PROPOSED] ORDER ON STAY MOTION
25-CV-07864-RFL