STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND ELECTRONIC SERVICE**<br><br>Judge:  Hon. Rita F. Lin<br>Ctrm:   15, 18th Floor<br>Date:   December 16, 2025<br>Time:  10:00 a.m. |

WHEREAS Plaintiffs American Association of University Professors; American Federation of State, County, and Municipal Employees, Local 3299; American Federation of Teachers; Berkeley Faculty Association; California Nurses Association/National Nurses United; Committee of Interns and Residents, Service Employees International Union; Council of UC Faculty Associations; Davis Faculty Association; Irvine Faculty Association; Riverside Faculty Association; San Diego Faculty Association; Santa Cruz Faculty Association; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; Teamsters Local 2010; UAW Local 4811; UC Merced Faculty Association; UC Santa Barbara Faculty Association; UCSF Faculty Association; University of California Los Angeles Faculty Association; University Council–American Federation of Teachers; University Professional and Technical Employees–Communication Workers of America (collectively, "Plaintiffs") filed a motion for preliminary injunctive relief and related motions to specially set a hearing date and to file material under seal. *See* Dkt. Nos. 26-33; and

WHEREAS Plaintiffs filed their motion for a preliminary injunction on October 9, 2025, with the filing of supporting documents and related administrative motions continuing into October 10, 2025; and

WHEREAS, Local Rule 7-3 provides that an opposition to a motion is due 14 days after the motion was filed and any reply is due 7 days thereafter; and

WHEREAS, in the interest of clarity, the parties wish to establish a briefing schedule for Plaintiffs' motion for a preliminary injunction; and

WHEREAS the parties also wish to avoid the unnecessary expenditure of resources in effecting service of documents that are not served via the Court's electronic filing system,

The parties therefore stipulate that the deadline for Defendants to file any response or opposition to Plaintiffs' motion for a preliminary injunction is October 24, 2025. Plaintiffs' reply shall be due by October 31.[1]

---

[1] Defendants do not waive the arguments in their Administrative Motion for a Stay, ECF No. 35, and maintain their request for such relief. This stipulation is only meant to clarify the default schedule under the Civil Local Rules. Plaintiffs oppose a stay and plan to file an opposition to Defendants' stay motion later this afternoon.

- 1 -

TIPULATION REGARDING BRIEFING
SCHEDULE & E-SERVICE                                                                Case No. 3:25-cv-07864-RFL

1  The parties further stipulate that they may serve each other via email with documents that are
2  not electronically served via the Court's electronic filing system, except for documents which must be
3  served in the manner set out in Federal Rule of Civil Procedure 4(i).

Respectfully submitted,

Dated: October 10, 2025

By: /s/ Stacey M. Leyton
STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,
UC-AFT, CNA/NNU, UAW, and CIR*

By: /s/ Victoria S. Nugent
SKYE L. PERRYMAN*
sperryman@democracyforward.org
VICTORIA S. NUGENT*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818**
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT,
CNA/NNU, UC-AFT, UAW, and CIR*

By: */s/ Veena Dubal*
VEENA DUBAL, SBN 249268*
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

By: */s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

By: */s/ Margo A. Feinberg*
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

By: */s/ Nicole J. Daro*
NICOLE J. DARO, SBN 276948
ndaro@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 207-8291

*Counsel for Plaintiff CNA/NNU*

By: */s/ Susan K. Garea*
SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

By: */s/ Hannah M. Shirey*
HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

\*   *Pro hac vice application forthcoming*
\*\* *Pro hac vice application pending*

Dated:  October 10, 2025

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

- 4 -

STIPULATION REGARDING BRIEFING
SCHEDULE & E-SERVICE

Case No. 3:25-cv-07864-RFL