STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' STIPULATION REGARDING BRIEFING SCHEDULE AND ELECTRONIC SERVICE**<br><br>Judge: Hon. Rita F. Lin<br>Ctrm: 15, 18th Floor<br>Date: December 16, 2025<br>Time: 10:00 a.m. |

# [PROPOSED] ORDER

Pursuant to stipulation of the parties, it is hereby ordered that pursuant to the Civil Local Rules, the deadline for Defendants to file any response or opposition to Plaintiffs' motion for a preliminary injunction is October 24, 2025. Plaintiffs' reply shall be due by October 31.

The parties may serve each other via email with documents that are not electronically served via the Court's electronic filing system, except for documents which must be served in the manner set out in Federal Rule of Civil Procedure 4(i).

IT IS SO ORDERED.

Dated: _____, 2025

_____
The Honorable Rita F. Lin
United States District Court Judge