UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **DECLARATION OF KENDALL N. HOUK** |

I, Kendall Houk, declare as follows:

1. I am a Distinguished Research Professor in the Department of Chemistry and Biochemistry, Organic Division, at the University of California, Los Angeles ("UCLA"). I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. I am a member of the UCLA Faculty Association. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Opposition to Defendants' Administrative Motion for Stay of Deadlines and Proceedings in Light of Lapse of Appropriations in the above-captioned case.

3. I have been a professor at UCLA since 1986. I received my A.B., M.S., and Ph.D. degrees from Harvard. In 1968, I joined the faculty at Louisiana State University, before joining the faculty at the University of Pittsburgh in 1980 and then UCLA in 1986. I served as Chairman of the UCLA Department of Chemistry and Biochemistry from 1991-1994. From 2009-2021 I was the Saul Winstein Chair in Organic Chemistry at UCLA, and I am now a Distinguished Research Professor, which means that I am retired from regular teaching duties but I still conduct research and sometimes I am recalled to teach courses.

4. From 1988-1990, I was the Director of the Chemistry Division of the U.S. National Science Foundation ("NSF").

5. I have served on the Advisory Boards of the Chemistry Division of the NSF, the American Chemical Society Petroleum Research Fund, and a variety of journals, including *Accounts of Chemical Research, the Journal of the American Chemical Society,* the *Journal of Organic Chemistry, Chemical and Engineering News,* the *Journal of Computational Chemistry, the Journal of Chemical Theory and Computation, Chemistry–A European Journal*, and *Topics in Current Chemistry*. I was Chair of the Chemistry Section of the American Association for the Advancement of Science in 2000-2003. I was a Senior Editor of *Accounts of Chemical Research* from 2005-2015. From 2018-2021, I was the North American Co-Chair of *Chemistry–A European Journal*. I have been a member of the National Institutes of Health ("NIH") Medicinal Chemistry Study Section and the Nuclear Regulatory Commission Board of Chemical Sciences and Technology. I served as Chair of the NIH Synthesis and

Biological Chemistry-A Study Section in 2008.

6. I am internationally regarded as an authority on theoretical and computational organic chemistry. Among my recent awards and honors, I received the 2021 Roger Adams Award of the ACS, the highest award in organic chemistry by the ACS, and the 2021 Foresight Institute Feynman Prize for Theory in Nanotechnology. My collaborators and I won the Royal Society of Chemistry 2021 Horizon Prize for the discovery of pericyclases. I was also elected a foreign member of the Chinese Academy of Sciences (CAS) in 2021. I received the Institute for Chemical REaction Design and Discovery (ICReDD) Award in 2022 and the ICReDD Theoretical Award in 2023, both from Hokkaido University. I shared in a second Royal Society of Chemistry Horizon Prize with the Garg group for work on strained cumulenes in 2024. I was awarded the 2024 Prix Franco-Américain from the French Chemical Society.

7. I collaborate routinely with chemists all over the world. My current research interests include the theoretical investigations of mechanisms and design of enzyme-catalyzed reactions, the quantitative modeling of asymmetric reactions used in synthesis, and the dynamics and properties of supramolecular nanomachines, as well as my lifelong interest in the mechanisms and dynamics of pericyclic reactions. My group at UCLA is involved in developments of rules to understand reactivity, computer modeling of complex organic reactions, and experimental tests of the predictions of theory. I have published about 1,600 publications and a physical organic chemistry textbook with Pierre Vogel. I have an h-index of 151.

8. My research has been supported by significant NSF grants continually since approximately 1975. In total, I have had approximately 15 to 20 NSF grant awards over the past five decades, with each grant having a duration of approximately 3-4 years. Over the years, my research has also sometimes been supported by grants from NIH, the U.S. Department of Energy, and the U.S. Department of Defense.

9. The research supported by these federal grants all involve the use of computers to model chemistry and, more recently, biochemistry. Throughout my career, I have been a leader in using computers to understand how chemistry works. I am what is referred to as a computational chemist, and I regularly collaborate with experimentalists. In these collaborations, I use computers to

1  study chemical reactions, explain the origins of reactivity, and provide predictions of further subjects
2  of study. These experiments involve studying fundamental organic chemical reactivity—the way that
3  living things catalyze reactions and control metabolism and all other aspects of life.

4      10.      The type of research that I do supports the work of experimentalists and allows them to
5  continue making progress in their work. Primarily, I work with synthetic chemists, who develop ways
6  to synthesize new drugs, or medicinal chemists who develop new drugs. I help them understand how
7  certain medications interact with proteins, and how you might change chemical compounds to make
8  them more potent. For example, I performed calculations that supported the work of Michael Jung, an
9  organic chemist at UCLA who developed compounds commercially known as Xtandi and Erleada that
10 have extended the lives of hundreds of thousands of men with prostate cancer, work that brought over
11 $1 billion to the UC.

12     11.     The grants that I receive from the federal government support my research staff as well
13 as necessary supplies, with the primary expense being the salaries of the research staff. My research
14 personnel includes post-doctoral research associates as well as graduate research assistants.

15     12.     As of late July 2025, I had three NSF grants. The grant that provides the primary
16 support for my research group of twelve individuals ("primary grant") was first awarded to me almost
17 50 years ago. I have had this grant continually since then, although it has both evolved and increased in
18 amount over the decades. The grant is given in three-year cycles, regularly for almost $300,000 per
19 year, and is one of the largest grants in the NSF Chemistry Division. With the support of this grant, my
20 research group uses computations and experimental work to understand how chemical reactions are
21 controlled.

22     13.     In the middle of the third year of the NSF primary grant (so mid-2024), I began drafting
23 the proposal for renewal of this grant, and I submitted that proposal to NSF in the fall of 2024. In July
24 2025, my NSF program officer, Tingyu Li, informed me that my grant proposal would be
25 recommended for funding for $884,752 and would be approved with an August 1, 2025 funding start
26 date. I was subsequently told that it had been approved by the NSF division director. NSF gives out
27 some grants in increments, typically annual increments, and others in lump sums at the beginning of
28 the grant period. This primary grant was to be delivered in a lump sum at the beginning of the grant

term, i.e., August 1, 2025.

14. I have two other ongoing NSF grants that are shared with others and which were suspended on or about July 30, 2025 but then reinstated as a result of the Court's August 12 order in *Thakur v. Trump*, Case No. 25-cv-4737-RFL (N.D. Cal.)).

15. The first week of August 2025, after the two other NSF grants that I receive had been suspended, I asked my NSF program officer when the funding might come for the renewal of my primary grant, which was set to begin on August 1, 2025. Mr. Li responded by referring me to the UCLA Chancellor's July 31, 2025 public message about the suspension of research funds to UCLA. A true and correct copy of this e-mail exchange is attached to this declaration as **Exhibit A**.

16. The federal court subsequently issued the above-mentioned injunction and my two grants were unfrozen. But the funds for my primary grant still did not arrive, and I noticed that it was still listed on the NSF website as "pending." I therefore made another inquiry to my NSF program officer on August 29, 2025, asking why the grant that he told me had been "approved" was still listed as "pending" almost a month after it was set to begin. He responded a few days later, stating only that "**it is beyond my control now**." (Emphasis added.) A true and correct copy of this e-mail exchange is attached to this declaration as **Exhibit B**.

17. On September 26, 2025, when I still had not received the grant funds and the award was still listed as "pending," I contacted Tracey Fraser, Senior Director in UCLA's Office of Contract and Grant Administration, to inquire about whether NSF was withholding grants to UCLA researchers generally.

18. On September 27, Ms. Fraser responded, "While we did initially receive a few awards from the NSF Division of Physics immediately after the NSF suspension was lifted, we have not received any new awards in the last 1.5 months. **We are now consistently being informed that NSF leadership is not authorizing new awards to UCLA at this time.** While we have tried to push back, there is unfortunately nothing that we can do to make NSF provide us new funding. I have asked Legal to review whether the Court Order lifting the suspension could be read to cover funding decisions too, but it is unlikely that it does." (Emphasis added.) A true and correct copy of my e-mail exchange with Ms. Fraser is attached hereto as **Exhibit C**.

19. If the NSF primary grant for almost $900,000 is not funded, my laboratory will run out of funds by the end of the year. If I am unable to find another source of funding, I will be required to lay off research staff and that will compromise my ability to continue conducting my research and supporting the ongoing progress of other scientists. Many of my 50 or so publications each year involve collaborations with other scientists at UCLA, other Universities in the US as well as prominent chemists in other countries.

20. I am aware of a colleague in the Chemistry Department whose grant was listed on the NSF website as "approved," but after July 30, 2025, its status on the NSF website was changed to "pending." That colleague still has not received any funding to date for this NSF grant, even though it was previously approved.

21. As of the date of this declaration, despite NSF having approved my grant with funding to begin August 1, 2025, I still have not received any of the funds. To my knowledge NSF still is not awarding or dispensing new grant money to UCLA, even when a decision has previously been made to award the money, and has not done so since before mid-August 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 12, 2025 in Beijing, China.

*K. N. Houk*
Kendall N. Houk

# Exhibit A

**From:** "Li, Tingyu" <tli@nsf.gov>
**Subject: Question about the new grant**
**Date:** August 7, 2025 at 7:25:23 AM PDT
**To:** "houk@chem.ucla.edu" <houk@chem.ucla.edu>

Ken，see this weblink:

https://chancellor.ucla.edu/messages/the-loss-of-federal-funding-is-a-loss-for-america

Tingyu

1

# Exhibit B

**From:** "Li, Tingyu" <tli@nsf.gov>
**Subject: RE: [EXTERNAL] - Two queries**
**Date:** September 2, 2025 at 6:12:27 AM PDT
**To:** KENDALL HOUK <houk@g.ucla.edu>

Hi, Ken, it is beyond my control now.

Tingyu


-----Original Message-----
From: KENDALL HOUK <houk@g.ucla.edu>
Sent: Friday, August 29, 2025 12:04 AM
To: Li, Tingyu <tli@nsf.gov>
Subject: [EXTERNAL] - Two queries

This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hi Tingyu, first I hope you are doing ok in these unusual times. It must be quite hectic for sure. Second, I just submitted my final report on the grant that ended on July 31, and noticed that my new grant to begin on August 1 is still listed as "pending". You did tell me it was "approved", and I was surprised that nothing has happened even a month later. I hope it can still be funded, my research team is dependent it on. Thanks! Ken

# Exhibit C

On Sep 27, 2025, at 1:40 PM, Fraser, Tracey <tracey.fraser@research.ucla.edu> wrote:

Dear Prof Houk,

While we did initially receive a few awards from the NSF Division of Physics immediately after the NSF suspension was lifted, we have not received any new awards in the last 1.5 months. We are now consistently being informed that NSF leadership is not authorizing new awards to UCLA at this time. While we have tried to push back, there is unfortunately nothing that we can do to make NSF provide us new funding. I have asked Legal to review whether the Court Order lifting the suspension could be read to cover funding decisions too, but it is unlikely that it does.

I am not involved in any negotiations that may be going on between UC / UCLA/ the Administration, but I hope (though I am not confident) that the situation will be resolved soon. I know it's frustrating, but I also encourage you to keep in contact with your program officer during this time - he will be your best advocate.

-----Original Message-----
From: KENDALL HOUK <houk@g.ucla.edu>
Sent: Friday, September 26, 2025 9:08 PM
To: Fraser, Tracey <tracey.fraser@research.ucla.edu>
Subject: Is NSF withholding grants?

Dear Director Fraser, I have submitted a great, 2452867 to NSF, a renewal of my long-running proposal, and my program officer, Tingyu Li, informed me in July that it was going to be recommended for funding for $884,752. We supplied all the information to make that happen. He informed me it had been approved with an August 1 start date, but he did not know if the money was available. We have received no funds and he only says that it is now out of his hands. I wonder if this is a one time issue or if there is a broader block of NSF funds due to ongoing negotiations. I have two other shared NSF grants that were suspended then restarted, but will run out of funds soon. Do you have any information about whether funding will restart from NSF? Thank you, Ken Houk