1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  AMERICAN ASSOCIATION OF<br>UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity<br>as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF DIMITRI Y.<br>SHLYAKHTENKO** |

17
18
19
20
21
22
23
24
25
26
27
28

I, Dimitri Y. Shlyakhtenko, declare as follows:

1. I am a Professor in the Department of Mathematics at the University of California, Los Angeles ("UCLA") and Director of the Institute for Pure & Applied Mathematics ("IPAM") at UCLA. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. I am a member of the University of California Los Angeles Faculty Association and the American Association of University Professors. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Opposition to Defendants' Administrative Motion for Stay of Deadlines and Proceedings in Light of Lapse of Appropriations in the above-captioned case.

3. I have been a professor at UCLA since 1998 and served as the Mathematics department chair from 2012 to 2015. I received my PhD from University of California, Berkeley in 1997. My research focuses on Operator Algebra and includes free probability theory, random matrix theory, as well as von Neumann algebras and $L^2$-invariants.

4. I have been the Director of IPAM since July 1, 2017. Established in 2000 through a successful proposal to the U.S. National Science Foundation (NSF), IPAM is one of six preeminent Mathematical Sciences Research Institutes in the United States. IPAM serves the national mathematics and scientific community by running programs that stimulate interdisciplinary applications of mathematics. Since its inception and until very recently (as explained herein), IPAM has been funded continuously by NSF's Division of Mathematical Sciences (DMS), a division of NSF's Mathematical and Physical Sciences (MPS) Directorate.

5. NSF-DMS awarded IPAM an initial five-year grant in 2000 that was renewed in 2005. That five-year grant was renewed again in 2010, 2015, and again in 2020. Our most recent grant provided for $5 million per year for five years, for a total of $25 million. NSF is the primary funding source for IPAM's operating budget.

6. At NSF, the grant application process involves review of grant proposals by a scientific panel and further review by a Program Officer, who then makes a recommendation to the Division Director ("DD") of which grant applications to approve. If the DD concurs with the recommendation, the grant application status is changed from "pending" to "recommended," and the application is

1

1  referred to the Division of Grants and Agreements ("DGA") for formal award issuance. From my past
2  experience, applications that are recommended by the division director to DGA are typically formally
3  approved within a very short period of time (often only one or two weeks).

4      7. In March 2024, IPAM applied to NSF-DMS for our grant renewal. In summer 2025, we
5  received notification that the NSF Program Officer had recommended IPAM's grant application for
6  approval and that the DD had concurred and our grant application status had changed to
7  "recommended." We were also contacted by DGA, indicating that it was on the cusp of formally
8  awarding us a five-year grant totaling $17 million.

9      8. On July 29, 2025, I received an email from NSF addressed to "NSF awardees,"
10 attaching an embargoed copy of an NSF announcement to be published on August 4 for the NSF
11 Mathematical Sciences Research Institutes, announcing NSF's investment of over $91 million in seven
12 mathematical research institutes, including IPAM. The announcement highlighted in particular several
13 of IPAM's significant contributions to the study of mathematical sciences.

14     9. The very next day, I was forwarded an email chain, the first email of which was sent by
15 Simon Malcomber, Acting Chief Science Officer, Office of the Director at NSF to David Berkowitz,
16 assistant director for MPS and Tie Luo, Acting Deputy Assistant Director for MPS, with the subject
17 line "UCLA grant suspensions from MPS." The email states, "Following the Justice Department
18 finding yesterday …., we have been instructed to suspend all active awards to UCLA with immediate
19 effect and to not make further awards to the institution until the issue has been resolved."

20     10. Tie Luo then forwarded that email message to David Manderscheid, the division
21 director ("DD") for DMS, and other NSF DDs and deputy division directors ("DDDs"), instructing
22 them, "Please inform managing [Program Officers] about termination of existing UCLA awards and
23 DGA holding off issuing new awards to UCLA on the attached list."

24     11. That email was in turn forwarded to NSF program officers with the instruction, "DGA
25 is holding off issuing new awards to UCLA. Please do not forward any new award recommendations in
26 eJ. Any award recommendation to UCLA that have not been DD concurred should be cancelled …."

27     12. Matthew Douglass, who is the program officer for a different IPAM grant for the
28 Mathematical Sciences Institutes Diversity Initiative (MSIDI) (which was terminated in April 2025 but

then reinstated pursuant to the Court's preliminary injunction in *Thakur* v. *Trump,* Case No. 25-cv-4737-RFL (N.D. Cal.)), then forwarded this e-mail thread to the principal investigator on the MSIDI grant, my IPAM deputy director, who forwarded the email to me.

13. A true and correct copy of this e-mail thread described in paragraphs 9 through 12 above is attached hereto as **Exhibit 1**.

14. On August 1, 2025, I received a message from Stefaan G. De Winter at NSF, stating, "[G]iven the current situation with UCLA we had to remove IPAM from the NSF Institutes announcement that will go out on Monday. We also have to remove IPAM from the DMS Institutes website (which will be updated by Monday)." A true and correct copy of this email is attached hereto as **Exhibit 2.**

15. As of the date of this declaration, IPAM still has not received notice of formal issuance of our award, nor have we received any of the $17 million grant funding under the five-year grant that the DMS division director approved.

16. It is my understanding, including based on conversations with colleagues, that as of the date of this declaration, NSF still is not awarding or dispensing new grant money to UCLA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2025 in Omaha, Nebraska.

_____
Dimitri Y. Shlyakhtenko

# EXHIBIT 1

**From:** "Ratsch, Christian" <cratsch@ipam.ucla.edu>
**Subject: FW: UCLA grant suspensions from MPS**
**Date:** July 30, 2025 at 4:35:02 PM CDT
**To:** "Shlyakhtenko, Dimitri Y." <Shlyakht@ipam.ucla.edu>

Dear Dima,

FYI. Not sure what this means.

Christian

---

**From:** Douglass, James Matthew <MDOUGLAS@nsf.gov>
**Sent:** Wednesday, July 30, 2025 1:45 PM
**To:** Ratsch, Christian <cratsch@ipam.ucla.edu>
**Subject:** FW: UCLA grant suspensions from MPS

Dear Christian,

FYI.

MSIDI is not on the list. I'm not sure exactly why. I just got email back from DGA this morning that everything with that grant was supposed to be reset to the way it was immediately pre-termination.

1

All the best,

Matt

---

**From:** "Wang, Junping" <jwang@nsf.gov>
**Date:** Wednesday, July 30, 2025 at 4:16 PM
**To:** DMS ALL <DMSALL@nsf.gov>
**Cc:** "Manderscheid, David" <dmanders@nsf.gov>
**Subject:** FW: UCLA grant suspensions from MPS

Dear Colleagues,

Please see attached for a list of terminated/suspended awards to UCLA (CGIs and new awards made in FY25).

DGA is holding off issuing new awards to UCLA.

Please do not put forward any new award recommendations in eJ. Any award recommendations to UCLA that have not been DD concurred should be cancelled but please keep the proposal for possible future actions.

Let us know if you have any questions.

--- David and Junping

---

**From:** Luo, Tie <tluo@nsf.gov>
**Sent:** Wednesday, July 30, 2025 3:55 PM
**To:** Manderscheid, David <dmanders@nsf.gov>; Iannacchione, Germano S. <giannacc@nsf.gov>; Burstyn, Judith N. <jubursty@nsf.gov>; Smith, Robert C. <robsmith@nsf.gov>; Gonzalez, Saul <sgonzale@nsf.gov>; Wang, Junping <jwang@nsf.gov>; He, Lin <LHE@nsf.gov>; Cavagnero, Michael J. <mcavagne@nsf.gov>; Deutsch, Miriam <mdeutsch@nsf.gov>; Krimm, Hans Albert <hkrimm@nsf.gov>; Neff, James <JNEFF@nsf.gov>
**Cc:** Berkowitz, David B. <dberkowi@nsf.gov>; Payne, Christina <cpayne@nsf.gov>; Stoughton, Jason <jstought@nsf.gov>
**Subject:** FW: UCLA grant suspensions from MPS

DDs and DDDs,

Please inform managing POs about termination of existing UCLA awards and DGA holding off issuing new awards to UCLA on the attached list.

-Tie

**From:** Malcomber, Simon <smalcomb@nsf.gov>
**Date:** Wednesday, July 30, 2025 at 3:36 PM
**To:** Berkowitz, David B. <dberkowi@nsf.gov>, Luo, Tie <tluo@nsf.gov>
**Subject:** UCLA grant suspensions from MPS

Dear Dave and Tie,

Following the Justice Department finding yesterday (https://www.justice.gov/opa/pr/justice-department-finds-university-california-los-angeles-violation-federal-civil-rights), we have been instructed to suspend all active awards to UCLA with immediate effect and to not make further awards to the institution until the issue has been resolved. The list of existing awards from your Directorate to UCLA is attached. Please share the list with the appropriate Division Directors and Deputy Divisions Directors so they can inform the appropriate Program Directors.  The FAQ page provides answers to many of the questions you and your Program Directors are likely to be asked.

The suspension letters outline the process for submitting allowable costs for reimbursement, which must be done within 30 days. Please note, these awards are being suspended and not terminated so PIs will not be prompted to submit Final Reports.

Thank you for sharing the list of awards to the appropriate staff. Please reach out if you have questions.

Simon

Simon Malcomber, Ph.D.
Acting Chief Science Officer
Office of the Director
National Science Foundation
2415 Eisenhower Ave
Alexandria, VA  22314

Tel: 703-292-8227

# EXHIBIT 2

**From:** "De Winter, Stefaan G." <sgdewint@nsf.gov>
**Subject: Institutes announcement**
**Date:** August 1, 2025 at 2:43:31 PM CDT
**To:** "Shlyakhtenko, Dimitri Y." <shlyakht@ipam.ucla.edu>
**Cc:** "Manderscheid, David" <dmanders@nsf.gov>, "Levine, Stacey" <slevine@nsf.gov>

Dear Dima,

I hope you are doing as well as possible given the circumstances. I just wanted to let you know that given the current situation with UCLA we had to remove IPAM from the NSF Institutes announcement that will go out on Monday. We also have to remove IPAM from the DMS Institutes website (which will be updated by Monday). I was glad to hear you were able to talk with David and Stacey. I hope we will be in touch again soon.

Best wishes,

   Stefaan