BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity As President of the United States, *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-07864-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMITATION APPLICABLE TO THEIR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## [PROPOSED] ORDER

Good cause having been shown, the Court grants Defendants' Consent Administrative Motion to Exceed the Page Limitation Applicable to their Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction. Defendants may file an opposition brief of up to 45 pages in length.

IT IS SO ORDERED.

DATED: October 21, 2025

_____
HON. RITA F. LIN
United States District Judge