1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' PRELIMINARY INJUNCTION MOTION AND STAY OPPOSITION (CIV. L.R. 6-3(a), 7-11)** |

# [PROPOSED] ORDER

Good cause having been shown, the Court grants Plaintiffs' unopposed administrative motion for leave to submit supplemental evidence in support of Plaintiffs' motion for a preliminary injunction and in opposition to Defendants' motion for a stay.

**IT IS SO ORDERED**.

Dated: ____October 27____, 2025

_____
The Honorable Rita F. Lin
United States District Court Judge