# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>Defendants. | Case No. 3:25-cv-07864-RFL <br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED THE PAGE LIMITATION APPLICABLE TO PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

# [~~PROPOSED~~] ORDER

Good cause having been shown, and pursuant to the parties' stipulation, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Reply Brief in Support of Motion for Preliminary Injunction. Plaintiffs may file a reply brief of up to twenty-eight (28) pages in length.

IT IS SO ORDERED.

Dated: **October 30**, 2025

_____
The Honorable Rita F. Lin
United States District Court Judge