ALEXANDRA IOVA, State Bar # 335359
ALEXANDRA IOVA LAW
1007 Hacienda Dr.
Walnut Creek, CA 94598
Telephone:   (925) 466-4710
Email:        alexandra.anderson@aandersonlaw.com

*Counsel for Amici Curiae*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF AND *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: November 6, 2025 <br> Time: 10:00 AM <br> Courtroom: 15, 18th Floor <br> Judge: Hon. Rita F. Lin |

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

IDENTITY AND STATEMENT OF INTEREST OF AMICI CURIAE . . . . . . . . . . . . . . . . . . . . . . . 5

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    I.     The Trump Administration's Financial Threats and Federal Funding Withdrawals aimed at the UC System and Other Universities Have Trickled Down to the California Community Colleges Causing Actual Harm . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

    II.    President Trump's Executive Order 14279, Titled "Reforming Accreditation to Strengthen Higher Education" Is An Intrusive Action that Will Have the Opposite Effect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

# TABLE OF AUTHORITIES

**Statutes, Constitutions and Rules**

Cal. Const., art. I, § 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7**

Cal. Educ. Code. §74000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

Cal. Gov't. Code §3545.5(b)(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  6

Cal. Gov't. Code §3545.5(b)(3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6

Tit. 5, § 51016 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

20 USC § 1001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

20 U.S.C. 1101a(a)(2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

20 U.S.C. 1101a(a)(5) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9

34 CFR § 602 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17

34 CFR § 602.1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Exec. Order No. 14279, *Reforming Accreditation to Strengthen Higher Education*,
    90 Fed. Reg. 17529 (Aprill 23, 2025) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Stats. 1988, c. 973 (A.B. 1725) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Other**

Aguilar, V., *Valley minority-serving colleges stand to lose millions in wave of federal cuts targeting DEI*, The Modesto Focus (Oct. 15, 2025), https://themodestofocus.org/valley-minority-serving-colleges-stand-to-lose-millions-in-wave-of-federal-cuts-targeting-dei/ . . . . . . . . . . . . . . . . . . . . .15

Amininejad, K., *LPC loses $1.8M in federal funding for serving Hispanics*, The Express (Oct. 3, 2025), https://lpcexpressnews.com/las-positas-loses-nearly-2m-in-federal-funding-grant-for-serving-hispanic-students/#:~:text=Las%20Positas%20is%20losing%20nearly%20$2%20million,how%20the%20loss%20will%20affect%20campus%20services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 11

Baptista, A., *U.S. government rescinds funding for DHSI and AANAPISI programs at Skyline*, The Skyline View (Oct. 18, 2025), https://www.theskylineview.com/news/2025/10/18/u-s-government-rescinds-funding-for-dhsi-and-aanapisi-programs-at-skyline/ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Burke, M., and Dipierro, A., *Trump administration to end grant funding for Hispanic-Serving Institutions, affecting many California colleges*, EdSource (Sept. 10, 2025), https://edsource.org/2025/hsi-funding-cuts-hispanic-serving-institutions/740445 . . . . . . . . . . . . 8

Burke, M., *Student support programs in peril after federal cuts at Hispanic-serving community colleges*, EdSource (Oct. 8, 2025), https://edsource.org/2025/hsi-grant-cuts-impact-california/742465 . . . . . . . .10

Echelman, A., *California Faces Steepest Cuts as Trump Ends Diversity Grants. How One College is Faring*, KQED (Sept. 23, 2025),
https://www.kqed.org/news/12057033/california-faces-steepest-cuts-as-trump-ends-diversity-grants-how-one-college-is-faring#:~:text=The%20change%20comes%20after%20the%20U.S.%20Department,illegally%20favors%20certain%20racial%20or%20ethnic%20groups . . . . . . . . . . . .12

Echelman, A., *Trump cites California LGBTQ+ centers to justify big cuts to 'woke' campuses*, CalMatters (May 30, 2025),
https://calmatters.org/education/2025/05/lgbtq-trump-cuts-california-colleges/; see also,
https://www.whitehouse.gov/wp-content/uploads/2025/05/Fiscal-Year-2026-Discretionary-Budget-Request.pdf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

Mok, H., *The same group that sued Harvard on behalf of Asian Americans is now killing Bay Area college API programs*, San Francisco Chronicle (Oct. 25, 2025),
https://www.sfchronicle.com/opinion/article/asian-college-api-dei-21116896.php . . . . . . . . . .12

Weissman, S., *Education Department Moves to End Funding for Minority-Serving Institutions*, Inside Higher Ed. (Sept. 11, 2025),
https://www.insidehighered.com/news/government/politics-elections/2025/09/11/education-department-moves-end-msi-programs#:~:text=The%20lawsuit%20claimed%20that%20HSIs,to%20qualify%20for%20federal%20funds.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Somerville, *The Shaping of the American Community College Mission*, (2005) . . . . . . . . . . . . . . . . . . . 8

Press Release, Padilla, Castro Condemn trump Administration's Move to End Hispanic-Serving Institutions Grant Program, (Aug. 25, 2025),
https://www.padilla.senate.gov/newsroom/press-releases/padilla-castro-condemn-trump-administrations-move-to-end-hispanic-serving-institutions-grant-program/ . . . . . . . . . . . . . . . . . . . . . . . 10

http://datamart.cccco.edu/Faculty-Staff/Staff_Demo.aspx . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

https://www.cccco.edu/ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

https://www.cccco.edu/About-Us/State-of-the-System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

https://www.cccco.edu/About-Us/Key-Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

https://www.cccco.edu/About-Us/Notable-Alumni . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

https://cccaoe.org/fast-facts/ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

https://www.laspositascollege.edu/hsi/grant.php . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

https://www.chabotcollege.edu/latinx/hsi/index.php#:~:text=Chabot%20College%20has%20been%20designated%20as%20a,its%20capacity%20to%20serve%20low%2Dincome%2C%20Latinx/e%20students . . . . . . . . . . 11

https://www.chabotcollege.edu/aapi/movement/index.php . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

https://www.deanza.edu/sip-grant/#:~:text=De%20Anza%20College%20has%20received%20a%20$2.25,to%20college%20and%20college%20to%20the%20workforce** . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

https://www.whitehouse.gov/wp-content/uploads/2025/05/Fiscal-Year-2026-Discretionary-Budget-Request.pdf . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

https://www.neh.gov/grants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

https://www.neh.gov/sites/default/files/inline-files/NEH%20grant%20awards%20January%202024.pdf . . . . . . 14

https://www.deanza.edu/califhistory/voices-grant/ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

https://news.santarosa.edu/node/2651 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14

https://www.acct.org/news/new-executive-orders-impact-community-colleges . . . . . . . . . . . . . . . . . . . . 17

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Amici curiae **Foothill-De Anza Faculty Association**, **Chabot Las-Positas Faculty Association, Peralta Federation of Teachers**, **United Faculty of the Contra Costa Community College District**, **Santa Monica Faculty Association**, **All Faculty Association of Santa Rosa Junior College**, **Santa Barbara City College Faculty Association**, **MiraCosta College Faculty Assembly**, **Pasadena City College Faculty Association, California Community Colleges Independent Organization ("CCCI")**, and the **Faculty Association of the California Community Colleges ("FACCC")** by and through their undersigned counsel, respectfully submit this motion for leave to file the attached Brief of Amici Curiae in Support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned case, to be heard on November 6, 2025 at 10:00 AM in Courtroom 15 at the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Amici seek leave of the Court to submit the attached brief to provide additional information that is useful and otherwise desirable to the Court, and to explain why the Court should grant Plaintiffs' motion for preliminary injunction.

## IDENTITY AND STATEMENT OF INTEREST OF AMICI CURIAE[1]

Amici are nine labor unions, who have served for decades as the exclusive bargaining agent for units of academic employees at nine California community college districts. The California Community Colleges Independents Organization ("CCCI"), is the only statewide organization whose membership consists of 13 independent faculty unions (including all of the Amici unions except the Peralta Federation of Teachers). Since 1953, the Faculty Association of the California Community Colleges ("FACCC") has provided focused representation for the community college faculty to promote funding, academic freedom, and retirement benefits. FACCC has members across every campus in California and is dedicated to fighting for community college faculty rights at the state and federal level.

Amici, with the approximate size of their bargaining units listed in parentheses, are the Foothill De-Anza Faculty Association (1163), Chabot Las-Positas Faculty Association (923), Peralta Federation

---

[1] No counsel for a party authored this brief in whole or in part, and no entity or person, other than Amici curiae and their counsel made a monetary contribution intended to fund the preparation or submission of this brief.

of Teachers (728), United Faculty of the Contra Costa Community College District (1260), Santa Monica Faculty Association (1211), All Faculty Association of Santa Rosa (1035), Santa Barbara City College Faculty Association (658), Pasadena City College Faculty Association (1160) and MiraCosta Faculty Assembly (727).[2] CCCI are "independent" in that they are not affiliated with large, national labor organizations, such as the American Federation of Teachers or the National Education Association. Though individually small in terms of bargaining unit size, Amici unions play a large role in California's community college governance system. In the aggregate they represent about 8,865 academic employees.[3] Amici have participated as amicus before California courts in cases of importance to academic unions and college faculty.

## INTRODUCTION

An attack on UC and other colleges and universities is an attack on all public education. What starts at the top must always come down. The Trump Administration's blatant disregard for the Constitution, academic freedom and free speech rights of faculty and students has resulted in the withdrawal or threatened withdrawal of federal funding for higher public education. The chilling effect on speech and teaching is immediate and measurable and the Administration's decisions and attempts to fundamentally alter the public education system, are reverberating down to the community college system. Instead of strengthening higher public education, the Administration is causing irreparable harm in California and across the nation.

The California community colleges serve approximately 2.1 million students annually, across 116 colleges.[4] It is the largest system of higher education in the nation and is responsible for assisting

---

[2] The CCCI's other union members (with their approximate unit membership in parentheses) are Allan Hancock Faculty Association (393), United Faculty of Ohlone (425), College of the Redwoods Faculty Organization (271), Yosemite Faculty Association (667), and Yuba (44). Source: union or Cal. Comm. Colleges Chan. Office: http://datamart.cccco.edu/Faculty-Staff/Staff_Demo.aspx.

[3] Bargaining units are composed primarily of teachers, librarians, counselors and other academic positions. The Educational Employment Relations Act ("EERA") requires separate unions for academic employees, which as a rule must include all academics. § § 3545.5(b)(1), (3).

[4] https://www.cccco.edu/

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Page -6-

people of all backgrounds improve their social and economic mobility so that they can live the American dream. Each year, around 80,000 students transfer from a California community college to the University of California ("UC") and California State University ("CSU") systems.[5] Approximately 29% of UC graduates and 51% of CSU graduates started at a California community college, and more than 70% of California community college students are people of diverse ethnic backgrounds.[6] Like the UC system, the California community colleges have also produced many notable alumni including California's chief justice, government and labor leaders, musicians, Academy Award-winning actors and directors, authors and Olympic athletes.[7] The California community colleges is also the largest provider of workforce training in the nation.[8] Seven in 10 of California's nurses, and 8 in 10 police officers, firefighters and EMTs receive their training at a California community college. Almost half of the students who earn bachelor's degree from the UC system in science, technology, engineering and math, started their journeys at a California community college.[9]

Public education has long been of fundamental importance to the State of California. Article 9, Section 1 of the State Constitution, adopted on May 7, 1879 states: "A general diffusion of knowledge and intelligence being essential to the preservation of the rights and liberties of the people, the legislature shall encourage by all suitable means the promotion of intellectual, scientific, moral, and agricultural improvement." In implementing this right to education, the California legislature decreed that the State should establish and maintain community colleges.[10] California has played a significant and critical role in the development of community colleges in the United States with the first California community colleges being established over a hundred years ago.

---

[5] https://www.cccco.edu/About-Us/State-of-the-System

[6] https://www.cccco.edu/About-Us/Key-Facts

[7] https://www.cccco.edu/About-Us/Notable-Alumni

[8] https://cccaoe.org/fast-facts/

[9] *Id.*

[10] See Cal. Educ. Code § 74000

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Page -7-

In December 1959, the Board of Regents of the University of California and the State Board of Education, unanimously approved the "Master Plan" for Education in California. The Master Plan was signed into law in Spring 1960 and signaled California's commitment to "universal access to higher education" for all California residents.

The community college mission can be summarized as a commitment to providing "open access to all segments of society with equal and fair treatment of all students, offering a comprehensive education, serving the local community, and providing opportunities for lifelong learning."[11] By 1988, the Legislature revised the Education Code and formally recognized the community colleges as part of the statewide community college system, thereby reaffirming the open access mission of the community colleges and intent of equal economic opportunity for all students.[12]

Now the entire community college mission and system is at risk of being altered based on the actions of an administration that seems to have diverged so far from the path that it does not care about the foundational backbone of the entire country.

**ARGUMENT**

**I.  The Trump Administration's Financial Threats and Federal Funding Withdrawals aimed at the UC System and Other Universities Have Trickled Down to the California Community Colleges Causing Actual Harm**

In 1992, the U.S. government, under the Higher Education Act of 1965, created the designation for Hispanic-Serving Institutions ("HSI"). The program was established as a direct result of the growing number of Hispanic students enrolling in higher education without a simultaneous increase in resources and support at those institutions. Federal funding distribution for HSI designated colleges began in 1995.[13]

To be eligible for an award under this program, a Hispanic-Serving Institution must certify at the

---

[11] Somerville, *The Shaping of the American Community College Mission*, (2005)

[12] A.B. 1725, Stats. 1988, Chap. 973

[13] Burke, M., and Dipierro, A., *Trump administration to end grant funding for Hispanic-Serving Institutions, affecting many California colleges*, EdSource (Sept. 10, 2025), https://edsource.org/2025/hsi-funding-cuts-hispanic-serving-institutions/740445

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Page -8-

time of application, that it is an eligible institution and has a minimum of 25 percent undergraduate full-time Hispanic enrollment.[14] However, HSI grant funds are spent on initiatives – <u>not individual students</u>. Therefore, the program and grant funding are not discriminatory as claimed by the Trump Administration because the funds do not apply to just Hispanic students, but benefit <u>all</u> students, despite United States Solicitor General D. John Sauer writing to House Speaker Mike Johnson in July 2025 that HSI programs "violate the equal-protection component of the Fifth Amendment's Due Process Clause."[15]

California has 167 HSI designated institutions, including at least 97 community colleges, 5 University of California campuses, and 21 California State University campuses. To say that California has been a major recipient of HSI grants which have functioned as an invaluable asset at every single one of these institutions would be an understatement. Collectively, California's institutions have received more than $600 million in HSI grants since 1995.[16]

The Trump administration announced on September 10, 2025, that it planned to cut about $350 million in grant funding (budgeted for fiscal year 2025) to minority-serving institutions nationwide. The majority of the grant funding would have gone to HSIs, but a portion was also allocated to grant programs for colleges enrolling large numbers of Native Hawaiian students, Alaska Natives, Asian American students and Black students.[17]

After the Trump administration's declaration that it would no longer defend the $350 million HSI annual grant program in court, U.S. Senator Alex Padilla (D-Calif.) and U.S. Representative Joaquin Castro (D-Texas-20), Democratic co-chairs of the Senate and House Hispanic-Serving Institutions

---

[14] 20 U.S.C. §1101a(a)(2) and 20 U.S.C. § 1101a(a)(5).

[15] Weissman, S., *Education Department Moves to End Funding for Minority-Serving Institutions*, Inside Higher Ed. (Sept. 11, 2025), https://www.insidehighered.com/news/government/politics-elections/2025/09/11/education-department-moves-end-msi-programs#:~:text=The%20lawsuit%20claimed%20that%20HSIs,to%20qualify%20for%20federal%20funds.)

[16] *Id.*

[17] *Id.*

Caucuses, issued the following statement on August 25, 2025:

> The Trump Administration's refusal to defend the Hispanic-Serving Institutions program will jeopardize the education of not only the two thirds of all Latino college students who attend HSIs, but of millions of students from all backgrounds who attend these important institutions across the country.
>
> A good education is the foundation of the American Dream and builds up our workforce. Stripping institutions of this critical funding stream simply because they serve Latino students is unjust and unsustainable. Our nation's more than 600 HSIs play a key role in promoting America's economic growth, and cutting off these vital resources would cause far more long-term damage than dollars saved.
>
> Make no mistake: the Trump Administration's threat to shut off HSI funding is a threat to similar minority-serving programs across the country that are essential to educational equality and our economy. We will keep fighting to ensure HSIs have the support they need to uplift all students, including Latino communities.[18]

In California, community colleges are on track to lose approximately $20 million in federal funding next year. This loss of federal funds will impact every California community college that has an HSI-related grant. This funding would have supported STEM majors, dual enrollment for eligible high school students to take college-level courses, and other programs.[19] It will also impact federal grants given to institutions designated as minority-serving institutions ("MSI").

For example, the Chabot-Las Positas Community College District located in Alameda County, is comprised of two community colleges – Las Positas and Chabot College. After the U.S. Department of Education announced it was pulling HSI grants, Las Positas College learned it is losing nearly $2 million in federal funding.[20] Las Positas College's grant was a five-year, $3 million award, with an annual distribution of approximately $600,000. The College was informed in September 2025 that after

---

[18] Press Release, *Padilla, Castro Condemn trump Administration's Move to End Hispanic-Serving Institutions Grant Program*, (Aug. 25, 2025), https://www.padilla.senate.gov/newsroom/press-releases/padilla-castro-condemn-trump-administrations-move-to-end-hispanic-serving-institutions-grant-program/

[19] Burke, M., *Student support programs in peril after federal cuts at Hispanic-serving community colleges*, EdSource (Oct. 8, 2025), https://edsource.org/2025/hsi-grant-cuts-impact-california/742465

[20] Amininejad, K., *LPC loses $1.8M in federal funding for serving Hispanics*, The Express (Oct. 3, 2025), https://lpcexpressnews.com/las-positas-loses-nearly-2m-in-federal-funding-grant-for-serving-hispanic-students/#:~:text=Las%20Positas%20is%20losing%20nearly%20$2%20million,how%20the%20loss%20will%20affect%20campus%20services

September 30th it would lose funding. The College received the first installment of the grant, but as of now, it is the only installment it will receive. The College's President, Dr. John F. Gomez explained the grant was used, and would have continued to be used, for the Guided Pathways initiative which includes education planning, counseling and tutoring and other services.[21][22] While the future of the funding for this grant remains uncertain, what is certain is that Las Positas College remains committed to supporting its students and community and has vowed to find alternatives to continue to provide resources and support. Without this federal funding, and if no alternatives are found or the alternatives are insufficient, critical and valuable resources will be lost and students will suffer.

Chabot College has been designated as an HSI since 2008. Over the years, the College has been awarded over $7 million in federal grants. These grants have allowed the College to "expand capacity in serving our low-income, Latinx/e population and to strengthen academic programming and management by adding funding to new and existing areas that support students' academic success" and "create or improve systems and spaces where students feel welcome, supported, and can succeed."[23]

In addition, students at Chabot College can join a program called Movement API. Movement API is the College's Asian American and Pacific Islander learning community, designed for students interested in the culture and experiences of the Asian American and Pacific Islander community. Per the College's website, students receive "individualized counseling and transfer planning support, leadership opportunities, and curriculum centered around Asian American and Pacific Islander history, literature, and culture."[24] The curriculum is offered in conjunction with the College's ethnic studies department. Despite what the Department of Education says, programs like, and including Movement API do not

---

[21] *Id.*

[22] https://www.laspositascollege.edu/hsi/grant.php

[23] https://www.chabotcollege.edu/latinx/hsi/index.php#:~:text=Chabot%20College%20has%20been%20designated%20as%20a,its%20capacity%20to%20serve%20low%2Dincome%2C%20Latinx/e%20students

[24] https://www.chabotcollege.edu/aapi/movement/index.php

have racial or ethnic quotas and are open and accessible to <u>all</u> students.[25] The grant for Movement API is set to run out next year, and the future of the program (and the availability of these resources) without federal funding is in jeopardy.

Laney College, part of the Peralta Community College District, has a program/center called Asian Pacific American Student Success that is open to <u>all</u> students. The program assists with academic counseling and helps students that have any language barriers and as a result have a harder time accessing resources. The College's five-year grant used for the program ran out at the same time as the Education Department announced future funding would be eliminated. The College has used this federal grant for the past 15 years to strengthen this program and was receiving about $300,000 a year.[26] The program's director is now out of a job, and the future of the program is at risk unless it finds resources from somewhere else.[27]

De Anza College, part of the Foothill-De Anza Community College District won a $2.25 million federal grant to better serve its diverse student body which includes providing student services through the new Guided Pathways Villages, expanding the current Learning Communities and creating a new Ethnic and Pride Inclusion Center for historically underserved students, including LGBTQ+ students. A portion of the grant is allocated for faculty development, building a better connection from high school to college and from college into the workforce, and providing student internship opportunities. The U.S. Department of Education awarded the funds under the Title III "Strengthening Institutions Program" but

---

[25] Mok, H., *The same group that sued Harvard on behalf of Asian Americans is now killing Bay Area college API programs*, San Francisco Chronicle (Oct. 25, 2025), https://www.sfchronicle.com/opinion/article/asian-college-api-dei-21116896.php

[26] Echelman, A., *California Faces Steepest Cuts as Trump Ends Diversity Grants. How One College is Faring*, KQED (Sept. 23, 2025), https://www.kqed.org/news/12057033/california-faces-steepest-cuts-as-trump-ends-diversity-grants-how-one-college-is-faring#:~:text=The%20change%20comes%20after%20the%20U.S.%20Department,illegally%20favors%20%20certain%20racial%20or%20ethnic%20groups

[27] *Id.*

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Page -12-

1  is now at risk, and will likely have this funding terminated. [28]

2  In fact, it appears De Anza College was specifically targeted by President Trump – although
3  without naming the college outright.[29] President Trump's budget proposal submitted earlier this year in
4  May, includes a description of why the "Strengthening Institutions" funds should be cut by roughly $100
5  million. The proposal states: "These funds have been used to promote DEI, inconsistent with the
6  Administration's priorities and Executive Orders. It is not the responsibility of Federal taxpayers to
7  support new 'Guided Pathways Village, expanding the current Learning Communities and creating a
8  new Ethnic and Pride Inclusion Center for historically underserved students, including LGBTQ+
9  students.'" The same language is found in the above paragraph because it was used in De Anza's press
10 release about the $2.25 million federal grant.[30] While President Trump did not directly name De Anza
11 College, he did explicitly cite San Diego Community College as a reason for cutting almost $200 million
12 from the Fund for the Improvement of Postsecondary Ed ("FIPSE"). The proposal states: "These
13 additional resources have allowed colleges and universities to fund ideologies instead of students...The
14 Congress has also abused FIPSE by using it to fund initiatives unrelated to students or institutional
15 reforms, <u>including earmarking $1.2 million for San Diego Community College's LGBTQIA+ Pride</u>
16 <u>Center staffing</u>."[31] (Emphasis added.) Federal funding for professors who research and study LGBTQ
17 matters has already been eliminated, and federally funded programs that used to recognize non-binary or
18 gender nonconforming students have been issued directives to no longer do so, therefore, it is not
19 surprising to see the effects of the Trump Administration's agenda making its not-so-insidious way

---

[28] https://www.deanza.edu/sip-grant/#:~:text=De%20Anza%20College%20has%20received%20a%20$2.25,to%20college%20and%20college%20to%20the%20workforce**

[29] Echelman, A., *Trump cites California LGBTQ+ centers to justify big cuts to 'woke' campuses*, CalMatters (May 30, 2025), https://calmatters.org/education/2025/05/lgbtq-trump-cuts-california-colleges/; *see also*, https://www.whitehouse.gov/wp-content/uploads/2025/05/Fiscal-Year-2026-Discretionary-Budget-Request.pdf

[30] *Id.*

[31] *Id.*.

down to the community college level.

De Anza College was also a recipient of a National Endowment for the Humanities ("NEH") grant. The NEH is the largest federal funder of the humanities and "offers many great programs to support museums, historic sites, colleges, universities, K-12 teachers, libraries, public television and radio stations, research institutions, independent scholars, and nonprofits nationwide."[32] The College was awarded a three-year $150,000 NEH grant for its "Voices of Silicon Valley: Using Heritage Discourse to Counteract Placelessness and Build Belonging" oral history project covering the history of Silicon Valley.[33] However, on April 2, 2025, the College received a letter from NEH that stated: "Your grant no longer effectuates the agency's needs and priorities and conditions of the Grant Agreement...NEH has reasonable cause to terminate your grant in light of the fact that the <u>NEH is repurposing its funding allocations in a new direction in furtherance of the President's agenda</u>...The President's February 19, 2025 executive order mandates that the NEH eliminate all non-statutorily required activities and functions...Your grant's immediate termination is necessary to safeguard the interests of the federal government...The termination of your grant represents an urgent priority for the administration...<u>NEH thereby terminates your grant in its entirety effective April 1, 2025</u>."[34] (Emphasis added.)

At Santa Rosa Junior College, federal grants helped the College create and grow programs that have strengthened student success. The College learned that two of its current programs, Lanzamiento and Transformando, will not receive additional federal funding after September 2026. The third program, Avanzando, funded through an HSI STEM grant, will continue to receive full funding in 2026.[35] What happens next is unknown. But what is known is that the student body at Santa Rosa will be

---

[32] https://www.neh.gov/grants

[33] https://www.neh.gov/sites/default/files/inline-files/NEH%20grant%20awards%20January%202024.pdf

[34] https://www.deanza.edu/califhistory/voices-grant/

[35] https://news.santarosa.edu/node/2651

harmed if they lose access to important resources.

At Modesto Junior College, part of the Yosemite Community College District, Dean of Special Programs, Jose Rocha, and his team, applied for a HSI grant that would have brought $2.5 million over five years in funding to the College. The College planned to use the funding to hire staff to oversee programs related to the College's student equity plan and would have announced the HSI grant in October 2025. Because the Trump Administration decided to reallocate these federal funds from minority-serving institutions, Modesto Junior College will no longer receive these funds. The College's leadership is now seeking alternative resources.[36]

Skyline College, one of the colleges in the San Mateo County Community College District, confirmed that the U.S. Department of Education rescinded federal funding for the College's Developing Hispanic Serving Institution ("DHSI") and Asian American and Native American Pacific Islander-Serving Institution ("AANAPISI") grants which will directly affect and impact student services.[37]

In addition, the community colleges in the State Center Community College District are designated HSIs and have received millions of dollars in grant funding. The district reported that it will lose between $2 to $3 million in federal funding across its four colleges.[38] Reedley College previously had $2 million in HSI grants that funded career counseling, dual enrollment and transfer services.[39]

The above is just a small sample of the immediate impact and harm the Trump Administration's actions have caused at the community college level. A loss of student resources and assistance will

---

[36] Aguilar, V., *Valley minority-serving colleges stand to lose millions in wave of federal cuts targeting DEI*, The Modesto Focus (Oct. 15, 2025), https://themodestofocus.org/valley-minority-serving-colleges-stand-to-lose-millions-in-wave-of-federal-cuts-targeting-dei/

[37] Baptista, A., *U.S. government rescinds funding for DHSI and AANAPISI programs at Skyline*, The Skyline View (Oct. 18, 2025), https://www.theskylineview.com/news/2025/10/18/u-s-government-rescinds-funding-for-dhsi-and-aanapisi-programs-at-skyline/

[38] *Id.*

[39] *Id.*

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Page -15-

impact students' ability to potentially transfer into a UC or CSU system, or delay their plans which may have ripple effects in their lives that are catastrophic. While media coverage has been primarily focused on universities and four-year colleges, the end of HSI funding of termination of federal funding to minority-serving institutions is already causing irreparable harm on campuses by causing students to lose critical support. Despite the Trump Administration's cry that every action it is taking is to combat illegal, immoral and discriminatory practices, these actions actually demonstrate that the Administration is not even trying to hide that it is targeting a very specific demographic of the population. All one has to do is look at the Administration's rhetoric concerning immigration policies and ICE.

Federal funding has community-wide impact because it benefits <u>all</u> students and strengthens campus resources that community colleges may not otherwise have. There is no question that federal funding cuts will destabilize community colleges, not just in California, but across the nation and strip away critical investments for under-resourced students of all backgrounds.

**III.   President Trump's Executive Order 14279, Titled "Reforming Accreditation to Strengthen Higher Education" Is An Intrusive Action that Will Have the Opposite Effect**

Accreditation of colleges in the United States is a process that began in the late 1800s and rose in popularity in the 1920s. It has generally been a process administered by private, non-governmental membership organizations and started as a voluntary process. However, it became mandatory when Congress enacted the Higher Education Act in 1965, which included a requirement that colleges and universities be accredited by an accrediting association recognized by the U.S. Secretary of Education if those institutions wanted their students to have the ability to receive Federal financial aid.[40] California law also requires all community colleges to be accredited, and federal law cuts off federal funds to colleges that have been disaccredited.[41]

Historically, federal regulation of private accrediting agencies has been minimal. The only question addressed by the Federal government has been whether a private accreditor should be listed by

---

[40] Higher Education Act of 1965, Pub. L. No. 8-329, 79 Stat. 1219, 1247-1248, 20 USC § 1001.

[41] Cal. Code Regs. Tit. 5, § 51016.

the U.S. Secretary as reliable.[42] The U.S. Department of Education cannot take any action to restrain violations by an accreditor of Federal regulations, State law, or even its own policies, nor to reverse or challenge any accreditation decision issued by an accrediting agency. On the contrary, the Department of Education has not concerned itself, in general, with whether an accreditor follows its own policies, or complies with State law.

Nothing in the federal regulations applicable to accrediting agencies exempts those agencies from compliance with state law, or from being required to comply with their own legitimate policies.[43] Under 34 CFR Sec. 602.3, an "accrediting agency" is defined as an agency "that conducts accrediting activities through voluntary, *non-Federal peer review*…" (Italics added). Now the federal government conveniently wants to be involved and it is no coincidence as it works steadfastly to integrate what it deems is the proper ideology across the nation.

As addressed in Plaintiffs' Amended Complaint, President Trump issued a series of Executive Orders in January 2025, aimed at universities with the ultimate goal of attacking academic freedom and free speech. The Orders also attacked "diversity, equity, inclusion, and accessibility (DEIA)" programs by proclaiming that such programs are illegal, immoral and discriminatory.

On April 23, 2025, President Trump continued his attack on public higher education and issued another set of Executive Orders.[44] Executive Order 14279, titled "Reforming Accreditation to Strengthen Higher Education" specifically impacts community colleges.[45] Executive Order 14279 directly threatens accreditors with "denial, monitoring, suspension, or termination of accreditation recognition" if the accreditors require "institutions seeking accreditation to engage in unlawful discrimination in accreditation-related activity under the guise of 'diversity, equity, and inclusion' initiatives."[46] Further,

---

[42] 34 CFR § 602.1

[43] 34 CFR § 602

[44] https://www.acct.org/news/new-executive-orders-impact-community-colleges

[45] *Id.*

[46] Exec. Order No. 14279, 90 Fed.Reg. 17529 (April 23, 2025)

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF AND AMICI CURIAE BRIEF ISO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Page -17-

the Executive Order states "accreditors have remained improperly focused on compelling adoption of discriminatory ideology, rather than on student outcomes. Some accreditors make the adoption of unlawfully discriminatory practices a formal standard of accreditation, and therefore a condition of accessing Federal aid, through 'diversity, equity, and inclusion' or 'DEI'-based standards of accreditation that require institutions to 'share results on diversity, equity, and inclusion (DEI) in the context of their mission by considering...demographics...and resource allocation."[47] The implications of this Executive Order are staggering, because even though the Order targets accrediting agencies, it will inevitably ripple down to community colleges if they want to continue to be accredited and eligible for federal funding.

As a result of this Order, colleges will likely face a more competitive accreditation landscape, especially when "diversity, equity, and inclusion" mandates in accreditation standards begin to shift. This will force colleges to revise curricula, faculty academic freedom, institutional goals, student support goals, and so on – and these revisions will cause irreparable harm to students and the community at large. With enough time, each higher education institution will have to change their policies and procedures to conform with the Trump Administration's vision, or else they will not receive federal funding. And if an institution's accrediting agency does not bend the knee to the Trump Administration, it will lose its federal recognition which will in turn impact the eligibility of the colleges that rely on accreditation for federal student aid. The likely result is that new accrediting agencies will be formed under the guidance of the Trump Administration, and instead of strengthening public higher education, it will be a slow, calculated dismantling of community college's mission that will result in a broken and divisive system.

## CONCLUSION

We have seen that this Administration will not stop its attack at the UC system level, and we have seen that such an attack is not, and will never be isolated. This Administration has repeatedly demonstrated its belief that it is above the law, and what starts as a small demolition of infrastructure,

---

[47] *Id.*

will quickly result in an entire leveling. Every person – regardless of race, color, origin – who identifies as a student, and who attends any institution of public higher education has been and will be harmed by the actions of the Administration.

For the foregoing reasons, amici urge the Court to grant Plaintiffs' motion for preliminary injunction.

Dated: October 31, 2025                           Respectfully submitted,


By: *Alexandra Iova*
    ALEXANDRA IOVA
    ALEXANDRA IOVA LAW
    Counsel for Amici