STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **SUPPLEMENTAL DECLARATION OF DREW MAMMEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**SUPPLEMENTAL DECLARATION OF DREW MAMMEL**

I, Drew Mammel, hereby declare as follows:

1. I am a litigation assistant at the law firm of Altshuler Berzon LLP, which is counsel for Plaintiffs American Association of University Professors ("AAUP"); American Federation of Teachers ("AFT"); California Nurses Association/National Nurses United ("CNA/NNU"); Committee of Interns and Residents, Service Employees International Union ("CIR"); University Council–American Federation of Teachers ("UC-AFT"); and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") in this action. I submit this supplemental declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. Attached hereto as **Exhibit 112** is a true and correct copy of the document referred to in Plaintiffs' opening memorandum in support of their Motion for Preliminary Injunction as the "August 8 Demand Letter," presented by the U.S. Department of Justice to the University of California, Los Angeles ("UCLA") on August 8, 2025 and produced by the Regents of the University of California to the UCLA Faculty Association and the Council of University of California Faculty Associations on October 24, 2025 pursuant to the Alameda Superior Court's order in *UCLA Faculty Association v. Regents of the University of California*, No. 25-CV-143076 (Cal. Super. Ct. Alameda Oct. 14, 2025).

3. Attached hereto as **Exhibit 113** is a true and correct copy of the Order and Judgment Granting Petition for Writ of Mandate in *UCLA Faculty Association v. Regents of the University of California*, No. 25-CV-143076 (Cal. Super. Ct. Alameda Oct. 14, 2025).

4. Attached hereto as **Exhibit 114** is a true and correct copy of Donald J. Trump's October 12, 2025 post to Truth Social, which is available at and has been downloaded from the following link, https://truthsocial.com/@realDonaldTrump/posts/115362973187528235.

5. Attached hereto as **Exhibit 115** is a true and correct copy of the September 26, 2025 news article entitled "UCLA chancellor ready to stand firm against Trump demands, unless they're 'valid,'" written by Jaweed Kaleem and published by the LA Times, which is available and has been downloaded

from this link, https://www.latimes.com/california/story/2025-09-26/ucla-chancellor-julio-frenk-trump.

6. Attached hereto as **Exhibit 116** is a true and correct copy of the August 27, 2025 news article entitled, "The Leader of Trump's Assault on Higher Education Has Troubled Legal and Financial History," written by Peter Elkind and published by ProPublica, which is available at and has been downloaded from this link, https://www.propublica.org/article/leo-terrell-universities-lawsuits-antisemitism.

I declare under penalty of perjury that that the foregoing is true and correct.

Executed this 31st day of October, 2025 in San Francsico, California

_____
Drew Mammel