# EXHIBIT 114



← **Truth Details**
1604 replies                                                                                 •••

**Donald J. Trump** 🔴 ⬛
@realDonaldTrump

Throughout most of our History, America's Colleges and Universities have been a Great Strategic Asset of the United States. Tragically, however, much of Higher Education has lost its way, and is now corrupting our Youth and Society with WOKE, SOCIALIST, and ANTI-AMERICAN Ideology that serves as justification for discriminatory practices by Universities that are Unconstitutional and Unlawful. My Administration is fixing this, and FAST, with our Great Reform Agenda in Higher Education. Our Nation's Great Institutions will once again prioritize Merit and Hard Work before "group identity," resulting in tremendous new Research and Opportunity to benefit all Americans, and Equality being honored in American Businesses, Courts, and Culture.

To those Universities that continue to illegally discriminate based on Race or Sex, we will continue our current efforts to swiftly and forcefully enforce Federal Law. But for those Institutions that want to quickly return to the pursuit of Truth and Achievement, they are invited to enter into a forward looking Agreement with the Federal Government to help bring about the Golden Age of Academic Excellence in Higher Education. They will agree to follow Federal Law, and protect the Civil Rights of ALL Students, Faculty, and Employees on Campuses. They will stop racist Admission Policies, and put an end to unjust and illegal discrimination in Faculty Hiring. These Institutions will commit to High Quality Standards, an Intellectually Open Campus Environment (including the protection of Free Speech and Debate), Institutional Neutrality, major steps toward Affordability for Students, and an end to the entanglement of Foreign Money in the Finances of American Universities. Americans deserve to be treated in accordance with their demonstrated achievements and potential, and upon regaining this fundamentally American Value, our Nation will be unstoppable. We will once again have Universities that develop the talents of our amazing young people to lead lives of Success and

Fulfillment, cultivate a Love of Country and a Culture of Achievement, and help make all Americans proud, safe, prosperous, and free!

**7.33k** ReTruths    **28.3k** Likes                                   Oct 12, 2025, 1:01 PM