# EXHIBIT 115

CALIFORNIA

# UCLA chancellor ready to stand firm against Trump demands, unless they're 'valid'



UCLA Chancellor Julio Frenk at the Anderson School of Management on May 29.  (Christina House / Los Angeles Times)



By **Jaweed Kaleem**
Staff Writer  |  𝕏 Follow

Sept. 26, 2025 3 AM PT

- UCLA Chancellor Julio Frenk said the university would address "valid" Trump administration concerns while defending against federal civil rights investigations and funding suspensions.

- Frenk acknowledged "failures" in how UCLA handled 2024 pro-Palestinian protests.

UCLA Chancellor Julio Frenk says the university will address "valid" concerns of the Trump administration and be "fully compliant" with the law, but will defend the campus against federal civil rights investigations and funding suspensions.

In a wide-ranging online appearance Thursday evening hosted by a Los Angeles-based Jewish civic group, Frenk said the University of California was still considering suing the Trump administration over its August demand that UCLA pay a $1.2-billion fine and make sweeping changes in its diversity programs, admissions practices and policies governing international students and gender identity on campus.

But, for now, he said, UC officials are negotiating with the Department of Justice and will staunchly uphold core academic freedoms to "assure that there's no government interference in who we hire, who we admit, and what we teach or research."



**CALIFORNIA**

**Here are the details of Trump's $1.2-billion call to remake UCLA in a conservative image**

Sept. 15, 2025

Making his first extensive public remarks on a nearly two-month saga that has shaken the UC system over possible wider federal actions and funding clawbacks, Frenk said he was not "directly" involved in government talks and had no "visibility" into how long the process would take.

But he said he was taking firm actions against antisemitism allegations at UCLA.

"We believe in talking and trying to make our case, where we try to demonstrate that we are serious about fighting antisemitism, that suspending research is not a way to deal

with that problem," Frenk said.

[Jews United for Democracy and Justice](#) hosted the event, titled, "Can America's universities survive the current assault?" The group formed during President Trump's first term in response to travel bans that initially targeted Muslim-majority nations after the president promised to ban all immigration of Muslims to the U.S.

On its website, the organization, whose leadership includes former Los Angeles County Supervisor Zev Yaroslavsky and former Congressman Mel Levine, says it responds to "rising threats to religious tolerance, equal rights, a free and fair press, human dignity, and long-held norms of decency and civil society."



**CALIFORNIA**

**Federal judge orders Trump to restore $500 million in frozen UCLA medical research grants**

Sept. 22, 2025

[Larry Mantle, the host of "AirTalk"](#) on LAist, interviewed Frenk, focusing much of the conversation on reporting from The Times that [revealed details](#) of a 28-page settlement proposal the Trump administration sent to UCLA last month.

The Trump administration rescinded $584 million in UCLA research grants in late July, citing allegations of campus antisemitism, use of race in admissions and the school's recognition of transgender identities. To restore the funding, the government has demanded changes to admissions, protest rules and gender-affirming healthcare for minors. It also wants to ban the university from admitting "anti-western" international students, and wants disclosures of internal campus records.

ADVERTISEMENT

The vast majority of the funding has been temporarily restored by court order as part of a lawsuit filed by UC faculty. The suit is proceeding in court while a federal judge considers the merits of the case.

After Frenk's Thursday appearance, a UCLA spokesperson clarified to The Times that the chancellor's mention of litigation as part of the university's strategy was in reference to faculty-led lawsuits.

During the talk, Frenk outlined several areas where UCLA was willing to agree with the Trump administration, while declining to take a position on others.



CALIFORNIA

UC employees, not waiting on leaders, sue Trump for 'financial coercion' over UCLA cuts

Sept. 16, 2025

## Actions against antisemitism

Frenk said there were "failures" during the 2024 pro-Palestinian protests in responding to complaints by Jewish community members of discrimination — including that they were blocked by protesters from a central campus green for being Jewish. Others, including Jewish members of a pro-Palestinian encampment, have disagreed, saying the encampment restricted some pro-Israel individuals from entry as a de-escalation measure. The encampment faced violent attack April 30 and May 1, 2024, from a vigilante mob.

10/31/25, 9:21 AM
Case 3:25-cv-07864-RFL  Document 67-4  Filed 10/31/25  Page 6 of 9
UCLA Chancellor ready to stand firm against Trump demands, unless they're 'valid' - Los Angeles Times

Frenk, who took the helm at UCLA in January, said he "heard loud and clear" that the "No. 1 request" on campus was to address the climate for Jewish students, an area where he believed the school had made significant progress.

He also said the university was committed to protecting the rights of Muslim students and all groups from discrimination.

Asked if UCLA would adopt a controversial definition of antisemitism by the International Holocaust Remembrance Alliance, a quasi-governmental international body, Frenk declined to support or oppose the idea. Although it's not a part of federal demands to UCLA, some Jewish faculty have asked the campus to follow the definition. It says that "denying the Jewish people their right to self-determination, such as by claiming that the existence of a State of Israel is a racist endeavor," is an example of antisemitism.

Harvard and Columbia, which have been similarly under antisemitism investigations this year, now use the definition.

Frenk, who was born in Mexico after his grandparents fled rising antisemitism in 1930s Germany, said criticism of "Israel or the Jewish people" as a whole was antisemitic. But he said criticizing the government of Israel or its policies is not.



**CALIFORNIA**

**UCLA violated Jewish students' civil rights with 'deliberate indifference,' feds say**

July 29, 2025

The Trump administration's suspension of grants, he said, could make antisemitism "worse."

"Now we hear people saying, 'It's because Jewish faculty are complaining so much now I have my grant canceled,' " Frenk said.

He added, "We have a lot of researchers who are Jewish themselves" and they, too, are losing out in the government's actions to address alleged discrimination.

## Allegations of using race in admissions

In addition to antisemitism allegations, Frenk said the government has charged UCLA with illegally using race in admissions and discriminating against women by recognizing transgender women in sports and other areas.

Frenk said, "those are valid concerns, and we need to address them," adding that UCLA follows state and federal laws.

He said UCLA has been "compliant" with decades-old state law that bans use of race in admissions. Regarding transgender athletes, "that's not an issue we're dealing with on this particular campus" because UCLA is part of the National Collegiate Athletics Assn., which bans transgender women from sports teams.

As for the government's demand that UCLA end all gender-affirming care for minors, the chancellor said, "We are going to have to follow whatever rules the federal government proposes." UCLA, he said, does not offer gender-affirming surgery for transgender minors but does offer other treatments, such as hormonal prescriptions or puberty blockers. He said the campus would "have to see" how federal policy on the matter developed.

A UCLA representative later said the university stopped offering gender-affirming surgeries in June 2024. The services offered before that, the person said, were chest procedures. They did not indicate why the medical care stopped.



**CALIFORNIA**

**UCLA enacts new campus protest rules, several that mirror Trump's demands**

Sept. 19, 2025

The Trump administration has also proposed that UCLA screen international applicants to prevent "anti-American" and "anti-Western" people from coming to campus. It has not defined what the terms mean, although in separate statements and actions Trump has made clear that pro-Palestinian student activists are, in his view, anti-American.

Frenk declined to say whether UCLA would agree to such terms.

"All of these may be issues that become non-issues. I don't want to speculate," he said, saying the government's demands were not an "outcome" but " hypothetical" proposals.

In a statement, UC spokesperson Rachel Zaentz said, "our focus remains protecting students' access to a UC education and promoting the academic freedom, excellence, and innovation that is at the core of the university's mission."

## More to Read

**Cal State universities now target of antisemitism probe by Trump administration**
Sept. 27, 2025


**It's not just UCLA. UC president warns of Trump push into all campuses and hospitals**
Sept. 15, 2025


**Voices**
**Contributor: Why California universities must fight Trump in court**
Aug. 30, 2025


## Sign up for Essential California

UCLA chancellor ready to stand firm against Trump demands, unless they're 'valid' - Los Angeles Times

The most important California stories and recommendations in your inbox every morning.

By continuing, you agree to our Terms of Service and our Privacy Policy.

Enter email address

Agree & Continue



Jaweed Kaleem

Jaweed Kaleem is an education reporter at the Los Angeles Times, where he covers the University of California and higher education. He specializes in reporting on campus activism and culture, including issues on free speech, religion, race and politics. Kaleem previously worked for The Times as a Los Angeles-based national correspondent and a London-based foreign correspondent. Follow him on Bluesky @jaweedkaleem.bsky.social and X @jaweedkaleem.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information