1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., | Case No. 3:25-cv-07864-RFL |
|---|---|
| Plaintiffs, | **DECLARATION OF MATIAS CAMPOS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | |
| Defendants. | |

I, Matias Campos, hereby declare and state as follows:

1.  I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so. This is the first declaration I have submitted in support of the Plaintiffs' Motion for a Preliminary Injunction in this case.

2.  I am the Executive Vice President of the University Professional and Technical Employees-Communication Workers of America ("UPTE") and have held this position since 2021. I am also a member of UPTE's bargaining committee. In these roles, I interact with UPTE members across the University of California system ("UC") and in all three of our bargaining units. I have been employed at University of California, San Francisco as a Staff Pharmacist 2 for more than 8 years.

3.  UPTE is a labor union and the exclusive representative of more than 20,000 employees across UC in its Healthcare Professionals bargaining unit ("HX Unit"), Research Support Professionals bargaining Unit ("RX Unit"), and Technical Support Professionals bargaining unit ("TX Unit"). UPTE represents workers at UC's ten campuses, five medical centers, and numerous clinics and research laboratories. UPTE-represented employees are responsible for providing life-saving medical treatment to millions of patients, providing life-changing higher education to hundreds of thousands of students, and conducting world-changing research that benefits humanity.

4.  UPTE members' careers are at risk if federal grant funding is threatened. UPTE represents more than 6,000 professional researchers at UC in its RX Unit. A significant portion of RX Unit members work on research projects that are supported by grants funded by Federal agencies that are Defendants in this lawsuit (Defendant Agencies). There are also many members of UPTE's HX and TX Units that work on research projects that are supported by grants funded by Defendant Agencies.

5.  I am aware that individual UC researchers have filed a class action lawsuit against the Trump Administration challenging the termination and suspension of grant funding, *Thakur v. Trump*, N.D. Cal Case No. 25-cv-04737. I am aware that the Court in that case has certified classes consisting of "researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants." To the best of my knowledge, UPTE does not have

any members who are members of the classes in *Thakur v. Trump*. This is because, although many of our members depend on federal grant funding to support their positions, our members are not the "principal researchers, investigators, or project leaders" on those grants.

6. Nonetheless, for most RX, TX, and HX Unit members who work on research projects supported by grants funded by Defendant Agencies, their own positions are also partially or fully funded by those same grants.

7. If Defendants follow through on their threats to cancel existing grants to UCLA and/or refuse to award new grants, those grant cancellations or refusals will very likely impact the RX, TX, and HX Unit members whose positions the grants fund. In some cases, the principal researchers or investigators for the research projects those UPTE represented employees work on may be able to secure alternative funding to support those positions. Where no alternative funding sources are available, those UPTE represented employees' positions will be eliminated for lack of funding and those employees will lose their jobs, which will cause significant harm to those employees. My understanding is that many or most of the positions of RX, TX, and HX Unit members who work on research projects supported by grants funded by Defendant Agencies would be at risk of elimination if that funding was revoked because of the limited availability of alternative funding sources to substitute for federal grant funding.

8. Elimination of these RX, TX, and HX Unit positions would also harm UPTE by undermining the strength of UPTE's bargaining units and forcing UPTE to divert further resources away from bargaining and ongoing representational activities to assist members whose positions were eliminated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  30    day of October, 2025.

Matias Campos
Executive Vice President, UPTE