UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF STEVEN CLARKE** |

I, Steven Clarke, declare as follows:

1. I am a Professor of Biochemistry in the UCLA Department of Chemistry and Biochemistry and the former Director of the UCLA Molecular Biology Institute. I make this statement based on personal knowledge, and if called as a witness could and would testify competently thereto.

2. This declaration is submitted in support of Plaintiffs' Motion for a Preliminary Injunction.

3. I have been a professor at UCLA since 1978. I hold a PhD in Biochemistry and Molecular Biology from Harvard University, where I worked as a National Science Foundation ("NSF") Fellow on membrane protein-detergent interactions and the identification of the major rat liver mitochondrial polypeptides as enzymes of the urea cycle. I then completed a postdoctoral fellowship at the University of California, Berkeley, where I worked on identifying membrane receptors for bacterial chemotaxis. At UCLA my research has focused on the roles of novel protein methyltransferases in aging and biological regulation. I have been a been a visiting scholar at Princeton University (1986-87), at the University of Washington (2004-2005), and at Vanderbilt University (2015).

4. In addition to my research, I teach courses to both UCLA undergraduate and graduate students on topics such as metabolic regulation, research integrity, and posttranslational modifications. I also serve on departmental committees concerned with undergraduate and graduate instruction such as the Teaching Committee and Biochemistry Graduate Committee.

5. I am a member of the UCLA Faculty Association.

6. I was previously a member of an NSF biochemistry panel reviewing grant applications from 1989 to 1991. I also did ad hoc reviews of grant applications for the National Institutes of Health ("NIH") in 1995.

7. In the past, when I submitted grant applications to NSF, the major hurdle in the process involved getting my grant recommended by my assigned NSF program officer. I was aware that there were further administrative steps between program officer recommendation and final grant approval, but in the past once I received a program officer recommendation my prior grant applications were invariably approved within a few weeks or months.

8. My previous NSF grant was for approximately $800,000 and ran from 2017 until 2023. It funded studies on the role of protein modification in protein biosynthesis. In addition, I have previously

received two other grants from NSF.

9. I have also previously received multiple other federal government research grants, including an NIH grant that ran from 1978 to 2016 with renewals every three to five years.

10. I submitted my currently pending grant application to NSF in October 2024. The grant application was for $830,581 over three years to study the role of protein arginine methylation in biochemical function including cell growth and proliferation. In June 2025, I received an email from my program officer informing me that the grant would be recommended for approval. The email concluded with "congratulations on your successful proposal." The email included a recommended start date for the grant of August 1, 2025.

11. In mid-July, the status of this grant application listed in my NSF grant application portal on the NSF website changed from "pending" to "recommended." During the time period that its status was listed as recommended, I could view the anonymous reviews of the grant application written by members of an NSF review panel as well as by outside experts. The reviews were quite positive. My recollection is that most reviewers had rated my grant application as "excellent" or "very good," with only one or two that had rated it "good/very good." I did not think to download copies of the reviews because I had never previously encountered or heard of reviews being removed once they became viewable.

12. On August 13, 2025, I checked my NSF portal and noticed that the status of my grant application had changed from "recommended" back to "pending." I was not given any explanation of the change at the time.

13. On August 19, 2025, I sent my program officer an email asking about this reversion in the status of my grant application. My program officer explained: "As you know, the NSF had suspended all active grants to UCLA a few weeks ago and, in the process, actions on all pending proposals were also suspended. Although active NSF awards have now been reinstated, there have not been any guidance yet on actions for the suspended proposals." A true and correct copy of this email is attached hereto as **Exhibit A**.

14. On September 23, 2025, I received an email from Tracey Fraser, Senior Director of the UCLA Office of Contracts and Grant Administration, stating that UCLA had not received any new grants

from NSF in one and one-half months.

15. On September 26, 2025, I spoke with with my NSF program officer to ask again about the status of my grant application. He told me that he still personally wants to see it funded but that the application is stuck. He said that this is not a problem with the NSF division of chemistry but rather is due to an NSF-wide issue. He reiterated his explanation from his August 19 email that all pending grant proposals from UCLA are still suspended.

16. This delay is causing significant harm to the progress of my research and to the education and careers of the undergraduate students and graduate students this grant would fund. The research that the grant would have funded is in limbo and not progressing. One post baccalaureate student is currently working as a volunteer rather than being paid. Additionally, this grant would have funded positions for approximately two to four undergraduate student researchers and two to four graduate student researchers whose education and careers have been impeded as a result.

17. As of the date of this declaration, I have not received any funding from this grant.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2025, in Los Angeles, CA.

_Steven Clarke_
Steven Clarke