UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**SUPPLEMENTAL DECLARATION OF RAFAEL JAIME IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Rafael Jaime, declare as follows:

1. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify to these facts.

2. I am President of United Automobile, Aerospace and Agricultural Implement Workers of America, Local 4811 ("UAW 4811"). UAW 4811 represents 48,000 academic workers at the University of California ("UC"), including at all 10 UC campuses, 5 medical centers, and Lawrence Berkeley National Lab. UAW 4811 represents 16,000 Graduate Student Researchers, 7,000 Postdoctoral Scholars, and 5,000 Academic Researchers.

3. I am aware that individual UC researchers have filed a class action lawsuit against the Trump Administration challenging the termination of grant funding, *Thakur v. Trump*, N.D. Cal. Case No. 25-cv-04737. I am aware that the Court in that case has certified classes consisting of "researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants."

4. Many UAW 4811 members perform research on federally-funded projects, and their salaries are often funded through grants awarded by federal agencies. However, the vast majority of UAW 4811-represented employees do not serve as principal researchers, investigators, or project leaders (collectively "PIs") on the grant applications.

3. Graduate Student Researchers ("GSRs") perform research under the direction of a faculty member or authorized PI. GSRs are not eligible to serve as PIs themselves. GSRs' wages are often funded by federal grants that are awarded to their supervising PI. In other cases, GSRs' salaries are funded by training grants or fellowships, which are often awarded by federal agencies. Training grants are institutional awards. They are awarded to the UC, which then disperses the funds to eligible individuals.

4. Postdoctoral Scholars ("Postdocs") are academic employees who have recently been awarded a PhD. They perform research under the general oversight of a faculty mentor. Under UC policies, Postdocs are ordinally not permitted to serve as PIs on extramurally-sponsored contracts or grants. Campuses may permit Postdocs to serve as PIs on awards that are restricted to Postdocs, on

1

small awards for research expenses or travel, or in other circumstances approved by the UC Chancellor. Postdocs' salaries are commonly funded through federal grants awarded to their supervising faculty mentor.

5. Academic Researchers are career employees. Academic Researchers appointed in the Professional Researcher job classification are eligible to serve as PIs with campus approval. There are approximately 727 Professional Researchers in the Academic Researcher bargaining unit. All other Academic Researchers are only eligible for PI status in exceptional circumstances. The salary of many Academic Researchers is funded through federal grants awarded to their supervising PI.

6. UAW 4811 members who are supported by federal funds but are not PIs will face unique harms if the federal funds that they rely on are withheld. For example, there are thousands of UAW 4811-represented Postdocs who rely on federal funds but are not PIs. Employment as a Postdoc is limited to a maximum of five or six years. The position is designed to provide a period of mentored research training to prepare individuals who have recently been awarded a PhD for a career position as a researcher or academic. A Postdoc's reputation as a researcher and their ability to obtain a career position is heavily dependent on the publications and other research accomplishments they are able to produce during their time as a Postdoc. As a result, if a Postdoc were unable to complete their research projects due to a loss of federal funding, even a temporary one, their reputation and career prospects would be severely diminished.

7. I am aware that a district court enjoined the termination of grants awarded to UC researchers, including by the National Institutes of Health ("NIH") and National Science Foundation ("NSF"). UAW 4811 members rely on funding from other federal agencies that are not currently enjoined, including but limited to the Department of Energy ("DOE"), National Aeronautics and Space Administration ("NASA"), Department of Education, and Department of Commerce. If federal agencies that are not currently enjoined withheld funds from the UC, UAW 4811 members would be irreparably harmed.

8. Federal funds support the salaries of many UAW 4811 members, as well as the research projects they work on. The loss of additional federal funds would likely result in adverse employment actions including layoffs and reductions in time. In addition, the loss of additional federal funds will

likely result in UAW 4811 members, including GSRs, Postdocs, and Academic Researchers, being unable to complete their research projects. GSRs, Postdocs, and many Academic Researchers are in the process of establishing their careers and their reputation as researchers, which largely depends on the publications and research results they produce. Consequently, if they are unable to complete their research due to a loss of funding, their career prospects will be harmed. Further, many UAW 4811 members are engaged in medical research and other research that is invaluable to the public. If their work is halted, the public will be deprived of the benefits that the research would yield, such as advances in medical treatments. Lastly, UAW 4811 would be further harmed by the continued need to divert time and resources to members experiencing a loss of funding, which would affect UAW 4811's ability to engage in the representational, organizing, and advocacy work that is its core mission.

9. UAW 4811 members continue to suffer irreparable harm caused by the Trump administration's mass suspension of federal funds to the University of California, Los Angeles ("UCLA") on or around July 30 to August 1, 2025. For example, I previously described that on September 19, 2025, UAW 4811 was notified by the UC that two of its members had their appointments, and salaries, reduced by more than half. The notices sent to each member specifically cited the recent suspension of DOE grants as the reason their appointments were reduced. The UC has not notified UAW 4811 that these notices have been rescinded. To my knowledge, DOE has not restored the grants to UCLA which were suspended on or about July 30 and July 31, 2025.

10. The harms described above are in addition to all the harms caused by the Trump administration's campaign against UC that I previously described, including the chilling of members' speech.

11. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 30th day of October, 2025.

*Rafael Jaime*