# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **SUPPLEMENTAL DECLARATION OF KATIE RODGER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Katie Rodger, hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I make this declaration of my own personal knowledge and would testify to the facts set forth below if called on to do so. This is the second declaration I have submitted in support of the Plaintiffs' Motion for a Preliminary Injunction in this case.

2. As I stated in my prior declaration, I have been employed at the University of California ("UC") Davis as a Lecturer since 2011, and my current position title is a Senior Continuing Lecturer. I am the President of University Council – American Federation of Teachers ("UC-AFT"). I have held my current position for three years.

4. As I also explained previously, UC-AFT is a labor organization founded in 1972 and the exclusive representative of approximately 7200 Lecturers, Instructors, Librarians, and other employees across the UC system. Our members are divided into two bargaining units. UC-AFT Unit 18 consists of teaching faculty. These members teach approximately 30-40% of credit hours at UC. UC-AFT Unit 17 constitutes our librarian bargaining unit comprising more than 300 librarians across all ten UC campuses. Our librarian members are stewards of the largest library system in the world containing California's vital records and its cultural heritage and provide essential services to operate and maintain UC's academic, scientific and medical library facilities.

5. I am aware that individual UC researchers have filed a class action lawsuit against the Trump Administration challenging the denial of grant funding, *Thakur v. Trump*, N.D. Cal. Case No. 25-cv-04737. I am aware that the Court in that case has certified classes consisting of "researchers, including faculty, staff, academic appointees, and employees across the University of California system who are named as principal researchers, investigators, or project leaders on the grant applications for previously awarded research grants." To the best of my knowledge, UC-AFT does not have any members who are members of the classes in *Thakur v. Trump*. This is because, although some of our members depend on federal grant funding to support their positions, our members are not the "principal researchers, investigators, or project leaders" on those grants.

6. Threats to federal funds threaten the work of UC-AFT's members. A substantial number of our librarian members in Unit 17 are directly funded by federal grants to UC, including at UCLA. If

federal grants are terminated, suspended or otherwise denied, this could result in a loss of work for our librarian members. Our teaching faculty members are also at risk of losing work if federal funds are terminated, suspended or denied.  This is because when budgetary considerations necessitate cuts, UC is permitted to reassign courses taught by our members to Senate Faculty or graduate academic student employees and to lay off or reduce the appointment percentage of our members.  In other words, if teaching positions must be eliminated or reduced because of cuts to federal funding to UC, it is our teaching faculty members who will be first on the chopping block.  And as I described in my prior declaration, hundreds of UC-AFT members have already been laid off with UC expressly citing federal funding cuts from the Trump Administration as a justification.

7. Our members suffer irreparable harm when their jobs are eliminated or their work is significantly reduced.  The vast majority of our members work in part-time positions with appointments that hover around 50%, which is the minimum apointment required to obtain benefits.  For our numerous members with appointments above 50%, loss of even some work can easily bring them below the 50% threshold resulting in a loss of healthcare benefits for the members and their families.  Losing a position with UC can also irreparably harm our members' careers because of UC's prestige and outsized role, especially in California.  The status and opportunities for career advancement that come with a UC position cannot be replaced by obtaining similar work at another California institution.

8. These risks to members' benefits and professional careers are in addition to all the harms caused by the Trump Administration's campaign against UC that I previously described, including the chilling of members' speech and academic freedom.

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

Executed this 30 day of October, 2025.

Signed by:

*katie Rodger*

Katie Rodger

---

DECLARATION OF KATIE RODGER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Case No. 3:25-cv-07864-RFL