# EXHIBIT 1

Docusign Envelope ID: ABDE49F3-A05B-42E0-3076-48E8F2E4D765

 Outlook

Fw: NSF/DFG Proposal 2515077-- ABSTRACT request

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Tuesday, July 29, 2025 7:08 AM
**To:** Roper, Marcus <mroper@math.ucla.edu>
**Subject:** FW: NSF/DFG Proposal 2515077-- ABSTRACT request

Reminder for the Abstract. As soon as I get it, the recommendation will go out.

Thanks,

Angel

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Date:** Tuesday, July 22, 2025 at 1:31 PM
**To:** Roper, Marcus <Mroper@math.ucla.edu>
**Subject:** NSF/DFG Proposal 2515077-- ABSTRACT request

Hi Marcus,

Great talking to you. As I mentioned over the phone, we plan to recommend your POLS proposal for an award and will need an abstract for the project.

Here are the NSF Instructions for the Abstract:

Abstracts are a public record of active and expired awards and are an important source of information on NSF activities. The purpose of the Abstract is to describe the project and justify the expenditure of Federal funds. Abstracts must not contain inappropriate or confidential information, and because they are available to such a wide audience, high standards of quality must be maintained in preparing them.

The NSF award abstract has two parts, which should appear in the following order:

   -Part 1: A nontechnical description of the project, which explains the project's significance and importance. This description also serves as a public justification for NSF funding by articulating how the project serves the national interest, as stated by NSF's mission: to promote the progress of science; to advance the national health, prosperity and welfare; or to secure the national defense. This part of the abstract should describe the fundamental issues the project seeks to address, as well as other potential benefits, such as how the project advances the field, supports education and diversity, or benefits society. This part should be understandable by a broad audience.

   -Part 2: A technical description of the project that states its goals and scope, the methods and approaches to be used, and its potential contribution. In many cases, the technical project description may be a modified version of the project summary that is submitted with the proposal. However, the technical description should reflect any changes in the project's goals made after the review process.

Best regards,

Angel

Angel E. Garcia, PhD
Program Director for Physics of Living Systems (POLS)
Division of Physics
Mathematical and Physical Sciences
National Science Foundation
2415 Eisenhower Avenue
Alexandria, Virginia 22314, USA

e-mail: aegarcia@nsf.gov

---

**From:** Roper, Marcus <Mroper@math.ucla.edu>
**Date:** Tuesday, July 22, 2025 at 11:26 AM
**To:** Garcia, Angel E. <aegarcia@nsf.gov>
**Subject:** [EXTERNAL] - Re: NSF/DFG Proposal 2515077

Noted — I look forward to speaking to you at 1pm today.

Thank you!

Marcus.

---

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Tuesday, July 22, 2025 5:38 AM
**To:** Roper, Marcus <Mroper@math.ucla.edu>
**Subject:** Re: NSF/DFG Proposal 2515077

Hi Marcus,

Let's meet today at 1 pm ET. I am including a zoom link.

Best regards,

Angel

Angel Garcia is inviting you to a scheduled ZoomGov meeting.
Join ZoomGov Meeting
https://nsf.zoomgov.com/j/1606514453?pwd_WWGaIz3JGOyj3xhW52trtQky5JD6GR.1

Meeting ID: 160 651 4453
Passcode: 229270

---

**From:** Roper, Marcus <Mroper@math.ucla.edu>
**Date:** Tuesday, July 22, 2025 at 12:41 AM
**To:** Garcia, Angel E. <aegarcia@nsf.gov>
**Subject:** [EXTERNAL] - Re: NSF/DFG Proposal 2515077

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Dr. Garcia,

Thank you for reaching out to me! I apologize for my earlier blank message. I was traveling today, and was supposed to have an away message set up, which is what you must have received in some form.

I'd be very grateful for the opportunity to discuss my proposal and the reviewers' comments. I am available noon-2pm tomorrow (Tuesday), 11-noon on Wednesay, and noon-2pm on Thursday (all times ET). If none of those times work, please let me know and I'll find others.

With best wishes and thanks,

Marcus.

---

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Monday, July 21, 2025 11:59 AM
**To:** Roper, Marcus <Mroper@math.ucla.edu>
**Subject:** NSF/DFG Proposal 2515077

Dear Prof. Roper,

I would like to have a zoom meeting with you to discuss the reviews and possible steps ahead for your POLS proposal PHY- 2515077. Please, let me know when it would be a good time to talk. I am available most days this week, except Wednesday afternoon.

Best regards,

Angel

Angel E. Garcia, PhD

Program Director for Physics of Living Systems (POLS)

Division of Physics

Mathematical and Physical Sciences

National Science Foundation

2415 Eisenhower Avenue

Alexandria, Virginia 22314, USA

e-mail: aegarcia@nsf.gov

--