# EXHIBIT 3

 Outlook

## Fw: POLS Project 2515077

**From:** Roper, Marcus <mroper@math.ucla.edu>
**Sent:** Tuesday, July 29, 2025 10:12 AM
**To:** Garcia, Angel E. <aegarcia@nsf.gov>
**Subject:** Re: POLS Project 2515077

Apologies! I'm not sure that the attachment got linked there: I'm reattaching it here.

Best wishes,

Marcus.


Professor of Mathematics and Computational Medicine
Vice Chair of Undergraduate Studies
Dept. of Mathematics
Math Sciences Building 7911
UCLA, Box 951555
Los Angeles, CA 90095-1555

www.marcusroper.org

**From:** Roper, Marcus <mroper@math.ucla.edu>
**Sent:** Tuesday, July 29, 2025 10:10 AM
**To:** Garcia, Angel E. <aegarcia@nsf.gov>
**Subject:** Re: POLS Project 2515077

Dear Angel,

Here is a draft of a public abstract. I'm happy to revisit and rewrite. I apologize for the delay — it was challenging to write, and I'm absolutely happy to take it back to the studs if it isn't what you are looking for.

with best wishes,

Marcus.


Professor of Mathematics and Computational Medicine
Vice Chair of Undergraduate Studies
Dept. of Mathematics
Math Sciences Building 7911
UCLA, Box 951555
Los Angeles, CA 90095-1555

www.marcusroper.org

---

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Monday, July 28, 2025 10:40 AM
**To:** Roper, Marcus <mroper@math.ucla.edu>
**Subject:** Re: POLS Project 2515077

Great. Thanks

Angel

---

**From:** Roper, Marcus <mroper@math.ucla.edu>
**Date:** Monday, July 28, 2025 at 1:38 PM
**To:** Garcia, Angel E. <aegarcia@nsf.gov>
**Subject:** [EXTERNAL] - Re: POLS Project 2515077

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Angel

Absolutely! I'm so sorry for the delay. I just finished and submitted the missing reports for my NSF DMS grant. I believe that Stacey Levine is the Program Director who is handling them. I am working with UCLA to get the C&P submitted today, and I'll also make sure to get you the abstract today, as well.

With many, many, thanks,

Marcus.


Professor of Mathematics and Computational Medicine
Vice Chair of Undergraduate Studies
Dept. of Mathematics
Math Sciences Building 7911
UCLA, Box 951555
Los Angeles, CA 90095-1555

www.marcusroper.org

---

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Monday, July 28, 2025 5:54 AM
**To:** Roper, Marcus <mroper@math.ucla.edu>
**Subject:** POLS Project 2515077

Hi Marcus,

I need the C&P and the submitted and approved report for DMS-209315 before I can submit an award recommendation. The Directorate (MPS) deadline for new award recommendations for this FY is August 4th. This means that I have to submit by this Wednesday if I want to have all Division approvals by next Monday. Please, let me know if you will be able to do this. If not, we will have to wait until next Fiscal Year.

Best regards,

Angel


Angel E. Garcia, PhD
Program Director for Physics of Living Systems (POLS)
Division of Physics
Mathematical and Physical Sciences
National Science Foundation
2415 Eisenhower Avenue
Alexandria, Virginia 22314, USA

e-mail: aegarcia@nsf.gov
--