# EXHIBIT 4

 Outlook

Fw: Your POLS 2515077

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Tuesday, August 5, 2025 5:47 AM
**To:** Roper, Marcus <mroper@math.ucla.edu>
**Subject:** Your POLS 2515077

Hi Marcus,

Unfortunately, we were unable complete the recommendation of your project before the deadline of August 5th. Program Directors were instructed not make additional awards to UCLA until issues with the Justice Department have been resolved.

I apologize for this inconvenience.

Sincerely,

Angel E. Garcia, PhD
Program Director for Physics of Living Systems (POLS)
Division of Physics
Mathematical and Physical Sciences
National Science Foundation
2415 Eisenhower Avenue
Alexandria, Virginia 22314, USA

e-mail: aegarcia@nsf.gov
--