# EXHIBIT 5

Docusign Envelope ID: ABDE49F8-A05B-42E6-3076-18E8F2E4D765

 Outlook

Fw: Your POLS proposal

---

**From:** Garcia, Angel E. <aegarcia@nsf.gov>
**Sent:** Wednesday, August 13, 2025 8:27 AM
**To:** Roper, Marcus <mroper@math.ucla.edu>
**Subject:** Your POLS proposal

Hi Marcus,

The award recommendation for your proposal has been 'concurred' by the Physics Division Director. It now goes to the Division of Grants Administration (DGA) who the only entity at NSF authorized to make an award. Under normal circumstances, it takes about 1 month for DGA to complete their tasks.

Let's hope it goes through!

Best regards,

Angel


Angel E. Garcia, PhD
Program Director for Physics of Living Systems (POLS)
Division of Physics
Mathematical and Physical Sciences
National Science Foundation
2415 Eisenhower Avenue
Alexandria, Virginia 22314, USA

e-mail: aegarcia@nsf.gov
--