STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **PARTIES' JOINT STATEMENT RE: WITNESSES AT HEARING ON PRELIMINARY INJUNCTION MOTION** <br><br> Judge: Hon. Rita F. Lin <br> Ctrm: 15, 18th Floor <br> Date: November 6, 2025 <br> Time: 10:00 a.m. |

The parties to the above-captioned matter provide this joint statement pursuant to the Court's October 14, 2025 order, ECF 41. The parties do not intend to call witnesses to testify at the hearing on Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

Dated: October 31, 2025

By: */s/ Stacey M. Leyton*
STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

By: */s/ Victoria S. Nugent*
SKYE L. PERRYMAN*
sperryman@democracyforward.org
VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818, *admitted pro hac vice*
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, CNA/NNU, UC-AFT, UAW, and CIR*

By: */s/ Veena Dubal*
    VEENA DUBAL, SBN 249268*
    vdubal@aaup.org
    **AMERICAN ASSOCIATION OF**
    **UNIVERSITY PROFESSORS**
    555 New Jersey Avenue NW, Suite 600
    Washington DC 20001
    (202) 737-5900

    *Counsel for Plaintiff AAUP*

By: */s/ Eleanor Morton*
    ELEANOR MORTON, SBN 220407
    emorton@leonardcarder.com
    KATE HALLWARD, SBN 233419
    khallward@leonardcarder.com
    ARTHUR LIOU, SBN 252690
    aliou@leonardcarder.com
    HUGH SCHLESINGER, SBN 353569
    hschlesinger@leonardcarder.com
    **LEONARD CARDER LLP**
    1999 Harrison Street, Suite 2700
    Oakland, CA 94612
    (510) 272-0169

    *Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

By: */s/ Margo A. Feinberg*
    MARGO A. FEINBERG, SBN 100655
    margo@ssdslaw.com
    DANIEL E. CURRY, SBN 297412
    dec@ssdslaw.com
    **SCHWARTZ, STEINSAPIR,**
    **DOHRMANN & SOMMERS LLP**
    888 W. 6th Street, 12th Floor
    Los Angeles, California 90017-2738
    (323) 655-4700

    *Counsel for Plaintiff UAW Local 4811*

By: */s/ Nicole J. Daro*
    NICOLE J. DARO, SBN 276948
    ndaro@calnurses.org
    **CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
    155 Grand Ave.
    Oakland, CA 94612

(510) 207-8291
*Counsel for Plaintiff CNA/NNU*

By: /s/ Susan K. Garea

SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

By: /s/ Hannah M. Shirey
HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

\*  *Pro hac vice application forthcoming*

Dated: October 31, 2025

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov