STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,
UC-AFT, CNA/NNU, UAW, and CIR*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **PLAINTIFFS' INDEX OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Rita F. Lin <br> Ctrm: 15, 18th Floor <br> Date: November 6, 2025 <br> Time: 10:00 a.m. |

# INDEX OF SUPPLEMENTAL EVIDENCE
# IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Supplemental Declaration of Drew Mammel (ECF No. 67) | | |
|---|---|---|
| **Ex.** | **Document** | **ECF No.** |
| 112 | Letter from U.S. Dep't of Justice to the Univ. of Cal., Los Angeles (Aug. 8, 2025) ("August 8 Demand Letter") | 67-1 |
| 113 | Order and Judgment Granting Petition for Writ of Mandate, *UCLA Fac. Ass'n v. Regents of the Univ. of Cal.*, No. 25-CV-143076 (Cal. Super. Ct. Alameda Oct. 14, 2025) | 67-2 |
| 114 | Donald Trump (@realDonaldTrump), Truth Social (Oct. 12, 2025 4:01 PM EST), https://truthsocial.com/@realDonaldTrump/posts/115362973187528235 | 67-3 |
| 115 | Jaweed Kaleem, *UCLA chancellor ready to stand firm against Trump demands, unless they're 'valid,'* LA Times (Sept. 26, 2025), https://www.latimes.com/california/story/2025-09-26/ucla-chancellor-julio-frenk-trump | 67-4 |
| 116 | Peter Elkind, *The Leader of Trump's Assault on Higher Education Has Troubled Legal and Financial History*, ProPublica (Aug. 27, 2025), https://www.propublica.org/article/leo-terrell-universities-lawsuits-antisemitism | 67-5 |

| Supplemental Plaintiff and Member Declarations | |
|---|---|
| **Declaration of** | **ECF No.** |
| Richard Bartlebaugh | 69 |
| Matias Campos | 70 |
| Steven Clarke | 71 |
| Kendall Houk | 40-2 |
| Rafael Jaime (Supplemental) | 72 |
| Seth Newton Patel (Supplemental) | 73 |
| Jason Rabinowitz (Supplemental) | 74 |
| Violet Ranson | 76 |
| Katie Rodger (Supplemental) | 77 |
| Marcus Roper | 78 |
| Dimitri Shlyakhtenko | 40-3 |

PLAINTIFFS' INDEX OF SUPPLEMENTAL EVIDENCE     Case No. 3:25-cv-07864-RFL