UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No.  25-cv-07864-RFL<br><br>**NOTICE OF QUESTIONS FOR HEARING**<br><br>Re: Dkt. No. 26 |

    The Court requests that the parties be prepared to address the following questions at the hearing on Plaintiffs' Motion for a Preliminary Injunction, set for November 6, 2025, at 10:00 a.m., in Courtroom 15 at the San Francisco Courthouse.

1. Imagine the following hypothetical:  A future U.S. president announces on social media repeatedly that he is tired of being criticized by faculty at universities that receive federal grants, and that agencies will be terminating grants to universities who keep employing faculty that criticize his administration.  The administration then terminates grants at University A and University B, and those universities agree to fire certain faculty members in exchange for having grants restored.  The administration sends a notice to University C that it intends to terminate all its federal grants.  Many faculty members at University C stop criticizing the administration for fear of being fired.  In Defendants' view, would the faculty at University C have standing to bring a First Amendment claim?  When, if ever, would their claim be ripe?  In what court, if any, would they be permitted to bring their claim?

2. Plaintiffs have submitted evidence that Defendants follow an unwritten policy of suspending grants without completing the processes described in Title VI and IX, and that they are carrying out that policy with respect to the UC. Defendants argue that this policy is not an agency action and is not final. In Defendants' view, what more would be required for Plaintiffs to be able to challenge that policy as a final agency action?

3. Of the instances in which Defendants have terminated or suspended a university's funding based on a Task Force investigation, how many times did Defendants follow the processes outlined in Title VI or IX?

4. What evidence supports Plaintiffs' view that all Defendants as to whom a preliminary injunction is sought follow the unwritten policy described in Question 2?

5. Are Defendants aware of any case in which a First Amendment claim was found to be a disguised contract claim under the Tucker Act and thus within the exclusive jurisdiction of the Court of Federal Claims?

At the hearing, each side will address each question in the sequence stated above, and then at the end, the parties will have additional time to present any additional argument that they wish the Court to hear. The parties **shall not** file written responses to this Notice of Questions.

**IT IS SO ORDERED.**

Dated: November 5, 2025

_____
RITA F. LIN
United States District Judge