UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>  Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **ORDER GRANTING PRELIMINARY INJUNCTION** <br><br> Dkt. No. 26 |

For the reasons set forth in the Court's accompanying opinion, it is hereby **ORDERED** that Defendants Donald J. Trump, in his official capacity as President of the United States, U.S. Department of Justice ("DOJ"), Department of Health and Human Services ("HHS"), National Institutes of Health ("NIH"), Centers for Disease Control and Prevention ("CDC"), Food and Drug Administration ("FDA"), Department of Education ("ED"), National Science Foundation ("NSF"), Department of Energy ("DOE"), Department of Defense ("DOD"), National Aeronautics and Space Administration ("NASA"), U.S. Department of Agriculture ("USDA"), Department of Commerce ("Commerce"), Department of the Interior ("Interior"), Department of State ("State"), and Environmental Protection Agency ("EPA"), and their agency heads or officials named in their official capacities as Defendants in this lawsuit; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (collectively, "Defendants"), are preliminarily enjoined as follows:

1. Defendants are **ENJOINED** and/or **STAYED** from refusing to grant, non-renewing, withholding, freezing, suspending, terminating, conditioning, or otherwise restricting use of federal funds, or threatening to do so, to the University of California ("UC"), defined to include any of its campuses, laboratories, and affiliated medical centers, based on alleged discrimination on the basis of race, color, national origin, or sex, until after full compliance with all of the required steps, consistent with all procedural and substantive requirements governing the termination of federal financial assistance under Title VI of the Civil Rights Act of 1964, 42 U.S.C. §2000d et seq., and Title IX of the Education Amendments of 1972, 20 U.S.C. §1681 et seq., and all procedural and substantive requirements governing the termination of federal financial assistance under the applicable Title VI and Title IX implementing regulations, and all procedural and substantive requirements under the Administrative Procedure Act, 5 U.S.C. §§551-559, 701-706 ("APA"), including but not limited to the following:

    a. Defendants determine that the funding recipient is out of compliance with Title VI or Title IX;

    b. Defendants attempt to achieve the recipient's voluntary compliance;

    c. Defendants determine that voluntary compliance cannot be achieved;

    d.  Defendants provide notice to the UC and to any UC faculty or other UC employees who are named in the grant or contract of the action proposed to be taken, the specific provision under which the proposed action against it is to be taken, and the matters of fact or law asserted as the basis for the action, and of the opportunity for a hearing;

    e.  A hearing is conducted on a date not less than 20 days after the date of such notice, in conformity with sections 5 to 8 of the Administrative Procedure Act, at which the funding recipient shall be entitled to introduce all relevant evidence on the issues as stated in the notice for hearing or as determined by the officer conducting the hearing, and at which interested parties may participate as amici curiae;

    f.  The funding recipient and other interested parties are given a reasonable opportunity to file briefs or other written statements;

    g.  An impartial trier of fact makes an express finding of noncompliance with Title VI or Title IX on the record, identifying the particular program or activity or part thereof found to be in noncompliance;

    h.  Defendants file with the committee of the House and the committee of the Senate having legislative jurisdiction over the program involved a full written report of the circumstances and grounds for such action;

    i.  Defendants wait 30 days after the filing of such committee report; and

    j.  Defendants limit the effect of any funding termination to the particular program, or part thereof, in which such noncompliance has been found.

  2.  Defendants are **ENJOINED** and/or **STAYED** from seeking payments of or imposing penalties or fines or any other monies from the UC or any of its campuses or affiliated medical centers in connection with any civil rights investigation under Title VI, VII, or IX or violations of Title VI, VII, and IX.

  3.  Defendants are **ENJOINED** and/or **STAYED** from refusing to grant, non-renewing, withholding, freezing, suspending, terminating, conditioning, or otherwise restricting use of federal funds to the UC, or threatening to do so, to coerce the UC in violation of the First Amendment or Tenth Amendment.

4. Defendants are **ENJOINED** and/or **STAYED** from conditioning the grant or continuance of federal funding on the UC's agreement to any measures that would violate the rights of Plaintiffs' members under the First Amendment.

5. The "suspensions" (or terminations) of National Science Foundation (NSF), National Institutes of Health (NIH), and Department of Energy (DOE) research grants to UCLA researchers that took place on or around July 30, 2025, and the associated blanket policy of denying any future grants to UCLA, are hereby **VACATED** and set aside and/or **STAYED**, and Defendants are **ENJOINED** and/or **STAYED** from implementing, instituting, maintaining, or giving any force or effect to them. Any future terminations of federal funding by Defendants meeting the above criteria are **ENJOINED, VACATED,** and/or **STAYED** upon issuance.

**IT IS SO ORDERED.**

Dated: November 14, 2025

_____
The Honorable Rita F. Lin
United States District Court Judge