STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,
UC-AFT, CNA/NNU, UAW, and CIR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108.

On September 22, 2025, I served the following documents:

- **Complaint (ECF #1)**
- **Summons (ECF #5)**
- **Order Setting Initial Case Management Conference and ADR Deadlines (ECF #4)**
- **Certification of Conflicts and Interested Entities or Persons by Non-Governmental Plaintiffs (ECF #6)**
- **Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12)**
- **Declaration of Barbara J. Chisholm in Support of Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12)**
- **[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12)**
- **Related Case Order (ECF #7)**
- **ADR Documents**
- **ECF Registration Information**
- **Notice of Availability of Magistrate Judge**
- **Standing Order for all Judges**
- **Standing Orders for Judge Lin**
- **Docket Sheet**

on the parties as designated below:

**Via Certified Mail:** I caused such documents to be served via USPS Certified Mail on the United States pursuant to Federal Rule of Civil Procedure 4(*i*)(1)(A)(ii) and 4(*i*)(1)(B) by placing true and correct copies of all above documents in the mail to the following address(es):

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-000 | CIVIL PROCESS CLERK<br>United States Attorney's Office<br>for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**Via Certified Mail:** I caused such documents to be served via USPS Certified Mail on the parties in this action pursuant to Federal Rule of Civil Procedure 4(*i*)(2) by placing true and correct copies of all above documents in the mail to the following address(es):

| | |
|---|---|
| DONALD J. TRUMP<br>1600 Pennsylvania Ave., NW<br>Washington, D.C. 20500 | PAMELA BONDI<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

- 1 -

PROOF OF SERVICE                                                          Case No. 3:25-cv-07864-RFL

| | |
|---|---|
| LEO TERRELL<br>United States Department of Justice<br>c/o Office of Legal Counsel<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | ROBERT FOSTER<br>U.S. Department of Health and Human Services<br>c/o General Counsel<br>200 Independence Avenue, S.W.<br>Washington, DC 20201 |
| ROBERT F. KENNEDY, JR<br>United States Department of Health and Human Services<br>c/o General Counsel<br>200 Independence Ave., S.W.,<br>Room 713F<br>Washington, DC 20201 | MARCO RUBIO<br>United States Department of State<br>The Executive Office<br>Office of the Legal Advisor Suite 5.600<br>600 19th Street, NW<br>Washington, D.C. 20522 |
| LINDA MCMAHON<br>U.S. Department of Education<br>c/o General Counsel<br>400 Maryland Avenue, S.W.<br>Washington, D.C. 20202 | MICHAEL RIGAS<br>U.S. General Services Administration<br>c/o General Counsel<br>1800 F Street, NW<br>Washington, D.C. 20405 |
| THOMAS E. WHEELER<br>U.S. Department of Education<br>c/o General Counsel<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 | BRIAN STONE<br>U.S. National Science Foundation<br>c/o General Counsel<br>2415 Eisenhower Avenue, Suite W14200<br>Alexandria, VA 22314 |
| JOSH GRUENBAUM<br>U.S. General Services Administration<br>c/o General Counsel<br>1800 F Street, NW<br>Washington, D.C. 20405 | PETER B. HEGSETH<br>United States Department of Defense<br>c/o General Counsel<br>4000 Defense Pentagon<br>Washington, D.C. 20301 |
| CHRISTOPHER A. WRIGHT<br>United States Department of Energy<br>c/o General Counsel<br>1000 Independence Ave., SW<br>Washington, D.C., 20585 | BROOKE ROLLINS<br>United States Department of Agriculture<br>c/o General Counsel<br>1400 Independence Ave., SW<br>Washington, D.C., 20250 |
| SEAN P. DUFFY<br>National Aeronautics and Space Administration<br>c/o Office of the General Counsel<br>300 E Street SW Suite 9V30<br>Washington, D.C. 20546 | DOUG BURGUM<br>United States Department of the Interior<br>c/o Acting Solicitor<br>1849 C Street, NW Washington, D.C. 20240 |
| HOWARD LUTNICK<br>United States Department of Commerce<br>c/o General Counsel<br>1401 Constitution Ave., NW<br>Washington, D.C. 20230 | CRAIG TRAINOR<br>U.S. Department of Education<br>c/o General Counsel<br>400 Maryland Avenue, SW<br>Washington, D.C. 20202 |

| | |
|---|---|
| KEITH SONDERLING<br>Institute of Museum and Library Services<br>c/o General Counsel<br>955 L'Enfant Plaza North SW., Suite 4000<br>Washington, DC 20025 | MICHAEL MCDONALD<br>National Endowment for the Humanities<br>c/o General Counsel<br>400 7th Street SW., Room 4060<br>Washington, D.C. 20506 |
| SEAN DUFFY<br>United States Department of Transportation<br>c/o General Counsel<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 | LEE ZELDIN<br>United States Environmental Protection Agency<br>c/o General Counsel<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 |
| JENNIFER BASTRESS TAHMASEBI<br>AmeriCorps (a.k.a. the Corporation for National<br>and Community Service)<br>c/o General Counsel<br>250 E Street, SW<br>Washington, D.C. 20525 | |

On September 24, 2025, I served the following documents:

- **Complaint (ECF #1)**
- **Amended Summons (ECF #15)**
- **Order Setting Initial Case Management Conference and ADR Deadlines (ECF #4)**
- **Certification of Conflicts and Interested Entities or Persons by Non-Governmental Plaintiffs (ECF #6)**
- **Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12)**
- **Declaration of Barbara J. Chisholm in Support of Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12)**
- **[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related (Civil L.R. 3-12)**
- **Related Case Order (ECF #7)**
- **ADR Documents**
- **ECF Registration Information**
- **Notice of Availability of Magistrate Judge**
- **Standing Order for all Judges**
- **Standing Orders for Judge Lin**
- **Docket Sheet**

on the parties as designated below:

**Via Certified Mail:** I caused such documents to be served via USPS Certified Mail on the United States pursuant to Federal Rule of Civil Procedure 4(*i*)(1)(A)(ii) and 4(*i*)(1)(B) by placing true and correct copies of all above documents in the mail to the following address(es):

| | |
|---|---|
| ATTORNEY GENERAL OF THE UNITED STATES<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-000 | CIVIL PROCESS CLERK<br>United States Attorney's Office<br>for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**Via Certified Mail:** I caused such documents to be served via USPS Certified Mail on the parties in this action pursuant to Federal Rule of Civil Procedure 4(*i*)(2) by placing true and correct copies of all above documents in the mail to the following address(es):

| | |
|---|---|
| JAYANTA BHATTACHARYA<br>National Institutes of Health<br>200 Independence Avenue, S.W.,<br>Room 713-F<br>Washington, D.C. 20201 | JIM O'NEILL<br>U.S. Centers for Disease Control and Prevention<br>200 Independence Avenue, S.W.,<br>Room 713-F<br>Washington, D.C. 20201 |
| MARTIN MAKARY<br>U.S. Food and Drug Administration<br>200 Independence Avenue, S.W.,<br>Room 713-F<br>Washington, D.C. 20201 | SCOTT TURNER<br>U.S. Department of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, D.C. 20410 |

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct. Executed November 14, 2025, at San Francisco, CA.

_____
Janelle Ibañez