STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**STIPULATION TO EXTEND BY ONE WEEK DEADLINE TO SUBMIT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**<br><br>Judge: Hon. Rita F. Lin<br>Ctrm: 15, 18th Floor |

WHEREAS, this Court on November 14, 2025 ordered the parties to submit a joint statement with a proposed case management schedule by December 5, 2025, ECF 92;

WHEREAS, the parties are engaged in ongoing discussions regarding matters relevant to the proposed case schedule, including the contents and timing of production of the relevant Administrative Record(s) and measures that may streamline proceedings;

WHEREAS, the parties have not previously requested any extension of the deadline to submit a joint case management statement, and there are no other deadlines in the case that will be affected by the requested extension;

WHEREAS, a brief extension of the deadline to submit a joint case management statement will facilitate the parties' efforts to confer on matters relevant to the case schedule and efficiently present their proposals to the Court;

The parties therefore stipulate and jointly request that their deadline to submit a joint statement with a proposed case management schedule be extended by one week, until December 12, 2025.

Respectfully submitted,

Dated: December 3, 2025

By: */s/ Amanda C. Lynch*
STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN*
sperryman@democracyforward.org

- 1 -

STIPULATION REGARDING CASE MGMT.
STATEMENT DEADLINE; [PROPOSED] ORDER

Case No. 3:25-cv-07864-RFL

VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

VEENA DUBAL, SBN 249268*
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

By: */s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

By: */s/ Margo A. Feinberg*
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**

888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

NICOLE J. DARO, SBN 276948
ndaro@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 207-8291

*Counsel for Plaintiff CNA/NNU*

By: /s/ *Susan K. Garea*
SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

\*   *Pro hac vice application forthcoming*

Dated: December 3, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

/s/ *Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL. Bar No. 1025003)
Trial Attorney
U.S. Department of Justice

- 3 -

STIPULATION REGARDING CASE MGMT.
STATEMENT DEADLINE; [PROPOSED] ORDER

Case No. 3:25-cv-07864-RFL

|   |   |
|---|---|
| 1 | |
| 2 | Civil Division, Federal Programs Branch |
| 3 | 1100 L Street, N.W. |
|   | Washington, D.C. 20005 |
|   | Tel.: (202) 598-7409 |
|   | Email: heidy.gonzalez@usdoj.gov |

*Attorneys for Defendants*

- 4 -

STIPULATION REGARDING CASE MGMT.
STATEMENT DEADLINE; [PROPOSED] ORDER                     Case No. 3:25-cv-07864-RFL

- 5 -

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____          _____

                                      Hon. Rita F. Lin