STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF AMANDA C. LYNCH IN SUPPORT OF STIPULATION TO EXTEND BY ONE WEEK DEADLINE TO SUBMIT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Rita F. Lin<br>Ctrm: 15, 18th Floor |

I, Amanda C. Lynch, hereby declare as follows:

1. I am an attorney at the law firm of Altshuler Berzon LLP and counsel for several Plaintiffs in this action. I submit this declaration in support of the parties' stipulation to extend by one week the deadline to submit a joint statement with a proposed case management schedule. I have personal knowledge of the facts set forth in this declaration and if called as a witness in this action, I could and would testify competently to these facts.

2. The parties are engaged in ongoing discussions regarding matters relevant to the proposed case schedule, including the contents and timing of production of the relevant Administrative Record(s) and measures that may streamline proceedings.

3. There have been no previous deadline extensions in the case. The parties have previously stipulated to a briefing schedule relating to Plaintiffs' motion for a preliminary injunction, ECF 37, and the Court vacated a previously scheduled case management conference in the order setting the preliminary injunction hearing, ECF 41.

4. The requested time modification would not affect any future case deadlines.

5. I attest that each of the other signatories to the stipulation concur in the filing of the document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of December, 2025.

*/s/ Amanda C. Lynch*
Amanda C. Lynch

- 1 -

LYNCH DEC. ISO STIPULATION REGARDING CASE MGMT. STATEMENT DEADLINE

Case No. 3:25-cv-07864-RFL