UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., Plaintiffs, v. DONALD J. TRUMP, et al., Defendants. | Case No. 25-cv-07864-RFL<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 103 |
|---|---|

Having reviewed the parties' Case Management Statement (Dkt. No. 103), the following case schedule is set:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | January 9, 2026 |
| Production of Administrative Records as to Defendants Department of Health and Human Services (including NIH), Department of Justice, Department of Education, NSF, DOE, General Services Administration | Rolling production between January 16 and 30, 2026 |
| Production of Administrative Records as to Remaining Defendants | February 13, 2026 |
| Meet and Confer Regarding ADR Options and Completeness of Administrative Records and Requests to Supplement | February 27, 2026 |
| Further Case Management Statement Due, Which Shall Include ADR Proposal and Proposed Schedule for Any Motions Related to the Administrative Records and Motions for Summary Judgment | March 18, 2026 |

1

Discovery outside of the administrative record is open as to the *ultra vires* claims. See *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, 155 F.4th 1082, 1093 (9th Cir. 2025) (finding discovery appropriate in a case involving both APA and *ultra vires* claims because "review of an *ultra vires* challenge would not be limited to an administrative record"). Accordingly, the parties should make initial disclosures as required under Federal Rule of Civil Procedure 26(a)(1). Any request for discovery beyond the limits imposed by the Federal Rules of Civil Procedure, and to which the parties have not agreed, may be addressed through the joint discovery letter process detailed in this Court's civil standing order.

**IT IS SO ORDERED.**

Dated: December 17, 2025

RITA F. LIN
United States District Judge