BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity As President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> DEFENDANTS' NOTICE OF APPEAL <br><br> Hon. Rita F. Lin |

### NOTICE OF APPEAL

All Defendants in this action respectfully provide notice that they hereby appeal to the United States Court of Appeals for the Ninth Circuit the Court's November 14, 2025 Order Granting Preliminary Injunction, ECF Nos. 90 and 91, which among other relief, granted Plaintiffs' October 9, 2025 Motion, and entered a preliminary injunction order against Defendants.

Dated: January 13, 2026

                                            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL. Bar No. 1025003)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*