

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JAN 13 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:           26-263
Originating Case Number: 3:25-cv-07864-RFL

Short Title:             American Association of University Professors, et al. v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-263 |
| Originating Case Number: | 3:25-cv-07864-RFL |
| Case Title: | American Association of University Professors, et al. v. Trump, et al. |

**1/20/2026**

| | |
|---|---|
| United States Centers for Disease Control | Mediation Questionnaire due |
| Chris Wright | Mediation Questionnaire due |
| Institute of Museum and Library Services | Mediation Questionnaire due |
| United States Department of Commerce | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| Jayanta Bhattacharya | Mediation Questionnaire due |
| AmeriCorps | Mediation Questionnaire due |
| United States Department of Housing and Urban Development | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| Donald J. Trump | Mediation Questionnaire due |
| United States Environmental Protection Agency | Mediation Questionnaire due |
| United States National Institutes of Health | Mediation Questionnaire due |
| National Science Foundation | Mediation Questionnaire due |
| Scott Turner | Mediation Questionnaire due |

| | |
|---|---|
| Josh Gruenbaum | Mediation Questionnaire due |
| United States Department of Education | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Brian Stone | Mediation Questionnaire due |
| United States Food and Drug Administration | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Robert Foster | Mediation Questionnaire due |
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| Leo Terrell | Mediation Questionnaire due |
| Howard Lutnick | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| Brooke Rollins | Mediation Questionnaire due |
| Doug Burgum | Mediation Questionnaire due |
| National Endowment for the Humanities | Mediation Questionnaire due |
| United States Department of Agriculture | Mediation Questionnaire due |
| Jim O'Neill | Mediation Questionnaire due |
| Craig Trainor | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| Lee Zeldin | Mediation Questionnaire due |
| Michael Rigas | Mediation Questionnaire due |
| Michael McDonald | Mediation Questionnaire due |
| United States Department of State | Mediation Questionnaire due |
| Martin A. Makary | Mediation Questionnaire due |
| Jennifer Bastress Tahmasebi | Mediation Questionnaire due |
| Linda McMahon | Mediation Questionnaire due |
| United States General Services Administration | Mediation Questionnaire due |
| Keith Sonderling | Mediation Questionnaire due |
| United States Department of the Interior | Mediation Questionnaire due |

**2/10/2026**

| | |
|---|---|
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| United States Department of the Interior | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Leo Terrell | Preliminary Injunction Opening Brief Due |
| United States National Institutes of Health | Preliminary Injunction Opening Brief Due |
| United States Department of Commerce | Preliminary Injunction Opening Brief Due |
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| AmeriCorps | Preliminary Injunction Opening Brief Due |
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| Brian Stone | Preliminary Injunction Opening Brief Due |
| Brooke Rollins | Preliminary Injunction Opening Brief Due |
| United States Food and Drug Administration | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| National Science Foundation | Preliminary Injunction Opening Brief Due |
| Josh Gruenbaum | Preliminary Injunction Opening Brief Due |
| National Endowment for the Humanities | Preliminary Injunction Opening Brief Due |
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| Jim O'Neill | Preliminary Injunction Opening Brief Due |
| Chris Wright | Preliminary Injunction Opening Brief Due |
| United States Department of Housing and Urban Development | Preliminary Injunction Opening Brief Due |
| Craig Trainor | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| Doug Burgum | Preliminary Injunction Opening Brief Due |
| Michael Rigas | Preliminary Injunction Opening Brief Due |
| Jayanta Bhattacharya | Preliminary Injunction Opening Brief Due |
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| Linda McMahon | Preliminary Injunction Opening Brief Due |
| United States Centers for Disease Control | Preliminary Injunction Opening Brief Due |
| Scott Turner | Preliminary Injunction Opening Brief Due |
| Martin A. Makary | Preliminary Injunction Opening Brief Due |
| United States Department of Defense | Preliminary Injunction Opening Brief Due |
| Robert Foster | Preliminary Injunction Opening Brief Due |
| United States Department of Education | Preliminary Injunction Opening Brief Due |
| Michael McDonald | Preliminary Injunction Opening Brief Due |
| Lee Zeldin | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| United States Department of State | Preliminary Injunction Opening Brief Due |
| United States Environmental Protection Agency | Preliminary Injunction Opening Brief Due |
| Jennifer Bastress Tahmasebi | Preliminary Injunction Opening Brief Due |
| Institute of Museum and Library Services | Preliminary Injunction Opening Brief Due |
| Keith Sonderling | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Howard Lutnick | Preliminary Injunction Opening Brief Due |
| United States General Services Administration | Preliminary Injunction Opening Brief Due |
| Donald J. Trump | Preliminary Injunction Opening Brief Due |

**3/10/2026**

| | |
|---|---|
| AFSCME Local 3299 | Preliminary Injunction Answering Brief Due |
| Teamsters Local 2010 | Preliminary Injunction Answering Brief Due |
| California Nurses Association | Preliminary Injunction Answering Brief Due |
| Committee of Interns and Residents, SEIU Healthcare | Preliminary Injunction Answering Brief Due |
| University Professional and Technical Employees- Communication Workers of America | Preliminary Injunction Answering Brief Due |
| UCSF Faculty Association | Preliminary Injunction Answering Brief Due |
| Berkeley Faculty Association | Preliminary Injunction Answering Brief Due |
| UCLA Faculty Association | Preliminary Injunction Answering Brief Due |
| Irvine Faculty Association | Preliminary Injunction Answering Brief Due |
| University Council-American Federation of Teachers | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| American Association of University Professors | Preliminary Injunction Answering Brief Due |
| American Federation of Teachers | Preliminary Injunction Answering Brief Due |
| San Diego Faculty Association | Preliminary Injunction Answering Brief Due |
| Santa Cruz Faculty Association | Preliminary Injunction Answering Brief Due |
| UC Santa Barbara Faculty Association | Preliminary Injunction Answering Brief Due |
| International Union, United Automobile, Aerospace and Agricultural Implement Workers of America | Preliminary Injunction Answering Brief Due |
| Council of UC Faculty Associations | Preliminary Injunction Answering Brief Due |
| Riverside Faculty Association | Preliminary Injunction Answering Brief Due |
| UC Merced Faculty Association | Preliminary Injunction Answering Brief Due |
| Davis Faculty Association | Preliminary Injunction Answering Brief Due |
| UAW Local 4811 | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**