1  STACEY M. LEYTON, SBN 203827
   sleyton@altber.com
2  BARBARA J. CHISHOLM, SBN 224656
   bchisholm@altber.com
3  CONNIE K. CHAN, SBN 284230
   cchan@altber.com
4  AMANDA C. LYNCH, SBN 318022
   alynch@altber.com
5  JUHYUNG H. LEE, SBN 315738
   hlee@altber.com
6  ALEXANDER PECHT, SBN 355877
   specht@altber.com
7  **ALTSHULER BERZON LLP**
   177 Post St., Suite 300
8  San Francisco, CA 94108
   Tel: (415) 421-7151
9
   *Counsel for Plaintiffs AAUP, AFT,*
10 *UC-AFT, CNA/NNU, UAW, and CIR*

BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS, et al.,

            Plaintiffs,

       v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

            Defendants.

Case No. 3:25-cv-07864-RFL

**JOINT MOTION FOR MODIFICATION
OF PRELIMINARY INJUNCTION
ORDER**

Judge:   Hon. Rita F. Lin
Ctrm:    15, 18th Floor

Pursuant to Federal Rule of Civil Procedure 65.1, the parties respectfully request the Court modify the Order Granting Preliminary Injunction Order, ECF No. 91, in accordance with the Order on Stipulation for Indicative Ruling, ECF No. 111.

On February 5, 2026, the parties submitted a Stipulation and Proposed Order for Indicative Ruling, jointly requesting that this Court issue an indicative ruling stating that if Defendants' appeal of the preliminary injunction order were dismissed, allowing this Court to regain jurisdiction over the preliminary injunction order, the Court would modify paragraphs 2 through 4 of the preliminary injunction. ECF No. 110 at 2. On February 6, 2026, the Court granted the parties' stipulation and indicated that it would grant a motion to modify the preliminary injunction in line with the parties' request if the Ninth Circuit remanded this action for that purpose. ECF No. 111 at 2.

On February 11, 2026, upon stipulation, the Ninth Circuit dismissed Defendants' appeal. *See* Exhibits A-B. Accordingly, the parties respectfully request that the Court modify the preliminary injunction order, ECF No. 91, by striking paragraph 4 and modifying paragraphs 2 and 3, as follows:

2. Defendants are **ENJOINED** and/or **STAYED** from seeking payments of or imposing penalties or fines or any other monies from the UC or any of its campuses or affiliated medical centers in connection with any civil rights investigation under Title VI, VII, or IX or violations of Title VI, VII, and IX. <u>This provision does not prohibit the voluntary resolution of civil rights investigations and litigations with respect to UC under Titles VI, VII, or IX so long as Defendants comply with all relevant procedural and substantive requirements under those statutes in initiating civil rights investigations and in procuring voluntary compliance, and seek only those remedies that are consistent with these civil rights laws.</u>

3. Defendants are **ENJOINED** and/or **STAYED** from <u>violating the First Amendment or Tenth Amendment by</u> refusing to grant, non-renewing, withholding, freezing, suspending, terminating, conditioning, or otherwise restricting use of federal funds to the UC, or threatening to do so, to coerce the UC <u>to agree to any of the terms contained in the August 8, 2025 settlement offer, or substantially similar terms, or pursuant to the "Task Force Policy," as defined on page 10 of the Court's</u>

1  memorandum and order, ECF No. 90.[1]

2  Dated: February 12, 2026

3                          Respectfully submitted,

4

5                          BRETT A. SHUMATE
                           Assistant Attorney General

6

7                          JOSEPH BORSON
                           Assistant Branch Director

8  By: */s/ Heidy L. Gonzalez*
                           HEIDY L. GONZALEZ (FL Bar #1025003)

9                          United States Department of Justice

10                         Civil Division, Federal Programs Branch
                           1100 L Street NW

11                         Washington, DC 20530
                           Tel: (202) 598-7409

12                         Email: heidy.gonzalez@usdoj.gov

13                         *Counsel for Defendants*

14

15  Dated: February 12, 2026    By: */s/ Stacey M. Leyton*
                           STACEY M. LEYTON, SBN 203827

16                         sleyton@altber.com
                           BARBARA J. CHISHOLM, SBN 224656

17                         bchisholm@altber.com
                           CONNIE K. CHAN, SBN 284230

18                         cchan@altber.com
                           AMANDA C. LYNCH, SBN 318022

19                         alynch@altber.com
                           JUHYUNG H. LEE, SBN 315738

20                         hlee@altber.com
                           ALEXANDER PECHT, SBN 355877

21                         specht@altber.com
                           **ALTSHULER BERZON LLP**

22                         177 Post St., Suite 300
                           San Francisco, CA 94108

23                         (415) 421-7151

24

25  [1] That language is as follows: "At stage one, a Task Force Agency announces investigations or planned
    enforcement actions related to alleged civil rights violations at a school. At stage two, Funding Agencies

26  cancel the school's federal grants *en masse* without following Title VI and IX procedural requirements
    or limiting the scope of the terminations to non-compliant programs. At stage three, DOJ demands the

27  payment of millions or billions of dollars—a penalty that Title VI and IX do not authorize—and requires
    a wide range of policy changes as a condition for restoring funding and avoiding further funding

28  disruptions."

*Counsel for Plaintiffs AAUP, AFT,*
*UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN*
sperryman@democracyforward.org
VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT,*
*UC-AFT, CNA/NNU, UAW, and CIR*

VEENA DUBAL, SBN 249268*
vdubal@aaup.org
**AMERICAN ASSOCIATION OF**
**UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

By: */s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299,*
*UC-AFT, CUCFA, and each of the UC Campus*
*Faculty Associations*

By: */s/ Margo A. Feinberg*
MARGO A. FEINBERG, SBN 100655

margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR,**
**DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

NICOLE J. DARO, SBN 276948
ndaro@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL**
**NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 207-8291

*Counsel for Plaintiff CNA/NNU*

By: */s/ Susan K. Garea*
SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

\*   *Pro hac vice application forthcoming*