**FILED**

FEB 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, also known as the Corporation for National and Community Service; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP; et al.,<br><br>   Defendants - Appellants. | No. 26-263<br><br>D.C. No. 3:25-cv-07864-RFL<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 7), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

All other pending motions are denied as moot.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT