UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Association of University
Professors, et al.
                                            ,

            Plaintiff(s),

        v.

Trump, et al.                               ,

            Defendant(s).

Case No. 3:25-cv-07864

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Skye L. Perryman          , an active member in good standing of the bar of

the District of Columbia          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: see attached          in the

above-entitled action. My local co-counsel in this case is Stacey M. Leyton          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 203827          .

| P.O. Box 34553, Washington, D.C. 20043 | 177 Post St., Suite 300, San Francisco, CA 94108 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 448-9090 | (415) 421-7151 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sperryman@democracyforward.org | sleyton@altber.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 984573          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1          times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 26, 2026__                                    ‾‾Skye L. Perryman‾‾‾‾‾‾‾‾‾‾
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Skye L. Perryman__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  **March 27, 2026**

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
RITA F. LIN
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2

**List of Plaintiffs**

- American Association of University Professors
- American Federation of Teachers
- California Nurses Association/National Nurses United
- Committee of Interns and Residents, Service Employees International Union
- UAW Local 4811
- University Council-American Federation of Teachers