STACEY M. LEYTON, SBN 20382726
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,*
*UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 3:25-cv-07864-RFL <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: CASE SCHEDULE** <br><br><br> Judge:   Hon. Rita F. Lin <br> Ctrm:    15, 18th Floor <br> . |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                                    Case No. 3:25-cv-07864-RFL

In accordance with the Court's instructions at the Initial Case Management Conference held March 25, 2026, Plaintiffs and Defendants in the above-captioned action, by and through their respective counsel, hereby stipulate to and respectfully propose that the Court order the following:

1.  Defendants shall respond to any written discovery requests within 30 days of service thereof, unless the parties stipulate in writing to any reasonable extensions, and shall produce responsive documents and privilege logs, as applicable, on a rolling basis.

2.  The deadline for Defendants' completion of document production and privilege logs shall be June 30, 2026.

3.  The deadline for any motions to compel written discovery shall be July 31, 2026.  If a motion to compel is filed on that date, the opposition deadline shall be August 21, 2026, and the reply deadline shall be September 4, 2026. If a motion to compel is filed earlier, any opposition shall be due 21 days thereafter, and any reply 14 days after that.

4.  The Court will defer setting any further case deadlines regarding motions to complete and/or supplement the administrative records, fact discovery cutoffs, and motions for summary judgment until after the Court's ruling on any motions to compel discovery.

Respectfully submitted,

Dated: March 27, 2026    By: */s/ Connie K. Chan*
STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT,*
*UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN*
sperryman@democracyforward.org

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                    Case No. 3:25-cv-07864-RFL

VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT,
CNA/NNU, UC-AFT, UAW, and CIR*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
**AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

Dated: March 27, 2026        By: */s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299,
UC-AFT, CUCFA, and each of the UC Campus
Faculty Associations*

Dated: March 27, 2026        By: */s/ Margo A. Feinberg*
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR,
DOHRMANN & SOMMERS LLP**

- 3 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                    Case No. 3:25-cv-07864-RFL

888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

DAVID B. WILLHOITE, SBN 294172
dwillhoite@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 273-2275

*Counsel for Plaintiff CNA/NNU*

Dated: March 27, 2026          By: */s/ Susan K. Garea*
                                    SUSAN K. GAREA, SBN 260407
                                    sgarea@beesontayer.com
                                    **BEESON, TAYER & BODINE**
                                    492 Ninth Street, Suite 350
                                    Oakland, CA 94607
                                    (510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

\*  *Pro hac vice application pending*

Dated: March 27, 2026          By: */s/ Heidy L. Gonzalez*
                                    BRETT A. SHUMATE
                                    Assistant Attorney General
                                    Civil Division

                                    JOSEPH E. BORSON
                                    Assistant Branch Director

                                    HEIDY L. GONZALEZ
                                    (FL. Bar No. 1025003)
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Civil Division, Federal Programs Branch

- 4 -
JOINT STIPULATION AND [~~PROPOSED~~] ORDER                    Case No. 3:25-cv-07864-RFL

1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER                    Case No. 3:25-cv-07864-RFL

**ATTESTATION**

I attest that each of the other signatories have concurred in the filing of the document.

Dated:  March 25, 2026                    By: */s/ Connie K. Chan*

- 6 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                    Case No. 3:25-cv-07864-RFL

**[~~PROPOSED~~] ORDER**

Following the Initial Case Management Conference held March 25, 2026, and upon consideration of the parties' subsequently filed Joint Stipulation regarding the case schedule, it is hereby ORDERED as follows:

1. Defendants shall respond to any written discovery requests within 30 days of service thereof, unless the parties stipulate in writing to any reasonable extensions, and shall produce responsive documents and privilege logs, as applicable, on a rolling basis.

2. The deadline for Defendants' completion of document production and privilege logs shall be June 30, 2026.

3. The deadline for any motions to compel written discovery shall be July 31, 2026.  If a motion to compel is filed on that date, the opposition deadline shall be August 21, 2026, and the reply deadline shall be September 4, 2026. If a motion to compel is filed earlier, any opposition shall be due 21 days thereafter, and any reply 14 days after that.

4. The Court will defer setting any further case deadlines regarding motions to complete and/or supplement the administrative records, fact discovery cutoffs, and motions for summary judgment until after the Court's ruling on any motions to compel discovery.

IT IS SO ORDERED.

DATED: March 30, 2026

_____
HON. RITA F. LIN
United States District Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                    Case No. 3:25-cv-07864-RFL