BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity As President of the United States, *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-07864<br><br>**DECLARATION IN SUPPORT OF STIPULATION REGARDING WRITTEN DISCOVERY DEADLINE** |

I, Heidy L. Gonzalez, declare as follows:

1.    I am a Trial Attorney at the Federal Programs Branch in the United States Department of Justice, Civil Division. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the parties' Stipulation Regarding the Written Discovery Deadline.

2.    "The deadline for Defendants' completion of document production and privilege logs [is] June 30, 2026." ECF No. 124 at 2. "The deadline for Defendants' completion of document production and privilege logs [is] June 30, 2026." *Id*. "The deadline for any motions to compel written discovery [is] July 31, 2026[,]" "the opposition deadline [is] August 21, 2026, and the reply deadline [is] September 4, 2026." *Id*.

3.    Defendants have produced documents and privilege logs on a rolling basis with 17 interim productions to date.

DECL. IN SUPPORT OF STIPULATION
25-CV-07864

4.      However, on June 26, 2026, the Department of Justice Civil Division experienced an unexpected network outage. Users, including undersigned counsel, lost access to the shared drive and document review software. This is in conjunction with a pre-planned maintenance outage on Saturday, June 27, 2026, impeded Defendants' ability to process and complete productions as scheduled.

5.      Defendants currently have nine productions in queue, which will span several thousand documents. Because Defendants have been unable to complete necessary production processing on Friday, June 26, 2026 and Saturday, June 27, 2026, Defendants anticipate that they will be unable to meet the June 30, 2026, deadline.

6.      Defendants will, therefore, require an 8-day extension of the written discovery deadline until July 8, 2026, to complete remaining productions.

7.      Additionally, the parties have exchanged written correspondence regarding Plaintiffs' objections to Defendants' written responses to discovery, and Plaintiffs have sent written correspondence regarding Plaintiffs' objections to Defendants' privilege logs, but the parties have not yet been able to meet and confer about those issues.

8.      The parties have not previously requested any extensions of the schedule and granting the requested extension will not affect any other deadlines in the case.

9.      The parties stipulate and request that the Court enter the proposed order extending the deadline for Defendants' completion of document production and privilege logs from June 30, 2026, to July 8, 2026; for any motion to compel written discovery from July 31, 2026 to August 28, 2026; for any opposition from August 21, 2026 to September 18, 2026; and for any reply from September 4, 2026 to October 2, 2026.

DATED: June 28, 2026                              Respectfully submitted,

BRETT A.  SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ (FL Bar #1025003)
ALEXANDRA YEATTS (CA Bar # 358762)
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov