BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity As President of the United States, *et al*., <br><br> Defendants. | CASE NO. 3:25-cv-07864 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING WRITTEN DISCOVERY DEADLINE** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate as follows:

WHEREAS the current deadline for Defendants' completion of document production and privilege logs is June 30, 2026; for any motions to compel written discovery is July 31, 2026; for any opposition is August 21, 2026; and for any reply is September 4, 2026, Dkt. 124; and

WHEREAS the parties have exchanged written correspondence regarding Plaintiffs' objections to Defendants' written responses to discovery, and Plaintiffs have sent written correspondence regarding Plaintiffs' objections to Defendants' privilege logs, but the parties have not yet been able to meet and confer about these issues; and

WHEREAS Defendants have produced approximately 3,000 pages of documents and associated privilege logs but still have nine remaining agency productions that will likely total approximately the same number of pages as well as privilege logs associated with those productions; and

WHEREAS the Department of Justice has experienced an unexpected outage affecting its servers, which in combination with scheduled maintenance will delay its remaining discovery

STIPULATION AND [PROPOSED] ORDER
25-CV-07864

production; and

WHEREAS granting the requested extension will provide the parties sufficient time to meet and confer regarding any objections by Plaintiffs to the forthcoming production and attempt to resolve disputes; and

WHEREAS the parties have not previously requested any extensions; and

WHEREAS granting the parties' requested extension will not affect any other deadlines in the case;

THEREFORE, the parties hereby stipulate and request that the Court enter the proposed order extending the deadline for Defendants' completion of document production and privilege logs from June 30, 2026, to July 8, 2026; for any motion to compel written discovery from July 31, 2026 to August 28, 2026; for any opposition from August 21, 2026 to September 18, 2026; and for any reply from September 4, 2026 to October 2, 2026.

DATED: June 29, 2026

Respectfully submitted,

BRETT A.  SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar #1025003)
ALEXANDRA YEATTS (CA Bar # 358762)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

DATED: June 28, 2026

By: */s/ Stacey M. Leyton*
STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 84230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022

alynch@altber.com
JUHYUNG H. LEE, SBN 15738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

SKYE L. PERRYMAN, admitted pro hac vice
sperryman@democracyforward.org
VICTORIA S. NUGENT, admitted pro hac vice
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, admitted pro hac vice
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT,*
*UC-AFT, CNA/NNU, UAW, and CIR*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
**AMERICAN ASSOCIATION OF**
**UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

By: */s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612

STIPULATION AND [~~PROPOSED~~] ORDER
25-CV-07864

(510) 272-0169
*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

By: */s/ Margo A. Feinberg*
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

DAVID B. WILLHOITE, SBN 294172
dwillhoite@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 424-1478

*Counsel for Plaintiff CNA/NNU*

By: */s/ Susan K. Garea*
SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

STIPULATION AND [PROPOSED] ORDER
25-CV-07864

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the deadlines for Defendants' completion of document production and privilege logs shall be **July 8, 2026**; for any motion to compel written discovery from July 31, 2026 to **August 28, 2026**; for any opposition from August 21, 2026 to **September 18, 2026**; and for any reply from September 4, 2026 to **October 2, 2026**.

DATED:   June 29 , 2026

_____
HON. RITA F. LIN
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER
25-CV-07864