STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO FILE MOTION TO COMPEL** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate as follows:

WHEREAS the current deadline for motions to compel written discovery is August 28, 2026; for any opposition to such motions is September 18, 2026; and for any reply is October 2, 2026, Dkt. 133;

WHEREAS the parties have exchanged written correspondence and met and conferred regarding Defendants' objections and responses to the requests for production of documents Plaintiffs have served;

WHEREAS, although the parties have reached impasse as to a few disputes regarding the scope of Defendants' document production, the parties are continuing to meet and confer in good faith regarding other disputes, including but not limited to Defendants' assertions of privilege as to approximately 9,200 documents and the adequacy and completeness of Defendants' privilege logs;

WHEREAS after meeting and conferring with Plaintiffs regarding some of Plaintiffs' concerns on July 10, 2026, Defendants provided supplemental privilege logs, reproduced certain documents, and provided supplemental written discovery responses;

WHEREAS due to the volume of documents over which Defendants have asserted various privileges, the parties are still meeting and conferring regarding Defendants' assertions of privilege and the adequacy of Defendants' privilege logs, including the supplemental privilege logs more recently provided;

WHEREAS, in response to a request from Plaintiffs during the July 10 meeting, Defendants provided information regarding the search terms used to identify documents produced, as well as document custodians whose records were queried, and the parties are still meeting and conferring about those search terms and custodians;

WHEREAS the parties believe that extending their deadlines as requested will allow the parties to exhaust the meet-and-confer process as to the discovery requests Plaintiffs have served, which so far has been productive, and potentially to streamline the issues requiring resolution by the Court;

WHEREAS this is the second stipulation requesting an extension of these deadlines that the parties have filed, this Court granted the first request, and this Court did not state that no further extensions would be granted; and

WHEREAS granting the parties' requested extension will not affect any other deadlines in the case;

THEREFORE, the parties hereby stipulate and respectfully request that the Court enter the proposed order extending the deadline to file a motion to compel written discovery from August 28, 2026 until September 25, 2026; for any opposition from September 18, 2026 until October 16, 2026; and for any reply from October 2, 2026 until October 30, 2026.

Respectfully submitted,

Dated: August 14, 2026

/s/Amanda C. Lynch

STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN, *admitted pro hac vice*
sperryman@democracyforward.org
VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

/s/ Eleanor Morton
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

/s/ Daniel E. Curry
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

DAVID B. WILLHOITE, SBN 294172
dwillhoite@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 273-2275

*Counsel for Plaintiff CNA/NNU*

/s/ Susan K. Garea
SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

Dated: August 14, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ (FL Bar #1025003)
ALEXANDRA YEATTS (CA Bar # 358762)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

## ATTESTATION

I attest that each of the other signatories have concurred in the filing of this document.

Date: August 14, 2026

/s/ Amanda C. Lynch
Amanda C. Lynch

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for any motion to compel written discovery shall be extended from August 28, 2026 until September 25, 2026; for any opposition from September 18, 2026 until October 16, 2026; and for any reply from October 2, 2026 until October 30, 2026.

DATED: ___________________, 2026

_______________________________
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE