STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF AMANDA C. LYNCH IN SUPPORT OF STIPULATION REGARDING DEADLINE TO FILE MOTION TO COMPEL** |

I, Amanda C. Lynch, declare as follows:

1. I am a partner at Altshuler Berzon LLP and counsel for many of the Plaintiffs in this case. I have personal knowledge of the matters set forth below, and could and would testify competently to them if called to do so. I make this declaration in support of the parties' Stipulation Regarding Deadline to File Motion to Compel.

2. The parties filed one previous joint stipulation requesting an extension of the deadlines relating to Plaintiffs' written discovery requests. Dkt. No. 132. The Court granted that stipulation. Dkt. No.133.

3. The deadline for any motion to compel written discovery is currently August 28, 2026. *Id.* at 5. The response deadline is September 18, 2026, and the reply deadline is October 2, 2026. *Id.*

4. The parties have exchanged written correspondence and met and conferred regarding Defendants' objections and responses to the requests for production of documents Plaintiffs have served.

5. Although the parties have reached impasse as to a few disputes regarding the scope of Defendants' document production, the parties are continuing to meet and confer in good faith regarding other disputes, including but not limited to Defendants' assertions of privilege as to approximately 9,200 documents and the adequacy and completeness of Defendants' privilege logs.

6. After meeting and conferring with Plaintiffs regarding some of Plaintiffs' concerns on July 10, 2026, Defendants provided supplemental privilege logs, reproduced certain documents, and provided supplemental written discovery responses.

7. Due to the volume of documents over which Defendants have asserted various privileges, the parties are still meeting and conferring regarding Defendants' assertions of privilege and the adequacy of Defendants' privilege logs, including the supplemental privilege logs more recently provided.

8. In response to a request from Plaintiffs during the July 10 meeting, Defendants provided information regarding the search terms used to identify documents produced, as well as document custodians whose records were queried, and the parties are still meeting and conferring about those search terms and custodians.

9. The parties believe that extending their deadlines as requested will allow the parties to exhaust the meet-and-confer process, which so far has been productive, as to the discovery requests Plaintiffs have served, and potentially to streamline the issues requiring resolution by the Court.

10. Granting the requested extension will not affect any other deadlines in the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on August 14, 2026.

By: /s/ Amanda C. Lynch

AMANDA C. LYNCH, SBN 318022
alynch@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*