STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,

Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 3:25-cv-07864-RFL

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO FILE MOTION TO COMPEL**

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties hereby stipulate as follows:

WHEREAS the current deadline for Defendants' completion of document production and privilege logs was July 8, 2026, Dkt. No. 133; for any motions to compel written discovery is September 25, 2026; for any opposition to such motions is October 16, 2026; and for any reply is October 30, 2026, Dkt. No. 135;

WHEREAS, the parties have been diligently meeting and conferring regarding Defendants' objections and responses to Plaintiffs' first set of requests for production of documents, including Defendants' assertions of privilege as to approximately 9,200 documents and the adequacy and completeness of Defendants' privilege logs;

WHEREAS, pursuant to that meet and confer process, on September 11, 2026, Defendants produced revised privilege logs, which Plaintiffs are presently reviewing, and withdrew their assertions of privilege as to some documents, which may narrow the scope of privilege disputes the parties will need to present to the Court;

WHEREAS, on September 11, 2026, Defendants informed Plaintiffs that Defendant Department of Justice has also agreed to revisit its withholding of certain documents based on assertions of law enforcement privilege, and Defendant DOJ anticipates providing Plaintiffs with further updated privilege logs by September 21, 2026, which Plaintiffs will require time to review, and which may further narrow the scope of privilege disputes requiring resolution by the Court;

WHEREAS, although the parties previously believed they had reached impasse as to a few disputes regarding the scope of Defendants' search for and production of documents responsive to Plaintiffs' first set of requests for production of documents, the parties' further meet and confer efforts have been productive and may result in Defendants' search for and production or logging of additional responsive documents and may narrow the scope of issues to present to the Court;

WHEREAS, the parties believe that extending their deadlines as requested is necessary to afford Plaintiffs sufficient time to review and analyze Defendants' recently produced revised privilege logs and to allow the parties to exhaust the meet-and-confer process as to the discovery requests Plaintiffs have served, which so far has been productive, and potentially to streamline the issues requiring resolution by the Court;

WHEREAS, this is the third stipulation requesting an extension of these deadlines that the parties have filed, this Court granted the first and second requests, and this Court did not state that no further extensions would be granted; and

WHEREAS, granting the parties' requested extension will not affect any other deadlines in the case;

THEREFORE, the parties hereby stipulate and respectfully request that the Court enter the proposed order extending the deadline to file a motion to compel on Defendants' document production and privilege logs to date from September 25, 2026 until October 19, 2026; for any opposition from October 16, 2026 until November 9, 2026; and for any reply from October 30, 2026 until November 23, 2026; and setting a deadline of November 20 for Defendants' production of any additional documents and privilege logs responsive to Plaintiffs' first set of requests for production of documents.

Respectfully submitted,

Dated: September 16, 2026

*<u>/s/ Connie K. Chan</u>*

STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
(415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN, *admitted pro hac vice*
sperryman@democracyforward.org
VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org

PABLO MORAGA, *admitted pro hac vice*
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001
(202) 737-5900

*Counsel for Plaintiff AAUP*

*/s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
aliou@leonardcarder.com
HUGH SCHLESINGER, SBN 353569
hschlesinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC-AFT, CUCFA, and each of the UC Campus Faculty Associations*

*/s/ Daniel E. Curry*
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

DAVID B. WILLHOITE, SBN 294172
dwillhoite@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 273-2275

*Counsel for Plaintiff CNA/NNU*

*/s/ Susan K. Garea*
SUSAN K. GAREA, SBN 260407
sgarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

Dated: September 16, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar #1025003)
ALEXANDRA YEATTS (CA Bar # 358762)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

## ATTESTATION

I attest that each of the other signatories have concurred in the filing of this document.

Date: September 16, 2026

/s/ *Connie K. Chan*
Connie K. Chan

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for any motion to compel on Defendants' document production and privilege logs to date shall be extended from September 25, 2026 until October 19, 2026; for any opposition from October 16, 2026 until November 9, 2026; and for any reply from October 30, 2026 until November 23, 2026. The deadline for Defendants' production of any additional documents and privilege logs responsive to Plaintiffs' first set of requests for production of documents shall be November 20, 2026.

DATED: __________________, 2026

________________________________
HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE