STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**DECLARATION OF CONNIE K. CHAN IN SUPPORT OF STIPULATION REGARDING DEADLINE TO FILE MOTION TO COMPEL** |

I, Connie K. Chan, declare as follows:

1. I am a partner at Altshuler Berzon LLP and counsel for many of the Plaintiffs in this case. I have personal knowledge of the matters set forth below, and could and would testify competently to them if called to do so. I make this declaration in support of the parties' Stipulation Regarding Deadline to File Motion to Compel.

2. The parties filed two previous joint stipulations requesting an extension of the deadlines relating to Plaintiffs' written discovery requests, both of which the Court granted. Dkt. Nos. 132, 133, 134, 135.

3. The deadline for Defendants' completion of document production and privilege logs responsive to Plaintiffs' first set of requests for production was July 8, 2026. Dkt. No. 133. The deadline for any motion to compel written discovery is currently September 25, 2026. Dkt. No. 135. The response deadline is October 16, 2026, and the reply deadline is October 30, 2026. *Id.*

4. The parties have been diligently meeting and conferring regarding Defendants' objections and responses to Plaintiffs' first set of requests for production of documents, including Defendants' assertions of privilege as to approximately 9,200 documents and the adequacy and completeness of Defendants' privilege logs.

5. Pursuant to that meet and confer process, on September 11, 2026, Defendants produced revised privilege logs, which Plaintiffs are presently reviewing, and withdrew their assertions of privilege as to some documents, which may narrow the scope of privilege disputes the parties will need to present to the Court.

6. Defendants also recently informed Plaintiffs that Defendant Department of Justice has also agreed to revisit its withholding of certain documents based on assertions of law enforcement privilege, and Defendant DOJ anticipates providing Plaintiffs with further updated privilege logs by September 21, 2026, which Plaintiffs will require time to review, and which may further narrow the scope of privilege disputes requiring resolution by the Court.

7. Although the parties previously believed they had reached impasse as to a few disputes regarding the scope of Defendants' search for and production of documents responsive to Plaintiffs' first set of requests for production of documents, the parties' further meet and confer efforts have been

productive and may result in Defendants' search for and production or logging of additional responsive documents and may narrow the scope of issues to present to the Court.

8. The parties believe that extending their deadlines as requested is necessary to afford Plaintiffs sufficient time to review and analyze Defendants' recently produced revised privilege logs and to allow the parties to exhaust the meet-and-confer process as to the discovery requests Plaintiffs have served, which so far has been productive, and potentially to streamline the issues requiring resolution by the Court.

9. Granting the requested extension will not affect any other deadlines in the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 16, 2026 in Burlingame, California.

By: *<u>/s/ Connie K. Chan</u>*
Connie K. Chan