STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,
Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 3:25-cv-07864-RFL

**STIPULATION TO INCREASE THE PAGE LIMITATIONS APPLICABLE TO BRIEFING RE PLAINTIFFS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS**

Judge: Hon. Rita F. Lin
Ctrm: 15, 18th Floor

This stipulation is entered into by all Plaintiffs and Defendants. Pursuant to Civil Local Rules 7-11 and 7-12, the parties hereby stipulate to extend the page limits pertaining to Plaintiffs' forthcoming Motion to Compel Further Production of Documents. Specifically, the parties stipulate that Plaintiffs may file a Memorandum in Support of Motion to Compel Further Production of Documents of no more than thirty-two (32) pages; Defendants may file an Opposition to that Motion of no more than thirty-two (32) pages; and Plaintiffs may file a Reply to that Opposition of no more than twenty (20) pages. In support of this stipulation, the parties state as follows:

1. Plaintiffs' Memorandum in Support of Motion to Compel will address issues relating to Defendants' assertion of several bases for withholding in whole or part numerous documents responsive to Plaintiffs' information requests: the deliberative process privilege, the presidential communications privilege, work-product protection, and the attorney client privilege. Plaintiffs intend to present argument concerning both the applicability of these privileges in the first instance and why, under the relevant multi-factor balancing tests, the deliberative process privilege, presidential communications privilege, and work product protection are overcome for many withheld documents. Plaintiffs' memorandum will also address certain issues regarding the scope of Defendants' searches.

2. Defendants' Opposition to Plaintiffs' memorandum, as well as Plaintiffs' Reply thereto, will likewise need to address numerous issues and documents.

3. Given the number of issues and documents to be addressed in Plaintiffs' forthcoming motion, there is good cause to increase the page limit for the associated briefing up to thirty-two (32) pages for Plaintiffs' supporting memorandum, thirty-two (32) pages for Defendants' opposition, and twenty (20) pages for Plaintiffs' reply.

## CONCLUSION

For good cause shown, the parties respectfully request that this Court enter the parties' stipulation to permit Plaintiffs to file a Memorandum in Support of Motion to Compel Further Production of Documents of up to thirty-two (32) pages; Defendants to file an Opposition to that Motion of up to thirty-two (32) pages; and Plaintiffs to file a Reply to that Opposition of up to twenty (20) pages.

Respectfully submitted,

Dated: October 15, 2026

By: /s/ *Amanda C. Lynch*

STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
JUHYUNG H. LEE, SBN 315738
hlee@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN, *admitted pro hac vice*
sperryman@democracyforward.org
VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
PABLO MORAGA, *admitted pro hac vice*
pmoraga@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, CNA/NNU, UC-AFT, UAW, and CIR*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001

*Counsel for Plaintiff AAUP*

*/s/ Eleanor Morton*

ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
Aliou@leonardcarder.com
HUGH SCHLESSINGER, SBN 353569
Hschlessinger@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC- AFT, CUCFA, and each of the UC Campus Faculty Associations*

*/s/ Margo A. Feinberg*

MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

DAVID B. WILLHOITE, SBN 294172
dwillhoite@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 207-8291

*Counsel for Plaintiff CNA/NNU*

*/s/ Susan K. Garea*
SUSAN K. GAREA, SBN 260407
SGarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

Dated: October 15, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Branch Director

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar #1025003)
ALEXANDRA YEATTS (CA Bar # 358762)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

**ATTESTATION**

I attest that each of the other signatories have concurred in the filing of the document.

Dated: October 15, 2026 By: *<u>/s/ Amanda C. Lynch</u>*