**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,
Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 3:25-cv-07864-RFL

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO INCREASE THE PAGE LIMITATIONS APPLICABLE TO BRIEFING RE PLAINTIFFS' MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS**

**[PROPOSED] ORDER**

Good cause having been shown, and pursuant to the parties' stipulation, the Court grants Plaintiffs' motion for administrative relief to exceed the page limitation applicable to their Memorandum in Support of Motion to Compel Further Production of Documents; to Defendants' Opposition to that Motion; and to Plaintiffs' Reply to Defendants' Opposition. Plaintiffs may file a Memorandum of up to thirty-two (32) pages in length, Defendants may file an Opposition of up to thirty-two (32) pages in length, and Plaintiffs may file a Reply of up to twenty (20) pages in length.

IT IS SO ORDERED.

Dated: ________________, 2026

______________________________
The Honorable Rita F. Lin
United States District Court Judge