STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>Defendants. | Case No. 3:25-cv-07864-RFL<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**<br><br>Judge: Hon. Rita F. Lin<br>Ctrm: 4, 17th Floor<br>Date: December 8, 2026<br>Time: 10:00 a.m. |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 8, 2026 at 10:00 a.m., before the Honorable Rita Lin, in Courtroom 4 of the United States District Court for the Northern District of California, located at the Phillip Burton Federal Building, 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, Plaintiffs American Association of University Professors; American Federation of State, County, and Municipal Employees, Local 3299; American Federation of Teachers; Berkeley Faculty Association; California Nurses Association/National Nurses United; Committee of Interns and Residents, Service Employees International Union; Council of UC Faculty Associations; Davis Faculty Association; Irvine Faculty Association; Riverside Faculty Association; San Diego Faculty Association; Santa Cruz Faculty Association; International Union, United Automobile, Aerospace and Agricultural Implement Workers of America; Teamsters Local 2010; UAW Local 4811; UC Merced Faculty Association; UC Santa Barbara Faculty Association; UCSF Faculty Association; University of California Los Angeles Faculty Association; University Council–American Federation of Teachers; and University Professional and Technical Employees–Communication Workers of America (collectively, "Plaintiffs") will and hereby do move the Court pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37-1 of the Civil Local Rules, for an order compelling the further production of documents as follows:

This Motion is made on the grounds that: (1a) the deliberative process privilege is inapplicable because Defendants' intent is an element of Plaintiffs' First Amendment retaliation cause of action; (1b) even if that were not the case, the deliberative process privilege is inapplicable to many of the documents for which Defendants have asserted that privilege, because the documents at issue are post-decisional and/or non-deliberative; (1c) if the deliberative process privilege did apply, Plaintiffs' need for the documents would outweigh and overcome the qualified privilege; (2a) the presidential communications privilege is inapplicable to many of the documents as to which it is asserted; (2b) even if it were applicable, Plaintiffs' need for the documents would outweigh Defendants' interest in nondisclosure; (3a) the work product protection is inapplicable to certain dual purpose documents; (3b) as to documents for which it is applicable, the work product protection is overcome by Plaintiffs' compelling need for

the documents; (4) attorney-client privilege is inapplicable to documents as to which legal advice was not the primary purpose and to documents implementing legal advice; (5) Defendant Department of Justice ("DOJ") Assistant Attorney General for Civil Rights Harmeet Dhillon is likely to possess highly relevant and unique documents and should be added as a custodian; and (6) DOJ is likely to possess highly relevant and unique documents that would be found if DOJ were to run Plaintiffs' requested further searches, which are proportional to the needs of the case.

Plaintiffs' motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the accompanying Declaration of Alexander Pecht and Tables A through D and the Index of challenged documents attached thereto, the accompanying Declaration of Amanda Lynch and Exhibits 1 through 46 attached thereto, the proposed order submitted herewith, the pleadings and records on file with the Court, and any further briefing and arguments of counsel.

Dated: October 19, 2026 By: */s/ Connie K. Chan*

STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
SANDY PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, UAW, and CIR*

SKYE L. PERRYMAN, *admitted pro hac vice*
sperryman@democracyforward.org
VICTORIA S. NUGENT, *admitted pro hac vice*
vnugent@democracyforward.org
CYNTHIA LIAO, SBN 301818
cliao@democracyforward.org
ORLANDO ECONOMOS, *admitted pro hac vice*
oeconomos@democracyforward.org
PABLO MORAGA, *admitted pro hac vice*
pmoraga@democracyforward.org
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs AAUP, AFT, CNA/NNU, UC-AFT, UAW, and CIR*

VEENA DUBAL, SBN 249268
vdubal@aaup.org
vdubal@aaup.org
**AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS**
555 New Jersey Avenue NW, Suite 600
Washington DC 20001

*Counsel for Plaintiff AAUP*

*/s/ Eleanor Morton*
ELEANOR MORTON, SBN 220407
emorton@leonardcarder.com
KATE HALLWARD, SBN 233419
khallward@leonardcarder.com
ARTHUR LIOU, SBN 252690
Aliou@leonardcarder.com
**LEONARD CARDER LLP**
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169

*Counsel for Plaintiffs UPTE, AFSCME Local 3299, UC- AFT, CUCFA, and each of the UC Campus Faculty Associations*

*/s/ Margo A. Feinberg*
MARGO A. FEINBERG, SBN 100655
margo@ssdslaw.com
DANIEL E. CURRY, SBN 297412
dec@ssdslaw.com
**SCHWARTZ, STEINSAPIR,**

**DOHRMANN & SOMMERS LLP**
888 W. 6th Street, 12th Floor
Los Angeles, California 90017-2738
(323) 655-4700

*Counsel for Plaintiff UAW Local 4811*

DAVID B. WILLHOITE, SBN 294172
dwillhoite@calnurses.org
**CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES UNITED**
155 Grand Ave.
Oakland, CA 94612
(510) 207-8291

*Counsel for Plaintiff CNA/NNU*

*/s/ Susan K. Garea*
SUSAN K. GAREA, SBN 260407
SGarea@beesontayer.com
**BEESON, TAYER & BODINE**
492 Ninth Street, Suite 350
Oakland, CA 94607
(510) 625 9700

*Counsel for Plaintiff Teamsters Local 2010*

HANNAH M. SHIREY, SBN 332187
hshirey@cirseiu.org
**COMMITTEE OF INTERNS AND RESIDENTS/SEIU**
10-27 46th Avenue, Suite 300-2
Long Island City, NY 11101
(212) 356-8100

*Counsel for Plaintiff CIR*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories have concurred in the filing of Plaintiffs' Notice of Motion and Motion to Compel Discovery.

*/s/ Connie K. Chan*
Connie K. Chan