STACEY M. LEYTON, SBN 203827
sleyton@altber.com
BARBARA J. CHISHOLM, SBN 224656
bchisholm@altber.com
CONNIE K. CHAN, SBN 284230
cchan@altber.com
AMANDA C. LYNCH, SBN 318022
alynch@altber.com
ALEXANDER PECHT, SBN 355877
specht@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

*Counsel for Plaintiffs AAUP, AFT, UC-AFT, CNA/NNU, and UAW*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, et al.,
Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

Case No. 3:25-cv-07864-RFL

**PLAINTIFFS' INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

| | |
|---|---|
| Judge: | Hon. Rita F. Lin |
| Ctrm: | 4, 17th Floor |
| Date: | December 8, 2026 |
| Time: | 10:00 a.m. |

`

**INDEX OF EVIDENCE**
**IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (Dkt. 140)**

| **Declaration of Alexander Pecht (Dkt. 141)** | | |
|---|---|---|
| **Table** | **Description** | **Dkt. No.** |
| A.1 | Table A, Category 1: Table of privilege log entries for all documents relating to stage one of the Task Force Policy ("Civil Rights Pretext") for which Defendants assert only deliberative process privilege (DPP). | 141-1 |
| A.2 | Table A, Category 2: Table of privilege log entries for all documents relating to stage two of the Policy ("Funding Cutoffs") for which Defendants assert only DPP. | 141-2 |
| A.3 | Table A, Category 3: Table of privilege log entries for all documents relating to stage three of the Policy ("Demands") for which Defendants assert only DPP. | 141-3 |
| A.4 | Table A, Category 4: Table of privilege log entries for all other evidence of Defendants' motives and objectives ("Targeted Speech and Policies") for which Defendants assert only DPP. | 141-4 |
| A.5 | Table A, Category 5: Table of privilege log entries for all documents relating to the Task Force's operations and directives ("Task Force") for which Defendants assert only DPP. | 141-5 |
| A.6 | Table A, Category 6: Table of privilege log entries for all documents relating to all Defendants' roles in implementing EO 14188 and the Policy ("Other Agency Coordination") for which Defendants assert only DPP. | 141-6 |
| B.1 | Table B, Category 1: Table of privilege log entries for all documents relating to Civil Rights Pretext for which Defendants assert only presidential communications privilege (PCP) or assert PCP and DPP. | 141-7 |
| B.2 | Table B, Category 2: Table of privilege log entries for all documents relating to Funding Cutoffs for which Defendants assert only PCP or assert PCP and DPP. | 141-8 |
| B.3 | Table B, Category 3: Table of privilege log entries for all documents relating to Demands for which Defendants assert only PCP or assert PCP and DPP. | 141-9 |
| B.4 | Table B, Category 4: Table of privilege log entries for all other evidence of Defendants' Targeted Speech and Policies for which Defendants assert only PCP or assert PCP and DPP. | 141-10 |
| B.5 | Table B, Category 5: Table of privilege log entries for all documents relating to the Task Force for which Defendants assert only PCP or assert PCP and DPP. | 141-11 |
| B.6 | Table B, Category 6: Table of privilege log entries for all documents relating to Other Agency Coordination for which Defendants assert only PCP or assert PCP and DPP. | 141-12 |
| C.1 | Table C, Category 1: Table of privilege log entries for all documents relating to Civil Rights Pretext for which Defendants assert only work product protection (WPP) or assert WPP in combination with DPP and/or PCP. | 141-13 |

| | | |
|---|---|---|
| C.2 | Table C, Category 2: Table of privilege log entries for all documents relating to Funding Cutoffs for which Defendants assert only WPP or assert WPP in combination with DPP and/or PCP. | 141-14 |
| C.3 | Table C, Category 3: Table of privilege log entries for all documents relating to Demands for which Defendants assert only WPP or assert WPP in combination with DPP and/or PCP. | 141-15 |
| C.4 | Table C, Category 4: Table of privilege log entries for all other evidence of Defendants' Targeted Speech and Policies for which Defendants assert only WPP or assert WPP in combination with DPP and/or PCP. | 141-16 |
| C.5 | Table C, Category 5: Table of privilege log entries for all documents relating to the Task Force for which Defendants assert only WPP or assert WPP in combination with DPP and/or PCP. | 141-17 |
| D.1 | Table D, Category 1: Table of privilege log entries for all documents relating to Civil Rights Pretext for which Defendants assert only attorney-client privilege (ACP) or assert ACP in combination with any of the previous three privileges. | 141-18 |
| D.2 | Table D, Category 2: Table of privilege log entries for all documents relating to Funding Cutoffs for which Defendants assert only ACP or assert ACP in combination with any of the previous three privileges. | 141-19 |
| D.3 | Table D, Category 3: Table of privilege log entries for all documents relating to Demands for which Defendants assert only ACP or assert ACP in combination with any of the previous three privileges. | 141-20 |
| D.5 | Table D, Category 5: Table of privilege log entries for all documents relating to the Task Force for which Defendants assert only ACP or assert ACP in combination with any of the previous three privileges. | 141-21 |
| Index of Tables | A compilation of all privilege log entries in Tables A through D, sorted by Bates number. | 141-22 |

| **Declaration of Amanda Lynch (Dkt. 142)** | | |
|---|---|---|
| **Ex.** | **Document** | **Dkt. No.** |
| 1 | Plaintiffs' First Set of Requests for Production (Mar. 20, 2026) | 142-1 |
| 2 | DOJ's Objections and Responses to Plaintiffs' First Set of Requests for Production (Apr. 20, 2026) | 142-2 |
| 3 | Tab of Defendants' search terms spreadsheet showing DOJ's searches (Aug. 21, 2026) | 142-3 |
| 4 | Appendix of Plaintiffs' Proposed Search Terms for Defendant Department of Justice | 142-4 |
| 5 | Pp. 1-4 and 13-14 of Defendant Department of Health and Human Services' responses and objections to Plaintiffs' first set of interrogatories (Apr. 17, 2026). | 142-5 |
| 6 | Document produced in discovery by Defendants Bates-stamped AAUP_GSA_00001486. | 142-6 |
| 7 | Jaweed Kaleem, *Times Investigation: Ex-Trump DOJ lawyers say 'fraudulent' UC antisemitism probes led them to quit*, Los Angeles Times (Dec. 13, 2025), https://www.latimes.com/california/story/2025- | 142-7 |

| | | |
|---|---|---|
| | 12-13/former-doj-attorneys-university-of-california-ucla-antisemitism-investigation. | |
| 8 | Peter Elkind and Katherine Mangan, *The Shakedown: Trump's DOJ Pressured Lawyers to 'Find' Evidence That UCLA Had Illegally Tolerated Antisemitism*, ProPublica (Dec. 12, 2025), https://www.propublica.org/article/ucla-antisemitism-investigation-trump-doj. | 142-8 |
| 9 | Mark Alfred, *Federal government punishes San Jose university but keeps it secret*, San Jose Spotlight (July 7, 2026), https://sanjosespotlight.com/federal-government-punishes-san-jose-university-but-keeps-it-secret/. | 142-9 |
| 10 | Peter Elkind and Katherine Mangan, *The Leader of Trump's Assault on Higher Education Has a Troubled Legal and Financial History*, ProPublica (Aug. 27, 2025), https://www.propublica.org/article/leo-terrell-universities-lawsuits-antisemitism. | 142-10 |
| 11 | Emma Green, *Inside the Trump Administration's Assault on Higher Education*, N.Y.er (Oct. 13, 2026), https://www.newyorker.com/magazine/2025/10/20/inside-the-trump-administrations-assault-on-higher-education. | 142-11 |
| 12 | Emily Bazelon and Rachel Poser, *The Unraveling of the Justice Department*, N.Y. Times (Nov. 16, 2025), https://www.nytimes.com/interactive/2025/11/16/magazine/trump-justice-department-staff-attorneys.html. | 142-12 |
| 13 | Pp. 1-6, 9, and 12-13 of Defendant Department of Energy's responses and objections to Plaintiffs' First Set of Interrogatories (April 20, 2026). | 142-13 |
| 14 | Pp. 1-5 and 12-13 of Defendant National Science Foundation's responses and objections to Plaintiffs' First Set of Interrogatories (Apr. 17, 2026). | 142-14 |
| 15 | *The Destruction of DOJ's Civil Rights Division: Why it Matters*, The Justice Connection (Dec. 9, 2025), https://www.thejusticeconnection.org/pdf/2025.12.08-civil-rights-division-sign-on-letter.pdf. | 142-15 |
| 16 | *Josh Gruenbaum*, Board of Peace, https://boardofpeace.org/members/josh-gruenbaum. | 142-16 |
| 17 | *Josh Gruenbaum*, Jewish Virtual Library, https://jewishvirtuallibrary.org/josh-gruenbaum. | 142-17 |
| 18 | Shalini Ramachandran, Robbie Gramer, and Katherine Long, *How a Pencil-Purchasing U.S. Bureaucrat Ended Up Shaking Hands with Putin*, Wall Street Journal (Feb. 12, 2026), https://www.wsj.com/politics/national-security/how-a-pencil-purchasing-u-s-bureaucrat-ended-up-shaking-hands-with-putin-442743ce. | 142-18 |
| 19 | *Political Appointees in the Trump-Vance Administration*, U.S. Dept. of Educ., https://www.ed.gov/about/ed-organization/leadership-directory/political-appointees-trump-vance-administration. | 142-19 |
| 20 | *Craig Wiiliam Trainor*, OpenPayrolls, https://openpayrolls.com/craig-wiiliam-trainor-180368938. | 142-20 |
| 21 | *Position Classification Flysheet for Miscellaneous Administration and Program Series, GS-0301*, U.S. Off. of Pers. Mgmt., https://www.opm.gov/policy-data-oversight/classification- | 142-21 |

| | | |
|---|---|---|
| | qualifications/classifying-general-schedule-positions/standards/0300/gs0301.pdf. | |
| 22 | *Position Classification Standard for General Attorney Series, GS-0905*, U.S. Off. of Pers. Mgmt., https://www.opm.gov/policy-data-oversight/classification-qualifications/classifying-general-schedule-positions/standards/0900/gs0905.pdf. | 142-22 |
| 23 | *Andrea R. Lucas, Chair,* U.S. Equal Employment Opportunity Comm'n, https://www.eeoc.gov/andrea-r-lucas-chair. | 142-23 |
| 24 | *The Commission and the General Counsel*, U.S. Equal Employment Opportunity Comm'n, https://www.eeoc.gov/commission. | 142-24 |
| 25 | Letter from Josh Gruenbaum, Sean Keveney, and Thomas Wheeler to Columbia University (Mar. 13, 2025), https://s3.documentcloud.org/documents/25577971/31325-letter-to-columbia.pdf. | 142-25 |
| 26 | Letter from Josh Gruenbaum, Sean Keveney, and Thomas Wheeler to Harvard University (Apr. 11, 2025), https://www.harvard.edu/research-funding/wp-content/uploads/sites/16/2025/04/Letter-Sent-to-Harvard-2025-04-11.pdf. | 142-26 |
| 27 | Glenn Thrush and Michael C. Bender, *From Top Civil Rights Post, She Spars With the Left, and Her Colleagues*, N.Y. Times (Aug. 31, 2026), https://www.nytimes.com/2026/08/31/us/politics/harmeet-dhillon-doj-trump.html. | 142-27 |
| 28 | Cecilia Mould, *Letters from DOJ reveal threats to U.Va. over admissions policies, Ryan's leadership*, The Cavalier Daily (July 1, 2025), https://www.cavalierdaily.com/article/2025/07/letters-from-doj-reveal-threats-to-uva-over-admissions-policies-ryans-leadership. | 142-28 |
| 29 | Document produced in discovery by Defendants Bates-stamped AAUP_CRT_00010465_0001. | 142-29 |
| 30 | Document produced in discovery by Defendants Bates-stamped AAUP_CRT_00003859. | 142-30 |
| 31 | Document produced in discovery by Defendants Bates-stamped AAUP_GSA_00001233 | 142-31 |
| 32 | Pp. 1-4 and 11-14 of DOJ's Objections and Responses to Plaintiffs' First Set of Interrogatories (Apr. 20, 2026). | 142-32 |
| 33 | Michael C. Bender, Michael S. Schmidt, and Alan Blinder, *Billionaire Trump Ally Emerges as Key Broker in Harvard Fight*, N.Y. Times (Oct. 5, 2026), https://www.nytimes.com/2025/10/03/us/politics/schwarzman-harvard-trump.html. | 142-33 |
| 34 | Document produced in discovery by Defendants Bates-stamped AAUP_DOE_00001163. | 142-34 |
| 35 | Document produced in discovery by Defendants Bates-stamped AAUP_DOE_00000067. | 142-35 |
| 36 | Michael C. Bender, Alan Blinder, and Michael S. Schmidt, *Investigations and a Billion-Dollar "Shakedown": How Trump Targeted Higher Education*, N.Y. Times (Jan. 21, 2026), https://www.nytimes.com/2026/01/21/us/politics/trump-higher-education-2025.html. | 142-36 |

| | | |
|---|---|---|
| 37 | *Justice Department Files Suit Against University of California for Antisemitic Hostile Work Environment*, Off. of Pub. Aff., U.S. Dep't of Just. (Feb. 24, 2026), https://www.justice.gov/opa/pr/justice-department-files-suit-against-university-california-antisemitic-hostile-work. | 142-37 |
| 38 | *Justice Department Investigation Determines UCLA's Medical School Discriminated Based on Race in Admissions*, Off. of Pub. Aff., U.S. Dep't of Just. (May 6, 2026), https://www.justice.gov/opa/pr/justice-department-investigation-determines-uclas-medical-school-discriminated-based-race. | 142-38 |
| 39 | *Justice Department Finds University of California Davis Medical School Discriminates Based on Race in Admissions*, Off. of Pub. Aff., U.S. Dep't of Just. (June 10, 2026), https://www.justice.gov/opa/pr/justice-department-finds-uc-davis-medical-school-discriminates-based-race-admissions. | 142-39 |
| 40 | *Justice Department Finds University of California San Diego Medical School Discriminates Based on Race in Admissions*, Off. of Pub. Aff., U.S. Dep't of Just. (July 20, 2026), https://www.justice.gov/opa/pr/justice-department-finds-university-california-san-diego-medical-school-discriminates-based. | 142-40 |
| 41 | *Joint Investigation by the U.S. Justice Department and the U.S. Department of Education Finds U.C. Berkeley Law School Discriminates Based on Race in Admissions*, Off. of Pub. Aff., U.S. Dep't of Just. (Sept. 9, 2026), https://www.justice.gov/opa/pr/joint-investigation-us-justice-department-and-us-department-education-finds-uc-berkeley-law. | 142-41 |
| 42 | *Justice Department Finds UCSF Medical School Discriminates Based on Race in Admissions*, Off. of Pub. Aff., U.S. Dep't of Just. (Sept. 22, 2026), https://www.justice.gov/opa/pr/justice-department-finds-ucsf-medical-school-discriminates-based-race-admissions. | 142-42 |
| 43 | *Justice Department Finds UCLA Law School Discriminates Based on Race in Admissions*, Off. of Pub. Aff., U.S. Dep't of Just. (Oct. 2, 2026), https://www.justice.gov/opa/pr/justice-department-finds-ucla-law-school-discriminates-based-race-admissions. | 142-43 |
| 44 | Letter to several U.S. House of Representatives committees, entitled "Whistleblower Disclosure Concerning Title VI Enforcement, Investigative Integrity, and the Administration of Federal Civil Rights Laws," (Aug. 17, 2026), https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/08.17.26-title-vi-whistleblower-disclosure-for-congress.pdf. | 142-44 |
| 45 | Letter from U.S. Representative Jamie Raskin to Assistant Attorney General Harmeet Dhillon (Aug. 18, 2026), https://democrats-judiciary.house.gov/sites/evo-subsites/democrats-judiciary.house.gov/files/evo-media-document/2026-08-18-raskin-to-dhillon-doj-re-title-vi-investigation.pdf. | 142-45 |
| 46 | Letters from Harmeet Dhillon and Gregory Brown to the University of Virginia (Apr. 11 to June 17, 2025), https://www.cavalierdaily.com/article/2025/07/letters-from-doj-reveal-threats-to-uva-over-admissions-policies-ryans-leadership. | 142-46 |