BRETT A. SHUMATE
Assistant Attorney General
JOSEPH BORSON
Assistant Branch Director
HEIDY L. GONZALEZ (FL Bar #1025003)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity As President of the United States, *et al*.,<br><br>Defendants. | CASE NO. 3:25-cv-07864<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR MODIFICATION OF THE MOTION TO COMPEL BRIEFING AND HEARING SCHEDULE** |

## ~~[PROPOSED]~~ ORDER

Upon consideration of Defendants' Administrative Motion for Modification of the Motion to Compel Briefing and Hearing Schedule, it is hereby ordered that the Motion is GRANTED. The remaining briefing schedule on Plaintiffs' Motion to Compel, ECF No. 140, is modified as follows: Defendants shall file their opposition by November 20, 2026; Plaintiffs shall file their reply by December 17, 2026. The hearing on Plaintiffs' Motion to Compel is set for 10:00 am on January 12, 2027.

Dated: November 4, 2026

Rita F. Lin
United States District Judge